# EXHIBIT 1

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

MURASHEA "MIKE" BOVELL,

                    Plaintiff,

             -against-
                              Civil Action No:
                              7:15-CV-08594-CS

CITY OF MOUNT VERNON, NEW YORK,
COMMISSIONER TERRANCE RAYNOR,
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY, DEPUTY COMMISSIONER
RICHARD BURKE, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY, CAPTAIN
MICHAEL GOLDMAN, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY,
SERGEANT ROBERT WUTTKE, AND
LIEUTENANT PAUL NAWROCKI, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - X

HELD AT:        Office of Corporation Counsel
                2 Roosevelt Square
                Mount Vernon, New York 10550
                October 21, 2016
                10:00 a.m.

                Examination before Trial of the
Plaintiff, MURASHEA BOVELL, pursuant to
Court Order, held at the above time and
place before a Notary Public of the State of
New York.

J & L REPORTING SERVICE
of Westchester, Inc.
50 Main Street, Suite 1000
White Plains, New York 10606
(914) 682-1888
Lisa Dobbo, Reporter

2

A P P E A R A N C E S :


THE BELLANTONI LAW FIRM, PLLC
Attorneys for the Plaintiff
Office & Post Office Address
2 Overhill Road, Suite 400
Scarsdale, New York 10583
BY:  AMY BELLANTONI, ESQUIRE


COUGHLIN & GERHART, LLP
Attorneys for the Defendants
Office & Post Office Address
99 Corporate Drive
Binghamton, New York 13904
BY:  PAUL J. SWEENEY, ESQUIRE


A L S O    P R E S E N T :


Lieutenant Marcel J. Olifiers
Alec Francis

3

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the sealing and filing of the within deposition be waived; that such deposition may be signed and sworn to before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the officer before whom said deposition is taken.

IT IS FURTHER STIPULATED AND AGREED, that all objections, except as to form, are reserved to the time of trial.

```
 1                          M. BOVELL                    4
 2                  MURASHEA BOVELL, stating his
 3                  business address as 1 Roosevelt
 4                  Square, Mount Vernon, New York
 5                  10550, having been duly sworn
 6                  by Notary Public, Lisa Dobbo,
 7                  testified as follows:
 8                  MR. SWEENEY:  Let's mark these.
 9                  (Whereupon, Defendant's Exhibit
10          A, Code of Conduct, was marked for
11          Identification.)
12                  (Whereupon, Defendant's Exhibit
13          B, MV-5 Officers Report, was marked
14          for Identification.)
15                  (Whereupon, Defendant's Exhibit
16          C, MV-5 Officers Report, was marked
17          for Identification.)
18                  (Whereupon, Defendant's Exhibit
19          D, Letter 1-9-13, was marked for
20          Identification.)
21                  (Whereupon, Defendant's Exhibit
22          E, MV-5 Officers Report, was marked
23          for Identification.)
24                  (Whereupon, Defendant's Exhibit
25          F, Email 3-31-14, was marked for
```

```
1                      M. BOVELL                    5
2              Identification.)
3                    (Whereupon, Defendant's Exhibit
4              G, MV-5 Officers Report, was marked
5              for Identification.)
6                    (Whereupon, Defendant's Exhibit
7              H, Harassment Complaint 5-6-14, was
8              marked for Identification.)
9                    (Whereupon, Defendant's Exhibit
10             I, Confidential Harassment Complaint
11             Form, was marked for Identification.)
12                   (Whereupon, Defendant's Exhibit
13             J, Personnel Performance Evaluation,
14             was marked for Identification.)
15                   (Whereupon, Defendant's Exhibit
16             K, Harassment Complaint 5-6-14, was
17             marked for Identification.)
18                   (Whereupon, Defendant's Exhibit
19             L, MV-5 Officers Report, was marked
20             for Identification.)
21                   (Whereupon, Defendant's Exhibit
22             M, Text, was marked for
23             Identification.)
24                   (Whereupon, Defendant's Exhibit
25             N, Charge of Discrimination, was
```

```
1                              M. BOVELL                        6

2                    marked for Identification.)

3                         (Whereupon, Defendant's Exhibit

4                    O, Discrimination Complaint 1-15-15,

5                    was marked for Identification.)

6                         (Whereupon, Defendant's Exhibit

7                    P, Handwritten Note, was marked for

8                    Identification.)

9                         (Whereupon, Defendant's Exhibit

10                   Q, Letter 8-12-15, was marked for

11                   Identification.)

12                        (Whereupon, Defendant's Exhibit

13                   R, Walmart Receipt, was marked for

14                   Identification.)

15                        (Whereupon, Defendant's Exhibit

16                   S, Computer Screen Shot, was marked

17                   for Identification.)

18                        (Whereupon, Defendant's Exhibit

19                   T, Photocopy of photograph, was

20                   marked for Identification.)

21              EXAMINATION BY MR. SWEENEY:

22                   Q.    Please state your full name for

23              the record.

24                   A.    Murashea Bovell.

25                   Q.    Please state your business
```

```
1                         M. BOVELL              7

2       address for the record.

3               A.    2 Roosevelt Square, Mount

4       Vernon, New York 10550.

5               Q.    Officer Bovell.  I'm Paul

6       Sweeney.  I'm with the law firm of Coughlin

7       & Gerhart.  We represent the City of Mount

8       Vernon, Captain Goldman, Sergeant Wuttke and

9       Lieutenant Nawrocki in a certain lawsuit

10      that you brought against those defendants.

11              I'm going to ask you a series of

12      questions understood oath.  If, at any time,

13      you don't understand my question, I'd be

14      happy to rephrase it, ask it again, slow

15      down or whatever.  For our purposes, if you

16      answer the question the way I asked it, I'm

17      going to assume that you understood the

18      question; is that a fair assumption?

19                   THE WITNESS:  Repeat that

20              again, please.

21              Q.    If you answer the question the

22      way I ask it, I'm going to assume that you

23      understood the question; is that --

24                   THE WITNESS:  I don't

25              understand that, no.
```

```
1                           M. BOVELL                8
2                 Q.    I'm going to ask you questions.
3                 A.    Okay.
4                 Q.    I'm giving you an opportunity
5        to tell me that you don't understand my
6        question or you want me to rephrase my
7        question or whatever.
8                 A.    Okay.
9                 Q.    If you do that, I will
10       certainly do my best to rephrase the
11       question so you can understand it.
12                A.    Okay.
13                Q.    The second point of that would
14       be if you answer the question the way I ask
15       it, is it a fair assumption that you
16       understood the question?
17                A.    If I don't understand the
18       question, I'll say that.
19                Q.    Your attorney is seated besides
20       you.  One of the rules that we work under is
21       if you need to speak with her, you can
22       certainly do so but after you answer the
23       question.  In other words, you can't confer
24       before -- if a question is posed, you can't
25       take a break and consult with your attorney.
```

```
1                              M. BOVELL                    9

2                    THE WITNESS:  If the question

3              is ambiguous, I can't turn to my

4              attorney for clarity?

5              Q.    Well, if the question's

6        ambiguous, I'm sure your attorney will

7        object to the form of --

8                    MR. SWEENEY:  Actually, let's

9              go off the record.

10                   (Whereupon, a discussion was

11             held off the record.)

12             Q.    If I ask you a question, your

13       attorney may or may not make an objection.

14                   THE WITNESS:  Okay, but she has

15             the opportunity to object?

16             Q.    Yes, but in terms of taking a

17       break, the normal rule is you can consult

18       with your attorney after you've answered the

19       question.

20             A.    Okay.

21             Q.    I think the court reporter

22       already reminded you about keeping your

23       voice up because she's taking down

24       everything you're saying and we got some

25       difficult sound conditions in this room to
```

```
1                        M. BOVELL            10
2         work with.
3                  A.    I'm not feeling too well so
4         I'll try my best.
5                  Q.    If you need to take a break,
6         you can certainly do that at anytime you
7         need to.
8                  Are you on any medications today that
9         would inhibit your ability to testify?
10                 A.    Medications right now, no.  I
11        took Advil earlier, but no.
12                 Q.    Is that over-the-counter Advil?
13                 A.    That's over-the-counter Advil.
14                 Q.    Are you well enough to
15        continue?
16                 A.    Right now I am.
17                 Q.    What is your date of birth,
18        Officer Bovell?
19                 A.    My date of birth is ████ ████
20        ███
21                 Q.    Without giving me any street
22        address, in your Complaint it's listed that
23        you live in the north or northern counties.
24                 What county do you live in?
25                 A.    Dutchess County.
```

```
 1                              M. BOVELL              11
 2              Q.    In the Complaint it lists that
 3      you were born originally in the Caribbean.
 4              What country were you born in?
 5              A.    Jamaica.
 6              Q.    Are you currently married or
 7      single?
 8              A.    I'm married.
 9              Q.    What is your wife's name?
10              THE WITNESS:  Is that
11              necessary?
12              MR. SWEENEY:  I think it's a
13              fair question.
14              A.    It's Duvania, D-U-V-A-N-I-A
15      Bovell.
16              Q.    Without getting into the names
17      of any children, do you have children of the
18      marriage?
19              A.    Yes.
20              Q.    What ages and sexes are they?
21              A.    We have a beautiful son.  His
22      age is eight.
23              Q.    Anyone else besides your son?
24              A.    No.
25              Q.    Any other children of any other
```

```
1                        M. BOVELL                12
2        prior relationship?
3                A.      No.
4                Q.      Is your wife employed outside
5        of the home?
6                        THE WITNESS:  Right now?
7                        MR. SWEENEY:  Yes.
8                A.      Yes.
9                Q.      What type of employment or
10       capacity is she employed?
11                       THE WITNESS:  I don't
12              understand.
13               Q.      Does she have a job someplace?
14               A.      Yes.
15               Q.      What type of job does she have?
16               A.      I don't know the details of her
17       job but she does administrative work.
18               Q.      Administrative work?
19               A.      Yes.
20               Q.      Have you ever testified in a
21       proceeding before today?
22                       THE WITNESS:  As a police
23              officer or --
24                       MR. SWEENEY:  Well, let me ask
25              it both ways; perhaps as a police
```

```
1                        M. BOVELL                    13

2              officer in a criminal context.

3              A.    Yes, that's part of my duties.

4              Q.    I assume from time to time you

5      testified in various prosecutions or before

6      the Grand Jury, for example?

7              A.    Have I testified in front of a

8      Grand Jury, yes, I have.

9              Q.    As part of criminal court

10     trials?

11             A.    As part of my job, yes.

12             Q.    Taking out the criminal

13     testimony that you may have provided or

14     testimony in a criminal matter, have you

15     testified before in a civil lawsuit?

16                   THE WITNESS:  Civil lawsuit?

17                   MR. SWEENEY:  Like this one.

18                   THE WITNESS:  As far as

19             capacity as a police officer?

20                   MR. SWEENEY:  In any capacity

21             as either a plaintiff or a defendant.

22             A.    Yes, capacity as a police

23     officer I have.

24             Q.    What type of lawsuit or what

25     was that lawsuit about?
```

```
 1                           M. BOVELL                14
 2              A.    I don't remember details.
 3              Q.    Was the city a defendant in
 4       that lawsuit?
 5              A.    I believe so, yes.
 6              Q.    And you were testifying as a
 7       witness?
 8              A.    I'm not sure if I was a witness
 9       or not.  I'm not sure what position I was.
10       I don't remember.
11              Q.    How long ago was that
12       testimony?
13              A.    This was I believe in 2014
14       before I got injured on September of 2014,
15       yes.
16              Q.    Do you know the name of the
17       person that brought the lawsuit, the
18       plaintiff?
19              A.    I don't remember.  I don't
20       remember.
21              Q.    Was it a male or female?
22              A.    I know it was a male.
23              Q.    Besides that one testimony
24       maybe 2014 that you can't remember, have you
25       testified in any other civil lawsuit?
```

```
 1                        M. BOVELL              15
 2              A.    Civil, I don't remember right
 3       now.  I don't remember.
 4              Q.    Is there anything that would
 5       refresh your memory as to if you did
 6       testify?
 7              A.    If there is perhaps some
 8       documentation but I don't remember other
 9       than that particular, I don't remember any
10       civil lawsuits.
11              Q.    Do you know if that case that
12       you referenced in 2014, do you know if that
13       was settled or that went to a jury trial?
14              A.    I believe it was settled.
15              Q.    Was that settled recently or in
16       2014?
17              A.    It was settled when I was out
18       injured.
19              Q.    When you were out injured?
20              A.    I believe so, yes.
21              Q.    So, sometime during the last
22       two years?
23              A.    Between 2014 and now.
24              Q.    Have you ever, and I don't mean
25       criminal proceedings, but in terms of a
```

```
1                           M. BOVELL                16
2           civil proceeding like your lawsuit, have you
3           ever been a party, meaning a plaintiff or a
4           defendant in any other civil lawsuit?
5                   A.   Not that I remember or aware
6           of.
7                   Q.   Could you briefly tell me about
8           your educational background?
9                        THE WITNESS:  As far as what
10               exactly?
11                  Q.   Did you go to high school or
12          the equivalent?
13                  A.   Oh, yeah, I went to high school
14          and to college.
15                  Q.   Where did you attend high
16          school?
17                  A.   I went to high school in
18          Kingston, Jamaica.
19                  Q.   What year did you graduate?
20                  A.   I don't remember.
21                  Q.   I think you mentioned you may
22          have gone to college after that?
23                  A.   Yes, I went to college.
24                  Q.   What college did you attend?
25                  A.   I went to Bronx Community
```

```
1                        M. BOVELL                17
2        College and Mercy College.
3                Q.    Did you receive any degrees
4        from those schools?
5                A.    Yes.
6                Q.    What degrees have you received?
7                A.    I received an associates from
8        Bronx Community College and a bachelors from
9        Mercy College.
10               Q.    What specialization or
11       concentration was the associates in?
12               A.    Computer programming, commuter
13       science.
14               Q.    How about the degree from
15       Mercy, was that the same specialization?
16               A.    That was information of
17       technology, yes.
18               Q.    Information of technology.
19       When did you graduate from Mercy?
20               A.    I believe 2015.
21               Q.    Was that while you were out on
22       207?
23               A.    Yes, because between 2014,
24       2015.
25               Q.    When did you start attending
```

```
                              M. BOVELL                18
 1
 2      Mercy, what year was that?
 3            A.    I don't remember; approximately
 4      2012, 2011, approximately.
 5            Q.    From 2012 to 2014 mid year, I
 6      think you were working as a police officer
 7      for Mount Vernon?
 8            A.    Yes.
 9            Q.    So, you would attend school
10      after work?
11            A.    No, I did it part-time.  It
12      varies but mostly on line.
13            Q.    A lot of it on line?
14            A.    Most of it on line but whenever
15      I could make it to classes, a class that I
16      felt was going to be difficult I would try
17      to make it on campus.
18            Q.    As I understand it, you started
19      employment here with Mount Vernon Police on
20      or about June 30th, 1997; does that sound
21      right?
22                  THE WITNESS:  Pardon me?
23            Q.    Did you start working here June
24      30th, 1997?
25                  THE WITNESS:  At Mount Vernon
```

```
1                        M. BOVELL                 19
2              Police Department?
3                    MR. SWEENEY:  Yes.
4         A.    No.
5         Q.    When did you start working?
6         A.    Around 2007.
7         Q.    Did you work anyplace else
8    before working for Mount Vernon in 2007?
9         A.    Yes.
10        Q.    Where else did you work at?
11        A.    I worked for BOCES and also I
12   worked for AT&T Cingular Wireless and I
13   worked for RD Weis, a flooring company in
14   Port Chester as accounts payable.
15        Q.    The first job that you held,
16   was that with BOCES?
17                   THE WITNESS:  First job I held?
18                   MR. SWEENEY:  Let me rephrase
19             the question.
20        Q.    You graduate from high school
21   in Jamaica.  At some point in time you came
22   to the states from Jamaica; is that right?
23        A.    Yes.
24        Q.    The first job that you had here
25   in the states was with whom?
```

```
                              M. BOVELL                    20
 1
 2              A.     With Caldors.  I worked at
 3      Caldors.
 4              Q.     Caldors is a store?
 5              A.     Yes, it's a store that used to
 6      be located in Pelham.
 7              Q.     What did you do for Caldors?
 8              A.     I was doing sales, I believe.
 9      I --
10                     MR. SWEENEY:  I'm sorry.
11              A.     I worked in the electronics
12      department.  I did various types -- cashier,
13      sales in the automotive department, stuff
14      like that.
15              Q.     After Caldors, did you work for
16      somebody else?
17              A.     Yes, yes, I did.  I don't
18      remember who -- oh, actually, it just came
19      to mind.  I worked for a group home.
20              Q.     A group home?
21              A.     Yes, dietary.  I worked in the
22      kitchen.
23              Q.     Where was that group home
24      located?
25              A.     In New Rochelle.
```

```
1                           M. BOVELL                21

2               Q.     After that group home, did you

3        work with someone else?

4               A.     Yes, I did.

5                      THE WITNESS:  Let me see if I

6               can remember.

7               A.     I worked for, I believe Home

8        Depot -- actually, I'm sorry.  I worked for

9        a rebate processing company, something along

10       the line in New Rochelle.  I believe it's

11       called TCA.  They process rebates and then I

12       believe Home Depot came along the line.  I

13       worked overnight stocking.

14              Q.     After Home Depot?

15              A.     I believe after Home Depot it

16       was RD Weis, the flooring company I spoke to

17       you about in Port Chester.

18              Q.     Then after RD Weis?

19              A.     I believe I worked for AT&T.

20              Q.     What did you do for AT&T?

21              A.     I forgot my title.  I was an

22       ANS, advanced network associate.

23              Q.     More technology than sales?

24              A.     That was trouble shooting,

25       people would have PDA devices; smart phones
```

```
 1                      M. BOVELL                22

 2      or laptops.  They would call for trouble

 3      shooting so they would call and I'd walk

 4      them through the process of resolving the

 5      issue.  Some of these customers were

 6      contractor of businesses or individual

 7      customers.

 8              Q.    After AT&T, is that BOCES?

 9              A.    After AT&T, I believe it was

10      BOCES.

11              Q.    Where was the BOCES located?

12              A.    In Westchester; Valhalla, I

13      believe.  They have offices in Valhalla,

14      Lower Hudson Regional Information Center.

15      They work with BOCES where we were

16      responsible for the IT solutions, the ones

17      at the school district like Byram Hills,

18      Mount Vernon, New Rochelle.  We dealt with

19      the management of their networks, computer

20      networks.

21              Q.    Then after BOCES it sounds like

22      you started with the police department?

23              A.    After BOCES I left there to

24      become a police officer.

25              Q.    Did you attend the police
```

```
1                            M. BOVELL              23

2        academy in the same year that you joined,

3        2007?

4                     THE WITNESS:  In 2007?  Pardon

5                me, say it again.

6                     MR. SWEENEY:  I'll ask it a

7                different way.

8                Q.    When did you attend the police

9        academy?

10               A.    In 2007 when I joined the

11       police department.

12               Q.    I'm going to go through your

13       Complaint in a little bit more detail but if

14       you can tell me what assignments you've had

15       at the police department from the beginning

16       until now, like for example, patrol division

17       or detective division.

18               A.    Okay.

19               Q.    What assignments have you had?

20                    THE WITNESS:  Are you asking me

21               that now?

22                    MR. SWEENEY:  After.

23                    THE WITNESS:  After I graduated

24               the academy?

25                    MR. SWEENEY:  Yes.
```

```
1                          M. BOVELL                24
2                A.      After graduating the academy
3         after approximately five months I was
4         assigned to patrol, patrol.  I worked in
5         patrol as a police officer.  I worked in
6         that position for some time.  While in that
7         position I worked in various community
8         units.  I forgot the name of the units but
9         they would focus on, you know, community
10        relations with police officers.  Prior to
11        that in a short time I was in impact unit.
12        I forgot the name of the unit but during my
13        course of probation I was in the uniform
14        impact unit.
15                Q.      What do impact officers do?
16                A.      Well, they focus on quality of
17        life issues, you know, as far as violation
18        of city ordinances, you know, crimes in
19        specific areas, you know, uniforms so you
20        have police presence.
21                Q.      As I understand it in the
22        Complaint, you worked in that position I
23        assume from 2007 to 2010?
24                    THE WITNESS:  In what position
25             exactly?
```

```
 1                    M. BOVELL                25
 2              MR. SWEENEY:  In patrol.
 3         A.     In patrol, yes, from 2007 until
 4     to the position that I just mentioned and to
 5     approximately 2010.
 6         Q.     Then in 2010 you went to the
 7     detective division?
 8         A.     In 2010 -- in 2009 I was
 9     actually joining that department.  I was
10     asked by Sergeant Fisher at the time to join
11     the narcotics unit and now Detective
12     Antonini but I declined and then in 2000 --
13     they said I -- well, in 2010 the opportunity
14     came again and I then accepted the offer.
15         Q.     So, the opportunity came again
16     sometime in 2010?
17         A.     Approximately 2010, yes.
18         Q.     And you accepted?
19         A.     I accepted, yes.
20         Q.     You were there, I think January
21     of 2011?
22         A.     Approximately, I believe.
23         Q.     Then you went back to patrol?
24         A.     In 2010 I was there for some
25     time, for a few months, and then I went back
```

```
 1                          M. BOVELL                  26

 2       to patrol.

 3              Q.    You were in patrol until

 4       December or so of 2011?

 5              A.    From 2000 -- towards the end of

 6       2011, approximately, yes.

 7              Q.    What assignments did you have

 8       in patrol when you went back during the 2011

 9       time?

10              A.    2011, I don't remember but I

11       was in patrol.  I don't remember.

12              Q.    Did you have any field training

13       officer responsibilities at that time?

14                    THE WITNESS:  In 2000 --

15                    MR. SWEENEY:   '11.

16              A.    2011, I don't remember.  I

17       don't remember 2011.  I know I had -- I was

18       certified in field training officers at some

19       point in my patrol career but I don't

20       remember when exactly.

21              Q.    There came a point where you

22       were again assigned going back to the

23       detective division?

24              A.    Yes, an opportunity arised and

25       they made me an offer to go back to the
```

```
1                          M. BOVELL              27

2         narcotics division and I did.

3                 Q.     And that was at the end of

4         2011?

5                 A.     Approximately.

6                 Q.     Until sometime in 2013 or '14?

7                 THE WITNESS:  Until?

8                 MR. SWEENEY:  Yes.

9                 THE WITNESS:  Was I accepted

10               back -- when I went back --

11                Q.     How long did you serve in the

12        detective division the second time around?

13                A.     Second time, approximately 24

14        months.

15                Q.     Do you know when you left the

16        detective division the second time?

17                THE WITNESS:  When I left the

18               second -- what --

19                Q.     When did your assignment in the

20        detective division end?

21                A.     After I accepted in 2011,

22        approximately 2011 I was continuous until

23        the end of 2013.

24                Q.     Then you went back to patrol

25        after that?
```

```
 1                          M. BOVELL                  28

 2              A.    Yes, I requested to go back to

 3      patrol.

 4              Q.    You served in patrol from

 5      sometime the end of 2013 or so until you got

 6      injured?

 7              A.    I served in patrol -- I

 8      requested out of narcotics towards the end

 9      of 2013, approximately.  I was reassigned in

10      2014, January of 2014 back to patrol and in

11      September 2014 I injured my -- I slipped and

12      injured my right knee while effecting an

13      arrest.

14              Q.    That was in July of 2014?

15              THE WITNESS:  Of what exactly?

16              Q.    When did you get injured?

17              A.    Oh, in September of 2014,

18      approximately.

19              Q.    You've remained out of work on

20      a 207-c status since that time?

21              A.    I've been out on on-duty injury

22      since September of 2014.

23              Q.    Is there a difference between

24      on-duty injury and 207-c?

25              MS. BELLANTONI:  Object to the
```

```
1                           M. BOVELL                29

2              form.  You can answer if you

3              understand.

4                      MR. SWEENEY:  If you know.

5              Q.    Is there a difference between

6       on-duty injury and 207-c?

7              A.    I don't know.

8              Q.    When you went to the detective

9       bureau for the first time in 2010, who was

10      your immediate sergeant that you reported to

11      at that time?

12             A.    I don't remember the first one.

13      In 2010 the first one -- we've had a few of

14      them.

15             Q.    What sergeants do you remember

16      reporting to in 2010, 2011 timeframe in the

17      detective bureau?

18                     THE WITNESS:  Before Sergeant

19              Fegan?

20             Q.    This is your first time.

21             A.    First time sergeants that I've

22      experienced --

23             Q.    In the detective bureau.

24             A.     Before Sergeant Fegan, Sergeant

25      McHeaton, Sergeant Stefano and Sergeant
```

```
1                          M. BOVELL                30

2         Mitchell.

3                   Q.    As I understand it Sergeant

4         McHeaton is an African-American officer?

5                   A.    Yes.

6                   Q.    Sergeant Stefano is a Caucasian

7         officer?

8                   A.    Yes.

9                   Q.    And sergeant Mitchell is an

10        African-American officer?

11                  A.    Yes.

12                  Q.    Do you remember what

13        lieutenants were in charge of -- I think you

14        worked in the narcotics unit in the

15        detective bureau; is that right?

16                       THE WITNESS:  Pardon me?

17                  Q.    You worked in the narcotics

18        unit in the detective bureau?

19                       THE WITNESS:  At what point in

20            time?

21                       MR. SWEENEY:  I'm still talking

22            about 2010 to 2011.

23                  A.    Yes, I worked in narcotics in

24        the detective bureau.

25                  Q.    Did you work in any other unit
```

M. BOVELL                                31

```
 1
 2    of the detective bureau other than
 3    narcotics?
 4           A.    No, not that I remember.
 5           Q.    Your entire tour the first time
 6    in the detective bureau was in narcotics?
 7           A.    My first experience within the
 8    detective bureau I was in the narcotics unit
 9    that I remember.
10           Q.    I asked you about the sergeants
11    and I'm going to ask you a similar question
12    about the lieutenants.
13           What lieutenants do you remember
14    being in charge of the detectives and police
15    officers that worked in the narcotics unit
16    during the 2010-2011 timeframe?
17           A.    Lieutenants, I don't remember.
18    I know that Captain Adonaro was in charge at
19    some point.  I don't remember exactly.
20           Q.    Did you have any partners,
21    police officers, detective partners that
22    worked with you at the detective bureau
23    during this timeframe?
24                 THE WITNESS:  What timeframe is
25           that again?
```

```
1                              M. BOVELL                    32

2                    MR. SWEENEY:  Again, this is

3               2010-2011 your first time there.

4               A.    Oh, yes, I did.

5               Q.    Who were the partners that you

6       worked with?

7                    THE WITNESS:  My immediate

8               partner or who were in the unit

9               exactly?

10              Q.    Who was your immediate partner?

11              A.    When I was first assigned to

12      the detective bureau in the narcotics unit

13      my partner was Detective Patterson.

14              Q.    Did you have any other partners

15      during that timeframe other than Officer

16      Patterson?

17                   THE WITNESS:  What timeframe is

18              that again?

19                   MR. SWEENEY:  2010-2011 the

20              first time you were there.

21              A.    Yes, they separated us and they

22      -- I was -- we were separated as partners

23      and was assigned to -- I was partnered with

24      Detective Caparro.

25              Q.    Is it Detective or Officer
```

```
1                         M. BOVELL                    33

2        Caparro?

3                  A.    Oh, no, Detective Caparro.

4                  Q.    Detective Caparro is a

5        Caucasian officer.

6                  Was it Detective Patterson or Officer

7        Patterson at the time?

8                  A.    At the time it was Detective

9        Patterson.

10                 Q.    He's African-American?

11                 A.    Yes.

12                 Q.    Any other partners other than

13       Patterson and Caparro?

14                      THE WITNESS:  At that time?

15                      MR. SWEENEY:  At that time.

16                 A.    That I remember, no, no.

17                 Q.    Who were the other members,

18       other police officers, other detectives in

19       that unit at that time which is 2010-2011?

20                 A.    At that time the unit consisted

21       of Officer Leone --

22                      THE WITNESS:  Who else that I

23             remember?

24                 A.    Detective Caparro, Officer

25       Leone and Detective Ibanez.
```

M. BOVELL                34

1

2      Q.    Were there any others?

3      A.    Initially Detective Patterson

4  was the only detective and then subsequently

5  Detective Caparro was promoted.  I don't

6  remember anyone else.

7      Q.    Detective Antonini was not part

8  of the unit at that time?

9      A.    At that particular time, not

10  yet, no.

11      Q.    Officer Leone, is that -- what

12  race is he?

13      A.    He's Caucasian.

14      Q.    Is it Ibanez?

15      A.    Ibanez, yes.

16      Q.    Ibanez with a B or --

17      A.    Yes, I-B.

18      Q.    Ibanez?

19      A.    I believe so.

20      Q.    If you know, what racial

21  component is Officer Ibanez?

22      A.    I believe he's biracial.  I'm

23  not sure; Hispanic, Caucasian.  I'm not

24  sure.

25      Q.    He might have been biracial

```
1                      M. BOVELL              35
2     either Hispanic or Caucasian?
3            A.     Or both.
4            Q.     But not African-American?
5            A.     Not African-American.
6            Q.     There came a time where you
7     left the detective division first time and
8     went back to patrol?
9            A.     Yes.
10           Q.     What was the reason for that
11    reassignment?
12           A.     There was an issue.  Me and
13    Patterson were partners and the other
14    members had a problem with it.  We were very
15    productive.  We were very active.  The other
16    members had a problem with it.  We would
17    have meetings, group meetings among
18    ourselves and discuss our weaknesses and our
19    strength and apparently we voiced our
20    opinion -- I voiced my opinion and that
21    became a problem.  It became a problem and I
22    was told to write an MV-5 as a result of,
23    you know, what happened by my supervisor at
24    the time.  So I voiced my opinion and
25    because of that the supervisors felt that I
```

```
1                           M. BOVELL              36
2           shouldn't have done that so we had a meeting
3           and they reassigned me.  I brought up that
4           if I'm not -- during that meeting I said,
5           you know, if I'm not suited for the unit you
6           can reassign me, so I was reassigned.  I did
7           not ask to be reassigned but they thought
8           that because I spoke against another
9           Caucasian officer that I should be
10          reassigned, so that was somewhat of a
11          punishment on their part.
12                    MR. SWEENEY:  This is the first
13               I'm hearing of this.
14               Q.    What officer did you speak
15          against?
16               A.    ███████████████      who was
17          promoted to detective within 12 months,
18          approximately 11 months.
19               Q.    In what respect or how did it
20          come up that you spoke against him?
21               A.    Well, there were some issues as
22          far as -- we're a narcotics unit so a lot of
23          the things we do during the day we plan, we
24          execute, we do surveillance, we have -- we
25          target drug dealers in the community.  Based
```

```
1                          M. BOVELL          37
2           on information, I believe we utilize CI
3           information.
4                Q.    CI is confidential informants?
5                A.    Yeah, confidential informants,
6           we do surveillance, we do, you know, drug
7           buys with the CI's, so sometimes when we
8           arrest individuals, suspects and during the
9           course of some of these arrests, you know,
10          we felt that some members of the group were
11          lacking in the execution of these arrests,
12          so, you know, we discussed this as a group
13          and as far as our strength and weaknesses
14          and there was an incident where one of the
15          members of the unit got injured because we
16          felt that another member wasn't keeping up
17          their end of, you know, as far as doing
18          their job, so I voiced my opinion and it got
19          back to the supervisors.  My supervisor
20          wanted me to document it, so I did, and upon
21          documenting it and speaking against just the
22          witnesses of that particular officer,
23          ███████    ███████, they felt that they
24          didn't like that so I was reassigned.
25                Q.    Who was the officer that was
```

```
 1                          M. BOVELL              38
 2          injured that you believe was a result of
 3          whatever --
 4                  A.    I don't remember.  I think it
 5          was ███████████
 6                  Q.    Do you recall when that
 7          incident occurred?
 8                  A.    It was between that time period
 9          that you mentioned.  I don't remember
10          exactly when.  It was an issue.  I brought
11          it up.  I did everything right.  They felt
12          that I shouldn't be speaking, you know,
13          against another white officer and this is
14          what I get for speaking up so I was
15          reassigned.
16                  Q.    I'm going to show you and your
17          attorney what is marked as Defendant's B and
18          C and ask that you take a look at that.
19                          (Handed)
20                  A.    Okay.
21                  Q.    What is Exhibit B?
22                  A.    This is an MV-5 that appears to
23          be written by me.  It has my signature.
24                  Q.    When was that MV-5 generated by
25          you?
```

M. BOVELL                39

A.     The date on the MV-5 is January

21st, 2011.

Q.     That's when you were working in

the detective bureau for that first time?

A.     From 2010, yes, from 2010,

yeah.

Q.     What is Exhibit C?

A.     C is an MV-5 that I was

directed to write by my supervisor.

Q.     When was Exhibit C, the MV-5,

when was that generated?

A.     The date on it is January 21st,

2011.

Q.     Is that the same timeframe,

same date?

A.     Yes, that's the same day.

Q.     Why was Exhibit B, the MV-5,

why was that MV-5 generated, what was the

purpose?

A.     We made -- I believe we made,

myself and Detective Patterson made a drug

arrest where the suspect swallowed the

narcotics and for their safety took him

to the hospital.  During that course of

1                           M. BOVELL                40

2          time, I believe Sergeant Stefano was, I

3          don't know, he was upset about some things

4          and he was a bit irate as usual and he

5          requested us to return to the office or one

6          of us to return to the office from what I

7          can recall.  I guess it wasn't as

8          expeditious as he wanted so -- because I was

9          helping my partner at the time because we

10         were watching the prisoner.  We wanted to

11         make sure he was okay so he instructed me to

12         write the MV-5.  I said, "Why?"  There was a

13         delay when he requested for me to come back

14         to the narcotics office.

15              Q.    Why was Exhibit C generated,

16         what was the purpose of that report?

17              A.    I believe C was when I voiced

18         my opinion pertaining to              .

19         Sergeant Stefano was upset and he reassigned

20         me to work with               where we

21         dismantled a partnership between me and

22         Detective Patterson so I expressed to him I

23         wanted to discuss before pertaining to

24         safety issues with            and

25         during that time he was very irate.  He's

```
 1                        M. BOVELL              41
 2          known to be upset all the time but he was
 3          very upset.  He wanted me to write an MV-5
 4          as to what we discussed and that's what I
 5          did.
 6               Q.    As I understand your testimony,
 7          Officer Bovell, it appears that you were
 8          partnered up with Detective Patterson, I
 9          think at that time; is that correct, January
10          21st, 2011 timeframe?
11               A.    That is correct.
12               Q.    Then it appears from Exhibit C
13          that there was a directive that you were
14          going to have a new partner which would have
15          been Detective Caparro?
16               A.    Yes.
17               Q.    And you voiced -- is it fair to
18          say you voiced some concern about that?
19               A.    Prior to this and during that
20          time, yes, we voiced what we discussed about
21          it.  He knew what was going on and this
22          supervisor was upset.
23               Q.    Exhibit C, the MV-5, is
24          documenting your concern regarding being
25          partnered up with                    ?
```

```
 1                        M. BOVELL              42
 2            A.    It's documenting partially
 3       conversations between me and my supervisor
 4       at the time, Sergeant Stefano, and his
 5       directives along with some of our
 6       communications.
 7            Q.    Is there another MV-5 or some
 8       other report which documents the incident
 9       that you testified about where you believe
10       ███████  ███████   was responsible for
11       ███████  ███████  being hurt?
12            A.    I believe so.  I don't remember
13       exactly but I think it should be.
14            Q.    And that MV-5 would have
15       predated these MV-5's?
16            A.    I'm not sure.  I'm not sure but
17       I don't remember exactly.
18            Q.    Based on that chronology, was
19       ███████  ███████   ever your partner or did
20       you leave the narcotics unit shortly
21       thereafter?
22            A.    He was my partner.  The
23       supervisor said he's my partner so I have no
24       choice.
25            Q.    How long was he your partner
```

```
1                        M. BOVELL              43

2        for?

3             A.    I guess perhaps a few days.  I

4        don't remember exactly but a few days

5        because during that course of time we had a

6        meeting where we sat down with another

7        Caucasian supervisor.  I believe he's

8        retired.  I don't remember his name and he

9        was really upset because I voiced my

10       opinion.  I remember him saying, you know,

11       I've never seen, you know, they were upset

12       that I expressed myself in a respectful

13       manner.  I guess they're not used to anyone

14       giving input or feedback, so shortly after I

15       was reassigned to patrol.

16            Q.    In terms of duration, it seems

17       like you were            or

18            partner just for a few days before

19       you were reassigned?

20            A.    Maybe a few weeks or days, I'm

21       not sure; perhaps a week or two.  I don't

22       remember.

23            Q.    During the timeframe where you

24       served with            as your

25       partner, were there any incidents where he
```

```
1                              M. BOVELL            44
2          failed to meet your expectations of a
3          partner?
4                    THE WITNESS:  I don't
5               understand what you mean.  Could you
6               clarify, please.
7               Q.    I believe you, in Exhibit C,
8          indicated that you had concerns about
9          working with ██████████  ██████  as your
10         partner and that's one of the reasons that
11         eventually lead to you being transferred out
12         of the detective division; correct?
13              A.    Yes.
14              Q.    And you said there may be a
15         document of an incident where you believe
16         ████████████  ██████  didn't do something such
17         that another officer got hurt?
18              A.    What we do, you know, within
19         the narcotics unit it's very
20         confrontational.  Sometimes we got to take a
21         fight with drug addicts, drug dealers.  They
22         don't want to go to jail so they're very
23         combative.  ████████  ██████  was very
24         afraid.  He was very afraid.  Some of us in
25         the unit were not -- did not feel secure
```

1                           M. BOVELL              45

2          working with him or apprehending suspects

3          just with him where, you know, in a

4          situation where there's one officer and

5          ███████.  So, yes, did I feel unsafe,

6          sometimes, yes; did I not trust his ability

7          to apprehend suspects, no, I did not, so I

8          was very careful in what we did and how we

9          apprehended and whenever we had verbal abuse

10         or we had the support of the team, as well.

11         Yes, so yes -- I believe some of us did not

12         trust his ability at the time, that's

13         correct.

14              Q.    You said "we".

15              Is there -- who else shared your

16         opinion?

17              A.    Detective Patterson.  We spoke

18         about -- we had meetings, sometimes without

19         -- mostly without the supervisors group

20         meetings.  As a unit we tried to be very

21         cohesive.  We understand everyone has

22         different personalities but we, with efforts

23         of myself, we suggested to have group

24         meetings and we did and some people just did

25         not feel the same way or share the same

```
 1                          M. BOVELL              46
 2       views concurred with some of our finest.
 3              Q.     Was ██████    ██████  part of
 4       those group meetings?
 5              A.     Yes, he was.
 6              Q.     Are these group meetings
 7       documented anywhere in minutes or anything?
 8              A.     No, in the narcotics unit we
 9       unlike patrol division we are not mandated
10       to use memo books so it's freelance where we
11       come together, sometimes our schedules
12       change randomly.  When we come in we plan
13       what we're going to do for that day.  We
14       might have an assignment, it depends,
15       surveillance in the community or there may
16       have been a crime in a particular area that
17       we have to focus on, you know, things like
18       that, get information so it was really
19       undefined.
20              Q.     Now, when you went back to the
21       patrol division after your first tour in the
22       detective division, can you tell me similar
23       questions what sergeants do you remember
24       were your immediate supervisors?
25              A.     When I went back --
```

```
 1                        M. BOVELL                    47
 2              Q.    This would be the 2011
 3      timeframe.
 4                    THE WITNESS:  The first time?
 5                    MR. SWEENEY:  Yes -- actually,
 6              I think it's your second tour in the
 7              patrol division because you started
 8              working in patrol, you went to
 9              detective and you went back to
10              patrol.
11                    THE WITNESS:  So, it was after
12              I was reassigned in 2007 after the
13              incident.
14                    The supervisors that I worked
15              under?
16              Q.    Do you recall your sergeants
17      that you worked for?
18              A.    Not really.  I don't remember
19      specifically.
20              Q.    Do you recall the lieutenants
21      that you worked for?
22              A.    Well, we -- at the time we had
23      rotating shifts so we had various
24      supervisors, you know, that at that time we
25      didn't have steady tours so even with steady
```

```
 1                    M. BOVELL              48
 2      tours the supervisors schedule still rotates
 3      while the subordinates were more steady so
 4      it's really hard to recall.  It's just like
 5      speed dating.
 6              Q.     How about partners, did you
 7      have a regular partner in patrol?
 8              A.     Not really, not that I recall.
 9      That could be random.  You could be placed
10      in various sectors.  That's how patrol is
11      divided with sectors and you're assigned a
12      patrol car to patrol that particular
13      geographic area, so one day I could be
14      working on the south side, and it all
15      depends on whoever is planning that
16      particular day, supervisor.
17              Q.     There came a time, I believe in
18      2011 where you went back again to the
19      detective division; is that correct?
20              A.     Yeah, but after I was initially
21      assigned to patrol I was then reassigned
22      back to the narcotics unit.
23              Q.     Can you tell me how that came
24      about, that reassignment back to the
25      detective division?
```

```
 1                         M. BOVELL                    49
 2                    THE WITNESS:  I don't
 3            understand.
 4            Q.     Did someone ask you, did you
 5       volunteer; how did that happen?
 6            A.     Well, I -- someone had to ask
 7       me.  I was very productive, you know, I was
 8       known to be productive, you know, so I guess
 9       someone had asked me to go back to the unit.
10            Q.     Who asked you?
11            A.     At the time I believe there was
12       a transition from Sergeant Stefano as the
13       supervisor to narcotics to I believe
14       Sergeant Mitchell.  I know at some point I
15       had a meeting.  I was called into the office
16       I believe with Captain Adonaro.  I don't
17       remember who it was and I was told that I
18       was going back to the narcotics unit.
19            Q.     So, you recall having a meeting
20       with Captain Adonaro about --
21            A.     I believe it was two
22       supervisors.
23                    THE WITNESS:  Let me try to
24            recall here.
25            A.     Two supervisors.  I had a
```

```
 1                          M. BOVELL              50
 2         meeting with two supervisors and they
 3         interviewed me and they wanted to know how I
 4         felt about going back to the unit and I
 5         accepted.
 6                 Q.    Was ███████   ███████  still
 7         part of the unit at that time?
 8                 A.    I believe so, yes, because he
 9         left shortly after that; yes, yes, ████████
10         ████████ was still there.
11                 Q.    I don't think I asked you this
12         question before, Officer Bovell, but your
13         first tour in the detective bureau which
14         would have been 2010, 2011, do you recall
15         who the police commissioner was?
16                 A.    I don't remember.
17                 Q.    Do you recall who the mayor
18         was?
19                 A.    I don't remember exactly.
20         We've had some different commissioners and
21         mayors.  At that time I don't specifically
22         remember.  I know that when I was reassigned
23         that we -- when I was reassigned we had
24         Commissioner Bell as police commissioner at
25         some point.
```

```
1                          M. BOVELL                    51

2              Q.    Commissioner Bell is an

3       African-American?

4              A.    African-American, right.

5              Q.    During your reassignment --

6       you're referring to reassignment back to

7       patrol or back to your detective division a

8       second time?

9                    THE WITNESS:  Say that again,

10             please.

11             Q.    When you say you got

12      reassigned, are talking about being

13      reassigned to patrol?

14             A.    To the detective unit,

15      narcotics.

16             Q.    The second time?

17             A.    After 2011 and towards the end

18      of 2011 when I was reassigned to the

19      narcotics unit.

20             Q.    You do recall Police

21      Commissioner Bell being in charge of the

22      police department?

23             A.    At some point.

24             Q.    Do you recall who the mayor was

25      at that time?
```

M. BOVELL                    52

1

2       A.      The mayor, you know what, we

3  were transitioning between mayors; I believe

4  Young, Mayor Young, Clinton Young and Mayor

5  Davis.

6       Q.      Mayor Young and Mayor Davis are

7  both African-American?

8       A.      Yes, they are.

9       Q.      When you were reassigned back

10  to the detective bureau in 2011 the second

11  time, do you recall who the sergeant was

12  that you reported to?

13       A.      Oh, for a little while it was

14  Sergeant Stefano.  For a little while it was

15  Sergeant Stefano but he left.  I knew that

16  before he came that he was going to be

17  reassigned and I believe -- I don't remember

18  exactly but I believe it was Sergeant

19  Mitchell.  Sergeant Mitchell was the

20  narcotics supervisor.

21       Q.      Was Sergeant McEachin at all a

22  supervisor or sergeant?

23       A.      Yes, after Sergeant Mitchell.

24  Sergeant Mitchell got injured at some point

25  and I believe Sergeant McEachin took over.

```
1                          M. BOVELL               53
2                    Q.    And then eventually Sergeant
3        Fegan?
4                    A.    Mitchell -- yes, that's
5        correct.
6                    Q.    So, the four sergeants that you
7        would have reported to during your second
8        tour in the detective bureau would have been
9        Sergeant Stefano for a short bit, Sergeant
10       Mitchell, Sergeant McEachin and Sergeant
11       Fegan?
12                   A.    That's correct.
13                   Q.    Do you recall the lieutenants
14       that the narcotics unit's officers and
15       detectives reported to?
16                   A.    I know -- I don't recall
17       exactly but I know they were Caucasian.  I
18       forgot their names, sergeants and
19       lieutenants.
20                   Q.    Captain Adonaro was still the
21       captain in charge at that point?
22                   A.    Captain Adonaro was captain at
23       some point in time.  I know that there's a
24       Caucasian lieutenant but I forgot his name
25       and a Caucasian sergeant but I forgot his
```

M. BOVELL                    54

name; both retired.  They're retired now.

Q.     What partners did you have in
the detective bureau the second time?

A.     The second time -- oh, the
second time was the first time we had so
many African-Americans in the unit and I
remember discussing that.  This will never
happened again under the commission of
Commissioner Bell.  When I returned to the
unit we had approximately four
African-American males in the unit.  That's
never been seen before and we also knew that
it would never happen again.  It would be
the first and last time.

Q.     When you returned to the unit
in 2011, you had four African-Americans?

A.     At some point in time, Officer
Bradley came on board, Detective Griffin
came on board so there's approximately four
under the initiative of McEachin and
Mitchell, Sergeant Mitchell.  Sergeant
Mitchell is now Lieutenant Mitchell -- I'm
sorry, Sergeant McEachin now Lieutenant
McEachin and Sergeant Mitchell was recently

M. BOVELL                    55

1
2     the honorary commissioner.  He retired and
3     was recently the police commissioner.
4             Q.    As I understand your testimony,
5     when you went back to the detective bureau
6     the second time, your sergeant supervisor at
7     that time would have been Sergeant Stefano?
8             A.    For a little time.  I was told
9     that he would no longer be the supervisor
10    and that there was going to be a new
11    supervisor and that's what I was told and
12    why I accepted the position back in.  He
13    said there was going to be new leadership.
14    Sergeant Mitchell became the narcotics
15    supervisor.  Subsequently to that, Sergeant
16    Mitchell had an injury, on-duty injury where
17    he was apprehending the suspect and he got
18    injured and then Sergeant McEachin took
19    over.
20            Q.    I'm just trying to get -- track
21    down.  You said there were four
22    African-American detectives or officers in
23    the narcotics unit.
24            Were they working when Sergeant
25    Stefano was there or did they come aboard

```
1                          M. BOVELL                    56

2       later?

3              A.    Subsequently they came aboard

4       later under Sergeant Mitchell and Sergeant

5       McEachin.  Sergeant McEachin's now

6       Lieutenant McEachin.

7              Q.    I think you indicated that

8       those four African-American officers or

9       detectives would have been yourself, Officer

10      Briley, Officer Griffin?

11             A.    And Griffin.

12             Q.    Is there anyone else?

13             A.    I don't remember.  You know

14      what, actually I'm trying to remember.  As

15      far as I remember right now, Officer

16      Zappone.

17             Q.    With a Z?

18             A.    Yeah, with a Z, Zappone.  He

19      transferred.

20             Q.    Is Officer Zappone

21      African-American?

22             A.    I believe he's Hispanic,

23      Zappone.  I'm not quite sure.

24             Q.    Was Detective Antonini part of

25      the group when you transferred into it the
```

```
1                        M. BOVELL              57
2        second time?
3              A.     The second time, yes, he came
4        aboard, as well.  I forgot about Antonini.
5        He came aboard, as well, subsequently under
6        Mitchell.  After I came aboard he came
7        aboard, as well.
8              Q.     Was Officer Light part of the
9        group at that time?
10             A.     Yeah, Light was still -- Light
11       was there.  He came up, as well.
12             Q.     Based on names you gave me, I'm
13       just counting six detectives.
14             A.     Ibanez left.  So when I came
15       back to the unit, there was myself, I
16       believe Griffin was there, myself, Griffin
17       came aboard at some point in time and
18       Detective Patterson at some point in time,
19       Ibanez left at some point in time, █████████
20       ███████  left.
21                    MS. BELLANTONI:  Who?
22                    THE WITNESS:  ████████
23       ████████
24             A.     He left, he transferred.  So,
25       Ibanez transferred, ████████  ████████
```

M. BOVELL                    58

1  transferred, Zappone transferred and went to

2  other police departments.

3       Q.    I think in your prior testimony

4  you indicated that it would be unusual or

5  historic to have four African-American

6  males.

7       A.    It's never happened before.

8  Normally under -- as I said in 2009 I was

9  made an offer to join the narcotics unit but

10 then Sergeant Fisher now Lieutenant Fisher,

11 it was predominantly all white males.  By

12 the time Sergeant Wuttke who was a police

13 officer then, Sergeant Fegan and other

14 officers all white officers.  The narcotics

15 unit is predominantly dominated since I've

16 been in the Mount Vernon Police Department

17 by white males, very few African-American

18 males so it was pretty unusual to have one

19 or two African-American males in the

20 narcotics unit.

21      Q.    Is there any -- do you have an

22 opinion whether it's better to have more

23 black officers in the detective bureau than

24 not?

M. BOVELL                    59

1

2          A.     No, it's just the opportunity.

3    There's more favoritism.  White officers

4    were given more opportunity and more

5    advantage than the black officers.  That's

6    what it is.  There's nothing obscure about

7    it.

8          Q.     What is the basis for your

9    belief when you say that?

10         A.     Well, this was discussed among

11   other officers in the department.  It was an

12   issue.  We -- Sergeant Fisher is known to be

13   a racist.  He's still known to be a racist.

14   He treated other black officers unfairly and

15   no one liked to work under him.  When they

16   requested me in 2009 to come work in the

17   narcotics unit, they needed -- the chief at

18   the time I believe was Barbara Dunkin at

19   some point, Chief Barbara Dunkin, she felt

20   there was a problem with African-American

21   males not being in the unit and why didn't

22   you want to work in the unit and so Antonini

23   approached me because he worked under

24   Sergeant Fisher at that time and we worked

25   with Sergeant Wuttke, Sergeant Fegan and

```
1                         M. BOVELL              60
2          somehow, I don't know, Antonini, he probably
3          perhaps liked my work ethic or productivity
4          and he tried to recruit me.  He said
5          "Listen, Sergeant Fisher addressed me you
6          should come join, you should join up, you
7          know, you should come on board."  He gave me
8          a phone call and I said I'll think about it.
9          Initially I said yes but then I spoke to --
10         I asked other officers such as David Clark
11         which is now Detective Clark their opinion
12         so I turned to senior officers to ask their
13         opinion, you know, about working within the
14         unit and they expressed to me their
15         experience because they worked the unit at
16         some point under Sergeant Fisher that
17         Sergeant Fisher is a racist, he targets --
18         he doesn't like black people.  They've had
19         bad experience with him.  I spoke with other
20         officers, as well, and no one wanted to work
21         under Sergeant Fisher at the time because
22         they knew he was a racist.
23              Q.    The officers that gave you this
24         opinion were now Lieutenant Clark?
25              A.    Not Lieutenant, Detective
```

M. BOVELL                    61

1
2   Clark, one of the officers.  There are other
3   officers that transferred and are no longer
4   there, also black officers that experienced
5   the same thing under Lieutenant Fisher, now
6   Lieutenant Fisher, Sergeant Fisher back then
7   when he ran the narcotics unit.
8        Q.    What other officers -- who were
9   these other officers?
10       A.    I don't remember their names
11   right now but there are other officers.  I
12   asked the opinion of other officers at the
13   time when the opportunity presented itself
14   when Sergeant Fisher offered me to join the
15   unit and I subsequently accepted and then
16   declined.  I declined afterwards after I
17   heard the experience of these other black
18   officers so I just realized that I was just
19   being used as existence or I didn't want to
20   be part of that -- I didn't want, you know,
21   I didn't want to experience that, I didn't
22   want to be part of that at all, and other
23   things to, I also received information that
24   they were doing other unethical things, you
25   know, against black people in the community

```
1                        M. BOVELL              62
2        so I didn't want to be part of that.
3                Q.    Let's break that down.
4                You said Detective Antonini tried to
5        recruit you back in 2009.
6                A.    Yeah, he came to me and said
7        "Sergeant Fisher likes how I work and you
8        should come and join."  I said I'll think
9        about it, you know, but Antonini and I spoke
10       briefly, you know, he would talk to me
11       something about I don't feel like something
12       but he would talk to me and tell me things.
13       He confided in me with certain information
14       so he felt that I would be a good pick to
15       join the unit and I should come on board but
16       I did some research on my own and I spoke to
17       other senior officers and how they felt
18       about it in their experience and, you know,
19       just as a guiding tool for me to make a
20       constructive decision on my career path.
21       After I obtained that information, I felt
22       that it was inadequate for me, that's not
23       something I want to be a part of so I
24       declined.  They had a meeting and he called
25       me to a meeting which included Sergeant
```

M. BOVELL                              63

1    Fisher at the time, Captain Adonaro, a few

2    other white supervisors, they asked me why.

3    I told them at this point in time I felt

4    that this is not the best route for me and

5    I'd rather go to the route of the task force

6    first because normally there's steps; you go

7    to the task force, then you go to narcotics,

8    you go to quality of life and then you go up

9    and I said I think I'm rushing things.  I'd

10   rather to be in homicide to have that

11   experience of task force before I jump right

12   into the narcotics and they told me that the

13   opportunity would never present itself again

14   so you either take it now or never and I

15   declined.

16        Q.    Detective Antonini, it sounds

17   like he was working in the detective bureau

18   at that time?

19        A.    He was an officer at that

20   point.  He didn't obtain his detective

21   shield as of yet.  He worked, Detective

22   Antonini worked under the supervision of

23   Sergeant Fisher at some point at that time.

24        Q.    But in narcotics?

```
1                               M. BOVELL          64

2               A.    In the narcotics unit, that's

3         correct.

4               Q.    But Detective Antonini or

5         Officer Antonini wasn't there when you

6         joined the detective bureau for the first

7         time?

8               A.    The first time, no, because

9         that group was dismantled.  Chief Dunkin at

10        some point dismantled the narcotics group.

11        She -- I don't know the exact reason but she

12        had a problem with it.  I guess she had a

13        problem with now Lieutenant Fisher so that

14        group was dismantled.  She did not like the

15        way it was ran and it was dismantled.  Also,

16        from what I understand, she had issues with

17        Antonini because Antonini was known to beat

18        up on black people.  ██ ██ ████

19        █████  ████ █ ████  ████ █ ███

20        ████ ████ █ █ ████  ████ █

21        ████ ███ █ █ █ ████  ████ ██ ████

22        ████ ████  █ █ ████  ████  ██

23        ████ ████  ██ ████  █████

24        █ ██ ██ ██ ████  ████  ██        He

25        was known to be very abusive, a very abusive
```

```
1                              M. BOVELL           65
2          officer of -- what else should I say -- of
3          his powers, his responsibility.
4                  Q.    Did you have this knowledge
5          when he tried to recruit you to go to the
6          detective bureau?
7                  A.    Yes, partially but I learned
8          more along the lines so which is why I
9          refrained from -- I declined because I
10         didn't know what I was getting into.  I
11         didn't want to get into that type of
12         situation.  I understand it would have been
13         a career move but I'm not that type of
14         police officer so I chose the later.
15                 Q.    How did you get information
16         about what Detective Antonini had done to
17         ██████████  █ ██████████   ██████████   ?
18                 A.    Oh, Antonini told me.  He tells
19         me a lot of things.  Antonini told me why --
20         he told me that now Lieutenant Fisher
21         doesn't like African-Americans or even
22         Hispanics but the reason why -- now
23         Lieutenant Fisher has a relationship with
24         Antonini.  He's fond of him because he likes
25         baseball, so Lieutenant Fisher likes
```

```
 1                        M. BOVELL                66
 2          baseball and Antonini told me that when he
 3          was first assigned to work under Sergeant
 4          Fisher at the time, Sergeant Fisher didn't
 5          like him but they did a search warrant.  One
 6          day they did a search warrant on a house and
 7          they couldn't find the drugs, the drugs that
 8          they set out to find for that particular
 9          suspect but Antonini said Sergeant Fisher
10          got to like him was that he was able to
11          recover the drugs outside of the apartment,
12          it was somewhere outside the apartment.
13          Once he found it, once Antonini found the
14          drugs when they did the search warrant
15          that's when the relationship began to grow
16          between himself and Sergeant Fisher.  They
17          found the drugs outside the apartment and
18          they arrested the person.
19               Q.    Your information regarding
20          Sergeant Fisher now Lieutenant Fisher being
21          racist came from Detective Antonini?
22               A.    Yes, Detective Antonini and
23          other black officers.
24               Q.    Detective Antonini told you
25          about what he had done ▉ ▉▉▉▉ ▌ ▉▉▉▉
```

1                          M. BOVELL                67

2        ▮▮▮▮▮▮▮▮▮

3              A.    Yes, yes, he discussed that

4        with me, yes.  He told me himself that

5        there's a race war while I was in narcotics

6        unit under Sergeant Fegan so he confided in

7        me.  He told me things.  I guess he thought

8        that we were alike based on character.

9              Q.    In looking at your Complaint,

10       Officer Bovell, at Paragraphs -- not that

11       you have it in front of you -- but

12       Paragraphs 32 through 36 where you made

13       allegations regarding what Sergeant Fegan

14       and Detective Antonini said.

15              For example, Paragraph 32 says

16       "Sergeant Fegan and Detective Antonini

17       continually made racist comments to one

18       another about black citizens in Mount Vernon

19       such as "F" these niggers, they ain't shit

20       and will never be shit, this place, meaning

21       the City of Mount Vernon, is a shit hole."

22              Did you hear those words?

23              A.    Yes, yes, definitely.  They

24       spoke freely.  I don't know how they're

25       comfortable saying that around me.  At times

```
1                          M. BOVELL                 68
2       they would say it when I'm in the back of
3       the car.  We're driving to meet up with DEC
4       people to do a search warrant, so I'm in the
5       back of the car and they would just speak
6       freely.  Antonini and Sergeant Fegan has
7       like a really close relationship.  The way
8       I'll define it is Antonini is Sergeant
9       Fegan's bulldog.  He does whatever he wants,
10      you know, he established himself under the
11      Fisher régime.
12              Q.   So, these comments were said in
13      your presence.
14              Was there anyone else in the vehicle
15      that heard this being said?
16              A.   No, just me.
17              Q.   Just you?
18              A.   Just me.
19              Q.   Do you know when this was said?
20              A.   During that time when Sergeant
21      Fegan took over the unit.
22              Q.   Was it said once or more than
23      once?
24              A.   It was said more than once.  It
25      was said definitely more than once.
```

```
 1                         M. BOVELL                69
 2              Q.    Do you have any timeframe what
 3         any --
 4              A.    I don't remember right now but
 5         normally -- the first time I heard it was
 6         when we were going to do a search warrant.
 7         I was in the back of the car.  I was half
 8         asleep but, you know, I was in the back of
 9         the car and they would speak freely about
10         how they felt about people in the community,
11         you know.  That was the first time.  I
12         noticed how Sergeant Fegan would interact
13         with the black officers including myself
14         compared to the white officers in the
15         office.  He was more abrasive towards the --
16         condescending towards black officers than
17         the white officers.  The white officers were
18         given more privileges like days off, time
19         off.  It was clear.  It wasn't obscure at
20         all.
21              Q.    After this was -- after these
22         comments were said, did you ever complain to
23         anyone about these racist comments to anyone
24         in the chain of command?
25              A.    Once I noticed these things and
```

```
 1                           M. BOVELL                    70

 2        how Antonini and Sergeant Fegan what they

 3        were doing in the unit, it became uneasy.   I

 4        did not feel comfortable being in the unit.

 5        At some point, some friction erupted between

 6        myself and Fegan where I voiced my concerns.

 7        He told me to get -- he told me to pick the

 8        fucking bag up right in front of other

 9        officers.  We were about to do a search

10        warrant and he told me in front of other

11        officers, I believe Detective Griffin and

12        other officers, he told me to go pick the

13        fucking bag up and get outside and at that

14        point in time we had a meeting, a

15        discussion.  He directed me to write an MV-5

16        to be out of the unit.  I wrote the MV-5, we

17        sat down and we talked and I told him how I

18        felt about what he was doing in the unit and

19        I didn't feel safe what Antonini was doing.

20        I voiced my concerns and he explained to me

21        -- he told me that things would change, that

22        he was apologetic.  He told me that he

23        didn't want me to leave the unit so -- and

24        he handed me back my MV-5.

25             Q.    Let's break that down.
```

```
1                        M. BOVELL                71
2              These comments that I quoted from the
3      Complaint, you said you don't recall when
4      they were said; right?
5              A.    I don't remember right now
6      exactly but it was during the 2013
7      timeframe.  It was said on different
8      occasions.
9              Q.    You joined the detective bureau
10     a second time in December of 2011 as I
11     understand it.
12             A.    Right.
13             Q.    These comments were said
14     sometime in 2013?
15             A.    Yes, under the supervision of
16     Fegan as to -- first there was Stefano,
17     Mitchell, Mitchell got injured, Sergeant
18     Mitchell got injured and then Sergeant
19     McEachin took over.  He was reassigned.  He
20     was kicked out and then Sergeant Fegan took
21     over the unit in 2013, sometime in 2013.
22             Q.    Your belief as to the timeframe
23     was based on the fact that Sergeant Fegan
24     had to be a supervisor in the 2013
25     timeframe?
```

```
1                              M. BOVELL                    72

2              A.    Yes, he was my supervisor in

3        the narcotics unit right before I

4        transferred out.

5              Q.    Paragraph 33 says "Officer

6        Bovell has heard Sergeant Fegan say in

7        substance "Damn niggers have no sense.  They

8        should die" to which Detective Antonini

9        replied in substance "Let's just take their

10       money."

11             A.    He made a joke.  He laughed

12       when he said that, so they were having a

13       conversation.  I was in the back of the car.

14             Q.    Was that the same timeframe

15       that they talked about --

16             A.    That was separate.  I believe

17       that was separate, to my knowledge.

18             Q.    Do you recall when that comment

19       was said?

20             A.    Both cases was when we were

21       doing search warrants.  We were driving the

22       vehicle to do a search warrant, I believe to

23       the ESU garage, to the ESU garage.

24             Q.    Paragraph 34 says "On numerous

25       occasions while conducting search warrants
```

M. BOVELL                    73

on suspects vehicles and homes Officer

Bovell would observe Detective Antonini

recover money and say "Did anybody see this"

as he concealed the money in his pocket."

    A.     Yes, yes, he did that often.

Antonini told me himself that he took money

off drug dealers or African-American males

during his course of employment under

Sergeant Fisher.  He told me that himself,

so I would watch Antonini.  There's a couple

times I had a search warrant.  I was asked

to do a search warrant on the vehicles,

homes and he will -- we will do like an

inventory search on a car and so forth

checking vehicles since it's going to be

impounded.  He'd find money and then he'd

take the money.  He looked at me and he'd

pocket the money.  He said "Anybody saw it?"

And I wouldn't say anything but I would

watch him and then he realized based on my

demeanor that I wasn't with it so he'd put

it back.  He would put it back so he felt

uneasy but his intention was to take the

money.  When he realized that we weren't

```
1                        M. BOVELL                74
2       co-signing what he was doing -- I wasn't
3       co-signing what he was doing so he even did
4       that in front of other officers that were
5       helping to search vehicles or homes so he
6       didn't do it at some point.
7               Q.    Paragraph 34 says "On numerous
8       occasions he would take money and ask the
9       question "did anybody see this?"
10              A.    Yes.
11              Q.    You observed that?
12              A.    I observed that more than once.
13      He took the money and put it back.
14              Q.    Then Paragraph 36 says "On one
15      occasion when Detective Antonini realized
16      that Officer Bovell objected to his taking
17      money he put it back."
18              A.    That happened more than once.
19              Q.    That's what I'm trying to
20      understand.
21              The taking of the money happened more
22      than once?
23              A.    The taking of the money, I
24      observed him taking money, $100 from a
25      suspect, a female's purse before at some
```

M. BOVELL                               75

point in time after -- before, I don't

remember but I observed that and Sergeant

Fegan saw this, saw it happen and he didn't

do anything about it, you know, the person

complained about missing the money and he

told them "I don't know what you're talking

about, go make a complaint," so, you know,

she repeatedly complained about her $100 and

I saw Detective Antonini, he took that

money.

     Q.    When you describe it looks like

the allegations in Paragraphs 37, 38 and 39

of the Complaint, I'm just going back to

Paragraphs 34 and 36 where you said "On

numerous occasions Antonini would take money

and say historically "did anyone see this?"

     A.    Exactly.

     Q.    But on Paragraph 36 it says "On

one occasion Antonini realized that you

objected to his taking the money and he put

it back."

     A.    It was more than one occasion.

     Q.    You objected on more than one

occasion?

```
                              M. BOVELL                    76
1
2              A.     It was more than one occasion.
3              Q.     That he put the money back?
4              A.     Yeah, he took the money and
5      then he put the money back once he realized
6      that I wasn't with it or whoever that was
7      along with myself wasn't with what he was
8      doing.
9              Q.     Who else was with you?
10             A.     I don't remember.
11             THE WITNESS:  You asked that
12             question more than once.
13             MR. SWEENEY:  Let me ask the
14             question a different way so I
15             understand your testimony.
16             Q.     On each and every occasion that
17     you saw Sergeant Antonini take the money,
18     did you make him put it back?
19             MS. BELLANTONI:  Objection to
20             the form of the question.
21             Q.     In each and every occasion that
22     you saw Detective Antonini take money, did
23     you somehow communicate to him that you
24     didn't approve of that?
25             A.     Yes, he saw that I didn't -- I
```

```
 1                        M. BOVELL                 77
 2       wasn't for what he was doing based on my
 3       reaction, my body reaction and my gestures
 4       to him but I looked at him and he realized I
 5       wasn't condoning what he was doing and then
 6       he placed the money back.
 7              Q.     Your testimony is that happened
 8       on a number of occasions?
 9              A.     More than once.
10              Q.     More than once?
11              A.     Yes.
12              Q.     More than twice?
13              A.     I would say at least twice.
14              Q.     At least twice?
15              A.     Yes.
16              Q.     Do you recall the names of any
17       of these suspects that this occurred to?
18              A.     I don't remember right now but
19       the information is there, in the police
20       records.  I don't remember right now what
21       the name of the suspects were or are but I
22       know that it was in that timeframe in 2013.
23              Q.     And this occurred, this meaning
24       him taking money, you telling him by your
25       body language or gestures you didn't approve
```

```
 1                           M. BOVELL                78
 2        and Detective Antonini putting the money
 3        back?
 4             A.    Yes.
 5             Q.    You said that was done not only
 6        in your presence but other officers?
 7             A.    Yes.
 8             Q.    And you don't recall who those
 9        other officers were?
10             A.    Right now I don't remember.
11             Q.    Did you report this to anyone
12        in your chain of command?
13             A.    No, I was afraid to.  Based on
14        what I experienced of being ostracized I was
15        afraid to but his behavior was getting from
16        bad to worse, though.
17             Q.    You said you were afraid to.
18             Why were you afraid to?
19             A.    Because I was left holding the
20        bag before.  You know, I called it the
21        holding the bag trick.  What it is is that
22        when I was kicked out -- when I was
23        reassigned the first time we had a meeting
24        based on my MV-5's and my prospective on
25        things and my opinions and I forgot the
```

```
1                         M. BOVELL                79

2        lieutenant, the white Caucasian lieutenant

3        who's now retired and also the sergeant

4        who's now retired, I don't remember, they

5        called everyone in the office and everyone

6        to express their opinions of what happened

7        and what occurred and then they subsequently

8        called me into the office, they questioned

9        me and then they told me that I'm going to

10       be reassigned, so it's the holding the bag

11       trick where, you know, they put people on

12       the spot and I asked them what happened and

13       then if I -- if my testimony was different

14       from theirs, if I wasn't on board then

15       you're not a part of the team, so if you're

16       not a part of the team, you know, you don't

17       keep your mouth shut, you get kicked out.

18            Q.    Did you have a duty under the

19       rules and regulations of the Mount Vernon

20       Police Department to make a report of

21       misconduct by another officer?

22            A.    If you see something, you say

23       something.  We discussed it amongst ourself.

24       We discussed it amongst other officers, you

25       know, and based on our experience we know
```

M. BOVELL                    80

2        that the Mount Vernon Police Department is

3        not on the straight and arrow, you know,

4        doing the right thing doesn't mean you're

5        going to get the right results

6        unfortunately.  So, you could be ostracized,

7        you could be punished, you could be deemed

8        as a troublemaker, you could be deemed as a

9        problem with authority.  This is how it

10       works.  It's actually a blue code, you keep

11       your mouth shut or your career is going to

12       go down the drain and it's going to be

13       uneasy for you and that's the way it is and

14       this is why we have so many people that

15       transfer.  Nobody wants any problems.  So,

16       know, so you keep it fresh, you don't say

17       anything, you know, then you won't have a

18       problem with transferring or anybody, you

19       know, as far as a reference and people are

20       just trying to get out.  You can look at the

21       transfer rates from 2013 until now.

22            Q.    In response to an earlier

23       question, did you have a duty to report

24       misconduct of another officer under the

25       rules and regulations?

```
 1                         M. BOVELL                81

 2              A.     We all do.

 3              Q.     I'm going to show you for the

 4        record and your attorney Exhibit A and ask

 5        you to take a quick look at that.

 6                         (Handed)

 7              MS. BELLANTONI:  I'm just

 8              noting for the record this has not

 9              been bate stamped.

10                   Is this something that's been

11              provided prior to today's deposition?

12              MR. SWEENEY:  I'll represent

13              for the record that it's a copy of a

14              record of what you provided.  I can

15              certainly look for your copy of the

16              bate stamp, how is that?

17                   (Whereupon Ms. Bellantoni and

18              the witness are conferring.)

19              THE WITNESS:  No, not that I

20              remember, no.

21              MR. SWEENEY:  What was the

22        answer to?

23              THE WITNESS:  I was speaking

24        with my attorney.

25              MS. BELLANTONI:  For the
```

M. BOVELL                82

record, my question is whether my

client's recollection of providing

this document entitled "Code of

Conduct."  It consists of 29 pages

issued one for 1993, whether he has a

recollection of providing it for

production to the defendants and his

response was no.

    MR. SWEENEY:  That wasn't my

question but I appreciate the

clarification.

    MS. BELLANTONI:  It wasn't my

question.  You were wondering what

his response was -- what he was

saying in response to.

    MR. SWEENEY:  I can have this

copy, bate stamp copy of the same

thing marked if it would help.

    MS. BELLANTONI:  If you just

give me the bate stamp number, that's

fine.

    MR. SWEENEY:  Bovell.00053

through Bovell.00071.

    MS. BELLANTONI:  Thank you very

M. BOVELL                    83

much.

MR. SWEENEY:  If you want to
compare the two I think they're the
same.

MS. BELLANTONI:  No need,
that's fine.

A.    I did.  My recollection the
first meeting that we had Sergeant Fegan, I
did mention Antonini's behavior and what he
was doing during that meeting.  So, I did
tell the supervisor.  We discussed that.

Q.    You told Sergeant Fegan?

A.    Yes, I told Sergeant Fegan.

Q.    Do you recall when you told
Sergeant Fegan?

A.    When he told me to get the fuck
out of the office because I had to get the
fuck out of the office.  We had a long
discussion of what was going on in the unit
and how I felt and how things are wrong and
I wasn't comfortable with what's going on so
I reported it to my immediate supervisor and
he told me that things would change but
things only got worse.

```
 1                    M. BOVELL                84
 2          Q.    I think you're referring to
 3     Paragraph 46 of the Complaint in which you
 4     say "For instance, in July of 2013 Sergeant
 5     Fegan told Officer Bovell I want you to pick
 6     up the F'ing bag and take it outside."
 7          Is that the conversation?
 8          A.    Yes, that's the conversation.
 9          Q.    It says in the Complaint that
10     conversation happened in July of 2013?
11          A.    Approximately.  I don't know
12     when that happened but in 2013 it did
13     happen.
14          Q.    During that same conversation
15     about the bag and taking it outside, you
16     made a report to him --
17          A.    We spoke about everything that
18     was going on, what I was uncomfortable with.
19     I saw what was happening.  Everybody else --
20     I had a discussion with other members of the
21     unit at the time.  Officer Garcia was part
22     of the unit, as well.  I didn't mention him.
23     Garcia, he came on board at some point, I
24     think before Fegan.  We discussed that --
25     Officer Garcia would say to me that, you
```

```
1                        M. BOVELL              85
2         know, "I wish I was strong like you, Bovell.
3         You know, what's going on is wrong" but a
4         lot of people were scared.  That's the
5         problem.  People want to know what happened.
6         If you speak up, you get ostracized, your
7         career goes bad.  You get labeled.  No one
8         wants that trouble.  We would speak amongst
9         ourselves as locker room talk but no one
10        would actually go make a complaint because
11        it's -- unfortunately in Mount Vernon things
12        don't work the way it should be, the Mount
13        Vernon Police Department.  People complain.
14        Things that you expect to be done or
15        investigated actually do not.  It's a lot of
16        favoritism, a lot of racism, a lot of abuse
17        of power, a lot of cover ups, repeated cover
18        ups in the police department that other
19        people have witnessed, I have witnessed.  It
20        goes on.  It's very real.
21             Q.    So I understand your testimony,
22        you made a report to Sergeant Fegan that
23        ██████ ██████ ██ ████████ ██ ██████
24        ██ ██ ██████ ██ ██ ██ ████
25             A.    Yes, yes, and he was doing this
```



```
1                        M.  BOVELL              ■

2        behavior and prior to that, as well.

3                 Q.    He was what?

4                 A.    He was condoning that behavior

5        prior to that in 2013, you know, under the

6        supervision of Sergeant McEachin.  He would

7        ███ ██ ██ ███ ████ ███ █ ████

8            █    ██ █ ████████ ███ ██████

9        ███████ ██████ ██ ████ ██ █ ████

10       ███████ ███ █████ █████ ██ █

11                A.    Yes, that year under, █ ██████

12       █████ ████ ████ ████ █████ ██████

13       ██████ ███ ████ ██ ███ ████ ███

14       ██████ ████ ███ ███ ██ █████

15       ██████ ███ ██ ██ █████ ██ ██

16       ████ ██ ████ ███ █ ██ ██████ ██

17       █████ ██ ██ █ ██ ████ █ ██

18       █████ ██ ██ ████ ███ ██ ██

19       ██████ ██ ██ ██ ████ █████

20       ██████ ██ ███ ██ ████ █████ ██

21       █ ██ ████ ██ ██ █████ ███

22       ███████ ████ ████ ████████

23                Q.    Did you observe Detective

24       Antonini ██████ █ █████ ███ ████

25       ██ ██ ██████
```

1                              M. BOVELL              87
2               A.    Yes, I did.
3               Q.    Did you make a report of that
4        to Sergeant McEachin?
5               A.    I didn't at the time.  I
6        believe someone else did.  ███████ ████ █
7        ███████ █ ██ ███ █ ███████  ██████ ████████
8        ███ ███ ██ █ █████ █ ███
9        ███████ ██ █ ███ ███ ██ ████
10       ███ ████ ████ ██ ██ ██ ██ █ ██
11       ██ █████
12              Q.    Why was Sergeant McEachin
13       transferred from the detective unit?
14              A.    I have no idea.  I have no
15       idea.  I don't know.  At the time Captain
16       Adonaro was the supervisor for the detective
17       division so he has the ultimate decision, so
18       I really don't know.
19              Q.    Is it fair to say from your
20       testimony, Officer Bovell, that Sergeant
21       McEachin condoned or tolerated what
22       Detective Antonini was doing?
23              A.    No, not at all.
24              Q.    What actions did Sergeant
25       McEachin take with respect to --

```
1                              M. BOVELL              88
2                 A.    I don't know.  Maybe that's why
3        he was going out.  I have no idea.
4                 Q.    What do you mean maybe that's
5        why he was going out?
6                 A.    Maybe that's the reason, I told
7        you what the reason was.  Maybe he wasn't a
8        team planner and because he's not a team
9        player they assigned Sergeant Fegan who is
10       part of the regime under the Fisher,
11       Adonaro, Wuttke, Fegan regime.  That's how
12       the department's been ran for some time.
13       It's very clear and precise.  Right now
14       Lieutenant Fisher is running the division,
15       Sergeant Fegan is running narcotics still so
16       it's the same thing, you know, this is a
17       regime that people, other officers, black
18       officers are aware of and if you try to
19       challenge the regime you can't win.
20                Q.    I believe you testified earlier
21       that Detective Antonini would tell you about
22       ██ █ ████████████ ███ █████████
23       ██ ██ █████ ██ ██ ██████  correct?
24                A.    Oh, yes.  From time to time he
25       would have discussions about -- I guess he
```

```
1                        M. BOVELL              89
2        felt that some of us were like him, you
3        know, he felt that we were -- we had a
4        prospective on him and character towards
5        him.
6             Q.    Did Detective Antonini ever
7        tell you ████ ██ ██████████  ███████████  from
8        Sergeant McEachin or anyone else for
9        manhandling these suspects?
10            A.    No, right -- ████████████████  ████
11       ████ ████████ ████████ ██ ██ ██ ██ ██
12       ████ █ █████ ████ ██ ██ ████████ ████
13       ████ ██ ██ ██ ██ █ ████ ██ ██ ██
14       ████ ██ ██████ ████ ██ ██ █ ██ ██ ████
15       █████████ ████████ ████████ ██ ████████ ████
16       ██ ████ ██████ ██ ████          For me, I
17       learned my lesson about, you know, I saw
18       what happened before about the holding the
19       bag so I learned my lesson and my state of
20       mine I was very afraid, just like I'm very
21       afraid now, so someone else spoke up which
22       is a good thing and I didn't want to be
23       singled out.  I didn't want to be singled
24       out and that was happening.  If you're in a
25       group of people and you're the only one
```

```
1              M. BOVELL              90
2    barking and making noise and no one else and
3    everybody else is inside the locker room,
4    it's locker room conversation, but according
5    to the rules and regulations, you know,
6    escalate to a higher power to oversee and
7    investigate it then you're the only one
8    barking, you want other people to
9    metaphorically pass the bat and baton and
10   get involved which is one of the reasons why
11   I'm here today.
12        Q.    In Paragraph 35 of your
13   Complaint you said that -- you allege that
14   "Sergeant Fegan is aware and consented to
15   Detective Antonini stealing the black
16   suspect's money," is that correct?
17        A.    No, I never said Sergeant
18   Antonini consented to anything.
19           MR. SWEENEY:  No, I said
20   Sergeant Fegan.
21           THE WITNESS:  Oh.
22           MR. SWEENEY:  I'm just reading
23   from Paragraph 35.
24           THE WITNESS:  Oh, okay.  I'm
25   sorry.
```

```
 1                          M. BOVELL                ■

 2              Q.    Paragraph 35 says "Sergeant

 3    Fegan was aware and consented to ███████████

 4    █████████  █████████  ██████  █████  ██████████

 5    ████████

 6              A.    I saw it, yes.  █ ██████ █████ ██████

 7    █████  █████  ██████  █ █████  ██████████  ██████  ███████

 8    ████████  ████████  ██████  ██████  █████ █████  ██████  █

 9    █████████  ██████  █████  █████  ████████████  ██████ █ ██████

10              Q.    But then you said you made a

11    report to Sergeant Fegan about that same

12    misconduct.

13              A.    No, not that same misconduct;

14    prior to misconduct, ██████████  █████  ██████

15    █████████  █████  ████████  █████  ██████████  █████  █████.

16    I mentioned that to Sergeant Fegan in our

17    meeting.

18              Q.    The way I'm doing this, Officer

19    Bovell, I'm literally reading from your

20    Complaint.

21              Paragraph 35 "Sergeant Fegan was

22    ██████████  █████  █████  █████████  █████  ██████████  █████████

23    █████████  █████  █████  █████████  ██████████

24    referring to, you know, ██████████  ██████████

25    █████████  ██████  ██████  ██████  ██████  █████████  ██████████
```

```
1                              M. BOVELL              92
2              A.    No, that was referring to the
3        incident of ████ █████ ███ █████ ██████ ██
4        ████
5             ██      ████ ███ █████ ██████
6              A.    Yes, and Sergeant Fegan was
7        right there and he told me to make a
8        complaint.
9              Q.    This is kind of an important
10       detail then.
11            ████ ███████ █████ ███ █ █████ ██
12       ███████ ██████ █████ ███ ██ ██
13       ████ ██ █████ ███ █████ ███ █████
14       ████ ██ ███ █████ █ █████ ██████
15             A.    No.  As I said before, we were
16       doing search warrants and while we're
17       conducting search warrants of vehicles I was
18       in the vehicle myself, █████ ███ █████
19       ████ █████ ██ ██ ██ █████ █████ ████
20       ████ ██ █████ ██ ██ █████ ██ █ ███
21       ████ ██ ███ ██ ██ █ █████ ███ ██
22       ████ ██ █ █ ██ █ █████ ██ █████
23       █████ ███ ███ ███
24             Q.    Sergeant Fegan witnessed those?
25             A.    No, Sergeant Fegan was not
```

```
1                              M. BOVELL              93
2       present during that time.
3                 Q.    The only incident that Sergeant
4       Fegan witnessed was the ███ ████ ████
5       ███ ██ ████ ████ █████
6                 A.    Yes.
7                 Q.    Do you recall which suspect
8       that████ █████ ███
9                 A.    I don't remember right now.
10                Q.    If you were aware that Sergeant
11      Fegan ███ ████ ██████ ██████ ████ ██
12      ███ ███ ██ ████ █████ ██████ why
13      wouldn't you report that to someone else
14      other than Sergeant Fegan?
15                A.    Well, I --
16                THE WITNESS:  Report it to who?
17                Q.    It sounds like you reported
18      ██████ ████ █████ ████ ███ ██ ████
19      █████ █████, you reported that to
20      Sergeant Fegan?
21                THE WITNESS:  Pardon me?  Say
22           that again.
23                Q.    Did you report that incident to
24      Sergeant Fegan?
25                THE WITNESS:  What incident?
```

```
 1                          M. BOVELL              94

 2                    MR. SWEENEY:  ███ ███ ███ ███

 3              ███ ███

 4                    THE WITNESS:  Sergeant Fegan,

 5              why would I report something that

 6              he's already there?

 7                    MR. SWEENEY:  That's what I'm

 8              getting at.

 9              Q.     What did you tell Sergeant

10       Fegan when you said you had this take the

11       bag out conversation?

12              A.     I told Sergeant Fegan, "Listen,

13       I -- Antonini, we had a discussion what was

14       going on in the unit and I said I was

15       uncomfortable with what Antonini was doing.

16       I told him what Antonini was doing and I

17       told him I can't be part of it.  Things are

18       not right so I discussed his behavior

19       towards us in the unit, towards myself and I

20       told him I didn't agree with it and it needs

21       to stop and I don't want to be part of

22       something like that so he explained to me

23       that things are going to be different,

24       things are going to change and he didn't

25       want me to leave the unit and everything
```

```
 1                        M. BOVELL                95
 2       else so I stuck around and it continued.
 3              Q.    Paragraph 48 of your Complaint
 4       says "Officer Bovell advised Sergeant Fegan
 5       that he would be requesting a transfer from
 6       the narcotics unit due in large part to his,
 7       meaning Fegan's, demeaning and racial
 8       discriminatory remarks and conduct," is that
 9       right?
10              A.    If that's what it says.
11                    MR. SWEENEY:  That's what it
12       says.
13              A.    Okay.
14              Q.    So, did you request a transfer
15       because of Sergeant Fegan's demeaning and
16       racial discriminatory remarks or because of
17       what Antonini --
18              A.    Both.  He's the supervisor.
19       He's head of the unit.  He represents the
20       unit and he -- his demeanor towards the
21       people of the community, black people in the
22       community, I didn't condone, I didn't concur
23       so I explained that to him that, you know,
24       he was really -- I really don't know how to
25       describe it but he was really caught up in
```

```
1                           M. BOVELL                    96
2              being better than his predecessor which is
3              Sergeant McEachin so he would do things that
4              weren't right just to get arrests, just to
5              produce arrests and that's what happened.
6              It got worse and he would come in and he
7              would tell us "Listen, we got to get 60
8              arrests for the month" and that's part of my
9              conversation.  I said to him, "How are you
10             telling us to get 60 arrests for the month
11             that's mandatory and we're going to get
12             written up, but when you were the chief, you
13             didn't even meet those goals, so how's that
14             realistic?  These are things that we sat
15             down and spoke about.  Again, I shared my
16             opinion and I know from experience by
17             sharing your opinion where it gets you but
18             it was the right thing to do so I did it.  I
19             wasn't for it.  I did not feel comfortable.
20             Yes, I wanted my gold shield because I
21             earned it.  I am very productive but getting
22             it this way and that way was just not right,
23             you know, so he was doing anything to boost
24             his arrests to exceed his arrests and do
25             better than Sergeant McEachin and he didn't
```

M. BOVELL                          97

care what it took.

Q.     Did you make a report of this
conversation that you had with Sergeant
Fegan at any -- at some point?

THE WITNESS:  When you say make
a record, a record of --

Q.     You had this conversation --
from Paragraph 46 it looks like you had this
conversation in July 2013 because that's
when the bag comment was made according to
the Complaint and then you had this other
conversation -- the same conversation with
Sergeant Fegan about wanting to transfer
out; right?

A.     Yes.

Q.     In July of 2013 or shortly
thereafter, did you make a record of this
conversation?

A.     I remember writing an MV-5 and
I don't remember anything else right now but
I remember writing an MV-5.

Q.     And that would be an MV-5 to be
transferred out?

A.     Yes, I remember writing that

```
 1                            M. BOVELL                98
 2        MV-5.
 3                    MS. BELLANTONI:  Can we take a
 4               five minute break?
 5                    MR. SWEENEY:  Sure.
 6                    (Whereupon, a recess was taken
 7               at 11:42 a.m., examination resumed at
 8               11:57 a.m.)
 9                    MR. SWEENEY:  Mark these two as
10               the next exhibits.
11                    (Whereupon, Defendant's Exhibit
12               U, Summons and Complaint, was marked
13               for Identification.)
14                    (Whereupon, Defendant's Exhibit
15               V, MV-5 Officers Report, was marked
16               for Identification.)
17                    Q.   Officer Bovell, I'm going to
18          show you what's marked as Defendant's U
19          which is a copy, a filed copy of the Summons
20          and Complaint that you filed in this matter.
21                         (Handed)
22                    Q.   If I could, I'm going to direct
23          your attention to -- look through it if you
24          want to verify it is a copy of the Summons
25          and Complaint.
```

1                          M. BOVELL                99
2            A.    It looks like it.
3            Q.    I'm going to direct your
4       attention to Page 6 of the Complaint.  I'm
5       looking at Paragraph 34 and 35.
6            Paragraph 34 I believe you'll agree
7       is the allegation where ███████ █████████
8       █ ████████ ██████████ █████████████ ██████
9       ████████████ █████ █████ █████ █████ ██████ █
10      ██████ ████████
11           A.    Okay.
12           Q.    Then Paragraph 35 is the
13      allegation where Sergeant Fegan was aware
14      and consented to █████████ ██████████ ████████
15      ██████ ████████ ████████ do you see that?
16           A.    Yes.
17           Q.    I thought in your testimony you
18      said that that reference was incorrect and
19      it only referred to the paragraphs 37
20      through 39 █████ █████ ███ █████ ███ █
21      █████ █████ ████████
22                 THE WITNESS:  What is your
23            question again?
24           Q.    My question is:  Looking at
25      Paragraph 35, am I correct in understanding

```
 1                          M. BOVELL          100
 2          that your testimony before was accurate in
 3          which you said that Paragraph 35 doesn't
 4          relate to Sergeant Fegan ███████  ███████
 5          █████████  ██████  ████  ███████  █
 6          ███████ ██ ████████  ███████  ██████
 7          █████ █ █████  ███████  ███████
 8                    A.    Sergeant Fegan and Antonini are
 9          dirty, they're corrupted.  They know what
10          each other does.  That paragraph is
11          indicating that Sergeant Fegan and Antonini
12          work together.  They do whatever it takes to
13          get arrest numbers, they abuse people of the
14          city, black people of the city.  They're
15          both corrupted.
16                    Q.    With respect to Paragraph 35,
17          you're saying now that does refer to
18          Sergeant Fegan being aware that ████████
19          █████████  ████  ███████  ██████  ████████
20                    A.    Yes, it refers to Sergeant --
21          as I said, Sergeant Fegan is aware of
22          █████████  ██████  ███████  █████  ███████
23                    Q.    What is the basis of your
24          knowledge that Sergeant Fegan was aware of
25          that, did you witness that or --
```

```
1                           M. BOVELL          101

2              A.    I witnessed Sergeant Fegan with

3        ███ █████

4              Q.    ████ ███ ████ █████ ██████,

5        I got that.

6              I'm asking about the other numerous

7        occasions where it's alleged that Antonini

8        ██████████

9              A.    Based on that observation, it's

10       safe to say that Sergeant Fegan is aware of

11       Antonini's doing because they are a team.

12       They're partners together, so based on -- if

13       he condones that act and based on my

14       knowledge of previous acts and our

15       discussion Sergeant Fegan is also agreeing

16       to that type of behavior which is the reason

17       why -- one of the reasons why I left the

18       unit.

19              Q.    Your testimony as I understand

20       it is that ████ ██████ ████ ██████

21       █████████ ██████ ████ ███ █ ███

22       ███████ █████.   Therefore, he must have

23       known about all the ████ █████ that

24       █████ ██████ ████ ███ ████ ██████?

25              A.    Well, I'm not saying every
```

```
 1
 2        incident.  There are incidents that occurred
 3        that sergeant told to me by Antonini that
 4        Sergeant Fegan wasn't present but it's safe
 5        to say based on character that there are
 6        some bad apples based on my observation of
 7        what I've seen, two bad apples together make
 8        really bad apples.
 9             Q.     Turning to Paragraph 40 which
10        is on the top of Page 7, it says "Officer
11        Bovell and other officers have repeatedly
12        observed Detective Antonini ████
13        ████  ███ ████  █████
14        ████ ██ ██ ████ ██ █████
15        ████ ██ ████ ███ ████ ██
16        ████ ████ ████ ███ ████ ████
17        ██ ██ ██ ████," is that correct?
18             A.     Yes.
19             Q.     So, you observed ████
20        ████ ████ ███ ████ ████
21        ████     before Sergeant Fegan was the
22        sergeant in charge of the narcotics unit?
23             A.     Yes, I'm not the only one who
24        observed it but his behavior got worse once
25        he realized he had an ally that someone he
```

```
1                              M. BOVELL              103
2        worked with before.
3                 Q.    When is the first time that you
4        observed ███████ ████████ ████████ ████ █
5        ████ █ ███████ ██ ██ ███████
6                 A.    I can't remember the date but
7        observation other than him telling me what
8        he had done.  Antonini has a reputation of
9        being aggressive in the streets apprehending
10       suspects and dealing with CI's.  He's like a
11       caveman.  He has no finesse in speaking to
12       people.  He's very aggressive.  He gets his
13       way by temptation.  He's a big guy and some
14       people are fearful of him.  They nickname
15       him Yonkers because Yonkers Police
16       Department has a reputation of really being
17       very aggressive so they believe he's from
18       Yonkers when actually he's from New York
19       City, transferred from New York City, so
20       he's known -- on several occasions I've seen
21       him █████ █ ██████ ██████ █ █ ███████
22       ████ ████████ ████ ████ ████ ███████
23       ███ █ ████ ████ ██████ █████ █
24       ██████ █ ████ █ █ow, what he would do
25       once what was happening, once the transition
```

1

2      was made as Sergeant Fegan as supervisor

3      what he began doing is stealing people's --

4      other -- probably a little bit before that

5      under Sergeant McEachin.  There was an issue

6      where Antonini was taking people's CI's.

7      What I mean by that he was actually

8      approaching other CI's that are in patrol,

9      other members of the unit and coercing them

10     and threatening them and basically

11     intimidating them to flip, to work for him,

12     so that's stuff that was happening and even

13     I've experienced that myself right before

14     asking other units where he attempted to

15     persuade and intimidate one of my CI's.

16          Q.    With respect to the allegation

17     in Paragraph 40 of ███████  ███  ██████████

18     ███ ███  ████████  ██ █  ██████, you

19     indicated that that occurred both under

20     Sergeant McEachin and Sergeant Fegan?

21          A.    During that year, yes.

22          Q.    You observed, you personally

23     observed this?

24          A.    I -- yes, I observed it.  I

25     didn't really know what was going on but I

```
 1                    M. BOVELL                105
 2       observed this on several occasions, yes.
 3                  Q.    Do you recall locations of
 4       where this occurred?
 5                  A.    In the narcotics office.
 6                  Q.    In the narcotics office?
 7                  A.    You mentioned in custody, if
 8       they're in custody I'm referring to in the
 9       narcotics office.  There are times when he's
10       in the back seat speaking to a CI and he
11       will rough them up.  That's his way of
12       getting his answer.  That's his MO.  He's
13       known for being rough in the streets, you
14       know, you could ask anyone who's probably
15       apprehended or locked up.  He's known for
16       being really aggressive and intimidating.
17                  Q.    And you observed this?
18                  A.    Yes, I observed this on several
19       occasions.
20                  Q.    Who did you report that
21       misconduct to?
22                       THE WITNESS:  When exactly?
23                       MR. SWEENEY:  I don't know, if
24            ever.
25                  A.    I reported to Sergeant Fegan.
```

```
1                           M. BOVELL                  106
2                  Q.    When did you report to Sergeant
3         Fegan?
4                  A.    When myself and Sergeant Fegan
5         had that conversation where he told me to
6         get the fuck out and get the bag.  I
7         reported that to Sergeant Fegan about his
8         demeanor.
9                  Q.    When the slapping and punching
10        of the black male prisoners in his custody
11        occurred under Sergeant McEachin's watch,
12        did you report that to Sergeant McEachin?
13                 A.    Myself along with other
14        officers who witnessed it, I don't know but
15        I know that one officer reported it to
16        another supervisor.
17                 Q.    How do you know that?
18                 A.    Because he told me.
19                 Q.    What officer was that?
20                 A.    Detective Patterson.
21                 Q.    When did he tell you this?
22                 A.    He told me years ago and
23        recently he called me and he asked me why
24        didn't you guys do anything when you saw
25        Antonini punching that guy in handcuffs and,
```

M. BOVELL                     107

you know, he said that to me a couple weeks

ago.  He called me and he wanted to know

what was going on and I says he had to give

some type of -- he had to meet with the city

attorney or something or my attorney.  I

said I have no idea, just tell the truth.

He said he's going to tell the truth.  He

wanted to know what was going on.  He called

me and asked me what was going on.  I

haven't heard from him in years.  I haven't

heard from Detective Patterson from 2014 and

he just called me recently.

          Q.    Your belief that somebody in

authority was put on notice of the punching

and slapping of black male prisoners --

          A.    That's what he told me.  Again,

I've been through the holding the bag trick

where I'm the only one voicing myself.  He

spoke up.  He told me he spoke up.  He

called me the other day just before he had

the meeting with the city attorney or my

attorney and he asked to tell the truth.

All you have to do is tell the truth.  He

asked me why didn't you guys do anything

```
 1                         M. BOVELL              108
 2      when you saw Antonini punching that guy in
 3      handcuffs in custody.  He asked me that
 4      repeatedly.  He was really upset about it
 5      and he was upset about Antonini's actions.
 6      He said that Sergeant Fegan is dirty,
 7      Antonini is dirty, they're both working
 8      together and this needs to stop, the abuse
 9      needs to stop.
10           Q.    I take it from your response
11      that Officer Patterson was upset with you
12      for not intervening?
13           A.    No, Officer Patterson wanted to
14      know what we did as a whole because I wasn't
15      the only one who observed it.  Detective
16      Griffin was there.  There were other
17      officers in the office that were there so
18      Antonini -- I'm sorry, Detective Patterson
19      wanted to know why the other officers
20      including myself or what did we do to
21      address Antonini's behavior.  I said to him,
22      "Listen, you see what I'm doing."  I spoke
23      -- I told a supervisor what -- I told him
24      what I did so and then he said what did the
25      other guys do, you know, what did the other
```

```
1                        M. BOVELL                109
2      officers do.  Myself and him weren't the
3      only ones who observed it and this wasn't
4      the first loading.  Antonini is known for
5      putting hands on suspects, black people,
6      males in the community.  It's well known.
7      It's not a secret.  We interview -- if
8      there's an investigation we interview
9      officers that will come to light.
10              Q.    In terms of what you -- the
11     reports that you made of other officers'
12     misconduct, the only report that you made
13     was to Sergeant Fegan during this bag, take
14     out the bag discussion in July of 2013?
15              THE WITNESS:  Only report I
16          made?
17              MR. SWEENEY:  Yes.
18              A.    No, not exactly; this lawsuit,
19     as well, that's one of the reasons --
20              MR. SWEENEY:  I'm referring to
21          when you were still a detective.
22              A.    Only report -- well, I reported
23     -- my job as a subordinate is to report it
24     to a supervisor and I did my job.  There's
25     so much I can -- and I realized that I was,
```

1                              M. BOVELL                110

2          you know, doing the right thing doesn't

3          necessarily get the right results.

4                  Q.    To be clear, though, the only

5          report of another officers' misconduct that

6          occurred in the detective bureau that you

7          made was this July 2013 report to Sergeant

8          Fegan?

9                          THE WITNESS:  When you say

10                  report, report to another officer or

11                  report to a supervisor?

12                          MR. SWEENEY:  Report either to

13                  a supervisor, Internal Affairs or

14                  someone else in the chain of command.

15                  A.    Oh, yes, chain of command.

16          From what I remember, was Sergeant Fegan at

17          the time.

18                  Q.    The only report that you made

19          about Detective Antonini's misconduct was to

20          Sergeant Fegan in July of 2013?

21                  A.    Approximately that I remember,

22          that I remember.

23                  Q.    Going back to Page 6 of this

24          Complaint, Officer Bovell, about the black

25          female suspect and $100, that's Paragraphs

```
 1                              M. BOVELL              111
 2        37 through 39.
 3                Do you recall -- you don't recall the
 4        name of that suspect?
 5                A.    Not right now.
 6                Q.    Do you recall the location of
 7        where this occurred?
 8                A.    ██ ██ ███████ ██ ███
 9        ██████ █ ███ ███ █ ██████ ██
10        ███████ ██████ █████ █████ ███
11        ███ ███ █ ███ █████ ██ ███████
12        ███████ ██ █ ██ ███ █ █ ███
13        ██████
14                Q.    Sergeant Fegan was a part of
15        this allegation of misconduct.
16                Did you make a report of this
17        happening to any superior, any chain of
18        command?
19                       THE WITNESS:   Other than
20               Sergeant Fegan?
21                Q.    Well, Sergeant Fegan is part of
22        the misconduct; right?  That's what you --
23                A.    No, at that time, no.  I was
24        scared to death to say anything else.  From
25        what I had experienced and I saw how things
```

1                          M. BOVELL              112

2          in the police department logically worked, I

3          was fearful of what would happen next so I

4          -- things were going in a bad direction.

5               Q.    Did you make any either a memo

6          book or any other record of this occurrence

7          ████ ███ ██████ █████ ███████

8               A.    I don't remember.

9               Q.    Did you make any memo book

10         entries or any other records of the

11         incidents where Detective Antonini would

12         routinely make racist comments?

13                    THE WITNESS:  To which

14               particular incident?

15               Q.    Paragraph 32 says "Sergeant

16         Fegan and Detective Antonini routinely made

17         racial comments."

18               I think you observed some of these;

19         right?

20               A.    Yes, I did.

21               Q.    Did you make any record entries

22         at the time?

23               A.    I don't remember.

24               Q.    ██████ █████████ ███████

25         █████ █ ████████ ██, did you make any

```
1                              M. BOVELL              113
2        records of those incidents ███ █ ███
3        ███ █ ███ ███ ███ ████ ███ ███ ████
4        ███ ███ ████ ████
5                  A.    I don't remember.
6                  Q.    If you had such a record, you
7        would have produced that to your attorney;
8        correct?
9                  A.    Yes, as far as I remember, yes.
10                 Q.    Paragraph 42 through 45, that's
11       on Page 7, 42 indicates "Sergeant Fegan was
12       aware and condoned Officer Antonini's racist
13       conduct," do you see that?
14                 A.    Yes.
15                 Q.    And that's because you observed
16       that happening?
17                 A.    Yes, there's an -- there's also
18       a few incidents.  We had arson in the third
19       in 2013 and it was coming up on the end of
20       the whole event, so Antonini -- we were
21       directed to let them know that the event is
22       over and people need to back up their
23       stalls, the vendors, so we were in the
24       section where the guys -- there were a lot
25       of black people in the community but I knew
```

```
 1                    M. BOVELL                114

 2          a lot of people from the community, people

 3          that knew me, as well, and the type of

 4          officer that I am.  Antonini -- we were

 5          directed to tell everyone where to go.

 6          Antonini became overly aggressive and

 7          started shouting and screaming at people

 8          telling everyone to get the fuck out of

 9          here, buckle down.  He began speaking really

10          condescending towards the black people in

11          the community.  I assume that he was

12          directed by another white officer, Sergeant

13          Fegan -- by Sergeant Fegan and by

14          Lieutenant, I believe it was Lieutenant

15          Adonaro -- Captain Adonaro.  I'm not quite

16          sure what other superior officer was there

17          but we were directed by both that superior

18          officer and Sergeant Fegan to clear it out

19          and Antonini became overly aggressive and

20          people from the community started looking at

21          me and saying "You got to calm him down,

22          man.  You got to calm him down.  You got to

23          stop that."  He started saying "Get the F

24          out now."  He started screaming.  He was

25          showing off to Sergeant Fegan basically I'll
```

M. BOVELL                          115

do whatever you need to do which is what he

does, so later on when it was over and

people left and they looked at me "What's

wrong with your guy?  He can't speak to

people like that."  I told them sorry and I

said to Antonini, "Why you did that, man?"

And he looked at me and he said "I don't

know what happened.  I don't know what

happened," so that was his response.  I

said, "Why you ask and why you talking to

people like that?"  And he says "I don't

know what happened."  Sergeant Fegan was

right there.  They did nothing.  If they're

my supervisors and they're not intervening,

they don't find anything wrong with his

conduct, who the hell am I, who the hell am

I to speak over him and to act like a

supervisor.

          Q.    Did Detective Antonini use

racist language?

          A.    Well, the way he spoke "Get the

fuck out of here, you guys need to go now,"

you know, he only acts that way towards

black people.  When speaking to white people

```
 1                    M. BOVELL              116
 2       which I have observed, we have observed,
 3       it's very demeaning.  Yes, he spoke very
 4       condescending towards black people and he
 5       told them "Get the fuck out, lock it down
 6       now, now, now" and he started hitting on the
 7       -- he started hitting on the stalls or
 8       something, slapping his hands, you know, so
 9       that was disturbing to witness.  Other
10       people from the community saw that.  They
11       looked at me and I felt I couldn't do
12       anything really because the supervisor is
13       right there seeing this, you know, so that
14       means who am I like -- but I did say
15       something to him later on.  I said, "Listen,
16       why you did that?"  Because I feel
17       obligated, "Why you did that?"  He just
18       looked at me and said "I don't really know
19       what came over me."  That was his response.
20            Q.    Paragraph 43 says "Sergeant
21       Fegan often made discriminatory and
22       condescending remarks to the black officers
23       in the narcotics unit."
24            A.    Yup, my observation the way he
25       interacted with myself and Officer Griffin
```

```
1                        M. BOVELL               117
2         in comparison to white officers in the
3         office he was very abusive, very
4         condescending and spoke down to us as if we
5         were nothing, as if we were minuscule and
6         worth nothing of no value.
7              Q.    Can you give me an example of
8         that?
9              A.    For instance, he would use
10        profanity like fuck and why the hell, you
11        know, he would speak aggressively loud and
12        say "Why the fuck did you do this?  What's
13        this?"  He would interact with myself and
14        Officer Griffin and Griffin is really more
15        laid back.  He don't -- but when speaking
16        with a white officer like -- who was it at
17        the time -- Officer Light, he was very vague
18        with it.  He didn't really raise his voice
19        at all.  Whenever Officer Light took a day
20        off -- every Thursday he will go bowling
21        with Captain Adonaro because Captain Adonaro
22        was really good friends with Officer Light's
23        father who is an attorney so every Thursday
24        and Friday Officer Light will get off and go
25        bowling while we're at work, so he was very
```

```
1                    M. BOVELL                118
2      favorable to the white officers and really
3      forced because at the time myself and
4      Officer Griffin were very productive and
5      known for being very productive, Officer
6      Griffin especially, so he will push us to
7      get arrests because we were very
8      resourceful.  He needed arrest numbers so
9      that he could boost his credibility and to
10     be better than his predecessor, Sergeant
11     McEachin.
12          Q.    Other than using profanity and
13     I guess the tone of voice, was there
14     anything else that was discriminatory and
15     condescending about the way Sergeant Fegan
16     talked to black officers?
17          A.    Well, he spoke about people in
18     the community like he was a white nigger
19     like he was safe.
20          Q.    To you?
21          A.    Not to me, in my presence and
22     he used the word, they both exchanged
23     dialogue as if people was nothing and
24     they're superior, so that was demeanor of
25     Fegan and Antonini.  They spoke very --
```

```
 1                           M. BOVELL                    119
 2       well, in my presence and on two occasions
 3       that I can remember while driving and I'm in
 4       the back, that's how they felt, they felt
 5       like people in the community were shit from
 6       how they expressed it and people weren't
 7       worth anything.
 8             Q.    Other than Officer Light
 9       getting out early on Thursday to go bowling
10       with Captain Adonaro, are there any other
11       examples of how white officers were treated
12       better than black officers?
13                   THE WITNESS:  By Sergeant
14             Fegan?
15                   MR. SWEENEY:  Fegan, right.
16             A.    He spoke -- he just spoke down
17       to the black officers in the office based on
18       my observation.  He spoke down to us and he
19       pushed us harder than he pushed the white
20       officers and he spoke more aggressive and
21       used profanity than the white officers.  As
22       of that day when he said "Get the fucking
23       bag up," he never spoke that to Antonini,
24       not Light, you know, that's how he spoke to
25       us and to me.
```

```
1                         M. BOVELL              120

2            Q.    What did the bag contain?

3            A.    When you do a search warrant we

4     have to bring along tools to assist us in

5     our work in gathering evidence, so the bag

6     contained gloves, evidence, materials to

7     collect evidence, stuff like that.

8            Q.    It wasn't a bag of clothes?

9            A.    I can't remember that, no, not

10    that I remember.  I don't remember.

11           A bag of clothes?  I don't remember

12    that.  I believe it was a bag of evidence,

13    tools that we need to do a job when we do a

14    search warrant.

15           Q.    This is Defendant's Exhibit V.

16                 (Handed)

17                 MR. SWEENEY:  I believe it's

18    bate stamped.

19           Q.    Do you recognize Exhibit V?

20           A.    Yes.

21           Q.    What is it?

22           A.    It looks like an MV-5 that I

23    wrote the 29th of July 2013.

24           Q.    Is that the MV-5 regarding your

25    transfer from the detective unit at that
```

M. BOVELL                    121

time?

A.    Yeah, this was the first MV-5

when, I believe when we he told me to pick

up the fucking bag and we had a

conversation, a discussion about what was

happening.

Q.    And that was the MV-5 that was

withdrawn?

A.    I believe so.  Yes, it looks

like it.

Q.    There came a time when you

generated another MV-5 to be transferred out

of the detective bureau following Exhibit V?

A.    There came another time when I

-- subsequent to this where I saw things

were getting worse and I asked to request

out of the narcotics unit.

Q.    Did you fill out an MV-5 for

that, as well?

A.    Yes, I sent it.  I believe I

sent it by email, as well.  I copied it to

Captain Adonaro, Sergeant Fegan and someone

else.  I don't remember.

MR. SWEENEY:  Off the record.

```
1                          M. BOVELL                122

2                    (Whereupon, a discussion was

3              held off the record.)

4              Q.    Officer Bovell, there's an

5       allegation Number 52 in your Complaint which

6       it says that ███████████  ██████ █ █████

7       ███ ██ ██ ███ ██ ███████ ██ ██ ███ ██

8       ██ █ ███ █████████ ██ ██ ████ ████████

9       ██ █ ██ ████ █████ ████ ██████

10      ██████ ██ ████ █ ██ ██ ██ █████

11      ██████  is that correct?

12             A.    Yes.

13             Q.    ████ ████ ████ ███ ████ █████

14      ████ ██ ████████ ████ █████████

15             A.    He spoke about it freely.

16             Q.    He spoke about it freely?

17             A.    ██ ████ ████ ██ ██████  ██

18      ████ ███ ██ █ █ ████ ██ ███ █████

19      █████████ ████████ ████████████

20      ███████ ████ ████ ███ ██ ██ █ ████

21      ██████ ████ ██████ ██ █ ███ ████

22      ████████ ██ ████ ██████ ██ █ ████████

23      ██████ ██ ███ ██████ ████ ███████

24      ██████ ██ █ ████ █ █████████

25      ████████ ████ ██ ██ ████ ████ █████
```

M. BOVELL

1   

2  █████

3  ████

4  ████

5  ████

6  ████

7  ████

8  ████ --

9  ████

10 ████

11 ████

12 ████

13 ████

14 ████

15 ████

16 ████

17 ████

18     Q.  Is Captain Adonaro a racist

19 officer?

20     A.  I don't know.  My interactions

21 with Captain Adonaro are limited, you know,

22 so I really don't correspond with Captain

23 Adonaro much but other officers did so I

24 really don't know.

25     Q.  Incidents 53 through 58 of your

```
 1                          M. BOVELL           124
 2       Complaint or 59 of your Complaint allege
 3       that ████████ ████ ██ ██████   █████████
 4       ████████ █ ██ ██ █████ █████ ███ ████████
 5       █ ███ ██ ████ ██ █ ███ ████ ███
 6       ██████
 7            A.     Yes, definitely.
 8            Q.     I think you reference in
 9       Paragraph 53 that this incident occurred in
10       early August 2013; is that correct?
11            A.     Approximately.  In 2013, this
12       is after the meeting initially that I had
13       with -- I believe it was after the initial
14       meeting that I had with Sergeant Fegan where
15       we discussed everything that was going on.
16            Q.     Can you describe for me what
17       you mean by these allegations that ████ ██
18       ██ ██████ ██ ███ ███ █████ ███████ ██
19       ████ ██ █████ ███ █████ ██████
20            A.     Sergeant Fegan was concerned by
21       getting arrest numbers boosted and in that
22       meeting I said to him, "How are you going to
23       push it to 60 arrests when your unit in the
24       past never achieved that?"  There's a black
25       book that has the arrests in the office and
```

M. BOVELL                    125

so it's kind of competitiveness. ███ ███





M. BOVELL                    126

24    Q.   Did you make a report of -- did

25   you believe that this action -- these

```
1                        M. BOVELL                127
2      actions constituted misconduct?
3           A.     This is not just misconduct.
4      This is just -- this is above my head.  If a
5      supervisor could do this, there's no telling
6      what a supervisor could do.  This is power
7      that -- I'm the little man on the totem pole
8      and it's been evident throughout my career
9      and a person of my character that stands up
10     for what is right and when I voiced it, it's
11     abuse of power and this is what happens in
12     the Mount Vernon Police Department.
13          Q.    I take it from your response
14     that you did not make a report of this
15     misconduct to any superior in your chain of
16     command?
17          A.     Not that I remember but I spoke
18     about it with Officer Griffin or Detective
19     Griffin.  We spoke about it.
20          Q.    Detective or Officer Griffin is
21     not your superior, is he?
22          A.     No, but he's a member of the
23     unit that observed the same incident and
24     others were there, as well; Garcia.  I don't
25     know if they made a report.
```

M. BOVELL                    128

1

2          Q.    You don't know if they made a

3    report but you didn't make a report?

4          A.    Not that I remember.

5          Q.    In Paragraph 60 of your

6    Complaint it says "November 2013 Officer

7    Bovell was constructively discharged from

8    the narcotics unit based on Sergeant Fegan

9    in the units hostile work environment by

10   weightily over impressive discrimination

11   with black police officers and the black

12   residents of Mount Vernon," is that correct?

13         A.    I believe so.

14         Q.    Were there any other reasons

15   that you believe you were constructively

16   discharged?

17              THE WITNESS:  Could you

18         elaborate on that?

19              MS. BELLANTONI:  I'm going to

20         object only because we know that he

21         didn't lodge a complaint.  It's legal

22         terminology, so to the extent that he

23         understands legal terminology he can

24         answer the question.

25              MR. SWEENEY:  Maybe I can ask

M. BOVELL                          129

1

2          it this way if counsel doesn't

3          object.

4               As I understand constructive

5          discharge means a person is forced

6          off the job, in other words --

7               THE WITNESS:  Forced?

8               MR. SWEENEY:  You quit under

9          pressure, you have no option but to

10          quit.

11          A.    Well, based on the type of

12     officer that I am, yes, I am motivated to

13     some extent by ambition but my character

14     sees that and I had to make a choice based

15     on the person, the individual who I am what

16     do I want, what do I want to achieve and is

17     it worth it to condone this type of behavior

18     and being a part of that, so I channeled

19     myself that towards something more to my

20     education, so I started attending school, I

21     tried to focus on a positive note and I said

22     I can't be part of this anymore because this

23     regime.  It's a regime and there's no way --

24     you can't win, so I bowed -- I tried to

25     gracefully bow out without creating any

1                         M. BOVELL          130

2    waves.

3              Q.    Did you make any record, a memo

4    book entry or any other record of the

5    ███████████  █████████  ██ ██ ████  ████  █

6    ██ ██ ███  ███████  ██ ██ ██████

7              A.    I don't remember but if you

8    check the reports of people who were

9    arrested and interviewed them and did the

10   investigation I'm pretty sure they can tell

11   you who they bought the drugs from.  If you

12   do that, they will tell you who they bought

13   the drugs from and on top of that that will

14   show who the CI is.

15             Q.    But you didn't make any memo

16   book entries or records or notes?

17             A.    No, they're in the narcotic

18   unit.

19             Q.    Well, on your home commuter or

20   otherwise, did you make any records or

21   reports of this activity?

22             A.    I don't remember.  I don't

23   remember.  I can't recall right now.

24             Q.    Paragraph 62 says that "Prior

25   to your reassignment to patrol Detective

```
 1                          M. BOVELL          131
 2        Antonini told you in substance "Don't you
 3        know what's going on here?"  He then pointed
 4        to his skin and said it's a race war black
 5        and white."
 6             A.    Yes.
 7             Q.    And you were present for that
 8        conversation?
 9             A.    Yeah, that's the dialogue we
10        had between us.  Again, we -- he felt
11        comfortable gloating in my presence.  I
12        don't know why.  He spoke of things freely
13        because he felt untouchable but that's his
14        demeanor and he was comfortable so he
15        identified that it's a race war.  ██ ████
16        ██ ███ █████ ██ ███ ████ ████ ██ ███ █
17        ████ █████ ██ ██ █████ ███ █████
18        ███ █ ███ █ ███ █ ███ ██ ██
19        ████ ███ ████ █ ███ █ ██ █ ███
20        ███ ███ ████ ██ █████ ████
21        ████ ███ ██ ██ ████ ████ ██
22        ████ █ ███ ████ ██ ███ ██ █
23        ███ ██ ██ █ █ ███ ███ ███
24        █████ ███ ██ █ ███ ████ ███
25        ███ ███ ███ ████ ███ ██ ██ ██
```

M. BOVELL                    132

████████ ████████ ██ ██ ██ ██ ██ ██ ████

███████ ██ ██ ██ ██ ██ ███

████████ ████ ██ ██ ██ ██ ██ ██

████ ██ ██ ██ ██ ██ ██ ██ ██ ██ █

████ ██ ████ ██ ████ ██ ██ ████

████ ████ ██ ████ ██ ██ ██ ████

█████████ ██ ████ ████ ████ ██

        Q.    Did you make a report to anyone

in your chain of command regarding ██████

████████ ████████ ████ ██ ████ ██████ and

another officer was blamed?

        A.    No, I did not say anything.

        Q.    Why not?

        A.    As I was scared that that stuff

is serious business.  At the time, my mind

set based on what I experienced, I was

scared like everybody else, yeah, I was

scared as anybody else so there was no --

there is no -- in that situation, there's no

sure back, you know, or support the way the

administration is being ran.

        Q.    Who was the administration at

that period of time that you made the

initiative?

M. BOVELL                133

A.    I don't recall, but I know when

he said this was a race war he was telling

me that basically the whites have power over

the blacks and they're taking control over

the police department.  That's what he was

telling me that it's a race war.  So, we

were discussing about people in the position

as Sergeant Fisher and he said to me "You

want to know what's happening?  It's a race

war."  So, he's identifying he's on the

white side and he's going to take over and

he's for that, he's for them.

Q.    For white people?

A.    For the regime, the white

regime, the officers that are in power;

Sergeant -- then Sergeant Fisher, now

Lieutenant Fisher, Sergeant Fegan, Adonaro,

you know, that's the regime.

Q.    And the regime is under the

command of an African-American Mayor and an

African-American police commissioner?

A.    I don't remember who the

commissioner was at the time.  I believe it

was Raynor and also I believe the mayor was

M. BOVELL                      134

Davis, Mayor Davis at the time.

Q.     Mayor Davis is an
African-American mayor; right, and
Commissioner Raynor is an African-American?

A.     Yes, the power -- yes, that's
what was happening under that leadership.

Q.     Those white officers, those
white lieutenants reported to those chain of
command individuals?

A.     I guess.  I really don't know
how things function but in the Mount Vernon
Police Department things aren't done
logically.  They run on power, retaliation
and how people feel, what circle you're in,
you know, your race, you're lease is to a
particular fraternity.  This is how it
works.  That's everyday business of the
police department.  I can only speak about
Mount Vernon Police Department.

Q.     Paragraph 63 through 72 talks
about allegations that you did not get your
detective shield after serving more than 18
months in the detective bureau and that
other white officers, for example, did; is

M. BOVELL                                135

2    that correct?

3           A.     I believe so, yes.

4           Q.     If you know, who has the

5    ability to promote police officers, what

6    level is that done at?

7           A.     You know what, I don't know.  I

8    really don't know.  All I know is based on

9    what I observed and that's what I can speak

10   of.  I don't know who makes the decision.  I

11   can only assume based on what I observed

12   like who is part of a group, who, you know,

13   that's just how it works because I, myself

14   and other black officers working in that

15   capacity for over 24, 30 months and did not

16   receive our detective shields but other

17   white officers like Detective DeBarro, he

18   got his gold shield in 11 months.  Sergeant

19   Fegan looked at me and said "Oh, I got mine

20   in 12 months."  Another Detective -- Captain

21   Hunt, she didn't have no experience and she

22   was given a gold shield.  Obviously, the

23   right thing -- they can give the gold shield

24   but I don't really know who makes these

25   decisions.

M. BOVELL                    136

1

2          Q.    Do you know if the mayor has

3     any involvement in --

4          A.    I don't know.  The Mayor does

5     not run the police department really, you

6     know, at that time.  The people who are in

7     the police department runs the police

8     department and reports to the mayor so I

9     don't know how information is transferred,

10    you know, one person says dog, the other one

11    says cat.  That's how things are, so I

12    really don't know what information the mayor

13    is privy to but the people who are in the

14    police department runs the police

15    department.

16         Q.    Does the police commissioner

17    run the police department?

18         A.    I would assume so.

19         Q.    Does the police commissioner

20    have any involvement in the awarding of

21    detective shields to police officers?

22         A.    Well, he's the chain of

23    command, you know, police commissioner has

24    the captain that reports to him and he has

25    to make a decision based on their report.

```
1                              M. BOVELL            137
2          It's all information, you know, the
3          information is if you're the captain or
4          police commissioner and your captains and
5          lieutenants are not giving you the right
6          information, so it starts from who's making
7          these reports and who's manipulating, if so,
8          manipulating their reports to gain their
9          advantage or people who they like so I don't
10         really know.
11              Q.    Do you know of any white
12         officers who served more than 18 months in
13         the detective bureau that did not get their
14         detective shield?
15              A.    Not that I know of.  I know
16         ███████  ███████   he was  ██████████ █ ██████
17         ██████  and some supervisors didn't felt that
18         he shouldn't have a job but he was still
19         connected and ██ ██ ██ █████    ██
20         ████████ ██ ██ █████ ██ ██
21         ████ ████ █ █████ █ █ █████
22         █████ █████ ██ █ ██ █████ ████
23         ████ █ ██ █████ █ ██ ██ ██ █ █
24         ██ █████ ██ ██ █ █████ █████ ███
25         █████ ██ █ ██ ██ █████ █████ ███
```

1        M. BOVELL                    138

2        ████████  ████████  ██  ████████  ████████  ████████

3        ████████  ████████  ████████  , so I really don't

4        know.  Things don't work logically there.

5        It's based on your group, who you belong to,

6        your race, you know, fraternity or who's

7        liked, so you have to be part of the regime

8        in order to get rewarded.

9              Q.    When you say regime, you're

10        referring to white officers?

11              A.    Well, right now they're are

12        white supervisors -- well, at that time

13        there were white supervisors that ran the

14        department and made the decisions so, you

15        know --

16              Q.    Paragraph 73 says "The

17        department through Deputy Commissioner Burke

18        and Captain Goldman continues to promote

19        less qualified white officers over black

20        officers," is that correct?

21              A.    Yes, when Detective Burke --

22        I'm sorry, Commissioner Burke came on, he

23        has a son that was on probation or just got

24        off probation.  Once he became commissioner

25        he immediately promoted his son, white

```
1                        M. BOVELL              139
2       officer to the task force unit.  A lot of
3       black officers were upset about it and then
4       he was rescinded.  So, you know, again,
5       another abuse of power because I'm the
6       commissioner, I have my white son and I can
7       put him in any unit that I want to but other
8       black officers took offense to that who had
9       more experience and time on to that
10      promotion and I guess at some point he was
11      rescinded and then he transferred over to
12      the county, County Police.  He got him
13      transferred based on his affiliations.
14           Q.    Other than the example of the
15      Deputy Commissioner Burke's son who did not
16      actually get transferred to the task force,
17      are there any other examples to support your
18      allegation that Deputy Commissioner Burke
19      and Captain Goldman continue to promote less
20      qualified non black officers?
21              MS. BELLANTONI:  Are you saying
22           that he was not actually transferred
23           to the task force and then was
24           rescinded or are you saying that's
25           his testimony?
```

```
1                        M. BOVELL                  140
2              Q.    Your testimony was that that
3        assignment was rescinded?
4              A.    He was assigned and then he was
5        immediately taken out of the unit because
6        other black officers were upset about it.
7              Q.    How long did Burke's kid serve
8        in this assignment?
9              A.    I don't remember but it did
10       happen and a lot of people were crying, were
11       upset about that order and shortly after
12       that he transferred him over to County
13       Police.
14             Q.    Other than that example, are
15       there any other examples where Commissioner
16       Burke and Captain Goldman continued to
17       promote less qualified, non black officers
18       over black officers?
19             A.    Based on information from other
20       officers, yes.  I'll give you an example.
21       From Officer Lee, a female officer, black
22       officer that's known to be highly productive
23       in the police department, she's been past
24       over numerous times.  She's been past over
25       numerous times and even though she's a black
```

```
1                    M. BOVELL              141
2    female and highly productive.  Her belief
3    also is because her association with me
4    because I was her FTO, you know, I trained
5    her.  She was very productive and
6    unfortunately in the police department when
7    you're productive, you have so-called
8    haters, people who actually are upset about
9    your productivity and they raise questions.
10   She was past over.  She expressed that to me
11   on repeated occasions.  She told me that she
12   expressed that to Sergeant McEachin and
13   Sergeant McEachin concurred what's going on,
14   so yes.
15        Q.    As I understand your response,
16   you're talking about an assignment for
17   Officer Lee to another position like to task
18   force or narcotics; correct?
19        A.    I'm talking about where other
20   less experienced officers were promoted over
21   experienced tenured officers.  White
22   officers were promoted over experienced
23   black officers.
24        MR. SWEENEY:  That's my
25        question for you.  I'm getting
```

```
 1                        M. BOVELL                    142

 2            confused.

 3                 Q.      Is an assignment to task force

 4            or narcotics, is that a promotion or is that

 5            an assignment?

 6                 A.      That is actually considered a

 7            promotion.

 8                 Q.      That's a promotion?

 9                 A.      Oh, yeah.  If you're promoted

10            to task force or detective bureau, that's a

11            promotion.  That's going up the totem pole.

12                 Q.      Do you get an enhanced rate,

13            more money for task force and narcotics?

14                 A.      You're in the detective

15            capacity, investigator capacity so there

16            will be a time where if you meet that 18

17            months criteria based on your productivity

18            then you'll be promoted to detective.  Task

19            force, task force is actually a grade up

20            from patrol.  It's actually a grade up in

21            your career showing that you have

22            exemplified the abilities in patrol that

23            you're productive somewhat and it bumps you

24            up, so it points you in the direction of the

25            detective bureau so you go from task force
```

```
1
2        to the detective bureau which is what made
3        me GIU which is general investigation of
4        narcotics.
5               Q.    As I understand it, you asked
6        out of the detective bureau in 2014;
7        correct?
8                     THE WITNESS:  Was it 2014?
9               Q.    2013?  You transferred out of
10       the detective bureau for the last time.
11              A.    The last time, that was in --
12       maybe the first in 2013 under Sergeant
13       Fegan's supervision and it was commenced on
14       -- executed on January 1st, 2014.
15              Q.    Is that the phrase "asking
16       out?"
17              A.    Asking out -- well, I asked to
18       -- based on what was happening I asked to
19       leave the narcotics unit.
20              Q.    Do you know of any other
21       officer, black or white, who was asked out
22       like you did and still received his
23       detective shield?
24              A.    No, not that I know of that
25       asked out.
```

M. BOVELL                     144

Q.    Right.

A.    I know that there was another

officer that had similar time that I did,

over 18 months, Officer Briley, B-R-I-L-E-Y.

He was in the narcotics unit with myself and

Detective Griffin and Detective Patterson.

He then went to general investigations where

he accrued that time and he asked out

because he told me that, you know, they're

not doing the right thing.  He doesn't see

the right thing happening, so he asked out

and we were actually reassigned the same

time to patrol and we had several

discussions about that.

Q.    Did he get his detective

shield?

A.    No, but as soon as we asked out

they made -- they made other detectives.

From what my understanding what I was told

that other black officers that had exceeded

time, accrued the time over 18 months such

as Officer Griffin, Officer Jones, other

white officers, they were made in January --

received a detective shield right after we

1                    M. BOVELL                   145

2        asked out.  And my understanding is Officer

3        Jones, she was preparing herself to ask out

4        of the unit, as well.  She was in the

5        detective bureau and she was upset about why

6        is it that the right thing is not happening,

7        why are the white officers getting their

8        shields and we have to wait over 18 months

9        and she began to make noise about it and due

10       to her affiliations or her husband is a

11       black political leader in the community.

12       The supervisor of management became a little

13       nervous.  So, unlike myself and Detective

14       Briley, she was privy to information.  She

15       received a phone call from the political

16       office.  They said don't ask out the unit

17       because you're going to get made in January.

18       Myself and Detective Briley wasn't privy to

19       that information but they were fearful that

20       they may have people due to her husband's

21       influence in the community may have a

22       backlash on the department and they didn't

23       want to that be publicized.  So again, it

24       comes down to your affiliation, what groups

25       you belong to, whether you're white or black

M. BOVELL                    146

2    or whether you're part of a fraternity.

3    That's the only way -- that's the only way

4    you're protected in this police department.

5         Q.    Officer Jones, as I understand

6    it, is an African-American female?

7         A.    Yes, she is.

8         Q.    Her husband is an

9    African-American leader in the community?

10        A.    Yes.

11        Q.    She benefited from that

12   relationship through her husband?

13        A.    She benefited -- that instance

14   that time, yes, she was upset that she

15   hadn't received her gold shield and she was

16   about to ask out the unit like we both did,

17   Officer Briley and myself and they pulled

18   her to the side because they were afraid

19   that her husband would get involved.

20   Because of her husband's political

21   influence, her husband possesses on the

22   community, the police department didn't want

23   that backlash, so politically she was pulled

24   to the side and given privy to some

25   information.  They said "Don't worry, stay

M. BOVELL                    147

where you are.  You're about to get made"

which is why she did not ask out of the unit

at the same time we did.

     Q.    Did she share that information

with you?

     A.    Oh, yeah, she shared that

information with me.

     Q.    But after the fact, after she

made detective?

     A.    After she made detective, yes,

after she made detective.  I believe so.

     Q.    She didn't tell you before

"Hang in there, don't transfer out?"

     A.    No, no, that was after because

it was a surprise to us that that occurred

so it was really a brush in the face, you

know, like retaliatory.  All right, you guys

left here, boom, so we didn't know that.  We

had no idea that was happening.

     Q.    I think I already asked it and

I think you gave me an answer but I just

want to be clear:  Regardless of skin color,

black or white, do you know of any officers

that asked out like you did and Briley did

```
 1                              M. BOVELL              148

 2       that later got their detective shield?

 3             A.     Right now, not that I know of,

 4       not that I know of right now.  I don't

 5       remember.

 6             Q.     There's allegations in the

 7       Complaint 75 through 77 that talk about an

 8       officer that was involved in a motor vehicle

 9       accident -- sorry, 76 and 77, an officer was

10       involved in a motor vehicle accident.  He

11       received harsh discipline under you or the

12       way it's alleged; is that fair to say?

13                   THE WITNESS:  Which officer is

14             this?

15             Q.     You said "Defendant Burke

16       disparagingly reprimanded a black officer

17       for being in a motor vehicle accident under

18       the local patrol zones by taking 16 hours of

19       accrued time."

20             A.     Okay.

21             Q.     Then the next allegation 77

22       says "When the black officer appealed the

23       disciplinary action, Deputy Commissioner

24       Burke retaliated against him by suspending

25       the black officer for seven days without pay
```

```
1                           M. BOVELL            149
2       while other white officers received a lesser
3       penalty for the same type of conduct."
4            A.    Okay.
5            Q.    Do you know what officer that's
6       referring to?
7            A.    I don't remember but I remember
8       having that conversation with -- that
9       particular officer was telling me that
10      information -- yes, ████  ████, actually.
11      ████  ████, now ████████  ████  ████.
12           Q.    What you wrote in here on
13      paragraph 76 and 77 is what officer or now
14      ████████  ████  ████ told you about what
15      happened?
16           A.    Approximately from what he told
17      me.  He told me that he wasn't involved --
18      he was involved in an accident, no fault of
19      his and because the administration does not
20      like him, the administration does not like
21      ████  ████.  That's what he told me and
22      based on observation and he challenged that,
23      the appeal, the rule, whatever.  He went to
24      a department hearing overseen by
25      Commissioner Burke and because of that he
```

```
1                              M. BOVELL                150
2        told me that he was told if he appealed it,
3        that it would be a harsher fine or
4        disciplinary which subsequently occurred so
5        he voiced to me that there's nothing fair in
6        the police department and that if you stand
7        up and you make any noise and cause any
8        waves then the power that maybe will rule
9        against you if you go against the grain.
10              Q.    Deputy Commissioner Burke was
11       the deputy to which police commissioner, do
12       you know; is that Commissioner Raynor?
13              A.    Yup, that's correct.
14              Q.    Commissioner Raynor is an
15       African-American commissioner?
16              A.    I believe so.  I'm not sure.
17       He's really light skinned.
18              Q.    With respect to your own
19       situation and detective shield issue, have
20       you filed any Article 78 or other legal
21       proceedings over that?
22                    THE WITNESS:  Other than this
23              suit?
24                    MR. SWEENEY:  Other than this
25              suit.
```

```
1                          M. BOVELL          151
2                    THE WITNESS:  Well, are you
3              asking what have I done?
4              Q.    Have you filed any other civil
5       lawsuits in State Supreme Court?
6              A.    I consulted with our PBA
7       attorney at the time which was Greg Addison.
8                    MS. BELLANTONI:  I'm just going
9                    to remind you your privileged
10                   communications with your PBA attorney
11                   and that you have no obligation to
12                   waive the substance of your
13                   communications.
14                   THE WITNESS:  Okay.
15             Q.    And Greg Addison as I
16      understand it he's not an attorney, he's PBA
17      president; right?
18             A.    Yes, he's PBA president.
19                   MS. BELLANTONI:  Then that
20                   privilege will not apply, so --
21             Q.    He's a sergeant with the police
22      department?
23             A.    Yeah, he's a now sergeant.  He
24      ████ ████ ██ ██ ███ ███ ███ ████
25      ████
```

```
 1                          M. BOVELL              152
 2              Q.    Did the PBA file a grievance on
 3       his behalf?
 4              A.    I don't know.  Myself along
 5       with other black officers were -- have
 6       consulted with him.  I consulted with
 7       Sergeant Fegan at the time and, you know, I
 8       don't know what happened.  They said they
 9       were going to address it and nothing
10       happened.
11              Q.    Did you file your own grievance
12       individually?
13                    THE WITNESS:  Grievance as far
14              as?
15                    MR. SWEENEY:  The fact you
16              didn't get a detective shield after
17              spending 18 months in the detective
18              assignment.
19              A.    I just consulted with Greg
20       Addison, PBA president at the time and he
21       said that they're going to address it.
22                    MR. SWEENEY:  Off the record.
23                    (Whereupon, a recess was taken
24              at 1:06 p.m., examination resumed at
25              1:40 p.m.)
```

```
                              M. BOVELL                153

1

2                    MR. SWEENEY:  Can you mark

3             these, please.

4                    (Whereupon, Defendant's Exhibit

5             W, Email 2-12-13, was marked for

6             Identification.)

7                    (Whereupon, Defendant's Exhibit

8             X, Significant Enforcement Activity

9             Report, was marked for

10            Identification.)

11                   (Whereupon, Defendant's Exhibit

12            Y, Handwritten List, was marked for

13            Identification.)

14                   (Whereupon, Defendant's Exhibit

15            Z, News Article, was marked for

16            Identification.)

17                   (Whereupon, Defendant's Exhibit

18            AA, News Article, was marked for

19            Identification.)

20                   (Whereupon, Defendant's Exhibit

21            BB, Log Details, was marked for

22            Identification.)

23                   Q.    Officer Bovell, before we broke

24            there was some testimony in part as to

25            certain promotions or assignments or
```

```
1                         M. BOVELL           154
2        decisions being made by kind of who you know
3        and I think you referred to it as the regime
4        and you also said personal relationships.
5             Can you give me some examples of what
6        types of personal relationships you were
7        referring to?
8                   THE WITNESS:  Can you repeat
9             that again?
10             Q.    I thought you testified before
11        we broke that sometimes decisions, promotion
12        decisions or assignments or opportunities
13        were driven by who an officer may know; do
14        you recall that?
15             A.    Yeah, it's all the time.  That
16        happens all the time.
17             Q.    I think we used ███████ █
18        ███████ as an example of -- she had a special
19        relationship with her husband which she
20        benefitted from.
21             A.    Yeah, you can even use as
22        promotions, civil service promotions.
23        People are passed over on the list, you
24        know, people are passed over on the list.
25        You could be number one, you could still be
```

M. BOVELL                    155

passed over.  You could be number two and

you could still be passed over and it's

about if people didn't like you or if you're

part of a group, it doesn't matter how much

you score.  For an example of this is that

there are three sergeants that passed the

lieutenants list during that time I got

injured and Sergeant Sexton, Sergeant

McEachin and Sergeant Scott, they passed.

They're white officers and they were passed

over, you know, unfortunately a white

lieutenant was promoted and Sergeant Fisher

was promoted allegedly over the weekend when

the mayor wasn't around.  So, when the mayor

wasn't around was promoted to lieutenant on

an applied list so, you know, that does

happen.

          Q.    Those three African-American

sergeants that you mentioned were all as I

understand were promoted to lieutenant?

          A.    Under new management recently.

They were promoted not under management that

I -- while I was under when I got injured

and everything.

M. BOVELL                    156

        Q.    In terms of groups, can you

give me an example of what groups people

belonged to that would make a difference for

them?

        A.    If you're white or black.

That's an example.  If you're white or

black, you know, you're more favored if

you're white.  When I just started this job

in 2007 they were arguing over black

supervisors compared to white supervisors.

There were no black lieutenants when I

started this job in 2007, you know,

eventually under Commissioner Carbell, a

black commissioner, that changed a little

bit gradually.  Blacks or females started

getting promoted and so forth.  So, yeah,

it's been going on for some time.

        Q.    Besides race, white or black or

Hispanic, I assume, are there any other

groups that could make a difference that you

belong to?

        A.    If you like Antonini and you do

what they want you to do, do what they wants

you to do, you know, you beat up somebody,

```
1                          M. BOVELL              157
2        you get a job done, whatever they wants you
3        to do, you know, then you're a favorite.
4        Whatever -- if you're regarded as within the
5        circle, if you do what they want you to do
6        with no objection even if it's wrong.
7              Q.    Is being part of a mason group,
8        is that a group that would make a difference
9        for promotions or --
10             A.    I don't know.  I don't know, at
11       least if that's what you're telling me.
12                   MR. SWEENEY:  I'm just asking
13             the question.
14             A.    I don't know.
15             Q.    Regarding Sergeant Wuttke
16       advising you -- you call it a write up in
17       your Complaint at Paragraph 83 that you were
18       being placed on a chronically sick category;
19       do you recall that incident?
20                   THE WITNESS:  You're talking
21             about Sergeant Wuttke, I'm sorry, I
22             --
23             Q.    In your Complaint on March
24       29th, 2014, this is Paragraph 83, Lieutenant
25       Wuttke informed you that although he had an
```

```
1                            M. BOVELL            158
2        Immaculate attendance record for two years
3        he was issuing you a write up for being
4        absent three times in January 2014.
5                A.    Yeah, approximately at that
6        time.
7                Q.    Do you recall that incident?
8                A.    Yes, I recall that incident.
9                Q.    Did you have any understanding
10       as to why you were being written up for
11       being chronically sick?
12                     THE WITNESS:  Why I was being
13                written up?
14                     MR. SWEENEY:  Yes.
15                A.    My understanding is that I was
16       being targeted because of groups of us were
17       being targeted because management wanted
18       their way, you know, I felt that I was also
19       being targeted by Sergeant Wuttke and
20       whoever was above him, you know, as a result
21       of me leaving the narcotics group in the
22       fashion the way that I did.
23                Q.    In an earlier paragraph,
24       Paragraph 79 you indicate that "Sergeant
25       Wuttke was ███████ ███████ ███████ ███████ ██████a
```

```
1                         M. BOVELL              159

2         ████████ ██ ████████ ██ ████████

3         ████████ ████████ ████████ ██ ██

4         ████ ████████ ██ █ ██ ████████ ████████ ██ ██

5         ████████ ████████ █ ████ ████ ██

6         ████

7              A.    Yeah.

8              Q.    Are you aware of the

9         ████████ ████████ ████████ ████████

10        ████████

11             A.    What I was advised by when I

12        went to the PBA from what I understand that

13        he was ████████ ████ ██ ██ █ ████████

14        ████████ ██ ██ ████ and the way he interacts

15        with his subordinates and they felt,

16        management felt that, you know, ██ ████████

17        ██ █ ████████ ████ ██ ██ ██.

18             Q.    Was he arrogant or

19        inappropriate with subordinates whether

20        black or white or --

21             A.    You know what, everything is

22        developing because I personally have a

23        problem with him.  When I saw him, I was

24        polite.  In time I got to learn about him

25        and now experiencing him as my supervisor
```

```
 1                      M. BOVELL              160
 2      and what was happening, you know, him and
 3      Sergeant Fegan are very close friends.  They
 4      worked in the narcotics together.  They have
 5      a strong relationship, so I never really had
 6      a problem.  I never objected to anything,
 7      you know, really so I discovered all this
 8      through some of the information about
 9      Sergeant Wuttke through my co-workers and
10      members of the PBA.
11             Q.    So, your experience with
12      Sergeant Wuttke was not negative?
13             A.    No, my experience with Sergeant
14      Wuttke was definitely negative.  I said
15      prior to my direct experience with him.
16                   MR. SWEENEY:  That was my
17             timeframe in my question.
18                   THE WITNESS:  Okay.
19             Q.    Prior to, I guess him being
20      assigned to you as your sergeant, you didn't
21      have any negative interaction with him?
22             A.    No, I did not have any negative
23      interaction other than what I've attained
24      about him working under Sergeant Fisher and
25      he being in the narcotics unit and some of
```

M. BOVELL                    161

1    the things that he did but I personally

2    didn't have a problem with him.

3           Q.    I think you said you learned

4    things about Sergeant Wuttke from other

5    people?

6           A.    From my understanding I got

7    information from other co-workers, as well.

8           Q.    What other co-workers provided

9    you with information?

10                THE WITNESS:  Information like

11                what?

12                MR. SWEENEY:  Something that

13                changed your opinion, I assume.

14          A.    Changed -- well, my direct

15   experience with him changed my opinion.

16                MR. SWEENEY:  Maybe I'm

17                misunderstanding you.

18          Q.    I thought you said prior to him

19   being your sergeant that you didn't have any

20   negative experience with him.

21          A.    I didn't really have any

22   negative experience with him.  I saw him do

23   things.  For instance, there's one time when

24   me -- myself and Caparro were arresting

M. BOVELL                      162

1
2       someone in patrol.  We were in full pursuit.
3       We were trying to apprehend the individual
4       and Sergeant Wuttke along with the unit came
5       around to help.  What they did is they did
6       the whole holding the bag trick.  They
7       kicked up the suspect, punched him up and
8       left us to handcuff and they went on their
9       way, so that was an experience of, you know,
10      under Sergeant Fisher how they treated
11      people in the community and they left the
12      holding bag trick where they beat someone
13      up.  They helped apprehend the person but
14      they threw him on the ground, you know,
15      aggressively and the person might have a
16      swollen mouth or face and that particular
17      incident, that was Caparro's case, Caparro's
18      arrest and, you know, we handcuffed the
19      person and they just drove away.
20              Q.    Did you observe Sergeant Wuttke
21      and Antonini kicking this suspect?
22              A.    Yeah, they kicked up the
23      suspect and then, you know, then they left.
24              Q.    What timeframe was this?
25              A.    This was around -- this was in

```
1                           M. BOVELL            163
2           -- this was early when I just started
3           working patrol; approximately 2009, maybe
4           2009, approximately 2000 -- but it was when
5           Sergeant Wuttke worked under Sergeant Fisher
6           along with -- sorry, Sergeant Fegan.  He was
7           a detective at the time, and there's another
8           individual but I forgot the officer's name.
9                    Q.    Where was this location?
10                   A.    It was -- let's see.  I can't
11          really remember.  It will come back to me so
12          right now --
13                   Q.    Did you make a report of that
14          misconduct to anyone in your chain of
15          command?
16                   A.    Did I, no, I did not.
17                   Q.    Why not?
18                   A.    Because I wasn't the only one
19          who observed it.  Everyone else saw that --
20          Detective Caparro saw it.  It was his
21          arrest, you know.  When I just started this
22          job in 2007 Bill Burke, he told me -- he's a
23          black officer and he told me that when he
24          just started there were really no black
25          officers and there's an incident that he got
```

```
 1                        M. BOVELL            164
 2      involved in.  He arrested someone and a
 3      similar situation occurred where other
 4      officers, white officers came on the scene,
 5      beat up the suspect and the suspect was left
 6      with perhaps some bruises or some injuries
 7      and he was like holding the bag, it was his
 8      arrest but he said that as a black officer
 9      you can't speak up against a white officer
10      so what happened was that he ended up
11      getting sued and he was fined civilly for
12      that incident and he had to pay money but he
13      said he couldn't speak up against the white
14      officers, that you would be in a whole lot
15      of trouble.
16             Q.    Your allegation regarding
17      Sergeant Wuttke ████ ██████ ██ █ █████
18      ████ ██████ ██ ██ ███ ████████
19      ████ ██ ██ ██ ██ █████ ██ █████
20             A.    That happened -- that occurred
21      several times, actually.
22             Q.    That he was ██████ █
23      █████
24             A.    Oh, yes.
25             Q.    ███ ██████ ?
```

1                          M. BOVELL              ▆

2             A.    Yes, that occurred several

3       times.

4             Q.    Give me some for examples.

5             A.     Well, before when I just came

6       on that happened earlier.  ▆ ▆ ▆ ▮ ▆

7       ▆▆▆▆▆   ▆▆▆▆▆   ▆▆▆▆   ▆▆▆▆   ▆▆▆▆▆

8       ▆ ▆▆ ▆ ▆ ▆  ▆▆▆▆  ▆ ▆

9       ▆▆  ▆▆▆  ▆▆  ▆▆

10      ▆▆▆▆  ▮ ▆▆▆  ▆▆  ▆▆

11      ▆ ▆▆ ▆ ▆ ▆▆  ▆  ▆▆▆  ▆

12      -- ▆ ▆▆  ▆▆ ▆ ▆▆  ▆▆

13      ▆▆▆▆  ▆▆▆  ▆ ▆  ▆▆

14      ▆▆▆  ▆ ▆ ▆▆▆  ▆ ▆▆▆

15      ▆ ▆ ▆▆▆ ▆ ▆  -- ▆ ▆▆ ▆ ▆

16      ▮ ▆ ▆▆▆  ▆▆ ▆  ▆▆▆  ▆▆

17      ▆▆  ▆▆▆  ▆▆▆  ▆ ▆    I remember

18      Commissioner Burke sending us -- while I was

19      in narcotics sending us to -- because when

20      ▆ ▆ ▆ ▆  ▆▆▆  ▆ ▆

21      ▆▆  ▆▆  ▆ ▆  ▆▆  ▆ ▆▆

22      ▆▆  ▆▆  ▆▆  ▆ ▆  ▆▆  ▆▆

23      ▮ ▆▆  ▆ ▆  ▆ ▆ ▆  ▆▆  ▆

24      ▆ ▆ ▆ ▆ ▆ ▆  ▆▆    --

25      ▆▆▆  ▆▆▆  ▆ ▆ ▆▆  ▆ ▆  ▆

1        M. BOVELL                166

2        ██ ██ ██ ██ ████ ███ ██ ██ ████

3        ██ ██ ████ ███ ███ ███ ████ ██

4        ██ █████ ████ █ ██ ███ ███ █████

5        ██ ██ ████ ████ ███ ███ ████ ██

6        ███ ██ ████ ███ ███ ██ ████ ██

7        █████ ███ ████ ████ ███ ████

8        ████ ██ ███ ████ ██ ██ ███ ██

9        ████ ██ ██ ████ ███ ██ ██ ███

10       ███ ██ ███ ███ ██ ████ ███ ██

11       ██ ██ ███ ██ ███ ███ ████ ███

12       █████ ███ ███ ██ ███ ████ ██

13       █████ ███ ██ ██ ██ ███ ██ ██

14       ████ ███ ██ ██ ████ ██ ██ ██ ███

15       ███ ██ ███ ████ ███ ███

16       ███ ██ ████ █ ██ ████ ███ ██

17       █████ ██ ██ ████

18               Q.    Do you know what supervisors

19       ███ ██ ██

20               A.    I'm not sure.  I don't remember

21       right now.  I don't remember but that

22       information was given to me by PO Butler,

23       the person who did that report and also by

24       Officer Evans.  He told me that Butler had

25       told him, as well.

M. BOVELL                    167

1

2          Q.     So, you didn't observe this,

3     this was told to you by other officers?

4          A.     Yes, officers that were

5     involved.

6          Q.     So, you don't have firsthand

7     knowledge of this, this is what other people

8     told you?

9          A.     This is what other officers

10    advised me.

11         Q.     Getting back to Paragraph 79

12    regarding the reputation of condescending

13    and demeaning conduct towards black

14    subordinates.

15         Did you experience Sergeant Wuttke

16    being condescending and demeaning to you

17    with any other black subordinate?

18         A.     Yes, I observed him shouting --

19    I observed him shouting in a condescending

20    manner to another black officer.  I don't

21    remember his name.  He transferred.  I spoke

22    with other officers who observed his

23    demeanor and how he speaks differently to

24    other white officers compared to black

25    officers, so yes.

M. BOVELL                          168

1

2          Q.    For example, what did he say

3     that was condescending or demeaning that you

4     remember?

5                THE WITNESS:   Towards whom?

6                MR. SWEENEY:   To you or to

7          anyone else, any other black

8          subordinate.

9          A.    He spoke a lot -- he used

10    profanity, spoke aggressively loud in a

11    condescending manner.  He's superior.  I

12    mean, he's supervisor as if the person

13    doesn't have any sense.  That's the

14    arrogance.  I've seen it, I've heard it but

15    I've witnessed it firsthand myself and that

16    particular officer, I saw him behaving that

17    way too now who's now transferred.  He's a

18    black officer.

19         Q.    Who is that?

20         A.    I don't remember his name.

21    Right now I don't remember his name.

22         Q.    Besides I guess the voice level

23    and profanity --

24         A.    He used things like -- the

25    words like "You stupid" and things to make

```
 1                          M. BOVELL                169
 2        someone feel as if they're less than what
 3        they are so that's his method of dialogue
 4        when speaking to certain black officers.
 5                Q.    Do you think he treated white
 6        officers differently?
 7                A.    Oh, yes, definitely.  According
 8        to other officers that I've spoken to that
 9        observed his demeanor, yes.  Other black
10        officers, they advised me of this, as well.
11                Q.    What other black officers have
12        you spoken to that can confirm this?
13                A.    Officer Lee.
14                Q.    Avion Lee?
15                A.    Avion Lee, that's correct.
16                      MR. SWEENEY:  A-V-I-O-N.
17                A.    I believe that's her first
18        name.  I'm not sure.
19                Q.    Anyone else besides Officer
20        Lee?
21                A.    I don't remember right now.  I
22        don't remember right now; perhaps other
23        officers, yes.
24                Q.    Getting back to the chronic
25        sick write up that occurred in March of
```

1                    M. BOVELL                    170

2          2014, did you understand the criteria for

3          being written up on chronic sick?

4                    THE WITNESS:   Understand what

5              exactly?

6              Q.    Like did you have to be out so

7          many times on sick in order to be written

8          up?  Was there a metric, was there --

9              A.    You know what, this is what I

10         was told by -- when Officer Wuttke was

11         writing me up.  He said "I don't know why I

12         gotta write you up.  I was told to write you

13         up."  I said to him, "Is this a verbal -- a

14         counseling or written up?"  He said "Both."

15         Normally part of the procedure is you're

16         counseled.  If they see that you're going

17         off the edge, you need to tighten up you're

18         counseled but he told me no, it's counseling

19         and a write up.  I was told you have an

20         exceptional record as far as sick and that's

21         what he told me.  So, he told me that he's

22         basically being forced to write me up.

23             Q.    Did you suffer any career

24         negative consequences because of that

25         chronic sick write up?

```
1                    M. BOVELL              171
2          A.    I don't know.
3          Q.    Okay.
4          A.    I'm here today, so I don't
5     know.
6          Q.    What do you mean you're here
7     today?
8          A.    Meaning that as a result of me
9     responding and feeling that I was written up
10    unfairly by Officer Wuttke and whoever's
11    demand it was.  I sent an email to my
12    superiors about that incident and
13    subsequently to that I was retaliated upon
14    by management Officer Wuttke where he relied
15    on my evaluation, you know, so I'm here
16    today.
17         Q.    I'm showing you Exhibits F and
18    G which are bate stamped.
19               (Handed)
20         Q.    Do you recognize Exhibits F and
21    G?
22         A.    F and G, yes, this looks like
23    an email, a copy of an email that I sent to
24    a supervisor and Wuttke.
25         Q.    What is Exhibit F?
```

M. BOVELL                    172

1

2          A.    F, that's a copy of the email

3    where it's indicating who I sent it to.

4          Q.    Exhibit F is a copy of an email

5    which has an attachment to it?

6          A.    Yes.

7          Q.    And the attachment is Exhibit

8    G?

9          A.    The attachment is an MV-5 of

10   concerned sick days, discrimination and

11   retaliation.  That's what it indicates.

12   It's dated March 29th, 2014.

13         Q.    The MV-5 which is a two page

14   document, is that the MV-5 that you

15   generated?

16         A.    It looks like it.

17         Q.    Were you required to do the

18   MV-5 or did you take it on your own to

19   generate the MV-5?

20         A.    I discussed it with my PBA

21   representatives on what was going on.  I

22   advised them that I was going to do it and

23   consulted with certain PBA members and I

24   generated and I submitted it.

25         Q.    Does that Exhibit G, the MV-5,

M. BOVELL                    173

1

2      does that set forth your complaint regarding

3      your being written up for being chronically

4      sick?

5              A.     It includes that and other

6      things, other things that occurred during

7      that time.

8              Q.     What other things, for example?

9              A.     During the -- particularly that

10     same month, I believe, I asked my superior

11     at the time submitted a slip for time off,

12     comp time/sick time off because I was in

13     school and I needed to do an exam and so

14     forth but I was denied.  I asked -- I went

15     to the supervisor which is Captain Hastings

16     who is a white officer, my superior and I

17     asked him, you know, is there any way, you

18     know, you can approve this because I'm going

19     to school, you know, I'm trying to do some

20     things as far as my education is concerned

21     and I knew there's not much resource for the

22     police officers in the Mount Vernon Police

23     Department pertaining to school and he said

24     no, you know, there's nothing he could do

25     and I had to come into work, so I came into

M. BOVELL                    174

1

2    work.  A week or two later I called out sick

3    because I was sick.  I get a phone call from

4    now Lieutenant Curzio, C-U-R-Z-I-O.  He

5    leaves me a voicemail to call him back and I

6    did.  He says to me that Captain Hastings is

7    is upset that you called out and I said why.

8    Apparently you asked for some time off and

9    you didn't get it and now you're out sick.

10   I don't understand.  He said Captain

11   Hastings is upset so I didn't understand the

12   nature of that because we're professionals

13   and it's not personal so I don't know why it

14   was taken personal for Captain Hastings

15   being upset.  I was sick at home.  I was

16   home sick.  I was drinking tea so that along

17   with the unfair write up by Sergeant Wuttke

18   was retaliatory in nature.

19        Q.    Retaliatory because of your

20   complaint regarding the comp time?

21        A.    No.  Well, retaliatory in the

22   sense that who am I and who are you asking

23   for time off and who are you to call out

24   sick, you know, I -- you know, it's just

25   mind boggling to me.  He called me and said

```
1                        M. BOVELL           175

2       Captain Hastings is upset.  Upset for what?

3       They take sick days.  ███████  ███████  ███████

4       ████  ████  ████  ████  █████  ███████  ██  ███

5       ██████  ████████  ████████  █████  █████  ████  ██████

6       ████  █████  █████  █████  █████  ████████  ██  ████

7       ████  ███  ███  ████  ████  ██  ███████  █████  ██  ██

8              ██████     So, subsequently after I sent this

9       email, I guess peoples' feet started

10      shuffling and I guess as I stated there am I

11      the only one being treated this way, you

12      know, so they sent out an order for other

13      people being disciplined, as well as a

14      result of my email.

15             Q.    I'm not catching that.

16             They sent an email?

17             A.    As a result of me sending this

18      email saying I was being unfairly treated

19      they quickly shuffled their feet to make

20      things right, to try to make things right

21      where I pointed out where other supervisors

22      called out many times and have never

23      received any write up but because of this

24      email they were counseled as a result just

25      to cover their tracks.
```

```
1                              M. BOVELL          176
2              Q.    Other officers were counseled
3         for chronic sick after you generated --
4              A.    Supervisors, I'll say
5         supervisors because supervisors are
6         untouchable.  If you're a supervisor you get
7         away with a lot of things and that's the way
8         it is in the Mount Vernon Police Department
9         so there ███ ▌ ███ ██ ███ ██  ███████ as
10        far as supervisors.  Supervisors get into
11        trouble.  They have high privilege because
12        they're on the side with the power.  We have
13        one PBA and the PBA represents both
14        supervisors and subordinates.
15             Q.    So, in this case after you
16        generated your MV-5, Exhibit G, the
17        supervisors were counseled for chronic sick?
18             A.    ████████ ███████ ███ s.  They
19        came out with an order to counsel and I
20        remember going into the office when he was
21        counseled -- written up or counseled and he
22        was upset with me as a result of me sending
23        this email because as a result of me sending
24        this email it shed light on things that
25        where they're unfair about where a
```

```
 1                            M. BOVELL           177
 2          supervisor didn't get preferential treatment
 3          compared to other officers.
 4                 Q.    And your email which is Exhibit
 5          F was sent to Commissioner Raynor and other
 6          people; correct?
 7                 A.    Other people including Captain
 8          Goldman.  Captain Goldman was promoted Chief
 9          Goldman who recently ███ █████████ ████ █
10          ██████ ███ █████████
11                 Q.    There came a time where you
12          received an evaluation from Sergeant Wuttke
13          or was generated by Sergeant Wuttke.
14                 That would have been in May of 2014?
15                 A.    Approximately at that time in
16          2014.  Subsequent -- after this written up
17          and that email regarding sick time, yes,
18          Captain Wutte did an evaluation after
19          shortly being assigned as my supervisor.
20                 Q.    I believe in your Complaint at
21          allegations Number 87 through 96 you allege
22          that Sergeant Wuttke created a false
23          evaluation in that he lied; is that correct?
24                 A.    Oh, hell yes; yes, definitely.
25                 Q.    What's the basis -- first of
```

1

2        all, why don't you tell me what happened

3        regarding your evaluation.

4               A.     Well, not to generalize but a

5        lot of other officers know that I'm a very

6        active police officer so the indication

7        being, whatever -- the substance that was

8        indicated on my evaluation by Sergeant

9        Wuttke was obviously incorrect.  He

10       indicated that I had one arrest and that I

11       was a negative influence of my FT because

12       that year when I went back to patrol because

13       I was already an FDO.  They assigned me to

14       the FDO program and I was FDO in a few of

15       the recruits, new police officers and under

16       my FDO, under my guidance, they did very

17       well.  They received during the same time

18       good evaluations from other supervisors but

19       on that particular evaluation as I remember

20       everything about it was falsely inaccurate.

21       Sergeant Wuttke knows that I was a very

22       active police officer but he was upset,

23       obviously.  He was upset about the email

24       that I sent so it was an opportunity for him

25       to exercise his authority and his power over

```
 1                    M. BOVELL                179
 2        me, so that evaluation was administered not
 3        by Sergeant Wuttke.  It was done by Sergeant
 4        Wuttke but in the particular day it was
 5        given to me by Sergeant Scott, a black
 6        sergeant.  He said to me "Listen, I did not
 7        do the evaluation, Sergeant Wuttke but he's
 8        not here."  I asked him, "How is he not here
 9        to administer this whole evaluation to give
10        me an opportunity to discuss it with him if
11        I do not concur so this way we can have an
12        understanding?"  He said he don't know.  So,
13        we went over the evaluation.  I said, "I do
14        not concur with it because it's totally
15        incorrect.  I'm an active police officer.  I
16        really don't understand why these numbers
17        are not accurate and his summary of me in my
18        evaluation is inaccurate and he knows I'm an
19        active police officer," you know.  He said
20        "Listen, you have to take it up with
21        Sergeant Wuttke."  So, you know, at that
22        time Lieutenant Gallagher was there, a white
23        supervisor.  I was a little bit reluctant to
24        sign the evaluation but Lieutenant Gallagher
25        said I better sign the evaluation or I'm
```

M. BOVELL                    180

going to get written up.  I said, "What if I

don't agree with it, why do I have to sign

something if I don't agree with it?"  "You

have to sign it to say that you received

it."  So, I signed -- after him threatening

to write me up, I signed one part of the

evaluation and I asked for a copy.  At

first, they didn't want to give me a copy of

my evaluation which I don't understand but I

asked again and he gave me a copy.  I then

appealed it.  I appealed it, I submitted the

appeal to Lieutenant Gallagher.  He went

into the back officer where Captain Hastings

and Deputy Chief Dumser, I believe.  He was

there and he took my appeal for my

evaluation which Sergeant Wuttke wasn't

present for.  So, I did that.  I followed

the rules and regulations, department rules

and regulations and nothing was done.

          Q.    Well, what do you mean nothing

was done?

          A.    When I say nothing was done, I

-- subsequent to that, I went across the

street to the human resource department, Ms.

M. BOVELL                    181

Judy Williams.  I spoke to her about what
was happening in the police department.  Ms.
Judy -- she's commissioner of human
resources.  I told her how I felt that I'm
being attacked racially and I'm being
discriminated, I'm being bullied by
supervising management, administration in
the police department.  We sat down and we
had a detailed discussion of what was
happening, what I saw.  I told her my
experiences and she asked me why I didn't
went to other resources like Internal
Affairs and she said to me that I've heard
stories about Internal Affairs from other
officers and I can see why you didn't go
there and at the time Internal Affairs was
being lead by Lieutenant Olifiers who is a
Caucasian police officer.
          Q.     Did there come a point in time
where the evaluation was amended?
               THE WITNESS:  Amended?
               MR. SWEENEY:  Corrected.
          A.     This was after I filed my
Complaint with the EEOC.  I filed my

M. BOVELL                    182

1  Complaint with the EEOC.  This happened in

2  May.  The incident that happened in May

3  that's when I reported to approximately at

4  that time I went to human resources, Ms.

5  Judy Williams.  The commissioner is the one

6  who told me that I need to draft something

7  that she can work with and she's going to

8  schedule an appointment with the mayor.  She

9  said that she knows the Internal Affairs is

10 corrupted and she knows this is why I came

11 to her and she understands how the

12 administration is and she's going to set up

13 an appointment with the mayor so I could

14 speak with him and she will call me back.

15 The following day I submitted -- not the

16 following day but during that week I

17 submitted the documentation that she needed

18 to her office, I called her and she said she

19 received the documents and she will get back

20 to me.  She never did.  In light of me doing

21 that, I expected an investigation which is

22 the process.  They have meetings, they pull

23 -- nothing happened, nothing happened even

24 with my appeal, nothing immediately

1

2       happened.  Nothing happened at all.  I had

3       discussions with Commissioner Raynor

4       pertaining to what was happening.  Nothing

5       was done.  I received word by someone close

6       to Commissioner Raynor, a very close friend

7       that he told -- he advised him to fix it and

8       it was never done, you know, the chain of

9       command.  That's, you know -- there are

10      times when I will be in Commissioner

11      Raynor's office and Deputy Chief Burke will

12      walk in and they'll use profanity towards me

13      and curse at you in disagreement;

14      unprofessional.  So, I really don't know

15      what's going on.

16              Q.   Did there come a point in time

17      where your evaluation was amended?

18                   THE WITNESS:  Amended?

19                   MR. SWEENEY:  Like fixed.

20                   THE WITNESS:  Changed?

21                   MR. SWEENEY:  Yes.

22              A.   I think so, later on after I

23      filed my objections with the EEOC and we

24      were in mediation.  I guess it was fixed

25      then but not during the course of time.  It

```
1                          M. BOVELL                184
2       took months.  It took months.
3              Q.    Was it corrected or fixed to
4       your satisfaction?
5              A.    No, it wasn't fixed to my
6       satisfaction.
7              Q.    What was wrong with the amended
8       evaluation?
9              A.    I can't remember.  Sergeant
10      Wuttke did call and apologize that he was
11      wrong in what he did, but that it really
12      wasn't fixed to my satisfaction at all,
13      complete satisfaction.  It was better than
14      initially and more truthful but it wasn't
15      complete to my satisfaction.
16             Q.    I'm going to hand you what's
17      been marked as Exhibit G.  Show it to your
18      attorney and that's bate stamped, as well --
19      J, I'm sorry.
20                       (Handed)
21             A.    Yeah, this appears to be the
22      initial evaluation which is evaluation
23      period from April 1st, 2013 to March 31st,
24      2014, so Sergeant Wuttke was my supervisor
25      from February of 2014 and he did an
```

M. BOVELL                    185

1
2       evaluation of me from April 1st, 2013 to

3       March 31st, 2014 and this evaluation as it

4       says in here concluded that I have one

5       arrest, zero summons during that whole time

6       as an active police officer and that my

7       attitude and work interest needs

8       improvement, my professional relationship is

9       satisfactory, initiative is satisfactory,

10      quality and quantity of work needs

11      improvement and appearance satisfactory,

12      judgement satisfactory, everything else

13      satisfactory and do you wish to appeal this

14      evaluation?  I circled yes and I said I

15      disagree with this evaluation in its

16      entirety.

17           Q.    Then there came a point in time

18      where you made a complaint to the human

19      resources person at the city over that

20      evaluation; is that correct?

21           A.    Yes, immediately following this

22      evaluation and the write up pertaining to my

23      sick time.

24           Q.    I'm handing you Exhibits H and

25      I which I believe are also bate stamped.

M. BOVELL                    186

          (Handed)

1        A.    A letter -- some of what I
submitted to Ms. Williams.

        Q.    You're looking at Exhibit -- is
that G?  What exhibit are you looking at?

        A.    H and I.

        Q.    So, were there attachments to
Exhibit H?

        A.    Yes, I attached the previous
MV-5, I believe.

        Q.    On a chronic sick leave, that
one?

        A.    I believe so.  I don't
remember.  I'd have to check again but
there's more information that I attached
that I submitted to Ms. Judy Williams based
on our conversation.

        Q.    Was Exhibit H and I submitted
at the same time, as well as other
documentation?

        A.    Yes.

        Q.    Exhibit -- I think it's H over
there references that you had a discussion
with human resources person; is that

M. BOVELL                    187

1
2    correct, at the first sentence, I think?

3         A.    Yes, that's what it is.

4         Q.    The basis for your complaint is

5    memorialized in Exhibit H, that's what you

6    were complaining about?

7              THE WITNESS:   In Exhibit H or

8              I?

9         Q.    Well, Exhibit I looks like a

10   form that says essentially see attached;

11   right?

12        A.    Okay.

13        Q.    And attached, I assume is

14   Exhibit H which is your three page narrative

15   complaint?

16        A.    Yes, some of the documentation

17   that I attached.  It looks that way.

18        Q.    Except for any attachments

19   which might have been the performance

20   evaluation and maybe the chronic sick, MV-5

21   that you referenced, were there any other

22   attachments to that document?

23        A.    Not that I remember right now.

24        Q.    Did you have any other

25   complaints regarding how the police

```
1                              M. BOVELL            188
2          department's treating you at that time other
3          than what's set forth in --
4                    THE WITNESS:  Written
5               complaints?
6                    MR. SWEENEY:  Yes.
7               A.    I know that Judy and I, we
8          spoke about a lot of things and she said
9          she's going to set up a meeting with the
10         mayor.  That never happened and we spoke
11         about things that she's already aware of in
12         the police department, ████ ██████████ and
13         certain departments in Internal Affairs but
14         this right here seems to be one of the
15         documentation that I submitted to her.  I
16         don't remember the others right now that I
17         --
18              Q.    When you ████ ██████████ within
19         the police department, what are you
20         referring to?
21              A.    Well, she said that to me that
22         she's aware -- she asked why I didn't go to
23         Internal Affairs, why I didn't go to
24         Internal Affairs and I began to speak about
25         ████ ██████████ of Antonini, Sergeant Fegan
```

1            M. BOVELL            189
2     and things that they were doing and what I
3     was experiencing now from supervisor
4     Sergeant Wuttke and so forth, so she told me
5     to put something on paper that she could
6     work with it and begin an investigation and
7     she's going to set up a meeting with me.
8     She's going to set up a meeting with me and
9     the mayor which never happened.  That never
10    happened, as well.  So, nothing was done
11    with my appeal, no follow-up from the mayor,
12    no protocol where someone makes a complaint
13    ███████  ████████████  in the department or
14    harassment, nothing was done.
15          Q.    As I understand it from your
16    previous response, your performance
17    evaluation was appealed and was amended and
18    you're saying was not to your satisfaction?
19          A.    Not completely because before
20    it was amended later -- this was
21    approximately when I was in mediation with
22    the EEOC.  Nothing was done.  They had
23    months to rectify the issue, management,
24    Commissioner Raynor was aware of it, it's
25    safe to say the mayor, Judy Williams was

M. BOVELL                    190

aware of what was going on; months.  This
was amended when I -- in 2014, September of
2014 I got injured.  These incidents
occurred before May of 2014 and subsequent
to that is when this issue was amended,
amended and I got -- I received a phone call
while I was out injured from Sergeant Wuttke
apologizing during the mediation, during the
mediation process.  So, they were actually
forced to fix -- attempted to fix the
situation and not by a third party and not
by a body, Mount Vernon body itself as Mount
Vernon Police Department.

        MR. SWEENEY:  Can I have that
        marked, please.

            (Whereupon, Defendant's Exhibit
        CC, Personal Performance Evaluation,
        was marked for Identification.)

        Q.    I'm handing you now Exhibit CC.

            (Handed)

        Q.    I ask that you take a look at
that two page document which I believe is
bate stamped.

        A.    Okay.

1                          M. BOVELL                191

2              Q.    Is that -- is Exhibit CC the

3        amended evaluation that was provided to you?

4              A.    It appears that way.

5              Q.    You indicated that that amended

6        evaluation was still not satisfactory?

7              A.    It's not because it's indicated

8        that Sergeant Wuttke's evaluation is due to

9        an error.  It was an intentional lie.  It

10       was retaliation upon me as being a police

11       officer that stood up, as a black police

12       officer.  That's all lies.  When he called

13       me, he indicated that he received incorrect

14       information from someone in the SSD where

15       that same individual told me that when I

16       went to get a copy of my records, they told

17       me that's not the information you asked for

18       and said that that's not what you wanted --

19       that's not the information you wanted from

20       her, so that's totally inaccurate.  This is

21       another attempt for him to cover up his

22       tracks.  So, you know, everything is a lie

23       here.  All my time in narcotics, you know,

24       my previous evaluation to this was

25       definitely above and beyond which was done

M. BOVELL                    192

by Sergeant McEachin and again this time

period covers this evaluation, covered a

time where Sergeant Wuttke was not my

supervisor.  So, in the event, this is an

unfair evaluation because how can he give me

an evaluation when he wasn't even my

supervisor, you know, it doesn't make any

sense.  Yes, this is below even though he

fixed the quality of work, this is below my

productivity and I do not even agree with

this evaluation.  This is false.

      Q.    Did you appeal that amended

evaluation?

      A.    I was out injured.  I was under

a lot of pressure.  I was going through a

lot mentally.  I was not at work so I didn't

have the opportunity which is why I was

going through the EEOC which is why I filed

my application for the EEOC.  I had to go

through a third-party entity, third-party

entity to intervene in what was happening

because I realized there's no justice when

you seek help or justice within a police

department.  The resources are not ideal.

```
                                M. BOVELL                193
1
2       The resources are not impartial.  The
3       resources are not -- there's no justice so I
4       have to go somewhere in order to get
5       justice.
6               Q.     The answer is you didn't appeal
7       that amended complaint?
8               A.     I didn't have the opportunity
9       to.  I was out injured.
10              Q.     When Sergeant Wuttke called to
11      apologize for the errors that were done with
12      your evaluation, did you tape that phone
13      call?
14              A.     Yes, that was recorded.
15              Q.     Did Sergeant Wuttke know he was
16      being recorded?
17              A.     I don't know.
18              Q.     How would he know?
19              A.     I don't know.  I don't know --
20      did I tell him he was being recorded, no, I
21      did not.
22              Q.     Do you record other phone
23      calls?
24                     THE WITNESS:  Of whom?
25                     MR. SWEENEY:  I don't know.
```

M. BOVELL                              194

1

2          Q.     Do you record other phone

3     calls?

4          A.     Yes, I recorded other phone

5     calls, yes.

6          Q.     Why did you record the phone

7     call?

8               THE WITNESS:  What phone calls?

9               MR. SWEENEY:  Well, start with

10          Sergeant Wuttke's.

11          A.     Well, you know, when we call to

12     the police department, certain phone calls

13     are recorded.  There's a lot of phone calls

14     where I called the police department and I

15     didn't know that I was being recorded.  The

16     sergeant never told me that I was being

17     recorded, so I don't be safe to assume that

18     I'm being recorded.  There was a phone that

19     during my injury I was speaking to Sergeant

20     Sexton and during the end of our

21     conversation he tole me that "Oh, this is

22     being recorded."  I didn't know phone calls

23     to the desk were being recorded, so that's

24     what I was told.

25          Q.     But Sergeant Wuttke, as I

```
 1                        M. BOVELL            195
 2        understand it, called you at your house or
 3        no?
 4              A.    No, he did not call me at all.
 5        I was going to physical therapy and I made a
 6        call to the desk not knowing that these
 7        calls are recorded but based on -- I feel
 8        based on ███  ███████████  that I have
 9        experienced, the unfairness and cover ups
10        that I've observed and witnessed, you cannot
11        rely on the Mount Vernon Police Department
12        to do the right thing, so I have to make
13        sure I cross my T's and dot my I's to
14        protect my best interest.  So, I called to
15        tell -- I called in the morning to tell
16        Sergeant Wuttke that I was going to the
17        doctor and he answered the phone and I
18        checked out as a routine and when I called
19        back I spoke with Officer Leone.  I called
20        back to say I was back in the house and
21        Officer Leone said "Hold on, Sergeant Wuttke
22        wants to speak with you."  Sergeant Wuttke
23        then came on the phone which I assume was
24        also being recorded by the Mount Vernon
25        Police Department.  I don't know if they
```

M. BOVELL                    196

still have those records or maybe been

destroyed but he came on the phone and

apologized for the evaluation.  I said to

him, "Can we do this another time because

I'm out injured and face to face.  I would

like the opportunity, you know, just like in

the EEOC, the opportunity to discuss this

issue with you.  As I documented it in my

memo book subsequent to the incident, you

know, in May.  I placed in a memo book entry

that there's been a couple of days that

Sergeant Wuttke gave me my unfair

evaluation.  I've seen him a couple times

and I appealed it and nothing has still been

done.  He has not addressed me.  I've seen

him when he supervised me in certain tours.

Even though we have steady tours and

supervisors have a rotating tour, he has not

addressed me.  He deliberately avoided me.

He didn't want to make eye contact, he

didn't want to say anything to me because

obviously he felt what he did was wrong and

he knew what he did was wrong.  He was

afraid of any type of confrontation.  As a

```
1                           M. BOVELL                   197
2          supervisor, again, he failed as a supervisor
3          to do the right thing.  The right thing was
4          to address your subordinate as to why you
5          wrote those things.  Even if he had done
6          that, that would give him the opportunity to
7          resolve anything between us and he didn't do
8          that as a supervisor should.
9                 Q.    You said in your prior
10         testimony that Sergeant Wuttke lied on your
11         first evaluation and it was a false
12         evaluation; do you recall that?
13                A.    I don't remember, but he did
14         lie on my first evaluation.
15                Q.    What's the basis for your
16         belief that he lied, like an intentional
17         untruth?
18                     THE WITNESS:  On the valuation
19                of -- the first evaluation --
20                     MR. SWEENEY:  Yes.
21                     THE WITNESS:  -- where he wrote
22                that my performance is not
23                satisfactory and quality of work is
24                poor?
25                     MR. SWEENEY:  Yes.
```

```
 1                         M. BOVELL           198
 2              A.     It's accumulative of things
 3         like we discussed earlier, there are events
 4         that occurred where Sergeant Wuttke was
 5         upset the way I responded to some of his
 6         actions.  The email that was sent
 7         criticizing how -- where I mentioned that
 8         spoke about him briefly about how he -- some
 9         of the things that he got involved with,
10         negative things and █████ ███████████ ██████
11         ████ ██ ██ ██ ██ ████   He felt that that's
12         a direct attack on me and this was his
13         opportunity to retaliate against me and to
14         lie as a result of that.  It was his power
15         which he's known for doing.  He's known for
16         speaking to other black officers by using
17         his authority, one of the reasons why he was
18         demoted in the past and he took this
19         opportunity being that he felt comfortable
20         or protected by the supervisors, white
21         supervisors that perhaps have his back and
22         he proceeded to do so.  So, yes, it was a
23         lie because Sergeant Wuttke even
24         complimented me in the past that I'm very
25         active and this is before him and I had any
```

```
                        M. BOVELL                199
1
2       type of negative conflict.  He was aware of
3       my productivity, so for him to put that I
4       have one arrest shows his incompetence, you
5       know, his lack of inability to supervise
6       because if you're a supervisor or if you're
7       a good detective that you work in that
8       capacity before you're a supervisor.  He
9       knows that he has to utilize all his
10      resources and do a research before he draws
11      a conclusion so that he could be impartial
12      and have a positive and feared conclusion.
13      This evaluation was driven on emotions and
14      driven on hate, driven on retaliation,
15      driven on abuse of power and it's very
16      obvious.
17              Q.    I'm showing you Exhibit P which
18      I think appears to be and it's bate stamped
19      that was provided by your attorney.  It
20      appears to be a photocopy or images of your
21      memo book; is that right?
22                   (Handed)
23              A.    It appears that way.
24              Q.    Those are the memo book pages
25      where you noted Sergeant Wuttke's non
```

M. BOVELL                    200

contact with you regarding your evaluation?

A.    Some of which from what I
remember, one included here is also when I
-- when I showed up for work I was feeling
sick and Sergeant Wuttke was on the desk.  I
told him that I wasn't feeling well and he
told me that there was no RMP's.

Q.    RMP is?

A.    I'm sorry, a police vehicle
because where we do Con Ed details we have
to guide traffic and I told him I wasn't
feeling well and someone else could cover
the shift and he said no problem.  I also
consulted with Greg Addison.  Greg Addison
was upset but I told him I wasn't feeling
well and, you know, I went home.  The next
day I was advised I was taken off the Con Ed
list and bold letters was next to my name.

Q.    Why is Greg Addison who's I
think the former police PBA union president,
why was he upset?

A.    I don't know why.  He looked at
me and said "You got to play the game."  I
said, "I'm sick."  "Well, you got to play

M. BOVELL                    201

the game."  He was more upset because it's

going to draw an issue in the police

department.  I guess there's no RMP's

because -- we had a conversation that the

reason there's no RMP's is because the city

is not paying the bills and, you know,

officer safety is not priority.  A lot of

times we go out into the field and work and

the RMP's are broken half the time and not

functional, not functioning properly and the

city is not paying the mechanics to fix the

police vehicles so he was afraid that it

would draw attention to a bigger issue, but

I said I'm not feeling sick and my intention

was to put my best foot forward but knowing

that there were no police vehicles on this

detail it's just going to make a disaster

with my situation so it was, you know, as

again, my safety is priority, you know, than

anything else.

     Q.    That Con Ed incident is what

you reference here in your Complaint at

Paragraphs 105 through 110; is that correct?

     A.    That's right.

```
                              M. BOVELL                    202
1
2               Q.     That occurred on July or on or
3       about July 28th, 2014?
4               A.     July, I believe so;
5       approximately.
6               Q.     Were you offered a marked
7       police van to take out to the Con Ed detail?
8               A.     Not that I remember.
9               Q.     Is there anything that would
10      refresh your memory as to whether or not you
11      were offered a marked police van?
12              A.     Not that I remember.  I
13      remember being told that there were no
14      police vehicles and I made the decision to
15      go home because I wasn't feeling well.
16              Q.     But if there was a marked
17      police van that was available, you would
18      have used it?
19              A.     If there was a vehicle that was
20      available to me, yes, I would have utilized
21      it.
22              Q.     I'm going to show you what's
23      marked as Exhibit M which I think is images
24      of a text conversation between yourself and
25      another police officer.
```

M. BOVELL                         203

                (Handed)

        A.      This seems like a conversation

-- a copy of text messages between me --

messages between myself and Officer

Villaneuva, Jeremy Villanueva.

                THE WITNESS:  I don't even know

        how to spell it.

                MS. BELLANTONI:

        V-I-L-L-A-N-U-E-V-A.

                THE WITNESS:  Okay.

        Q.      Those text messages, does that

pertain to the Con Ed incident you just

described?

        A.      Yes, it looks that way.

        Q.      What is Officer Villanueva's

relationship to the Con Ed detail that we're

talking about?

        A.      He works in the admin office,

personnel office, so I guess one part of his

responsibility is to assign people to

overtime details, you know, if you submit

for time off he will submit that for you.

You send it back to him and he will submit

it to the supervisors and one of his role is

```
 1                        M. BOVELL                204
 2      if there's overtime he will call you to let
 3      you know and ask you if you're available to
 4      do the overtime.
 5            Q.    The Con Ed detail we're talking
 6      about is an overtime assignment?
 7            A.    Yes, it's an overtime.
 8            Q.    Are you paid by the city for
 9      that or by or through Con Ed for that?
10            A.    I don't know.  My checks come
11      from the City of Mount Vernon.  I don't know
12      what type of --
13            Q.    Reimbursement?
14            A.    Yeah, I don't know but all my
15      checks are from Mount Vernon, not through a
16      third-party vendor.
17            Q.    The remark where it says do not
18      hire for this Con Ed position, do you know
19      what put those --
20            A.    Okay, I don't know.
21      Subsequently it was done the day after --
22      about the day after -- about the day after.
23      I called out sick that day.  I don't know
24      who exactly did it but it was done.  I
25      expressed to my supervisor at the time that
```

```
1                          M. BOVELL                    205
2          I was genuinely sick.  There's no reason to
3          retaliate and take me off Con Ed because I
4          was sick unless someone spoke bad about me
5          and wanted their way and as a result, a
6          negative result which is what occurred or
7          someone felt that I was disingenuous and did
8          not believe what I was saying so he
9          retaliated and took me off the list, you
10         know, so I do not know.  Only I can assume
11         but my -- I was genuinely sick so I don't
12         see no reason why I would be taken off the
13         overtime list.
14              Q.    What were you sick with, what
15         was your ailment?
16              A.    I was -- I don't remember at
17         the time but I was sick.  I remember going
18         home and I also remember actually driving
19         past Sergeant Wuttke because he -- Sergeant
20         Wuttke apparently lives in my neighborhood
21         so I remember driving past Sergeant Wuttke
22         that day when I went back home.
23              Q.    Do you think Sergeant Wuttke is
24         the one that put the entry in the records?
25              A.    You know what, I can't tell --
```

```
                         M. BOVELL                    206
1

2        say.  It does point in that direction,

3        someone who perhaps did not feel I was

4        genuinely sick and reported and spoke

5        negatively about me and influenced that

6        decision to take me off the Con Ed list.

7        You know, people get sick.  If you're sick,

8        it doesn't mean that you should be taken off

9        the list.  Your health is priority.  If

10       you're sick, you shouldn't even come to work

11       because you risk infecting or giving someone

12       else your sickness and that's going to

13       affect the work force but sometimes you have

14       to show up to work and for them to see that

15       you're sick, you know, put your best foot

16       forward.  Unfortunately in the police

17       department you're guilty until proven

18       innocent, the Mount Vernon Police

19       Department.

20              Q.    I'm showing you Exhibit N which

21       I believe is bate stamped.  I could be

22       wrong.

23                     (Handed)

24              A.    Okay.

25              Q.    Do you recognize Exhibit N?
```

```
 1                          M. BOVELL                207

 2              A.    Yes, I believe so.

 3              Q.    What is Exhibit N?

 4              A.    It says "Charge Of

 5      Discrimination."  This form is effective --

 6      privacy act of 1974; EEOC Charge Number

 7      520201402659.  It has my name on it,

 8      Murashea Bovell.  It has my phone number, my

 9      place of residence, the Mount Vernon Police

10      Department address.  It indicates Murashea

11      Bovell shall not be employed by the Mount

12      Vernon Police Department and the date and

13      time and it goes on to indicate that on

14      March 29th, 2014 my supervisor gave me an

15      inferior write up which I reported to

16      management and Sergeant Wuttke then

17      evaluated me and issued an unfair evaluation

18      and it goes on to say --

19              Q.    So, that exhibit represents

20      your filing of the charge with the Equal

21      Employment Opportunity commissioner?

22              A.    Yes.

23              Q.    There came a time where you

24      supplemented your charge with a narrative?

25      I'm handing you Exhibit O which I believe is
```

```
 1                          M. BOVELL                  208

 2      bate stamped.

 3                      (Handed)

 4           A.    I submitted quite a few

 5      documents to EEOC in support of the

 6      circumstances.

 7           Q.    Exhibit O represents a

 8      narrative statement by you as to how you

 9      believe you were discriminated against?

10           A.    Yes, it does.  It does appear

11      to have my signature on Page 3, 3 of 3.

12           Q.    Does that document, Exhibit O,

13      represent your complaints against the Mount

14      Vernon Police Department of racial

15      discrimination as of that time?

16                 THE WITNESS:  Racial

17           discrimination?

18           Q.    I assume that was the basis for

19      your charge; right?

20           A.    Retaliation and discrimination,

21      yes, it looks like the complaints that I

22      submitted to the EEOC.

23           Q.    I'm going to hand you Exhibit S

24      which appears to be a photocopy of a screen

25      shot of a computer perhaps.
```

M. BOVELL                                209

2        (Handed)

3        Q.     Can you describe what Exhibit S

4    is?

5        A.     S is -- these are pictures off

6    the police department -- off my arrest

7    record, some of the arrests that I had --

8    arrested other suspects, that is.  It has my

9    officer ID 0364, it has the name of the

10   suspects I arrested, case number and the

11   year and date.

12       Q.     That documentation, Exhibit S,

13   goes along with your complaint regarding the

14   performance evaluation; is that fair to say?

15       A.     I believe so, yes, it looks

16   that way.

17       Q.     That's your back up

18   documentation saying your arrest records are

19   more accurately reflected as on those

20   computer screens?

21       A.     These are some of the

22   documents.

23       Q.     I'm going to show you what's

24   marked as Exhibit Y which appears to be a

25   one page handwritten list.

```
1                              M. BOVELL                    210
2                    (Handed)
3           A.      Okay.
4           Q.      What is the significance of
5      that?   First of all, do you recognize that?
6           A.      Yeah, it looks like something
7      that I submitted; some of the arrests made
8      by myself during field from January 15th,
9      2014 through March 8th, 2014.
10          Q.      What does that list represent
11     or what does it pertain to?
12          A.      This represents some of the
13     suspects that I arrested during my course
14     of, I believe, FDO training.
15          Q.      Does that have anything to do
16     with any part of your Complaint, meaning
17     does that --
18          A.      Well, it does.  It does
19     indicate the timeframe which is my
20     evaluation period.
21          Q.      So, that pertains to the
22     performance evaluation that you appealed
23     from?
24          A.      Yes, it has significance to my
25     performance evaluation.
```

```
                         M. BOVELL                    211
 1
 2              Q.    I'm going to show you, I
 3       believe, some news articles perhaps.   I
 4       think it's Defendant's Exhibit Z and
 5       Defendant's Exhibit AA which are bate
 6       stamped.
 7                    (Handed)
 8              A.    Okay.
 9              Q.    What is the significance of
10       those articles?
11              A.    These are some of the arrests
12       that I've made during my first time in the
13       narcotics unit, exhibits these arrests to
14       the quality of life in Mount Vernon as far
15       as stopping crime in the City of Mount
16       Vernon.
17              Q.    Does that pertain to any
18       particular charge or allegation in the
19       Complaint?
20              A.    Yeah, it signifies my
21       productivity during the course of my tenure
22       and my evaluation and also obtaining my gold
23       shield, that there was never a problem with
24       my productivity, why I should have obtained
25       my gold shield in that 18 month period of
```

1

2      time.

3              Q.      I'm going to hand you Exhibit W

4      which is a one-page document which I believe

5      is bate stamped.

6                      (Handed)

7              A.      Okay.

8              Q.      Do you recognize that exhibit?

9              A.      Yes, it looks like an email.

10             Q.      What is the significance of

11     that email?

12             A.      That also is the case that I

13     had during my time in narcotics that we

14     worked with the DEA task force to bring in

15     one of the PCP dealers in Mount Vernon that

16     I was very instrumental in and I worked with

17     some of the people, my co-workers in the

18     narcotics unit.

19             Q.      Is Detective Antonini one of

20     the people that is commended on that email?

21             A.      He was part of the unit at the

22     time.  I don't see him being commended.  I

23     see him being copied on that email.

24             Q.      Were you commended on the

25     email?

```
1                          M. BOVELL              213
2              A.    Yes, it says great job with
3         your work with MVP narcotics units
4         especially PO Bovell on this case.  Keep it
5         rocking guys.  I presented the case.  We
6         worked on it together and being that the DEA
7         had more authority, more pull, more
8         influence and they executed the case with my
9         help.
10             Q.    I'm going to hand you Exhibit X
11        which I think is a three-page document which
12        appears to be bate stamped, as well.
13                   (Handed)
14             A.    Okay.
15             Q.    What is the significance of
16        that document?
17             A.    This shows pertaining to the
18        document you just showed me with the arrest
19        of PCP, one of the biggest drug dealers in
20        the city.  We worked with the DEA task
21        force.  It basically indicates the arrestee,
22        what was the drugs that was recovered and
23        the participants and so forth.
24             Q.    Exhibit X is related to Exhibit
25        W which is the email?
```

```
 1                          M. BOVELL                214

 2              A.    Yes, it appears that way.

 3              Q.    Did you incur any adverse job

 4        actions or adverse employment opportunities

 5        because of the performance evaluation or the

 6        amended performance evaluation?

 7                    THE WITNESS:  I don't

 8              understand.

 9              Q.    Did you lose out on any

10        opportunities, a promotion, a reassignment,

11        were you disciplined or otherwise treated

12        adversely?

13                    THE WITNESS:  As a result of?

14                    MR. SWEENEY:  The performance

15              evaluation.

16                    THE WITNESS:  As a result of

17              Sergeant Wuttke -- what does that

18              mean?

19                    MR. SWEENEY:  Well, Sergeant

20              Wuttke is the one that generated the

21              performance evaluation and the

22              amended performance evaluation.

23                    THE WITNESS:  Okay.

24              Q.    My question to you is:  Did you

25        sustain any adverse job action, a loss of an
```

M. BOVELL                    215

1

2      opportunity?

3            A.    Oh, yes, definitely yes.  As a

4      result of his actions, there's more

5      continuous abuse against me, retaliation by

6      the administration.  As Lieutenant Gallagher

7      said to me, he pulled me in his office and

8      subsequent to the meeting me appealing the

9      evaluation that -- and sending that email,

10     he said when I do things like this I become

11     a target, so I became a target for the

12     administration.  I was no longer with the

13     blue wall.  I was going against the grain.

14     So, with that, any opportunity given they're

15     going to retaliate against me.  So, yes, as

16     a result of Sergeant Wuttke's actions, I did

17     receive an adverse action as a result which

18     is one of which is to be taken off the Con

19     Ed list, you know, I was taken off the Con

20     Ed list for no apparent reason, you know, as

21     a black officer -- other black officers from

22     what I reported are taken off the Con Ed

23     list, you know, because administration or

24     service supervisor just don't like them.

25     So, yes, I definitely received adverse

1

2     action and as a result I'm in the

3     predicament that I'm in.

4          Q.    Do you know if any white

5     officers got taken off the Con Ed list?

6          A.    I have no knowledge of that,

7     no, but I know that black officers were.

8          Q.    But you don't know of any white

9     officers that were?

10         A.    No, not at that time.

11         Q.    Your complaint at Paragraph 104

12    says in May of 2014 Lieutenant Gallagher had

13    this conversation with you about you

14    becoming a target?

15         A.    Around that time we had a

16    meeting, you know, I was in the office and

17    he called me in.

18         Q.    Was Lieutenant Gallagher your

19    superior at that time?

20         A.    He's a lieutenant at the desk

21    so he's superior in patrol, he's superior

22    officer at that time.

23         Q.    So, he was in the chain of

24    command at the time?

25         A.    Yes, at that time, on that

```
                              M. BOVELL                  217
 1

 2    particular day.

 3              Q.    And that conversation happened

 4    in his office?

 5              A.    Well, in the patrol -- not the

 6    patrol office, at the desk, I guess his

 7    office, of course, at the time right -- it's

 8    right next to the dispatch office.

 9              Q.    I'm going to show you Exhibits

10    D and E which relate back to your time in

11    the detective bureau under Sergeant Fegan.

12                    (Handed)

13              A.    Okay.

14              Q.    Do you recognize Exhibits D and

15    E?

16              A.    Exhibit D looks like you're

17    directed to submit MV-5 addressing the

18    following issues; Exhibit E is MV-5

19    responding to his request.

20              Q.    What were the circumstances

21    surrounding the order to produce an MV-5 and

22    your MV-5 --

23              A.    Exhibit D, that was a request

24    -- the dates are wrong, first of all.  This

25    should be 2014, so he had the date incorrect
```

```
1                        M. BOVELL          218
2       and I subsequently followed and had my date
3       incorrect.
4              Q.    So, those two documents are
5       generated in 2014?
6              A.    In 2013 I was still in
7       narcotics.  This was when I asked out of
8       narcotics the last time under Sergeant
9       Fegan.  So, the reason for this was during
10      that time later that year when I asked
11      prior, a little before I asked the narcotics
12      unit supervisor, Sergeant Fegan, I had a
13      case involving this suspect, ███  █████, I
14      believe.  Sergeant Fegan, now that he has
15      established that my position with his
16      student, Antonini, he did not find me
17      favorable at all.  In other words, he did
18      not trust me.  So, it's safe to assume when
19      you do bad things you expect bad things from
20      others.  He felt that I was somehow -- this
21      only states that he felt that I was somehow
22      hindering the investigation which was my
23      investigation and I did everything possible
24      and he felt that I was hindering the
25      investigation and was upset about me leaving
```

```
1                          M. BOVELL                219
2         the unit.  So, I did everything properly.  I
3         cleared out my desk, I returned the
4         department phone and he, you know, he wanted
5         information about the CI's.  I told him, you
6         know, the information's in the folder.  All
7         the information is there.  He was upset that
8         I left the unit and I was an asset to the
9         unit based on my resources and my ability so
10        this was his way of retaliating and using
11        his power, exercising his power demeaning of
12        me.
13              Q.    How did he retaliate against
14        you?
15              A.    Well, first I was called into
16        the office with Lieutenant Olifiers who's
17        sitting in front of us right now, Lieutenant
18        Olifiers is present and he gave this
19        document to the patrol unit supervisor at
20        the time and Sergeant Fegan is in narcotics.
21        He gave him the document and while Sergeant
22        Fegan was present he said I should answer
23        this.  It was given to me just like this
24        without an envelope and he said I should
25        respond to it.  I asked, "What is this?  I
```

M. BOVELL                    220

told you everything.  I didn't do anything.

During my time there I did everything

correct."  Even the times when Sergeant

Fegan, at times we will be working cases and

being productive and we were taken off cases

by Lieutenant Fisher because, you know, for

whatever reason.  Even then I was still --

knowing I was leaving the unit, I was still

productive and I was giving less to my

fellow officers so I didn't understand this.

It seems as if I was disingenuous and I was

hindering the progress or my ability so I

asked him why, what is this and we had a

discussion about this.  I told him the

information is in the CI folders so he felt

that I was doing dirt as he's doing dirt and

Antonini is doing dirt and when you do dirt

you expect dirt.  You don't think that

people are like you, so this is what this

is.  I submitted -- I completed the MV-5 in

a timely manner.  It's dated wrong because

as you can see just like the vehicles in the

Mount Vernon Police Department the time

machine doesn't work, you know, a lot of

```
1                           M. BOVELL              221
2        things are not accurate.  So, I use time
3        machine which says November 30th, you know,
4        it isn't inaccurate and I -- Lieutenant
5        Olifiers directed me to put it in a nice
6        envelope for Sergeant Fegan which I did and
7        respectively submitted my response which is
8        evidence C.
9             Q.    As I understand from reading
10       your MV-5 it appears that the CI information
11       had been deleted by you the first time you
12       thought about leaving the detective bureau?
13                      THE WITNESS:  The first time?
14                      MR. SWEENEY:  Yes.
15             A.    No, that's not the first, this
16       is the last time and the CI information was
17       not deleted by me.  This is indicating that
18       I have a work phone.  What was happening is
19       that based on experience we were using a
20       personal phone to contact CI's which was not
21       favorable and unfortunately at the time,
22       early in the time in the narcotics unit we
23       weren't given departmental phones
24       unfortunately so we're supposed to interact
25       with CI's.  We were supposed to use personal
```

```
 1                      M. BOVELL                    222
 2        phone so that became an issue.  Over some
 3        time I guess we were able to pull some
 4        resources and we were given departmental
 5        phones so we can separate or personal life
 6        with our professional life and not have it,
 7        you know, intertwined in the event that a
 8        warrant for your phone record is requested.
 9        So, when I received first the department
10        phone as again it wasn't assigned to me at
11        the time, it was someone else and it was
12        empty.  I noted every information, all the
13        phone numbers in my phone in the CI folder
14        so I returned the phone the same day I was
15        given the phone.  I was not given a phone
16        with other people's CI information so I
17        returned the phone and I told Sergeant Fegan
18        that the information is in the CI folder.
19        If the CI wants to work with you you're
20        going to control it, than fine, you know, so
21        during this time, this is when Antonini was
22        -- and before Antonini was taking CI's from
23        other officers and coercing them and telling
24        them, you know, basically lying to them,
25        persuading them to work with him.  So,
```

M. BOVELL                223

Antonini was telling my CI's not to mess

with Bovell because Bovell is a bad cop, you

should work with me.  He would intimidate

these CI's to work with him because Antonini

wanted to vent and Sergeant Fegan wanted all

the rest in the world.  They didn't care how

they got it.  They wanted to arrest

everybody.

Q.    Following your injury, your

line of duty injury which was July in 2014;

is that right, the date?

A.    September of 2014, about

September of 2014.

Q.    You were approved for General

Municipal Law 207c benefits or do you know

if you were approved for 207 benefits?

THE WITNESS:  207c, that's the

benefits you get as a police officer

when you're injured on the job?

MR. SWEENEY:  Yes.

THE WITNESS:  Which include

compensation of salary and also

medical benefits?

MR. SWEENEY:  Yes.

```
 1                          M. BOVELL            224
 2               A.    Yes, I received a letter at
 3          some point in time from Goldman, from -- I
 4          don't know if he was Captain Goldman or
 5          Chief Goldman at the time because I know he
 6          was ████████ ████████ but I received a
 7          letter indicating that I was approved for
 8          the on duty benefits as a police officer
 9          under Civil Service law.
10               Q.    And you received your full pay
11          without taxes since September of 2014?
12               A.    Since September 2014, yes.
13               Q.    Is there any points where you
14          did not receive your full pay without taxes
15          after September of 2014?
16               A.    Yes.
17               Q.    When was that?
18               A.    There's a point where -- there
19          was a point where in 2014 -- no, wait -- oh,
20          yeah, in 2015 I took vacation.  I took some
21          vacation time to get out of the house and
22          that was deducted from my pay right after I
23          filed a lawsuit, yes.
24               Q.    You took vacation and your
25          vacation days were deducted from your 207
```

M. BOVELL                    225

1

2      payment?

3              A.      It was taxed, that's correct.

4              Q.      Is there any claim that that

5      was unlawful that you got charged vacation

6      that you took?

7              A.      Well, I was told that it

8      shouldn't have but other than that, you

9      know, other than that, I don't know.

10             Q.      Have you grieved that vacation

11     being charged?

12             A.      I've been grieving a lot of

13     things.  I've been under a lot of pressure

14     and a lot of stress.  Again, I'm still out

15     injured so I'm not there to communicate and

16     to go through the grievance process.  I'm

17     dealing with my injury, I'm dealing with

18     recovery, I'm dealing with keeping my

19     benefits.  I've been busy with my attorney

20     so I've been busy with those things, you

21     know, I've been very busy trying to deal

22     with healing from my injury.

23             Q.      What is your current status

24     with respect to your knee injury?  You had

25     one knee surgery and your doctor recommended

```
1                          M. BOVELL                    226
2          a possible second surgery?
3                  A.      I had one knee surgery in 2014
4          subsequent to the incident where I had
5          slipped when I arrested a suspect and the
6          doctors went in and they realized that there
7          are other things happening in my knee.
8          Because it's Workers' Comp and everything is
9          procedure, they have to get approval and
10         have the equipment ready.  After that
11         initial surgery in 2014 a request was made
12         for the second surgery.  During that time
13         the request was made and submitted during
14         the time of my Complaint for the EEOC.
15         Things were delayed, the department delayed
16         in approving.  Eventually it was approved
17         but I had to go through a series of
18         harassment from the job in order to gain
19         that approval and this third-party company
20         called Disability Management, so I got that
21         approval eventually after receiving that
22         abuse and harassment and then I did the
23         surgery, you know.  The day after I did the
24         surgery I got more harassment, you know, I
25         just couldn't recover.  I couldn't even --
```

```
 1                        M. BOVELL                227
 2      my plan was to do the sergeant test.  I
 3      couldn't even focus but I came in to do the
 4      sergeant test and I did my best effort on
 5      medication even though I got a failing grade
 6      at 60% but my plan was to do well but I
 7      couldn't study.  I stayed focused.  I just
 8      did the surgery, a surgery that could have
 9      been done earlier and I couldn't prepare
10      myself because of the stress that I was
11      going through.  So, I did the surgery and I
12      had a few weeks of therapy and subsequently
13      therapy was stopped.  So, for the surgery I
14      did, I did not have access to the therapy
15      needed to recover in a timely manner because
16      it was terminated by Mount Vernon Police
17      Department under Sergeant Goodman.  I don't
18      know if he was Deputy Chief Goldman at that
19      time and Commissioner Burke and Commissioner
20      Raynor.
21                 MS. BELLANTONI:  Are you done
22            with your answer?
23                 THE WITNESS:  I am.
24                 MS. BELLANTONI:  I want to ask
25            you a question.
```

M. BOVELL                    228

Can we just take a brief two

minute break?

MR. SWEENEY:  Sure.

(Whereupon Ms. Bellantoni and

the witness exited the room.)

Q.    Officer Bovell, as I understand

it, you were provided a notice that your

207c benefits would be terminated based on

your alleged non-cooperation with the city;

is that fair to say?

THE WITNESS:  I don't

understand.  Could you clarify?

MS. BELLANTONI:  I'm sorry, the

city or Disability Management?

MR. SWEENEY:  Disability

Management which is an agent of the

city.

THE WITNESS:  Repeat that

again.

Q.    Is it fair to say that you

received notice from the city that your 207c

benefits were going to be terminated based

on your alleged non-cooperation with

Disability Management Association?

```
 1                      M. BOVELL              229
 2            A.    My 207c partially was
 3      terminated, yes.  It was terminated.
 4                 THE WITNESS:  At what point in
 5                 time are you referring to?
 6                 MR. SWEENEY:  This would have
 7                 been in 2000 -- per your Complaint, I
 8                 think you alleged it was in June or
 9                 so of 2015.
10            A.    In June I received numerous
11      amount of communication threatening that my
12      -- from Deputy Chief Goldman at the time and
13      Lieutenant Nawrocki threatening that my 207c
14      benefits were going to end.  There were a
15      tremendous amounts of communication which
16      were actually sent to my home by Detective
17      Francis and Lieutenant Olifiers so I don't
18      know which one you're referring to.
19            Q.    We have a lot of documents and
20      a little bit of time so I can mark some
21      documents to help expedite this.
22            A.    Including phone calls, anything
23      I got from Lieutenant Nawrocki that my
24      benefits are going to be terminated.
25                 MR. SWEENEY:  Off the record,
```

```
1                          M. BOVELL                    230

2              please.

3                        (Whereupon, a discussion was

4              held off the record.)

5                   MR. SWEENEY:  After

6              consultation with your counsel,

7              Officer Bovell, I think the parties

8              agree to suspend your deposition for

9              today and we'll resume it on a

10             different date for the balance of the

11             questions which should not exceed two

12             hours.

13                   THE WITNESS:  Okay.

14                   MS. BELLANTONI:  Is that all

15             right?

16                   THE WITNESS:  Yes, that's

17             perfectly fine.

18                        (Whereupon this examination

19             concluded at 3:26 p.m.)

20

21

22                        _____
                          MURASHEA BOVELL

23        Subscribed and sworn to
          before me this_____day
24        of_____, 2016.

25        _____
               Notary Public
```

231

C E R T I F I C A T E

STATE OF NEW YORK        )
                         )ss.:
COUNTY OF WESTCHESTER)


        I, LISA DOBBO, a Shorthand
Reporter and Notary Public within and for
the State of New York, do hereby certify:


        That MURASHEA BOVELL, the
witness whose deposition is hereinbefore set
forth, was duly sworn by me, and that such
deposition is a true record of the testimony
given by the witness.


        I further certify that I am not
related to any of the parties to this action
by blood or marriage, and that I am in no
way interested in the outcome of this
matter.


        IN WITNESS WHEREOF, I have
hereunto set my hand this 25th day of
October, 2016.



        _____
              LISA DOBBO
         SHORTHAND REPORTER

232

EXHIBIT PAGE

| Defendant's Exhibits | Description | Page Number |
|---|---|---|
| A | Code of Conduct | 04 |
| B | MV-5 Officers Report | 04 |
| C | MV-5 Officers Report | 04 |
| D | Letter dated 1-9-13 | 04 |
| E | MV-5 Officers Report | 04 |
| F | Email dated 3-31-14 | 04 |
| G | MV-5 Officers Report | 05 |
| H | Harassment Complaint 5-6-14 | 05 |
| I | Confidential Harassment Complaint Form | 05 |
| J | Personnel Performance Evaluation | 05 |
| K | Harassment Complaint 5-6-14 | 05 |
| L | MV-5 Officers Report | 05 |
| M | Text | 05 |
| N | Charge of Discrimination | 06 |
| O | Discrimination Complaint | 06 |
| P | Handwritten Note | 06 |
| Q | Letter dated 8-12-15 | |

(Continued on next page)

233

| | | |
|---|---|---|
| R | Walmart Receipt | 06 |
| S | Computer Screen Shot | 06 |
| T | Photocopy of Photograph | 06 |
| U | Summons and Complaint | 98 |
| V | MV-5 Officers Report | 98 |
| W | Email dated 2-12-13 | 153 |
| X | Significant Enforcement Activity Report | 153 |
| Y | Handwritten List | 153 |
| Z | News Article | 153 |
| AA | News Article | 153 |
| BB | Log Details | 153 |
| CC | Personal Performance Evaluation | 190 |

234

ERRATA SHEET
         The following corrections, additions
or deletions were noted on the transcript of
the testimony which I gave in the
above-captioned matter held on 10/21/16:


Page_____Line_____SHOULD READ:_____

REASON FOR CHANGE:_____

Page_____Line_____SHOULD READ:_____

REASON FOR CHANGE:_____

Page_____Line_____SHOULD READ:_____

REASON FOR CHANGE:_____

Page_____Line_____SHOULD READ:_____

REASON FOR CHANGE:_____

Page_____Line_____SHOULD READ:_____

REASON FOR CHANGE:_____

Page_____Line_____SHOULD READ:_____

REASON FOR CHANGE:_____

Page_____Line_____SHOULD READ:_____

REASON FOR CHANGE:_____


                         _____
                         MURASHEA BOVELL
Subscribed and sworn to
before me this_____day
of_____, 2016.


_____
    Notary Public

**$**

$100 - 74:24; 75:9; 92:12; 93:4, 12, 18; 84:2; 100:6; 101:21; 110:25
$50,000 - 131:17; 132:2

'

'11 - 26:15
'14 - 27:6
'79 - 10:20

**0**

0364 - 209:9
04 - 232:6
05 - 232:12-15, 17
06 - 232:20-22; 233:3

**1**

1 - 4:3
1-15-15 - 6:4
1-9-13 - 4:19; 232:9
10/21/16 - 234:4
1000 - 1:24
104 - 216:11
105 - 201:24
10550 - 1:17; 4:5; 7:4
10583 - 2:8
10606 - 1:24
10:00 - 1:18
11 - 36:18; 135:18
110 - 201:24
11:42 - 98:7
11:57 - 98:8
12 - 36:17; 135:20
13904 - 2:13
153 - 233:8
15th - 210:8
16 - 148:18
17th - 10:19
18 - 134:23; 137:12; 142:16; 144:5, 22; 145:8; 152:17; 211:25
190 - 233:14
1974 - 207:6
1993 - 82:6
1997 - 18:20, 24
1:06 - 152:24
1:40 - 152:25
1st - 143:14; 184:23; 185:2

**2**

2 - 1:16; 2:7; 7:3
2-12-13 - 153:5; 233:8
2000 - 25:12; 26:5, 14; 163:4; 229:7
2007 - 19:6, 8; 23:3, 10; 24:23; 25:3; 47:12; 156:10, 13; 163:22
2009 - 25:8; 58:9; 59:16; 62:5; 163:3
2010 - 24:23; 25:5, 8, 13, 16-17, 24; 29:9, 13, 16; 30:22; 39:6; 50:14
2010-2011 - 31:16; 32:3, 19; 33:19
2011 - 18:4; 25:21; 26:4, 6, 8, 10, 16-17; 27:4, 21-22; 29:16; 30:22; 39:3, 14; 41:10; 47:2; 48:18; 50:14; 51:17; 52:10; 54:17; 71:10
2012 - 18:4

2013 - 27:6, 23; 28:5, 9; 71:6, 14, 21, 24; 77:22; 80:21; 84:4, 10, 12; 85:24; 86:5; 97:10, 17; 109:14; 110:7, 20; 113:19; 120:23; 124:10; 128:6; 143:9, 12; 165:15, 20; 184:23; 185:2; 218:6
2014 - 14:13, 24; 15:12, 16, 23; 17:23; 18:5; 28:10, 14, 17, 22; 107:12; 143:6, 8, 14; 157:24; 158:4; 165:15; 170:2; 172:12; 177:14, 16; 184:24; 185:3; 190:3-5; 202:3; 207:14; 210:9; 216:12; 217:25; 218:5; 223:11, 13-14; 224:11, 15, 19; 226:3, 11
2015 - 17:20, 24; 224:20; 229:9
2016 - 1:17; 230:24; 231:17; 234:23
207 - 17:22; 223:17; 224:25
207-c - 28:20, 24; 29:6
207c - 223:16, 18; 228:9, 22; 229:2, 13
21 - 1:17
21st - 39:3, 13; 41:10
24 - 27:13; 135:15
25th - 231:17
28th - 202:3
29 - 82:5
29th - 120:23; 157:24; 172:12; 207:14

**3**

3 - 208:11
3-31-14 - 4:25; 232:11
30 - 135:15
30th - 18:20, 24; 221:3
31st - 184:23; 185:3
32 - 67:12; 115:10
33 - 72:5
34 - 72:24; 74:7; 75:15; 99:5; 112:25
35 - 90:12, 23; 91:2, 21; 99:5, 12, 25; 100:3, 16
36 - 67:12; 74:14; 75:15, 19
37 - 75:13; 99:19; 111:2
38 - 75:13
39 - 75:13; 99:20; 111:2
3:26 - 230:19

**4**

40 - 102:9; 104:17
400 - 2:7
42 - 113:10
43 - 116:20
45 - 113:10
46 - 84:3; 97:9
48 - 95:3

**5**

5-6-14 - 5:7, 16; 232:13, 17
50 - 1:24
52 - 122:5
520201402659 - 207:7
53 - 123:25; 124:9
58 - 123:25
59 - 124:2

**6**

6 - 99:4; 110:23
60 - 96:7, 10; 124:23; 128:5
60% - 227:6
62 - 130:24

63 - 134:21
682-1888 - 1:25

**7**

7 - 102:10; 113:11
72 - 134:21
73 - 138:16
75 - 148:7
76 - 148:9; 149:13
77 - 148:7, 9, 21; 149:13
78 - 150:20
79 - 158:24; 167:11
7:15-CV-08594-CS - 1:7

**8**

8-12-15 - 6:10; 232:23
83 - 157:17, 24
87 - 177:21
8th - 210:9

**9**

914 - 1:25
96 - 177:21
98 - 233:6
99 - 2:12

**A**

A-V-I-O-N - 169:16
a.m. - 1:18; 98:7
AA - 153:18; 211:5; 233:12
abilities - 142:22
ability - 10:9; 45:6, 12; 135:5; 219:9; 220:13
able - 66:10; 130:5; 222:3
aboard - 55:25; 56:3; 57:4-7, 17
above-captioned - 234:4
abrasive - 69:15
absent - 158:4
abuse - 45:9; 85:16; 100:13; 108:8; 127:11; 139:5; 199:15; 215:5; 226:22
abusive - 64:25; 117:3
academy - 23:2, 9, 24; 24:2
accepted - 25:14, 18-19; 27:9, 21; 50:5; 55:12; 61:15
access - 227:14
accident - 148:9, 17; 149:18; 159:4; 164:18; 165:7, 16, 20
accidents - 137:20; 164:23
according - 90:4; 97:11; 169:7
accounts - 19:14
accrued - 144:9, 22; 148:19
accumulative - 198:2
accurate - 100:2; 179:17; 221:2
accurately - 209:19
accused - 64:20
achieve - 129:16
achieved - 124:24
act - 101:13; 115:18; 207:6
action - 126:25; 148:23; 165:13; 198:10; 214:25; 215:17; 216:2; 231:13
Action - 1:6
actions - 87:24; 108:5; 127:2; 198:6; 214:4; 215:4, 16
active - 35:15; 178:6, 22; 179:15, 19; 185:6; 198:25
activity - 130:21; 233:9
Activity - 153:8
acts - 101:14; 115:24

addicts - 44:21
Addison - 151:7, 15; 152:20; 200:15, 20
additions - 234:2
Address - 2:7, 12
address - 4:3; 7:2; 10:22; 108:21; 152:6, 21; 197:4; 207:10
addressed - 60:5; 196:16, 20
addressing - 217:17
admin - 203:19
administer - 3:12; 179:9
administered - 179:2
administration - 132:22; 149:19; 181:8; 182:13; 215:6, 12, 23
administrative - 12:17
admission - 132:11
Adonaro - 31:18; 49:16, 20; 53:20, 22; 63:2; 87:16; 88:11; 114:15; 117:21; 119:10; 121:23; 123:3, 18, 21, 23; 133:18
advanced - 21:22
advantage - 59:5; 137:9
adverse - 214:3, 25; 215:17, 25
adversely - 214:12
Advil - 10:11
advised - 95:4; 159:11; 167:10; 169:10; 172:22; 183:7; 200:18
advising - 157:16
Affairs - 110:13; 181:14, 17; 182:10; 188:13, 23
affect - 206:13
affiliation - 145:24
affiliations - 139:13; 145:10
afraid - 44:24; 78:13, 15, 17-18; 89:20; 146:18; 196:25; 201:13
African - 30:4, 10; 33:10; 35:4; 51:3; 52:7; 54:12, 17; 55:22; 56:8, 21; 58:6, 18, 20; 59:20; 65:21; 73:8; 133:21; 134:4; 146:6, 9; 150:15; 155:19
african - 51:4
African-American - 30:4, 10; 33:10; 35:4; 51:3; 52:7; 54:12; 55:22; 56:8, 21; 58:6, 18, 20; 59:20; 73:8; 133:21; 134:4; 146:6, 9; 150:15; 155:19
african-American - 51:4
African-Americans - 54:7, 17; 65:21
afterwards - 61:16
age - 11:22
agent - 228:17
ages - 11:20
aggression - 102:16
aggressive - 103:9, 12, 17; 105:16; 114:6, 19; 119:20; 168:10
ago - 14:11; 106:22; 107:3
agree - 94:20; 99:6; 180:3; 192:11; 230:8
AGREED - 3:7, 18
agreeing - 101:15
ailment - 205:15
ain't - 67:19
airbag - 165:25
alcohol - 122:22; 123:12
alcoholism - 122:8, 14
Alec - 2:18
alike - 67:8
allegation - 99:7, 13; 104:16; 111:15; 122:5; 139:18; 148:21; 164:16; 211:18
allegations - 67:13; 75:13; 124:17; 130:5; 134:22; 148:6;

177:21
allege - 90:13; 124:2; 177:21
alleged - 101:7; 148:12; 228:10, 24; 229:8
allegedly - 64:20; 155:14; 165:8
allowed - 124:4, 18
allowing - 125:10
allows - 125:20
ally - 102:25
alone - 87:11
ambiguous - 9:3, 6
ambition - 129:13
amended - 181:21; 183:17; 184:7; 189:17, 20; 190:3, 6-7; 191:3, 5; 192:13; 193:7; 214:6, 22
American - 30:4, 10; 33:10; 35:4; 51:3; 52:7; 54:12; 55:22; 56:8, 21; 58:6, 18, 20; 59:20; 73:8; 133:21; 134:4; 146:6, 9; 150:15; 155:19
Americans - 54:7, 17; 65:21
amount - 229:11
amounts - 229:15
AMY - 2:8
AND - 1:9-13; 3:6, 17
ANS - 21:22
answer - 7:16, 21; 8:14, 22; 29:2; 81:22; 105:12; 128:24; 147:22; 193:6; 219:22; 227:22
answered - 9:18; 195:17
Antonini - 25:12; 34:7; 58:24; 57:4; 59:22; 60:2; 62:4, 9; 63:17, 23; 64:4, 17; 65:16, 18-19, 24; 66:2, 9, 13, 21-22, 24; 67:14, 16; 68:6, 8; 70:2, 19; 72:8; 73:3, 7, 11; 74:15; 75:10, 16, 20; 76:17, 22; 78:2; 85:23; 86:9, 14, 24; 87:22; 88:21; 89:6, 16; 90:15, 18; 91:4, 8, 22, 24; 92:12, 14, 18; 93:11, 18; 94:13, 15-16; 95:17; 99:7, 14; 100:5, 8, 11, 19, 22; 101:7, 21, 24; 102:3, 12, 20; 103:4, 8; 104:6; 106:25; 108:2, 7, 18; 109:4; 112:11, 16; 113:20; 114:4, 6, 19; 115:7, 20; 118:25; 119:23; 122:20; 124:3; 125:8, 14, 23; 126:4, 20; 131:2, 25; 156:23; 162:21; 188:25; 212:19; 218:16; 220:18; 222:21; 223:2, 5
Antonini's - 83:10; 101:11; 108:5, 21; 110:19; 112:24; 113:12; 132:11
anyplace - 19:7
anytime - 10:6
apartment - 66:11, 17
apologetic - 70:22
apologize - 184:10; 193:11
apologized - 196:4
apologizing - 199:9
apparent - 215:20
appeal - 149:23; 180:13, 16; 182:25; 185:13; 189:11; 192:13; 193:6
appealed - 148:22; 150:2; 180:12; 189:17; 196:15; 210:22
appealing - 215:8
appear - 208:10
appearance - 185:11
apples - 102:6
application - 192:20
applied - 155:17
apply - 151:20
appointment - 182:9, 14
appreciate - 82:11
apprehend - 45:7; 125:16;

162:3, 13
apprehended - 45:9; 105:15; 125:6
apprehending - 45:2; 55:17; 103:9
approached - 59:23
approaching - 104:8
approval - 226:9, 19, 21
approve - 76:24; 77:25; 173:18
approved - 223:15, 17; 224:7; 226:16
approving - 226:16
April - 184:23; 185:2
area - 46:16; 48:13
areas - 24:19
arguing - 156:10
arised - 26:24
arrest - 28:13; 37:8; 39:23; 100:13; 118:8; 124:5, 19, 21; 125:4, 18; 162:18; 163:21; 164:8; 178:10; 185:5; 199:4; 209:6, 18; 213:18; 223:8
arrested - 66:18; 126:11; 130:9; 164:2; 165:8; 209:8, 10; 210:13; 226:5
arrestee - 213:21
arresting - 161:25
arrests - 37:9, 11; 96:4, 8, 10, 24; 118:7; 124:23, 25; 126:22; 209:7; 210:7; 211:11, 13
arrogance - 168:14
arrogant - 159:13, 18
arrow - 80:3
arson - 113:18
Article - 150:20; 153:15, 18; 233:11
articles - 211:3, 10
asleep - 69:8
asset - 219:8
assign - 203:21
assigned - 24:4; 26:22; 32:11, 23; 48:11, 21; 66:3; 88:9; 140:4; 160:20; 177:19; 178:13; 222:10
assignment - 27:19; 46:14; 65:17; 67:2; 140:3, 8; 141:16; 142:3, 5; 152:18; 204:6
assignments - 23:14, 19; 26:7; 88:22; 153:25; 154:12
assist - 120:4
associate - 21:22
associates - 17:7, 11
association - 141:3
Association - 228:25
assume - 7:17, 22; 13:4; 24:23; 114:11; 135:11; 136:18; 156:20; 161:14; 187:13; 194:17; 195:23; 200:10; 208:18; 218:18
assumption - 7:18; 8:15
AT - 1:16
AT&T - 19:12; 21:19; 22:8
attached - 186:10, 16; 187:10, 13, 17
attachment - 172:5, 7, 9
attachments - 186:8; 187:18, 22
attack - 198:12
attacked - 181:6
attained - 160:23
attempt - 191:21
attempted - 104:14; 190:11
attempting - 85:23
attend - 16:15, 24; 18:9; 22:25; 23:8
attendance - 158:2
attending - 17:25; 129:20
attention - 98:23; 99:4; 201:14
attitude - 185:7

attorney - 8:19, 25; 9:4, 6, 13, 18; 38:17; 81:4, 24; 107:6, 22-23; 113:7; 117:23; 151:7, 10, 16; 184:18; 199:19; 225:19
Attorneys - 2:6, 11
attorneys - 3:7
August - 124:10
authority - 80:9; 107:15; 178:25; 198:17; 213:7
authorized - 31:1
automotive - 20:13
available - 202:17, 20; 204:3
Avion - 169:14
avion - 169:15
avoided - 196:20
awarding - 136:20
aware - 16:5; 88:18; 90:14; 91:3, 22; 93:10; 99:13; 100:18, 21, 24; 101:10; 113:12; 159:8; 188:11, 22; 189:24; 190:2; 199:2

B

B-R-I-L-E-Y - 144:5
bachelors - 17:8
background - 16:8
backlash - 145:22; 146:23
bad - 60:19; 78:16; 85:7; 102:6-8; 112:4; 126:23; 205:4; 218:19; 223:3
bag - 70:8, 13; 78:20; 79:10; 84:6, 15; 89:19; 94:11; 97:11; 106:6; 107:16; 109:13; 119:23; 120:2, 5, 8, 11-12; 121:5; 162:6, 12; 164:7
balance - 230:10
Barbara - 59:18
barking - 90:2, 8
baseball - 65:25; 66:2
based - 36:25; 42:18; 57:12; 67:8; 71:23; 73:21; 77:2; 78:13, 24; 79:25; 89:15; 101:9, 12-13; 102:5; 119:17; 128:8; 129:11, 14; 132:17; 135:8, 11; 136:25; 138:5; 139:13; 140:19; 142:17; 143:18; 149:22; 186:17; 195:7; 198:11; 219:9; 221:19; 228:9, 23
basis - 59:8; 100:23; 164:19; 177:25; 187:4; 197:15; 208:18
bat - 90:9
bate - 81:9, 16; 82:18, 21; 120:18; 171:18; 184:18; 185:25; 190:24; 199:18; 206:21; 208:2; 211:5; 212:5; 213:12
baton - 49:9
BB - 153:21; 233:13
beat - 64:17; 86:7, 15, 17; 156:25; 162:12; 164:5
beating - 64:21; 86:9
beautiful - 11:21
become - 22:24; 215:10
becoming - 216:14
began - 66:15; 104:3; 114:9; 145:9; 188:24
begin - 189:6
beginning - 23:15
behalf - 152:3
behaving - 168:16
behavior - 78:15; 83:10; 86:2, 4; 94:18; 101:16; 102:24; 108:21; 125:21; 129:17
belief - 59:9; 71:22; 107:14; 141:2; 197:16

Bell - 50:24; 51:2, 21; 54:10
BELLANTONI - 2:6, 8; 28:25; 57:21; 76:19; 81:7, 25; 82:13, 20, 25; 83:6; 98:3; 128:19; 139:21; 151:8, 19; 203:9; 227:21, 24; 228:14; 230:14
Bellantoni - 81:17; 228:5
belong - 138:5; 145:25; 156:22
belonged - 154:4
below - 192:9
benefited - 146:11, 13
benefits - 223:16, 19, 24; 224:8; 225:19; 228:9, 23; 229:14, 24
benefitted - 154:6
best - 8:10; 10:4; 63:5; 195:14; 201:16; 206:15; 227:4
better - 58:23; 96:2, 25; 118:10; 119:12; 179:25; 184:13
between - 3:7; 15:23; 17:23; 28:23; 29:5; 38:8; 40:21; 42:3; 52:3; 66:16; 70:5; 131:10; 197:7; 202:24; 203:4
beyond - 191:25
big - 103:13
bigger - 201:14
biggest - 213:19
Bill - 163:22
bills - 201:7
Binghamton - 2:13
biracial - 34:22, 25
birth - 10:17, 19
bit - 23:13; 40:4; 53:9; 104:4; 156:16; 179:23; 229:20
black - 58:24; 59:5, 14; 60:18; 61:4, 17, 25; 64:18, 21; 66:23; 67:18; 69:13, 16; 86:7, 9, 16; 88:17; 90:15; 91:4, 23; 92:5, 13; 93:5, 8, 12, 18; 94:3; 95:21; 99:15, 21; 100:7, 14; 101:4, 21; 102:13, 20; 103:21; 104:18; 106:10; 107:18; 109:5; 110:24; 112:7; 113:25; 114:10; 115:25; 116:4, 22; 118:16; 119:12, 17; 124:24; 125:4; 128:11; 131:4, 22; 135:14; 137:21; 138:19; 139:3, 8, 20; 140:6, 17-18, 21, 25; 141:23; 143:21; 144:21; 145:11, 25; 147:24; 148:16, 22, 25; 152:5; 156:6, 8, 10, 12, 15, 19; 159:3, 20; 163:23; 164:8; 167:13, 17, 20, 24; 168:7, 18; 169:4, 9, 11; 179:11; 198:16; 215:21; 216:7
blacks - 133:5; 156:16
blame - 132:6
blamed - 131:22; 132:12
blood - 231:14
blue - 80:10; 215:13
board - 54:19; 60:7; 62:15; 79:14; 84:23
BOCES - 19:11, 16; 22:8, 10-11, 15, 21, 23
body - 77:3, 25; 113:3; 190:13
boggling - 174:25
bold - 200:19
book - 112:6, 9; 124:25; 130:4, 16; 190:16; 199:21, 24
books - 46:10
boom - 147:19
boost - 96:23; 118:9; 124:5, 19
boosted - 124:21
boosting - 126:21
born - 11:3
bought - 130:11
BOVELL - 1:19, 4:2; 230:22; 231:9; 234:21
Bovell - 6:24; 7:5; 10:18, 11:15, 41:7; 50:12; 67:10; 72:6; 73:3;

74:16; 84:5; 85:2; 87:20; 91:19; 95:4; 98:17; 102:11; 110:24; 122:4; 128:7; 153:23; 207:8, 11; 213:4; 223:3; 228:7; 230:7
bovell.00053 - 82:23
Bovell.00071 - 82:24
bow - 129:25
bowed - 129:24
bowling - 117:20, 25; 119:9; 123:12
Bradley - 54:19
break - 8:25; 9:17; 10:5; 62:3; 70:25; 98:4; 228:3
breaking - 64:23
brief - 228:2
briefly - 46:7; 62:10; 198:8
Briley - 56:10; 144:5; 145:14, 18; 146:17; 147:25
bring - 120:4; 212:14
broke - 153:23; 154:11
broken - 201:10
Bronx - 16:25; 17:8; 165:24
Bronxville - 166:7
brought - 7:10; 14:17; 36:3; 38:10
bruises - 64:14
brush - 147:17
buckle - 114:9
bulldog - 88:9
bullied - 181:7
bumps - 142:23
bureau - 29:9, 17, 23; 30:15, 18, 24; 31:2, 6, 8, 22; 32:12; 39:5; 50:13; 52:10; 53:8; 54:4; 55:5; 58:24; 63:18; 64:6; 65:6; 71:9; 110:6; 121:14; 134:24; 137:13; 142:10, 25; 143:2, 6, 10; 145:5; 217:11; 221:12
BURKE - 1:10
Burke - 138:17, 21-22; 139:18; 140:16; 148:15, 24; 149:25; 150:10; 163:22; 165:18; 183:11; 227:19
Burke's - 139:15; 140:7
business - 4:3; 6:25; 132:16; 134:18
businesses - 22:6
busy - 225:19
Butler - 166:6, 22, 24
buys - 37:7
BY - 2:8, 13; 6:21
Byram - 22:17

C

C-U-R-Z-I-O - 174:4
Caldors - 20:2, 7, 15
caldors - 20:4
calm - 114:21
campus - 18:17
cannot - 195:10
CAPACITY - 1:9-11, 13
capacity - 12:10; 13:19, 22; 135:15; 142:15; 199:8
Caparro - 32:24; 33:2-4, 13, 24; 34:5; 36:16; 37:23; 40:18, 20, 24; 41:15, 25; 42:10, 19; 43:17, 24; 44:9, 16, 23, 45:5; 46:3; 50:6, 10; 57:20, 23, 25; 161:25; 163:20
Caparro's - 43:18; 162:17
Captain - 7:8; 31:18; 49:16, 20; 63:2; 87:15; 114:15; 117:21; 119:10; 121:23; 123:2, 18, 21-22; 135:20; 138:18; 139:10; 140:16; 173:15; 174:6, 10, 14; 175:2; 177:7, 18; 180:14; 224:4
captain - 53:20-22; 123:13, 16;

136:24; 137:3; 177:10
CAPTAIN - 1:10
captains - 137:4
captioned - 234:4
car - 48:12; 68:3, 5; 69:7, 9; 72:13; 73:15; 137:19; 159:4; 165:6, 16; 166:2
Carbell - 156:14
care - 97:2; 126:22; 223:7
career - 26:19; 62:20; 65:13; 80:11; 85:7; 127:8; 142:21; 170:23
careful - 45:8
Caribbean - 11:3
carpet - 166:15
case - 15:11; 111:12; 162:17; 176:15; 209:10; 212:12; 213:4, 8; 218:13
cases - 72:20; 220:5
cashier - 20:12
cat - 136:11
catching - 175:15
category - 157:18
Caucasian - 30:6; 33:5; 34:13, 23; 35:2, 36:9; 43:7; 53:17, 24-25; 79:2; 181:19
caught - 35:25; 175:6
causes - 91:15
caveman - 103:11
CC - 190:18, 20; 191:2; 233:14
Center - 22:14
certain - 7:9; 62:13; 153:25; 169:4; 172:23; 188:13; 194:12; 196:17
certainly - 8:10, 22; 10:6; 81:15
certified - 26:18
chain - 69:24; 78:12; 110:14; 111:17; 127:15; 132:10; 134:9; 136:22; 163:14; 183:8; 216:23
challenge - 88:19
challenged - 149:22
change - 46:12; 70:21; 83:24; 94:24
CHANGE - 234:7, 9, 11, 13, 15, 17, 19
changed - 156:15; 161:14-16; 183:20
channeled - 129:18
character - 67:8; 89:4; 102:5; 127:9; 129:13
Charge - 5:25; 207:4, 6; 232:20
charge - 30:13; 31:14, 18; 51:21; 53:21; 102:22; 207:20, 24; 208:19; 211:18
charged - 225:5, 11
check - 130:8; 186:15
checked - 195:18
checking - 73:16
checks - 204:10, 15
Chester - 19:14; 21:17
chief - 59:17; 64:9; 96:12
Chief - 59:19; 177:8; 180:15; 183:11; 224:5; 227:18; 229:12
children - 11:17, 25
choice - 42:24; 129:14
chose - 65:14
chronic - 169:24; 170:3, 25; 176:3, 17; 186:12; 187:20
chronically - 157:18; 158:11; 173:3
chronology - 42:18
CI - 37:2, 4; 105:10; 124:4, 17; 125:7, 10, 12, 19; 126:2, 7; 130:5, 14; 220:16; 221:10, 16; 222:13, 16, 18
CI's - 37:7; 103:10, 24; 104:6, 8, 15; 219:5; 221:20, 25;

222:22; 223:2, 5
Cingular - 19:12
circle - 123:15; 134:15; 157:5
circled - 185:14
circumstances - 159:9; 208:6;
217:20
citizens - 67:18
City - 7:7; 67:21; 103:19;
204:11; 211:15
city - 1:8; 14:3; 24:18; 100:14;
107:5, 22; 185:19; 201:6, 12;
204:8; 213:20; 228:10, 15, 18,
22
Civil - 224:9
civil - 1:6; 13:15; 14:25; 15:2,
10; 16:2, 4; 151:4; 154:22
civilian - 166:3
civilians - 166:4
civilly - 164:11
claim - 225:4
clarification - 82:12
clarify - 44:6; 228:13
clarity - 9:4
Clark - 60:10, 24; 61:2
class - 18:15
classes - 18:15
clear - 69:19; 88:13; 110:4;
114:18; 147:23
cleared - 219:3
client's - 82:3
Clinton - 52:4
close - 68:7; 160:3; 183:5
clothes - 120:8, 11
co - 74:2; 160:9; 161:8; 212:17
co-signing - 74:2
co-workers - 160:9; 161:8;
212:17
Code - 4:10; 82:4; 232:6
code - 80:10
coercing - 104:9; 222:23
cohesive - 45:21
collect - 120:7
College - 17:2, 8
college - 16:14, 22
color - 147:23
combative - 44:23
comfortable - 67:25; 70:4;
83:22; 96:19; 131:11, 14;
198:19
coming - 113:19
command - 69:24; 78:12;
110:14; 111:18; 127:16;
132:10; 133:21; 134:10;
136:23; 163:15; 183:9; 216:24
commenced - 143:13
commended - 212:20, 22, 24
comment - 72:18; 97:11
comments - 67:17; 68:12;
69:22; 71:2, 13; 112:12, 17
commission - 54:9
COMMISSIONER - 1:8
commissioner - 50:15, 24;
55:2; 133:22; 24; 136:16, 19,
23, 137:4; 138:24; 139:6,
150:11, 15; 156:15; 181:4;
182:6; 207:21
Commissioner - 50:24; 51:2,
21; 54:10; 134:5; 138:17, 22;
139:15, 18; 140:15; 148:23;
149:25; 150:10, 12, 14;
156:14; 165:18; 177:5; 183:3,
6; 10: 189:24; 227:19
commissioners - 50:20
communicate - 76:23; 125:9;
225:15
communication - 229:11, 15
communications - 42:6;
151:10, 13
Community - 16:25; 17:8

community - 24:7, 9; 36:25;
48:15; 61:25; 69:10; 86:16;
95:21; 109:6; 113:25; 114:2,
11, 20; 116:10; 118:18; 119:5;
125:5, 11; 145:11, 21; 146:9,
22; 162:11
commuter - 17:12; 130:19
comp - 173:12; 174:20
Comp - 226:8
company - 19:13; 21:9, 16;
226:19
compare - 83:4
compared - 69:14; 156:11;
167:24; 177:3
comparison - 117:2
compensation - 223:23
competitiveness - 125:2
complain - 69:22; 85:13
complained - 75:6, 9
complaining - 187:6
complaint - 75:8; 85:10; 87:8;
92:8; 123:4; 128:21; 173:2;
174:20; 185:18; 187:4, 15;
189:12; 193:7; 209:13; 216:11
Complaint - 5:7, 10, 16; 6:4;
10:22; 11:2; 23:13; 24:22;
67:9; 71:3; 75:14; 84:3, 9;
90:13; 91:20; 95:3; 97:12;
98:12, 20, 25; 99:4; 110:24;
122:5; 124:2; 128:6; 148:7;
157:17, 23; 177:20; 181:25;
182:2; 201:23; 210:16;
211:19; 226:14; 229:7;
232:13, 17, 21; 233:6
complaints - 187:25; 188:5;
208:13, 21
complete - 184:13, 15
completed - 220:21
completely - 189:19
complimented - 198:24
component - 34:21
computer - 17:12; 22:19;
208:25; 209:20
Computer - 6:16; 233:4
Con - 200:11, 18; 201:22;
202:7; 203:13, 17; 204:5, 9,
18; 205:3; 206:6; 215:18, 22;
216:5
concealed - 73:5
concentration - 17:11
concern - 41:18, 24; 126:19
concerned - 124:20; 172:10;
173:20
concerns - 44:8; 70:6, 20
concluded - 185:4; 230:19
conclusion - 199:11
concur - 95:22; 179:11, 14
concurred - 46:2; 141:13
condescending - 69:16;
114:10; 116:4, 22; 117:4;
118:15; 159:2; 167:12, 16, 19;
168:3, 11
conditions - 9:25
condone - 95:22; 129:17
condoned - 87:21; 113:12
condones - 101:13
condoning - 77:5; 86:4; 100:4;
126:20
Conduct - 4:10; 82:5; 232:6
conduct - 95:8; 113:13,
115:17; 149:3; 159:3; 167:13
conducting - 72:25; 92:17
confer - 8:23
conferring - 81:18
confided - 62:13; 67:6
confidential - 37:4
Confidential - 5:10; 232:14
confirm - 169:12
conflict - 199:2
confrontation - 196:25

confrontational - 44:20
confused - 142:2
connected - 137:19
consented - 90:14, 18; 91:3;
99:14
consequences - 170:24
considered - 142:6
consisted - 33:20
consists - 82:5
constantly - 122:22
constituted - 127:2
constructive - 62:20; 129:4
constructively - 128:7, 15
consult - 8:25; 9:17
consultation - 230:6
consulted - 151:6; 152:6, 19;
172:23; 200:15
contact - 196:21; 200:2; 221:20
contain - 120:2
contained - 120:6
context - 13:2
continually - 67:17
continue - 10:15; 139:19
Continued - 232:25
continued - 95:2; 140:16
continues - 138:18
continuous - 27:22; 125:22;
215:5
contraband - 126:8
contractor - 22:6
control - 133:5; 222:20
conversation - 72:13; 84:7,
10, 14; 90:4; 94:11; 96:9;
97:4, 8, 10, 13, 19; 106:5;
121:6; 126:5; 131:8; 149:8;
186:18; 194:21; 201:5;
202:24; 203:3; 216:13; 217:3
conversations - 42:3
cooperation - 228:10, 24
cop - 223:3
copied - 121:22; 212:23
copy - 81:13, 15; 82:18; 98:19,
24; 171:23; 172:2, 4; 180:6,
11; 191:16; 203:4
Corporate - 2:12
Corporation - 1:16
correct - 41:9, 11; 44:12;
45:13; 48:19; 53:5, 12; 64:3;
88:23; 90:16; 99:10, 25;
102:17; 113:8; 122:11;
124:10; 128:12; 135:2;
138:20; 141:18; 143:7;
150:13; 169:15; 177:6, 23;
185:20; 187:2; 201:24; 220:4;
225:3
corrected - 181:23; 184:3
corrections - 234:2
correspond - 123:22
████████ - 100:9, 15; 182:11
████████, 18, 25;
189:13; 195:8
Coughlin - 7:6
COUGHLIN - 2:11
Counsel - 1.16
counsel - 129:2; 176:19; 230:6
counseled - 170:16, 18;
175:24; 176:2, 17, 21
counseling - 170:14, 18
counter - 10:12
counties - 10:23
counting - 57:13
country - 11:4
COUNTY - 231:5
county - 10:24; 139:12
County - 10:25; 139:12; 140:12
couple - 73:11; 107:2; 137:16;
196:12, 14
course - 24:13; 37:9; 39:25;
43:5; 73:9; 183:25; 210:13;

211:21; 217:7
COURT - 1:2
court - 9:21; 13:9
Court - 1:20; 151:5
cover - 85:17; 132:8; 175:25;
176:9, 191:21; 195:9; 200:13
covered - 165:17; 166:14, 19;
192:3
covers - 192:3
create - 126:18
created - 177:22
creating - 129:25
credibility - 118:9
crime - 46:16; 211:15
crimes - 24:18
criminal - 13:2, 9, 12, 14; 15:25
criteria - 142:17; 170:2
criticizing - 198:7
cross - 195:13
crying - 140:10
current - 225:23
curse - 183:13
Curzio - 174:4; 175:3; 176:18
custody - 86:7; 102:14; 103:5;
104:18; 105:7; 106:10; 108:3
customers - 22:5, 7

D

Damn - 72:7
date - 10:17, 19; 39:2, 13, 16;
103:6; 207:12; 209:11;
217:25; 218:2; 223:12; 230:10
dated - 172:12; 220:22; 232:9,
11, 23; 233:8
dates - 217:24
dating - 48:5
David - 60:10
Davis - 52:5; 134:2
days - 43:3, 18, 20; 69:18;
148:25; 172:10; 175:3;
196:12; 224:25
DEA - 212:14; 213:6, 20
deal - 225:21
dealers - 36:25; 44:21; 73:8;
212:15; 213:19
dealing - 103:10; 225:17
dealt - 22:18
death - 111:24
DeBarro - 135:17
DEC - 68:3
December - 26:4; 71:10
decision - 62:20; 87:17;
130:15; 136:25; 202:14; 206:6
decisions - 135:25; 138:14;
154:2, 11
declined - 25:12; 61:16; 62:24;
63:16; 65:9
deducted - 224:22, 25
deemed - 80:7
defendant - 13:21; 14:3; 16:4
Defendant - 148:15
Defendant's - 4:9, 12, 15, 18,
21, 24; 5:3, 6, 9, 12, 15, 18,
21, 24; 6:3, 6, 9, 12, 15, 18;
38:17; 98:11, 14, 18; 120:15;
153:4, 7, 11, 14, 17, 20;
190:17; 211:4; 232:4
Defendants - 1:14; 2:11
defendants - 7:10; 82:8
define - 68:8
definitely - 67:23, 68:25; 124:7,
160:14; 169:7; 177:24,
191:25; 215:3; 25
degree - 17:14
degrees - 17:3, 6
delay - 40:13
delayed - 226:15

deleted - 221:11, 17
deletions - 234:3
deliberately - 196:20
demand - 171:11
demeaning - 95:7, 15; 116:3;
159:2; 167:13, 16; 168:3;
219:11
demeanor - 73:22; 95:20;
106:8; 118:24; 131:14;
167:23; 169:9
demoted - 138:3; 151:24;
158:25; 177:9; 198:18; 224:6
demotion - 159:10; 165:22
denied - 173:14
Department - 19:2; 58:17;
79:20; 80:2; 85:13; 103:16;
127:12; 134:13, 20; 166:7;
173:23; 178:8; 190:14;
195:11, 25; 206:19; 207:10,
12; 208:14; 220:24; 227:17
department - 20:12; 22:22;
23:11, 15; 25:9; 51:22; 59:11;
85:18; 112:2; 122:19; 133:6;
134:19; 136:5, 7-8, 14-15, 17;
138:14, 17; 140:23; 141:6;
145:22; 146:4, 22; 149:24;
150:6; 151:22; 165:9; 175:5;
180:19, 25; 181:3, 9; 188:12,
19; 189:13; 192:25; 194:12,
14; 201:4; 206:17; 209:6;
219:4; 222:9; 228:15
department's - 88:12; 188:2
departmental - 221:23; 222:4
departments - 58:3; 188:13
deposition - 3:9, 14; 81:11;
230:8; 231:10
Depot - 21:8, 12, 14
deputy - 150:11
Deputy - 138:17; 139:15, 18;
148:23; 150:10; 180:15;
183:11; 227:18; 229:12
DEPUTY - 1:9
derogatory - 86:19
describe - 75:12; 95:25;
124:16; 209:3
described - 203:14
Description - 232:4
desk - 175:7; 194:23; 195:6;
200:5; 216:20; 217:6; 219:3
destroyed - 196:3
detail - 23:13; 92:10; 201:18;
202:7; 203:17; 204:5
detailed - 181:10
Details - 153:21; 233:13
details - 12:16; 14:2; 200:11;
203:22
detective - 23:17; 25:7; 26:23;
27:12, 16, 20; 29:8, 17, 23;
30:15, 18, 24; 31:2, 6, 8,
21-22; 32:12; 34:4, 7; 35:7;
36:17; 39:5, 44:12; 45:17;
46:22; 47:9; 48:19, 25; 50:13;
51:7, 14; 52:10; 53:8; 54:4;
55:5; 58:24; 63:17, 21; 64:6;
65:6; 66:24; 71:9; 87:13, 16;
106:20; 109:21; 110:6;
112:24; 120:25; 121:14;
127:20; 134:23; 135:16;
136:21; 137:13; 142:10, 14,
18, 25; 143:2, 6, 10, 23;
144:16, 25; 145:5; 147:10-12;
148:2; 150:19; 152:16; 163:7;
165:21; 166:17; 199:7;
217:11; 221:12
Detective - 25:11; 32:13,
24-25; 33:3, 6, 8, 24-25; 34:3,
5; 37:23; 39:22; 40:22; 41:8,
15, 25; 42:10, 19; 43:7; 44:9,
44:9, 15, 23; 46:3; 50:6, 9;
54:19; 56:24; 57:18, 22, 25;
60:11, 25; 62:4; 63:22; 64:4;
65:16; 66:21; 67:14, 16;
70:11; 72:8; 73:3; 74:15,

75:10; 76:22; 78:2; 85:23; 86:9, 23; 87:7, 22; 88:21; 89:6, 15; 90:15; 91:3, 22, 24; 92:12, 14; 93:11, 18; 99:7, 14; 100:4, 6, 18; 101:21, 24; 102:12, 19; 103:4; 107:12; 108:15, 18; 110:19; 111:9-11; 112:11, 16; 115:20; 122:19; 124:3; 126:13; 127:18; 130:25; 132:10; 135:17, 20; 138:21; 144:7; 145:13, 18; 149:11, 14; 163:20; 165:25; 212:19; 229:16
detectives - 31:14; 33:18; 53:15; 55:22; 56:9; 57:13; 144:19
developing - 159:22
devices - 21:25
dialogue - 118:23; 131:9; 169:3
die - 72:8
dietary - 20:21
difference - 28:23; 29:5; 156:4, 21; 157:8
different - 23:7; 45:22; 50:20; 71:7; 76:14; 79:13; 94:23; 230:10
differently - 167:23; 169:6
difficult - 9:25; 18:16
direct - 98:22; 99:3; 160:15; 161:15; 198:12
directed - 39:10; 70:15; 113:21; 114:5, 12, 17; 125:15; 217:17; 221:5
direction - 112:4; 142:24; 206:2
directive - 41:13
directives - 42:5
dirt - 220:17
dirty - 100:9; 108:6
Disability - 226:20; 228:15, 25
disability - 228:16
disagree - 185:15
disagreement - 183:13
disaster - 201:18
discharge - 129:5
discharged - 128:7, 16
disciplinary - 148:23; 150:4; 165:13; 198:10
discipline - 148:11
disciplined - 137:16; 175:13; 214:11
discovered - 160:7
discriminated - 181:7; 208:9
Discrimination - 5:25; 6:4; 207:5; 232:20
discrimination - 128:10; 172:10; 208:15, 17, 20
discriminatory - 95:8, 16; 116:21; 118:14
discuss - 35:18; 40:23; 179:10; 196:8
discussed - 37:12; 41:4, 20; 59:10; 67:3; 79:23; 83:12; 84:24; 94:18; 123:7; 124:15; 172:20; 198:3
discussing - 54:8; 133:8
discussion - 9:10; 70:15; 83:20; 84:20; 94:13; 101:15; 109:14; 121:6; 122:2; 181:10; 186:24; 220:15; 230:3
discussions - 88:25; 144:15; 183:3
disingenuous - 205:7; 220:12
dismantled - 40:21; 64:9, 14
disparagingly - 148:16
dispatch - 217:8
district - 22:17
DISTRICT - 1:2
disturbing - 116:9
divided - 48:11

division - 23:16; 25:7; 26:23; 27:2, 12, 16, 20; 35:7; 44:12; 46:9, 21-22; 47:7; 48:19, 25; 51:7; 87:17; 88:14
Dobbo - 1:25; 4:6
DOBBO - 231:7, 21
doctor - 195:17; 225:25
doctors - 226:6
document - 37:20; 44:15; 82:4; 172:14; 187:22; 190:23; 208:12; 212:4; 213:11, 16, 18; 219:19, 21
documentation - 15:8; 182:18; 186:21; 187:16; 188:15; 209:12, 18
documented - 46:7; 196:9
documenting - 37:21; 41:24; 42:2
documents - 42:8; 182:20; 208:5; 209:22; 218:4; 229:19, 21
dog - 136:10
dominated - 58:16
done - 36:2; 65:16; 66:25; 78:5; 85:14; 88:23; 103:8; 131:25; 134:13; 135:6; 151:3; 157:2; 179:3; 180:20, 22-23; 183:5, 8; 189:10, 14, 22; 191:25; 193:11; 196:16; 197:5; 204:21, 24; 227:9, 21
dot - 195:13
down - 7:15; 9:23; 43:6; 55:21; 62:3; 70:17, 25; 80:12; 96:15; 114:9, 21-22; 116:5; 117:4; 119:16, 18; 145:24; 181:9
draft - 182:7
drain - 80:12
draw - 201:3, 14
draws - 199:10
drink - 122:22
drinking - 123:11; 174:16
Drive - 2:12
driven - 154:13; 199:13
driving - 68:3; 72:21; 119:3; 165:9; 166:2; 205:18, 21
drove - 162:19
drug - 36:25; 37:6; 39:22; 44:21; 73:8; 124:4, 18; 130:6; 213:19
drugs - 66:7, 11, 14, 17; 125:17, 20; 126:8; 130:11, 13; 213:22
due - 95:6; 122:7; 145:9, 20; 191:8
duly - 4:5; 231:10
Dumser - 180:15
Dunkin - 59:18; 64:9
duration - 43:16
during - 15:21; 24:12; 26:8; 31:16, 23; 32:15; 36:4, 23; 37:8; 39:25; 40:25; 41:19; 43:5, 23; 51:5; 53:7; 68:20; 71:6; 73:9; 83:11; 84:14; 93:2; 104:21; 109:13; 125:3; 155:8; 173:6, 9; 178:17; 182:17; 183:25; 185:5; 190:9; 194:19; 210:8, 13; 211:12, 21; 212:13; 218:9; 220:3; 222:21; 226:12
Dutchess - 10:25
duties - 13:3
duty - 28:21, 24; 29:6; 55:16; 64:19; 79:18; 80:23; 88:22; 159:6; 164:18; 165:10, 16; 223:11; 224:8
Duvania - 11:14
DUVANIA - 11:14

E

early - 119:9; 124:10; 163:2

221:22
earned - 96:21
Ed - 200:11, 18; 201:22; 202:7; 203:13, 17; 204:5, 9, 18; 205:3; 206:6; 215:19, 22; 216:5
edge - 170:17
education - 129:20; 173:20
educational - 16:8
EEOC - 181:25; 182:2; 183:23; 189:22; 192:19; 196:8; 207:6; 208:5, 22; 226:14
effect - 3:13
effecting - 28:12
effective - 207:5
effort - 227:4
efforts - 45:22
eight - 11:22
either - 13:21; 35:2; 63:15; 103:4; 110:12; 112:5
elaborate - 128:18
electronics - 20:11
Email - 4:25; 153:5; 232:11; 233:8
email - 121:22; 171:11, 23; 172:2, 4; 175:9, 14, 16, 18, 24; 176:23; 177:4, 17; 178:23; 198:6; 212:9, 11, 20, 23, 25; 213:25; 215:9
emotions - 195:13
employed - 12:4, 10; 207:11
Employment - 207:21
employment - 12:9; 18:19; 73:9; 214:4
empty - 222:12
end - 26:5; 27:3, 20, 23; 28:5, 8, 37:17; 51:17; 113:19; 194:20; 229:14
ended - 164:10
Enforcement - 153:8; 233:9
enhanced - 142:12
entire - 31:5
entirety - 185:16
entitled - 82:4
entity - 192:21
entries - 112:10, 21; 130:16
entry - 130:4; 196:11; 205:24
envelope - 219:24; 221:6
environment - 128:9
Equal - 207:20
equipment - 226:10
equivalent - 16:12
ERRATA - 234:2
error - 191:9
errors - 193:11
erupted - 70:5
escalate - 90:6
especially - 118:6; 213:4
ESQUIRE - 2:8, 13
essentially - 187:10
established - 68:10; 218:15
ESU - 72:23
ethic - 60:3
evaluated - 207:17
evaluation - 171:15; 177:12, 18, 23; 178:3, 8, 19; 179:2, 7, 9, 13, 18, 24-25; 180:8, 10, 17; 181:21; 183:17; 184:8, 22; 185:2, 14-15, 20, 22; 187:20; 189:17; 191:3, 6, 8, 24; 192:3, 6-7, 12, 14; 193:12; 196:4, 14; 197:11, 14, 19; 199:13; 200:2; 207:17; 209:14; 210:20, 22, 25; 211:22; 214:5, 15, 21-22; 215:9; 232:16; 233:15
Evaluation - 5:13; 190:18
evaluations - 178:18
Evans - 166:24
event - 113:20; 192:5; 222:7

events - 91:22; 198:3
eventually - 44:11; 53:2; 156:14; 226:16, 21
everyday - 134:18
evidence - 120:5-7, 12; 221:8
evident - 127:8
exact - 64:11
exactly - 16:10; 24:25; 26:20; 28:15; 31:19; 32:9; 38:10; 42:13, 17; 43:4; 50:19; 52:18; 53:17; 71:6; 75:18; 105:22; 109:18; 170:5; 204:24
exam - 173:13
Examination - 1:19
EXAMINATION - 6:21
examination - 98:7; 152:24; 230:18
example - 13:6; 23:16; 67:15; 117:7; 134:25; 139:14; 140:14, 20; 154:18; 155:6; 156:3, 7; 168:2; 173:8
examples - 119:11; 139:17; 140:15; 154:5; 165:4
exceed - 98:24; 230:11
exceeded - 144:21
except - 3:18; 187:18
exceptional - 170:20
exemplary - 168:22
execute - 36:24
executed - 143:14; 213:8
execution - 37:11
exemplified - 142:22
exercise - 178:25
exercising - 219:11
EXHIBIT - 232:2
Exhibit - 4:9, 12, 15, 18, 21, 24; 5:3, 6, 9, 12, 15, 18, 21, 24; 6:3, 6, 9, 12, 15, 18; 38:21; 39:8, 11, 18; 40:15; 41:12, 23; 44:7; 81:4; 98:11, 14; 120:15, 19; 121:14; 153:4, 7, 11, 14, 17, 20; 171:25; 172:7, 25; 176:16; 177:4; 184:17; 186:5, 9, 19; 187:5, 7, 9, 14; 190:17, 20; 191:2; 199:17; 202:23; 206:20, 25; 207:3, 25; 208:12, 23; 209:3, 12, 24; 211:4; 212:3; 213:10, 24; 217:16, 18
exhibit - 172:4; 186:6, 23; 207:19; 208:7; 212:8; 213:24; 217:23
exhibits - 98:10; 211:13
Exhibits - 171:17, 20; 185:24; 217:9, 14; 232:4
existence - 61:19
exited - 228:6
expect - 85:14; 218:19; 220:19
expectations - 44:2
expected - 182:22
expedite - 229:21
expeditious - 40:8
experience - 31:7; 60:15, 19; 61:17, 21; 62:18; 63:12; 79:25; 96:16; 135:21; 139:9; 160:11, 13, 15; 161:16, 21, 23; 182:9, 167:15; 221:19
experienced - 29:22; 61:4, 78:14; 104:13; 111:25; 132:17; 141:20-22; 195:9
experiences - 181:12
experiencing - 159:25; 189:3
explained - 70:20; 94:22; 95:23
express - 79:6
expressed - 40:22; 43:12; 60:14; 119:6; 141:10, 12; 204:25
extent - 128:22; 129:13
eye - 190:21

F

F'ing - 84:6
face - 64:24; 86:18; 147:17; 162:16; 196:6
faces - 103:23
fact - 71:23; 147:9; 152:15
failed - 44:2; 197:2
failing - 227:5
fair - 7:18; 8:15; 11:13; 41:17; 87:19; 148:12; 150:5; 209:14; 228:11, 21
false - 177:22; 192:12; 197:11
falsely - 178:20
far - 13:18; 16:9; 24:17; 36:22; 37:13, 17; 56:15; 80:19; 113:9; 152:13; 170:20; 173:20; 176:10; 211:14
█████ - 218:13
fashion - 158:22
father - 117:23
fault - 149:18
favorable - 118:2; 216:17; 221:21
favored - 156:8
favorite - 157:3
favoritism - 59:3; 85:16
FDO - 178:13, 16; 210:14
feared - 199:12
fearful - 134:12; 112:3; 145:19
February - 184:25
feedback - 43:14
feet - 175:9, 19
Fegan - 29:19, 24; 53:3, 11; 58:14; 59:25; 67:6, 13, 16; 68:6, 21; 69:12; 70:2, 6, 71:16, 20, 23; 72:6; 75:4; 83:9, 13-14, 16; 84:5, 24; 85:22; 86:14; 88:9, 11, 15; 89:12; 90:14, 20; 91:3, 7, 11, 16, 21; 92:6, 11, 24-25; 93:4, 11, 14, 20, 24; 94:4, 10, 12; 95:4; 97:5, 14; 99:13; 100:4, 8, 11, 18, 21, 24; 101:2, 10, 15, 20; 102:4, 16, 21; 104:2, 20; 105:25; 106:3, 7; 108:6; 109:13; 110:8, 16, 20; 111:14, 20-21; 112:16; 113:11; 114:13, 18, 25; 115:13; 116:21; 118:15, 25; 119:14; 121:23; 122:21; 123:7; 124:3, 14, 20; 125:15, 25; 126:20; 128:8; 133:18; 135:19; 152:7; 160:3; 163:6; 188:25; 217:11; 218:9, 12, 14; 219:20, 22; 220:5; 221:9; 222:17; 223:6
Fegan's - 68:9; 95:7, 15; 143:13
fellow - 220:11
felt - 18:16; 35:25; 37:10, 16, 23; 38:11; 50:4; 59:19; 62:14, 17, 21; 63:4; 69:10; 70:18; 73:23; 83:21; 89:2; 116:11; 119:4; 131:10, 13; 137:17; 158:18; 159:15; 181:5; 196:23; 198:11, 19; 205:7; 218:20, 24; 220:16
female - 14:21; 92:5, 13; 93:5, 8, 12, 19; 94:3; 99:21; 100:7; 101:4, 22; 110:25; 112:7; 140:21; 141:2; 146:6
female's - 74:25
females - 156:16
few - 25:25; 29:13; 43:3, 18, 20; 58:18; 63:2; 113:18; 166:16; 178:14; 208:4; 227:12
field - 26:12, 18; 201:9; 210:8
fight - 44:21
file - 152:2, 11
filed - 98:19; 150:20; 151:4; 181:24; 183:23; 192:19; 224:23

filing - 3:9; 207:20
fill - 121:19
fine - 82:22; 83:7; 150:3; 222:20; 230:17
fined - 164:11; 165:12
finesse - 103:11
finest - 46:2
Fireball - 122:23
fired - 137:21
firm - 7:6
FIRM - 2:6
first - 19:15, 17, 24; 29:9, 12-13, 20-21; 31:5, 7; 32:3, 11, 20; 35:7; 36:12; 39:5; 46:21; 47:4; 50:13; 54:6, 15; 63:7; 64:6, 8; 66:3; 69:5, 11; 71:16; 78:23; 83:9; 103:3; 109:4; 121:3; 143:12; 169:17; 177:25; 180:9; 187:2; 197:11, 14, 19; 210:5; 211:12; 217:24; 219:15; 221:11, 13, 15; 222:9
First - 111:8, 12
firsthand - 167:6; 168:15
Fisher - 25:10; 58:11; 59:12, 24; 60:5, 16-17, 21; 61:5, 14; 62:7; 63:2, 24; 64:13; 65:20, 23, 25; 66:4, 9, 16, 20; 68:11; 73:10; 88:10, 14; 133:9, 17-18; 155:13; 160:24; 162:10; 163:5; 220:7
five - 24:3; 98:4
fix - 183:7; 190:11; 201:12
fixed - 183:19, 24; 184:3, 5, 12; 192:10
flip - 104:11
flipped - 125:7
flooring - 19:13; 21:16
flow - 126:19
focus - 24:9, 16; 46:17; 129:21; 227:3
focused - 227:7
folder - 219:6; 222:13, 18
folders - 220:16
follow - 189:11
follow-up - 189:11
followed - 180:18; 218:2
following - 121:14; 182:16; 185:21; 217:18; 223:10; 234:2
follows - 4:7
fond - 65:24
foot - 206:11; 206:15
FOR - 234:7, 9, 11, 13, 15, 17, 19
force - 3:12; 63:6, 8, 12; 102:13; 132:2; 139:2, 16, 23; 141:18; 142:3, 10, 13, 19, 25; 206:13; 212:14; 213:21
forced - 118:3; 129:5, 7; 170:22; 190:11
forgot - 21:21, 24, 8, 12; 53:18, 24-25; 57:4; 78:25; 163:8
form - 3:19; 9:7; 29:2; 76:20; 187:10; 207:5
Form - 5:11; 232:14
former - 200:21
forth - 73:15; 156:17; 173:2. 14; 188:3; 189:4; 213:23; 231:10
forward - 201:16; 206:16
four - 53:6; 54:11, 17, 20; 55:21; 56:8; 58:6
Francis - 2:18; 229:17
fraternity - 134:17; 138:6; 146:2
freelance - 46:10
freely - 67:24; 68:6; 69:9; 122:15-17; 210:20; 131:12
fresh - 80:16
friction - 70:5
Friday - 117:24
friend - 46:11

friends - 117:22; 123:2, 15; 160:3
front - 13:7; 67:11; 70:8, 10; 74:4; 219:17
FT - 178:11
FTO - 141:4
fuck - 83:17, 19; 106:6; 114:8; 115:23; 116:5; 117:10, 12
fucking - 70:8, 13; 119:22; 121:5; 126:15
full - 6:22; 162:2; 224:10, 14
function - 134:12
functional - 201:11
functioning - 201:11
FURTHER - 3:17

**G**

gain - 137:8; 226:18
Gallagher - 179:22, 24; 180:13; 215:6; 216:12, 18
game - 200:24; 201:2
garage - 72:23
Garcia - 84:21, 23, 25; 122:19; 125:3, 7; 127:24
gathering - 120:5
Gene - 149:10, 14, 21
gene - 149:11
General - 223:15
general - 143:3; 144:8
generalize - 178:4
generate - 172:19
generated - 38:24; 39:12, 19; 40:15; 121:13; 172:15, 24; 176:3, 16; 177:13; 214:20; 218:5
genuinely - 205:2, 11; 206:4
geographic - 48:13
GERHART - 2:11
Gerhart - 7:7
gestures - 77:3, 25
GIU - 143:3
given - 59:4; 69:18; 135:22; 137:25; 146:24; 164:4, 22; 179:5; 215:14; 219:23; 221:23; 222:4, 15; 231:11
gloating - 131:11
gloves - 120:6
goals - 96:13
gold - 96:20; 135:18, 22-23; 137:25; 146:15; 211:22, 25
GOLDMAN - 1:11
Goldman - 7:8; 138:18; 139:19; 140:16; 177:8; 224:3-5; 227:18; 229:12
Goodman - 227:17
gotta - 170:12
grabbing - 103:22
gracefully - 129:25
grade - 142:19; 227:5
gradually - 156:16
graduate - 16:19, 17:19; 19:20
graduated - 23:23
graduating - 24:2
grain - 150:9; 215:13
Grand - 13:6, 8
great - 213:2
Greg - 151:7, 15; 152:19. 200:15, 20
grievance - 152:2, 11, 13; 225:16
grieved - 225:10
grieving - 225:12
Griffin - 54:19; 56:10; 57:16; 70:11; 108:16, 116:25; 117:14; 118:4, 6; 126:13, 17; 127:18-20; 144:7, 23; 165:25
Griffin's - 111:10, 12

ground - 162:14
group - 20:19, 23; 21:2; 35:17; 37:10, 12; 45:19, 23; 46:4, 6; 56:25; 57:9; 64:9, 14; 89:25; 125:15; 135:12; 138:5; 155:5; 157:7; 158:21
groups - 145:24; 156:2, 21; 158:16
grow - 66:15
guess - 40:7; 43:3, 13; 49:8; 64:12; 67:7; 88:25; 118:13; 134:11; 139:10; 160:19; 168:22; 175:9; 183:24; 201:4; 203:20; 217:6; 223:3
guidance - 178:16
guide - 200:12
guiding - 62:19
guilty - 206:17
gun - 122:10
guy - 103:13; 106:25; 108:2; 115:5
guys - 106:24; 107:25; 108:25; 113:24; 115:23; 147:18; 213:5

**H**

half - 69:7; 201:10
hand - 184:16; 208:23; 212:3; 213:10; 231:17
handcuff - 162:8
handcuffed - 86:25; 162:18
handcuffs - 86:17; 106:25; 108:3
Handed - 98:21; 184:20; 199:22; 203:2; 206:23; 208:3; 209:2; 213:13
handed - 38:19; 70:24; 81:6; 120:16; 171:19; 186:2; 190:21; 210:2; 211:7; 212:6; 217:11
handing - 185:24; 190:20; 207:25
hands - 109:5; 116:8
Handwritten - 6:7; 153:12; 232:22; 233:10
handwritten - 209:25
Hang - 147:14
happy - 7:14
harassment - 189:14; 226:18, 22, 24
Harassment - 5:7, 10, 16; 232:13, 17
hard - 48:4
harder - 119:19
harsh - 148:11
harsher - 150:3
Hastings - 173:15; 174:6, 11, 14; 175:2; 180:14
hate - 199:14
haters - 141:8
head - 95:19; 122:11; 127:4
healing - 225:22
health - 206:9
hear - 67:22; 126:4
heard - 61:17; 68:15; 69:5; 72:6; 107:11; 122:20; 168:14; 181:14
hearing - 36:13; 149:24
heavily - 125:6
HELD - 1:16
held - 1:20; 9:11; 19:15, 17; 122:3; 230:4; 234:4
hell - 115:17; 117:10; 177:24
help - 82:19; 162:5; 192:24; 213:9; 229:21
helped - 162:13
helping - 40:9; 74:5
HEREBY - 3:6
hereby - 231:8

herein - 3:8
hereinbefore - 231:10
hereunto - 231:17
herself - 145:3
high - 16:11, 13, 15, 17; 19:20; 176:11
higher - 90:6
highly - 140:22; 141:2
Hills - 22:17
himself - 66:16; 67:4; 68:10; 73:7, 10
hindering - 218:22, 24; 220:13
hire - 204:18
HIS - 9-11, 13
Hispanic - 34:23; 35:2; 56:22; 156:20
Hispanics - 65:22
historic - 58:6
historically - 75:17
hitting - 116:6
Hold - 195:21
holding - 78:19, 21; 79:10; 89:18; 107:18; 162:6, 12; 164:7
hole - 67:21
home - 12:5; 20:19, 23; 21:2; 130:19; 174:15; 200:17; 202:15; 205:18, 22; 229:16
Home - 21:7, 12, 14
homes - 73:2, 14; 74:5
homicide - 63:11
honorary - 55:2
hospital - 39:25; 166:13
hostile - 128:9
hours - 148:18; 230:12
house - 66:6; 195:2, 20; 224:21
Hudson - 22:14
human - 180:25; 181:4; 182:5; 185:18; 186:25
Hunt - 135:21
hurt - 42:11; 44:17
husband - 145:10; 146:8, 12, 19, 21; 154:19
husband's - 145:20; 146:20

**I**

I's - 195:13
I-B - 34:17
Ibanez - 33:25; 34:14-16, 18, 21; 57:14, 19, 25
ID - 209:9
idea - 87:14; 88:3; 107:7; 147:20
ideal - 192:25
Identification - 4:11, 14, 17, 20, 23; 5:2, 5, 8, 11, 14, 17, 20, 23; 6:2, 5, 8, 11, 14, 17, 20; 98:13, 16; 153:6, 10, 13, 16, 19, 22; 190:19
identified - 131:15
identifying - 133:11
images - 199:20; 202:23
Immaculate - 18:7
immediate - 29:10; 32:7, 10; 46:24; 83:23
immediately - 138:2, 25; 140:5; 182:25; 195:16
impact - 24:11, 14
impartial - 193:2; 199:11
important - 92:9
impounded - 73:17
impressive - 128:10
improvement - 185:8, 11
IN - 1:9-11, 13; 231:16
inability - 179:5
inaccurate - 178:20; 179:18; 191:20; 221:4

inadequate - 62:22
inappropriate - 159:19
Inc - 1:23
incident - 37:14; 38:7; 42:8; 44:15; 47:13; 92:3; 93:3, 23, 25; 102:2; 112:14; 122:9; 124:9; 125:22; 127:23; 131:16; 157:19; 158:7; 162:17; 163:25; 164:12; 171:12; 182:3; 196:10; 201:22; 203:13; 226:4
incidents - 43:25; 102:2; 112:11; 113:2, 18; 123:25; 190:4
include - 223:22
included - 62:25; 200:4
includes - 173:5
including - 69:13; 108:20; 177:7; 229:22
incompetence - 199:4
incorrect - 99:18; 178:9; 179:15; 191:13; 217:25; 218:3
incur - 214:3
indicate - 158:24; 207:13; 210:19
indicated - 44:6; 56:7; 58:5; 104:19; 178:8, 10; 191:5, 7, 13
indicates - 113:11; 172:11; 207:10; 213:21
indicating - 100:11; 172:3; 221:17; 224:7
indication - 178:6
individual - 22:6; 129:15; 162:3; 163:8; 166:5; 191:15
INDIVIDUALLY - 1:9
individually - 152:12
individuals - 37:8; 99:9; 134:10
infecting - 206:11
inferior - 207:15
influence - 145:21; 146:21; 178:11; 213:8
influenced - 206:5
informants - 37:4
information - 176:18; 37:2; 46:18; 61:23; 62:13, 21; 65:15; 66:19; 77:19; 125:19; 136:9, 12; 137:2, 6; 140:19; 149:10; 160:8; 161:8, 10-11; 166:4, 22; 186:16; 191:14, 17, 19; 219:5, 7; 220:16; 221:10, 16; 222:12, 16, 18
Information - 22:14
information's - 219:6
informed - 157:25
inhibit - 10:9
initial - 124:13; 184:22; 226:11
initiative - 54:21; 132:25; 185:9
injured - 14:14; 15:18; 28:6, 11-12, 16; 37:15; 38:2; 52:24; 55:18; 71:17; 155:9, 24; 190:4, 8; 192:15; 193:9; 196:6; 223:20; 225:15
injuries - 164:6
injury - 28:21, 24; 29:6; 55:16; 194:19; 223:10; 225:17, 22, 24
innocent - 206:18
input - 43:14
inside - 90:3
instance - 88:4; 117:9; 146:13; 161:24
instructed - 40:11
instrumental - 212:16
intention - 73:24; 201:15
intentional - 191:9; 197:16
interact - 69:12; 117:13; 166:10; 221:24
interacted - 116:25

interacting - 103:22; 166:12
interaction - 160:21, 23
interactions - 123:20
interacts - 159:14
interest - 185:7; 195:14
interested - 231:14
Internal - 110:13; 181:13, 15, 17; 182:10; 188:13, 23
intertwined - 222:7
intervene - 192:22
intervening - 108:12; 115:15
interview - 109:7
interviewed - 50:3; 130:9
intimidate - 104:15; 223:4
intimidating - 104:11; 105:16
███████ - 122:24; 159:5; 164:18, 25; 165:10, 16; 166:8
inventory - 73:15
investigate - 90:7
investigated - 85:15
investigation - 86:22; 109:8; 130:10; 143:3; 182:22; 189:6; 218:22, 25
investigations - 144:8
investigator - 142:15
involved - 90:10; 131:21; 146:19; 148:8, 10; 149:17; 159:4; 164:2, 17, 22; 167:5; 176:9; 198:9
involvement - 136:3, 20
involving - 165:7; 218:13
irate - 40:4, 25
IS - 3:6, 17
issue - 22:5; 35:12; 38:10; 59:12; 104:5; 150:19; 189:23; 190:6; 196:9; 201:3, 14; 222:2
issued - 82:6; 207:17
issues - 24:17; 38:21; 40:24; 64:16; 217:18
issuing - 158:3
IT - 3:6, 17; 22:16
itself - 61:13; 63:14; 190:13

J

jail - 44:22
Jamaica - 11:5; 16:18; 19:21
January - 25:20; 28:10; 39:2, 13; 41:9; 143:14; 144:24; 145:17; 156:4; 210:8
jaw - 64:23
Jeremy - 203:6
Jerome - 149:10, 14, 21
job - 12:13, 15, 17; 13:11; 19:15, 17, 24; 37:18; 109:23; 120:13; 129:6; 137:18; 156:9, 13; 157:2; 163:22; 175:7; 213:2; 214:3, 25; 223:20; 226:18
join - 25:10; 58:10; 60:6; 61:14; 62:8, 15
joined - 23:2, 10; 64:6; 71:9
joining - 25:9
joke - 72:11
Jones - 144:23; 145:3; 146:5; 154:18
judgement - 185:12
Judy - 181:2, 4; 182:6; 186:17; 188:7; 189:25
July - 28:14; 84:4, 10; 85:24; 97:10, 17; 109:14; 110:7, 20; 120:23; 202:2-4; 223:11
jump - 63:12
June - 18:20, 23; 229:8, 10
Jury - 13:6, 8
jury - 15:13
justice - 192:23; 193:3, 5

K

keep - 79:17; 80:10, 16; 124:18; 130:6; 166:11; 213:4
keeping - 9:22; 37:16; 225:18
kicked - 71:20; 78:22; 79:17; 86:13; 89:14; 131:22; 132:7; 162:7, 22
kicking - 86:24; 162:21
kid - 149:7
kind - 92:9; 125:2; 126:15; 154:2
Kingston - 16:18
kitchen - 20:22
knee - 28:12; 225:24; 226:3, 7
knowing - 155:6; 201:16; 220:9
knowledge - 65:4; 72:17; 100:24; 101:14; 164:19; 167:7; 216:6
known - 41:2; 49:8; 59:12; 64:17, 25; 101:23; 103:20; 105:13, 15; 109:4, 6; 118:5; 125:5; 140:22; 198:15
knows - 178:21; 179:18; 182:10; 198:11; 199:9

L

labeled - 85:7
lack - 199:5
lacking - 37:11
laid - 117:15
language - 77:25; 113:3; 115:21
laptops - 22:2
large - 95:6
last - 15:21; 54:15; 143:10; 218:6; 221:16
laughed - 72:11
law - 7:6; 224:9
Law - 223:16
LAW - 2:6
lawsuit - 7:9; 13:15, 24-25; 14:4, 17, 25; 16:2, 4; 109:18; 224:23
lawsuits - 15:10; 151:5
lead - 44:11; 181:18
leader - 145:11; 146:9
leadership - 55:13; 134:7
learn - 159:24
learned - 65:7; 89:17, 19; 161:4
lease - 134:16
least - 77:13; 157:11
leave - 42:20; 70:23; 94:25; 143:19; 186:12
leaves - 174:5
leaving - 158:21; 218:25; 220:9; 221:12
Lee - 140:21; 141:17; 169:13-15, 20
left - 22:23; 27:15, 17; 35:7, 50:9; 52:15; 57:14; 19:20, 24; 78:19; 87:10; 101:17; 115:4; 147:19; 162:8, 11, 23; 164:5; 219:8
legal - 128:21, 23; 150:20
Leone - 33:21, 25; 34:11; 38:5; 42:11; 195:19, 21
less - 138:19; 139:19; 140:17; 141:20; 169:2; 220:10
lesser - 149:2
lesson - 89:17, 19
Letter - 4:19; 6:10; 232:9, 23
letter - 186:3; 224:2, 7
letters - 200:19
level - 135:6; 168:22
lie - 191:9, 22; 197:14; 198:14,

lied - 177:23; 197:10, 16
lies - 191:12
Lieutenant - 2:18; 7:9; 54:23; 56:6; 58:11; 60:24; 61:5; 64:13; 65:20, 23, 25; 66:20; 88:14; 114:14; 133:18; 157:24; 174:4; 176:18; 179:22, 24; 180:13; 181:18; 215:6; 216:12, 18; 219:16; 220:7; 221:4; 229:13, 17, 23
LIEUTENANT - 1:12
lieutenant - 53:24; 79:2; 155:13, 16, 21; 177:10; 216:20
lieutenants - 30:13; 31:12, 17; 47:20; 53:13, 19; 134:9; 137:5; 155:8; 156:12
life - 24:17; 63:9; 126:16; 211:14; 222:5
light - 109:9; 150:17; 176:24; 182:21
Light - 57:8, 10; 117:17, 19, 24; 119:8, 24; 122:6, 14
Light's - 117:22
limited - 123:21
line - 18:12-14; 21:10, 12; 223:11
lines - 65:8
LISA - 231:7, 21
Lisa - 1:25; 4:6
List - 153:12; 233:10
list - 154:23; 155:8, 17; 200:19; 205:9, 13; 206:6, 9; 209:25; 210:10; 215:19, 23; 216:5
listed - 10:22
Listen - 60:5; 94:12; 96:7; 108:22; 116:15; 179:6, 20
listen - 123:9
lists - 11:2
literally - 91:19; 126:14
live - 10:23
lives - 205:20
LLP - 2:11
loading - 109:4
local - 148:18
located - 20:6, 24; 22:11
location - 111:6; 163:9
locations - 105:3
lock - 116:5; 125:17
locked - 105:15
locker - 85:9; 90:3
lodge - 128:21
Log - 153:21; 233:13
logically - 112:2; 134:14; 138:4
look - 38:18; 80:20; 81:5, 15; 98:23; 190:22
looked - 73:18; 77:4; 115:4, 6; 116:11, 18; 126:14; 135:19; 200:23
looking - 67:9; 99:5, 24; 114:20; 186:5
looks - 75:12; 97:9; 99:2, 120:22; 121:10; 171:22; 172:16; 187:9, 17; 203:15; 208:21; 209:15; 210:6; 212:9; 217:16
lose - 214:9
loss - 214:25
loud - 117:11; 168:10
Lower - 22:14
lying - 222:24

M

machine - 220:25; 221:3
Main - 1:24
male - 14:21; 102:13, 20; 104:18; 106:10; 107:16

males - 54:12; 58:7, 12, 18-20; 59:21; 73:8; 103:21; 109:6
man - 114:22; 115:7; 127:7
management - 22:19; 145:12; 155:22; 158:17; 159:16; 171:14; 181:8; 189:23; 207:16
Management - 226:20; 228:15, 17, 25
mandated - 46:9
mandatory - 96:11
manhandling - 86:24; 89:9
manipulating - 137:7
manner - 43:13; 167:20; 168:11; 220:22; 227:15
Marcel - 2:18
March - 10:19; 157:23; 168:25; 172:12; 184:23; 185:3; 207:14; 210:9
mark - 4:8; 98:9; 153:2; 229:20
marked - 4:10, 13, 16, 19, 22, 25; 5:4, 8, 11, 14, 17, 19, 22; 6:2, 5, 7, 10, 13, 16, 20; 38:17; 82:19; 98:12, 15, 18; 153:5, 9, 12, 15, 18, 21; 184:17; 190:16, 19; 202:6, 11, 16, 23; 209:24
marriage - 11:18; 231:14
married - 11:6, 8
mason - 157:7
materials - 120:6
matter - 13:14; 98:20; 126:21; 155:5; 231:15; 234:4
mayor - 50:17; 51:24; 52:2; 133:25; 134:4; 136:2, 8, 12; 155:15; 182:9, 14; 188:10; 189:9, 11, 25
Mayor - 52:4, 6; 133:21; 134:2; 136:4
mayors - 50:21; 52:3
McEachin - 52:21, 25; 53:10; 54:21, 24-25; 55:18; 56:5; 71:19; 86:6, 10, 13; 87:4, 12, 21, 25; 89:8, 11; 96:3, 25; 104:5, 20; 106:12; 118:11; 141:12; 155:10; 192:2
McEachin's - 56:5; 106:11
McHeaton - 29:25; 30:4
mean - 15:24; 44:5; 80:4; 88:4; 104:7; 124:17; 168:12; 171:6; 180:21; 206:8; 214:18
meaning - 16:3; 67:20; 77:23; 91:14; 95:7; 171:8; 210:16
means - 116:14; 129:5
mechanics - 201:12
mediation - 183:24; 189:21; 190:9
medical - 223:24
medication - 227:5
medications - 10:8, 10
meet - 44:2; 68:3; 96:13; 107:5; 142:16
meeting - 36:2, 4; 43:6; 49:15, 19; 50:2; 62:24; 70:14; 78:23; 83:9, 11; 91:17; 107:22; 123:6, 8; 124:12, 14, 22; 188:9; 189:7; 215:8; 216:16
meetings - 35:17; 45:18, 20, 24; 46:4, 6; 182:23
member - 37:16; 127:22
members - 33:17; 35:14, 16; 37:10, 15; 84:20; 104:9; 125:11, 14; 132:3; 160:10; 172:23
memo - 46:10; 112:5, 9; 130:3, 15; 196:10; 199:21, 24
memorialized - 187:5
memory - 15:5; 202:10
mental - 122:8
mentally - 192:17
mention - 83:10; 84:22
mentioned - 16:21; 25:4; 38:9;

91:16; 105:7; 155:20; 198:7
Mercy - 17:2, 9, 15, 19; 18:2
mess - 223:2
messages - 203:4, 12
metaphorically - 90:9
method - 169:3
metric - 170:8
MICHAEL - 1:11
mid - 18:5
might - 34:25; 46:14; 162:15; 187:19
MIKE - 1:4
mind - 20:19; 132:16; 174:25
mine - 89:20; 135:19
minuscule - 117:5
minute - 98:4; 228:3
minutes - 46:7
misconduct - 79:21; 80:24; 91:12-14; 105:21; 109:12; 110:5, 19; 111:15, 22; 127:2, 15; 163:14
missing - 75:6
misunderstanding - 161:18
Mitchell - 30:2, 9; 49:14; 52:19, 23-24; 53:4, 10; 54:22, 25; 55:14, 16; 56:4; 57:6; 71:17
MO - 105:12
modified - 64:19, 22; 65:17; 66:25; 88:22
money - 64:22; 72:10; 73:4, 7, 17-19, 25; 74:8, 13, 17, 21, 23-24; 75:6, 11, 16, 21; 76:3-5, 17, 22; 77:6, 24; 78:2; 85:24; 90:16; 91:5, 7-8, 15, 23, 25; 92:3, 14, 21; 99:8, 15, 20; 100:5, 19, 22; 101:8, 23; 112:25; 113:3; 125:13; 131:19; 132:4, 11; 142:13; 164:12
███████ - 154:17
month - 96:8, 10; 173:10; 211:25
months - 24:3; 25:25; 27:14; 36:17; 134:24; 135:15, 18, 20; 137:12; 142:17; 144:5, 22; 145:8; 152:17; 166:16; 184:2; 189:23; 190:2
morning - 195:15
most - 18:14
mostly - 18:12; 45:19
motivated - 129:12
motor - 148:8, 10, 17; 164:17
MOUNT - 1:9
Mount - 1:17; 4:4; 7:3, 7; 18:7, 19, 25; 19:8; 22:18; 58:17; 67:18, 21; 79:19; 80:2; 85:11; 127:12; 128:12; 134:12, 20; 173:22; 176:8; 190:13; 195:11, 24; 204:11, 15; 206:18; 207:9, 11; 208:13; 211:14; 212:15; 220:24; 227:16
mouth - 79:17; 80:11; 162:16
mouths - 103:23
move - 65:13
MR - 4:8; 6:21; 9:8; 11:12; 12:7, 24; 13:17, 20; 19:3, 18; 20:10; 23:6, 22, 25; 26:15; 27:8; 29:4; 32:2, 19; 33:15; 36:12; 47:5; 81:12, 21; 82:10, 17, 23; 83:3; 90:19; 94:7; 95:11; 98:5, 9; 105:23; 109:20; 110:12; 119:15; 120:17; 121:25; 128:25; 129:8; 141:24; 150:24; 152:15, 22; 153:2; 157:12; 158:14; 160:16; 161:13, 17; 168:6; 169:16; 181:23; 188:6; 190:15; 194:9; 197:20; 214:14, 19; 221:14; 223:21, 25; 228:4, 16; 229:25; 230:5
MS - 28:25; 57:21; 76:19; 81:7,

25; 82:13, 20, 25; 83:6; 98:3;
128:19; 139:21; 151:8, 19;
203:9; 227:21, 24; 228:14;
230:14
Municipal - 223:16
MURASHEA - 1:4, 19; 4:2;
230:22; 231:9; 234:21
Murashea - 6:24; 207:8, 10
must - 101:22
MV-5 - 4:13, 16, 22; 5:4, 19;
35:22; 38:22, 24; 39:2, 9, 11,
18-19; 40:12; 41:3, 23; 42:7,
14; 70:15, 24; 97:20, 22-23;
98:2, 15; 120:22, 24; 121:3, 8,
13, 18; 172:9, 13-14, 18-19,
25; 176:16; 186:11; 187:20;
217:17, 21-22; 220:21;
221:10; 232:7, 10, 12, 18;
233:7
MV-5's - 42:15; 78:24
MVP - 213:3

N

name - 6:22; 11:9; 14:16; 24:8,
12; 43:8; 53:24; 54:2; 77:21;
111:4; 153:8; 167:21; 168:20;
169:18; 200:19; 207:7; 209:9
names - 11:16; 53:18; 57:12;
61:10; 77:16
narcotic - 130:17
narcotics - 25:11; 27:2; 28:8;
30:14, 17, 23; 31:3, 6, 8, 15;
32:12; 36:22; 39:24; 40:14;
42:20; 44:19; 46:8; 48:22;
49:13, 18; 51:15, 19; 52:20;
53:14; 55:14, 23; 58:10, 15,
21; 59:17; 61:7; 63:8, 13, 25;
64:2, 10; 67:5; 72:3; 86:20;
88:15; 92:19; 95:6; 102:22;
105:5, 9; 116:23; 121:18;
122:22; 128:8; 141:18; 142:4,
13; 143:4, 19; 144:6; 158:21;
160:4, 25; 165:19; 191:23;
211:13; 212:13, 18; 213:3;
218:7, 11; 219:20; 221:22
narrative - 187:14; 207:24;
208:8
nature - 174:12, 18
Nawrocki - 7:9; 229:13, 23
NAWROCKI - 1:12
necessarily - 110:3
necessary - 11:11
need - 8:21; 10:5, 7; 83:6;
113:22; 115:2, 23; 120:13;
170:17; 182:7
needed - 59:17; 118:8; 173:13;
182:18; 227:15
needs - 94:20; 108:8; 185:7, 10
negative - 160:12, 14, 21-22;
161:21, 23; 170:24; 178:11;
198:10; 199:2; 205:6
negatively - 206:5
neighborhood - 205:20
nervous - 145:13
network - 21:22
networks - 22:19
never - 43:11; 54:8, 13-14;
58:8; 63:14; 67:20; 90:17;
119:23; 124:24; 126:15;
137:21; 160:5; 175:22;
182:21; 183:8; 188:10; 189:9;
194:16; 211:23
NEW - 1:2, 8; 231:4
new - 41:14; 55:10, 13; 155:22;
178:15
New - 1:17, 21, 24; 2:8, 13; 4:4;
7:4; 20:25; 21:10; 22:18;
103:18; 231:8
News - 153:15, 18; 233:11
news - 211:3
next - 98:10; 112:3; 125:24;

126:4; 148:21; 200:17, 19;
217:8; 232:25
nice - 221:5
nickname - 103:14
nigger - 118:18
niggers - 67:19; 72:7
nobody - 80:15; 122:25
noise - 90:2; 145:9; 150:7
non - 139:20; 140:17; 199:25;
228:10, 24
non-cooperation - 228:10, 24
normal - 9:17
normally - 63:7; 69:5; 170:15
Normally - 58:9
north - 10:23
northern - 10:23
Notary - 1:20; 4:6; 230:25;
231:7; 234:24
note - 129:21
Note - 6:7; 232:22
noted - 199:25; 222:12; 234:3
notes - 130:16
nothing - 59:6; 115:14; 117:5;
118:23; 150:5; 152:9; 173:24;
180:20, 23; 182:24; 183:2, 4;
189:10, 14, 22; 196:15
notice - 107:15; 228:8, 22
noticed - 69:12, 25
noticing - 91:7
noting - 81:8
November - 128:6; 221:3
Number - 122:5; 177:21;
207:6; 232:4
number - 77:8; 82:21; 154:25;
155:2; 207:8; 209:10
numbers - 100:13; 118:8;
124:6, 19, 21; 179:16; 222:13
numerous - 72:24; 74:7;
75:16; 99:8; 101:6; 140:24;
229:10

O

oath - 3:12; 7:12
object - 9:7, 15; 28:25; 128:20;
129:3
objected - 74:16; 75:21, 24;
160:6
objection - 9:13; 76:19; 157:6
objections - 3:18; 183:23
obligated - 116:17
obligation - 151:11
obscure - 59:6; 69:19
observation - 101:9; 102:6;
103:7; 116:24; 119:18; 149:22
observe - 73:3; 86:23; 162:20;
167:2
observed - 74:11, 24; 75:3;
101:20; 102:12, 19, 24; 103:4;
104:23-24; 105:2, 17-18,
108:15, 109:3, 112:18;
113:15; 116:2; 127:23; 135:9,
11; 163:19; 167:18, 22; 169:9;
195:10
obtain - 63:21
obtained - 62:21; 211:24
obtaining - 211:22
obvious - 199:16
Obviously - 135:22
obviously - 123:10; 178:9, 23;
196:23
occasion - 74:15; 75:20, 23,
25; 76:2, 16, 21
occasions - 71:8; 72:25; 74:8,
75:16; 77:8; 99:8; 101:7;
103:20; 105:2, 19; 119:2;
141:11
occupied - 166:3
occurred - 38:7; 77:17, 23;

79:7; 102:2; 104:19; 105:4;
106:11; 110:6; 111:7; 124:9;
147:16; 150:4; 164:3, 20;
165:2; 169:25; 173:6; 190:5,
198:4; 202:2; 205:6
occurrence - 112:6
October - 1:17; 231:17
OF - 1:2, 8; 231:4
offense - 139:8
offer - 25:14; 26:25; 58:10
offered - 61:14; 202:6, 11
office - 40:5, 14; 49:15; 89:15;
79:5, 8; 83:18; 86:20; 105:5,
9; 108:17; 117:3; 119:17;
122:23; 124:25; 145:16;
176:20; 182:19; 183:11;
203:19; 215:7; 216:16; 217:4,
6-8; 219:16
Office - 1:16; 2:7, 12
Officer - 7:5; 10:18; 32:15, 25;
33:6, 21, 24; 34:11, 21; 38:5;
40:18, 20, 24; 41:7; 42:11;
43:17; 50:12; 54:18; 56:9, 15,
20; 57:8; 64:5; 67:10; 72:5;
73:2; 74:16; 84:5, 25; 87:20;
91:18; 95:4; 98:17; 102:10;
108:11, 13; 110:24; 113:12;
116:25; 117:14, 17, 19, 22,
24; 118:4; 119:8; 122:4, 6, 13,
19; 126:12, 16; 127:18, 20;
128:6; 140:21; 141:17; 144:5,
23; 145:2; 146:17; 153:23;
165:24; 166:7, 15, 24; 169:19;
170:10; 171:10, 14; 195:19,
21; 203:5, 16; 228:7; 230:7
officer - 3:11, 14; 12:23; 13:2,
19, 23; 18:6; 22:24; 24:5;
26:13; 30:4, 7, 10; 33:5; 36:9,
14, 16; 37:22, 25; 38:13;
44:17; 45:4; 58:14; 63:20;
65:2, 14; 79:21; 80:24; 84:21;
92:19; 106:15, 19; 110:10;
114:4, 12, 16, 18; 117:16;
123:19; 129:12; 131:22;
132:6, 12; 137:22; 139:2;
140:21; 143:21; 144:4; 146:5;
148:8, 13, 16, 22, 25; 149:5,
9, 13; 154:13; 163:23; 164:8;
167:20; 168:16, 18; 169:13;
173:16; 178:6, 22; 179:15, 19;
180:14; 181:19; 185:5;
191:11; 201:8; 202:25; 209:9;
215:21; 216:22; 223:19; 224:8
officer's - 163:8
officers - 24:10, 15; 26:18;
31:15, 21; 33:18; 53:14;
55:22; 56:8; 58:15, 24; 59:3,
5, 11, 14; 60:10, 12, 20, 23;
61:2-4, 8-9, 11-12, 18; 62:17;
66:23; 69:13, 16-17; 70:9,
11-12; 74:4; 78:6, 9; 79:24;
88:17; 102:11; 106:14;
108:17, 19; 109:2, 9; 116:22;
117:2; 118:2, 18; 119:11, 17,
20-21; 122:7, 9, 18; 123:23;
128:11; 131:21; 133:16;
134:8, 25; 135:5, 14, 17;
136:21; 137:12; 138:10;
19-20; 139:3, 8, 20; 140:6,
17-18, 20; 141:20-23; 144:21,
24; 145:7; 147:24; 149:2;
152:5; 155:11; 163:25; 164:4,
14; 165:7, 14; 166:10; 167:3,
9, 22, 24-25; 169:4, 6, 8,
10-11, 23; 173:22; 176:2;
177:3; 178:5, 15; 181:16;
198:16; 215:21; 216:5, 7, 9;
220:11; 222:23
Officers - 4:13, 16, 22; 5:4, 19;
98:15; 232:7, 10, 12, 18;
233:7
officers' - 109:11; 110:5
offices - 22:13
OFFICIAL - 1:9-11, 13
often - 73:6; 116:21
Olifiers - 2:18; 181:18; 219:16;

18; 221:5; 229:17
on-duty - 28:21, 24; 29:6;
55:16
once - 66:13; 68:22-25; 69:25;
74:12, 18, 22; 76:5, 12; 77:9;
92:21, 23; 102:24; 103:25;
138:24
one - 8:20; 13:17; 14:23; 29:12;
37:14; 40:5; 44:10; 45:4;
48:13; 58:19; 59:15; 60:20;
61:2; 67:17; 74:14; 75:20,
23-24; 76:2; 82:6; 85:7, 9;
89:25; 90:2, 7, 10; 101:17;
102:23; 104:15; 106:15;
107:19; 108:15; 109:19;
111:9; 123:13; 131:21;
136:10; 151:24; 154:25;
161:24; 163:18; 175:11;
176:13; 178:10; 180:7; 182:6;
185:4; 186:13; 188:14;
198:17; 199:4; 200:4; 203:20,
25; 205:24; 209:25; 212:4, 15,
19; 213:19; 214:20; 215:18;
225:25; 226:3; 229:18
One - 66:5
one-page - 212:4
ones - 22:16; 109:3
operating - 159:5
opinion - 35:20, 24; 37:18;
40:18; 43:10; 45:16; 58:23;
60:11, 13, 24; 61:12; 89:15;
96:16; 161:14, 16
opinions - 78:25; 79:6
opportunities - 154:12; 214:4,
10
Opportunity - 207:21
opportunity - 8:4; 9:15; 25:13,
15; 26:24; 59:2, 4; 61:13;
63:14; 178:24; 179:10;
192:18; 193:8; 196:7; 197:6;
198:13, 19; 215:2, 14
opposed - 137:21; 165:13
option - 129:9
order - 124:5, 19; 138:8;
140:11; 170:7; 175:12;
176:19; 193:4; 217:21; 226:18
Order - 1:20
ordinances - 24:18
originally - 11:3
ostracized - 78:14; 80:6; 85:6
otherwise - 130:20; 214:11
ourself - 79:23
ourselves - 35:18; 85:9
outcome - 231:14
outside - 12:4; 66:11, 17;
70:13; 84:6, 15
over-the-counter - 10:12
Overhill - 2:7
overly - 114:6, 19
overnight - 21:13
oversee - 90:6
overseen - 149:24
overtime - 203:22; 204:2, 4,
6-7; 205:13
own - 62:16; 122:10; 150:18;
152:11; 172:18

P

p.m - 152:24; 230:19
PAGE - 232:2
page - 172:13; 187:14; 190:23;
209:25; 212:4; 213:11; 232:25
Page - 99:4; 102:10; 110:23;
213:16; 231:10; 232:4
Page___ Line___
SHOULD - 234:6, 8, 10, 12,
14, 16, 18
pages - 82:5; 199:24
paid - 204:8
paper - 189:5

paragraph - 72:5; 74:7; 90:23;
91:21; 95:3; 99:6; 100:10;
112:15; 113:10; 130:24;
134:21; 138:16; 149:13;
158:23
Paragraph - 67:15; 72:24;
74:14; 75:19; 84:3; 90:12;
91:2; 97:9; 99:5, 12, 25;
100:3, 16; 102:9; 104:17;
112:25; 116:20; 124:9; 128:5;
157:17, 24; 158:24; 167:11;
216:11
paragraphs - 99:19
Paragraphs - 67:10, 12; 75:13,
15; 110:25; 201:24
pardon - 18:22; 23:4; 30:16;
93:21
part - 13:3, 9, 11; 18:11; 34:7;
36:11; 46:3; 50:7; 56:24; 57:8;
61:20, 22; 62:2, 23; 79:15;
84:21; 88:10; 94:17, 21; 95:6;
96:8; 111:14, 21; 129:18, 22;
135:12; 138:7; 146:2; 153:24;
155:5; 157:7; 170:15; 180:7;
203:20; 210:16; 212:21
part-time - 18:11
partially - 42:2; 65:7; 229:2
participants - 213:23
particular - 15:9; 34:9; 37:22;
46:16; 48:12, 18; 66:8;
112:14; 126:3; 134:17; 149:9;
162:16; 165:20; 168:16;
178:19; 179:4; 211:18; 217:2
particularly - 173:9
parties - 3:8; 230:7; 231:13
partner - 32:8, 10, 13; 40:9;
41:14; 42:19, 22-23, 25;
43:18, 25; 44:3, 10; 48:7
partnered - 32:23; 41:8, 25
partners - 31:20; 32:5, 14, 22;
33:12; 35:13; 48:6; 54:3;
101:12
partnership - 40:21
party - 16:3; 190:12; 192:21;
204:16; 226:19
pass - 90:9
passed - 154:23; 155:2, 7, 10
past - 122:9; 124:24; 140:23;
141:10; 159:14; 198:18, 24;
205:19, 21
path - 62:20
patrol - 23:16; 24:4; 25:2, 23;
26:2, 8, 11, 19; 27:24; 28:3, 7,
10; 35:8; 43:15; 46:9, 21;
47:7, 10; 48:7, 10, 12, 21;
51:7, 13; 104:8; 133:25;
142:20, 22; 144:14; 148:18;
159:5; 162:2; 163:3; 178:12;
216:21; 217:5; 219:19
patrolling - 86:22
Patterson - 32:13, 16; 33:6, 9,
13; 34:3; 35:13; 39:22; 40:22;
41:8; 45:17; 57:18; 87:7;
89:15; 106:20; 107:12;
108:11, 13, 18; 144:7
PAUL - 1:12; 2:13
Paul - 7:5
pay - 148:25; 164:12; 224:10,
14, 22
payable - 19:14
paying - 201:7, 12
payment - 225:2
PBA - 151:6, 10, 16, 18; 152:2,
20; 159:12; 160:10; 172:20,
23; 176:13; 200:21
PCP - 125:5, 10; 130:6; 212:15;
213:19
PDA - 21:25
Pelham - 20:6
penalty - 149:3
people - 21:25; 45:24; 60:18;
61:25; 64:18; 68:4; 69:10;

-242

79:11; 80:14, 19; 85:4, 19;
86:15; 88:17; 89:25; 90:8;
95:21; 100:13; 103:12, 14;
109:5; 113:22, 25; 114:2, 7,
10, 20; 115:4, 6, 12, 25;
116:4, 10; 118:17, 23; 119:5;
130:8; 133:8, 14; 134:15;
136:6, 13; 137:9; 140:10,
141:8; 145:20; 154:23; 155:4;
156:3; 161:6; 162:11; 166:13;
167:7; 175:13; 177:6; 203:21;
206:7; 212:17, 20; 220:20
People - 85:13
people's - 104:3, 6; 222:16
peoples' - 175:9
per - 229:7
perfectly - 230:17
Performance - 5:13; 190:18;
232:15; 233:14
performance - 187:19; 189:16;
197:22; 209:14; 210:22, 25;
214:5, 14, 21
perhaps - 12:25; 15:7; 43:3,
21; 60:3; 92:18; 164:6;
169:22; 198:21; 206:3;
208:25; 211:3
period - 38:8; 132:24; 184:23;
192:3; 210:20; 211:25
perks - 123:13
person - 14:17; 66:18; 75:5;
91:9; 127:9; 129:5, 15;
136:10; 162:13, 15, 19;
166:23; 168:12; 185:19;
186:25
personal - 154:4, 6; 174:13;
221:20, 25; 222:5
Personal - 190:18; 233:14
personalities - 45:22
personally - 104:22; 159:22;
161:2
Personnel - 5:13; 232:15
personnel - 175:4; 203:20
persuade - 104:15
persuading - 222:25
pertain - 203:13; 210:11;
211:17
pertaining - 40:18, 23; 173:23;
183:4; 185:22; 213:17
pertains - 210:21
phone - 60:8; 125:24; 126:5;
145:15; 174:3; 190:7; 193:12,
22; 195:17, 23; 196:3; 207:8;
219:4; 221:18, 20; 222:2, 8,
10, 13-15, 17; 229:22
phones - 21:25; 221:23; 222:5
Photocopy - 6:19; 233:5
photocopy - 199:20; 208:24
Photograph - 233:5
photograph - 6:19
phrase - 143:15
physical - 195:5
pick - 62:14; 70:7, 12; 84:5;
121:4
pictures - 209:5
place - 1:20; 67:20; 207:9
placed - 48:9; 64:19; 77:6;
157:18; 196:11
Plains - 1:24
plaintiff - 13:21; 14:18; 16:3
Plaintiff - 1:5, 19; 2:6
plan - 36:23; 46:12; 227:2, 6
planner - 88:8
planning - 48:15
play - 200:24
player - 88:9
PLLC - 2:6
PO - 166:6; 22; 213:4
pocket - 73:5, 19
point - 8:13, 19:21; 26:19, 21;
30:19; 31:19; 49:14; 50:25;

51:23; 52:24; 53:21, 23;
54:18; 57:17-19; 59:19; 60:16;
63:4, 21, 24; 64:10, 20; 70:5,
14; 74:6; 75:2; 84:23; 97:5;
137:24; 139:10; 151:24;
181:20; 183:16; 185:17;
206:2; 224:3, 18-19; 229:4
pointed - 131:3; 175:21
points - 142:24; 224:13
pole - 127:7; 142:11
Police - 18:19; 19:2; 51:20;
58:17; 79:20; 80:2; 85:13;
103:15; 127:12; 134:13, 20;
139:12; 140:13; 166:7;
173:22; 176:8; 190:14;
195:11, 25; 206:18; 207:9, 12;
208:14; 220:24; 227:16
police - 12:22, 25; 13:19, 22;
18:6; 22:22, 24-25; 23:8, 11,
15; 24:5, 10, 20; 31:14, 21;
33:18; 50:15, 24; 51:22; 55:3;
58:3, 13; 65:14; 77:19; 85:18;
112:2; 128:11; 133:6, 22;
134:19; 135:15; 136:5, 7, 14,
16-17, 19, 21, 23; 137:4;
140:23; 141:6; 146:4, 22;
150:6, 11; 151:21; 165:7, 9;
173:22; 175:5; 178:6, 15, 22;
179:15, 19; 181:3, 9, 19;
185:6; 187:25; 188:12, 19;
191:10; 192:24; 194:12, 14;
200:10, 21; 201:3, 13, 17;
202:7, 11, 14, 17, 25; 206:16;
209:6; 223:19; 224:8
polite - 159:24
political - 145:11, 15; 146:20
politically - 146:23
poor - 197:24
Port - 19:14; 21:17
posed - 8:24; 122:6
position - 14:9; 24:6, 22, 24;
34:2; 55:17; 133:8; 141:17;
159:17; 204:18; 218:15
positive - 129:21; 199:12
possesses - 146:21
possible - 218:23; 226:2
Post - 2:7, 12
power - 85:17; 90:6; 123:17;
127:6, 11; 133:4, 16; 134:6,
14; 139:5; 150:8; 176:12;
178:25; 198:14; 199:15;
219:11
powers - 65:3
precise - 88:13
predated - 42:15
predecessor - 96:2; 118:10
predicament - 216:3
predominantly - 58:12, 16
preferential - 177:2
prepare - 227:9
preparing - 145:3
presence - 24:20; 68:13; 78:6;
118:21; 119:2; 131:11
present - 63:14; 93:2; 102:4;
126:13; 131:7; 180:18;
219:18, 22
presented - 61:13; 213:5
president - 151:17; 152:20;
200:21
pressure - 129:9; 192:16;
225:13
pretty - 58:19; 130:10
previous - 101:14; 165:22;
186:10; 189:16; 191:24
priority - 201:8, 20; 206:9
prisoner - 40:10; 103:5
prisoners - 102:14, 21; 104:18;
106:10; 107:16
privacy - 207:6
privilege - 151:20; 176:11
privileged - 123:14; 151:9
privileges - 69:18

privy - 136:13; 145:14, 18;
146:24
probation - 24:13; 138:23
problem - 35:14, 16, 21; 59:20;
64:12; 80:9, 18; 85:5; 159:23;
160:6; 161:3; 200:14; 211:23
problems - 80:15
procedure - 170:15; 226:9
proceeded - 198:22
proceeding - 12:21; 16:2
proceedings - 15:25; 150:21
proceeds - 124:4, 18; 130:6
process - 21:11; 22:4; 182:23;
190:10; 225:16
processing - 21:9
produce - 96:5; 217:21
produced - 113:7
productive - 35:15; 49:7;
96:21; 118:4; 140:22; 141:2,
5, 7; 142:23; 220:6, 10
productivity - 60:3; 141:9;
142:17; 192:11; 199:3;
211:21, 24
profanity - 117:10; 118:12;
119:21; 168:10, 23; 183:12
professional - 185:8; 222:6
professionals - 174:12
program - 178:14
programming - 17:12
progress - 220:13
promote - 135:5; 138:16;
139:19; 140:17
promoted - 34:5; 36:17;
125:21; 138:2, 25; 141:20, 22;
142:9, 18; 151:24; 155:13, 16,
21, 23; 156:17; 165:15, 21;
166:16; 177:8
promotion - 139:10; 142:4,
7-8, 11; 154:11; 214:10
promotions - 153:25; 154:22;
157:9
properly - 201:11; 219:2
prosecutions - 13:5
prospective - 78:24; 89:4
protect - 195:14
protected - 137:20; 146:4;
198:20
protocol - 189:12
proven - 206:17
provided - 13:13; 81:11, 14;
161:9; 191:3; 199:19; 228:8
providing - 82:3, 7
Public - 1:20; 4:6; 230:25;
231:7; 234:24
publicized - 145:23
pull - 182:23; 213:7; 222:3
pulled - 146:17, 23; 215:7
punch - 103:5
punched - 162:7
punching - 64:23; 86:19;
102:15, 20; 104:17; 106:9, 25;
107:15; 108:2
punished - 80:7
punishment - 36:11; 89:7
purchase - 165:23, 25
purpose - 39:20; 40:16
purposes - 7:15
purse - 74:25; 92:4; 101:3
pursuant - 1:19
pursuit - 162:2
push - 118:6; 124:23
pushed - 119:19
put - 73:22; 74:13, 17; 75:21;
76:3, 5, 18; 79:11; 92:22;
107:15; 113:4; 139:7; 189:5;
199:3; 201:16; 204:19;
205:24; 206:15; 221:5
putting - 78:2; 91:15; 109:5;

122:10

**Q**

qualified - 138:19; 139:20;
140:17
quality - 24:16; 63:9; 185:10;
192:10; 197:23; 211:14
quantity - 185:10
question's - 9:5
questioned - 79:8
questions - 7:12; 8:2; 46:23;
141:9; 230:11
quick - 81:5
quickly - 175:19
quit - 129:8, 10
quite - 56:23; 114:15; 208:4
quoted - 71:2

**R**

race - 34:12; 67:5; 131:4, 15;
133:3, 7, 10; 134:16; 138:6;
156:19
racial - 34:20; 95:7, 16; 112:17;
208:14, 16
racially - 181:6
racism - 85:16
racist - 59:13; 60:17, 22; 66:21;
67:17; 69:23; 112:12; 113:12;
115:21; 123:18
raise - 117:18; 141:9
ran - 61:7; 64:15; 88:12;
132:22; 138:13
random - 48:9
randomly - 46:12
rate - 142:12
rates - 80:21
rather - 63:6, 11
RAYNOR - 1:8
Raynor - 133:25; 134:5;
150:12, 14; 177:5; 183:3, 6;
189:24; 227:20
Raynor's - 183:11
RD - 19:13; 21:16, 18
reaction - 77:3
READ - 234:6, 8, 10, 12, 14,
16, 18
reading - 90:22; 91:19; 221:9
ready - 226:10
real - 85:20
realistic - 96:14
realized - 61:18; 73:21, 25;
74:15; 75:20; 76:5; 77:4;
92:21; 102:25; 109:25;
192:23; 226:6
really - 43:9; 46:18; 47:18;
48:4, 8, 68:7; 87:18; 95:24;
102:8; 103:16; 104:25;
105:16; 108:4; 114:9; 116:12,
18; 117:14, 18, 22; 118:2;
123:22, 24; 126:23; 131:23;
134:11; 135:8, 24; 136:5, 12;
137:10; 138:3; 147:17;
150:17; 160:5, 7; 161:22;
163:14, 21; 179:16; 183:14;
184:11
reason - 35:10; 64:11; 65:22;
88:6; 101:16; 201:6; 205:2,
12; 215:20; 218:9; 220:8
REASON - 234:7, 9, 11, 13,
15, 17, 19
reasons - 44:10; 90:10;
101:17; 109:19; 128:14;
198:17
reassign - 36:6
reassigned - 28:9; 36:3; 6-7,
10; 37:24; 38:15; 40:19;
43:15, 19; 47:12; 48:21;
50:22; 51:12, 18; 52:9, 17,

71:19; 78:23; 79:10; 144:13
reassignment - 35:11; 48:24;
51:5; 130:25; 214:10
rebate - 21:9
rebates - 21:11
Receipt - 6:13; 233:3
receive - 17:3; 65:17; 66:25;
135:16; 165:11; 215:17;
224:14
received - 17:6; 61:23; 88:22;
89:7; 143:22; 144:25; 145:15;
146:15; 148:11; 149:2;
165:12; 175:23; 177:12;
178:17; 180:5; 182:20; 183:5;
190:7; 191:13; 215:25; 222:9;
224:2, 6, 10; 228:22; 229:10
receiving - 226:21
recently - 15:15; 54:25; 55:3;
106:23; 107:13; 155:22;
177:9; 224:6
recess - 98:6; 152:23
recognize - 120:19; 171:20;
206:25; 210:5; 212:8; 217:14
recollection - 82:3, 7; 83:8
recommended - 225:25
record - 6:23; 7:2; 9:9, 11;
81:4, 8, 13-14; 82:2; 97:7, 18;
112:6, 21; 113:6; 121:25;
122:3; 130:3; 152:22; 158:2;
170:20; 193:22; 194:2, 6;
209:7; 222:8; 229:25; 230:4;
231:11
recorded - 193:14, 16, 20;
194:4, 13, 15, 17-18, 22-23;
195:7, 24
records - 77:20; 112:10; 113:2;
130:16, 20; 191:16; 196:2;
205:24; 209:18
recover - 66:11; 73:4; 125:16;
126:11; 226:25; 227:15
recovered - 131:17; 213:22
recovery - 225:18
recruit - 60:4; 62:5; 65:5
recruits - 178:15
rectify - 189:23
refer - 100:17
reference - 80:19; 99:18;
124:8; 126:3; 201:23
referenced - 15:12; 187:21
references - 186:24
referred - 99:19; 154:3
referring - 51:6; 84:2; 86:18;
91:24; 92:2; 105:8; 109:20;
138:10; 149:6; 154:7; 188:20;
229:5, 18
refers - 100:6, 20
reflected - 209:19
refrained - 65:9
refresh - 15:5; 202:10
regarded - 157:4
regarding - 41:24; 66:19;
67:13; 120:24; 130:5; 132:10;
157:15; 164:16; 167:12;
173:2; 174:20; 177:17; 178:3;
187:25; 200:2; 209:13
regardless - 147:23
regime - 88:10, 17, 19; 129:23;
133:15, 19-20; 137:25; 138:7,
9; 154:3
Regional - 22:14
registered - 125:7
regular - 48:7
regulations - 79:19; 80:25;
90:5; 180:19
Reimbursement - 204:13
relate - 100:4; 217:10
related - 23:14; 231:13
relations - 24:10
relationship - 12:2; 65:23;
66:15; 68:7; 146:12; 154:19;
160:5; 185:8; 203:17

relationships - 154:4, 6
relied - 171:14
reluctant - 179:23
rely - 195:11
remained - 28:19
remark - 204:17
remarks - 95:8, 16; 116:22
remember - 14:2, 10, 19-20, 24; 15:2, 8-9; 16:5, 20; 18:3; 20:18; 21:6; 26:10, 15-17, 20; 29:12, 15; 30:12; 31:4, 9, 13, 17, 19; 33:16, 23; 34:6; 38:4, 9; 42:12, 17; 43:4, 8, 10, 22; 46:23; 47:18; 49:17; 50:16, 19, 22; 52:17; 54:8; 56:13-15; 61:10; 69:4; 71:5; 75:3; 76:10; 77:18, 20; 78:10; 79:4; 81:20; 93:9; 97:20-22, 25; 103:6; 110:16, 21-22; 112:8, 23; 113:5, 9; 119:3; 120:9-11; 121:24; 127:17; 128:4; 130:7, 22-23; 133:23; 140:9; 148:5; 149:7; 163:11; 165:17, 23; 166:20; 167:21; 168:4, 20-21; 169:21; 176:20; 178:19; 184:9; 186:15; 187:23; 188:16; 197:13; 200:4; 202:8, 12-13; 205:16-18, 21
remind - 151:9
reminded - 9:22
repeat - 7:19; 154:8; 228:19
repeated - 85:17; 141:11
repeatedly - 75:9; 86:15; 102:11, 14; 108:4
rephrase - 7:14; 8:6, 10; 19:18
replaced - 86:13
replied - 72:9
Report - 4:13, 16, 22; 5:4, 19; 98:15; 110:12; 153:9; 232:7, 10, 12, 18; 233:7, 9
report - 40:16; 42:8; 78:11; 79:20; 80:23; 84:16; 85:22; 87:3; 91:9, 11; 93:13, 16, 23; 94:5; 97:3; 105:20; 106:2, 12; 109:12, 15, 22-23; 110:5, 7, 10-11, 18; 111:16; 126:24; 127:14, 25; 128:3; 132:9; 136:23; 163:13; 166:5, 23
reported - 29:10; 52:12; 53:7, 15; 83:23; 93:17, 19; 105:25; 106:7, 15; 109:22; 134:9; 182:4; 206:4; 207:15; 215:22
Reporter - 1:25; 231:7
reporter - 9:21
REPORTER - 231:22
reporting - 29:16
REPORTING - 1:23
reports - 109:11; 130:8, 21; 136:8, 24; 137:7
represent - 7:7; 81:12; 208:13; 210:10
representatives - 172:21
represents - 95:19; 176:13; 207:19; 208:7; 210:12
reprimanded - 148:16
reputation - 103:8, 16; 159:2; 167:12
request - 95:14; 121:17; 217:19, 23; 226:11, 13
requested - 28:2, 8; 40:5, 13; 59:16; 222:8
requesting - 95:5
required - 172:17
rescinded - 139:4, 11, 24; 140:3
research - 62:16; 199:10
reserved - 3:19
residence - 207:9
resident - 64:21
residents - 128:12
resolve - 197:7

resolving - 22:4
resource - 173:21; 180:25
resourceful - 118:8
resources - 181:5, 13; 182:5; 185:19; 186:25; 192:25; 193:2; 199:10; 219:9; 222:4
respect - 36:19; 87:25; 100:16; 104:16; 150:18; 225:24
respectful - 43:12
respective - 3:8
respectively - 221:7
respond - 219:25
responded - 198:5
responding - 171:9; 217:19
response - 80:22; 82:9, 15-16; 108:10; 115:10; 116:19; 127:13; 141:15; 189:16; 221:7
responsibilities - 26:13
responsibility - 65:3; 203:21
responsible - 22:16; 42:10
rest - 223:7
result - 35:22; 38:2; 158:20; 171:8; 175:14, 17, 24; 176:22; 198:14; 205:5; 214:13, 16; 215:4, 16-17; 216:2
results - 80:5; 110:3
resume - 230:9
resumed - 98:7; 152:24
resurrected - 137:24
retain - 124:4
retaliate - 198:13; 205:3; 215:15; 219:13
retaliated - 148:24; 171:13; 205:9
retaliating - 219:10
retaliation - 134:14; 172:11; 191:10; 199:14; 208:20; 215:5
retaliatory - 147:18; 174:18, 21
retired - 43:8; 54:2; 55:2; 79:3
return - 40:5; 125:11
returned - 54:10, 16; 219:3; 222:14, 17
rewarded - 138:8
RICHARD - 1:10
risk - 122:7; 123:5; 206:11
RMP - 200:9
RMP's - 200:8; 201:4, 6, 10
Road - 2:7
ROBERT - 1:12
Rochelle - 20:25; 21:10; 22:18
rocking - 213:5
role - 203:25
room - 9:25; 85:9; 90:3; 228:6
Roosevelt - 1:16; 4:3; 7:3
rotates - 48:2
rotating - 47:23; 196:19
rough - 103:21; 105:11, 13
route - 63:5
routine - 195:18
routinely - 112:12, 16
rule - 9:17; 149:23; 150:8
rules - 8:20; 79:19; 80:25; 90:5; 180:19
run - 134:14; 136:5, 17
running - 88:14
runs - 136:7, 14
rushing - 63:10
régime - 68:11

S

safe - 70:19; 101:10; 102:4; 118:19; 189:25; 194:17; 218:18
safety - 39:24; 40:24; 122:6; 123:5; 201:8, 20
salary - 223:23

sales - 20:8, 13; 21:23; 124:4, 18; 130:6
sat - 43:6; 70:17; 96:14; 181:9
satisfaction - 184:4, 6, 12-13, 15; 189:18
satisfactory - 185:9, 11-13; 191:6; 197:23
saw - 73:19; 75:4, 10; 76:17, 22, 25; 84:19; 89:17; 91:6; 106:24; 108:2; 111:25; 116:10; 121:16; 159:23; 161:23; 163:19; 168:16; 181:11
scared - 85:4; 111:24; 132:15, 18
Scarsdale - 2:8
scene - 164:4; 166:9
schedule - 48:2; 182:9
schedules - 46:11
school - 16:11, 13, 16-17; 18:9; 19:20; 22:17; 129:20; 173:13, 19, 23
schools - 17:4
science - 17:13
score - 155:10; 179:5
screaming - 114:7, 24
screen - 208:24
Screen - 6:16; 233:4
screens - 209:20
sealing - 3:8
Sean - 218:13
search - 66:5, 14; 68:4; 69:6; 70:9; 72:21, 25; 73:12, 15; 74:5; 92:16, 20; 111:10; 120:3, 14; 131:17, 24
seat - 105:10
seated - 8:19
second - 8:13; 27:12, 16, 18; 47:6; 51:8, 16; 52:10; 53:7; 54:4-6; 55:6; 57:2; 71:10; 226:2, 12
secret - 109:7
section - 113:24
sectors - 48:10
secure - 44:25
see - 21:5; 73:4; 74:9; 75:17; 79:22; 91:25; 99:9, 15; 108:22; 113:13; 144:11; 163:10; 170:16; 181:16; 187:10; 205:12; 206:14; 212:22; 220:23
seeing - 116:13
seek - 192:24
sees - 129:14
sell - 125:5, 10, 20
send - 203:24
sending - 165:18, 23; 175:17; 176:22; 215:9
senior - 60:12; 62:17
sense - 72:7; 168:13; 174:22; 192:9
sent - 121:21; 171:11, 23; 172:3; 175:8, 12, 16; 177:5; 178:24; 198:6; 229:16
sentence - 187:2
separate - 72:16; 222:5
separated - 32:21
September - 14:14; 28:11, 17, 22; 190:3; 223:13; 224:11, 15
SERGEANT - 1:12
sergeant - 29:10; 30:6, 9; 40:19; 52:11, 19; 22; 53:25; 55:6, 14; 79:3; 102:3, 22; 138:2; 151:21, 23; 160:20; 161:20; 165:22; 166:17; 178:21; 179:6; 184:9; 194:16; 227:2, 4
Sergeant - 7:8, 25:10; 29:18, 24-25; 30:3; 40:2; 42:4; 49:12, 14; 52:14, 18, 21; 23-25; 53:2,

9-10; 54:22, 24-25; 55:7, 15, 18, 24; 56:4; 58:11, 13-14; 59:14; 62:24-25; 60:5; 16-17, 21; 61:6, 14; 62:7, 25; 63:24; 66:3, 9, 16, 20; 67:6, 13, 16; 68:6, 8, 20; 69:12; 70:2; 71:17, 20, 23; 72:6; 73:10; 75:3; 76:17; 83:9, 13-14, 16; 84:4; 85:22; 86:6, 10, 12, 14; 87:4, 12, 20, 24; 88:9, 15; 89:8, 11-12; 90:14, 17, 20; 91:2, 7, 11, 16, 21; 92:16, 24-25; 93:3, 10, 14, 20, 24; 94:4, 9, 12; 95:4, 15; 96:3, 25; 97:4, 14; 99:13; 100:4, 8, 11, 18, 20-21, 24; 101:2, 10, 15, 20; 102:4, 16, 21; 104:2, 5, 20; 105:25; 106:2, 4, 7, 11-12; 108:6; 109:13; 110:7, 16, 20; 111:14, 20-21; 112:15; 113:11; 114:12, 18, 25; 115:13; 116:20; 118:10, 15; 119:13; 121:23; 122:21; 123:6; 124:3, 14, 20; 125:15, 25; 126:20; 128:8; 133:9; 17-18; 135:18; 137:16; 141:12; 143:12; 152:7; 155:9, 13; 157:15, 21; 158:19, 24; 159:9; 160:3, 9, 12-13, 24; 161:5; 162:4, 10, 20; 163:5; 164:17; 167:15; 174:17; 177:12, 22; 178:8; 179:3, 5, 7, 21; 180:17; 184:24; 188:25; 189:4; 190:8; 191:8; 192:2, 4; 193:10, 15; 194:10, 19, 25; 195:16; 21-22; 196:13; 197:10; 198:4, 23; 199:25; 200:6; 205:19, 21, 23; 207:16; 214:17, 19; 215:16; 217:11; 218:8, 12, 14; 219:20; 220:4; 221:6; 222:17; 223:6; 227:17
sergeants - 29:15, 21; 31:10; 46:23; 47:16; 53:6, 18; 155:7, 20
series - 7:11; 226:17
serious - 132:16
serve - 27:11; 140:7
served - 28:4, 7; 43:24; 137:12
Service - 224:9
service - 154:22; 215:24
SERVICE - 1:23
serving - 134:23
set - 66:8; 132:17; 173:2; 182:13; 188:3, 9; 189:7; 231:10, 17
settled - 15:13-15, 17
seven - 148:25
several - 103:20; 105:2, 18; 144:14; 164:21; 165:2
severe - 122:8
sexes - 11:20
Sexton - 155:9; 194:20
shall - 207:11
share - 45:25; 147:5
shared - 45:15; 96:15; 147:7
sharing - 96:17
shed - 176:24
SHEET - 234:2
shield - 63:22; 96:20; 134:23; 135:18, 22-23; 137:14, 25; 143:23; 144:17, 25; 146:15; 148:2; 150:19; 152:16; 211:23, 25
shields - 135:16; 136:21; 145:8
shift - 200:14
shifts - 47:23
shit - 67:19-21; 119:5; 126:15
shooting - 21:24; 22:3
short - 24:11; 53:9; 132:5
Shorthand - 231:7
SHORTHAND - 231:22
shortly - 42:20; 43:14; 50:9; 97:17; 140:11; 177:19

shot - 208:25
Shot - 6:16; 233:4
shouting - 114:7; 167:18
show - 38:16; 81:3; 98:18; 130:14; 184:17; 202:22; 206:14; 209:23; 211:2; 217:9
showed - 126:19; 200:5; 213:18
showing - 114:25; 142:21; 171:17; 199:17; 206:20
shows - 199:4; 213:17
shuffled - 175:19
shuffling - 175:10
shut - 79:17; 80:11
sick - 157:18; 158:11; 169:25; 170:3, 7, 20, 25; 172:10; 173:4; 174:2, 9, 15-16, 24; 175:3-5; 176:3, 17; 177:17; 185:23; 186:12; 187:20; 200:6, 25; 201:15; 204:23, 205:2, 4, 11, 14, 17; 206:4, 7, 10, 15
sickness - 206:12
side - 48:14; 133:12; 146:18, 24; 176:12
sign - 179:24; 180:3, 5
signature - 38:23; 208:11
signed - 3:10, 13; 180:6
significance - 210:4, 24; 211:9; 212:10; 213:15
Significant - 153:8; 233:9
signifies - 211:20
signing - 74:2
similar - 31:11; 46:22; 144:4; 164:3
single - 11:7
singled - 89:23
sitting - 219:17
situation - 45:4; 65:12; 132:20; 137:22; 150:19; 164:3; 165:14; 190:12; 201:19
six - 57:13
skin - 131:4; 147:23
skinned - 150:17
slap - 103:4
slapping - 86:18; 102:15, 20; 104:17; 106:9; 107:16; 116:8
sleeping - 175:6
slip - 173:11
slipped - 28:11; 226:5
slow - 7:14
smart - 21:25
so-called - 141:7
sold - 125:12; 126:2, 6
solutions - 22:16
someone - 21:3; 49:4, 6, 9; 87:6, 10; 89:21; 93:13; 102:25; 110:14; 121:23; 162:2, 12; 164:2; 169:2; 183:5; 189:12; 191:14; 200:13; 205:4, 7; 206:3, 11; 222:11
someplace - 12:13
sometime - 15:21; 25:16; 27:6; 28:5; 71:14, 21
sometimes - 37:7; 44:20; 45:6, 18; 46:11; 122:25; 154:11; 206:13
somewhat - 36:10; 142:23
somewhere - 66:12; 111:8, 13; 193:4
son - 11:21, 23; 138:23, 25; 139:6, 15
soon - 144:18
sorry - 20:10; 21:8; 54:24; 50:25; 108:18; 115:6; 138:22; 148:9; 157:21; 163:6; 184:19; 200:10; 228:14
sound - 9:25; 18:20
sounds - 22:21; 63:17; 93:17

244

south - 48:14
SOUTHERN - 1:2
speaking - 37:21; 38:12, 14; 81:23; 103:11, 24; 105:10; 114:9; 115:25; 117:15; 122:21; 169:4; 194:19; 198:16
speaks - 167:23
special - 154:18
specialization - 17:10, 15
specific - 24:19
specifically - 47:19; 50:21
speed - 48:5
spell - 203:8
spending - 152:17
spoken - 169:8, 12
spot - 79:12
Square - 1:16; 4:4; 7:3
ss - 231:4
SSD - 191:14
stability - 122:8
stalls - 113:23; 116:7
stamp - 81:16; 82:18, 21
stamped - 81:9; 120:18; 171:18; 184:18; 185:25; 190:24; 199:18; 206:21; 208:2; 211:6; 212:5; 213:12
stand - 150:6
stands - 127:9
start - 17:25; 18:23; 19:5; 194:9
started - 18:18; 22:22; 47:7; 114:7, 20, 23-24; 116:6; 129:20; 156:9, 13, 16; 163:2, 21, 24; 175:9
starts - 137:6
State - 1:20; 151:5; 231:8
STATE - 231:4
state - 6:22, 25; 89:19
statement - 208:8
states - 19:22, 25; 218:21
STATES - 1:2
stating - 4:2
status - 28:20; 225:23
stay - 146:25
stayed - 227:7
steady - 47:25; 48:3; 196:18
steal - 85:23
stealing - 90:15; 91:4, 23; 99:14; 104:3
Stefano - 29:25; 30:6; 40:2, 19; 42:4; 49:12; 52:14; 53:9; 55:7, 25; 71:16
stepped - 125:24
steps - 63:7
still - 30:21; 48:2; 50:6, 10; 53:20; 57:10; 59:13; 88:15; 109:21; 137:18; 143:22; 154:25; 155:3; 191:6; 196:2, 15; 218:6; 220:8; 225:14
STIPULATED - 3:6, 17
stocking - 21:13
stole - 132:11
stood - 191:11
stop - 94:21; 108:8; 114:23
stopped - 126:9; 227:13
stopping - 211:15
store - 20:4
stories - 181:15
straight - 80:3
street - 10:21; 180:25
Street - 1:24; 111:9, 12
streets - 86:21; 103:9, 21; 105:13
strength - 35:19; 37:13
stress - 225:14; 227:10
strong - 85:2; 160:5
struck - 166:8
stuck - 95:2
student - 218:16

study - 227:7
stuff - 20:13; 104:12; 120:7; 132:15
stupid - 168:25
submissive - 126:17
submit - 203:22-24; 217:17
submitted - 172:24; 173:11; 180:12; 182:16, 18; 186:4, 17, 19; 188:15; 208:4, 22; 210:7; 220:21; 221:7; 226:13
subordinate - 109:23; 167:17; 168:8; 197:4
subordinates - 48:3; 159:3, 15, 19; 167:14; 176:14
Subscribed - 230:23; 234:22
subsequent - 121:16; 125:8; 177:16; 180:24; 190:5; 196:10; 215:8; 226:4
subsequently - 34:4; 55:15; 56:3; 57:5; 61:15; 79:7; 89:10; 131:20; 150:4; 166:15; 171:13; 175:8; 204:21; 218:2; 227:12
substance - 72:7, 9; 131:2; 151:12; 178:7
sued - 164:11
suffer - 170:23
suffering - 122:14
suggested - 45:23
suit - 150:23, 25
Suite - 1:24; 2:7
suited - 36:5
summary - 179:17
Summons - 98:12, 19, 24; 233:6
summons - 185:5
superior - 111:17; 114:16; 118:24; 127:15, 21; 168:11; 173:10, 16; 216:19, 21
superiors - 171:12
supervise - 199:5
supervised - 196:17
supervising - 181:8
supervision - 63:23; 71:15; 86:6; 143:13
supervisor - 35:23; 37:19; 39:10; 41:22; 42:3, 23; 43:7; 48:16; 49:13; 52:20, 22; 55:6, 9, 11, 15; 71:24; 72:2; 83:12, 23; 87:16; 95:18; 104:2; 106:16; 108:23; 109:24; 110:11, 13; 115:19; 116:12; 127:5; 145:12; 159:13, 25; 168:12; 171:24; 173:15; 176:6; 177:2, 19; 179:23; 184:24; 189:3; 192:5, 8; 197:2, 8; 199:6, 8; 204:25; 207:13; 214:24; 218:12; 219:19
supervisors - 35:25; 37:19; 45:19; 46:24; 47:14, 24; 48:2; 49:22, 25; 50:2; 63:3; 87:9; 115:15; 132:4; 137:17; 138:12, 156:11; 165:17; 166:18; 178:12; 196:14, 14, 17; 178:18; 196:19; 198:20; 203:25
supplemented - 207:24
support - 45:10; 132:21; 139:17; 208:5
supposed - 221:24
Supreme - 151:5
surgery - 225:25; 226:2, 11-12, 23-24; 227:8, 11, 13
surprise - 147:16
surrounding - 59:9; 217:21
surveillance - 36:24; 37:6; 46:15
suspect - 39:23; 55:17; 66:9; 74:25; 85:24; 92:13; 93:5, 7, 12, 18; 99:21; 100:7; 101:4, 22; 110:25; 111:4; 112:7;

125:4; 162:7, 21, 23; 164:5; 218:13; 226:5
suspect's - 90:16; 91:4, 23; 99:15
suspects - 37:8; 45:2, 7; 73:2; 77:17, 21; 85:24; 86:7, 10; 89:9; 100:5, 19, 22; 101:24; 103:10; 109:5; 125:16; 126:10, 12; 209:8, 10; 210:13
suspend - 230:8
suspending - 148:24
sustain - 214:25
swallowed - 39:23
Sweeney - 7:6
SWEENEY - 2:13; 4:8; 6:21; 9:8; 11:12; 12:7, 24; 13:17, 20; 19:3, 18; 20:10; 23:6, 22, 25; 25:2; 26:15; 27:8; 29:4; 30:21; 32:2, 19; 33:15; 36:12; 47:5; 76:13; 81:12, 21; 82:10, 17, 23; 83:3; 90:19, 22; 94:2, 7; 95:11; 98:5, 9; 105:23; 109:17, 20; 110:12; 119:15; 120:17; 121:25; 128:25; 129:8; 141:24; 150:24; 152:15, 22; 153:2; 157:12; 158:14; 160:16; 161:13, 17; 168:6; 169:16; 181:23; 183:19, 21; 188:6; 190:15; 193:25; 194:9; 197:20, 25; 214:14, 19; 221:14; 223:21, 25; 228:4, 16; 229:6, 25; 230:5
swept - 166:14
swollen - 162:16
sworn - 3:11, 13; 4:5; 230:23; 231:10; 234:22

T

T's - 195:13
talks - 134:21
tape - 193:12
target - 36:25; 215:11; 216:14
targeted - 158:16, 19
targets - 60:17
task - 63:6, 8, 12; 132:2; 139:2, 16, 23; 141:17; 142:3, 10, 13, 18-19, 25; 212:14; 213:20
taxed - 225:3
taxes - 224:11, 14
TCA - 21:11
tea - 174:16
team - 45:10; 79:15; 88:8; 101:11
technology - 17:17; 21:23
temptation - 103:13
tenure - 211:21
tenured - 141:21
terminated - 137:23; 227:16; 228:9, 23; 229:3, 24
terminology - 128:22
terms - 16:19; 15:25; 43:16; 109:10; 156:2
TERRANCE - 1:8
test - 227:2, 4
testified - 4:7; 12:20; 13:5, 7, 15; 14:25; 42:9; 88:20; 154:10
testify - 10:9; 15:6
testifying - 14:6
testimony - 13:13; 14:12, 23; 41:6; 55:4; 58:4; 76:15; 77:7; 79:13; 85:21; 86:8; 87:20; 99:17; 100:2; 101:19; 139:25; 140:2; 153:24; 197:10; 231:11; 234:3
text - 202:24; 203:4, 12
THE - 7:19, 24; 9:2, 14; 11:10; 12:6, 11, 22; 13:16, 18; 16:9; 22; 110:25; 111:4; 112:7;

20, 23; 24:24; 26:14; 27:7, 9, 17; 28:15; 29:18; 30:16, 19; 31:24; 32:7, 17; 33:14, 22; 44:4; 47:4, 11; 49:2, 23; 51:8; 57:22; 76:11; 81:19, 23; 90:21, 24; 93:16, 21, 25; 94:4; 97:6; 105:22; 109:15; 110:9; 111:19; 112:13; 119:13; 128:17; 129:7; 143:8; 148:13; 150:22; 151:2, 14; 152:13; 154:8; 157:20; 158:12; 160:18; 161:11; 168:5; 170:4; 181:22; 183:18, 20; 187:7; 188:4; 193:24; 194:8; 197:18; 21; 203:11; 208:16; 214:7, 13, 16, 23; 221:13; 223:18, 22; 227:23; 228:12, 19; 229:4; 230:13, 16
theirs - 79:14
therapy - 195:5; 227:12
thereafter - 42:21; 97:18
therefore - 101:22
they've - 60:18
third - 113:18; 190:12; 192:21; 204:16; 226:19
third-party - 192:21; 204:16; 226:19
this_____day - 230:23; 234:22
threatening - 104:10; 180:6; 229:11, 13
three - 155:7, 19; 158:4, 25; 187:14; 213:11
three-page - 213:11
threw - 162:14
throughout - 127:8
Thursday - 117:20, 23; 119:9; 123:11
tighten - 170:17
time/sick - 173:12
timeframe - 29:16; 31:16, 23-24; 32:15, 17; 39:15; 41:10; 43:23; 47:3; 69:2; 71:7, 22, 25; 72:14; 77:22; 160:17; 162:24; 210:19
timely - 220:22; 227:15
title - 21:21
today - 10:8; 12:21; 90:11; 171:4, 7, 16; 230:9
today's - 81:11
together - 46:11; 100:12; 101:12; 102:7; 108:8; 160:4; 213:6
tole - 194:21
tolerated - 87:21
tone - 118:13
took - 10:11; 39:24; 52:25; 55:18; 68:21; 71:19; 73:7; 74:13; 75:10; 76:4; 86:14; 87:9; 93:11; 97:2; 99:8; 101:8, 24; 113:2; 117:19; 131:18; 132:5; 139:8; 180:16; 184:2; 198:18; 205:9; 224:20, 24; 225:6
tool - 62:19
tools - 120:4, 13
top - 102:10; 130:13
totally - 179:14; 191:20
totem - 127:7; 142:11
touch - 122:25; 123:16
tour - 31:5; 46:21; 47:6; 50:13; 53:8; 196:19
tours - 47:25; 48:2; 196:17
towards - 26:5; 28:8; 51:17; 69:15; 89:4; 94:19; 95:20; 114:10; 115:24; 116:4; 129:19; 159:3; 167:13; 168:5; 183:12
track - 55:20
tracks - 175:25; 191:22
traffic - 200:12
trained - 141:4

training - 26:12, 18; 210:14
transcript - 234:3
transfer - 80:15, 21; 95:5, 14; 120:21; 147:14; 166:6
transferred - 44:11; 56:19, 25; 57:24; 58:2; 61:3; 72:4; 87:13; 97:24; 103:19; 121:13; 136:9; 139:11, 13, 16, 22; 140:12; 143:9; 167:21; 168:17
transferring - 80:18
transition - 49:12; 103:25
transitioning - 52:3
treated - 59:14; 119:11; 162:10; 169:5; 175:11, 18; 214:11
treating - 188:2
treatment - 17:2
tremendous - 229:15
Trial - 1:19
trial - 3:19; 15:13
trials - 13:10
trick - 78:21; 79:11; 107:18; 162:6, 12
tried - 45:20; 60:4; 62:4; 65:5; 129:21, 24; 132:6; 166:11
trouble - 21:24; 22:2; 85:8; 137:19; 164:15; 175:8; 176:11
troublemaker - 80:8
true - 231:11
trust - 45:6, 12; 218:18
truth - 107:7, 23
truthful - 184:14
try - 10:4; 18:16; 49:23; 88:18; 175:20
trying - 55:20; 56:14; 74:19; 80:20; 162:3; 173:19; 225:21
turn - 9:3
turned - 60:12
turning - 102:9
twice - 77:12
two - 15:22; 43:21; 49:21, 25; 50:2; 58:20; 83:4; 98:9; 102:7; 119:2; 155:2; 158:2; 172:13; 174:2; 190:23; 218:4; 228:2; 230:11
type - 12:9, 15; 13:24; 65:11, 13; 101:16; 107:5; 114:3; 129:11, 17; 149:3; 196:25; 199:2; 204:12
types - 20:12; 154:6

U

ultimate - 87:17
uncomfortable - 84:18; 94:15
undefined - 46:19
under - 8:20; 47:15; 54:9, 21; 56:4; 57:5; 58:9; 59:15, 23; 60:16, 21; 61:5; 63:23; 66:3; 67:6; 68:10; 71:15; 73:9; 79:18; 80:24; 86:5, 10-12; 88:10; 104:5, 19; 106:11; 125:15; 128:9; 133:20; 134:7; 137:24; 143:12; 148:11, 17; 155:22-24; 156:14; 160:24; 162:10; 163:5; 166:15; 178:15; 192:15; 217:11; 218:8; 224:9; 225:13; 227:17
understood - 7:12, 17, 23; 8:16
uneasy - 70:3; 73:24; 80:13
unethical - 61:24
unfair - 174:17; 176:25; 192:6; 196:13; 207:17
unfairly - 59:14; 171:10; 175:18
unfairness - 195:9
unfit - 159:13
unfortunately - 80:6; 85:11; 141:6; 155:12; 206:16; 221:21, 24

uniform - 24:13
uniforms - 24:19
union - 200:21
unit - 24:11, 14; 25:11; 30:14,
    18, 25; 31:8, 15; 32:8, 12;
    33:19; 34:8; 36:5, 22; 37:15;
    42:20; 44:19, 25; 45:20; 46:8;
    48:22; 49:9, 16; 50:4, 7;
    51:14, 19; 54:7, 11-12, 16;
    55:23; 57:15; 58:10, 16, 21;
    59:17, 21-22; 60:14; 61:7, 15;
    62:15; 64:2; 67:6; 68:21; 70:3,
    16, 18, 23; 71:21; 72:3; 83:20;
    84:21; 87:13; 89:12; 92:19;
    94:14, 19, 25; 95:6, 19-20;
    101:18; 102:17, 22; 104:9;
    116:23; 120:25; 121:18,
    122:7; 124:23; 127:23; 128:8;
    130:16; 131:23; 132:3, 7;
    139:2, 7; 140:5; 143:19;
    144:6; 145:4, 16; 146:18;
    147:3; 160:25; 162:4; 211:13;
    212:18, 21; 218:12; 219:2,
    8-9, 19; 220:9; 221:22
unit's - 53:14
UNITED - 1:2
units - 24:8; 104:14; 128:9;
    213:3
unlawful - 225:5
unless - 205:4
unlike - 46:9; 145:13
unnecessary - 102:13
unofficially - 132:8
unprofessional - 183:14
unsafe - 45:5
untouchable - 131:13; 176:6
untruth - 197:17
unusual - 58:5, 19
up - 9:23; 36:3, 20; 37:16;
    38:11, 14; 41:8, 25; 57:11;
    60:6; 63:9; 64:18, 21; 68:3;
    70:8, 13; 84:6; 85:6; 86:7, 9,
    15, 17; 87:10; 89:21; 95:25;
    96:12; 103:21; 105:11, 15;
    107:20; 113:19, 22; 119:23;
    121:5; 125:17, 23; 127:9;
    132:4, 8; 142:11, 19-20, 24;
    150:7; 156:25; 157:16; 158:3,
    10, 13; 162:7, 13, 22; 164:5,
    9-10, 13; 165:17; 166:14, 19;
    169:25; 170:3, 8, 11-14, 17,
    19, 22, 25; 171:9; 173:3;
    174:17; 175:23; 176:21;
    177:16; 179:20; 180:2, 7,
    182:13; 185:22; 188:9; 189:7,
    11; 191:11, 21; 200:5; 206:14;
    207:15; 209:17
ups - 85:17; 176:9; 195:9
upset - 40:3, 19; 41:2, 22; 43:9,
    11; 108:4, 11; 139:3; 140:6,
    11; 141:8; 145:5; 146:14,
    174:7, 11, 15; 175:2; 176:22;
    178:22; 198:5; 200:16, 22;
    201:2; 218:25; 219:7
usual - 40:4
utilize - 37:2; 125:19; 199:9
utilized - 202:20

V

V-I-L-L-A-N-U-E-V-A -
    203:10
vacation - 224:20, 24-25;
    225:5, 10
vague - 117:17
Valhalla - 22:12
valuation - 197:18
value - 117:6
van - 202:7, 11, 17
varies - 18:12
various - 13:5; 20:12; 24:7;
    47:23; 48:10

vehicle - 68:14; 72:22; 92:18,
    20; 126:9; 148:8, 10, 17;
    159:5; 164:18; 166:9, 14;
    200:10; 202:19
vehicles - 73:2, 13, 16; 74:5;
    92:17; 201:13, 17; 202:14;
    220:23
vendor - 204:16
vendors - 113:23
vent - 223:6
verbal - 45:9; 170:13
verify - 98:24
VERNON - 1:8
Vernon - 1:17; 4:4; 7:4, 8; 18:7,
    19, 25; 19:8, 22:18; 58:17;
    67:18, 21; 79:19; 80:2; 85:11,
    13; 127:12; 128:12; 134:12,
    20; 173:22; 176:8; 190:13;
    195:11, 24; 204:11, 15;
    206:16; 207:9, 12; 208:14,
    211:14, 16; 212:15; 220:24;
    227:16
views - 46:2
Villaneuva - 203:6
Villanueva - 203:6
Villanueva's - 203:16
violation - 24:17
voice - 9:23; 117:18; 118:13;
    168:22
voiced - 35:19, 24; 37:18;
    40:17; 41:17, 20; 43:9; 70:6,
    20; 89:15; 127:10; 150:5
voicemail - 174:5
voicing - 107:19
volunteer - 49:5

W

wait - 145:8; 224:19
waive - 151:12
waived - 3:10
walk - 22:3; 183:12
wall - 215:13
Walmart - 6:13; 233:3
wants - 68:9; 80:15; 85:8;
    156:24; 157:2; 195:22; 222:19
war - 67:5; 131:4, 15; 133:3, 7,
    11
warrant - 66:5, 14; 68:4; 69:6;
    70:10; 72:22; 73:12; 111:10;
    120:3, 14; 131:17, 24; 222:8
warrants - 72:21, 25; 92:16
watch - 73:11, 21; 106:11
watching - 40:10
waves - 14:18; 130:2; 150:8
ways - 12:25
we" - 45:14
weaknesses - 35:18; 37:13
week - 43:21; 174:2; 182:17
weekend - 155:14
weeks - 43:20; 107:2; 227:12
weightily - 128:10
Weis - 19:13; 21:16, 18
WESTCHESTER - 231:5
Westchester - 1:23; 22:12
WHEREOF - 231:16
whiskey - 122:23
white - 38:13; 58:12, 15, 18;
    59:3; 63:3; 69:14, 17; 79:2;
    114:12; 115:25; 117:2, 16;
    118:2, 18; 119:11, 19, 21;
    123:14; 131:5; 133:12, 14-15;
    134:8, 25; 135:17; 137:11;
    138:10, 12-13, 19, 25; 139:6;
    141:21; 143:21; 144:24;
    145:7, 25; 147:24; 149:2;
    155:11; 156:6, 9, 11, 19;
    159:20; 164:4, 9, 13; 167:24;
    169:5; 173:16; 179:22;
    198:20; 216:4, 8

White - 1:24
whites - 133:4
whoever's - 171:10
whole - 108:14; 113:20; 162:6;
    164:14; 179:9; 185:5
wife - 12:4
wife's - 11:9
Williams - 181:2; 182:6; 186:4,
    17; 189:25
win - 88:19; 129:24
Wireless - 19:12
wish - 85:2; 185:13
withdrawn - 121:9
WITNESS - 7:19, 24; 9:2, 14;
    11:10; 12:6, 11, 22; 13:16, 18;
    16:9; 18:22, 25; 19:17; 21:5;
    23:4, 20, 23; 24:24; 26:14;
    27:7, 9, 17; 28:15; 29:18;
    30:16, 19; 31:24; 32:7, 17;
    33:14, 22; 44:4; 47:4, 11;
    49:2, 23; 51:9; 57:22; 76:11;
    81:19, 23; 90:21, 24; 93:15,
    21, 25; 94:4; 97:6; 99:22;
    105:22; 109:15; 110:9;
    111:19; 112:13; 119:13;
    128:17; 129:7; 143:8; 148:13;
    150:22; 151:2, 14; 152:13;
    154:8; 157:20; 158:12;
    160:16; 161:11; 168:5; 170:4;
    181:22; 183:18, 20; 187:7;
    188:4; 193:24; 194:8; 197:18,
    21; 203:7, 11; 208:16; 214:7,
    13, 16, 23; 221:13; 223:18,
    22; 227:23; 228:12, 19; 229:4;
    230:13, 16; 231:16
witness - 14:7; 81:18; 92:11;
    100:25; 116:9; 228:6; 231:10
witnessed - 85:19; 92:24; 93:4;
    101:2; 106:14; 122:10;
    168:15; 195:10
witnesses - 37:22
wondering - 82:14
word - 118:22; 183:5
words - 8:23; 67:22; 129:6;
    168:25; 218:17
workers - 160:9; 161:8; 212:17
Workers' - 226:8
works - 80:10; 134:18; 135:13;
    203:19
world - 223:7
worry - 146:25
worse - 78:16; 83:25; 96:6;
    102:16, 24; 121:17
worth - 117:6; 119:7; 129:17
write - 35:22; 39:10; 40:12;
    41:3; 70:15; 157:16; 158:3;
    169:25; 170:12, 19, 22, 25;
    174:17; 175:23; 180:7;
    185:22; 207:15
writing - 97:20, 22, 25; 170:11
written - 38:23; 96:12; 158:10,
    13; 170:3, 7, 14; 171:9; 173:3;
    176:21; 177:16; 180:2; 188:4
wrote - 70:16; 120:23; 149:12;
    197:5, 21
Wutte - 177:18
WUTTKE - 1:12
Wuttke - 7:8; 58:13; 59:25;
    88:11; 137:16; 157:15, 21, 25;
    158:19, 25; 160:9, 12, 14;
    161:5; 162:4, 20; 163:5;
    164:17; 166:8, 16; 167:15;
    170:10; 171:10, 14, 24;
    174:17; 177:12, 22; 178:9, 21;
    179:3, 7, 21; 180:17; 184:10,
    24; 189:4; 190:8; 192:4;
    193:10, 15; 194:25; 195:16,
    21-22; 196:13; 197:10; 198:4,
    23; 200:6; 205:19-21, 23;
    207:16; 214:17, 20
Wuttke's - 150:9; 191:8;
    194:10; 199:25; 215:16

Y

year - 16:19; 18:2, 5; 23:2;
    86:11; 104:21; 178:12;
    209:11; 218:10
years - 15:22; 106:22; 107:11;
    156:2, 25
Yonkers - 103:15, 18
YORK - 1:2, 8; 231:4
York - 1:17, 21, 24; 2:8, 13; 4:4;
    7:4; 103:18; 231:8
Young - 52:4, 6
yourself - 56:9; 202:24
yup - 116:24; 123:9; 150:13

Z

Zappone - 56:16, 18, 20, 23;
    58:2
zero - 185:5
zones - 148:18