**EXHIBIT 12**

# MOUNT VERNON POLICE DEPARTMENT
## SUPERVISOR'S REPORT (MV-93)

Supervisory Report Number: 93-2014-038

Distribution (D)epartmental/(C)onfidential: D

Special Distribution (Corp. Counsel or Other ): N/A

Related Incident Number: N/A

Incident Type: Violation of Rules and Regulations / Chronic Sick

**When Reported:**   Date   03/29/2014           Time: 1820 hrs

**Time of Occurrence:** Date:  N/A                    Time: N/A

**Location of Occurrence:** MVPD HQ

**Sector/Zone:** E   **Command Involved:** Patrol Division

Officer/Employee Involved - Shld - Asgnmnt - Involvement - Intvw

1.    PO Murashea Bovell        2017  - SQ15        -  Chronic Sick - Y


**Briefly Summarize:** After review of the Department Chronic Sick Police, Admin 2.023, the undersigned supervisor has determined PO Bovell meets the criteria set forth as a Chronic Absentee.

**Narrative:** On Saturday March 29, 2014 the undersigned supervisor reviewed the sick time of PO Murashea Bovell. Upon said review I found that PO Bovell has reported sick 3 times since 01/01/2014. These dates are as follows 01/22/2014, 02/03/2014, and 03/23/2014. On 01/22/2014 PO Bovell was scheduled to work Tour 3 and this was his first tour. On 02/03/2014 PO Bovell was scheduled to work Tour 3 and this was his first tour. On 03/23/2014 PO Bovell was scheduled to work Tour 3 and this was his last tour. As per the established policy regarding Chronic Absence, specifically subsection 1a, PO Bovell meets the criteria to be labeled Chronic Sick.

**Supervisor's Conclusions:** PO Bovell meets criteria to be labeled a Chronic Absentee as per MVPD Administrative Guide, Procedure No. 2.021.