# EXHIBIT 15

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    ------------------------------------x
     JENNIFER CARPENTER,
4
                              Plaintiff,
5             Case No.
              7:15-cv-00661-NSR
6                  - against -

7    CITY OF MOUNT VERNON, MAYOR ERNEST DAVIS,
     COMMISSIONER TERRENCE RAYNOR, CHIEF JAMES
8    M. DUMSER, DEPUTY COMMISSIONER RICHARD BURKE,
     CAPTAIN MICHAEL GOLDMAN, LIEUTENANT
9    PAUL NAWROCKI, LIEUTENANT MARIO CURZIO,
     and LIEUTENANT JOSEPH HUNCE, in their
10   official and individual capacities,

11                           Defendants.
     ------------------------------------x
12

13           EXAMINATION BEFORE TRIAL of the

14   Plaintiff, JENNIFER CARPENTER, taken pursuant

15   to Notice, held at Mount Vernon City Hall,

16   1 Roosevelt Square North, Mount Vernon, New

17   York 10550, on March 27, 2017, commencing at

18   10:15 a.m., before Judy Rosenberg, a Shorthand

19   Reporter and Notary Public within and for the

20   State of New York.

21

22

23           SANDY SAUNDERS REPORTING
          254 South Main Street, Suite 216
24            New City, New York 10956
                 (845) 634-7561

25

1

2      A P P E A R A N C E S:

3

4

          LEEDS BROWN LAW, P.C.
5         Attorneys for Plaintiff
                One Old Country Road, Suite 347
6               Carle Place, New York 11514

7         BY:  SAM B. SMITH, ESQ.

8

9         COUGHLIN & GERHART, LLP
          Attorneys for Defendants
10              99 Corporate Drive
                P.O. BOX 2039
11              Binghamton, New York 13902

12        BY:  PAUL J. SWEENEY, ESQ.

13

14

15

16   ALSO PRESENT:

17        Alec Francis
          Police Officer/Investigator
18        Internal Affairs
          City of Mount Vernon Police Department
19

20

21            *      *      *      *      *

22

23

24

25

1

2

3

4                          STIPULATIONS

5

6

7              IT IS HEREBY STIPULATED AND AGREED

8    by and between the attorneys for the respective

9    parties hereto that filing, sealing and

10   certification be and the same hereby are

11   waived.

12              IT IS FURTHER STIPULATED AND AGREED

13   that all objections, except as to the form of

14   the question, are reserved to the time of the

15   trial.

16              IT IS FURTHER STIPULATED AND AGREED

17   that the within examination may be signed and

18   sworn to before any Notary Public with the same

19   force and effect as though signed and sworn to

20   before this Court.

21

22

23

24

25

```
 1
 2        J E N N I F E R   C A R P E N T E R, having
 3   been first duly sworn by a Notary Public within
 4   and for the State of New York, was examined and
 5   testified under oath as follows:
 6
 7   EXAMINATION BY MR. SWEENEY:
 8        Q    Please state your name for the
 9   record.
10        A    Jennifer Carpenter.
11        Q    Please state your business address
12   for the record.
13        A    2 Roosevelt Square North, Mount
14   Vernon, New York 10550.
15             MR. SWEENEY:  Mark these, please.
16             (Documents are marked Defendants'
17        Exhibits A through DDD for
18        identification, as of this date.)
19        Q    Sergeant Carpenter, I am Paul
20   Sweeney from Coughlin & Gerhart.  I represent
21   the City of Mount Vernon and the other
22   defendants in this lawsuit that you have
23   brought against the City of Mount Vernon and
24   the defendants.
25             I am going to ask you some
```

```
                         Carpenter
1
2    questions under oath today.  If at any time you
3    don't understand my questions or want me to
4    rephrase it, ask it again, ask it a different
5    way, I will be happy to do that.  I am going to
6    assume that if you answer the question the way
7    I asked it, that you understood.  Is that a
8    fair assumption?
9         A    Yes.
10        Q    And just for the record, are you
11   taking any medications today that would prevent
12   you from testifying?
13        A    No, I'm not.
14        Q    Can you tell me a little bit about
15   your educational background?
16        A    My educational background?  I went
17   to all the, you know, local schools.  I
18   graduated high school.
19        Q    Which high school?
20        A    Mount Vernon High School.
21        Q    Okay.
22        A    I went to Westchester Community
23   College.  I got an associate's degree.
24        Q    In what?
25        A    In criminal justice.  And I got --
```

```
 1                     Carpenter
 2   I went to John Jay College of Criminal Justice,
 3   and I got a bachelor's degree in criminal
 4   justice.
 5           Q     What year did you graduate John
 6   Jay?
 7           A     John Jay, I graduated in 2004.
 8           Q     How about high school, what year?
 9           A     High school, 1982.
10           Q     And any education past John Jay?
11           A     Just a lot of training, just the
12   law enforcement training associated with my
13   job.
14           Q     In terms of training to be a
15   police officer, you went to the police academy?
16           A     Yes, I did.
17           Q     What year was that?
18           A     1994.
19           Q     And that was at Westchester
20   County?
21           A     Yes.  It was actually -- I went to
22   the police academy twice.  I started my career
23   as a housing officer.
24           Q     Housing with New York City?
25           A     Mount Vernon used to have a
```

```
1                    Carpenter
2   housing.
3           Q    Did you complete that first
4   academy?
5           A    I did.  The first academy was
6   peace officer status, so it's less training
7   than the traditional police officer status.
8           Q    And what year was that?
9           A    That was in 1992.
10          Q    And there came a time where you
11  went to a second academy?
12          A    I went back to the police academy.
13  Once I came over to the city of -- joined the
14  City of Mount Vernon Police Department in 1994,
15  then I went to the academy fulfilling their
16  requirements.
17          Q    So you graduated from the second
18  police academy to be a police officer?
19          A    Right.
20          Q    In 1994?
21          A    In 1994.
22          Q    Any formalized training past the
23  police academy, like the F.B.I. academy or any
24  other training like that?
25          A    I have gone to -- I have been
```

```
 1                     Carpenter
 2    trained with the F.B.I.  I've trained with
 3    Homeland Security.  I have trained with other
 4    agencies.
 5         Q    Is that like long-distance
 6    education, as opposed to did you go down to
 7    Quantico, Virginia to join the FBI Academy?
 8         A    No, just different training
 9    courses that I was able to take.
10         Q    All your training courses that you
11    completed, evidence of that would be in your
12    personnel file?
13         A    It should be, yeah.
14         Q    Can you tell me a little bit about
15    your family status?  You mentioned I think off
16    the record you have a daughter?
17         A    Yes.
18         Q    Can you tell me about your family?
19         A    I have a husband, a daughter,
20    sisters.
21         Q    Your husband, is he employed
22    outside of home?
23         A    Yes, he is.
24         Q    What does he do for a living?
25         A    He's a police officer.
```

```
 1                    Carpenter
 2         Q    And for the record, what is his
 3   name?
 4         A    Daniel.
 5         Q    Carpenter?
 6         A    Yes.
 7         Q    And he is employed by Mount
 8   Vernon?
 9         A    No, he's not.
10         Q    Who is he employed by?
11         A    Yonkers.
12         Q    Yonkers city?
13         A    Yes.
14         Q    And you have one daughter?
15         A    Yes, I do.
16         Q    And what is her name?
17         A    ███████.
18         Q    And how old is ███████?
19         A    She's 11.
20         Q    Any other children of the
21   marriage --
22         A    No.
23         Q    -- other than ███████?
24              Can you tell me a little bit about
25   your employment with Mount Vernon police?  You
```

1                     Carpenter

2    graduated the second academy in 1994?

3         A    Yes.

4         Q    And then you started as a patrol

5    person?

6         A    Right.

7         Q    What were your initial duties at

8    that time?

9         A    Patrol, yeah, just typical patrol

10   functions.

11        Q    How long did you do patrol?

12        A    I did that from 1994 to 1998.

13        Q    And what happened in 1998?

14        A    I was reassigned to the Detective

15   Division.

16        Q    And what assignments did you have

17   at the Detective Division?

18        A    I worked -- I was assigned at that

19   time to the Narcotics Unit.

20        Q    And who was your immediate

21   superiors in Narcotics Unit?

22        A    Mark Hackett, Sergeant Hackett.

23        Q    Anyone else?

24        A    Robert Kelly.

25        Q    Was he --

Carpenter

2     A    He was the captain.

3     Q    So you worked for Sergeant

4  Hackett?

5     A    Right.

6     Q    And he in turn reported to Captain

7  Kelly?

8     A    Right.

9     Q    In your patrol years, do you

10  recall who your supervisors were then?

11     A    Yes.  Sergeant Gormley, at one

12  time Lieutenant Dumser and Lieutenant -- I -- I

13  believe it was Curzio.  No, I think he was a

14  sergeant at the time.

15     Q    And in the detective bureau, you

16  worked primarily in the Narcotics Unit?

17     A    No, I worked in Narcotics Unit for

18  about a year, and then I was transferred to the

19  General Investigations Unit.

20     Q    And did you have a different

21  supervisor in General Investigations?

22     A    I worked under -- Robert Kelly was

23  the commanding officer, and John Roland was the

24  sergeant executive officer -- no, I'm sorry, it

25  was John Roland and Lieutenant Dumser was in

```
1                         Carpenter
2    the Detective Division at the time.
3         Q    So Narcotics, General
4    Investigation, any other assignments in the
5    Detective Division?
6         A    I worked Major Case, homicide.
7         Q    And who was your supervisor in
8    Major Case or homicide?
9         A    We reported to John Roland,
10   Sergeant Roland.  There was no separate major
11   case.  We just reported to the same
12   supervisors.
13        Q    Any other assignments in the
14   Detective Division?
15        A    I went from major case to the
16   Youth Unit.
17        Q    And any different supervisor in
18   the Youth Unit?
19        A    In the Youth Unit it was -- at
20   that time they had changed the leadership in
21   the Detective Division.  It was Captain
22   Fuccillo.  There were so many changes during
23   that time.
24             I know Fuccillo was there, and I
25   believe that one time -- Captain Pizzuti, he
```

```
1                        Carpenter
2    was there during the time when I was in the
3    major case, and then Captain Fuccillo came
4    upstairs.
5            Q     Any other assignments in the
6    Detective Division other than the ones you
7    listed?
8            A     I worked for the Intelligence
9    Center.
10           Q     Any different supervisor for the
11   Intelligence Center?
12           A     At that time, Robert Kelly was the
13   supervisor of the Intelligence Center; I worked
14   underneath him.
15           Q     Any other assignments?
16           A     Not -- that's it for the Detective
17   Division.
18           Q     And what happened after the
19   Detective Division?
20           A     I got promoted.
21           Q     To sergeant?
22           A     Yes, I did, I got promoted.
23           Q     What year was that?
24           A     That was December 2011.
25           Q     And then what happened?  Did you
```

                    Carpenter
1
2  have a different assignment in December of 2011
3  when you got promoted?
4        A    Yes, I did.
5        Q    Where did you go?
6        A    I went into the squad to supervise
7  the officers in patrol.  I went to the patrol
8  division.
9        Q    And in December of 2011, do you
10 recall who your supervisor was then?
11       A    December 2011, it was Lieutenant
12 Paul Nawrocki.
13       Q    Did there come a time when you had
14 a different supervisor after Lieutenant
15 Nawrocki?
16       A    After Lieutenant Nawrocki, it was
17 Lieutenant Curzio.
18       Q    Any other supervisors after
19 Curzio?
20       A    No.
21       Q    For how long did you serve in
22 the patrol division that you started in
23 December of 2011?
24       A    Till current.
25       Q    Are you currently assigned to the

```
 1                    Carpenter
 2   patrol division?
 3        A     Right.
 4        Q     Did you have a break where you did
 5   some other duties other than patrol division
 6   duties?
 7        A     Well, after I returned from the
 8   injury, I was assigned to develop our 21st
 9   Century Police Initiative.
10        Q     In what unit or division did you
11   fall under for that assignment?
12        A     Well, it really is -- it fell --
13   fell under the patrol division.
14        Q     Did you have an immediate
15   supervisor in that particular assignment other
16   than Lieutenant Curzio or --
17        A     No.  21st Century Policing
18   Initiative is a policing model.  So although my
19   desk was in the patrol division, I was
20   initially reporting directly to the
21   commissioner at the time, who was Robert Kelly.
22        Q     And what time frame was this?
23        A     This was from January of 2016 till
24   March of 2016.
25        Q     Was the police commissioner Robert
```

Carpenter

```
1                      Carpenter
2    Kelly for that entire duration?
3         A    Yes.
4         Q    And then there came a time where
5    you left that assignment?
6         A    No, when Robert Kelly was no
7    longer with us and Ronald Fatigate became
8    acting commissioner, there was no -- I
9    continued in the assignment, but as far as who
10   I reported to, it was not clear.  So I just
11   continued to work, and I just pretty much kept
12   him abreast of what was needed.
13        Q    When you say him, do you mean
14   Fatigate?
15        A    Fatigate.
16        Q    Did there come a time where the
17   21st Century Policing Initiative work that you
18   were doing ended and you were transferred to
19   other duties?
20        A    No.
21        Q    You still currently are still
22   doing that same assignment?
23        A    Yes.
24        Q    Currently, you said it was unclear
25   as to your reporting command.  Who do you
```

```
 1                      Carpenter
 2   report to now?
 3          A     I just -- the 21st Century
 4   Policing Initiative is a policing model.  And
 5   as the coordinator of the 21st Century Policing
 6   Initiative, my duties is to help coordinate
 7   that policing model with every aspect of the
 8   department.
 9               So what I do is, the -- the goal
10   of the department is to develop -- the goal of
11   the 21st Century Policing Initiative is to
12   develop the Mount Vernon Police Department as a
13   community policing department.
14               And so what I do is, a lot of the
15   community engagement developing the
16   relationships is an important part, building
17   trust in the community and building a
18   collaborative team between the community,
19   including faith-based schools so that we can
20   produce public safety together.
21               So what I've been doing is working
22   to develop those initiatives and the
23   collaboration with the community so that we
24   can -- and that's 21st Century Policing
25   Initiative.
```

1                        Carpenter

2          Q     Other than criminal proceedings in

3    which you may have testified as an officer or

4    as a sergeant, have you testified in any other

5    proceedings, lawsuits, litigation, civil?

6          A     Not that I remember.

7          Q     Have you brought any other

8    lawsuits?

9          A     No.

10         Q     This is your first lawsuit you

11   have ever filed, is the one we are here for

12   today, right?

13         A     Yes.

14         Q     Other than in those claims that

15   you filed in this particular matter, which we

16   will get to, have you filed any other notices

17   of claim against Mount Vernon?

18         A     No.

19         Q     In your complaint, at Paragraph

20   19, you allege that you were not introduced at

21   roll call -- I think this is in the January

22   2012 time frame -- by Lieutenant Nawrocki?

23         A     Right.

24         Q     Do you recall that allegation?

25         A     I do.

```
 1                      Carpenter
 2         Q    Can you tell me a little bit about
 3    that circumstance?
 4         A    Well, we were in roll call, and it
 5    was our first day.  It was my first day in roll
 6    call.  I previously -- I was assigned to the
 7    Intelligence Unit, Intelligence Center in White
 8    Plains.
 9              So this being my first roll call,
10    I wasn't familiar with the officers, and they
11    weren't familiar with me.  And so Lieutenant
12    Nawrocki conducts roll call, and he never
13    introduced me.
14         Q    You indicated Lieutenant Nawrocki
15    did the roll call.  Is there any protocol about
16    who does the roll call between a sergeant and a
17    lieutenant?
18         A    As far as who does the roll call?
19         Q    Yes, who does it?
20         A    No, I -- it -- the -- the
21    lieutenant is the commanding officer, so he
22    pretty much decides who does the roll call.
23         Q    So a lieutenant can do his own
24    roll call?
25         A    Yes.
```

```
                          Carpenter
 1
 2        Q    Or the lieutenant can delegate to
 3   the sergeant?
 4        A    Yes.
 5             MR. SWEENEY:  Just wait until he
 6        finishes the question and then answer.
 7             THE WITNESS:  Okay.
 8        Q    Did you make a complaint to anyone
 9   that you were not introduced at the roll call
10   at that time?
11        A    I did.
12        Q    Who did you complain to?
13        A    I complained to him.
14        Q    When did you complain to him at
15   that time?
16        A    At that time.
17        Q    Did you do that orally or in
18   writing?
19        A    Orally.
20        Q    And what did you say, what did he
21   say back?
22        A    I said -- he said -- I said, You
23   didn't introduce me.  And so he said, Oh,
24   well -- prior to him saying -- prior to that,
25   he looks at me and says, Do you have anything
```

1                     Carpenter

2   to add?  So here I am standing there in

3   uniform, my first day as supervisor, and you

4   know, it's their first day seeing this person

5   that they haven't seen.  And I said, Well, you

6   didn't introduce me.  So he said, Oh, oh, oh,

7   okay.  Well, this is Sergeant Carpenter.  Like

8   that.

9          Q     So he did introduce you at the

10  roll call?

11         A     Afterwards, yes.

12         Q     But to the officers present?

13         A     Yes.

14         Q     Do you believe you suffered any

15  adverse personal action or consequences because

16  of the way he handled that?

17         A     Absolutely.  Our rules and

18  regulations state that every member should know

19  who their superior officer is.  And by doing

20  that, you deny them the opportunity, first of

21  all, to know who their superior officer is and

22  who they should be reporting to.

23         Q     But as I understand your

24  testimony, he did introduce you after you

25  pointed out that you were not introduced?

```
 1                      Carpenter
 2        A    After I pointed out that I was not
 3   introduced, correct.
 4        Q    So the officers that were present
 5   for that roll call, when they went away from
 6   roll call, they knew who you were?
 7        A    They knew who I was, but it also
 8   set a tone.  This was my first time as an
 9   African-American female supervising these
10   officers, and for the most part it was their
11   first time.  Considering I was the first
12   African-American female in the history of the
13   Mount Vernon Police Department, it was these
14   officers' first time, everyone's first time of
15   being aware that there was an African-American
16   female supervising in the City of Mount Vernon
17   Police Department.
18             So that was an adjustment that, a
19   culture change that had taken place at that
20   time, and he impacted how that change took
21   place by not introducing me.
22        Q    As I understand though your
23   testimony, he did introduce you, is that right?
24        A    He did.
25        Q    Did there come a time, Sergeant
```

                          Carpenter

1                         Carpenter

2    Carpenter, where you tried to discipline

3    several female police officers in the Mount

4    Vernon Police Department?

5         A    Yes.

6         Q    I am going to hand you what's

7    marked as Defendants' Exhibit A, which is Bates

8    stamped numbers 151 through 154, and it is

9    dated on the top November 10, 2011.

10             (Mr. Sweeney hands document

11        to witness.)

12        Q    Do you recognize Defendants'

13   Exhibit A, Sergeant Carpenter?

14        A    Yes, I do.

15        Q    What is it?

16        A    This is a complaint I filed with

17   Internal Affairs on November 10, 2011.

18        Q    And where were you working at that

19   time?

20        A    At that time, I was working in the

21   Detective Division.

22        Q    And is that a complaint against a

23   particular officer?

24        A    Yes, it is.

25        Q    What officer is that?

```
 1                        Carpenter
 2        A     This was Officer ███████████.
 3        Q     And what was the purpose of you
 4   referring her for discipline?
 5        A     Because she lied.  She claimed
 6   that I -- during my duties as a PVA board
 7   trustee, that I misappropriated funds.  And
 8   that was an out and out lie, and that was very,
 9   you know -- and it was a lie.
10        Q     Who did she make this report that
11   you had misappropriated funds to?
12        A     To the Internal Affairs, to
13   Internal Affairs.
14        Q     And how did you hear about it?
15        A     How did I hear about it?
16        Q     Yes.
17        A     She said it.
18        Q     To you?
19        A     She said it in a meeting.
20        Q     When you say a meeting, a PBA
21   meeting?
22        A     Yes.
23        Q     Okay.
24        A     And she went and just repeatedly
25   kept telling me.
```

```
1                      Carpenter
2          Q    And based on her report of what
3    she thought was misconduct, you referred her
4    for discipline?
5          A    Yes.
6          Q    Do you know what, if anything,
7    came of the outcome of your referral for
8    discipline?
9          A    Nothing.
10         Q    How do you know that?
11         A    I was not -- I was not advised of
12   that anything ever came of it.
13         Q    Okay.  I will take that back.
14              (Witness hands document
15         to Mr. Sweeney.)
16         Q    I am going to show you what's
17   marked as Defendants' Exhibit B and ask that
18   you look at that.
19              (Mr. Sweeney hands document
20         to witness.)
21         Q    That's -- I can't read the Bates
22   stamp.
23         A    Okay.  So this is --
24              MR. SMITH:  Just show him the
25         document.
```

```
1                        Carpenter
2              THE WITNESS:  Yes, okay.
3              (Witness hands document
4         to Mr. Sweeney.)
5         Q    The Bates stamp is 813 through
6    814.
7         A    Yes.
8         Q    What is B?
9         A    This is a supervisory report that
10   I wrote against Officer ███████████.
11        Q    What is the purpose of that
12   referral for discipline?
13        A    Lieutenant Nawrocki, the
14   commanding officer of the squad at the time,
15   asked -- advised me to write her up because
16   she -- because he noticed that her stats
17   were -- that she was not writing tickets on
18   her -- during her midnight tours.
19        Q    Did he say anything else other
20   than that reason?
21        A    Well, Officer ██████ was brought
22   in and interviewed regarding her lack of
23   productivity in midnights.  Officer ██████ did
24   not dispute the findings and further stated her
25   reason for not writing traffic summonses on the
```

                            Carpenter

1

2    midnight tours was because she felt unsafe.

3            Lieutenant Nawrocki and the

4    undersigned counseled Officer P.O. ███████

5    regarding tactics that should be employed when

6    enforcing such violations.  However, after

7    approximately 20 minutes, P.O. ███████ continued

8    to maintain that she did not feel safe.

9            P.O. ███████ was advised that she

10   must perform her duties, after which she then

11   stated maybe after it gets light out on a

12   midnight tour, she would attempt to enforce the

13   Vehicle and Traffic Law.  P.O. ███████ was asked

14   to complete an MV-5, at which time she restated

15   that she felt unsafe.

16        Q    I think that covers just asking

17   you why she was being written up?

18        A    Yes.

19        Q    And you read from the document,

20   correct?

21        A    Yeah, Lieutenant Nawrocki wanted

22   her written up for that.

23        Q    I am going to show you what is

24   marked as Defendants' Exhibit C, which is Bates

25   stamped 733 and 734?

```
1                        Carpenter

2         A    Yeah.

3         Q    And I am going to ask you, what is

4    that?

5         A    An inspection of squad stats --

6    why would this be --

7         Q    That's my question to you,

8    Sergeant Carpenter, is why there is two

9    different versions of that same write-up.

10        A    It just looks like -- I guess it

11   just -- it's the same thing.

12        Q    That was produced I think from

13   you, so I am just asking why there are two

14   different versions of the same thing.

15        A    Two different versions?  They're

16   actually identical.

17        Q    Well, actually, the words

18   contained on the first page are different than

19   the words contained on the second page.

20             MR. SMITH:  Object to form.

21        Q    I think it speaks for itself, but

22   they are not identical.

23        A    Whatever.

24             MR. SMITH:  Can you repeat the

25        question?
```

```
 1                        Carpenter
 2              (The record is read back by the
 3         reporter.)
 4         A    I don't know.  I noticed that one
 5    write-up simply states specifically what the
 6    stats were by number and the other one doesn't.
 7    However, with regard to Officer ████, the
 8    stats, it doesn't change so --
 9         Q    I am going to show you what's been
10    marked as Exhibit D, which is Bates stamped
11    Pages 11 and 12, which is a two-page document,
12    looks like a memo to the mayor.
13              (Mr. Sweeney hands document
14         to witness.)
15         A    Yes.
16              MR. SWEENEY:  Off the record.
17              (Discussion held off the record.)
18         Q    What is that exhibit?
19         A    Yes, this is in response to a -- I
20    was told by Lieutenant Nawrocki that an officer
21    had filed a complaint against me in Internal
22    Affairs and his job was to speak to me.
23              And I hadn't seen the complaint, I
24    didn't know anything about it, and I was
25    concerned that I did not have an opportunity to
```

```
 1                       Carpenter
 2   even respond fairly as a supervisor because I
 3   didn't even know anything about it.
 4        Q    What officer filed a complaint
 5   against you in Internal Affairs?
 6        A    Officer ███████.
 7        Q    So Officer ██████ filed a complaint
 8   against you in Internal Affairs, and why are
 9   you writing to the mayor?
10        A    Because I had requested -- I had
11   spoken to Commissioner Bell, and he advised me
12   that he was going to move her from the squad.
13   I explained to him that -- yeah, simply that I
14   did not have the opportunity to respond.  And I
15   was just simply being told that he was supposed
16   to speak to me to reprimand me with regard to
17   something I knew nothing about.
18        Q    Who was going to reprimand you?
19        A    Lieutenant Nawrocki.
20        Q    So based on your understanding
21   that you were going to be reprimanded by
22   Lieutenant Nawrocki, you wrote to the mayor
23   over that?
24        A    Yes.
25        Q    And during the November 2012 time
```

```
 1                    Carpenter
 2  frame, what was your chain of command?
 3        A    At that time it was Nawrocki and
 4  captain -- the chain of command would be the --
 5  the next -- the -- after Nawrocki then 'cause
 6  he was a lieutenant, then a captain.  Captain
 7  Hastings I think would be that person.
 8        Q    And then a chief officer above
 9  that?
10        A    Right.
11        Q    And who was the chief officer at
12  that time?
13        A    At that time, it may have been
14  Chief Roland in 2012.
15        Q    And then the police commissioner?
16        A    Yes.
17        Q    And then the mayor?
18        A    Yes.
19        Q    All right, thank you.
20             (Witness hands document
21        to Mr. Sweeney.)
22        A    But the mayor had already made it
23  clear to many of us that if we didn't -- if
24  there was something that wasn't being handled,
25  that he wanted us to notify him.  So he always
```

```
 1                    Carpenter
 2    had an open-door policy.
 3           Q    Did the mayor tell you that?
 4           A    Yes, he did.
 5           Q    When did he tell you that?
 6           A    I've known the mayor for many
 7    years, and he's always said that.
 8           Q    Prior to November 29, 2012, when
 9    was the last time the mayor -- and I am talking
10    about Mayor Ernest Davis --
11           A    Right.
12           Q    -- told you that?  When was the
13    last time he told you that before you went to
14    him on this matter on Exhibit D?
15           A    He could have told me any number
16    of times.  I would always confer with the
17    mayor.  He always looked to me for gang
18    information or things that were going on in the
19    city.  And through the course of conversations,
20    I've always had conversations with him.
21           Q    I am going to show you what's been
22    marked as Defendants' Exhibit E, which is Bates
23    stamped Page 17.
24               (Mr. Sweeney hands document
25           to witness.)
```

```
1                        Carpenter

2         A     Yes.

3         Q     What is that?

4         A     This is a January 25th -- this is

5    another follow-up letter to Sergeant Scott in

6    Internal Affairs regarding the previous

7    complaints I had filed and I had gotten no

8    response.

9                But also the same day that I sent

10   this follow-up, I was summoned to Captain

11   Hastings's office in order to provide a written

12   explanation answering an accusation that I

13   accessed the personnel files of Commissioner

14   Bell and Police Officer ████████ which was not

15   true.  There's no way for me to access

16   personnel files.

17               And so once again as a supervisor,

18   I was denied due process for any complaints

19   that I filed.  But I was being accused of

20   something once again that I incorrectly -- and

21   this I was being accused after I followed up

22   once again on complaints that as a supervisor I

23   wrote and got no response on.

24        Q     Who did you make --

25        A     It was the same -- excuse me,
```

```
1                        Carpenter
2   that's the patrol division.  Okay, I'm sorry.
3        Q    Who are the officers whose
4   complaints are referenced in that exhibit?
5        A    This was ████████████████
6        Q    And Officer █████ or just ████████
7   ████████
8        A    Just ████████████████.
9        Q    I am going to show you what is
10  marked as Exhibits F and G.  F is Bates stamped
11  155 through 158 and G is 159 through 161.
12             (Mr. Sweeney hands document
13        to witness.)
14        A    Okay.  So these are complaints
15  that I filed with Internal Affairs, one
16  regarding malicious gossip, one of them
17  regarding police officer ████████████, and the
18  other one regarding Police Officer ████████
19  ████████.
20        Q    Is the complaint against ████████
21  ████████ different than the complaint that you
22  referred to before, or is it the same
23  complaint?
24        A    It's the same complaint that she
25  stated that I misappropriated funds during my
```

```
 1                         Carpenter
 2    time on the PBA board, which she accused me of
 3    hiring an accountant, which was impossible for
 4    me to do because I had no control.  I didn't
 5    have any control of monies or anything, so
 6    there's no way I can misappropriate funds.
 7                But this is the type of slander
 8    that she persisted with, and this is what I was
 9    trying to report and have her disciplined for.
10         Q    And what was Officer ███ being
11    written up for?
12         A    Okay.  The complaint to Internal
13    Affairs regarding Officer █████████ was
14    also about malicious gossip.  Lieutenant
15    Nawrocki had informed me that she had filed a
16    complaint with Internal Affairs stating --
17    making allegations that I was trying to get her
18    fired and that I conducted a roll call training
19    that was directed at her and I am sharing
20    information with a civilian relative, and that
21    information is getting back to her mother.
22                And as it turns out the civilian
23    relative that she referenced, later found out
24    that she, in fact, shared her own information
25    with that civilian, which got back to her and
```

```
 1                      Carpenter
 2    her mother, and I had nothing to do with it.
 3          Q    I am going to show you what's
 4    marked as Defendants' Exhibit I, which is Bates
 5    stamped 118, 119.
 6                (Mr. Sweeney hands document
 7          to witness.)
 8          A    Okay.  Okay.  This is a
 9    supervisor's write-up that I submitted against
10    Police Officer ████████████.
11                MR. SMITH:  Just off the record.
12                (Discussion held off the record.)
13                MR. SWEENEY:  We are looking at
14          Defendants' Exhibit I, I think, which is
15          811 and 812, Bates stamped.
16          A    On October 23rd, I was standing in
17    the dispatch room where Officer ██████ was
18    assigned dispatching radio calls.  On this
19    particular date, she dispatched a call as a
20    possible 10-12.  A 10-12 is a dispute.
21                I asked her what is a possible
22    10-12.  Officer █████ advised me that it was
23    actually a call that came over 911, and a woman
24    was screaming for the police.
25                I ordered Officer ██████ to tell
```

```
 1                     Carpenter
 2   the officers, the responding officers, exactly
 3   what the woman said.  This was not the first
 4   time I had to tell Officer ████ the
 5   importance of making sure the officers had all
 6   the pertinent details of a call to aid them as
 7   they responded to the calls.
 8             On -- later on October 17th, at
 9   approximately 11:20, several calls came into
10   the police department regarding a shooting in
11   the area of Prospect Avenue.
12             As a desk officer, I entered the
13   radio room.  I observed Officer ████ picking
14   up the phone stating we already know and
15   hanging up without attempting to solicit any
16   details from the callers.
17             I had asked her, Officer ████,
18   to question the callers further to determine if
19   they were possible witnesses or had information
20   pertinent to the investigation and if so to
21   inform the responding officers.
22             Officer ████ appeared to be
23   overwhelmed, unable to perform the necessary
24   task in spite of the inherent danger the
25   responding officers were facing, as well as
```

1                        Carpenter
2    members of the public.
3              On October 24th, during roll call,
4    the undersigned attempted to explain the
5    importance of conveying all pertinent
6    information when officers are assigned to the
7    radio room dispatching calls.
8              I asked Officer ▇▇▇▇ what was a
9    possible 10-12.  She began her response, like I
10   told you.  I asked her to stop.  She attempted
11   to continue.  I said to her, I'm not asking you
12   any questions.  I just need you to listen.
13             Squad three, which is the squad
14   that we were assigned to at the time, did not
15   have civilian dispatchers, so routinely police
16   officers are put into the radio room to
17   dispatch the calls.
18             And so as a result, I felt it was
19   necessary to address the entire squad and
20   remind them not only why having enough
21   information is critical to how we respond to
22   calls but also to remind them of the fact that
23   the tape calls are one of the first things
24   subpoenaed when a case goes to trial.  All of
25   this was part of training.

```
 1                      Carpenter
 2            And she attempted -- Officer
 3    █████ attempted to interrupt me during this
 4    training process as I addressed the squad, as
 5    she refused to comply with my repeated orders
 6    for her to stop.  Her behavior was
 7    disrespectful and insubordinate.
 8        Q    Okay.  Thank you.
 9            I am going to show you Exhibit J,
10    which is Bates stamped 805 through 810.
11            (Mr. Sweeney hands document
12        to witness.)
13        A    And what?
14        Q    I am just asking you what is that.
15        A    This is a complaint, supervisor's
16    report that I filed.  Officer -- Probationary
17    Police Officer ████████████.
18        Q    You don't have to read it, but why
19    was Officer ██████ being written up?
20        A    Officer ██████ was being written
21    up because although she was a probationary
22    police officer, she was assigned to constant
23    watch.  Constant watch is where an officer is
24    assigned to watch a prisoner who is determined
25    to be a danger to themselves or someone else.
```

```
1                        Carpenter
2                And so in this particular case,
3    the prisoner was on extensive medication,
4    schizophrenic, had -- there was a lot of
5    different issues with this particular prisoner
6    that the prisoner was designated a suicide
7    risk.
8                And so when I came in that morning
9    to make sure that the officers in the jail were
10   ready for court, this is when I walked in and I
11   found her asleep in a separate office away from
12   her assigned post.
13        Q    And that's why she was written up?
14        A    She was written up, yes.
15        Q    Do you know what discipline she
16   received, if any?
17        A    She was able to negotiate terms of
18   with the department.
19        Q    So she did receive some
20   discipline?
21        A    She ultimately received -- it was
22   written that she ultimately received
23   discipline.
24        Q    Did you ever have an occasion to
25   write up an officer or detective, Motika,
```

```
 1                    Carpenter
 2   M-O-T-I-K-A, I think Day-Jones?
 3         A    Not that I remember.
 4              MR. SMITH:  Can we take a break
 5         very briefly?
 6              MR. SWEENEY:  Sure.
 7              (Whereupon, at this time, a brief
 8         recess was taken.)
 9         Q    I am going to show you what is
10   Exhibit K.  Looks like it is Bates stamped 169
11   through 171.
12              (Mr. Sweeney hands document
13         to witness.)
14         Q    I ask you to take a look at that.
15         A    Yeah.
16         Q    Without reading it, what is that?
17   You can read it to yourself, but without
18   reading it into the record, what is that
19   document?
20         A    This is a complaint against
21   Officer ██████.
22         Q    Okay.
23         A    Regarding --
24         Q    Why was Officer ██████ being
25   written up in that document?  And again, you
```

```
 1                    Carpenter
 2   don't have to read the entire thing, just
 3   summarize what it was for.
 4           A    Sleeping on duty while on constant
 5   watch.
 6           Q    Is that different than the Exhibit
 7   J write-up that you testified to before?
 8                (Mr. Sweeney hands document
 9           to witness.)
10           A    This is -- looks like it was --
11   something else was taped to this.  This is --
12   this is not -- I'm sorry.
13           Q    I will see what you ripped off,
14   see if it makes a difference.
15           A    Yeah, it's two different reports
16   that got mixed up probably.
17                (Witness hands document
18           to Mr. Sweeney.)
19           Q    I am handing you back Exhibit J.
20           A    Right.
21           Q    I am handing you back Exhibit K
22   without the Page 171 which was attached, and
23   they appear to be different write-ups on
24   Officer ████████, right?
25                (Mr. Sweeney hands document
```

```
 1                         Carpenter
 2            to witness.)
 3            A     This looks like it wasn't finished
 4     (indicating).
 5            Q     What do you mean, it wasn't
 6     finished?  Looking at Exhibit --
 7            A     Yeah, this looks like --
 8            Q     -- K, you are saying that was not
 9     finished?
10            A     Yeah, this looks like a rough
11     draft, and then this one is a completed one.
12            Q     Looking at Exhibit J?
13            A     Exhibit J, yes, this is more
14     complete.  Yeah, this has -- yeah, this is
15     minus a lot of pages.
16            Q     I am just producing to you what
17     was produced to us.
18            A     Yeah.
19                  MR. SMITH:  Object to form.
20                  MR. SWEENEY:  Not really a
21            question but --
22                  MR. SMITH:  Right.
23            Q     You mentioned before in response
24     to a prior question about accessing the
25     personnel files of Commissioner Bell and
```

```
 1                    Carpenter
 2  Officer ████    Do you recall that?
 3        A    Yes.
 4        Q    I am handing you Exhibit L, which
 5  is Bates stamped number 14.
 6             (Mr. Sweeney hands document
 7        to witness.)
 8        A    Right.
 9        Q    And what is that?
10        A    This is a to/from, from it says
11  commanding officer, patrol division, which at
12  that time was Captain Hastings, assigned by
13  Captain Hastings, and informing me that a
14  routine audit of department computer system has
15  shown that I accessed personnel records for the
16  following:  Commissioner Bell, Cheryl Jaros and
17  Commissioner Bell.
18        Q    Okay, thanks.
19             (Witness hands document
20        to Mr. Sweeney.)
21        Q    I am going to show you what is
22  marked as CCC at the bottom, I think it says
23  Bates stamped 934.
24             (Mr. Sweeney hands document
25        to witness.)
```

1                        Carpenter

2          Q     It is a one-page document.

3          A     Yes, this is a copy, looks like,

4   of a personnel performance evaluation.  It's my

5   name as the employee signed by Lieutenant

6   Curzio on May 1, 2013.  With exception to one

7   item, my -- it shows that my -- that Lieutenant

8   Curzio rated me as highly effective in my

9   performance evaluation, giving me all fours,

10  with the exception to attendance punctuality,

11  he gave me a needs improvement.

12         Q     And did you appeal that evaluation

13  in any respect?

14         A     No, I didn't.

15         Q     So you accepted the comments on

16  the attendance issues?

17         A     I'm sorry?

18         Q     You accepted --

19         A     I'm sorry, yes, I did.  And I

20  apologize, it wasn't -- I was looking at the

21  bottom.  It was Lieutenant Nawrocki, not

22  Lieutenant Curzio.  I just saw the top, I'm

23  sorry.

24         Q     And did you appeal from the

25  comments on the needs improvement in attendance

```
 1                    Carpenter
 2   markings?
 3        A    No.
 4        Q    I am going to hand you what is
 5   marked as Exhibit M, which is Bates stamped 47
 6   through 49, a three-page document, and ask that
 7   you take a look at that.
 8             (Mr. Sweeney hands document
 9        to witness.)
10        A    Okay.
11        Q    Do you recognize it?
12        A    Yes, I do.
13        Q    What is that?
14        A    It's a memo I sent to Lieutenant
15   Nawrocki dated May 24, 2013.
16        Q    And again without reading it into
17   the record, what was the purpose for writing
18   that memo?
19        A    I was requesting an opportunity to
20   sit down with him to evaluate what his
21   intentions are for the successful development
22   of the squad.
23        Q    Specifically, ███████████ is
24   referenced in that memo?
25        A    She is, she is referenced in this.
```

1                       Carpenter

2          Q     And you didn't like the assignment

3    she was receiving, is that correct?

4          A     I felt that she needed to have an

5    opportunity to be developed better.

6          Q     Is it fair to say you disagreed

7    with Lieutenant Nawrocki's development of

8    Officer ████?

9          A     I felt it was -- that we needed to

10   discuss it.  I needed -- I didn't understand

11   his reasoning.

12         Q     Did there come a time where you

13   were advised by Lieutenant Nawrocki to control

14   your emotions?  Do you recall that allegation

15   in a complaint?

16         A     I do.

17         Q     Paragraph 22?

18         A     I do.

19         Q     Can you tell me about that?

20         A     I was trying to -- it was at the

21   desk, and we were having a conversation.  And

22   there was other subordinates there and he --

23         Q     Who was present other than

24   yourself and Lieutenant Nawrocki?

25         A     It was Officer Gene Woolsey

```
 1                    Carpenter
 2   (phonetic), and I'm not sure, I think it was
 3   Officer Patterson.
 4        Q    Okay.  And what happened and who
 5   said what?
 6        A    Well, he called me in off the
 7   street.  He asked me about an arrest that they
 8   had done.  I went in the back and to cell
 9   block.  These are senior officers, Officer
10   Patterson.
11            Got the information for him,
12   conveyed it, brought -- conveyed the
13   information.  He wasn't satisfied.  I asked
14   him, Do you want me to go get the officers and
15   just bring them up here?
16            And through the course of the
17   conversation, he said to me that I need to
18   control my emotions.  And I felt it was very
19   sexist and inappropriate and especially in
20   front of a subordinate.
21        Q    And did you complain to him orally
22   at that time about the comment?
23        A    Yes, I did.
24        Q    And what did you say and what did
25   he say back?
```

```
                        Carpenter
1
2        A    I said exactly that, that it was
3   sexist and inappropriate.
4        Q    And what was his response?
5        A    I don't remember.
6        Q    I am going to show you what was
7   marked as Defendants' Exhibit O, which is Bates
8   stamped 51 through 53, and ask you to take a
9   look at that.
10              (Mr. Sweeney hands document
11       to witness.)
12       A    It's a memo I sent to Lieutenant
13  Nawrocki on October 24th.  And once again, I
14  was laying out challenges that -- my concerns
15  about the officers and their professional
16  development and training.  And I was requesting
17  for -- to arrange a conference with him and
18  myself and possibly a third party to discuss --
19  to coordinate efforts so that we can
20  effectively supervise the squad.
21       Q    Is the incident that you referred
22  to where he told you to control your emotions,
23  Lieutenant Nawrocki, is that referenced in that
24  exhibit?
25       A    Okay.  Yes, this is the on the JC
```

```
1                        Carpenter
2    52, the third paragraph, okay.  On this day
3    following the roll call this -- I walked to the
4    desk and Lieutenant Nawrocki was talking to
5    Officer ████████.
6         Q    Is that ██████████████?
7         A    ████████████████.  I asked her -- I
8    had asked her earlier to give me an MV-5
9    regarding something that happened in roll call.
10             And when I attempted to order her
11   in front of him to give me an MV-5 regarding
12   her insubordination at roll call, I wrote to
13   him that you told her not to and to ignore my
14   order.
15             I also wrote that he found it
16   necessary to then tell me in front of another
17   subordinate, her, that I needed to control my
18   emotions.  So that was the incident.  Because
19   you are getting reports that I am tense and
20   yelling at officers.
21        Q    So the other officer present was
22   ██████████████████?
23        A    It was ██████████████, yeah, I was
24   mistaken.
25        Q    Not the other officer that you
```

```
 1                        Carpenter
 2   referenced?
 3         A     Yeah.
 4         Q     And that was the same officer that
 5   you had written up before, ███████████?
 6         A     Yes.  Well -- well, this is 10/24.
 7   The incident that I referenced in her write-up
 8   was 10/23.  So this could have been just simply
 9   recounting, recapping.
10         Q     Other than this submission or this
11   memo from you to Lieutenant Nawrocki, which is
12   Exhibit O dated October 24, 2013, did you make
13   any other complaints regarding the comment that
14   Lieutenant Nawrocki made to you about
15   controlling your emotions at that time?
16         A     At that time, I don't recall.
17         Q     There came a time where you
18   requested training, is that correct?
19         A     Yes.
20         Q     And in your complaint, as I
21   understand it, Paragraph 25, you indicate you
22   made a request on January 31, 2014 and then
23   another request on March 9, 2014, which is set
24   forth in Paragraph 32.
25               Are those the two training
```

```
 1                    Carpenter
 2   requests that were denied that you refer to in
 3   your complaint?
 4        A    I don't know.  I mean, it's so
 5   long ago.
 6        Q    I am going to show you what's been
 7   marked as Defendants' Exhibit N, which is Bates
 8   stamped Page 50.
 9              (Mr. Sweeney hands document
10        to witness.)
11        A    This is dated July of 2013.
12        Q    Right.  Do you recognize that
13   document?
14        A    Yes.
15        Q    What is that document?
16        A    This is a request for training
17   that I made to Captain Hastings.
18        Q    Was that request for training in
19   July of 2013 approved?
20        A    Not that I'm aware of, no.
21        Q    Did you make any complaints about
22   not getting training approved with respect to
23   that request?
24        A    I submitted several trainings, and
25   I didn't always complain about everything.  I
```

Carpenter

1

2     just would wait for the response.  Sometimes I

3     got a response, and sometimes I didn't.

4          Q    Was training approved at all for

5     you in the 2013-2014 time frame?

6          A    I can't remember.

7          Q    Any approved training would be set

8     forth in your personnel file, is that fair to

9     say?

10         A    I don't know what they put in the

11    personnel file or always that they put it in

12    there so -- but I know this -- I didn't attend

13    this, no.

14         Q    I am going to show you what's

15    marked as Defendants' Exhibit U, which is Bates

16    stamped pages 90 through 92.

17              (Mr. Sweeney hands document

18         to witness.)

19         A    Now, this is a training request in

20    2014, January 2014.

21         Q    Is that the training request

22    that's referenced in your complaint allegation,

23    Paragraph Number 25?  It is, I believe you

24    allege you were denied training requested on or

25    about January 31, 2014?

```
1                    Carpenter
2         A    This looks -- yes, this looks like
3    it, yeah.
4         Q    What was the training that you
5    were seeking to take?
6         A    Search warrants, search warrant
7    training.
8         Q    Did you receive search warrant
9    training at the police academy?
10        A    No.
11        Q    Did you receive search warrant
12   training after the police academy?
13        A    Yes, I did.
14        Q    When and where?
15        A    When, as a detective.
16        Q    Okay.
17        A    I received search warrant
18   training.
19        Q    And you were a detective during
20   what time frame?
21        A    Well, I was from -- I was assigned
22   to Detective Division from 19 -- December of
23   1998 until December of 2011.
24        Q    So sometime during that time
25   period --
```

```
 1                    Carpenter
 2        A    Right.
 3        Q    -- you received search warrant
 4   training?
 5        A    Yes.
 6        Q    Are you alleging that your failure
 7   to get this training impacted your career in
 8   any way?
 9        A    Yes.
10        Q    How so?
11        A    Because as a supervisor and a
12   patrol and other officers, many times we are
13   asked to assist detective divisions, as well as
14   other agencies that come into the city with
15   search warrants.
16             And as the supervisor responsible
17   for making sure that the officers act
18   appropriately, it is -- it did impact my
19   ability to be able to know, you know, different
20   laws, whether laws changed and make sure that I
21   supervised them properly.
22        Q    Were you able to discharge your
23   duties as a detective with the search warrant
24   training that you received there?
25        A    I'm sorry?
```

Carpenter

1

2      Q     Were you able to discharge your

3  duties as a detective with the search warrant

4  training that you received as a detective?

5      A     Yes.

6      Q     Were you ever written up,

7  counseled or disciplined for a search warrant

8  violation?

9      A     Not that I remember, but laws

10  changed.

11      Q     I am going to show you what's

12  marked as QQ and it is Page 252.

13              (Mr. Sweeney hands document

14          to witness.)

15      A     I remember submitting this.

16      Q     What is that document?

17      A     This is a request for training.

18      Q     What type of training did you

19  request?

20      A     A 99 signs of danger is one of the

21  trainings, social media gang investigations,

22  cell phone investigations.

23      Q     Is it fair to say that's offered

24  as a refresher class?

25      A     As a refresher?

1                       Carpenter

2          Q     Yes.

3          A     All training that you get is a

4     refresher, can serve as a refresher.

5          Q     It is not required for promotion,

6     that training?

7          A     No, we take a promotional exam for

8     promotion, and these questions are not on the

9     exam.  However, to allow you to effectively

10    supervise officers in this day and age, we have

11    a diverse type of skills that we have to -- a

12    diverse type of incidents that we respond to,

13    so, you know, this type of training would have

14    helped.

15         Q     Going back to Defendants' Exhibit

16    U, which is the search warrant training, was

17    that training required for promotion?

18              (Mr. Sweeney hands document

19         to witness.)

20         A     No.

21         Q     I am going to show you what's

22    marked as Defendants' Exhibit P and Q.  P is

23    Page 54 and 55, Bates stamped, and Q is 56 and

24    57.  And both appear to be two-page documents

25    addressed to Greg Addison.

```
 1                    Carpenter
 2              (Mr. Sweeney hands document
 3        to witness.)
 4        A    Right.
 5        Q    Are those documents the same,
 6   Sergeant Carpenter?
 7        A    No, they're not.
 8        Q    Were they written at the same
 9   time?
10        A    I don't recall.
11        Q    Why were they written?
12        A    I was asking detective -- I mean,
13   PBA President Greg Addison to assist me with
14   setting up a meeting with Lieutenant Nawrocki.
15        Q    Were either of those documents
16   ever sent to Greg Addison?
17        A    Yes.
18        Q    Which one was sent or both?
19        A    I sent him so many documents, it
20   could have been both.
21        Q    I am going to show you what is
22   marked as Defendants' Exhibit R and S.  R is
23   Bates stamped 58 through 60.  S is Bates
24   stamped 61 through 63.  They both appear to be
25   three-page documents from you to Commissioner
```

```
 1                    Carpenter
 2   Raynor.
 3              (Mr. Sweeney hands document
 4        to witness.)
 5        A    Okay.
 6        Q    What is R?
 7        A    R is dated December 6, 2013.
 8        Q    What is Exhibit R?
 9        A    It was notifying him of a
10   supervisor report that I made that I submitted
11   involving Probationary Police Officer ██████
12   ████████ regarding an incident that occurred on
13   November 23, 2013.
14        Q    That's the incident that you
15   described in another document?
16        A    Yes.
17        Q    You wrote up for sleeping on post?
18        A    Right.
19        Q    Okay.  And then Exhibit S is what?
20        A    Is dated December 9, 2013.
21        Q    And what was the purpose of that
22   letter?
23        A    This 2012 -- I mean, I mean,
24   December 9th is much more detailed.  It appears
25   to be just --
```

1                      Carpenter

2         Q     Were either one of those sent to

3    Commissioner Bell or both?

4         A     I -- I usually send them through

5    e-mail so that's easily -- and this was

6    actually to Commissioner Raynor, not Bell.

7         Q     Right, so same question.  Do you

8    recall Commissioner Raynor getting those

9    documents?

10        A     Yes.

11        Q     And you would have sent those by

12   e-mail?

13        A     Yes.

14        Q     And you would have used what

15   e-mail account?

16        A     The police department.

17        Q     As opposed to a personal account?

18        A     Yeah.

19        Q     And those don't appear to be

20   signed.  You don't sign your letters?

21        A     No, I just e-mail, and the e-mail

22   address usually indicates the -- has the

23   information on it.

24        Q     And what was the purpose of

25   writing those letters to the police

```
 1                      Carpenter
 2   commissioner?
 3        A    Because I had been trying to
 4   discipline, train.  And at this time, this is
 5   when I wanted to inform him of -- that
 6   Lieutenant Hunce, his actions was preventing me
 7   from doing my job and that's why.
 8        Q    Was Lieutenant Hunce in your chain
 9   of command?
10        A    No, he came to me.
11        Q    All right.
12        A    He -- he came, he approached me
13   and asked me not to discipline Officer
14   ███████.
15        Q    And did you bring that request to
16   Lieutenant Nawrocki's attention?
17        A    At that time it was Lieutenant
18   Curzio.  He went to Lieutenant Curzio, asked
19   Lieutenant Curzio to have me not to write up.
20   And Lieutenant Curzio spoke to me, and I
21   said -- explained to him.
22             Lieutenant Curzio at the time
23   understood why that would not be appropriate,
24   not to discipline her.  So he conveyed that
25   back to Lieutenant Hunce.  Lieutenant Hunce
```

```
 1                    Carpenter
 2    came in off duty to speak to me to confront me
 3    about writing her up.
 4         Q    And who is the superior, if there
 5    was any, between Lieutenant Curzio and the
 6    police commissioner?  Was there a captain or a
 7    chief officer?
 8         A    In -- at that time it would have
 9    been the captain in the patrol division,
10    captain.
11         Q    And who was that at that time?
12         A    At that time, I believe it was
13    Hastings.
14         Q    Captain Hastings?
15         A    Yes.
16         Q    Did you bring that issue involving
17    Lieutenant Hunce's intercession on behalf of
18    another officer to Captain Hastings?
19         A    No, I didn't.
20         Q    Why not?
21         A    Because I didn't feel comfortable.
22         Q    Why not?
23         A    Because of the repeated issues
24    that I was having, I just felt that I was -- go
25    straight to the commissioner and that he would
```

```
 1                     Carpenter
 2   be the best person for me to speak to at the
 3   time.
 4        Q    Is it fair to say based on your
 5   response that you didn't give Captain Hastings
 6   a chance to intervene in this matter?
 7        A    Based on my response, I went to
 8   Commissioner Raynor.
 9        Q    There came a time, or at least in
10   your complaint in Paragraph 26, where you
11   allege that Chief Dumser would not allow you to
12   be present at police department headquarters
13   when you were working?
14        A    Right.
15        Q    Can you tell me about that
16   allegation?
17        A    Yes.  Routinely, I would be
18   sitting down doing research to -- for the
19   training, checking my e-mails, and he would
20   come in.  And next thing I know, Lieutenant
21   Curzio, who was the commanding officer at the
22   time, would tell me Dumser doesn't want you in
23   the building.
24        Q    Where did Chief Dumser want you to
25   be at?
```

                    Carpenter

1

2       A    He wanted me out of the building.

3       Q    And at that time, you were

4   assigned to patrol?

5       A    Yes, I was.

6       Q    And how would a patrol sergeant

7   patrol or manage her staff at that time?  Can

8   you walk me through a typical day as a patrol

9   sergeant?

10      A    A typical day is you have a number

11  of responsibilities, including training and

12  development.  So supervision is just not the

13  only responsibility.  It also includes making

14  sure that they are properly trained and that

15  they are developed to do the jobs that they are

16  expected to do.

17      Q    And how would you do that?

18      A    And I would do that by first of

19  all checking my e-mails, finding out what

20  happened the night, before making sure that

21  they -- we understood what we were -- what may

22  have happened the day before or out on our days

23  off that may impact our patrol objectives when

24  we go out today.

25              So I would do that at the top of

Carpenter

1

2     the morning.  I would check for different read

3     reports and check for things that we may need

4     to go over in roll call.  These are all part of

5     their development.  This is all part of my

6     supervisory duties and responsibilities.

7              Q     Did you receive a direction from

8     either Lieutenant Curzio or Chief Dumser that

9     you were not allowed to check your e-mails?

10             A     No, I told Curzio I was checking

11    my e-mails.  I told him I was working.

12             Q     And what did he --

13             A     And he said Dumser just doesn't

14    want you here.

15             Q     What would you do when Lieutenant

16    Curzio would say that?

17             A     I would leave.

18             Q     Were you unable to check your

19    e-mails during the day?

20             A     Yes, I was.

21             Q     For how long?

22             A     As long as when I walked through

23    the door, Dumser would appear or Curzio would

24    follow me about and tell me, You know, you

25    can't be here, you know, here he comes.  And

```
 1                    Carpenter
 2   he's whispering in my ear constantly telling me
 3   to get out of the building.
 4         Q    What shift, what tour did you work
 5   during this time frame?  This would be February
 6   of 2014.
 7         A    I don't know.  There must have
 8   been -- February of 2014?  February of 2014, we
 9   rotated.
10         Q    What does that mean, you rotated?
11         A    We worked evenings, nights and
12   days, day tours.
13         Q    And did Chief Dumser work a
14   particular tour?
15         A    He typically worked days.
16         Q    So he didn't work any other tours?
17         A    He could have, but for the most
18   part he would work days.
19         Q    And you rotated so you worked some
20   days, some nights, is that correct?
21         A    Right.
22         Q    So on the nights that Chief Dumser
23   was not present, were you able to check your
24   e-mails?
25         A    Yes.
```

```
                      Carpenter
 1
 2        Q     If you rotated your tours, how
 3   often would you be on days versus nights in a
 4   week?
 5        A     In a week?
 6        Q     Yes.
 7        A     Every set of tours we changed, so
 8   one every four days, two days off.  We go from
 9   one tour to the next.
10        Q     So if I understand your response,
11   you might work four days in a row doing days?
12        A     Right.
13        Q     Have two days off and then work
14   nights?
15        A     Evenings.
16        Q     And then there is three shifts, is
17   there not?
18        A     Right.
19        Q     What is the day shift, what hours
20   is the day shift?
21        A     Seven to 3.
22        Q     And that's the shift that Chief
23   Dumser normally would be at?
24        A     Right.
25        Q     And the next shift is what?
```

```
                          Carpenter
 1
 2        A     Three to 11.
 3        Q     And then the following tour?
 4        A     Would be 11 p.m. to 7 a.m.
 5        Q     And during your rotation, you
 6   would have worked all three tours, correct?
 7        A     Yes.
 8        Q     So your day tours during this
 9   rotating shift cycle would be one-third of the
10   days that you worked?
11        A     Yes.
12        Q     And that would be the time where
13   you may have had problems with Chief Dumser
14   having you in the building?
15        A     Right.
16        Q     Do you know if Chief Dumser did
17   that to any other sergeants that worked the day
18   tour?
19        A     I just know that other sergeants
20   were not -- were -- were observed sitting
21   around chatting without the harassment of Chief
22   Dumser pursuing them to go outside.
23        Q     What's the basis of your knowledge
24   for that?
25        A     Just -- just to be able to observe
```

```
 1                        Carpenter
 2   it if I came in on my days off or there were
 3   other people, witnesses that can attest to
 4   that.
 5            Q     What witnesses?
 6            A     Well, Ms. Ferguson, she was a
 7   clerk.  She worked in the complaint room.  And
 8   she could attest to that very easily.  As a
 9   matter of fact, she commented to Curzio about
10   it, about the disparate treatment that I was
11   being -- that was being imposed on me versus
12   other supervisors.
13            Q     How did you know that Ms. Ferguson
14   told something to Lieutenant Curzio?
15            A     Because that's -- she told me.
16            Q     So Ms. Ferguson told you that she
17   told Lieutenant Curzio that?
18            A     Right.
19            Q     Did you mention or did you testify
20   that you observed other sergeants?
21            A     Yes.
22                  MR. SWEENEY:  Wait until the
23            question is finished.
24            Q     On how many occasions did you
25   witness that?
```

1                   Carpenter

2          A     Numerous occasions.  I can't say

3     specifically.

4          Q     And did this treatment by Chief

5     Dumser continue for some time?

6          A     Yes, it did.

7          Q     How long did it continue?

8          A     It continued till -- up until I

9     was injured.

10         Q     And when was that?

11         A     That was in April of 2014.

12         Q     So approximately two months,

13    February to April 2014?

14         A     It -- about -- I would say before

15    then, before February, about that time.

16         Q     Paragraph 26 of your complaint

17    says on February 4, 2014, Lieutenant Curzio

18    informed Jennifer, meaning you, that Chief

19    Dumser did not want her physically present at

20    MVPD headquarters.  Jennifer, the only female

21    sergeant and the only person who opposed

22    discriminatory practices, was the only employee

23    that Dumser requested not to be physically

24    present at headquarters.

25                So your complaint says it began on

1                    Carpenter

2    February 4, 2014.

3          A    It doesn't say it began on

4    February 4th.

5          Q    What other times did Lieutenant

6    Curzio tell you that Chief Dumser did not want

7    you physically present at headquarters?

8          A    This went on for some time.  But

9    that's -- that's the day, if I'm not mistaken,

10   that I was ill.

11         Q    I don't understand.  You were ill?

12         A    May I see it?  What you're

13   reading.

14         Q    Sure.  I am reading from the

15   complaint.

16              MR. SMITH:  (Indicating).

17         A    Exactly.  This was ongoing.  But

18   on February 4th is when we actually -- I

19   explained to him that I wasn't going to stand

20   it.  But this had been --

21         Q    When did it begin?

22         A    It began in January, I believe.

23         Q    All right.  Let me break it down.

24              What began in January of 2014?

25         A    His harassment of me and saying he

```
1                          Carpenter
2    didn't want me in the building.
3         Q     When you say he, is that Chief
4    Dumser?
5         A     Chief Dumser.
6         Q     Do you know what time frame in
7    January of 2014?
8         A     It was after I had the
9    conversation with Mayor Davis.
10        Q     When you complained in Paragraph
11   24, you indicate that that conversation
12   happened on January 17, 2014, is that correct?
13        A     Okay.
14        Q     So is it your testimony that Chief
15   Dumser's treatment of you regarding wanting you
16   out of the building began after that?
17        A     Yes.
18        Q     Did you make any complaints to
19   anyone before February 4th of 2014 about that
20   treatment?
21        A     It was -- who am I complaining to?
22   Curzio was actually uncomfortable with it, and
23   so when he would -- he would alert me that,
24   Here comes Dumser.  You know he doesn't want
25   you here.
```

```
1                      Carpenter
2             And then it just escalated to the
3   point that on February 4th is when I just
4   verbally stated that this is a double standard,
5   and I wanted to go a little bit more -- my
6   frustration became escalated as a result of the
7   harassment.
8        Q    Were there any witnesses to the
9   conversations with you and Lieutenant Curzio?
10       A    It could have been.  I don't know.
11       Q    Are there any witnesses to Chief
12  Dumser's treatment of you regarding wanting you
13  out of the building?
14       A    Well, Lieutenant Curzio.
15       Q    Anyone else besides Lieutenant
16  Curzio?
17       A    It was -- you know, it could have
18  been.
19       Q    What could have been?
20       A    It could have been other people
21  there.  It was -- you know, it's not unusual
22  for people to witness something.  No one wants
23  to get involved after they realize, especially
24  when somebody's being targeted for harassment.
25       Q    Can you tell me about the
```

Carpenter

1

2    allegation in Paragraph 24 of the complaint

3    where you visit the mayor on January 17, 2014?

4         A    I -- like I said, routinely the

5    mayor would have an open-door policy.  He's had

6    it for years.  But on this particular day, I

7    had gone to see Judith Williams, who was his

8    human resources commissioner.

9              And while I waited for her, she

10   was on the phone, and I looked out the window

11   and noticed that the mayor's vehicle was parked

12   outside.  And I felt that since this was like

13   after hours, and my hope was that I could have

14   this matter addressed internally and that we

15   could move forward with, you know, getting work

16   done.

17             And so I said to her, What do you

18   think if I go speak to him?  So she said, Well,

19   you know, he's there.  Go and take a chance.

20   And so I did.  I went downstairs.  He agreed to

21   see me.  And that's -- that's when I spoke to

22   him.

23        Q    And what did you say and what did

24   he say back?

25        A    Explained to him that there was a

```
 1                    Carpenter
 2   lot of different issues going on in the police
 3   department, a lot of them had to do with
 4   discrimination.
 5        Q    When you say discrimination, were
 6   you specific as to what type of discrimination?
 7        A    Absolutely.  I explained to him
 8   how I was being targeted, how other officers,
 9   minority officers were not being trained and
10   developed appropriately, specifically a lot of
11   the women.  My complaints are being ignored,
12   that there are other male African-American
13   officers who are being targeted.
14             And I, you know -- he's always
15   made statements in terms of, you know,
16   developing the police department.  And I
17   explained to him that there's no leaders being
18   developed, that the women are being encouraged
19   to -- you know, not to live up to their full
20   potential and that they're not taken seriously.
21             And I said to him, I already
22   was -- I did tell him that I was coming from
23   upstairs.  And he said to me, You don't want to
24   do that.  So I said -- and then he just
25   switches the conversation into -- he starts
```

```
 1                    Carpenter
 2   talking about there's so much fucking going on
 3   around here.  Are you fucking Raynor?  And I
 4   was shocked.  I was shocked, and I was scared.
 5   Because at that point I realized that I made a
 6   big mistake and that this is not going the way
 7   I expected.
 8            And I even texted Ms. Williams.
 9   She said, How is everything going?  I said, Not
10   well.  And that -- and that's pretty much how
11   it deteriorated.
12       Q    So if I understand your response,
13   you were over at City Hall to see Judy Williams
14   about your concerns regarding lack of
15   professional development at the police
16   department?
17       A    The discrimination.
18       Q    And discrimination?
19       A    Harassment, retaliation.
20       Q    Right.  You mentioned it involved
21   several officers.  Did you tell Judy Williams
22   at that time which officers were the victims?
23       A    Yes.
24       Q    And what officers did you tell
25   her?
```

Carpenter

1

2      A      I told her Officer Jean-Jerome, I

3  told her Officer Patterson.  I explained to her

4  about the women, that, you know, they're not

5  being trained, and they're not allowing me to

6  train them.

7      Q      What women did you say were not

8  being trained?

9      A      █████████, ████████.

10     Q      The two officers that you wrote up

11  for discipline?

12     A      Right.  Training -- discipline is

13  part of training or vice versa.  And what else

14  did you want to know?

15     Q      I was just asking what female

16  officers you mentioned were not receiving

17  training.

18     A      I just explained in general that

19  the females were not being developed properly,

20  and that they were not held to the same

21  standard as the men.

22     Q      In what respect were they not held

23  to the same standard?

24     A      Because something as simple as,

25  you know, understanding that you don't, you

```
                        Carpenter
 1
 2   know -- you have to be held accountable, you
 3   can't go and have a suicide watch and be
 4   sleeping.
 5           Q    Did you record the conversation
 6   with the mayor?
 7           A    Did I record it?
 8           Q    Yes.
 9           A    No.
10           Q    Have you recorded conversations
11   with other city employees?
12           A    I have -- have I recorded -- no.
13           Q    So just to be clear, with respect
14   to the allegations made in the complaint, you
15   have not recorded a witness to any of the
16   allegations?
17           A    I have not.  I don't believe I
18   have.
19           Q    Is there anything you can check to
20   verify whether or not you recorded a witness in
21   this matter?
22           A    Yes, I could check.
23           Q    What would you be checking?
24           A    Well, actually, I'd have a
25   different -- I have a different phone, so I
```

```
1                        Carpenter
2    can't really -- I don't remember recording
3    anybody.
4         Q    Outside of this lawsuit, have you
5    recorded anyone at work, any of your
6    co-employees on your phone or otherwise?
7         A    Outside of this lawsuit?
8         Q    Yes.
9         A    I tried to.
10        Q    What types of conversations would
11   you try to record?
12        A    It wasn't conversations, it was
13   just in general.  I used to -- I felt
14   uncomfortable that I was being
15   mischaracterized, and so I bought a body camera
16   but it didn't work.
17        Q    When did you try to bring a body
18   camera that didn't work?
19        A    This was during -- in 2014.
20        Q    What incident or what person or
21   what were you trying to record?
22        A    Well, when I filed the -- the
23   supervisor report against Officer ████████ and
24   she made several allegations that I harassed
25   her, and I knew I didn't, and so I felt very
```

```
1                        Carpenter
2    uncomfortable that my actions were -- that I
3    needed to protect myself.
4         Q    Other than the Officer ████████
5    situation, did you attempt to record anyone
6    else at work?
7         A    I don't -- I -- I would wear it
8    frequently, but mostly it was not on.
9         Q    When you say you would wear it,
10   you would wear it --
11        A    Yeah.
12        Q    -- on your uniform?
13        A    Anybody could see it.  It was
14   mostly to protect me.
15        Q    I am going to hand you what's
16   marked as Defendants' Exhibit T, which is Bates
17   stamped 64 through 85.
18             (Mr. Sweeney hands document
19        to witness.)
20        A    Okay.
21        Q    What is that document?
22        A    These are text messages between
23   myself and Judy Williams.
24        Q    Is there anything significant on
25   those text messages that's relevant to your
```

```
 1                    Carpenter
 2   lawsuit?
 3          A     Well, here at --
 4          Q     Indicating the first page?
 5          A     Indicating the first page, she
 6   confirms my conversation with her where she
 7   says that, I find it troubling that you felt
 8   worse after meeting with him.  She says, I've
 9   got to speak to him.
10          Q     The him is referring to Mayor
11   Davis?
12          A     Right.  She was requesting that I
13   come to her office.  I wasn't feeling well.  I
14   had right -- I had just become physically
15   unable to come to the office.  My back, my
16   legs, I was just really, really physically
17   drained, impacted by all the stress.
18          Q     Is there anything else that is
19   significant in those text messages that's
20   relevant to your lawsuit?
21          A     Well, it looks like something's
22   missing, because on Page 2, I remember I'm
23   having trouble with my Internet.  Because she
24   kept hounding me to write out what happened,
25   write out the charge.  And I was texting her
```

1                      Carpenter
2   back and forth, letting her know I'm trying,
3   I'm working on it, but I just wasn't feeling
4   good at the same time so --
5        Q    So you think there are more text
6   messages that are not present there?
7        A    Just doesn't -- I'm having trouble
8   with my Internet, I will get this to you soon.
9   My legs and back have been aching, I wasn't
10  feeling good.  I came down with shingles, strep
11  throat.  She replies, That's stress.
12            Okay.  She wanted me to please
13  write up the charge.  It can be brief.  'Cause
14  I told him the persons doing the investigation
15  are being implicated.  She says, Okay.  I said,
16  How soon do you need this?
17            My doctor called apparently after
18  consulting with another doctor.  She thinks due
19  to the high -- how high my blood pressure is, I
20  needed to get to the E.R. to get a CT scan.
21            I'm literally on prayers until the
22  snow stops, snowstorm.  I've been trying my
23  best just to stay calm and not to think about
24  things.
25        Q    Those texts are done over

```
                        Carpenter
1
2    different days, right?  They are not all on
3    January 17th?
4         A    No, these are all following
5    January 17th.
6         Q    And as I understand it, those text
7    messages continue to June of 2014, the text
8    messages that you are looking at?
9         A    Yes.
10        Q    So you felt comfortable enough to
11   be able to text Judy Williams?
12        A    That's all I could do.  I was so
13   sick.
14        Q    Well, between January and June of
15   2014, were you sick the entire time?
16        A    Well, that indicates exactly when
17   I was sick.  I mean, the best I could do was,
18   you know, she was -- she's a human resource
19   commissioner.  She insisted that I write what I
20   could and get it to her so she could conduct a
21   confidential investigation.  And I was trying
22   my best to get to her what I could under the
23   circumstances.
24        Q    But if you needed to communicate
25   with Judy Williams, you felt comfortable
```

```
 1                    Carpenter
 2   texting her?
 3        A    Yeah.
 4        Q    I am going to show you what's
 5   marked as Defendants' Exhibit V, as in Victor,
 6   which is pages 95 through 105.
 7              (Mr. Sweeney hands document
 8         to witness.)
 9        Q    And Defendants' Exhibit KK, which
10   is 184 through 187.
11              (Mr. Sweeney hands document
12         to witness.)
13        A    Oh.
14        Q    Do you recognize --
15        A    Both of these are in response to
16   her request that I write down what I was going
17   through.  And one of them is dated February --
18   let's see, what is this, a V (indicating)?
19        Q    V as in Victor.
20        A    V is dated February 7, 2014.  And
21   so it's just as best as I could give her a
22   chronological account of my experiences with
23   regard to discrimination and hostile work
24   environment.
25        Q    Did you hand deliver Exhibit V or
```

                        Carpenter

1

2  did you e-mail that?

3         A    I believe I e-mailed this.  I

4  didn't give this.  Yeah, I would have -- I

5  believe I would have e-mailed this to her.

6         Q    So you have a recollection with

7  respect to Defendants' Exhibit V, as in Victor,

8  and Defendants' Exhibit KK, kilo kilo, that you

9  e-mailed both of those to her?

10        A    I believe so.

11        Q    Did you provide a copy of those

12  submissions to anyone else at Mount Vernon

13  other than Judy Williams?

14        A    I don't believe so.

15        Q    Did you make anyone in that police

16  department aware that you provided those

17  submissions to Judy Williams?

18        A    I may have told the PBA but I'm

19  not -- I don't -- I don't recall.

20        Q    Who at the PBA would you have

21  told?

22        A    I would have told Officer

23  Jean-Jerome or -- I don't know at this time,

24  February, I believe Addison was the president

25  of the PBA at the time.

```
1                    Carpenter
2        Q    Other than PBA colleagues --
3        A    Right.
4        Q    -- you didn't provide a copy of
5   that to anyone in your chain of command, is
6   that fair to say?
7        A    No, this was for her.  She asked
8   for this.
9        Q    I will take those back.
10            (Witness hands document
11       to Mr. Sweeney.)
12       Q    One of the allegations in your
13   complaint at Paragraph 31 is that you were not
14   allowed to conduct roll call between March 1st
15   of 2014 and April 5th of 2014, is that right?
16       A    Right.
17       Q    Could you describe that allegation
18   of your complaint?
19       A    Well, I believe that's -- when I
20   returned back from being ill, that's when
21   Lieutenant Godshall was in -- had been
22   reassigned to our squad, and I was no longer
23   allowed to do roll calls.
24       Q    What did Lieutenant Godshall's
25   transfer to your squad have to do with you not
```

```
 1                    Carpenter
 2   getting roll calls?
 3        A     I don't know exactly, other than
 4   the fact that I was not allowed to do roll
 5   calls.
 6        Q     Who did the roll calls?
 7        A     He did.
 8        Q     And in response to an earlier
 9   question, you said it is the lieutenant's
10   prerogative as to who does the roll call, is
11   that right?
12        A     Yeah, it's -- the lieutenant is
13   the commanding officer, so that would have been
14   Lieutenant Curzio.
15        Q     And what was Lieutenant Godshall's
16   position within that unit?
17        A     He's another lieutenant.
18        Q     So you had two lieutenants --
19        A     Yeah.
20        Q     -- on the same tour?
21              Did you complain that you were not
22   allowed to do the roll call to anyone?
23        A     I did.
24        Q     Who did you complain to?
25        A     Lieutenant Curzio.
```

```
 1                    Carpenter
 2         Q    Did you do it orally or in
 3    writing?
 4         A    I did it in writing.
 5         Q    Do you recall when you would have
 6    done that in writing?
 7         A    I did it around March.
 8         Q    And how would you have done that,
 9    in an e-mail or a letter, a memo?
10         A    In an e-mail.
11         Q    Do you recall what you said?
12         A    I don't remember specifically, but
13    I do know that I sent him an e-mail.
14         Q    I am going to show you what's
15    marked as Defendants' Exhibit W, whiskey, which
16    is Bates stamped 109.
17              (Mr. Sweeney hands document
18         to witness.)
19         A    Yeah.
20         Q    Do you recognize Defendants'
21    Exhibit W?
22         A    Yes.
23         Q    What is it?
24         A    This is an e-mail I sent to
25    Lieutenant Curzio.
```

                    Carpenter

1

2          Q      Is it an e-mail or is that a

3     letter that you signed?

4          A      This is -- this is a letter.   It

5     looks like a letter I signed.

6          Q      So it is not an e-mail?

7          A      This looks like this is a letter I

8     signed.

9          Q      What was the purpose of writing

10    that letter?

11         A      I wanted to have a conversation

12    with him.  I was requesting a conversation

13    where we could discuss the changes that he made

14    and how we moved forward with developing

15    whatever his suggestion with developing the

16    officers.

17         Q      Did you make a complaint in that

18    exhibit about not being permitted to do roll

19    call?

20         A      Yes.

21         Q      Where did you make that complaint?

22         A      These actions include minimizing

23    my supervisory responsibilities with regard to

24    conducting roll calls, as well as suggestions I

25    made regarding sector assignments.

```
1                    Carpenter
2        Q     So the reference to roll calls
3   is --
4        A     It's -- this is like a follow-up
5   to the conversation we had regarding the roll
6   calls, me not doing roll calls.
7        Q     Is there anything else other than
8   that document which memorializes your objection
9   to not being allowed to do roll call?
10       A     Not that I recall.
11       Q     Did your inability to do roll
12  calls, was that for a certain amount of time,
13  March 1st through April 5, 2014, or did it
14  continue past that?
15       A     I'm not sure.  I got injured the
16  14th, April 14th.
17       Q     Longest it would have been is from
18  March 1st to April 14th?
19       A     Fourteen.
20       Q     2014?
21       A     Right.
22       Q     Did that inability to do roll call
23  affect your career at all?
24       A     Absolutely.
25       Q     How so?
```

```
                        Carpenter
 1
 2          A      Because when you -- conducting
 3   roll calls is an opportunity for training and
 4   to be able to communicate directly with the
 5   officers and help their development.  And so
 6   they get to see, to understand my expectations
 7   when they're out on the street.  I'm
 8   supervising them and -- and I get to discuss
 9   whatever I see on the street to help them.
10          Q      If you weren't doing roll call,
11   were you required to remain silent during the
12   briefing?
13          A      I wasn't required to.  No one
14   said, No, you have to remain silent.  But
15   whoever does the roll call also does the roll
16   call training.  Because I was consistently
17   assigned as the street supervisor.  That
18   precluded me from the opportunity to train and
19   develop the officers.
20          Q      To train and develop the officers?
21          A      Right.
22          Q      Not yourself?
23          A      To train and develop the officers.
24          Q      There is an allegation in your
25   complaint at Paragraph 36 where you indicate
```

Carpenter

1                  Carpenter

2 that following your injury at the police

3 department, that you were ordered to see the

4 police doctor?

5      A    Yes.

6      Q    Can you describe that allegation?

7      A    Well, I was transported from

8 police headquarters following my fall to the

9 emergency room, where I was diagnosed with a

10 torn meniscus.  I was issued crutches and --

11 and told not to bear weight on it.  And the

12 police doctor had been contacted and notified.

13         And so on this particular day,

14 Chief Dumser ordered me from my home to report

15 to HQ and that I had to -- and I simply said to

16 him that -- but I had to do it that day.  And I

17 explained to him that I'm on crutches.  I have

18 limited mobility.  I didn't have any

19 transportation.  They had to arrange for

20 transportation.

21      Q    Now, you were injured on April

22 14th of 2014, is that correct?

23      A    Right.

24      Q    And the incident we are referring

25 to was on April 23, 2014?

1                    Carpenter

2         A    Yes.

3         Q    So about nine days later?

4         A    Yes.

5         Q    During this time, by regulations,

6    you were to be sick in quarters, sick at home?

7         A    Yes.

8         Q    And during this time where you are

9    sick in quarters or sick at home, you would be

10   allowed to leave your house for certain

11   reasons?

12        A    Allowed to?

13        Q    Yes.

14        A    Yes.

15        Q    You had to ask permission to

16   leave?

17        A    Right.

18        Q    And you would be expected to

19   report in to the police department from time to

20   time, is that correct?

21        A    On this particular day, I was

22   asked to report to headquarters.

23        Q    Do you know of other officers who

24   are on sick leave, or 207 leave, who are

25   required to report in to the police department?

Carpenter

1

2      A    Who are required to report in to

3  the police department?

4      Q    Like you did.

5      A    No.  Required to report means to

6  make a phone call if you have to go to the

7  doctor and you let -- make notification.

8      Q    You don't know of any other police

9  officers who were required to physically show

10 up at the police department while they are

11 either sick or on 207 sick leave?

12     A    I know of one sergeant at the time

13 who was required to, but he was provided with

14 transportation.

15     Q    So other than lacking

16 transportation, was there an objection to the

17 request that you had to show up at the --

18     A    No, the only -- the only challenge

19 I had was I was physically unable to drive.

20 And I simply said, you know, I don't have --

21 and I expressed that, and he said that's your

22 problem.

23     Q    Is there anything else regarding

24 that allegation in the complaint that is

25 significant for your lawsuit?

1                      Carpenter

2          A     The significance was that -- that

3    I was treated differently than other male

4    counterparts who were allowed -- provided

5    transportation to come to headquarters.

6          Q     What other male counterparts were

7    provided transportation?

8          A     Sergeant Mitchell was provided

9    transportation by the department to go to the

10   doctor to be transported back and forth.

11         Q     How do you know that?

12         A     Because they -- it was in the Com

13   Stat report.

14         Q     How would it have appeared in the

15   Com Stat report?

16         A     I don't know but I read it.  It

17   was in the -- it was in a -- it was in a

18   report.

19         Q     For the record, what is Com Stat?

20         A     Com Stat is where, you know, the

21   command staff meets and they go over different

22   data that pertains to the functioning of the

23   department.

24         Q     And your testimony is that his

25   medical transportation showed up in Com Stat --

```
 1                        Carpenter

 2         A     It did.

 3         Q     -- data?

 4         A     It showed up in a report.

 5         Q     In your complaint at Paragraphs 43

 6   through 54, you refer to the denial of your

 7   207-C claim.

 8               Do you recall those allegations?

 9         A     I am -- what allegations do you

10   speak about?

11         Q     Well, actually, Paragraph 40

12   references a denial of benefits a second time.

13   Do you see that?

14               MR. SMITH:  Off the record for a

15         second.

16               (Discussion held off the record.)

17               MR. SMITH:  What was the question

18         again?

19               (The record is read back by the

20         reporter.)

21         A     I see it.

22         Q     Was the denial subsequently

23   modified at some point in time?

24         A     The denial, according to Captain

25   Goldman, was put on abeyance until further
```

```
 1                    Carpenter
 2   investigation.
 3              MR. SWEENEY:  We can go off the
 4        record.
 5              (Discussion held off the record.)
 6        Q    Sergeant Carpenter, is there
 7   something you wanted to clarify on the record?
 8        A    Yeah.  When I was talking to
 9   Lieutenant Nawrocki when he made the statement,
10   You should -- you need to control your
11   emotions, I recorded him on my cell phone that
12   I had at that time.  That was obviously way
13   before the lawsuit.  But I don't have that
14   recording anymore.  I don't have the phone
15   anymore.
16        Q    Did you provide a copy of that
17   recording to anyone?
18        A    No.
19        Q    When you had the conversation with
20   Lieutenant Nawrocki and he was taped, I assume
21   that you start taping before the conversation
22   started?
23        A    Before the conversation started.
24        Q    As opposed to in the middle of the
25   conversation?
```

```
 1                      Carpenter
 2       A     I don't remember.
 3       Q     Why did you want to record that
 4   particular conversation?
 5       A     Because we were not communicating
 6   well, and I wanted the conversation to be able
 7   to -- if I ever needed to refer to it, I wanted
 8   it to be -- to be able -- I wanted to be able
 9   to -- the truth of the conversation to be
10   conveyed, as opposed to allegations that I had
11   become used to.
12       Q     What do you mean, allegations that
13   you have become used to?
14       A     Allegations that, you know -- of
15   my actions.  I just wanted to make sure that if
16   anything came of it, that it would be conveyed
17   truthfully.
18       Q     So this taping would have occurred
19   in October of 2013?
20       A     Right.
21       Q     And it was following the roll call
22   that day?
23       A     Right.
24       Q     And this was taped in the presence
25   of, is it ███████████?
```

                        Carpenter

1

2        A     Right.

3        Q     Did Lieutenant Nawrocki know that

4   he was being taped?

5        A     I don't know, but I did have my

6   phone out.

7        Q     When you say out, was it --

8        A     I had it in my hand just like this

9   (indicating).

10             MR. SMITH:  Just wait for him to

11         finish the question.

12        Q     You indicated that you had it

13   palms up displayed like that?

14        A     Yes, I did.

15        Q     Are there any other occasions

16   where you taped other co-workers at the Mount

17   Vernon Police Department --

18        A     Not that I remember.

19        Q     -- specifically regarding the

20   allegations in this lawsuit?

21        A     That I taped anybody?  Yes, yes,

22   Lieutenant Curzio.

23        Q     When did you tape Lieutenant

24   Curzio?

25        A     The -- the -- when I fell.

                    Carpenter
1
2        Q    That's the fall in April of 2014?
3        A    Right.
4        Q    Why did you tape Lieutenant
5   Curzio?
6        A    Because he was being just
7   completely -- he was just being completely
8   ridiculous.  I was in extreme pain and, you
9   know, his behavior up until that point, it was
10  just constant harassment, harassment,
11  harassment.
12       Q    What do you mean?
13       A    And so I had gotten to a point
14  where I felt like I needed to protect myself.
15       Q    I don't know what you mean, so I
16  want you to walk me through the sequence of
17  events that led up to you taping Lieutenant
18  Curzio.
19       A    Yeah, I -- I went down to -- to
20  get my memo book.  I realized I didn't have the
21  key 'cause my -- my bag was up at the desk.  So
22  I come back upstairs after I'm injured.
23            I'm explaining to him, and he's
24  just not listening.  He's going on about, you
25  know, I just want your memo book.  And I'm

```
 1                        Carpenter
 2    saying, Just get me an ambulance.
 3                   And so instead of just arguing
 4    with him -- and he's going back and forth about
 5    this memo book, and I'm in extreme pain, and
 6    I'm saying, I need an ambulance.  And so at
 7    that point, I decided to tape him.
 8         Q    And did you record him?
 9         A    Yes.
10         Q    And what did you do with that
11    recording?
12         A    My phone -- my phone died.  That's
13    basically what happened.
14         Q    When you say your phone died, what
15    do you mean by that?
16         A    Yeah, it just -- I just lost -- I
17    ended up having to get a new phone, and the
18    recordings didn't transfer.
19         Q    Did you bring it to anyone to
20    transfer the recordings?
21         A    No, it was -- it just stopped
22    working, actually.  It wasn't even like I
23    couldn't -- I mean, trust me, I was upset too.
24    But it just -- I had to get another phone.
25         Q    Did Lieutenant Curzio know that he
```

```
 1                    Carpenter
 2   was being recorded?
 3         A     No.
 4         Q     You describe having the phone out
 5   palms up with the Lieutenant Nawrocki incident.
 6   You didn't do the same thing with Lieutenant
 7   Curzio?
 8         A     It was on the desk.
 9         Q     In April of 2014, you would have
10   already filed two complaints with the city's HR
11   department, is that correct?
12         A     Right.
13         Q     And did you know that those
14   recordings would have been valuable evidence in
15   support of your claim?
16         A     I was -- yes.
17         Q     Did you tell anyone that you had
18   made recordings of Lieutenant Nawrocki or
19   Lieutenant Curzio?
20         A     I -- I did tell the -- well,
21   ultimately I was assigned the PBA attorney, so
22   I did tell him.
23         Q     Which PBA attorney is that?
24         A     Garafola.
25         Q     And I don't want to get into your
```

```
 1                      Carpenter
 2   descriptions or your conversations with
 3   Attorney Garafola, but what time frame would
 4   that conversation have taken place?
 5          A    What do you mean, what time frame?
 6          Q    What month or date?
 7          A    When he -- I guess sometime during
 8   2014.
 9          Q    Was that in connection with the
10   207 claim --
11          A    Yes.
12          Q    -- or some other matter?
13               Let's do it this way.  I am going
14   to show you what's marked as Defendants'
15   Exhibit Y, which is Bates stamped 111.
16               (Mr. Sweeney hands document
17          to witness.)
18          Q    What is Defendants' Exhibit Y?
19          A    This is the report that I
20   submitted regarding my fall.
21          Q    That's the fall of April 14, 2014?
22          A    Right.
23          Q    That's when you were going
24   downstairs to get your memo book?
25          A    Right.
```

                          Carpenter

1

2          Q      And you were asked to provide

3    an MV-5 to describe your actions prior to

4    the fall?

5          A      To describe my actions prior to my

6    fall?

7          Q      Or how your fall occurred?

8          A      Right.

9          Q      That's the reason you filled it

10   out, right?

11         A      I filled it out as part of

12   procedure.  We have to submit -- we have to

13   follow it up with a report.  I was asked to.

14         Q      You were asked to provide a

15   narrative description of what happened to you,

16   is that correct?

17         A      I believe so.  I was asked to

18   provide a request for 207-C to be considered

19   for 207-C in writing.

20         Q      I am going to hand you what is

21   marked as Defendants' Exhibit Z, as in zebra,

22   Bates stamped 112 through 114, and ask you to

23   take a look at that.

24                (Mr. Sweeney hands document

25         to witness.)

```
1                        Carpenter

2           A     Okay.

3           Q     What is that document?

4           A     This is a supervisory report

5    written by Lieutenant Curzio regarding the

6    incident of my fall that occurred on April 14,

7    2014, in spite of the fact that he did not

8    investigate.  He was not the investigating

9    officer.

10          Q     At some point in time, did you get

11   a copy of Lieutenant Curzio's -- is it MV93?

12          A     I got it from -- yes, it was --

13   yes, I did.

14          Q     When did you get a copy of that?

15          A     I got it during the 207-C hearing.

16          Q     Exhibit Z --

17          A     I got it actually following a

18   207-C hearing.

19          Q     Were you questioned with respect

20   to the fact that you didn't have the memo book

21   available on or about April 14, 2014?

22          A     Was I questioned by whom?

23          Q     Anyone at the police department.

24          A     When?

25          Q     Anyone at the police department on
```

```
 1                    Carpenter
 2   or after April 14, 2014 about the lack -- your
 3   lack of a memo book.
 4        A    I was questioned by Lieutenant
 5   Curzio.
 6        Q    And is that set forth in Exhibit
 7   Z, his questioning of you?
 8        A    Yes, he states that he questioned
 9   me about my memo book.
10        Q    What was the reason that
11   Lieutenant Curzio wanted to see your memo book?
12        A    He didn't say.  The day before,
13   the -- a few days before, Lieutenant Godshall
14   advised me that there was an incident he needed
15   to look up, and he gave me a particular date in
16   my memo book.  And I explained to him that I
17   had to catch it up, but there was no real
18   incident that had occurred that he could tell
19   me about so --
20        Q    I am going to show you what's
21   marked as XX, which is Bates stamped 395.
22             (Mr. Sweeney hands document
23        to witness.)
24        A    Okay.
25        Q    Do you recognize that exhibit?
```

```
 1                    Carpenter
 2        A    I recognize it.
 3        Q    Do you recall receiving that
 4   letter from Captain Goldman?
 5        A    Yes, I do.
 6        Q    And in response to that letter,
 7   you provided certain medical information to
 8   Captain Goldman, is that correct?
 9        A    In response to this letter, I
10   called, and I got, I think Lieutenant Nawrocki
11   on the phone.
12        Q    And did you provide any additional
13   information?
14        A    I -- I did send another copy of
15   the information.
16        Q    All right.  I will take that back.
17             (Witness hands document
18        to Mr. Sweeney.)
19        Q    At some point in time, the denial
20   of your 207 claim had been modified?  I have
21   just handed you Exhibit VV --
22        A    Right.
23        Q    -- Bates stamped 393.
24             Do you recall receiving that
25   letter?
```

```
 1                     Carpenter

 2        A    I do.

 3        Q    And that letter indicated to you

 4   that your denial had been modified of your

 5   claim?

 6        A    The letter from Captain Goldman at

 7   the time referenced that the denial of my 207-C

 8   claim was based on my failure to cooperate, and

 9   that was not true.

10        Q    But at some point in time, you

11   received notification from the police

12   department that your 207-C claim was being

13   looked at or reviewed again?

14        A    He further, he goes on to say,

15   Please be advised that action on your appeal is

16   being held in abeyance so that the Mount

17   Vernon -- so that the City of Mount Vernon can

18   reopen its investigation by collecting relevant

19   medical records, which they never did, and

20   arranging for an IME, which also they never

21   did.

22        Q    There came a point in time where

23   the police commissioner issued you a revised

24   denial?

25        A    Yes, he did.
```

```
 1                    Carpenter
 2         Q     Is that set forth on Exhibit YY?
 3         A     Yes, it is.
 4         Q     And did you take an appeal from
 5   that denial in September of 2014?
 6         A     This denial, it -- it indicates
 7   that I have the right to appeal this denial by
 8   requesting an appeal hearing within ten days of
 9   the receipt of this letter, which I did do.
10         Q     And you had a hearing at police
11   headquarters, correct?
12         A     I did.
13         Q     You were represented by counsel at
14   that hearing?
15         A     I was representing by counsel.
16         Q     Was that Attorney Garafola?
17         A     Yes.
18         Q     And did you produce witnesses on
19   your behalf?
20         A     I did.
21         Q     And that was presided over by
22   Deputy Chief --
23         A     Deputy Chief Commissioner Raynor
24   designated -- Police Commissioner Terrence
25   Raynor designated Deputy Commissioner Richard
```

```
 1                    Carpenter
 2   Burke to preside over my 207-C hearing, in
 3   spite of the fact that we did request an
 4   independent hearing arbitrator.
 5        Q    There came a time where Police
 6   Commissioner Raynor issued a final
 7   determination on your appeal correct?
 8        A    Yes, he did.  He upheld his
 9   initial denial.
10        Q    And did you appeal from that
11   denial to the Supreme Court?
12        A    No, I did not.
13        Q    Why did you not?
14        A    I didn't have any money.  I had
15   been out of work, not getting paid, and I had
16   been crippled financially.  And I was
17   financially unable to pursue the matter further
18   as a result of that decision.
19        Q    The effect of that determination
20   was to find that you were not injured in the
21   line of duty, is that correct?
22        A    The effect of that determination
23   was to deny me the 207-C, was to deny me 207-C
24   benefits.
25        Q    Now, in your complaint, you
```

```
  1                      Carpenter
  2    allege, Paragraph 37, that you were designated
  3    as a chronic absentee?
  4         A    Yes.
  5         Q    Can you tell me about that
  6    allegation?
  7         A    Well, I simply received a letter
  8    while I was already out injured that I was
  9    designated chronic sick.  And I wasn't given
 10    the -- the ability of due process, as
 11    stipulated in the rules and regulations, or
 12    that has been afforded other officers who have
 13    been accused of the same thing.
 14              MR. SWEENEY:  Can I have that
 15         marked?
 16              (Document is marked Defendants'
 17         Exhibit EEE for identification, as of
 18         this date.)
 19              MR. SWEENEY:  Off the record.
 20              (Discussion held off the record.)
 21         Q    I am showing you what is EEE,
 22    which is Bates stamped 107.
 23              (Mr. Sweeney hands document
 24         to witness.)
 25         A    Okay.
```

```
1                      Carpenter

2         Q     Do you recognize what that is?

3         A     It's an e-mail from Captain

4  Hastings, a memo from Captain Hastings

5  requesting that all sergeants are reminded to

6  review records of their prospective assigned

7  officers and forward chronic sick

8  recommendations.

9         Q     Does that document set forth the

10 criteria to be designated as a chronic sick?

11        A     It doesn't complete -- this is not

12 complete.

13        Q     In what respect is it not

14 complete?

15        A     There's -- the process is missing.

16        Q     What process is missing?

17        A     The process of designating someone

18 as chronic sick is missing.  This doesn't

19 have -- this is not complete (indicating).

20 This is just, you know, a memo that he sent as

21 a reminder and for some bases to go on but

22 the -- it's a little bit more extensive.

23 Administrative guide that he references here

24 is -- is a lot more lengthier than this

25 (indicating).
```

```
 1                        Carpenter

 2          Q     Okay.

 3          A     It's 2023.

 4          Q     I am going to show you what's

 5    marked as Defendants' Exhibit X, which is Bates

 6    stamped 110, I believe.

 7                      (Mr. Sweeney hands document

 8          to witness.)

 9          Q     Do you recognize that?

10          A     Yes.

11          Q     What is that?

12          A     This is a letter from Captain

13    Goldman advising me that I have pursuant to

14    department manual 2.023 of the administrative

15    guide chronic absent -- that I been designated

16    a chronic absentee, I am ineligible for

17    voluntary overtime and off-duty employment.

18    Please be aware that this notice takes place

19    immediately.

20                Once again, Captain Goldman in

21    sending this directive towards me in particular

22    negates the complete process that is spelled

23    out in the department manual of 2.023 regarding

24    chronic absences.

25          Q     Did you take any appeals from that
```

```
 1                    Carpenter
 2   determination?
 3          A    I was out already.  I mean, I
 4   was -- this although this is -- this is -- this
 5   is dated April 7th, I didn't get it -- receive
 6   it till after I was already home.
 7          Q    So when would that have been that
 8   you received it?
 9          A    It was after April 14th, after I
10   fell.
11          Q    Sometime in April of 2014?
12          A    Right.
13          Q    And after you received that
14   sometime in April of 2014, did you appeal from
15   that determination?
16          A    I was already injured.  I was in
17   really, really bad shape initially.  It was
18   just -- I had sent a letter to the PBA to have
19   them handle it because that's what they're
20   supposed to do.  And I didn't get any response.
21          Q    Did you follow up after you didn't
22   get a response from the PBA?
23          A    No, I was -- once again, I was out
24   injured.  I was trying to manage a lot of
25   things as a result of my injury.  And initially
```

```
                        Carpenter
 1
 2   I did follow up with the PBA, but that's about
 3   the extent of it.
 4        Q    I am going to show you what's been
 5   marked as Defendants' Exhibit DD, which is
 6   Bates stamped 133, 134 and ask you to take a
 7   look at that.
 8              (Mr. Sweeney hands document
 9         to witness.)
10        A    You keep referring to me as --
11   who's the defendant?  I'm the plaintiff,
12   correct?
13              MR. SMITH:  Off the record for one
14         second.
15              (Discussion held off the record.)
16        A    Okay.  This is a letter I sent to
17   PBA President Greg Addison, the PBA president,
18   dated April -- dated May 7th, I'm sorry.  And
19   it states on -- this says dated May 7th, it
20   says -- oh boy.  I messed up.  I transposed the
21   numbers, apparently.
22              But I received a letter from
23   Captain Goldman indicating that I was being
24   placed on chronic sick list.  Days later, I
25   learned that my name was on public display at
```

                          Carpenter

1

2    headquarters on green paper, typically

3    designated to display the names of those who

4    have faced disciplinary action.

5                    I had become aware that PBA

6    President Addison and PBA Trustee Patrick

7    Jean-Jerome had already begun consideration

8    conversations with Commissioner Raynor

9    regarding the chronic sick policy, and I am

10   submitting the above as a formal grievance

11   utilizing the resources afforded me as a member

12   of the Police Benevolent Association.

13                   I'm asking that you intervene in

14   such a way that the policy is properly

15   evaluated, and my name is rescinded from the

16   chronic sick designation ASAP.

17        Q    After sending this letter or

18   e-mail to Greg Addison on or about May 7, 2014,

19   you said you transposed numbers.  Looking at --

20   strike that.  Looking at the first page of

21   Exhibit DD --

22        A    Yes.

23        Q    -- which is Bates stamped 133, it

24   appears to be dated May 7, 2014, is that right?

25        A    Right.

```
 1                    Carpenter
 2        Q    And there appears to be another
 3   date in the first sentence?
 4        A    Yes.
 5        Q    And what was the date supposed to
 6   have been?
 7        A    I don't know what date it was
 8   supposed to have been.  The first is -- it
 9   states 05/20/14.  So May of 2014 is what
10   somehow I mixed up the numbers.  I wrote the
11   number in error.
12        Q    Would that number that looks like
13   it is erroneous, would that have been before or
14   after May 7th of 2014?  The letter is dated May
15   7th, right?
16        A    Right.  So it would have had to
17   have been before May 7th.
18        Q    Did you receive response from Greg
19   Addison or anyone else at the PBA?
20        A    I don't remember.
21        Q    Well, do you know if the PBA filed
22   a grievance on your behalf?
23        A    I don't remember.
24        Q    Is there --
25        A    Again, that's during the time when
```

Carpenter

1

2      I was injured, and I was in severe pain trying

3      to manage, that being the priority.  So I don't

4      remember if they did or not.  My priority focus

5      at the time was really getting treated for my

6      injury.

7            Q    What procedures would have to be

8      followed in order to appeal from a chronic

9      absentee designation?

10           A    What procedures specifically?

11     It's stipulated in the rules and regulations of

12     the chronic sick policy.

13           Q    So whatever procedures are set

14     forth in the rules and regulations are the ones

15     you would have to follow --

16           A    Yeah.

17           Q    -- is that correct?

18           A    And also that the department is

19     bound to follow as well.

20           Q    Now, in addition to filing

21     submissions with the city's human resources

22     person, you also filed an EEOC complaint, is

23     that correct?

24           A    Yes, I did.

25           Q    I am going to show you what's

```
 1                      Carpenter
 2   marked as Defendants' Exhibit EE, which starts
 3   with Bates stamp 147.
 4                  (Mr. Sweeney hands document
 5           to witness.)
 6        A     Okay.
 7        Q     Do you recognize that exhibit?
 8        A     Yes.
 9        Q     What is it?
10        A     This is a response from the Equal
11   Employment Opportunity Commission to the --
12   acknowledging the charge of employment
13   discrimination against the City of Mount
14   Vernon.
15        Q     And what's the date of the EEOC
16   acknowledgement of your claim or your charge?
17        A     The acknowledgment, April 25,
18   2014.
19        Q     Right, and I take it that you had
20   filed a charge with the EEOC or your attorney
21   had filed a charge before that date?
22        A     Yes, it's dated March 24th.
23        Q     Did you have an attorney assist
24   you with that filing?
25        A     Yes.
```

1                     Carpenter

2          Q     And who was that attorney?

3          A     Patricia Mulligan.

4          Q     Did you provide a copy of that to

5    anyone at the Mount Vernon Police Department

6    after it was filed?

7          A     No.

8          Q     Do you know if your attorney

9    provided a copy of that to anyone at the Mount

10   Vernon Police Department?

11         A     I'm sure she -- I believe she did.

12         Q     Who would she have provided that

13   to?

14         A     Well, I don't -- I'm not sure, I'm

15   not sure.

16         Q     There came a time where the EEOC

17   declined to accept the charge, is that correct?

18         A     The -- I don't know.

19         Q     I am showing you what is marked as

20   Defendants' Exhibit TT, and it is Bates stamped

21   313 and 314.

22              (Mr. Sweeney hands document

23         to witness.)

24         A     And what was the question?

25              MR. SWEENEY:  What was the

```
 1                       Carpenter
 2        question?
 3              (The record is read back by the
 4        reporter.)
 5        Q    I was going to ask you if you
 6   recall receiving that in the EEOC.
 7        A    I -- I don't recall receiving this
 8   from the EEOC.
 9        Q    Okay, I will take that back.
10              (Witness hands document
11        to Mr. Sweeney.)
12        Q    I am going to show you what
13   is marked as Exhibit UU, which is Bates stamped
14   322.
15              (Mr. Sweeney hands document
16        to witness.)
17        A    Okay.
18        Q    Do you recall receiving that?
19        A    No, I did not receive this.
20        Q    You didn't receive it or you don't
21   recall receiving it?
22        A    I don't recall receiving this.
23        Q    Do you know what the EEOC did with
24   your charge?
25        A    As far as I know, they issued a
```

1                        Carpenter

2    right to sue.

3            Q     Right?

4            A     Letter.

5            Q     But you don't know if they ruled

6    on whether or not you had reasonable cause for

7    your charge?

8            A     I have heard that the right to sue

9    was sufficient evidence that there was

10   reasonable cause.

11           Q     The memorandum that you are

12   looking at from the EEOC indicates that the

13   city produced evidence that complaints had been

14   made against you?

15           A     Right.

16           Q     Do you know what complaints that

17   refers to?

18           A     No.

19           Q     The memorandum you are looking at

20   refers to discipline being taken against

21   certain police officers that you brought up.

22   Do you see that?

23           A     I see it.

24           Q     Do you know what discipline was

25   taken against the officers that --

```
 1                    Carpenter

 2        A    No, I don't.

 3        Q    The memorandum you are looking at

 4   refers to you making judgments based on race,

 5   do you see that?

 6        A    Yes.

 7        Q    Did you make judgments based on

 8   race?

 9        A    I don't know what they're

10   referring to.

11        Q    Okay.  I can take that back.

12             (Witness hands document

13        to Mr. Sweeney.)

14        Q    I am showing you what is marked as

15   Defendants' Exhibit ZZ.  It is two pages Bates

16   stamped.  Really can't see the Bates stamp.  It

17   is in the 930 range.

18             MR. SMITH:  Is this it

19        (indicating)?

20             MR. SWEENEY:  Yes.

21             MR. SMITH:  Okay.

22             (Mr. Sweeney hands document

23        to witness.)

24        A    Okay.

25        Q    Do you recognize that document?
```

1                        Carpenter

2          A     It appears that it's a performance

3    evaluation signed by Lieutenant Curzio.

4          Q     You received that evaluation, I

5    take it?

6          A     I did not.

7          Q     You don't recall receiving it or

8    you didn't receive it?

9          A     I didn't -- I don't recall

10   receiving this.

11         Q     Did you file any appeals of a

12   evaluation from Lieutenant Curzio from the

13   April 2014 time frame?

14         A     I'm sorry?

15         Q     Did you file any appeals of an

16   evaluation that Lieutenant Curzio did in April

17   of 2014 time frame?

18         A     No.

19         Q     You are supposed to receive

20   periodic evaluations, correct?

21         A     Yes.

22         Q     And it is your testimony that you

23   never received or you don't recall receiving an

24   evaluation from the April 2014 time frame?

25         A     No.

```
1                     Carpenter
2         Q    No, that you didn't receive it or
3    no, you don't recall receiving it or --
4         A    I did not.
5         Q    Did not receive it?
6         A    I did not receive it.
7              MR. SWEENEY:  Off the record.
8              (Discussion held off the record.)
9              MR. SMITH:  Can you just repeat
10        back I guess those two questions and
11        what her responses to those were?
12             (The record is read back by the
13        reporter.)
14             MR. SMITH:  You can ask a
15        different question but that's --
16        Q    Just for clarify for the record,
17   Sergeant Carpenter, looking at Exhibit ZZ,
18   which appears to be a performance evaluation of
19   you in the April of 2014 time frame, it is your
20   testimony under oath that you never received
21   that evaluation?
22        A    Yes.
23        Q    Okay.
24             Sergeant Carpenter, going back to
25   an earlier line of questioning, with respect to
```

```
1                      Carpenter
2    the recordings that you made on your cell phone
3    which died, did you upload those to any
4    database?
5          A    No.
6          Q    Did you transfer those to your
7    computer?
8          A    No.
9          Q    Did you make a copy of that for
10   any other person?
11         A    No.
12         Q    Are there any copies of that
13   recording in existence?
14         A    No.
15         Q    What happened to the cell phone
16   that died?
17         A    It was --
18         Q    Do you still have it in your
19   possession?
20         A    No, I don't have it.  While I was
21   out it just -- it just stopped working.  And
22   there's -- I went to the store to explain to
23   them that my phone wasn't working, and I got
24   duped into buying a new phone and -- and I
25   didn't -- the information didn't transfer, and
```

```
1                    Carpenter
2    it was a mess.  That's the bottom line with
3    that.
4          Q    When you went to the store to get
5    a new --
6          A    I really just wanted them to look
7    at it because my phone wasn't working.
8          Q    And what type of phone was it?
9          A    It was a Note.
10         Q    A Note?
11         A    Yeah.
12         Q    Who makes the Note?
13         A    Samsung.
14         Q    And what happened to the Note, the
15   phone, after you went to the phone people?
16         A    What did I do with that phone?  I
17   mean, it doesn't work.
18         Q    Do you still have it?
19         A    I don't even.
20              MR. SWEENEY:  Do it this way.  To
21         the extent that the phone still exists,
22         I make a demand for the phone be turned
23         over and that all relevant evidence be
24         preserved.
25         Q    I am going to show you what is
```

```
 1                    Carpenter
 2  marked as BBB.  Again, there is no real Bates
 3  stamps I can see on the bottom.
 4              (Mr. Sweeney hands document
 5         to witness.)
 6         A    Right.
 7         Q    Do you recognize what that is?
 8         A    This is a memo.  Okay.  This is a
 9  memo to Commissioner Raynor from Deputy
10  Commissioner Richard Burke.  It's dated
11  November 17, 2013 and -- and his recommendation
12  that I be disciplined for an injury I sustained
13  while on duty, July 19, 2013.
14         Q    You claimed a line of duty injury
15  in July of 2013?
16         A    Yes.
17         Q    And that occurred during a
18  training evaluation, as I understand it?
19         A    Yes.
20         Q    What training were you taking at
21  that time?
22         A    It was an active shooter training.
23         Q    And what happened to you that you
24  got injured?
25         A    I fell.
```

                              Carpenter

1

2        Q    Where did you fall?

3        A    I fell on -- inside Saints Peter

4   and Paul School that we were training at.

5        Q    And you sustained a knee injury?

6        A    Yes.

7        Q    In April of 2000, when getting

8   your memo book, you sustained a knee injury?

9        A    Yes, I did.

10       Q    And you tripped and fell on the

11  stairs at the police department?

12       A    I fell on the steps at the police

13  department.

14       Q    Same knee?

15       A    The same knee.

16       Q    Did you have permission to leave

17  training early?

18       A    Leave training early?

19       Q    Yes.  Strike that.

20            Were you present for all of the

21  training, the active shooter training?

22       A    I was present for -- I can't

23  remember what time.

24       Q    Did you attend all the training?

25       A    I believe I attended most of it.

```
                          Carpenter
 1
 2     I mean, I was one of only the few supervisors
 3     that attended, myself and another supervisor.
 4     We -- most of the supervisors didn't attend.
 5           Q    Do you know --
 6           A    And we weren't required to.
 7           Q    Do you know why Deputy
 8     Commissioner Burke was recommending discipline
 9     against you?
10           A    No.
11           Q    Have you seen that before today?
12           A    I've seen this.  It was -- yes,
13     but I was never -- I've seen it.
14           Q    And you were never disciplined for
15     that incident?
16           A    No.
17           Q    There came a time that you were
18     directed to undergo a psychological
19     fitness-for-duty exam, is that correct?
20           A    Yes.
21           Q    And that allegation is set forth
22     in Paragraph 48 of your complaint, is that
23     right?
24           A    Okay.  Yes.
25           Q    Is that correct?
```

```
 1                      Carpenter
 2       A    Yes.
 3       Q    I am going to hand you what is
 4  marked as Defendants' Exhibit LL, which is
 5  Bates stamped 188.
 6            (Mr. Sweeney hands document
 7       to witness.)
 8       A    Okay.
 9       Q    Do you recognize that document?
10       A    Yes.
11       Q    What is it?
12       A    This is a letter I received from
13  Commissioner Raynor ordering me to report for a
14  fitness-for-duty examination that has -- was
15  scheduled for July 28 2014.
16       Q    And you attended that examination?
17       A    Yes, I did.
18       Q    I am handing you Exhibit PP, which
19  starts with Bates stamped number 199.
20            (Mr. Sweeney hands document
21       to witness.)
22       A    Okay.
23       Q    Do you recall receiving a copy of
24  that examination report?
25       A    I do.
```

```
1                      Carpenter
2          Q    When you met with Dr. Fayer,
3     F-A-Y-E-R, did you provide him with information
4     regarding how you were feeling?
5          A    Yes.
6          Q    Did he ask you questions about
7     your mental status?
8          A    What do you mean?
9          Q    What questions did he ask you?
10         A    I don't remember.  That was July,
11    that was back in July.
12         Q    All right.
13         A    You have a report.
14         Q    Right.  Do you have a recollection
15    of the examination itself?
16         A    Of course.
17         Q    What questions did he ask?
18         A    He asked a series of questions.
19         Q    Did he ask you if you were
20    depressed?
21         A    He may have.
22         Q    Did he ask if you were anxious?
23         A    He may have.
24         Q    Did he ask if you were under
25    stress?
```

                        Carpenter

1

2          A    He may have.

3          Q    Can I take that back?

4          A    Okay.

5               (Witness hands document

6          to Mr. Sweeney.)

7          Q    In his report, he indicates that

8   you denied being anxious, is that correct?

9          A    Is that what he indicates?

10         Q    Your attorney has a copy of the

11  same report.

12              MR. SMITH:  Repeat the question,

13         I'm sorry.

14         Q    It is on Page 206.  He indicates

15  in his report that you denied being anxious.

16  That's the first paragraph on Bates stamped

17  206.

18         A    Okay.  Go ahead.  I'm sorry, she

19  denies being anxious.

20         Q    Is that a correct statement, you

21  denied being anxious?  Did you tell him you

22  were anxious or that you were not anxious?

23         A    I -- I guess I told him I was not

24  anxious.

25         Q    He indicates that you denied a

```
 1                        Carpenter
 2   suicidal ideation in the past or present.  Do
 3   you see that?
 4          A    I see.
 5          Q    Do you recall denying that you
 6   expressed feelings of wanting to commit
 7   suicide?
 8          A    Correct.
 9          Q    So you have a recollection of
10   that, is that correct?
11          A    Do I have a recollection of that?
12          Q    Yes.
13          A    He asked a series of questions.
14   I'm gonna assume that he -- this is what he
15   asked.
16          Q    Right.  He indicates that you
17   denied feelings of hopelessness or
18   helplessness.  Do you recall that?
19          A    Correct.
20          Q    And he says that you are hopeful
21   about the future and would like things to work
22   out?
23          A    Yes.
24          Q    You recall saying that?
25          A    Yes.
```

```
1                    Carpenter
2        Q     And that you denied any difficulty
3    with impulse control, loss of temper,
4    aggressive behavior or inappropriate behavior.
5    Do you see that?
6        A     Right.
7        Q     And is that a true statement?
8        A     It's true.
9        Q     Second paragraph to the bottom of
10   that page, she denies having any type of
11   psychological difficulties and denies the need
12   for any type of psychological treatment.  Do
13   you see that?
14       A     Correct.
15       Q     Is that a true statement?
16       A     At that time, correct.
17       Q     What?
18       A     He was asking me in the context of
19   that particular day, he started off a
20   conversation asking questions and I was
21   answering him in the context of that day.  In
22   that day, I was not feeling anxious.  At the
23   time I was more curious than anything as to why
24   I was being summoned.
25       Q     Prior to July of 2014, had you
```

1                    Carpenter

2    undergone any counseling, mental counseling?

3          A    Not that I -- no.

4          Q    No, or you don't recall?

5          A    I don't recall.

6          Q    Is it possible?

7          A    July 31st, I was still just trying

8    to get around, so I don't think so.

9          Q    So the answer to the question was

10   you don't recall --

11         A    I don't recall.  I was just still

12   trying to manage walking, you know, manage my

13   injury, so I wasn't really trying to travel

14   that much.

15         Q    The question is not really

16   traveling.  Do you recall?

17         A    But I would have to go someplace,

18   you know, so I really was just trying to manage

19   my injury during that period of time.

20         Q    This would have been before your

21   injury of April of 2014.  At any time in your

22   life, have you undergone mental counseling or

23   treatment?

24         A    Not that I recall.  I mean, I

25   think everybody talks to somebody.  I go to

                          Carpenter

1

2    church, I talk to my pastor.  You know, I think

3    that's life.  That's normal.  But anything out

4    of ordinary, I don't think so.

5           Q    So in terms of talking with a

6    licensed social worker or psychologist or

7    psychiatrist, you have not had that type of

8    treatment before April of 2014?

9           A    I may have.

10          Q    And who would that have been with?

11          A    I don't know.  I just am not going

12   to say absolutely anything at this point.  You

13   know, it's been many years, so to have to

14   remember every little detail of your life, so

15   anything's possible.

16          Q    I am going to show you what's

17   marked as CC, which is a notice of claim.

18          A    Okay.

19          Q    Bates stamped 129, 130.

20               (Mr. Sweeney hands document

21          to witness.)

22          A    Okay.

23          Q    Do you recall what that is?

24          A    This is a notice of claim that

25   was --

1                         Carpenter

2          Q      Did you provide a copy of that

3     notice of claim to anyone at the police

4     department?

5          A      I didn't provide any copies of --

6     these are legal documents that was drafted by

7     my attorney, so they would have provided the

8     copies to whom they deemed necessary.  I didn't

9     provide any copies.

10         Q      And who was the attorney that

11    helped you draft that?

12         A      This was Patricia Mulligan, right,

13    Patricia Mulligan.

14         Q      So you did not provide a copy of

15    that to anyone at the police department, is

16    that correct?

17         A      No.

18         Q      I am going to show you three

19    documents, MM, NN and OO, and they are Bates

20    stamped 190, 191, 192, 193, 194.

21               (Mr. Sweeney hands documents

22         to witness.)

23         A      Right, okay.

24         Q      The time frame those letters were

25    written appears to be in mid-July of 2014, is

```
 1                      Carpenter
 2   that correct?
 3            A     Correct.
 4            Q     Why were those letters written?
 5            A     Because I had requested from
 6   Commissioner Raynor to see -- as the Civil
 7   Service Law avails me, the opportunity to see
 8   any reports, complaints that were filed against
 9   me prior to responding to a fitness-for-duty.
10                  And I requested him several times
11   and he -- and got no response.  So as of -- at
12   the time Nathan Edwards was commissioner of
13   Civil Service Department and Yuhanna Edwards
14   was the civil counsel member who has oversight
15   over the police department, and PBA President
16   Greg Addison.
17                  I was simply trying to get
18   assistance in obtaining those complaints that
19   were -- that Commissioner Raynor alleged that
20   he used to come to the decision that I needed
21   to go to a fitness-for-duty.
22            Q     Did you provide a copy of any of
23   those documents to the police department?
24            A     I provided them to civil service,
25   PBA, PBA and civil service, yeah.
```

```
 1                      Carpenter
 2        Q     But PBA is not in your chain of
 3   command, correct?
 4        A     Right.
 5        Q     So you didn't provide a copy of --
 6        A     Well, beyond the chain of command,
 7   I was trying to get them from Commissioner
 8   Raynor.  So in order to -- to assist me after
 9   Commissioner Raynor, I went to those other
10   entities that would be able to -- that I
11   thought could assist me.
12        Q     All right.  But the letters at
13   least to Mr. Edwards and to --
14        A     Right, he's the commissioner of
15   civil service, and pursuant to Civil Service
16   Law, I was entitled to -- to be viewed, those
17   complaints, which I had not been.
18        Q     The letters to Mr. Edwards, which
19   is NN, and the letters to Greg Addison, which
20   is OO, they contain allegations beyond just
21   asking for copies of the complaints, right?
22   You make certain allegations in those letters,
23   right?
24        A     Yeah, these -- I recap different
25   issues that -- that I was experiencing that led
```

                        Carpenter

1

2    up to the, being -- that led up to my request

3    to see these complaints.

4         Q    Okay.  But you didn't provide

5    copies of those letters to the then police

6    commissioner or the deputy police commissioner

7    or the captain?

8         A    These -- these have already been

9    addressed.  These were -- these were -- these

10   things that were cited, had already been

11   addressed.

12        Q    What do you mean, addressed?

13        A    With the commissioner and through

14   the chain of command.

15        Q    How were they addressed?

16        A    You know, through different types

17   of reports that I filed and through different

18   reports that I filed.  These had already been

19   addressed.

20        Q    Okay.  Can I get those back?

21             (Witness hands document

22        to Mr. Sweeney.)

23        Q    I show you what's been marked as

24   AA and BB, which appear to be e-mails to and

25   from Mr. Garafola.

```
 1                        Carpenter
 2              (Mr. Sweeney hands documents
 3          to witness.)
 4         A     Right, okay, okay.
 5         Q     Without getting into specifics of
 6   what you and Mr. Garafola discussed, what was
 7   the purpose of that communication with
 8   Mr. Garafola?
 9         A     It was simply to follow up e-mail
10   because I had not heard from him.
11         Q     Were you contacting him with
12   respect to your 207 case or with respect to an
13   harassment issue?
14         A     Well, as the PBA attorney, he
15   covers all of that.
16         Q     Specifically what harassment issue
17   were you --
18         A     Isn't that attorney-client
19   privilege?
20         Q     Well, I don't want to get into the
21   communications you had with Mr. Garafola, but I
22   think I am entitled to know the subject matter
23   of what you were conveying.
24              MR. SMITH:  Object to privilege.
25              MR. SWEENEY:  Well, not for
```

```
 1                      Carpenter
 2          nothing, I think the privilege has been
 3          blown because she produced the document.
 4              MR. SMITH:   In terms of the words
 5          in the e-mails.
 6              MR. SWEENEY:   What I am referring
 7          to is in the subject matter of the
 8          e-mail.   It says harassment or something
 9          like that, right?
10              MR. SMITH:   You can answer in
11          terms of the context of these e-mails.
12          Repeat the question, I'm sorry.
13              (The record is read back by the
14          reporter.)
15          Q     In this context, Sergeant
16     Carpenter, you made a claim of gender
17     discrimination against the city of Mount
18     Vernon, and I don't know if you allege general
19     harassment, if there is such a thing.   Were you
20     communicating with respect to racial
21     harassment, gender harassment, some other type
22     of offensive treatment?
23          A     Yes, I was.
24          Q     Which one of the above?
25          A     Gender, racial.
```

```
 1                    Carpenter
 2        Q    And then from the words set forth
 3   on those documents, it appears that you believe
 4   that Mr. Garafola was conflicted out of
 5   representing you based on his relationship with
 6   Lieutenant Hunce?
 7        A    Now what's the question?
 8             MR. SWEENEY:  Can you read it
 9        back?
10             (The record is read back by the
11        reporter.)
12        A    What do you mean by conflicted
13   out?
14        Q    I think you used the word conflict
15   of interest, so I was just asking you what you
16   meant by that.
17        A    Because he was related to
18   Lieutenant Hunce, who was on the PBA board at
19   the time.
20        Q    So Attorney Garafola was
21   conflicted out from representing you in this
22   harassment issue because of his conflict with
23   Lieutenant Hunce?
24        A    I didn't say that.
25             MR. SMITH:  Can you repeat that
```

```
1                      Carpenter
2           last question?
3                  (The record is read back by the
4           reporter.)
5           Q    And you said I didn't say that.
6           A    I didn't say he was conflicted
7    out.  I needed -- I was asking him for a
8    response regarding what appears to be a
9    conflict of interest as the PBA attorney.
10          Q    And his response is set forth on
11   Exhibit BB?
12          A    Okay.  So his response is that --
13   and this is dated April 14th.  His response was
14   is beyond reason -- his response was, Since you
15   have elected to proceed on your own, which I
16   did not, he's the only PBA attorney of record
17   representing the PBA, so I could not respond on
18   my own.  He was the only person that I could
19   have to represent me.  But he wrote it anyway:
20   Since you have elected to proceed on your own,
21   I respectfully decline to represent your
22   interests without the PBA board's direct
23   approval.
24          Q    All right.  I can take those back.
25                 (Witness hands document
```

```
                        Carpenter
1
2            to Mr. Sweeney.)
3            Q    The first sentence of his response
4    to you says, It is beyond reason that you feel
5    that since I am related to Lieutenant Hunce, it
6    would somehow influence my representation as
7    attorney for the Mount Vernon PBA.  Do you see
8    that?
9            A    That's his opinion.
10           Q    Okay.  I am just --
11               MR. SMITH:  Just answer the
12           question.
13               THE WITNESS:  Yes.
14           Q    I am going to show you what's
15    marked as Exhibit RR, which is Bates stamped
16    277.
17               (Mr. Sweeney hands document
18           to witness.)
19           A    Yes.
20           Q    Do you know what that is?
21           A    This is my response to Captain
22    Hastings regarding his accusation that I
23    accessed personnel files.
24           Q    And in that response you indicate
25    that you were accessing the AS400, the
```

```
 1                       Carpenter
 2    computer, for a very limited purpose, is that
 3    right?
 4           A    Yes.
 5           Q    It was just to get, I think you
 6    described as pedigree information, is that
 7    right?
 8           A    Yes.
 9           Q    And pedigree with respect to date
10    of hire, I think you said tenure, is that
11    right?
12           A    Yes.
13           Q    Why would you need that
14    information for Commissioner Raynor?
15           A    I was doing a report with regard
16    to submitting a report to Commissioner Bell,
17    and it was relevant to the report I was filing
18    at the time.
19           Q    And what report was that?
20           A    The report I was filing with
21    regard to Officer ██████.
22           Q    So in order to process the report
23    for Officer ██████, you needed to get the
24    police commissioner's pedigree information?
25           A    I was -- I was looking for a time
```

```
1                        Carpenter
2    frame, and since we changed administration so
3    much, I just wanted to make sure that he was
4    the appropriate person that I was gonna be
5    sending it to.
6          Q    Okay.  I can take that back.
7                (Witness hands document
8          to Mr. Sweeney.)
9          Q    I am going to show you what's been
10   marked as Defendants' Exhibit SS, which starts
11   at Bates stamped 282.
12               (Mr. Sweeney hands document
13         to witness.)
14         A    Okay.  This is response from the
15   EEOC New York district office, that they
16   received the charge of employment
17   discrimination against the above-named
18   respondent, City of Mount Vernon.
19         Q    Do you recall receiving a copy of
20   that?
21         A    I believe I did.  The attorneys
22   did.  I usually rely on them.
23         Q    Did you provide a copy of that to
24   anyone at the police department?
25         A    No, that wouldn't be something
```

```
 1                      Carpenter
 2    that I would do.
 3            Q     Okay.
 4                  (Witness hands document
 5            to Mr. Sweeney.)
 6            Q     Thanks.
 7                  In your complaint at Paragraph 66,
 8    you refer to a subpoena for your bank records
 9    that was done by Internal Affairs?
10            A     Right.
11            Q     Can you tell me about that
12    allegation?
13            A     I was notified by the bank that
14    my -- that they received a subpoena for my bank
15    records.
16            Q     Who did you speak with at the bank
17    about that?
18            A     I don't know who exactly.
19            Q     Do you recall what they told you
20    and what you said back to them at the bank?
21            A     They said that they -- they have
22    received a subpoena, and there was a period of
23    time -- I don't know, they just -- they sent me
24    something in the mail, and I turned it over to
25    the PBA attorney at the time.
```

```
 1                     Carpenter
 2         Q     And who was that?
 3         A     That was John D'Alessandro.  We
 4   had a different PBA attorney.
 5         Q     Did you learn anything
 6   subsequently about why Internal Affairs was
 7   trying to get your banking records?
 8         A     No.
 9         Q     Is that still the case today?
10         A     Yeah.
11         Q     Was your credit history or any
12   other aspect of your financial life impacted by
13   this subpoena of your bank records?
14         A     Impacted by the subpoena?  Not
15   that I know of.
16         Q     It didn't show up on a credit
17   report or anything, did it?
18         A     Not that I know of.
19         Q     What time frame or what date or
20   month did you return back to work following
21   your line-of-duty injury?
22         A     January of 2016.
23         Q     And you have been continuously
24   employed since then?
25         A     Yes.
```

```
 1                     Carpenter
 2        Q    Have you tested for promotions
 3   since then?
 4        A    Not since then.  There has not
 5   been a promotional exam.
 6        Q    Have you received discipline since
 7   returning to work?
 8        A    Yes.
 9        Q    What discipline have you received?
10        A    Well, I was presented with
11   departmental charges in February 2017.
12        Q    And what's the status of that
13   discipline?
14        A    I have no idea.
15        Q    You have not gotten a hearing yet?
16        A    I have not gotten a hearing.
17        Q    Do you have an attorney for that
18   proceeding?
19        A    Yes.
20        Q    Who is the attorney?
21        A    Well, I don't actually -- no, I
22   don't.  I was presented with the charges, and
23   then I was told that it had to go to the law
24   department.  So I don't have an attorney as of
25   yet.  I'm waiting to see what the next step is
```

Carpenter

1

2  according to the rules and regs.  They supposed

3  to -- once they present, they supposed to give

4  me a date and hearing, and that didn't happen.

5       Q    What's the basis for the

6  discipline?

7       A    E-mails that I sent with trying to

8  encourage the department to focus on the 21st

9  Century Policing Initiative that Captain

10  Adinaro deemed was worthy of departmental

11  charges.

12       Q    What time frame were these e-mails

13  sent?

14       A    I was assigned the 21st Century

15  Policing Initiative in January.  I sent the

16  e-mails.  They went from -- he picked from

17  incident -- different aspects of my e-mails all

18  the way up, I believe until December 2016.

19       Q    You are claiming damages as a

20  result of the city's actions, is that correct?

21       A    Yes.

22       Q    What damages are you claiming?

23       A    Extensive damages, extensive

24  damages to my reputation, my ability to

25  supervise, and just emotional stress, my

```
 1                           Carpenter
 2    physical health, the impact on my family, my
 3    financial -- my finances.  It was -- it was
 4    impacted tremendously.
 5            Q    So with respect to damages to your
 6    reputation, what damages to your reputation are
 7    you claiming?
 8            A    That the -- the -- the department
 9    and Captain Goldman and -- you know, by
10    conveying to members of the department that I
11    lied, that I refused to cooperate with my 207-C
12    investigation made me out to be a liar, which
13    was not true.
14                 By leaking the process, my --
15    my -- my communication with regard to 207-C was
16    only with the Lieutenant Nawrocki, who was up
17    in at the time Captain Goldman, Raynor.  But
18    yet they spoke with other members of the
19    department.  And that gave -- that impacted my
20    relationships throughout the department as
21    though I was a liar, which was, you know, not
22    the truth.
23                 I just simply fell.  I just needed
24    to get treated so I can get back to work.  And
25    that impacted my relationship tremendously.
```

```
1                        Carpenter
2                The stress, the physical
3    disability of the injury exacerbated over that
4    period of time, impacted my relationship with
5    my daughter.  I go to the gym to work out.  I
6    couldn't work out.  I couldn't go hiking.  I
7    couldn't do all the things with my daughter
8    that I usually do.
9                It impacted my family, and it did
10   result in a lot of mental anguish and
11   frustration and depression, especially when all
12   you want to do is do the job.
13       Q    You mentioned or testified that
14   your 207 information was leaked or told to
15   others in the department, is that right?
16       A    Yes.
17       Q    Who was told?
18       A    Now Sergeant Quinoy, at the time
19   he was PBA, you know -- he -- during this time,
20   he became PBA president.  And he said that he
21   was told that I was uncooperative and
22   wouldn't -- I refused to go see the doctor.
23                And that -- and that information
24   was false, and that was not true, and that
25   impacted the support that I got from the PBA
```

```
 1                    Carpenter
 2   because they were lied to.
 3            And there was no reason to even
 4   discuss that with them on that level 'cause I
 5   absolutely wasn't.  I was as cooperative as I
 6   possibly could be.
 7        Q    You wrote to Greg Addison --
 8        A    Yes.
 9        Q    -- at the PBA about your 207 case,
10   right?
11        A    Right.  That was before he
12   changed.  And not only did I write to him but,
13   you know, as you saw, Captain Goldman said that
14   by the investigation was being -- the
15   determination's being held in abeyance because
16   until they get my medical records and IME.
17            I waited.  I had scheduled the
18   surgery, the surgery date.  I informed them
19   over and over again that I need my surgery.
20   And -- and then the surgery date comes and I
21   can't get the surgery.
22            And I find out from the doctor
23   they never even requested my medical records.
24   They never even requested them.  So how are you
25   conducting an investigation?  You gonna have me
```

```
 1                        Carpenter
 2    out there with this bad knee (indicating),
 3    okay, and you can't even -- and I find out that
 4    my medical records weren't even requested,
 5    okay?
 6              So I went to the doctor, got the
 7    medical records and met Greg Addison and hand
 8    delivered them to him so that he can give them
 9    to Goldman to speed up the process.
10              All I wanted to do was to come
11    back to work.  But more importantly, I just
12    wanted to get my surgery.  And that's what I
13    did.
14              And all of this stress, it was --
15    it was -- I couldn't believe it when they told
16    me they never even requested it.  If they had
17    sent me to an IME, they would have found out.
18    And somebody physically examined me, they would
19    have found out differently.  But they had some
20    radiologist that never even examined me make a
21    determination that impacts my entire life and
22    my recovery.
23              It's just -- I don't -- I don't
24    know what anybody -- what I did other than want
25    to work hard and -- and make a contribution
```

```
1                       Carpenter
2    that resulted in me almost being crippled for
3    the rest of my life.
4          Q    Are you crippled for the rest of
5    your life?
6          A    It has an impact.  I don't --
7    there's not a day that goes by -- there's a
8    fear that my legs's gonna give out.  There's a
9    fear.  I -- I live with that.  I'm used to
10   running up and down in the projects, you know,
11   with everybody else.
12               I -- I loved to work out.  I was
13   an active person.  And you don't know how that
14   feels, to think for one minute one false move
15   and you can't get out of that car and run.
16         Q    You were cleared to return to work
17   full duty, is that right?
18         A    Yes, but the delay in the surgery
19   impacted the -- the prognosis.  I wouldn't
20   treat them like that.
21         Q    You indicated your emotional
22   health was been impacted?
23         A    Yes.
24         Q    How so?
25         A    Well, I mean, after a while, not
```

```
 1                      Carpenter
 2   knowing what to expect, coming to work every
 3   day, trying to stay positive, enthusiastic.
 4   And every day it was always something, you
 5   know.  And then I come -- then being out that
 6   whole time, you know, you're isolated.  You're
 7   just -- you're just basically left to whatever
 8   it is that they saying about you, and you just
 9   waiting.  And it just disrupted my entire life.
10           Q    Are you or were you treating with
11   a Mark Chatkin?
12           A    I'm sorry?
13           Q    Were you treating with somebody?
14           A    Yes.
15           Q    Who are you treating with?
16           A    Mr. Chatkin.  I don't know why --
17           Q    C-H-A-T-K-I-N?
18           A    Chatkin, C-H-A-T-K-I-N.
19           Q    What are you treating for?
20           A    I needed to see somebody.  He's a
21   therapist.
22           Q    When did you start treating with
23   Mr. Chatkin?
24           A    2000 -- 2015.
25           Q    What month in 2015?
```

```
 1                    Carpenter
 2        A    It might have -- it was maybe
 3   July -- no, no, it might have been a little bit
 4   earlier than that.
 5        Q    Has Mr. Chatkin diagnosed you with
 6   any issues?
 7        A    No.
 8        Q    What do you mean, no?
 9        A    Well, I see him and -- but as far
10   as a diagnosis?
11        Q    Well, I assume he is treating you
12   for some issue, right?
13        A    Yes.
14        Q    What issue is he treating you for?
15        A    For depression.
16        Q    Has he --
17        A    Post-traumatic stress.
18        Q    Has he prescribed you certain
19   medications?
20        A    No.
21        Q    I think you said three things; you
22   said depression, PTSD, or post-traumatic stress
23   disorder, and sleep?
24        A    No, sleep is fine.
25        Q    So depression and PTSD?
```

```
 1                      Carpenter

 2         A    Yes.

 3         Q    Do you know how is it that

 4  Mr. Chatkin was able to diagnose you with PTSD?

 5         A    I don't know what you mean, you

 6  say diagnose.  But I continue to see him.

 7         Q    Right.

 8         A    So I don't know what you mean by

 9  that.  I don't understand the question.

10              MR. SMITH:  Just ask him if --

11         Q    Usually a medical provider --

12         A    Like, if you go to -- right, you

13  know, they say you have a torn meniscus, right.

14         Q    Right.

15         A    We haven't --

16         Q    Using that example, the

17  diagnosis --

18         A    It's almost like --

19              MR. SMITH:  Just wait until he

20         finishes the question.

21         Q    Using your analysis, the diagnosis

22  for an orthopedic treating for your knee

23  injury, which is my diagnosis is a torn

24  meniscus?

25         A    Right.
```

                        Carpenter
1

2          Q      And he prescribes either therapy

3    or surgery or medications for that condition?

4          A      Right.

5          Q      So similarly, I am asking you

6    questions about what Mr. Chatkin is treating

7    you for.  Has he made a diagnosis of your

8    mental issues or condition?

9          A      He hasn't -- you would have to ask

10   him.

11         Q      I did.  I did.  And I can't get

12   any records from him so --

13               MR. SMITH:  Object to form.

14               MR. SWEENEY:  It is not really a

15         question, it is a statement.

16         Q      So just not to beat this to a

17   bloody pulp here, has Mr. Chatkin told you what

18   he believes that you suffer from, if anything?

19         A      He -- he may have, but I've been

20   seeing him for so long that it's not like --

21   and because like you said there's no -- there's

22   no prescription, there's no medication or

23   anything like that, but I just see him weekly

24   for just a session.

25         Q      So you have seen him weekly since

```
 1                    Carpenter
 2  July of or whenever in 2015?
 3        A    Right, I think it's -- July of
 4  2015, I don't think I saw him 'cause I had the
 5  surgery in June.  I was kind of laid up for a
 6  while.  So I think it was maybe May and then
 7  September or something.
 8        Q    All right.
 9        A    I could find out exactly.
10        Q    What do these weekly sessions
11  consist of?
12        A    Consists of him, Okay, what's
13  going on.  And just a lot of times, what
14  happens is, he helps me to focus.  Because it
15  will just be a lot of stress and just a lot of
16  things going on.
17        Q    All right.
18        A    And he just pretty much -- he
19  just -- he helps me to -- to stay balanced.
20        Q    Is Mr. Chatkin treating you solely
21  for issues from work or other issues in your
22  life?
23        A    Well, other issues come up.
24        Q    Are there ██ other stressors in
25  your life other than work?
```

Carpenter

1
2          A    Oh, yeah, just -- yeah, just being

3    a mom is a stressor.

4          Q    Anything else besides being a

5    mother?

6          A    There's -- there's other things

7    that come up.

8          Q    Can you be more specific?

9          A    I went through a few family

10   issues, illnesses, different types of things.

11         Q    Do you receive counseling for any

12   marital issues or stresses?

13         A    No, but I've shared that with him.

14         Q    You shared it with him?

15         A    (Indicating).

16              MR. SMITH:  Say yes.

17              THE WITNESS:  Yes, I'm sorry.

18         Q    And I don't mean to pry, Sergeant

19   Carpenter, but you are the one that's made a

20   claim alleging mental injuries, so I have to

21   ask you the questions.

22              What have you shared with him

23   vis-à-vis regarding your marital issues?

24         A    That I separated -- that I --

25   the -- the challenges of trying to balance

                        Carpenter

1    having him understand different things at work

2    and -- and the challenges of dealing with the

3    change in lifestyle.

4         Q    What change in lifestyle, the

5    separation?

6         A    Yes, it relates to my daughter.

7         Q    You mentioned also family issues

8    and illnesses.  What specific --

9         A    I had two -- well, I had a sister

10   pass from cancer.

11        Q    I'm sorry to hear that.

12        A    And then right after that, my

13   older sister, another sister who has multiple

14   sclerosis just started -- she appeared to be --

15   she also suffered breast cancer, and it just --

16   everything was happening at once.  But she's

17   recovering.

18        Q    Besides Mark Chatkin, have you

19   treated with any other provider, social worker,

20   a psychologist --

21        A    No.

22        Q    -- psychiatrist?

23             Has Mr. Chatkin recommended that

24   you see anybody else?

```
 1                     Carpenter
 2        A     No.
 3        Q     And you mentioned that you see him
 4   on a weekly basis.  Is that still true today?
 5        A     Pretty much.
 6        Q     Do you bill that to your major
 7   medical insurance from the city?
 8        A     Yes.
 9        Q     Is there any co-pay for that?
10        A     Yes, it is.
11        Q     How much of a co-pay?
12        A     It's $20.
13        Q     Is Mr. Chatkin in network or out
14   of network?
15        A     He's in network.
16        Q     I think you mentioned also,
17   Sergeant Carpenter, a financial impact?
18        A     Yeah.
19        Q     What financial impact has this
20   caused you?
21        A     I almost lost my house.  My, you
22   know -- the loss of a salary is significant for
23   any family; my mortgage, my credit rating is --
24   is horrible.  I lived off of credit cards for a
25   period of time.
```

```
 1                    Carpenter
 2           My daughter, she was used to going
 3    to particular camp.  Couldn't afford to send
 4    her to a different camp, and that was a big
 5    deal for her.  It didn't give her the -- the
 6    type of activities and that she was used to.
 7           I -- my car broke down and I -- I
 8    had to manage for a while without a car.  And
 9    my daughter, I had -- I did everything right; I
10    put away money for her college.  She's only 11.
11    And from the time, you know, she was born, I
12    ended up using it to live off of.  And then
13    that denied her things, and I still have to
14    put -- put that money back.  It just -- just --
15    it just put me in a crisis.
16           Q    When you first went out of work in
17    April of 2014, you would have been I think
18    exhausting sick leave accrual?
19           A    Yes.
20           Q    And maybe vacation accruals?
21           A    Yes.
22           Q    And personal leave, if you had
23    any?
24           A    I had some personal leave.
25           Q    There came a point when those
```

```
 1                      Carpenter
 2   accruals ran out?
 3        A    The sick time ran out.  I didn't
 4   use the vacation time because I honestly
 5   believed that I was gonna be back to work in
 6   you know, no time.
 7             So I didn't -- I had already
 8   scheduled vacation around my daughter's school,
 9   and that's when I usually take it.  So I didn't
10   take advantage of the vacation time, because I
11   thought this is just gonna be a couple of
12   months, and then I'll be back to work.  But
13   that didn't happen.
14        Q    How much vacation time was
15   available to you that you didn't use?
16        A    It was about eight days.  It
17   wasn't a lot.
18        Q    A little more than a week, okay,
19   week and a half.
20             How much sick time did you expend?
21        A    I exhausted my sick time.
22        Q    I know.  How many days was that?
23   What time frame did it run out?
24        A    Oh, it ran out June 1st.
25        Q    Of 2014?
```

                      Carpenter

1

2         A     '14.

3         Q     So you were unpaid from sometime

4    in June of 2014 until you returned to work in

5    January?

6         A     2016.

7         Q     2016?

8         A     Right.

9         Q     You mentioned I think finally,

10   there was an effect on your family?

11        A     Yeah.

12        Q     What effect was that?

13        A     Well, I clearly was stressed out.

14   And as time was going on, my daughter, when she

15   went -- returned back to school, she was an A

16   student.  Her grades started to suffer.  She

17   started to take on this thing like she had to

18   take care of me or something.  It just -- and

19   she just didn't understand what was going on,

20   and our life was a lot different.

21        Q     Do you need to take a few minutes?

22             MR. SMITH:  We can take a break.

23             (Whereupon, at this time, a brief

24        recess was taken.)

25             MR. SWEENEY:  Can you read the

```
1                     Carpenter
2          last question back?
3                (The record is read back by the
4          reporter.)
5          Q    So I was generally asking just
6    about impact on your family, and you gave that
7    response.  Was there anything else you wanted
8    to add to that?
9          A    No.
10         Q    There is no allegation that your
11   marriage was affected by whatever you
12   experienced?
13         A    My marriage was been affected by
14   it, by the job.
15         Q    In what respect has your marriage
16   been affected?
17         A    It's just -- we don't -- we going
18   through a divorce.
19         Q    Are you attributing it to this
20   incident, these incidents or something else?
21         A    It's just a lot of things.
22         Q    Well, I mean, to the extent that
23   you are attributing your marital
24   difficulties --
25         A    The stress and just not being able
```

```
 1                      Carpenter
 2   to communicate.
 3           Q     When did you and your husband
 4   first separate, physically separate?
 5           A     Physically separate?  That was --
 6   I -- 2010.
 7           Q     2010?
 8           A     Is that right?  No, that's not
 9   true.  We're in 2017?
10           Q     Right.
11           A     So 2013.
12           Q     What month in 2013?
13           A     I don't know.
14           Q     Was it the winter, summer, fall?
15           A     It was the summer.
16           Q     So fair to say before any issues
17   with the city first started?
18           A     Before I fell.
19           Q     Any other impacts on your life or
20   any other damages that you are claiming because
21   of this?
22           A     Just the quality of my life,
23   just -- just the lack of freedom to move
24   forward.  Every time -- because of this, I've
25   been put into this holding pattern where
```

```
 1                      Carpenter
 2   everything is associated with me through this.
 3   And every time I try to turn the page, it seems
 4   like I'm -- like -- like I did something wrong
 5   and that I feel like I'm being held hostage to
 6   it.
 7            I'm measured against this whole
 8   process where I didn't even want this to
 9   happen.  I repeatedly just asked for a
10   conversation, just so we can clear the air
11   about things, and then it just escalated into
12   this.
13            And so it just -- there just seem
14   to be commitments to stay stuck in a mindset
15   that just prevents me from moving forward.
16        Q    You filed the first complaint with
17   the city with human resources I guess in
18   February of 2014, is that correct?
19        A    Yeah, she was supposed to just
20   investigate it.  And she was going -- it was
21   supposed to be confidential.  And again, I
22   really just wasn't, you know -- she was
23   supposed to be like an intermediary to help
24   resolve, and she didn't.  She just gave the
25   complaint over, and then everybody got pissed
```

1                     Carpenter
2    and everything, retaliation and everything --
3    escalated.
4         Q    How do you know that she, meaning
5    Judy Williams, turned it over to the police
6    department?
7         A    She said that.
8         Q    When did she say that?
9         A    I asked her.  It might even be in
10   the text messages.  I kept asking her what's
11   going on with the investigation, what's going
12   on?  And then finally she said, I gave it to
13   them.  I gave it to Commissioner Raynor.
14        Q    And that's in the text messages?
15        A    I believe it is in the text
16   messages.  I kept asking, what is the deadline?
17   She says --
18             MR. SMITH:  Just refer to the
19        question being asked.
20        Q    Looking at Defendants' Exhibit T,
21   which is the texts between January and June of
22   2014, is there a particular text in which you
23   believe Judy Williams affirms that she gave
24   your complaint to the police department?
25        A    Okay, okay.  On 79, on 79, I'm

                         Carpenter

1

2    texting her.  And I said I could only answer it

3    by stating I have no recollection at this time

4    this was done, da, da, da.  It says, You on the

5    other hand have turned my complaint over to

6    them for an undetermined time frame, allowing

7    them an opportunity to collude.  So she gave it

8    to them.  I'm just trying to --

9         Q    That's you saying that, right?

10        A    That's me.

11        Q    Right?

12        A    That's me.

13        Q    Does she say that?

14        A    She -- because I remember being so

15   shocked, because that's not what she told me.

16   And she's the one that insisted on writing.

17   Okay, so maybe that's my response.  So I'm just

18   gonna assume maybe I spoke to her on the phone.

19   But at some point I came to -- she told me that

20   she turned the complaint over to them, and that

21   was my response.

22        Q    You mentioned, I believe in

23   response to an earlier question, that a male

24   officer who was on 207-C who was given a ride

25   from work?

```
 1                    Carpenter
 2        A    I'm sorry?
 3        Q    Got a ride?
 4        A    Yeah.
 5        Q    Do you recall who that was?
 6        A    At the time it was Sergeant
 7   Anthony Mitchell.  He was promoted the same
 8   time I was.
 9        Q    And you mentioned that event was
10   documented in the Com Stat?
11        A    I remember reading it in a --
12   that's how I became aware of it.
13        Q    Do you have a copy of that Com
14   Stat documentation?
15        A    No, it was at -- I just remember
16   just reading it.  It was at the desk, I
17   remember reading that.  And I'm trying to
18   remember why 'cause I was kind of surprised to
19   why would it be there.  But if I remember that
20   he was -- it was under Commissioner Bell.  And
21   at the time it was Lieutenant Scott, now
22   Lieutenant Scott, who was picking him up and
23   taking him -- transporting him to various
24   doctors' appointments and -- and Lieutenant
25   Scott was in Internal Affairs.
```

```
 1                    Carpenter
 2        Q    And this is Sergeant Mitchell we
 3   are talking about?
 4        A    Right.
 5        Q    Was he awarded 207-C benefits?
 6        A    I believe so.
 7        Q    And you were not awarded 207-C
 8   benefits?
 9        A    Right.
10        Q    Okay.
11        A    But this was the initial, you
12   know -- this was -- this was when I was just --
13   when I had first gotten injured.
14        Q    In your complaint at Paragraphs 58
15   through 59, you indicate that you were denied a
16   request for return to work at light duty?
17        A    Right.
18        Q    Can you tell me about that
19   allegation?
20        A    Well, I needed to get paid.  I was
21   waiting for a determination from the -- I had
22   just -- from the hearing, and I was able to get
23   clearance from the doctor that I could return
24   to work light duty since I had not had the
25   surgery yet.
```

1                        Carpenter

2              So I did respond to headquarters,

3    and then I got a phone call.  I gave them the

4    doctor's note, and I got a phone call saying

5    that I could not come back.

6         Q    Do you know why you were told you

7    could not come back?

8         A    I was told because they didn't

9    have an assignment.

10        Q    An assignment or an assignment for

11   someone that was not injured in the line of

12   duty?

13        A    An assignment for somebody that

14   they determined was not injured in the line of

15   duty.

16        Q    Do you know of any other police

17   officer that was not injured in the line of

18   duty who was permitted to return to work at

19   light duty?

20        A    Sergeant Rucci, R-U-C-C-I, he --

21   he worked light duty even though he was injured

22   off duty.

23        Q    When was this that he was allowed

24   to work light duty?

25        A    This was in 2016, actually.  This

```
 1                    Carpenter
 2   is -- and then at the time -- I can't recall
 3   right now.
 4          Q    What unit was Sergeant Rucci a
 5   part of?
 6          A    Patrol.
 7          Q    And you think he returned to work
 8   light duty in 2016?
 9          A    Yes.
10          Q    And he was not injured in the line
11   of duty?
12          A    Correct.
13          MR. SWEENEY:  Okay, no further
14      questions.
15          (Time noted:  3:30 p.m.)
16
17
18
19
20
21
22
23
24
25
```

1

2         A C K N O W L E D G E M E N T

3

4   STATE OF NEW YORK)

5                        : ss

6   COUNTY OF        )

7

8           I, JENNIFER CARPENTER, hereby

9   certify that I have read the transcript of my

10  testimony taken under oath in my deposition of

11  March 27, 2017; that the transcript is a true,

12  complete and correct record of my testimony;

13  and that the answers on the record as given by

14  me are true and correct.

15

16       _____

17                  JENNIFER CARPENTER

18

19

20  Signed and subscribed to

21  before me, this ____ day

22  of _____, 2017.

23

24  _____

25  Notary Public, State of New York

```
 1
 2                      I N D E X
 3
 4   WITNESS                              PAGE
 5      ████████CARPENTER
 6         EXAMINATION BY:
 7         Mr. Sweeney                     4
 8
 9                   E X H I B I T S
10
11   DEFENDANTS'      DESCRIPTION           PAGE
     A - DDD          Documents              4
12      EEE           E-mail               111
13
14
15
16   DOCUMENTS AND/OR
     INFORMATION REQUESTED
17
18   DESCRIPTION                    PAGE LINE
     Previous phone if it still
19   exists                         127  20
20
21
22
23
24
25
```

```
 1

 2   STATE OF NEW YORK      )
                            ) ss:
 3   COUNTY OF NEW YORK     )

 4

 5

 6        I, JUDY ROSENBERG, a Shorthand

 7   Reporter and Notary Public within and for the

 8   State of New York, do hereby certify:

 9        That JENNIFER CARPENTER, the witness

10   whose examination is hereinbefore set forth,

11   was duly sworn by me and that this transcript

12   of such examination is a true record of the

13   testimony given by such witness.

14        I further certify that I am not related

15   to any of the parties to this action by blood

16   or marriage and that I am in no way interested

17   in the outcome of this matter.

18

19

20

21   _____

22              JUDY ROSENBERG

23

24   Dated:  March 30, 2017

25
```

```
 1   Errata Sheet

 2

 3   NAME OF CASE: JENNIFER CARPENTER - against - CITY OF MOUNT VERNON

 4   DATE OF DEPOSITION: 03/27/2017

 5   NAME OF WITNESS: JENNIFER CARPENTER

 6   Reason Codes:

 7        1. To clarify the record.

 8        2. To conform to the facts.

 9        3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                        _____
```

**$**

**$20**  165:12

**0**

**05/20/14**  117:9

**1**

**1**  45:6
**10**  23:9,17
**10-12**  36:20,22 38:9
**10/23**  51:8
**10/24**  51:6
**105**  84:6
**10550**  4:14
**107**  111:22
**109**  88:16
**11**  9:19 29:11 68:2,4 166:10
**110**  113:6
**111**  103:15
**112**  104:22
**114**  104:22
**118**  36:5
**119**  36:5
**11:20**  37:9
**12**  29:11
**129**  137:19
**130**  137:19
**133**  115:6 116:23
**134**  115:6
**14**  44:5 103:21 105:6,21 106:2 168:2
**147**  119:3
**14th**  90:16,18 92:22 114:9 145:13

**151**  23:8
**154**  23:8
**155**  34:11
**158**  34:11
**159**  34:11
**161**  34:11
**169**  41:10
**17**  32:23 72:12 74:3 128:11
**171**  41:11 42:22
**17th**  37:8 83:3,5
**184**  84:10
**187**  84:10
**188**  131:5
**19**  18:20 54:22 128:13
**190**  138:20
**191**  138:20
**192**  138:20
**193**  138:20
**194**  138:20
**1982**  6:9
**199**  131:19
**1992**  7:9
**1994**  6:18 7:14, 20,21 10:2,12
**1998**  10:12,13 54:23
**1st**  86:14 90:13, 18 167:24

**2**

**2**  4:13 81:22
**2.023**  113:14,23
**20**  27:7
**2000**  129:7 158:24
**2004**  6:7
**2010**  170:6,7
**2011**  13:24 14:2,

9,11,23 23:9,17 54:23
**2012**  18:22 30:25 31:14 32:8 59:23
**2013**  45:6 46:15 51:12 52:11,19 59:7,13,20 98:19 128:11, 13,15 170:11,12
**2013-2014**  53:5
**2014**  51:22,23 53:20,25 66:6,8 70:11,13,17 71:2,24 72:7,12, 19 74:3 79:19 83:7,15 84:20 86:15 90:13,20 92:22,25 100:2 102:9 103:8,21 105:7,21 106:2 109:5 114:11,14 116:18,24 117:9,14 119:18 124:13,17,24 125:19 131:15 135:25 136:21 137:8 138:25 166:17 167:25 168:4 171:18 172:22
**2015**  158:24,25 162:2,4
**2016**  15:23,24 150:22 152:18 168:6,7 176:25 177:8
**2017**  151:11 170:9 178:11,22
**2023**  113:3
**206**  133:14,17
**207**  93:24 94:11 103:10 107:20 142:12 154:14 155:9
**207-C**  96:7 104:18,19 105:15,18 108:7,12 110:2, 23 153:11,15 173:24 175:5,7

**21st**  15:8,17 16:17 17:3,5,11, 24 152:8,14
**22**  47:17
**23**  59:13 92:25
**23rd**  36:16
**24**  46:15 51:12 72:11 74:2
**24th**  38:3 49:13 119:22
**25**  51:21 53:23 119:17
**252**  56:12
**25th**  33:4
**26**  63:10 70:16
**27**  178:11
**277**  146:16
**28**  131:15
**282**  148:11
**29**  32:8

**3**

**3**  67:21
**31**  51:22 53:25 86:13
**313**  120:21
**314**  120:21
**31st**  136:7
**32**  51:24
**322**  121:14
**36**  91:25
**37**  111:2
**393**  107:23
**395**  106:21
**3:30**  177:15

**4**

**4**  70:17 71:2
**40**  96:11
**43**  96:5

**21st**

**47**  46:5
**48**  130:22
**49**  46:6
**4th**  71:4,18 72:19 73:3

**5**

**5**  90:13
**50**  52:8
**51**  49:8
**52**  50:2
**53**  49:8
**54**  57:23 96:6
**55**  57:23
**56**  57:23
**57**  57:24
**58**  58:23 175:14
**59**  175:15
**5th**  86:15

**6**

**6**  59:7
**60**  58:23
**61**  58:24
**63**  58:24
**64**  80:17
**66**  149:7

**7**

**7**  68:4 84:20 116:18,24
**733**  27:25
**734**  27:25
**79**  172:25
**7th**  114:5 115:18,19 117:14,15,17

## 8

**805** 39:10

**810** 39:10

**811** 36:15

**812** 36:15

**813** 26:5

**814** 26:6

**85** 80:17

## 9

**9** 51:23 59:20

**90** 53:16

**911** 36:23

**92** 53:16

**930** 123:17

**934** 44:23

**95** 84:6

**99** 56:20

**9th** 59:24

## A

**a.m.** 68:4

**AA** 141:24

**abeyance** 96:25
108:16 155:15

**ability** 55:19
111:10 152:24

**able** 8:9 40:17
55:19,22 56:2
66:23 68:25
83:11 91:4 98:6,
8 140:10 160:4
169:25 175:22

**above** 31:8
116:10 143:24

**above-named**
148:17

**abreast** 16:12

**absences**
113:24

**absent** 113:15

**absentee** 111:3
113:16 118:9

**absolutely**
21:17 75:7
90:24 137:12
155:5

**academy** 6:15,
22 7:4,5,11,12,
15,18,23 8:7
10:2 54:9,12

**accept** 120:17

**accepted**
45:15,18

**access** 33:15

**accessed** 33:13
44:15 146:23

**accessing**
43:24 146:25

**according**
96:24 152:2

**account** 60:15,
17 84:22

**accountable**
78:2

**accountant**
35:3

**accrual** 166:18

**accruals** 166:20
167:2

**accusation**
33:12 146:22

**accused** 33:19,
21 35:2 111:13

**aching** 82:9

**acknowledgem
ent** 119:16

**acknowledging**
119:12

**acknowledgme
nt** 119:17

**act** 55:17

**acting** 16:8

**action** 21:15
108:15 116:4

**actions** 61:6
80:2 89:22
98:15 104:3,5
152:20

**active** 128:22
129:21 157:13

**activities** 166:6

**actually** 6:21
28:16,17 36:23
60:6 71:18
72:22 78:24
96:11 101:22
105:17 151:21
176:25

**add** 21:2 169:8

**Addison** 57:25
58:13,16 85:24
115:17 116:6,18
117:19 139:16
140:19 155:7
156:7

**addition** 118:20

**additional**
107:12

**address** 4:11
38:19 60:22

**addressed** 39:4
57:25 74:14
141:9,11,12,15,
19

**Adinaro** 152:10

**adjustment**
22:18

**administration**
148:2

**administrative**
112:23 113:14

**advantage**
167:10

**adverse** 21:15

**advised** 25:11
26:15 27:9
30:11 36:22
47:13 106:14
108:15

**advising** 113:13

**Affairs** 23:17
24:12,13 29:22

**actions** 30:5,8 33:6
34:15 35:13,16
149:9 150:6
174:25

**affect** 90:23

**affected**
169:11,13,16

**affirms** 172:23

**afford** 166:3

**afforded** 111:12
116:11

**African-
american** 22:9,
12,15 75:12

**after** 13:18
14:14,16,18
15:7 21:24 22:2
27:6,10,11 31:5
33:21 54:12
72:8,16 73:23
74:13 81:8
82:17 100:22
106:2 114:6,9,
13,21 116:17
117:14 120:6
127:15 140:8
157:25 164:13

**Afterwards**
21:11

**again** 5:4 33:17,
20,22 41:25
46:16 49:13
96:18 108:13
113:20 114:23
117:25 128:2
155:19 171:21

**against** 4:23
18:17 23:22
26:10 29:21
30:5,8 34:20
36:9 41:20
79:23 119:13
122:14,20,25
130:9 139:8
143:17 148:17
171:7

**age** 57:10

**agencies** 8:4
55:14

**aggressive**
135:4

**ago** 52:5

**agreed** 74:20

**ahead** 133:18

**aid** 37:6

**air** 171:10

**alert** 72:23

**all** 5:17 8:10
21:21 31:19
37:5 38:5,24
45:9 53:4 57:3
61:11 64:19
65:4,5 68:6
71:23 81:17
83:2,4,12 90:23
107:16 112:5
127:23 129:20,
24 132:12
140:12 142:15
145:24 152:17
154:7,11
156:10,14
162:8,17

**allegation**
18:24 47:11
53:22 63:16
74:2 86:17
91:24 92:6
94:24 111:6
130:21 149:12
169:10 175:19

**allegations**
35:17 78:14,16
79:24 86:12
96:8,9 98:10,12,
14 99:20
140:20,22

**allege** 18:20
53:24 63:11
111:2 143:18

**alleged** 139:19

**alleging** 55:6
163:20

**allow** 57:9 63:11

**allowed** 65:9
86:14,23 87:4,
22 90:9 93:10,
12 95:4 176:23

**allowing** 77:5
173:6

**almost** 157:2

160:18 165:21

**already** 31:22 37:14 75:21 102:10 111:8 114:3,6,16 116:7 141:8,10, 18 167:7

**also** 22:7 33:9 35:14 38:22 50:15 64:13 91:15 108:20 118:18,22 164:8,16 165:16

**although** 15:18 39:21 114:4

**always** 31:25 32:7,16,17,20 52:25 53:11 75:14 158:4

**am** 4:19,25 5:5 21:2 23:6 25:16 27:23 28:3,13 29:9 32:9,21 34:9 35:19 36:3 39:9,14 41:9 42:19,21 43:16 44:4,21 46:4 49:6 50:19 52:6 53:14 56:11 57:21 58:21 71:14 72:21 80:15 84:4 88:14 96:9 103:13 104:20 106:20 111:21 113:4,16 115:4 116:9 118:25 120:19 121:12 123:14 127:25 131:3,18 137:11,16 138:18 142:22 143:6 146:5,10, 14 148:9 161:5

**ambulance** 101:2,6

**amount** 90:12

**an** 5:23 15:14 17:16 18:3 22:8, 15,18 24:8 27:14 28:5 29:20,25 32:2 33:12 35:3 39:23 40:24,25

46:19 47:4 48:7 50:8,11 59:12 74:5 87:8 88:9, 10,13,24 89:2,6 91:3,24 94:16 101:2,6 104:3 106:14 108:20 109:4,8 110:3 112:3 118:22 119:23 124:15, 23 125:25 128:12,22 142:12 151:17, 24 155:25 156:17 157:6,13 160:22 168:10, 15 171:23 173:6,7,23 176:9,10,13

**analysis** 160:21

**anguish** 154:10

**another** 33:5 50:16 51:23 59:15 62:18 82:18 87:17 101:24 107:14 117:2 130:3 164:14

**answer** 5:6 20:6 136:9 143:10 146:11 173:2

**answering** 33:12 135:21

**answers** 178:13

**Anthony** 174:7

**anxious** 132:22 133:8,15,19,21, 22,24 135:22

**any** 5:2,11 6:10 7:22,23 9:20 12:4,13,17 13:5, 10,15 14:18 18:4,7,16 19:15 21:14 32:15 33:18 35:5 37:15 38:12 40:16 45:13 51:13 52:21 53:7 55:8 62:5 66:16 68:17 72:18 73:8,11 78:15 79:5 92:18 94:8

99:15 107:12 110:14 113:25 114:20 124:11, 15 126:3,10,12 135:2,10,12 136:2,21 138:5, 9 139:8,22 150:11 159:6 161:12 162:24 163:11 164:20 165:9,23 166:23 170:16,19,20 176:16

**anybody** 79:3 80:13 99:21 156:24 164:25

**anymore** 97:14, 15

**anyone** 10:23 20:8 72:19 73:15 79:5 80:5 85:12,15 86:5 87:22 97:17 101:19 102:17 105:23,25 117:19 120:5,9 138:3,15 148:24

**anything** 20:25 25:6,12 26:19 29:24 30:3 35:5 78:19 80:24 81:18 90:7 94:23 98:16 135:23 137:3,12 150:5,17 161:18,23 163:4 169:7

**anything's** 137:15

**anyway** 145:19

**apologize** 45:20

**apparently** 82:17 115:21

**appeal** 45:12,24 108:15 109:4,7, 8 110:7,10 114:14 118:8

**appeals** 113:25 124:11,15

**appear** 42:23 57:24 58:24

60:19 65:23 141:24

**appeared** 37:22 95:14 164:15

**appears** 59:24 116:24 117:2 124:2 125:18 138:25 144:3 145:8

**appointments** 174:24

**approached** 61:12

**appropriate** 61:23 148:4

**appropriately** 55:18 75:10

**approval** 145:23

**approved** 52:19,22 53:4,7

**approximately** 27:7 37:9 70:12

**April** 70:11,13 86:15 90:13,16, 18 92:21,25 100:2 102:9 103:21 105:6,21 106:2 114:5,9, 11,14 115:18 119:17 124:13, 16,24 125:19 129:7 136:21 137:8 145:13 166:17

**arbitrator** 110:4

**area** 37:11

**arguing** 101:3

**around** 68:21 76:3 88:7 136:8 167:8

**arrange** 49:17 92:19

**arranging** 108:20

**arrest** 48:7

**AS400** 146:25

**ASAP** 116:16

**ask** 4:25 5:4 25:17 28:3 41:14 46:6 49:8 93:15 104:22 115:6 121:5 125:14 132:6,9, 17,19,22,24 160:10 161:9 163:21

**asked** 5:7 26:15 27:13 36:21 37:17 38:8,10 48:7,13 50:7,8 55:13 61:13,18 86:7 93:22 104:2,13,14,17 132:18 134:13, 15 171:9 172:9, 19

**asking** 27:16 28:13 38:11 39:14 58:12 77:15 116:13 135:18,20 140:21 144:15 145:7 161:5 169:5 172:10,16

**asleep** 40:11

**aspect** 17:7 150:12

**aspects** 152:17

**assigned** 10:18 14:25 15:8 19:6 36:18 38:6,14 39:22,24 40:12 44:12 54:21 64:4 91:17 102:21 112:6 152:14

**assignment** 14:2 15:11,15 16:5,9,22 47:2 176:9,10,13

**assignments** 10:16 12:4,13 13:5,15 89:25

**assist** 55:13 58:13 119:23 140:8,11

**assistance** 139:18

**associate's**
5:23

**associated**
6:12 171:2

**Association**
116:12

**assume** 5:6
97:20 134:14
159:11 173:18

**assumption**
5:8

**at** 5:2 6:19 10:7,
17,18 11:11,14
12:2,19 13:12
15:21 18:19,20
20:9,10,14,16,
25 21:9 22:19
23:18,20 25:18
26:14 27:14
31:3,11,13
35:19 36:13
37:8 38:14 41:7,
14 43:6,12
44:11,22 45:20
46:7 47:20
48:22 49:9
50:12,20 51:15,
16 53:4 54:9
58:8 61:4,17,22
62:8,11,12 63:2,
9,12,21,25 64:3,
7,25 67:23
70:19,24 71:7
76:5,13,15,22
79:5 80:6 81:3
82:4 83:8 85:12,
20,23,25 86:13
90:23 91:25
92:2 93:6,9
94:10,12,17
96:5,23 97:12
99:16 100:21
101:6 104:23
105:10,23,25
107:19 108:6,
10,13 109:10,13
115:7,25
116:19,20
117:19 118:5
120:5,9 122:12,
19 123:3 125:17
127:7 128:20
129:4,11,12
135:16,22
136:21 137:12

138:3,15 139:11
140:12 144:18
147:18 148:11,
24 149:7,16,20,
25 153:17
154:18 155:9
164:2,17 168:23
172:20 173:3,19
174:6,15,16,21
175:14,16
176:18 177:2

**attached** 42:22

**attempt** 27:12
80:5

**attempted** 38:4,
10 39:2,3 50:10

**attempting**
37:15

**attend** 53:12
129:24 130:4

**attendance**
45:10,16,25

**attended**
129:25 130:3
131:16

**attention** 61:16

**attest** 69:3,8

**attorney**
102:21,23 103:3
109:16 119:20,
23 120:2,8
133:10 138:7,10
142:14 144:20
145:9,16 146:7
149:25 150:4
151:17,20,24

**attorney-client**
142:18

**attorneys**
148:21

**attributing**
169:19,23

**audit** 44:14

**available**
105:21 167:15

**avails** 139:7

**Avenue** 37:11

**awarded** 175:5,

7

**aware** 22:15
52:20 85:16
113:18 116:5
174:12

**away** 22:5 40:11
166:10

---

**B**

**bachelor's** 6:3

**back** 7:12 20:21
25:13 29:2
35:21,25 42:19,
21 48:8,25
57:15 61:25
74:24 81:15
82:2,9 86:9,20
95:10 96:19
100:22 101:4
107:16 121:3,9
123:11 125:10,
12,24 132:11
133:3 141:20
143:13 144:9,10
145:3,24 148:6
149:20 150:20
153:24 156:11
166:14 167:5,12
168:15 169:2,3
176:5,7

**background**
5:15,16

**bad** 114:17
156:2

**bag** 100:21

**Bahiyah** 26:10
36:10 46:23
50:6,7,22,23
51:5 98:25

**balance** 163:25

**balanced**
162:19

**bank** 149:8,13,
14,16,20 150:13

**banking** 150:7

**based** 25:2
30:20 63:4,7
108:8 123:4,7
144:5

**bases** 112:21

**basically**
101:13 158:7

**basis** 68:23
152:5 165:4

**Bates** 23:7
25:21 26:5
27:24 29:10
32:22 34:10
36:4,15 39:10
41:10 44:5,23
46:5 49:7 52:7
53:15 57:23
58:23 80:16
88:16 103:15
104:22 106:21
107:23 111:22
113:5 115:6
116:23 119:3
120:20 121:13
123:15,16 128:2
131:5,19 133:16
137:19 138:19
146:15 148:11

**BB** 141:24
145:11

**BBB** 128:2

**bear** 92:11

**beat** 161:16

**became** 16:7
73:6 154:20
174:12

**because** 21:15
24:5 26:15,16
27:2 30:2,10
35:4 39:21
50:18 55:11
61:3 62:21,23
69:15 76:5
77:24 81:22,23
91:2,16 95:12
98:5 100:6
114:19 127:7
139:5 142:10
143:3 144:17,22
155:2,15 161:21
162:14 167:4,10
170:20,24
173:14,15 176:8

**become** 81:14
98:11,13 116:5

**been** 4:3 7:25

17:21 29:9
31:13 32:21
51:8 52:6 58:20
61:3 62:9 66:8
71:20 73:10,18,
19,20 82:9,22
86:21 87:13
90:17 92:12
102:14 107:20
108:4 110:15,16
111:12,13
113:15 114:7
115:4 117:6,8,
13,17 122:13
136:20 137:10,
13 140:17
141:8,10,18,23
143:2 148:9
150:23 151:5
157:22 159:3
161:19 166:17
169:13,16
170:25

**before** 32:13
34:22 42:7
43:23 51:5
64:20,22 70:14,
15 72:19 97:13,
21,23 106:12,13
117:13,17
119:21 130:11
136:20 137:8
155:11 170:16,
18 178:21

**began** 38:9
70:25 71:3,22,
24 72:16

**begin** 71:21

**begun** 116:7

**behalf** 62:17
109:19 117:22

**behavior** 39:6
100:9 135:4

**being** 19:9
22:15 27:17
30:15 31:24
33:19,21 35:10
39:19,20 41:24
69:11 73:24
75:8,9,11,13,17,
18 77:5,8,19
79:14 82:15
86:20 89:18
90:9 99:4 100:6,

7 102:2 108:12, 16 115:23 118:3 122:20 133:8, 15,19,21 135:24 141:2 155:14,15 157:2 158:5 163:2,4 169:25 171:5 172:19 173:14

**believe** 11:13 12:25 21:14 53:23 62:12 71:22 78:17 85:3,5,10,14,24 86:19 104:17 113:6 120:11 129:25 144:3 148:21 152:18 156:15 172:15, 23 173:22 175:6

**believed** 167:5

**believes** 161:18

**Bell** 30:11 33:14 43:25 44:16,17 60:3,6 147:16 174:20

**benefits** 96:12 110:24 175:5,8

**Benevolent** 116:12

**besides** 73:15 163:4 164:19

**best** 63:2 82:23 83:17,22 84:21

**better** 47:5

**between** 17:18 19:16 62:5 80:22 83:14 86:14 172:21

**beyond** 140:6, 20 145:14 146:4

**big** 76:6 166:4

**bill** 165:6

**bit** 5:14 8:14 9:24 19:2 73:5 112:22 159:3

**block** 48:9

**blood** 82:19

**bloody** 161:17

**blown** 143:3

**board** 24:6 35:2 144:18

**board's** 145:22

**body** 79:15,17

**book** 100:20,25 101:5 103:24 105:20 106:3,9, 11,16 129:8

**born** 166:11

**both** 57:24 58:18,20,24 60:3 84:15 85:9

**bottom** 44:22 45:21 127:2 128:3 135:9

**bought** 79:15

**bound** 118:19

**boy** 115:20

**break** 15:4 41:4 71:23 168:22

**breast** 164:16

**brief** 41:7 82:13 168:23

**briefing** 91:12

**briefly** 41:5

**bring** 48:15 61:15 62:16 79:17 101:19

**broke** 166:7

**brought** 4:23 18:7 26:21 48:12 122:21

**building** 17:16, 17 63:23 64:2 66:3 68:14 72:2, 16 73:13

**bureau** 11:15

**Burke** 110:2 128:10 130:8

**business** 4:11

**but** 16:9 21:12, 23 22:7 28:21 31:22 33:9,19 35:7 38:22 39:18 41:17

43:21 53:12 56:9 66:17 71:8, 17,20 74:6 79:16 80:8 82:3 83:24 85:18 88:12 91:14 92:16 94:13 95:16 97:13 99:5 101:24 103:3 106:17 108:10 112:21 115:2,22 122:5 125:15 130:13 136:17 137:3 140:2,12 141:4 142:21 145:19 153:17 155:12 156:11,19 157:18 159:9 160:6 161:19,23 163:13,19 164:17 167:12 173:19 174:19 175:11

**buying** 126:24

---

## C

**C-H-A-T-K-I-N** 158:17,18

**call** 18:21 19:4, 6,9,12,15,16,18, 22,24 20:9 21:10 22:5,6 35:18 36:19,23 37:6 38:3 50:3, 9,12 65:4 86:14 87:10,22 89:19 90:9,22 91:10, 15,16 94:6 98:21 176:3,4

**called** 48:6 82:17 107:10

**callers** 37:16,18

**calls** 36:18 37:7, 9 38:7,17,22,23 86:23 87:2,5,6 89:24 90:2,6,12 91:3

**calm** 82:23

**came** 7:10,13 13:3 16:4 25:7, 12 36:23 37:9

40:8 51:17 61:10,12 62:2 63:9 69:2 82:10 98:16 108:22 110:5 120:16 130:17 166:25 173:19

**camera** 79:15, 18

**camp** 166:3,4

**can** 5:4 8:14,18 9:24 17:19,24 19:2,23 20:2 28:24 35:6 41:4, 17 47:19 49:19 57:4 63:15 64:7 69:3 73:25 78:19 82:13 92:6 97:3 108:17 111:5,14 123:11 125:9,14 128:3 133:3 141:20 143:10 144:8,25 145:24 148:6 149:11 153:24 156:8 163:8 168:22,25 171:10 175:18

**can't** 25:21 53:6 65:25 70:2 78:3 79:2 123:16 129:22 155:21 156:3 157:15 161:11 177:2

**cancer** 164:11, 16

**captain** 11:2,6 12:21,25 13:3 31:4,6 33:10 44:12,13 52:17 62:6,9,10,14,18 63:5 96:24 107:4,8 108:6 112:3,4 113:12, 20 115:23 141:7 146:21 152:9 153:9,17 155:13

**car** 157:15 166:7,8

**cards** 165:24

**care** 168:18

**career** 6:22 55:7 90:23

**Carpenter** 4:10, 19 5:1 6:1 7:1 8:1 9:1,5 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1,7 22:1 23:1,2,13 24:1 25:1 26:1 27:1 28:1,8 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1,6 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1,6 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1,17, 24 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1,16 144:1 145:1 146:1 147:1 148:1 149:1

150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1,19 164:1 165:1,17 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:8,17

**case** 12:6,8,11, 15 13:3 38:24 40:2 142:12 150:9 155:9

**catch** 106:17

**cause** 31:5 82:13 100:21 122:6,10 155:4 162:4 174:18

**caused** 165:20

**CC** 137:17

**CCC** 44:22

**cell** 48:8 56:22 97:11 126:2,15

**Center** 13:9,11, 13 19:7

**Century** 15:9,17 16:17 17:3,5,11, 24 152:9,14

**certain** 90:12 93:10 107:7 122:21 140:22 159:18

**certify** 178:9

**chain** 31:2,4 61:8 86:5 140:2, 6 141:14

**challenge** 94:18

**challenges** 49:14 163:25 164:3

**chance** 63:6 74:19

**change** 22:19, 20 29:8 164:4,5

**changed** 12:20 55:20 56:10 67:7 148:2 155:12

**changes** 12:22 89:13

**charge** 81:25 82:13 119:12, 16,20,21 120:17 121:24 122:7 148:16

**charges** 151:11,22 152:11

**Chatkin** 158:11, 16,18,23 159:5 160:4 161:6,17 162:20 164:19, 24 165:13

**chatting** 68:21

**check** 65:2,3,9, 18 66:23 78:19, 22

**checking** 63:19 64:19 65:10 78:23

**Cheryl** 24:2 34:5,6,8,17,20 44:16

**chief** 31:8,11,14 62:7 63:11,24 65:8 66:13,22 67:22 68:13,16, 21 70:4,18 71:6 72:3,5,14 73:11 92:14 109:22,23

**children** 9:20

**chronic** 111:3,9 112:7,10,18 113:15,16,24 115:24 116:9,16 118:8,12

**chronological** 84:22

**church** 137:2

**circumstance** 19:3

**circumstances** 83:23

**cited** 141:10

**city** 4:21,23 6:24 7:13,14 9:12 22:16 32:19 55:14 76:13 78:11 108:17 119:13 122:13 143:17 148:18 165:7 170:17 171:17

**city's** 102:10 118:21 152:20

**civil** 18:5 139:6, 13,14,24,25 140:15

**civilian** 35:20, 22,25 38:15

**claim** 18:17 96:7 102:15 103:10 107:20 108:5,8, 12 119:16 137:17,24 138:3 143:16 163:20

**claimed** 24:5 128:14

**claiming** 152:19,22 153:7 170:20

**claims** 18:14

**clarify** 97:7 125:16

**class** 56:24

**clear** 16:10 31:23 78:13 171:10

**clearance** 175:23

**cleared** 157:16

**clearly** 168:13

**clerk** 69:7

**co-employees** 79:6

**co-pay** 165:9,11

**co-workers** 99:16

**collaboration** 17:23

**collaborative** 17:18

**colleagues** 86:2

**collecting** 108:18

**college** 5:23 6:2 166:10

**collude** 173:7

**Com** 95:12,15, 19,20,25 174:10,13

**come** 14:13 16:16 22:25 47:12 55:14 63:20 81:13,15 95:5 100:22 139:20 156:10 158:5 162:23 163:7 176:5,7

**comes** 65:25 72:24 155:20

**comfortable** 62:21 83:10,25

**coming** 75:22 158:2

**command** 16:25 31:2,4 61:9 86:5 95:21 140:3,6 141:14

**commanding** 11:23 19:21 26:14 44:11 63:21 87:13

**comment** 48:22 51:13

**commented** 69:9

**comments** 45:15,25

**Commission** 119:11

**commissioner** 15:21,25 16:8 30:11 31:15 33:13 43:25 44:16,17 58:25

**Commission** 119:11

60:3,6,8 61:2 62:6,25 63:8 74:8 83:19 108:23 109:23, 24,25 110:6 116:8 128:9,10 130:8 131:13 139:6,12,19 140:7,9,14 141:6,13 147:14,16 172:13 174:20

**commissioner's** 147:24

**commit** 134:6

**commitments** 171:14

**communicate** 83:24 91:4 170:2

**communicating** 98:5 143:20

**communication** 142:7 153:15

**communications** 142:21

**community** 5:22 17:13,15, 17,18,23

**complain** 20:12,14 48:21 52:25 87:21,24

**complained** 20:13 72:10

**complaining** 72:21

**complaint** 18:19 20:8 23:16,22 29:21, 23 30:4,7 34:20, 21,23,24 35:12, 16 39:15 41:20 47:15 51:20 52:3 53:22 63:10 69:7 70:16,25 71:15 74:2 78:14 86:13,18 89:17, 21 91:25 94:24 96:5 110:25 118:22 130:22

149:7 171:16,25 172:24 173:5,20 175:14

**complaints** 33:7,18,22 34:4, 14 51:13 52:21 72:18 75:11 102:10 122:13, 16 139:8,18 140:17,21 141:3

**complete** 7:3 27:14 43:14 112:11,12,14,19 113:22 178:12

**completed** 8:11 43:11

**completely** 100:7

**comply** 39:5

**computer** 44:14 126:7 147:2

**concerned** 29:25

**concerns** 49:14 76:14

**condition** 161:3,8

**conduct** 83:20 86:14

**conducted** 35:18

**conducting** 89:24 91:2 155:25

**conducts** 19:12

**confer** 32:16

**conference** 49:17

**confidential** 83:21 171:21

**confirms** 81:6

**conflict** 144:14, 22 145:9

**conflicted** 144:4,12,21 145:6

**confront** 62:2

**connection** 103:9

**consequences** 21:15

**consideration** 116:7

**considered** 104:18

**Considering** 22:11

**consist** 162:11

**consistently** 91:16

**Consists** 162:12

**constant** 39:22, 23 42:4 100:10

**constantly** 66:2

**consulting** 82:18

**contacted** 92:12

**contacting** 142:11

**contain** 140:20

**contained** 28:18,19

**context** 135:18, 21 143:11,15

**continue** 38:11 70:5,7 83:7 90:14 160:6

**continued** 16:9, 11 27:7 70:8

**continuously** 150:23

**contribution** 156:25

**control** 35:4,5 47:13 48:18 49:22 50:17 97:10 135:3

**controlling** 51:15

**conversation** 47:21 48:17

72:9,11 75:25 78:5 81:6 89:11, 12 90:5 97:19, 21,23,25 98:4,6, 9 103:4 135:20 171:10

**conversations** 32:19,20 73:9 78:10 79:10,12 103:2 116:8

**conveyed** 48:12 61:24 98:10,16

**conveying** 38:5 142:23 153:10

**cooperate** 108:8 153:11

**cooperative** 155:5

**coordinate** 17:6 49:19

**coordinator** 17:5

**copies** 126:12 138:5,8,9 140:21 141:5

**copy** 45:3 85:11 86:4 97:16 105:11,14 107:14 120:4,9 126:9 131:23 133:10 138:2,14 139:22 140:5 148:19,23 174:13

**correct** 22:3 27:20 47:3 51:18 66:20 68:6 72:12 92:22 93:20 102:11 104:16 107:8 109:11 110:7,21 115:12 118:17,23 120:17 124:20 130:19,25 133:8,20 134:8, 10,19 135:14,16 138:16 139:2,3 140:3 152:20 171:18 177:12 178:12,14

**Coughlin** 4:20

**could** 32:15 51:8 58:20 66:17 69:8 73:10,17,19,20 74:13,15 78:22 80:13 83:12,17, 20,22 84:21 86:17 89:13 106:18 140:11 145:17,18 155:6 162:9 173:2 175:23 176:5,7

**couldn't** 101:23 154:6,7 156:15 166:3

**counsel** 109:13, 15 139:14

**counseled** 27:4 56:7

**counseling** 136:2,22 163:11

**counterparts** 95:4,6

**County** 6:20 178:6

**couple** 167:11

**course** 32:19 48:16 132:16

**courses** 8:9,10

**court** 40:10 110:11

**covers** 27:16 142:15

**Cowan** 30:6,7 34:6,19 35:10, 13

**credit** 150:11,16 165:23,24

**criminal** 5:25 6:2,3 18:2

**crippled** 110:16 157:2,4

**crisis** 166:15

**criteria** 112:10

**critical** 38:21

**crutches** 92:10,

17

**CT** 82:20

**culture** 22:19

**curious** 135:23

**current** 14:24

**currently** 14:25 16:21,24

**Curzio** 11:13 14:17,19 15:16 45:6,8,22 61:18, 19,20,22 62:5 63:21 65:8,10, 16,23 69:9,14, 17 70:17 71:6 72:22 73:9,14, 16 87:14,25 88:25 99:22,24 100:5,18 101:25 102:7,19 105:5 106:5,11 124:3, 12,16

**Curzio's** 105:11

**cycle** 68:9

---

**D**

**D' ALESSANDRO** 150:3

**da** 173:4

**damages** 152:19,22,23,24 153:5,6 170:20

**danger** 37:24 39:25 56:20

**Daniel** 9:4

**Danielle** 9:17, 18,23

**data** 95:22 96:3

**database** 126:4

**date** 4:18 36:19 103:6 106:15 111:18 117:3,5, 7 119:15,21 147:9 150:19 152:4 155:18,20

**dated** 23:9 46:15 51:12

52:11 59:7,20 84:17,20 114:5 115:18,19 116:24 117:14 119:22 128:10 145:13

**daughter** 8:16, 19 9:14 154:5,7 164:7 166:2,9 168:14

**daughter's** 167:8

**Davis** 32:10 72:9 81:11

**day** 19:5 21:3,4 33:9 50:2 57:10 64:8,10,22 65:19 66:12 67:19,20 68:8, 17 71:9 74:6 92:13,16 93:21 98:22 106:12 135:19,21,22 157:7 158:3,4 178:21

**Day-jones** 41:2

**days** 64:22 66:12,15,18,20 67:3,8,11,13 68:10 69:2 83:2 93:3 106:13 109:8 115:24 167:16,22

**DD** 115:5 116:21

**DDD** 4:17

**deadline** 172:16

**deal** 166:5

**dealing** 164:3

**December** 13:24 14:2,9,11, 23 54:22,23 59:7,20,24 152:18

**decided** 101:7

**decides** 19:22

**decision** 110:18 139:20

**decline** 145:21

**declined** 120:17

**deemed** 138:8 152:10

**defendant** 115:11

**defendants** 4:22,24

**Defendants'** 4:16 23:7,12 25:17 27:24 32:22 36:4,14 49:7 52:7 53:15 57:15,22 58:22 80:16 84:5,9 85:7,8 88:15,20 103:14,18 104:21 111:16 113:5 115:5 119:2 120:20 123:15 131:4 148:10 172:20

**degree** 5:23 6:3

**delay** 157:18

**delegate** 20:2

**deliver** 84:25

**delivered** 156:8

**demand** 127:22

**denial** 96:6,12, 22,24 107:19 108:4,7,24 109:5,6,7 110:9, 11

**denied** 33:18 52:2 53:24 133:8,15,21,25 134:17 135:2 166:13 175:15

**denies** 133:19 135:10,11

**deny** 21:20 110:23

**denying** 134:5

**department** 7:14 17:8,10,12, 13 22:13,17 23:4 37:10 40:18 44:14 60:16 63:12 75:3,16 76:16 85:16 92:3 93:19,25 94:3,

10 95:9,23 99:17 102:11 105:23,25 108:12 113:14, 23 118:18 120:5,10 129:11,13 138:4,15 139:13,15,23 148:24 151:24 152:8 153:8,10, 19,20 154:15 172:6,24

**departmental** 151:11 152:10

**deposition** 178:10

**depressed** 132:20

**depression** 154:11 159:15, 22,25

**deputy** 109:22, 23,25 128:9 130:7 141:6

**describe** 86:17 92:6 102:4 104:3,5

**described** 59:15 147:6

**description** 104:15

**descriptions** 103:2

**designated** 40:6 109:24,25 111:2,9 112:10 113:15 116:3

**designating** 112:17

**designation** 116:16 118:9

**desk** 15:19 37:12 47:21 50:4 100:21 102:8 174:16

**detail** 137:14

**detailed** 59:24

**details** 37:6,16

**detective** 10:14,17 11:15 12:2,5,14,21 13:6,16,19 23:21 40:25 54:15,19,22 55:13,23 56:3,4 58:12

**deteriorated** 76:11

**determination** 110:7,19,22 114:2,15 156:21 175:21

**determination' s** 155:15

**determine** 37:18

**determined** 39:24 176:14

**develop** 15:8 17:10,12,22 91:19,20,23

**developed** 47:5 64:15 75:10,18 77:19

**developing** 17:15 75:16 89:14,15

**development** 46:21 47:7 49:16 64:12 65:5 76:15 91:5

**diagnose** 160:4,6

**diagnosed** 92:9 159:5

**diagnosis** 159:10 160:17, 21,23 161:7

**didn't** 20:23 21:6 29:24 30:3 31:23 35:4 45:14 47:2,10 52:25 53:3,12 62:19,21 63:5 66:16 72:2 79:16,18,25 85:4 86:4 92:18 100:20 101:18 102:6 105:20

106:12 110:14 114:5,20,21 121:20 124:8,9 125:2 126:25 130:4 138:5,8 140:5 141:4 144:24 145:5,6 150:16 152:4 166:5 167:3,7,9, 13,15 168:19 171:8,24 176:8

**died** 101:12,14 126:3,16

**difference** 42:14

**different** 5:4 8:8 11:20 12:17 13:10 14:2,14 28:9,14,15,18 34:21 40:5 42:6, 15,23 55:19 65:2 75:2 78:25 83:2 95:21 125:15 140:24 141:16,17 150:4 152:17 163:10 164:2 166:4 168:20

**differently** 95:3 156:19

**difficulties** 135:11 169:24

**difficulty** 135:2

**direct** 145:22

**directed** 35:19 130:18

**direction** 65:7

**directive** 113:21

**directly** 15:20 91:4

**disability** 154:3

**disagreed** 47:6

**discharge** 55:22 56:2

**disciplinary** 116:4

**discipline** 23:2 24:4 25:4,8 26:12 40:15,20,

23 61:4,13,24
77:11,12
122:20,24 130:8
151:6,9,13
152:6

**disciplined**
35:9 56:7
128:12 130:14

**discrimination**
75:4,5,6 76:17,
18 84:23 119:13
143:17 148:17

**discriminatory**
70:22

**discuss** 47:10
49:18 89:13
91:8 155:4

**discussed**
142:6

**discussion**
29:17 36:12
96:16 97:5
111:20 115:15
125:8

**disorder** 159:23

**disparate** 69:10

**dispatch** 36:17
38:17

**dispatched**
36:19

**dispatchers**
38:15

**dispatching**
36:18 38:7

**display** 115:25
116:3

**displayed**
99:13

**dispute** 26:24
36:20

**disrespectful**
39:7

**disrupted** 158:9

**district** 148:15

**diverse** 57:11,
12

**division** 10:15,

17 12:2,5,14,21
13:6,17,19 14:8,
22 15:2,5,10,13,
19 23:21 34:2
44:11 54:22
62:9

**divisions** 55:13

**divorce** 169:18

**doctor** 82:17,18
92:4,12 94:7
95:10 154:22
155:22 156:6
175:23

**doctor's** 176:4

**doctors'** 174:24

**document**
23:10 25:14,19,
25 26:3 27:19
29:11,13 31:20
32:24 34:12
36:6 39:11
41:12,19,25
42:8,17,25 44:6,
19,24 45:2 46:6,
8 49:10 52:9,13,
15 53:17 56:13,
16 57:18 58:2
59:3,15 80:18,
21 84:7,11
86:10 88:17
90:8 103:16
104:24 105:3
106:22 107:17
111:16,23 112:9
113:7 115:8
119:4 120:22
121:10,15
123:12,22,25
128:4 131:6,9,
20 133:5 137:20
141:21 143:3
145:25 146:17
148:7,12 149:4

**documentation**
174:14

**documented**
174:10

**documents**
4:16 57:24 58:5,
15,19,25 60:9
138:6,19,21
139:23 142:2
144:3

**does** 8:24
19:16,18,19,22
66:10 87:10
91:15 112:9
173:13

**doesn't** 29:6,8
63:22 65:13
71:3 72:24 82:7
112:11,18
127:17

**doing** 16:18,22
17:21 21:19
61:7 63:18
67:11 82:14
90:6 91:10
147:15

**don't** 5:3 29:4
39:18 42:2 49:5
51:16 52:4
53:10 58:10
60:19,20 66:7
71:11 73:10
75:23 77:25
78:17 79:2 80:7
85:14,19,23
87:3 88:12 94:8,
20 95:16 97:13,
14 98:2 99:5
100:15 102:25
117:7,20,23
118:3 120:14,18
121:7,20,22
122:5 123:2,9
124:7,9,23
125:3 126:20
127:19 132:10
136:4,5,8,10,11
137:4,11 142:20
143:18 149:18,
23 151:21,22,24
156:23 157:6,13
158:16 160:5,8,
9 162:4 163:18
169:17 170:13

**done** 48:8 74:16
82:25 88:6,8
149:9 173:4

**door** 65:23

**double** 73:4

**down** 8:6 46:20
63:18 71:23
82:10 84:16
100:19 157:10
166:7

**downstairs**
74:20 103:24

**Dr** 132:2

**draft** 43:11
138:11

**drafted** 138:6

**drained** 81:17

**drive** 94:19

**due** 33:18 82:18
111:10

**duly** 4:3

**Dumser** 11:12,
25 63:11,22,24
65:8,13,23
66:13,22 67:23
68:13,16,22
70:5,19,23 71:6
72:4,5,24 92:14

**Dumser's** 72:15
73:12

**duped** 126:24

**duration** 16:2

**during** 12:22
13:2 24:6 26:18
30:25 34:25
38:3 39:3 54:19,
24 65:19 66:5
68:5,8 79:19
91:11 93:5,8
103:7 105:15
117:25 128:17
136:19 154:19

**duties** 10:7
15:5,6 16:19
17:6 24:6 27:10
55:23 56:3 65:6

**duty** 42:4 62:2
110:21 128:13,
14 157:17
175:16,24
176:12,15,18,
19,21,22,24
177:8,11

E

**e-mail** 60:5,12,
15,21 85:2 88:9,
10,13,24 89:2,6
112:3 116:18

142:9 143:8

**e-mailed** 85:3,5,
9

**e-mails** 63:19
64:19 65:9,11,
19 66:24 141:24
143:5,11 152:7,
12,16,17

**E.R.** 82:20

**ear** 66:2

**earlier** 50:8 87:8
125:25 159:4
173:23

**early** 129:17,18

**easily** 60:5 69:8

**education** 6:10
8:6

**educational**
5:15,16

**Edwards**
139:12,13
140:13,18

**EE** 119:2

**EEE** 111:17,21

**EEOC** 118:22
119:15,20
120:16 121:6,8,
23 122:12
148:15

**effect** 110:19,22
168:10,12

**effective** 45:8

**effectively**
49:20 57:9

**efforts** 49:19

**eight** 167:16

**either** 58:15
60:2 65:8 94:11
161:2

**elected** 145:15,
20

**else** 10:23 26:19
39:25 42:11
73:15 77:13
80:6 81:18
85:12 90:7
94:23 117:19

157:11 163:4 164:25 169:7,20

**emergency** 92:9

**emotional** 152:25 157:21

**emotions** 47:14 48:18 49:22 50:18 51:15 97:11

**employed** 8:21 9:7,10 27:5 150:24

**employee** 45:5 70:22

**employees** 78:11

**employment** 9:25 113:17 119:11,12 148:16

**encourage** 152:8

**encouraged** 75:18

**ended** 16:18 101:17 166:12

**enforce** 27:12

**enforcement** 6:12

**enforcing** 27:6

**engagement** 17:15

**enough** 38:20 83:10

**entered** 37:12

**enthusiastic** 158:3

**entire** 16:2 38:19 42:2 83:15 156:21 158:9

**entities** 140:10

**entitled** 140:16 142:22

**environment** 84:24

**Equal** 119:10

**Ernest** 32:10

**erroneous** 117:13

**error** 117:11

**escalated** 73:2, 6 171:11 172:3

**especially** 48:19 73:23 154:11

**evaluate** 46:20

**evaluated** 116:15

**evaluation** 45:4,9,12 124:3, 4,12,16,24 125:18,21 128:18

**evaluations** 124:20

**even** 30:2,3 76:8 101:22 127:19 155:3,23,24 156:3,4,16,20 171:8 172:9 176:21

**evenings** 66:11 67:15

**event** 174:9

**events** 100:17

**ever** 18:11 25:12 40:24 56:6 58:16 98:7

**every** 17:7 21:18 67:7,8 137:14 158:2,4 170:24 171:3

**everybody** 136:25 157:11 171:25

**everyone's** 22:14

**everything** 52:25 76:9 164:17 166:9 171:2 172:2

**evidence** 8:11 102:14 122:9,13

127:23

**exacerbated** 154:3

**exactly** 37:2 49:2 71:17 83:16 87:3 149:18 162:9

**exam** 57:7,9 130:19 151:5

**examination** 4:7 131:14,16, 24 132:15

**examined** 4:4 156:18,20

**example** 160:16

**exception** 45:6, 10

**excuse** 33:25

**executive** 11:24

**exhausted** 167:21

**exhausting** 166:18

**exhibit** 23:7,13 25:17 27:24 29:10,18 32:14, 22 34:4 36:4,14 39:9 41:10 42:6, 19,21 43:6,12, 13 44:4 46:5 49:7,24 51:12 52:7 53:15 57:15,22 58:22 59:8,19 80:16 84:5,9,25 85:7,8 88:15,21 89:18 103:15,18 104:21 105:16 106:6,25 107:21 109:2 111:17 113:5 115:5 116:21 119:2,7 120:20 121:13 123:15 125:17 131:4,18 145:11 146:15 148:10 172:20

**Exhibits** 4:17 34:10

**existence** 126:13

**exists** 127:21

**expect** 158:2

**expectations** 91:6

**expected** 64:16 76:7 93:18

**expend** 167:20

**experienced** 169:12

**experiences** 84:22

**experiencing** 140:25

**explain** 38:4 126:22

**explained** 30:13 61:21 71:19 74:25 75:7,17 77:3,18 92:17 106:16

**explaining** 100:23

**explanation** 33:12

**expressed** 94:21 134:6

**extensive** 40:3 112:22 152:23

**extent** 115:3 127:21 169:22

**extreme** 100:8 101:5

— — —

**F**

**F-A-Y-E-R** 132:3

**F.B.I.** 7:23 8:2

**faced** 116:4

**facing** 37:25

**fact** 35:24 38:22 69:9 87:4 105:7, 20 110:3

**failure** 55:6 108:8

**fair** 5:8 47:6 53:8

56:23 63:4 86:6 170:16

**fairly** 30:2

**faith-based** 17:19

**fall** 15:11 92:8 100:2 103:20,21 104:4,6,7 105:6 129:2 170:14

**false** 154:24 157:14

**familiar** 19:10, 11

**family** 8:15,18 153:2 154:9 163:9 164:8 165:23 168:10 169:6

**far** 16:9 19:18 121:25 159:9

**Fatigate** 16:7, 14,15

**Fayer** 132:2

**FBI** 8:7

**fear** 157:8,9

**February** 66:5,8 70:13,15,17 71:2,4,18 72:19 73:3 84:17,20 85:24 151:11 171:18

**feel** 27:8 62:21 146:4 171:5

**feeling** 81:13 82:3,10 132:4 135:22

**feelings** 134:6, 17

**feels** 157:14

**fell** 15:12,13 99:25 114:10 128:25 129:3, 10,12 153:23 170:18

**felt** 27:2,15 38:18 47:4,9 48:18 62:24 74:12 79:13,25

81:7 83:10,25
100:14

**female** 22:9,12,
16 23:3 70:20
77:15

**females** 77:19

**Ferguson** 69:6,
13,16

**Ferreira** 39:17,
19,20 41:21,24
42:24 59:12
61:14 77:9
79:23 80:4

**few** 106:13
130:2 163:9
168:21

**file** 8:12 53:8,11
124:11,15

**filed** 18:11,15,16
23:16 29:21
30:4,7 33:7,19
34:15 35:15
39:16 79:22
102:10 117:21
118:22 119:20,
21 120:6 139:8
141:17,18
171:16

**files** 33:13,16
43:25 146:23

**filing** 118:20
119:24 147:17,
20

**filled** 104:9,11

**final** 110:6

**finally** 168:9
172:12

**finances** 153:3

**financial** 150:12
153:3 165:17,19

**financially**
110:16,17

**find** 81:7 110:20
155:22 156:3
162:9

**finding** 64:19

**findings** 26:24

**fine** 159:24

**finish** 99:11

**finished** 43:3,6,
9 69:23

**finishes** 20:6
160:20

**fired** 35:18

**first** 4:3 7:3,5
18:10 19:5,9
21:3,4,20 22:8,
11,14 28:18
37:3 38:23
64:18 81:4,5
116:20 117:3,8
133:16 146:3
166:16 170:4,17
171:16 175:13

**fitness-for-duty**
130:19 131:14
139:9,21

**focus** 118:4
152:8 162:14

**follow** 65:24
104:13 114:21
115:2 118:15,19
142:9

**follow-up** 33:5,
10 90:4

**followed** 33:21
118:8

**following** 44:16
50:3 68:3 83:4
92:2,8 98:21
105:17 150:20

**follows** 4:5

**form** 28:20
43:19 161:13

**formal** 116:10

**formalized** 7:22

**forth** 51:24 53:8
82:2 95:10
101:4 106:6
109:2 112:9
118:14 130:21
144:2 145:10

**forward** 74:15
89:14 112:7
170:24 171:15

**found** 35:23
40:11 50:15
156:17,19

**four** 67:8,11

**fours** 45:9

**Fourteen** 90:19

**frame** 15:22
18:22 31:2 53:5
54:20 66:5 72:6
103:3,5 124:13,
17,24 125:19
138:24 148:2
150:19 152:12
167:23 173:6

**freedom** 170:23

**frequently** 80:8

**from** 4:20 5:12
7:17 10:12
12:15 15:7,23
22:5 27:19
28:12 30:12
37:16 40:11
44:10 45:24
51:11 54:21,22
58:25 61:7 65:7
67:8 71:14
75:22 86:20
90:17 91:18
92:7,14 93:19
105:12 107:4
108:6,11 109:4
110:10 112:3,4
113:12,25
114:14,22
115:22 116:15
117:18 118:8
119:10 121:8
122:12 124:12,
24 128:9 131:12
139:5 140:7
141:25 142:10
144:2,21 148:14
152:16 154:25
155:22 161:12,
18 162:21
164:11 165:7
166:11 168:3
171:15 173:25
175:21,22,23

**front** 48:20
50:11,16

**frustration** 73:6
154:11

**Fuccillo** 12:22,
24 13:3

**fucking** 76:2,3

**fulfilling** 7:15

**full** 75:19 157:17

**functioning**
95:22

**functions** 10:10

**funds** 24:7,11
34:25 35:6

**further** 26:24
37:18 96:25
108:14 110:17
177:13

**future** 134:21

_____

**G**

**gang** 32:17
56:21

**Garafola** 102:24
103:3 109:16
141:25 142:6,8,
21 144:4,20

**gave** 45:11
106:15 153:19
169:6 171:24
172:12,13,23
173:7 176:3

**gender** 143:16,
21,25

**Gene** 47:25

**general** 11:19,
21 12:3 77:18
79:13 143:18

**generally** 169:5

**Gerhart** 4:20

**get** 18:16 35:17
48:14 55:7 57:3
66:3 73:23 82:8,
20 83:20,22
91:6,8 100:20
101:2,17,24
102:25 103:24
105:10,14
114:5,20,22
127:4 136:8
139:17 140:7
141:20 142:20

**Fuccillo** 147:5,23 150:7
153:24 155:16,
21 156:12
157:15 161:11
175:20,22

**gets** 27:11

**getting** 35:21
50:19 52:22
60:8 74:15 87:2
110:15 118:5
129:7 142:5

**give** 50:8,11
63:5 84:21 85:4
152:3 156:8
157:8 166:5

**given** 111:9
173:24 178:13

**giving** 45:9

**go** 8:6 14:5
48:14 62:24
64:24 65:4 67:8
68:22 73:5
74:18,19 78:3
94:6 95:9,21
97:3 112:21
133:18 136:17,
25 139:21
151:23 154:5,6,
22 160:12

**goal** 17:9,10

**Godshall** 86:21
106:13

**Godshall's**
86:24 87:15

**goes** 38:24
108:14 157:7

**going** 4:25 5:5
23:6 25:16
27:23 28:3 29:9
30:12,18,21
32:18,21 34:9
36:3 39:9 41:9
44:21 46:4 49:6
52:6 53:14
56:11 57:15,21
58:21 71:19
75:2 76:2,6,9
80:15 84:4,16
88:14 100:24
101:4 103:13,23
104:20 106:20
113:4 115:4

118:25 121:5,12
125:24 127:25
131:3 137:11,16
138:18 146:14
148:9 162:13,16
166:2 168:14,19
169:17 171:20
172:11

**Goldman**  96:25
107:4,8 108:6
113:13,20
115:23 153:9,17
155:13 156:9

**gone**  7:25 74:7

**gonna**  134:14
148:4 155:25
157:8 167:5,11
173:18

**good**  82:4,10

**Gormley**  11:11

**gossip**  34:16
35:14

**got**  5:23,25 6:3
13:20,22 14:3
33:23 35:25
42:16 48:11
53:3 81:9 90:15
105:12,15,17
107:10 126:23
128:24 139:11
154:25 156:6
171:25 174:3
176:3,4

**gotten**  33:7
100:13 151:15,
16 175:13

**grades**  168:16

**graduate**  6:5

**graduated**  5:18
6:7 7:17 10:2

**green**  116:2

**Greg**  57:25
58:13,16 115:17
116:18 117:18
139:16 140:19
155:7 156:7

**grievance**
116:10 117:22

**guess**  28:10
103:7 125:10

133:23 171:17

**guide**  112:23
113:15

**gym**  154:5

---

**H**

**Hackett**  10:22
11:4

**hadn't**  29:23

**half**  167:19

**Hall**  76:13

**hand**  23:6 46:4
80:15 84:25
99:8 104:20
131:3 156:7
173:5

**handed**  107:21

**handing**  42:19,
21 44:4 131:18

**handle**  114:19

**handled**  21:16
31:24

**hands**  23:10
25:14,19 26:3
29:13 31:20
32:24 34:12
36:6 39:11
41:12 42:8,17,
25 44:6,19,24
46:8 49:10 52:9
53:17 56:13
57:18 58:2 59:3
80:18 84:7,11
86:10 88:17
103:16 104:24
106:22 107:17
111:23 113:7
115:8 119:4
120:22 121:10,
15 123:12,22
128:4 131:6,20
133:5 137:20
138:21 141:21
142:2 145:25
146:17 148:7,12
149:4

**hanging**  37:15

**happen**  152:4
167:13 171:9

**happened**
10:13 13:18,25
48:4 50:9 64:20,
22 72:12 81:24
101:13 104:15
126:15 127:14
128:23

**happening**
164:17

**happens**
162:14

**happy**  5:5

**harassed**  79:24

**harassment**
68:21 71:25
73:7,24 76:19
100:10,11
142:13,16
143:8,19,21
144:22

**hard**  156:25

**has**  43:14 44:14
60:22 111:12
131:14 133:10
139:14 143:2
151:4 157:6
159:5,16,18
161:7,17
164:14,24
165:19 169:15

**hasn't**  161:9

**Hastings**  31:7
44:12,13 52:17
62:13,14,18
63:5 112:4
146:22

**Hastings's**
33:11

**haven't**  21:5
160:15

**having**  4:2
38:20 47:21
62:24 68:14
81:23 82:7
101:17 102:4
135:10 164:2

**he**  8:21,23,24
9:7,10 10:25
11:2,6,13 12:25
19:12,21 20:5,
20,22,23,25

21:6,9,16,24
22:20,23,24
26:16,19 30:11,
12,15 31:6,25
32:4,5,13,15,17
45:11 47:22
48:6,7,13,17,25
49:22 50:15
61:10,12,18,24
62:25 63:19
64:2 65:12,13,
25 66:15,16,17,
18 71:25 72:3,
23,24 74:20,24
75:23,24,25
87:7 89:13
94:13,21 97:9,
20 99:4 100:6,7
101:25 103:7
105:7,8 106:8,
12,14,15,18
108:14,25 110:8
112:20,23
132:6,9,17,18,
19,21,22,23,24
133:2,7,9,14,25
134:13,14,16,20
135:18,19
139:11,20
142:14 144:17
145:6,18,19
148:3 152:16
154:19,20
155:11 156:8
159:11,14,16,18
160:19 161:2,7,
9,18,19 162:14,
18,19 174:7,20
175:5 176:20,
21,23 177:7,10

**he's**  8:25 9:9
32:7 66:2 74:5,
19 75:14 87:17
100:23,24 101:4
140:14 145:16
158:20 165:15

**headquarters**
63:12 70:20,24
71:7 92:8 93:22
95:5 109:11
116:2 176:2

**health**  153:2
157:22

**hear**  24:14,15
164:12

**heard**  122:8
142:10

**hearing**  105:15,
18 109:8,10,14
110:2,4 151:15,
16 152:4 175:22

**held**  29:17 36:12
77:20,22 78:2
96:16 97:5
108:16 111:20
115:15 125:8
155:15 171:5

**help**  17:6 91:5,9
171:23

**helped**  57:14
138:11

**helplessness**
134:18

**helps**  162:14,19

**her**  9:16 24:4
25:2,3 26:15,16,
18,22,24 27:10,
22 30:12 35:9,
17,19,21,24,25
36:2,21 37:17
38:9,10,11 39:6
40:11,12 50:7,8,
10,12,13,17
51:7 61:24 62:3
64:7 70:19 74:9,
17 76:25 77:2,3
79:25 81:6,13,
25 82:2 83:20,
22 84:2,16,21
85:5,9 86:7
125:11 166:4,5,
10,13 168:16
172:9,10 173:2,
18

**here**  18:11 21:2
48:15 65:14,25
72:24,25 76:3
81:3 112:23
161:17

**hereby**  178:8

**high**  5:18,19,20
6:8,9 82:19

**highly**  45:8

**hiking**  154:6

**him**  13:14 16:12,
13 20:13,14,24

25:24 30:13
31:25 32:14,20
46:20 48:11,14,
21 49:17 50:11,
13 58:19 59:9
61:5,21 65:11
71:19 74:18,22,
25 75:7,17,21,
22 81:8,9,10
82:14 88:13
89:12 92:16,17
97:11 99:10
100:23 101:4,7,
8 102:22 106:16
132:3 133:21,23
135:21 139:10
142:10,11 145:7
155:12 156:8
159:9 160:6,10
161:10,12,20,
23,25 162:4,12
163:13,14,22
164:2 165:3
174:22,23

**hire** 147:10

**hiring** 35:3

**his** 9:2 19:23
29:22 46:20
47:11 49:4 61:6
71:25 74:7
89:15 95:24
100:9 106:7
110:8 128:11
133:7,15 144:5,
22 145:10,12,
13,14 146:3,9,
22

**history** 22:12
150:11

**holding** 170:25

**home** 8:22
92:14 93:6,9
114:6

**Homeland** 8:3

**homicide** 12:6,
8

**honestly** 167:4

**hope** 74:13

**hopeful** 134:20

**hopelessness**
134:17

**horrible** 165:24

**hostage** 171:5

**hostile** 84:23

**hounding** 81:24

**hours** 67:19
74:13

**house** 93:10
165:21

**housing** 6:23,
24 7:2

**how** 6:8 9:18
10:11 14:21
22:20 24:14,15
25:10 38:21
55:10 64:6,17
65:21 67:2
69:13,24 70:7
75:8 76:9,10
82:16,19 88:8
89:14 90:25
95:11,14 104:7
132:4 141:15
155:24 157:13,
24 160:3 165:11
167:14,20,22
172:4 174:12

**However** 27:6
29:7 57:9

**HQ** 92:15

**HR** 102:10

**human** 74:8
83:18 118:21
171:17

**Hunce** 61:6,8,25
144:6,18,23
146:5

**Hunce's** 62:17

**husband** 8:19,
21 170:3

―――――――

**I**

**I'D** 78:24

**I'LL** 167:12

**I'VE** 8:2 17:21
32:6,20 81:8
82:22 130:12,13
161:19 163:13
170:24

**idea** 151:14

**ideation** 134:2

**identical** 28:16,
22

**identification**
4:18 111:17

**ignore** 50:13

**ignored** 75:11

**ill** 71:10,11
86:20

**illnesses**
163:10 164:9

**IME** 108:20
155:16 156:17

**immediate**
10:20 15:14

**immediately**
113:19

**impact** 55:18
64:23 153:2
157:6 165:17,19
169:6

**impacted** 22:20
55:7 81:17
150:12,14
153:4,19,25
154:4,9,25
157:19,22

**impacts** 156:21
170:19

**implicated**
82:15

**importance**
37:5 38:5

**important**
17:16

**importantly**
156:11

**imposed** 69:11

**impossible**
35:3

**improvement**
45:11,25

**impulse** 135:3

**inability** 90:11,
22

**inappropriate**
48:19 49:3
135:4

**incident** 49:21
50:18 51:7
59:12,14 79:20
92:24 102:5
105:6 106:14,18
130:15 152:17
169:20

**incidents** 57:12
169:20

**include** 89:22

**includes** 64:13

**including** 17:19
64:11

**incorrectly**
33:20

**independent**
110:4

**indicate** 51:21
72:11 91:25
146:24 175:15

**indicated** 19:14
99:12 108:3
157:21

**indicates** 60:22
83:16 109:6
122:12 133:7,9,
14,25 134:16

**indicating** 43:4
71:16 81:4,5
84:18 99:9
112:19,25
115:23 123:19
156:2 163:15

**ineligible**
113:16

**influence** 146:6

**inform** 37:21
61:5

**information**
32:18 35:20,21,
24 37:19 38:6,
21 48:11,13
60:23 107:7,13,
15 126:25 132:3
147:6,14,24
154:14,23

**informed** 35:15
70:18 155:18

**informing**
44:13

**inherent** 37:24

**initial** 10:7
110:9 175:11

**initially** 15:20
114:17,25

**Initiative** 15:9,
18 16:17 17:4,6,
11,25 152:9,15

**initiatives**
17:22

**injured** 70:9
90:15 92:21
100:22 110:20
111:8 114:16,24
118:2 128:24
175:13 176:11,
14,17,21 177:10

**injuries** 163:20

**injury** 15:8 92:2
114:25 118:6
128:12,14
129:5,8 136:13,
19,21 150:21
154:3 160:23

**inside** 129:3

**insisted** 83:19
173:16

**inspection** 28:5

**instead** 101:3

**insubordinate**
39:7

**insubordinatio
n** 50:12

**insurance**
165:7

**Intelligence**
13:8,11,13 19:7

**intentions**
46:21

**intercession**
62:17

**interest** 144:15
145:9

**interests** 145:22

**intermediary** 171:23

**Internal** 23:17 24:12,13 29:21 30:5,8 33:6 34:15 35:12,16 149:9 150:6 174:25

**internally** 74:14

**Internet** 81:23 82:8

**interrupt** 39:3

**intervene** 63:6 116:13

**interviewed** 26:22

**into** 14:6 37:9 38:16 41:18 46:16 55:14 75:25 102:25 126:24 142:5,20 170:25 171:11

**introduce** 20:23 21:6,9,24 22:23

**introduced** 18:20 19:13 20:9 21:25 22:3

**introducing** 22:21

**investigate** 105:8 171:20

**investigating** 105:8

**investigation** 12:4 37:20 82:14 83:21 97:2 108:18 153:12 155:14, 25 172:11

**investigations** 11:19,21 56:21, 22

**involved** 73:23 76:20

**involving** 59:11 62:16

**Isn't** 142:18

**isolated** 158:6

**issue** 62:16 142:13,16 144:22 159:12, 14

**issued** 92:10 108:23 110:6 121:25

**issues** 40:5 45:16 62:23 75:2 140:25 159:6 161:8 162:21,23 163:10,12,23 164:8 170:16

**item** 45:7

**its** 108:18

**itself** 28:21 132:15

**J**

**jail** 40:9

**January** 15:23 18:21 33:4 51:22 53:20,25 71:22,24 72:7, 12 74:3 83:3,5, 14 150:22 152:15 168:5 172:21

**Jaroaz** 24:2 33:14 34:5,7,8, 17,21 44:2 147:21,23

**Jaros** 44:16

**Jay** 6:2,6,7,10

**JC** 49:25

**Jean-jerome** 77:2 85:23 116:7

**Jennifer** 4:10 70:18,20 178:8, 17

**Jessie** 39:17 59:11

**job** 6:13 29:22 61:7 154:12

169:14

**jobs** 64:15

**John** 6:2,5,7,10 11:23,25 12:9 150:3

**join** 8:7

**joined** 7:13

**judgments** 123:4,7

**Judith** 74:7

**Judy** 76:13,21 80:23 83:11,25 85:13,17 172:5, 23

**July** 52:11,19 128:13,15 131:15 132:10, 11 135:25 136:7 159:3 162:2,3

**June** 83:7,14 162:5 167:24 168:4 172:21

**just** 5:10 6:11 8:8 10:9 12:11 16:10,11 17:3 20:5 24:24 25:24 27:16 28:10,11,13 30:15 34:6,8 36:11 38:12 39:14 42:2 43:16 45:22 48:15 51:8 53:2 59:25 60:21 62:24 64:12 65:13 68:19,25 73:2,3 75:24 77:15,18 78:13 79:13 81:14,16 82:3,7,23 84:21 98:15 99:8,10 100:6,7,10,24, 25 101:2,3,16, 21,24 107:21 112:20 114:18 125:9,16 126:21 127:6 136:7,11, 18 137:11 140:20 144:15 146:10,11 147:5 148:3 149:23 152:25 153:23 156:11,23

158:7,8,9 160:10,19 161:16,23,24 162:13,15,18,19 163:2 164:15,16 166:14,15 167:11 168:18, 19 169:5,17,21, 25 170:22,23 171:9,10,11,13, 15,19,22,24 172:18 173:8,17 174:15,16 175:12,22

**justice** 5:25 6:2, 4

**K**

**keep** 115:10

**Kelly** 10:24 11:7,22 13:12 15:21 16:2,6

**kept** 16:11 24:25 81:24 172:10,16

**key** 100:21

**kilo** 85:8

**kind** 162:5 174:18

**KK** 84:9 85:8

**knee** 129:5,8,14, 15 156:2 160:22

**knew** 22:6,7 30:17 79:25

**know** 5:17 12:24 21:4,18,21 24:9 25:6,10 29:4,24 30:3 37:14 40:15 52:4 53:10,12 55:19 57:13 63:20 65:24,25 66:7 68:16,19 69:13 72:6,24 73:10, 17,21 74:15,19 75:14,15,19 77:4,14,25 78:2 82:2 83:18 85:23 87:3 88:13 93:23 94:8,12,20 95:11,16,20

98:14 99:3,5 100:9,15,25 101:25 102:13 112:20 117:7,21 120:8,18 121:23,25 122:5,16,24 123:9 130:5,7 136:12,18 137:2,11,13 141:16 142:22 143:18 146:20 149:18,23 150:15,18 153:9,21 154:19 155:13 156:24 157:10,13 158:5,6,16 160:3,5,8,13 165:22 166:11 167:6,22 170:13 171:22 172:4 175:12 176:6,16

**knowing** 158:2

**knowledge** 68:23

**known** 32:6

**L**

**lack** 26:22 76:14 106:2,3 170:23

**lacking** 94:15

**laid** 162:5

**last** 32:9,13 145:2 169:2

**later** 35:23 37:8 93:3 115:24

**law** 6:12 27:13 139:7 140:16 151:23

**laws** 55:20 56:9

**lawsuit** 4:22 18:10 79:4,7 81:2,20 94:25 97:13 99:20

**lawsuits** 18:5,8

**laying** 49:14

**leaders** 75:17

**leadership**
12:20

**leaked** 154:14

**leaking** 153:14

**learn** 150:5

**learned** 115:25

**least** 63:9
140:13

**leave** 65:17
93:10,16,24
94:11 129:16,18
166:18,22,24

**led** 100:17
140:25 141:2

**left** 16:5 158:7

**legal** 138:6

**legs** 81:16 82:9

**legs's** 157:8

**lengthier**
112:24

**less** 7:6

**let** 71:23 94:7

**let's** 84:18
103:13

**letter** 33:5 59:22
88:9 89:3,4,5,7,
10 107:4,6,9,25
108:3,6 109:9
111:7 113:12
114:18 115:16,
22 116:17
117:14 122:4
131:12

**letters** 60:20,25
138:24 139:4
140:12,18,19,22
141:5

**letting** 82:2

**level** 155:4

**liar** 153:12,21

**licensed** 137:6

**lie** 24:8,9

**lied** 24:5 153:11
155:2

**lieutenant**

11:12,25 14:11,
14,16,17 15:16
18:22 19:11,14,
17,21,23 20:2
26:13 27:3,21
29:20 30:19,22
31:6 35:14 45:5,
7,21,22 46:14
47:7,13,24
49:12,23 50:4
51:11,14 58:14
61:6,8,16,17,18,
19,20,22,25
62:5,17 63:20
65:8,15 69:14,
17 70:17 71:5
73:9,14,15
86:21,24 87:12,
14,15,17,25
88:25 97:9,20
99:3,22,23
100:4,17 101:25
102:5,6,18,19
105:5,11 106:4,
11,13 107:10
124:3,12,16
144:6,18,23
146:5 153:16
174:21,22,24

**lieutenant's**
87:9

**lieutenants**
87:18

**life** 136:22
137:3,14 150:12
156:21 157:3,5
158:9 162:22,25
168:20 170:19,
22

**lifestyle** 164:4,5

**light** 27:11
175:16,24
176:19,21,24
177:8

**like** 7:23,24 8:5
21:7 28:10
29:12 38:9
41:10 42:10
43:3,7,10 45:3
47:2 54:2 74:4,
12 81:21 89:5,7
90:4 94:4 99:8,
13 100:14
101:22 117:12
134:21 143:9

157:20 160:12,
18 161:20,21,23
168:17 171:4,5,
23

**limited** 92:18
147:2

**line** 110:21
125:25 127:2
128:14 176:11,
14,17 177:10

**line-of-duty**
150:21

**list** 115:24

**listed** 13:7

**listen** 38:12

**listening**
100:24

**literally** 82:21

**litigation** 18:5

**little** 5:14 8:14
9:24 19:2 73:5
112:22 137:14
159:3 167:18

**live** 75:19 157:9
166:12

**lived** 165:24

**living** 8:24

**LL** 131:4

**local** 5:17

**long** 10:11
14:21 52:5
65:21,22 70:7
161:20

**long-distance**
8:5

**longer** 16:7
86:22

**Longest** 90:17

**look** 25:18 41:14
46:7 49:9
104:23 106:15
115:7 127:6

**looked** 32:17
74:10 108:13

**looking** 36:13
43:6,12 45:20

83:8 116:19,20
122:12,19 123:3
125:17 147:25
172:20

**looks** 20:25
28:10 29:12
41:10 42:10
43:3,7,10 45:3
54:2 81:21 89:5,
7 117:12

**loss** 135:3
165:22

**lost** 101:16
165:21

**lot** 6:11 17:14
40:4 43:15 75:2,
3,10 112:24
114:24 154:10
162:13,15
167:17 168:20
169:21

**loved** 157:12

───── M ─────

**M-O-T-I-K-A**
41:2

**made** 31:22
51:14,22 52:17
59:10 75:15
76:5 78:14
79:24 89:13,25
97:9 102:18
122:14 126:2
143:16 153:12
161:7 163:19

**mail** 149:24

**maintain** 27:8

**major** 12:6,8,10,
15 13:3 165:6

**make** 20:8 24:10
33:24 40:9
51:12 52:21
55:20 72:18
85:15 89:17,21
94:6,7 98:15
123:7 126:9
127:22 140:22
148:3 156:20,25

**makes** 42:14
127:12

**making** 35:17
37:5 55:17
64:13,20 123:4

**male** 75:12 95:3,
6 173:23

**malicious**
34:16 35:14

**manage** 64:7
114:24 118:3
136:12,18 166:8

**manual** 113:14,
23

**many** 12:22
31:23 32:6
55:12 58:19
69:24 137:13
167:22

**March** 15:24
51:23 86:14
88:7 90:13,18
119:22 178:11

**marital** 163:12,
23 169:23

**Mark** 4:15 10:22
158:11 164:19

**marked** 4:16
23:7 25:17
27:24 29:10
32:22 34:10
36:4 44:22 46:5
49:7 52:7 53:15
56:12 57:22
58:22 80:16
84:5 88:15
103:14 104:21
106:21 111:15,
16 113:5 115:5
119:2 120:19
121:13 123:14
128:2 131:4
137:17 141:23
146:15 148:10

**markings** 46:2

**marriage** 9:21
169:11,13,15

**matter** 18:15
32:14 63:6 69:9
74:14 78:21
103:12 110:17
142:22 143:7

**may** 18:3 31:13

45:6 46:15 64:21,23 65:3 68:13 71:12 85:18 115:18,19 116:18,24 117:9,14,17 132:21,23 133:2 137:9 161:19 162:6

**maybe** 27:11 159:2 162:6 166:20 173:17, 18

**mayor** 29:12 30:9,22 31:17, 22 32:3,6,9,10, 17 72:9 74:3,5 78:6 81:10

**mayor's** 74:11

**me** 5:3,14 8:14, 18 9:24 19:2,11, 13 20:23,25 21:6 22:21 24:25 26:15 29:21,22 30:11, 16 32:15,17 33:15,25 35:2,4, 15 36:22 39:3 44:13 45:8,9,11 47:19 48:6,7,14, 17 50:8,11,16 58:13 61:6,10, 12,13,19,20 62:2 63:2,15,22 64:2,8 65:24 66:2 69:11,15 71:23,25 72:2, 23 73:25 74:21 75:23 77:5 80:14 81:24 82:12 90:6 91:18 92:14 100:16 101:2,23 106:9,14,15,19 110:23 111:5 113:13,21 115:10 116:11 131:13 135:18 139:7,9 140:8, 11 145:19 149:11,23 152:4 153:12 155:25 156:16,17,18,20 157:2 162:14,19 166:15 168:18 171:2,15

173:10,12,15,19 175:18 178:14, 21

**mean** 16:13 43:5 52:4 58:12 59:23 66:10 83:17 98:12 100:12,15 101:15,23 103:5 114:3 127:17 130:2 132:8 136:24 141:12 144:12 157:25 159:8 160:5,8 163:18 169:22

**meaning** 70:18 172:4

**means** 94:5

**meant** 144:16

**measured** 171:7

**media** 56:21

**medical** 95:25 107:7 108:19 155:16,23 156:4,7 160:11 165:7

**medication** 40:3 161:22

**medications** 5:11 159:19 161:3

**meeting** 24:19, 20,21 58:14 81:8

**meets** 95:21

**member** 21:18 116:11 139:14

**members** 38:2 153:10,18

**memo** 29:12 46:14,18,24 49:12 51:11 88:9 100:20,25 101:5 103:24 105:20 106:3,9, 11,16 112:4,20 128:8,9 129:8

**memorandum** 122:11,19 123:3

**memorializes** 90:8

**men** 77:21

**meniscus** 92:10 160:13,24

**mental** 132:7 136:2,22 154:10 161:8 163:20

**mention** 69:19

**mentioned** 8:15 43:23 76:20 77:16 154:13 164:8 165:3,16 168:9 173:22 174:9

**mess** 127:2

**messages** 80:22,25 81:19 82:6 83:7,8 172:10,14,16

**messed** 115:20

**met** 132:2 156:7

**mid-july** 138:25

**middle** 97:24

**midnight** 26:18 27:2,12

**midnights** 26:23

**might** 67:11 159:2,3 172:9

**mindset** 171:14

**minimizing** 89:22

**minority** 75:9

**minus** 43:15

**minute** 157:14

**minutes** 27:7 168:21

**misappropriate** 35:6

**misappropriate d** 24:7,11 34:25

**mischaracteriz ed** 79:15

**misconduct**

25:3

**missing** 81:22 112:15,16,18

**mistake** 76:6

**mistaken** 50:24 71:9

**Mitchell** 95:8 174:7 175:2

**mixed** 42:16 117:10

**MM** 138:19

**mobility** 92:18

**model** 15:18 17:4,7

**modified** 96:23 107:20 108:4

**mom** 163:3

**money** 110:14 166:10,14

**monies** 35:5

**month** 103:6 150:20 158:25 170:12

**months** 70:12 167:12

**more** 43:13 59:24 73:5 82:5 112:22,24 135:23 156:11 163:8 167:18

**morning** 40:8 65:2

**Morris** 26:10,21, 23 27:4,7,9,13 29:7 36:10,17, 22,25 37:4,13, 17,22 38:8 39:3 46:23 47:8 50:5, 6,7,22,23 51:5 77:9 98:25

**mortgage** 165:23

**most** 22:10 66:17 129:25 130:4

**mostly** 80:8,14

**mother** 35:21 36:2 163:5

**Motika** 40:25

**Mount** 4:13,21, 23 5:20 6:25 7:14 9:7,25 17:12 18:17 22:13,16 23:3 85:12 99:16 108:16,17 119:13 120:5,9 143:17 146:7 148:18

**move** 30:12 74:15 157:14 170:23

**moved** 89:14

**moving** 171:15

**mr** 4:7,15 20:5 23:10 25:15,19, 24 26:4 28:20, 24 29:13,16 31:21 32:24 34:12 36:6,11, 13 39:11 41:4,6, 12 42:8,18,25 43:19,20,22 44:6,20,24 46:8 49:10 52:9 53:17 56:13 57:18 58:2 59:3 69:22 71:16 80:18 84:7,11 86:11 88:17 96:14,17 97:3 99:10 103:16 104:24 106:22 107:18 111:14, 19,23 113:7 115:8,13 119:4 120:22,25 121:11,15 123:13,18,20, 21,22 125:7,9, 14 127:20 128:4 131:6,20 133:6, 12 137:20 138:21 140:13, 18 141:22,25 142:2,6,8,21,24, 25 143:4,6,10 144:4,8,25 146:2,11,17 148:8,12 149:5 158:16,23 159:5

160:4,10,19
161:6,13,14,17
162:20 163:16
164:24 165:13
168:22,25
172:18 177:13

**Ms** 69:6,13,16
76:8

**much** 16:11
19:22 59:24
76:2,10 136:14
148:3 162:18
165:5,11
167:14,20

**Mulligan** 120:3
138:12,13

**multiple** 164:14

**must** 27:10 66:7

**MV-5** 27:14
50:8,11 104:3

**MV93** 105:11

**MVPD** 70:20

**my** 5:3,16 6:12,
22 15:18 17:6
19:5,9 21:3 22:8
24:6 28:7 34:25
39:5 45:4,7,8
48:18 49:14
50:13,17 55:18
61:7 63:7,19
64:19 65:5,11
66:2 69:2 73:5
74:13 75:11
80:2 81:6,15,23
82:8,9,17,19,22
83:22 84:22
89:23 91:6 92:8,
14 97:11 98:15
99:5,8 100:20,
21 101:12
103:20 104:5
105:6 106:9,16
108:7,8 110:2
114:25 115:25
116:15 118:4,5
126:23 127:7
136:12,19 137:2
138:7 141:2
145:18 146:6,21
149:14 152:17,
24,25 153:2,3,
11,14,15,19,25
154:4,5,7,9

155:16,19,23
156:4,12,21,22
157:3,8 158:9
160:23 164:7,13
165:21,23
166:2,7,9 167:8,
21 168:14
169:13 170:22
173:5,17,21
178:9,10,12

**myself** 49:18
80:3,23 100:14
130:3

———— N ————

**name** 4:8 9:3,16
45:5 115:25
116:15

**names** 116:3

**Narcotics**
10:19,21 11:16,
17 12:3

**narrative**
104:15

**Nathan** 139:12

**Nawrocki**
14:12,15,16
18:22 19:12,14
26:13 27:3,21
29:20 30:19,22
31:3,5 35:15
45:21 46:15
47:13,24 49:13,
23 50:4 51:11,
14 58:14 97:9,
20 99:3 102:5,
18 107:10
153:16

**Nawrocki's**
47:7 61:16

**necessary**
37:23 38:19
50:16 138:8

**need** 38:12
48:17 65:3
82:16 97:10
101:6 135:11
147:13 155:19
168:21

**needed** 16:12
47:4,9,10 50:17

80:3 82:20
83:24 98:7
100:14 106:14
139:20 145:7
147:23 153:23
158:20 175:20

**needs** 45:11,25

**negates** 113:22

**negotiate** 40:17

**network**
165:13,14,15

**never** 19:12
108:19,20
124:23 125:20
130:13,14
155:23,24
156:16,20

**new** 4:4,14 6:24
101:17 126:24
127:5 148:15
178:4,25

**next** 31:5 63:20
67:9,25 151:25

**night** 64:20

**nights** 66:11,20,
22 67:3,14

**nine** 93:3

**NN** 138:19
140:19

**no** 5:13 8:8 9:9,
22 11:13,17,24
12:10 14:20
15:17 16:6,8,20
18:9,18 19:20
33:7,15,23 35:4,
6 45:14 46:3
52:20 53:13
54:10 57:7,20
58:7 60:21
61:10 62:19
65:10 73:22
75:17 78:9,12
83:4 86:7,22
91:13,14 94:5,
18 97:18 101:21
102:3 106:17
110:12 114:23
120:7 121:19
122:18 123:2
124:18,25
125:2,3 126:5,8,
11,14,20 128:2

130:10,16
136:3,4 138:17
139:11 148:25
150:8 151:14,21
155:3 159:3,7,8,
20,24 161:21,22
163:13 164:22
165:2 167:6
169:9,10 170:8
173:3 174:15
177:13

**normal** 137:3

**normally** 67:23

**North** 4:13

**not** 5:13 9:9
13:16 16:10
18:6,20 20:9
21:25 22:2,21
25:11 26:17,24,
25 27:8 28:22
29:25 30:14
33:14 37:3
38:11,14,20
41:3 42:12 43:8,
20 45:21 48:2
50:13,25 52:20,
22 56:9 57:5,8
58:7 60:6 61:13,
19,23,24 62:20,
22 63:11 64:12
65:9 66:23
67:17 68:20
70:19,23 71:6,9
73:21 75:9,19,
20 76:6,9 77:4,
5,7,16,19,20,22
78:15,17,20
80:8 82:6,23
83:2 85:19
86:13,25 87:4,
21 89:6,18 90:6,
9,10,15 91:22
92:11 98:5
99:18 100:24
105:7,8 108:9
110:12,13,15,20
112:11,13,19
118:4 120:14,15
121:19 122:6
124:6 125:4,5,6
133:22,23
135:22 136:3,
15,24 137:7,11
138:14 140:2,17
142:10,25
145:16,17

150:14,18
151:4,15,16
153:13,21
154:24 155:12
157:7,25
161:14,16,20
169:25 170:8
173:15 175:7,24
176:5,7,11,14,
17 177:10

**Notary** 4:3
178:25

**note** 127:9,10,
12,14 176:4

**noted** 177:15

**nothing** 25:9
30:17 36:2
143:2

**notice** 113:18
137:17,24 138:3

**noticed** 26:16
29:4 74:11

**notices** 18:16

**notification**
94:7 108:11

**notified** 92:12
149:13

**notify** 31:25

**notifying** 59:9

**November**
23:9,17 30:25
32:8 59:13
128:11

**now** 17:2 53:19
92:21 110:25
118:20 144:7
154:18 174:21
177:3

**number** 29:6
32:15 44:5
53:23 64:10
117:11,12
131:19

**numbers** 23:8
115:21 116:19
117:10

**Numerous** 70:2

## O

**oath** 4:5 5:2
125:20 178:10

**Object** 28:20
43:19 142:24
161:13

**objection** 90:8
94:16

**objectives**
64:23

**observe** 68:25

**observed** 37:13
68:20 69:20

**obtaining**
139:18

**obviously**
97:12

**occasion** 40:24

**occasions**
69:24 70:2
99:15

**occurred** 59:12
98:18 104:7
105:6 106:18
128:17

**October** 36:16
37:8 38:3 49:13
51:12 98:19

**off** 8:15 29:16,17
36:11,12 42:13
48:6 62:2 64:23
67:8,13 69:2
96:14,16 97:3,5
111:19,20
115:13,15
125:7,8 135:19
165:24 166:12
176:22

**off-duty** 113:17

**offensive**
143:22

**offered** 56:23

**office** 33:11
40:11 81:13,15
148:15

**officer** 6:15,23
7:6,7,18 8:25

11:23,24 18:3
19:21 21:19,21
23:23,25 24:2
26:10,14,21,23
27:4 29:7,20
30:4,6,7 31:8,11
33:14 34:6,17,
18 35:10,13
36:10,17,22,25
37:4,12,13,17,
22 38:8 39:2,16,
17,19,20,22,23
40:25 41:21,24
42:24 44:2,11
47:8,25 48:3,9
50:5,21,25 51:4
59:11 61:13
62:7,18 63:21
77:2,3 79:23
80:4 85:22
87:13 105:9
147:21,23
173:24 176:17

**officers** 14:7
19:10 21:12
22:4,10 23:3
34:3 37:2,5,21,
25 38:6,16 40:9
48:9,14 49:15
50:20 55:12,17
57:10 75:8,9,13
76:21,22,24
77:10,16 89:16
91:5,19,20,23
93:23 94:9
111:12 112:7
122:21,25

**officers'** 22:14

**often** 67:3

**oh** 20:23 21:6
84:13 115:20
163:2 167:24

**okay** 5:21 20:7
21:7 24:23
25:13,23 26:2
34:2,14 35:12
36:8 39:8 41:22
44:18 46:10
48:4 49:25 50:2
54:16 59:5,19
72:13 80:20
82:12,15 105:2
106:24 111:25
113:2 115:16
119:6 121:9,17

123:11,21,24
125:23 128:8
130:24 131:8,22
133:4,18
137:18,22
138:23 141:4,20
142:4 145:12
146:10 148:6,14
149:3 156:3,5
162:12 167:18
172:25 173:17
175:10 177:13

**old** 9:18

**older** 164:14

**on** 23:9,17 25:2
26:17,25 27:11
28:18,19 30:20
32:14,18 33:22,
23 35:2 36:16,
18 37:8 38:3
40:3 42:4,23
45:6,15,25
49:13,25 50:2
51:22,23 53:24
57:8 59:12,17
60:23 62:17
63:4,7 64:22
66:22 67:3 69:2,
11,24 70:17,25
71:3,8,18 72:12
73:3 74:3,6,10
75:2 76:2 79:6
80:8,12,24
81:22 82:3,21
83:2 87:20 91:7,
9 92:11,13,17,
21,25 93:21,24
94:11 96:25
97:7,11 100:24
102:8 105:6,21,
25 107:11
108:8,14,15
109:2,18 110:7
112:21 115:19,
24,25 116:2,18
117:22 122:6
123:4,7 126:2
128:3,13 129:3,
10,12 133:14,16
144:3,5,18
145:10,15,17,20
148:22 150:16
152:8 153:2
155:4 162:13,16
165:4 168:10,
14,17,19 169:6

170:19 172:11,
12,25 173:4,16,
18,24 178:13

**once** 7:13
33:17,20,22
49:13 113:20
114:23 152:3
164:17

**one** 9:14 11:11
12:25 18:11
29:4,6 34:15,16,
18 38:23 43:11
45:6 56:20
58:18 60:2 67:8,
9 73:22 84:17
86:12 91:13
94:12 115:13
130:2 143:24
157:14 163:19
173:16

**one-page** 45:2

**one-third** 68:9

**ones** 13:6
118:14

**ongoing** 71:17

**only** 38:20 64:13
70:20,21,22
94:18 130:2
145:16,18
153:16 155:12
166:10 173:2

**OO** 138:19
140:20

**open-door** 32:2
74:5

**opinion** 146:9

**opportunity**
21:20 29:25
30:14 46:19
47:5 91:3,18
119:11 139:7
173:7

**opposed** 8:6
60:17 70:21
97:24 98:10

**orally** 20:17,19
48:21 88:2

**order** 33:11
50:10,14 118:8
140:8 147:22

**ordered** 36:25
92:3,14

**ordering** 131:13

**orders** 39:5

**ordinary** 137:4

**orthopedic**
160:22

**other** 4:21 7:24
8:3 9:20,23
12:4,13 13:5,6,
15 14:18 15:5,
15 16:19 18:2,4,
7,14,16 26:19
29:6 34:18
47:22,23 50:21,
25 51:10,13
55:12,14 66:16
68:17,19 69:3,
12,20 71:5
73:20 75:8,12
78:11 80:4
85:13 86:2 87:3
90:7 93:23 94:8,
15 95:3,6 99:15,
16 103:12
111:12 126:10
140:9 143:21
150:12 153:18
156:24 162:21,
23,24,25 163:6
164:20 170:19,
20 173:5 176:16

**others** 154:15

**otherwise** 79:6

**our** 15:8 19:5
21:17 64:22,23
86:22 168:20

**out** 21:25 22:2
24:8 27:11
35:22,23 49:14
64:2,19,22,24
66:3 72:16
73:13 74:10
81:24,25 91:7
99:6,7 102:4
104:10,11
110:15 111:8
113:23 114:3,23
126:21 134:22
137:3 144:4,13,
21 145:7 153:12
154:5,6 155:22
156:2,3,17,19

157:8,12,15
158:5 162:9
165:13 166:16
167:2,3,23,24
168:13

**outcome** 25:7

**outside** 8:22
68:22 74:12
79:4,7

**over** 7:13 30:23
36:23 65:4
76:13 82:25
95:21 109:21
110:2 127:23
139:15 149:24
154:3 155:19
171:25 172:5
173:5,20

**oversight**
139:14

**overtime**
113:17

**overwhelmed**
37:23

**own** 19:23 35:24
145:15,18,20

**P**

**p.m.** 68:4 177:15

**P.O.** 27:4,7,9,13

**page** 28:18,19
32:23 42:22
52:8 56:12
57:23 81:4,5,22
116:20 133:14
135:10 171:3

**pages** 29:11
43:15 53:16
84:6 123:15

**paid** 110:15
175:20

**pain** 100:8 101:5
118:2

**palms** 99:13
102:5

**paper** 116:2

**paragraph**
18:19 47:17

50:2 51:21,24
53:23 63:10
70:16 72:10
74:2 86:13
91:25 96:11
111:2 130:22
133:16 135:9
149:7

**Paragraphs**
96:5 175:14

**parked** 74:11

**part** 17:16 22:10
38:25 65:4,5
66:18 77:13
104:11 177:5

**particular** 15:15
18:15 23:23
36:19 40:2,5
66:14 74:6
92:13 93:21
98:4 106:15
113:21 135:19
166:3 172:22

**party** 49:18

**pass** 164:11

**past** 6:10 7:22
90:14 134:2

**pastor** 137:2

**Patricia** 120:3
138:12,13

**Patrick** 116:6

**patrol** 10:4,9,11
11:9 14:7,22
15:2,5,13,19
34:2 44:11
55:12 62:9 64:4,
6,7,8,23 177:6

**pattern** 170:25

**Patterson** 48:3,
10 77:3

**Paul** 4:19 14:12
129:4

**PBA** 24:20 35:2
58:13 85:18,20,
25 86:2 102:21,
23 114:18,22
115:2,17 116:5,
6 117:19,21
139:15,25 140:2
142:14 144:18

145:9,16,17,22
146:7 149:25
150:4 154:19,
20,25 155:9

**peace** 7:6

**pedigree** 147:6,
9,24

**people** 69:3
73:20,22 127:15

**perform** 27:10
37:23

**performance**
45:4,9 124:2
125:18

**period** 54:25
136:19 149:22
154:4 165:25

**periodic** 124:20

**permission**
93:15 129:16

**permitted** 89:18
176:18

**persisted** 35:8

**person** 10:5
21:4 31:7 63:2
70:21 79:20
118:22 126:10
145:18 148:4
157:13

**personal** 21:15
60:17 166:22,24

**personnel** 8:12
33:13,16 43:25
44:15 45:4 53:8,
11 146:23

**persons** 82:14

**pertains** 95:22

**pertinent** 37:6,
20 38:5

**Peter** 129:3

**phone** 37:14
56:22 74:10
78:25 79:6 94:6
97:11,14 99:6
101:12,14,17,24
102:4 107:11
126:2,15,23,24
127:7,8,15,16,

21,22 173:18
176:3,4

**phonetic** 48:2

**physical** 153:2
154:2

**physically**
70:19,23 71:7
81:14,16 94:9,
19 156:18
170:4,5

**picked** 152:16

**picking** 37:13
174:22

**pissed** 171:25

**Pizzuti** 12:25

**place** 22:19,21
103:4 113:18

**placed** 115:24

**Plains** 19:8

**plaintiff** 115:11

**please** 4:8,11,
15 82:12 108:15
113:18

**point** 73:3 76:5
96:23 100:9,13
101:7 105:10
107:19 108:10,
22 137:12
166:25 173:19

**pointed** 21:25
22:2

**police** 6:15,22
7:7,12,14,18,23
8:25 9:25 15:9,
25 17:12 22:13,
17 23:3,4 31:15
33:14 34:17,18
36:10,24 37:10
38:15 39:17,22
54:9,12 59:11
60:16,25 62:6
63:12 75:2,16
76:15 85:15
92:2,4,8,12
93:19,25 94:3,8,
10 99:17
105:23,25
108:11,23
109:10,24 110:5
116:12 120:5,10

21,22 173:18
176:3,4

122:21 129:11,
12 138:3,15
139:15,23
141:5,6 147:24
148:24 172:5,24
176:16

**policing** 15:17,
18 16:17 17:4,5,
7,11,13,24
152:9,15

**policy** 32:2 74:5
116:9,14 118:12

**position** 87:16

**positive** 158:3

**possession**
126:19

**possible** 36:20,
21 37:19 38:9
136:6 137:15

**possibly** 49:18
155:6

**post** 40:12
59:17

**post-traumatic**
159:17,22

**potential** 75:20

**PP** 131:18

**practices** 70:22

**prayers** 82:21

**precluded**
91:18

**prerogative**
87:10

**prescribed**
159:18

**prescribes**
161:2

**prescription**
161:22

**presence** 98:24

**present** 21:12
22:4 47:23
50:21 63:12
66:23 70:19,24
71:7 82:6
129:20,22 134:2
152:3

**presented** 151:10,22

**preserved** 127:24

**preside** 110:2

**presided** 109:21

**president** 58:13 85:24 115:17 116:6 139:15 154:20

**pressure** 82:19

**pretty** 16:11 19:22 76:10 162:18 165:5

**prevent** 5:11

**preventing** 61:6

**prevents** 171:15

**previous** 33:6

**previously** 19:6

**primarily** 11:16

**prior** 20:24 32:8 43:24 104:3,5 135:25 139:9

**priority** 118:3,4

**prisoner** 39:24 40:3,5,6

**privilege** 142:19,24 143:2

**probably** 42:16

**probationary** 39:16,21 59:11

**problem** 94:22

**problems** 68:13

**procedure** 104:12

**procedures** 118:7,10,13

**proceed** 145:15,20

**proceeding** 151:18

**proceedings** 18:2,5

**process** 33:18 39:4 111:10 112:15,16,17 113:22 147:22 153:14 156:9 171:8

**produce** 17:20 109:18

**produced** 28:12 43:17 122:13 143:3

**producing** 43:16

**productivity** 26:23

**professional** 49:15 76:15

**prognosis** 157:19

**projects** 157:10

**promoted** 13:20,22 14:3 174:7

**promotion** 57:5,8,17

**promotional** 57:7 151:5

**promotions** 151:2

**properly** 55:21 64:14 77:19 116:14

**Prospect** 37:11

**prospective** 112:6

**protect** 80:3,14 100:14

**protocol** 19:15

**provide** 33:11 85:11 86:4 97:16 104:2,14, 18 107:12 120:4 132:3 138:2,5,9, 14 139:22 140:5 141:4 148:23

**provided** 85:16 94:13 95:4,7,8 107:7 120:9,12 138:7 139:24

**provider** 160:11 164:20

**pry** 163:18

**psychiatrist** 137:7 164:23

**psychological** 130:18 135:11, 12

**psychologist** 137:6 164:21

**PTSD** 159:22,25 160:4

**public** 4:3 17:20 38:2 115:25 178:25

**pulp** 161:17

**punctuality** 45:10

**purpose** 24:3 26:11 46:17 59:21 60:24 89:9 142:7 147:2

**pursuant** 113:13 140:15

**pursue** 110:17

**pursuing** 68:22

**put** 38:16 53:10, 11 96:25 166:10,14,15 170:25

**PVA** 24:6

**Q**

**QQ** 56:12

**quality** 170:22

**Quantico** 8:7

**quarters** 93:6,9

**question** 5:6 20:6 28:7,25 37:18 43:21,24 60:7 69:23 87:9

96:17 99:11 120:24 121:2 125:15 133:12 136:9,15 143:12 144:7 145:2 146:12 160:9,20 161:15 169:2 172:19 173:23

**questioned** 105:19,22 106:4,8

**questioning** 106:7 125:25

**questions** 5:2,3 38:12 57:8 125:10 132:6,9, 17,18 134:13 135:20 161:6 163:21 177:14

**Quinoy** 154:18

**R**

**R-U-C-C-I** 176:20

**race** 123:4,8

**racial** 143:20,25

**radio** 36:18 37:13 38:7,16

**radiologist** 156:20

**ran** 167:2,3,24

**range** 123:17

**rated** 45:8

**rating** 165:23

**Raynor** 59:2 60:6,8 63:8 76:3 109:23,25 110:6 116:8 128:9 131:13 139:6,19 140:8,9 147:14 153:17 172:13

**read** 25:21 27:19 29:2 39:18 41:17 42:2 65:2 95:16 96:19 121:3 125:12 143:13 144:8,10 145:3 168:25 169:3

178:9

**reading** 41:16, 18 46:16 71:13, 14 174:11,16,17

**ready** 40:10

**real** 106:17 128:2

**realize** 73:23

**realized** 76:5 100:20

**really** 15:12 43:20 79:2 81:16 114:17 118:5 123:16 127:6 136:13, 15,18 161:14 171:22

**reason** 26:20,25 104:9 106:10 145:14 146:4 155:3

**reasonable** 122:6,10

**reasoning** 47:11

**reasons** 93:11

**reassigned** 10:14 86:22

**recall** 11:10 14:10 18:24 44:2 47:14 51:16 58:10 60:8 85:19 88:5, 11 90:10 96:8 107:3,24 121:6, 7,18,21,22 124:7,9,23 125:3 131:23 134:5,18,24 136:4,5,10,11, 16,24 137:23 148:19 149:19 174:5 177:2

**recap** 140:24

**recapping** 51:9

**receipt** 109:9

**receive** 40:19 54:8,11 65:7 114:5 117:18 121:19,20

124:8,19 125:2, 5,6 163:11

**received** 40:16, 21,22 54:17 55:3,24 56:4 108:11 111:7 114:8,13 115:22 124:4,23 125:20 131:12 148:16 149:14,22 151:6,9

**receiving** 47:3 77:16 107:3,24 121:6,7,18,21, 22 124:7,10,23 125:3 131:23 148:19

**recess** 41:8 168:24

**recognize** 23:12 46:11 52:12 84:14 88:20 106:25 107:2 112:2 113:9 119:7 123:25 128:7 131:9

**recollection** 85:6 132:14 134:9,11 173:3

**recommendation** 128:11

**recommendations** 112:8

**recommended** 164:24

**recommending** 130:8

**record** 4:9,12 5:10 8:16 9:2 29:2,16,17 36:11,12 41:18 46:17 78:5,7 79:11,21 80:5 95:19 96:14,16, 19 97:4,5,7 98:3 101:8 111:19,20 115:13,15 121:3 125:7,8,12,16 143:13 144:10 145:3,16 169:3 178:12,13

**recorded** 78:10, 12,15,20 79:5 97:11 102:2

**recording** 79:2 97:14,17 101:11 126:13

**recordings** 101:18,20 102:14,18 126:2

**records** 44:15 108:19 112:6 149:8,15 150:7, 13 155:16,23 156:4,7 161:12

**recounting** 51:9

**recovering** 164:18

**recovery** 156:22

**refer** 52:2 96:6 98:7 149:8 172:18

**reference** 90:2

**referenced** 34:4 35:23 46:24,25 49:23 51:2,7 53:22 108:7

**references** 96:12 112:23

**referral** 25:7 26:12

**referred** 25:3 34:22 49:21

**referring** 24:4 81:10 92:24 115:10 123:10 143:6

**refers** 122:17,20 123:4

**refresher** 56:24,25 57:4

**refused** 39:5 153:11 154:22

**regard** 29:7 30:16 84:23 89:23 147:15,21 153:15

**regarding** 26:22 27:5 33:6 34:16,17,18 35:13 37:10 41:23 50:9,11 51:13 59:12 72:15 73:12 76:14 89:25 90:5 94:23 99:19 103:20 105:5 113:23 116:9 132:4 145:8 146:22 163:23

**regs** 152:2

**regulations** 21:18 93:5 111:11 118:11, 14

**related** 144:17 146:5

**relates** 164:7

**relationship** 144:5 153:25 154:4

**relationships** 17:16 153:20

**relative** 35:20, 23

**relevant** 80:25 81:20 108:18 127:23 147:17

**rely** 148:22

**remain** 91:11,14

**remember** 18:6 41:3 49:5 53:6 56:9,15 79:2 81:22 88:12 98:2 99:18 117:20,23 118:4 129:23 132:10 137:14 173:14 174:11,15,17, 18,19

**remind** 38:20, 22

**reminded** 112:5

**reminder** 112:21

**reopen** 108:18

**repeat** 28:24 125:9 133:12 143:12 144:25

**repeated** 39:5 62:23

**repeatedly** 24:24 171:9

**rephrase** 5:4

**replies** 82:11

**report** 17:2 24:10 25:2 26:9 35:9 39:16 59:10 79:23 92:14 93:19,22, 25 94:2,5 95:13, 15,18 96:4 103:19 104:13 105:4 131:13,24 132:13 133:7, 11,15 147:15, 16,17,19,20,22 150:17

**reported** 11:6 12:9,11 16:10

**reporter** 29:3 96:20 121:4 125:13 143:14 144:11 145:4 169:4

**reporting** 15:20 16:25 21:22

**reports** 42:15 50:19 65:3 139:8 141:17,18

**represent** 4:20 145:19,21

**representation** 146:6

**represented** 109:13

**representing** 109:15 144:5,21 145:17

**reprimand** 30:16,18

**reprimanded** 30:21

**reputation** 152:24 153:6

**request** 51:22, 23 52:16,18,23 53:19,21 56:17, 19 61:15 84:16 94:17 104:18 110:3 141:2 175:16

**requested** 30:10 51:18 53:24 70:23 139:5,10 155:23,24 156:4,16

**requesting** 46:19 49:16 81:12 89:12 109:8 112:5

**requests** 52:2

**required** 57:5, 17 91:11,13 93:25 94:2,5,9, 13 130:6

**requirements** 7:16

**rescinded** 116:15

**research** 63:18

**resolve** 171:24

**resource** 83:18

**resources** 74:8 116:11 118:21 171:17

**respect** 45:13 52:22 77:22 78:13 85:7 105:19 112:13 125:25 142:12 143:20 147:9 153:5 169:15

**respectfully** 145:21

**respond** 30:2, 14 38:21 57:12 145:17 176:2

**responded** 37:7

**respondent** 148:18

**responding** 37:2,21,25

139:9

**response** 29:19 33:8,23 38:9 43:23 49:4 53:2, 3 63:5,7 67:10 76:12 84:15 87:8 107:6,9 114:20,22 117:18 119:10 139:11 145:8, 10,12,13,14 146:3,21,24 148:14 169:7 173:17,21,23

**responses** 125:11

**responsibilities** 64:11 65:6 89:23

**responsibility** 64:13

**responsible** 55:16

**rest** 157:3,4

**restated** 27:14

**result** 38:18 73:6 110:18 114:25 152:20 154:10

**resulted** 157:2

**retaliation** 76:19 172:2

**return** 150:20 157:16 175:16, 23 176:18

**returned** 15:7 86:20 168:4,15 177:7

**returning** 151:7

**review** 112:6

**reviewed** 108:13

**revised** 108:23

**Richard** 109:25 128:10

**ride** 173:24 174:3

**ridiculous** 100:8

**right** 7:19 10:6 11:5,8 15:3 18:12,23 22:23 31:10,19 32:11 42:20,24 43:22 44:8 52:12 55:2 58:4 59:18 60:7 61:11 63:14 66:21 67:12,18, 24 68:15 69:18 71:23 76:20 77:12 81:12,14 83:2 86:3,15,16 87:11 90:21 91:21 92:23 93:17 98:20,23 99:2 100:3 102:12 103:22, 25 104:8,10 107:16,22 109:7 114:12 116:24, 25 117:15,16 119:19 122:2,3, 8,15 128:6 130:23 132:12, 14 134:16 135:6 138:12,23 140:4,12,14,21, 23 142:4 143:9 145:24 147:3,7, 11 149:10 154:15 155:10, 11 157:17 159:12 160:7, 12,13,14,25 161:4 162:3,8, 17 164:13 166:9 168:8 170:8,10 173:9,11 175:4, 9,17 177:3

**ripped** 42:13

**risk** 40:7

**Robert** 10:24 11:22 13:12 15:21,25 16:6

**Roland** 11:23, 25 12:9,10 31:14

**roll** 18:21 19:4,5, 9,12,15,16,18, 22,24 20:9 21:10 22:5,6 35:18 38:3 50:3,

9,12 65:4 86:14, 23 87:2,4,6,10, 22 89:18,24 90:2,5,6,9,11,22 91:3,10,15 98:21

**Ronald** 16:7

**room** 36:17 37:13 38:7,16 69:7 92:9

**Roosevelt** 4:13

**rotated** 66:9,10, 19 67:2

**rotating** 68:9

**rotation** 68:5

**rough** 43:10

**routine** 44:14

**routinely** 38:15 63:17 74:4

**row** 67:11

**RR** 146:15

**Rucci** 176:20 177:4

**ruled** 122:5

**rules** 21:17 111:11 118:11, 14 152:2

**run** 157:15 167:23

**running** 157:10

———————

**S**

**safe** 27:8

**safety** 17:20

**said** 16:24 20:22,23 21:5,6 24:17,19 32:7 37:3 38:11 48:5, 17 49:2 61:21 65:13 74:4,17, 18 75:21,23,24 76:9 82:15 87:9 88:11 91:14 92:15 94:20,21 116:19 145:5 147:10 149:20, 21 154:20

155:13 159:21, 22 161:21 172:7,12 173:2

**Saints** 129:3

**salary** 165:22

**same** 12:11 16:22 28:9,11, 14 33:9,25 34:22,24 51:4 58:5,8 60:7 77:20,23 82:4 87:20 102:6 111:13 129:14, 15 133:11 174:7

**Samsung** 127:13

**satisfied** 48:13

**saw** 45:22 155:13 162:4

**say** 16:13 20:20, 21 24:20 26:19 47:6 48:24,25 53:9 56:23 63:4 65:16 70:2,14 71:3 72:3 74:23, 24 75:5 77:7 80:9 86:6 99:7 101:14 106:12 108:14 137:12 144:24 145:5,6 160:6,13 163:16 170:16 172:8 173:13

**saying** 20:24 43:8 71:25 101:2,6 134:24 158:8 173:9 176:4

**says** 20:25 44:10,22 70:17, 25 81:7,8 82:15 115:19,20 134:20 143:8 146:4 172:17 173:4

**scan** 82:20

**scared** 76:4

**scheduled** 131:15 155:17 167:8

**schizophrenic**

40:4

**school** 5:18,19, 20 6:8,9 129:4 167:8 168:15

**schools** 5:17 17:19

**sclerosis** 164:15

**Scott** 33:5 174:21,22,25

**screaming** 36:24

**search** 54:6,8, 11,17 55:3,15, 23 56:3,7 57:16

**second** 7:11,17 10:2 28:19 96:12,15 115:14 135:9

**sector** 89:25

**Security** 8:3

**see** 42:13,14 71:12 74:7,21 76:13 80:13 84:18 91:6,9 92:3 96:13,21 106:11 122:22, 23 123:5,16 128:3 134:3,4 135:5,13 139:6, 7 141:3 146:7 151:25 154:22 158:20 159:9 160:6 161:23 164:25 165:3

**seeing** 21:4 161:20

**seeking** 54:5

**seem** 171:13

**seems** 171:3

**seen** 21:5 29:23 130:11,12,13 161:25

**send** 60:4 107:14 166:3

**sending** 113:21 116:17 148:5

**senior** 48:9

**sent** 33:9 46:14
49:12 58:16,18,
19 60:2,11
88:13,24 112:20
114:18 115:16
149:23 152:7,
13,15 156:17

**sentence** 117:3
146:3

**separate** 12:10
40:11 170:4,5

**separated**
163:24

**separation**
164:6

**September**
109:5 162:7

**sequence**
100:16

**sergeant** 4:19
10:22 11:3,11,
14,24 12:10
13:21 18:4
19:16 20:3 21:7
22:25 23:13
28:8 33:5 58:6
64:6,9 70:21
94:12 95:8 97:6
125:17,24
143:15 154:18
163:18 165:17
174:6 175:2
176:20 177:4

**sergeants**
68:17,19 69:20
112:5

**series** 132:18
134:13

**seriously** 75:20

**serve** 14:21
57:4

**service** 139:7,
13,24,25 140:15

**session** 161:24

**sessions**
162:10

**set** 22:8 51:23
53:7 67:7 106:6
109:2 112:9
118:13 130:21

144:2 145:10

**setting** 58:14

**Seven** 67:21

**several** 23:3
37:9 52:24
76:21 79:24
139:10

**severe** 118:2

**sexist** 48:19
49:3

**shape** 114:17

**shared** 35:24
163:13,14,22

**sharing** 35:19

**she** 24:5,10,17,
19,24 25:3
26:16,17 27:2,8,
9,10,12,14,15,
17 34:24 35:2,8,
15,23,24 36:19
38:9,10 39:2,5,
21,22 40:13,14,
15,17,19,21,22
46:25 47:3,4
69:6,7,8,9,15,16
74:9,18 76:9
79:24 81:5,6,8,
12,23 82:11,12,
15,18 83:18,19,
20 86:7 120:11,
12 133:18
135:10 143:3
164:15,16
166:2,6,11
168:14,15,16,
17,19 171:19,
20,22,24 172:4,
7,8,12,17,23
173:7,13,14,15,
19,20

**she's** 9:19 83:18
164:17 166:10
173:16

**shift** 66:4 67:19,
20,22,25 68:9

**shifts** 67:16

**shingles** 82:10

**shocked** 76:4
173:15

**shooter** 128:22

129:21

**shooting** 37:10

**should** 8:13
21:18,22 27:5
97:10

**show** 25:16,24
27:23 29:9
32:21 34:9 36:3
39:9 41:9 44:21
49:6 52:6 53:14
56:11 57:21
58:21 84:4
88:14 94:9,17
103:14 106:20
113:4 115:4
118:25 121:12
127:25 137:16
138:18 141:23
146:14 148:9
150:16

**showed** 95:25
96:4

**showing** 111:21
120:19 123:14

**shown** 44:15

**shows** 45:7

**sick** 83:13,15,17
93:6,9,24 94:11
111:9 112:7,10,
18 115:24
116:9,16 118:12
166:18 167:3,
20,21

**sign** 60:20

**signed** 45:5
60:20 89:3,5,8
124:3 178:20

**significance**
95:2

**significant**
80:24 81:19
94:25 165:22

**signs** 56:20

**silent** 91:11,14

**similarly** 161:5

**simple** 77:24

**simply** 29:5
30:13,15 51:8
92:15 94:20

111:7 139:17
142:9 153:23

**since** 74:12
145:14,20 146:5
148:2 150:24
151:3,4,6
161:25 175:24

**sister** 164:10,14

**sisters** 8:20

**sit** 46:20

**sitting** 63:18
68:20

**situation** 80:5

**skills** 57:11

**slander** 35:7

**sleep** 159:23,24

**sleeping** 42:4
59:17 78:4

**SMITH** 25:24
28:20,24 36:11
41:4 43:19,22
71:16 96:14,17
99:10 115:13
123:18,21
125:9,14 133:12
142:24 143:4,10
144:25 146:11
160:10,19
161:13 163:16
168:22 172:18

**snow** 82:22

**snowstorm**
82:22

**social** 56:21
137:6 164:20

**solely** 162:20

**solicit** 37:15

**some** 4:25 15:5
40:19 66:19,20
70:5 71:8 96:23
103:12 105:10
107:19 108:10
112:21 143:21
156:19 159:12
166:24 173:19

**somebody**
136:25 156:18
158:13,20

176:13

**somebody's**
73:24

**somehow**
117:10 146:6

**someone** 39:25
112:17 176:11

**someplace**
136:17

**something**
30:17 31:24
33:20 42:11
50:9 69:14
73:22 77:24
97:7 143:8
148:25 149:24
158:4 162:7
168:18 169:20
171:4

**something's**
81:21

**sometime**
54:24 103:7
114:11,14 168:3

**sometimes**
53:2,3

**soon** 82:8,16

**sorry** 11:24 34:2
42:12 45:17,19,
23 55:25 115:18
124:14 133:13,
18 143:12
158:12 163:17
164:12 174:2

**speak** 29:22
30:16 62:2 63:2
74:18 81:9
96:10 149:16

**speaks** 28:21

**specific** 75:6
163:8 164:9

**specifically**
29:5 46:23 70:3
75:10 88:12
99:19 118:10
142:16

**specifics** 142:5

**speed** 156:9

**spelled** 113:22

**spite** 37:24
105:7 110:3

**spoke** 61:20
74:21 153:18
173:18

**spoken** 30:11

**squad** 14:6
26:14 28:5
30:12 38:13,19
39:4 46:22
49:20 86:22,25

**Square** 4:13

**ss** 148:10 178:5

**staff** 64:7 95:21

**stairs** 129:11

**stamp** 25:22
26:5 119:3
123:16

**stamped** 23:8
27:25 29:10
32:23 34:10
36:5,15 39:10
41:10 44:5,23
46:5 49:8 52:8
53:16 57:23
58:23,24 80:17
88:16 103:15
104:22 106:21
107:23 111:22
113:6 115:6
116:23 120:20
121:13 123:16
131:5,19 133:16
137:19 138:20
146:15 148:11

**stamps** 128:3

**stand** 71:19

**standard** 73:4
77:21,23

**standing** 21:2
36:16

**start** 97:21
158:22

**started** 6:22
10:4 14:22
97:22,23 135:19
164:15 168:16,
17 170:17

**starts** 75:25
119:2 131:19

148:10

**Stat** 95:13,15,
19,20,25
174:10,14

**state** 4:4,8,11
21:18 178:4,25

**stated** 26:24
27:11 34:25
73:4

**statement** 97:9
133:20 135:7,15
161:15

**statements**
75:15

**states** 29:5
106:8 115:19
117:9

**stating** 35:16
37:14 173:3

**stats** 26:16 28:5
29:6,8

**status** 7:6,7
8:15 132:7
151:12

**stay** 82:23 158:3
162:19 171:14

**step** 151:25

**steps** 129:12

**still** 16:21
126:18 127:18,
21 136:7,11
150:9 165:4
166:13

**stipulated**
111:11 118:11

**stop** 38:10 39:6

**stopped** 101:21
126:21

**stops** 82:22

**store** 126:22
127:4

**straight** 62:25

**street** 48:7 91:7,
9,17

**strep** 82:10

**stress** 81:17

82:11 132:25
152:25 154:2
156:14 159:17,
22 162:15
169:25

**stressed**
168:13

**stresses** 163:12

**stressor** 163:3

**stressors**
162:24

**strike** 116:20
129:19

**stuck** 171:14

**student** 168:16

**subject** 142:22
143:7

**submission**
51:10

**submissions**
85:12,17 118:21

**submit** 104:12

**submitted** 36:9
52:24 59:10
103:20

**submitting**
56:15 116:10
147:16

**subordinate**
48:20 50:17

**subordinates**
47:22

**subpoena**
149:8,14,22
150:13,14

**subpoenaed**
38:24

**subscribed**
178:20

**subsequently**
96:22 150:6

**successful**
46:21

**such** 27:6
116:14 143:19

**sue** 122:2,8

**suffer** 161:18
168:16

**suffered** 21:14
164:16

**sufficient** 122:9

**suggestion**
89:15

**suggestions**
89:24

**suicidal** 134:2

**suicide** 40:6
78:3 134:7

**summarize**
42:3

**summer**
170:14,15

**summoned**
33:10 135:24

**summonses**
26:25

**superior** 21:19,
21 62:4

**superiors** 10:21

**supervise** 14:6
49:20 57:10
152:25

**supervised**
55:21

**supervising**
22:9,16 91:8

**supervision**
64:12

**supervisor**
11:21 12:7,17
13:10,13 14:10,
14 15:15 21:3
30:2 33:17,22
55:11,16 59:10
79:23 91:17
130:3

**supervisor's**
36:9 39:15

**supervisors**
11:10 12:12
14:18 69:12
130:2,4

**supervisory**

26:9 65:6 89:23
105:4

**support** 102:15
154:25

**supposed**
30:15 114:20
117:5,8 124:19
152:2,3 171:19,
21,23

**Supreme**
110:11

**sure** 37:5 40:9
41:6 48:2 55:17,
20 64:14,20
71:14 90:15
98:15 120:11,
14,15 148:3

**surgery** 155:18,
19,20,21 156:12
157:18 161:3
162:5 175:25

**surprised**
174:18

**sustained**
128:12 129:5,8

**Sweeney** 4:7,
15,20 20:5
23:10 25:15,19
26:4 29:13,16
31:21 32:24
34:12 36:6,13
39:11 41:6,12
42:8,18,25
43:20 44:6,20,
24 46:8 49:10
52:9 53:17
56:13 57:18
58:2 59:3 69:22
80:18 84:7,11
86:11 88:17
97:3 103:16
104:24 106:22
107:18 111:14,
19,23 113:7
115:8 119:4
120:22,25
121:11,15
123:13,20,22
125:7 127:20
128:4 131:6,20
133:6 137:20
138:21 141:22
142:2,25 143:6
144:8 146:2,17

148:8,12 149:5
161:14 168:25
177:13

**switches** 75:25

**sworn** 4:3

**system** 44:14

———— **T** ————

**tactics** 27:5

**take** 8:9 25:13
41:4,14 46:7
49:8 54:5 57:7
74:19 86:9
104:23 107:16
109:4 113:25
115:6 119:19
121:9 123:11
124:5 133:3
145:24 148:6
167:9,10
168:17,18,21,22

**taken** 22:19
41:8 75:20
103:4 122:20,25
168:24 178:10

**takes** 113:18

**taking** 5:11
128:20 174:23

**talk** 137:2

**talking** 32:9
50:4 76:2 97:8
137:5 175:3

**talks** 136:25

**tape** 38:23 99:23
100:4 101:7

**taped** 42:11
97:20 98:24
99:4,16,21

**taping** 97:21
98:18 100:17

**targeted** 73:24
75:8,13

**task** 37:24

**team** 17:18

**tell** 5:14 8:14,18
9:24 19:2 32:3,5
36:25 37:4

47:19 50:16
63:15,22 65:24
71:6 73:25
75:22 76:21,24
102:17,20,22
106:18 111:5
133:21 149:11
175:18

**telling** 24:25
66:2

**temper** 135:3

**ten** 109:8

**tense** 50:19

**tenure** 147:10

**terms** 6:14
40:17 75:15
137:5 143:4,11

**Terrence**
109:24

**tested** 151:2

**testified** 4:5
18:3,4 42:7
154:13

**testify** 69:19

**testifying** 5:12

**testimony**
21:24 22:23
72:14 95:24
124:22 125:20
178:10,12

**text** 80:22,25
81:19 82:5 83:6,
7,11 172:10,14,
15,22

**texted** 76:8

**texting** 81:25
84:2 173:2

**texts** 82:25
172:21

**than** 7:7 9:23
13:6 15:5,16
18:2,14 26:20
28:18 34:21
42:6 47:23
51:10 80:4
85:13 86:2 87:3
90:7 94:15 95:3
112:24 135:23
156:24 159:4

162:25 167:18

**thank** 31:19
39:8

**thanks** 44:18
149:6

**that's** 13:16
17:24 25:21
28:7 34:2 40:13
53:22 56:23
59:14 60:5 61:7
67:22 69:15
71:9 74:21
76:10 80:25
81:19 82:11
83:12 86:19,20
94:21 100:2
101:12 103:21,
23 104:9 114:19
115:2 117:25
125:15 127:2
133:16 137:3
146:9 156:12
163:19 167:9
170:8 172:14
173:9,10,12,15,
17 174:12

**their** 7:15 21:4,
19,21 22:10
49:15 65:5
75:19 91:5
112:6

**them** 21:20
34:16 37:6
38:20,22 48:15
55:21 60:4
68:22 75:3 77:6
84:17 91:8,9
114:19 126:23
127:6 139:24
140:7 148:22
149:20 155:4,
18,24 156:8
157:20 172:13
173:6,7,8,20
176:3

**themselves**
39:25

**then** 7:15 10:4
11:10,18 13:3,
25 14:10 16:4
20:6 27:10 31:5,
6,8,15,17 43:11
50:16 51:22
59:19 67:13,16

68:3 70:15 73:2
75:24 141:5
144:2 150:24
151:3,4,23
155:20 158:5
162:6 164:13
166:12 167:12
171:11,25
172:12 176:3
177:2

**therapist**
158:21

**therapy** 161:2

**there** 7:10
12:10,22,24
13:2 14:13 16:4,
8,16 19:15 21:2
22:15,25 28:8,
13 31:24 40:4
47:12,22 51:17
53:12 55:24
62:4,6 63:9 66:7
67:16,17 69:2
73:8,11,21
74:19,25 75:12
78:19 80:24
81:18 82:5,6
90:7 91:24
94:16,23 97:6
99:15 106:14,17
108:22 110:5
117:2,24 120:16
122:9 126:12
128:2 130:17
143:19 149:22
151:4 155:3
156:2 162:24
165:9 166:25
168:10 169:7,10
171:13 172:22
174:19

**there's** 33:15
35:6 75:17 76:2
112:15 126:22
157:7,8 161:21,
22 163:6

**these** 4:15 22:9,
13 34:14 48:9
57:8 65:4 80:22
83:4 84:15
89:22 138:6
140:24 141:3,8,
9,18 143:11
152:12 162:10
169:20

**they** 12:20 19:10
21:5,22 22:5,6,7
28:22 37:7,19
42:23 48:7
53:10,11 58:8,
11,24 64:14,15,
21 73:23 77:20,
22 83:2 91:6
92:19 94:10
95:12,21
108:19,20 118:4
121:25 122:5
138:7,8,19
140:20 141:15
148:15 149:14,
19,21,23 152:2,
3,16 153:18
155:2,16,23,24
156:15,16,17,
18,19 158:8
160:13 176:8,14

**they're** 28:15
58:7 75:20 77:4,
5 91:7 114:19
123:9

**thing** 28:11,14
42:2 63:20
102:6 111:13
143:19 168:17

**things** 32:18
38:23 65:3
82:24 114:25
134:21 141:10
154:7 159:21
162:16 163:6,10
164:2 166:13
169:21 171:11

**think** 8:15 11:13
18:21 27:16
28:12,21 31:7
36:14 41:2
44:22 48:2
74:18 82:5,23
107:10 136:8,25
137:2,4 142:22
143:2 144:14
147:5,10 157:14
159:21 162:3,4,
6 165:16 166:17
168:9 177:7

**thinks** 82:18

**third** 49:18 50:2

**those** 17:22
18:14 51:25

58:5,15 60:2,8,
11,19,25 80:25
81:19 82:25
83:6 85:9,11,16
86:9 96:8
102:13 116:3
125:10,11
126:3,6 138:24
139:4,18,23
140:9,16,22
141:5,20 144:3
145:24 166:25

**though** 22:22
153:21 176:21

**thought** 25:3
140:11 167:11

**three** 38:13
67:16 68:2,6
138:18 159:21

**three-page**
46:6 58:25

**throat** 82:11

**through** 4:17
23:8 26:5 32:19
34:11 39:10
41:11 46:6
48:16 49:8
53:16 58:23,24
60:4 64:8 65:22
80:17 84:6,10,
17 90:13 96:6
100:16 104:22
141:13,16,17
163:9 169:18
171:2 175:15

**throughout**
153:20

**tickets** 26:17

**till** 14:24 15:23
70:8 114:6

**time** 5:2 7:10
10:8,19 11:12,
14 12:2,20,23,
25 13:2,12
14:13 15:21,22
16:4,16 18:22
20:10,15,16
22:8,11,14,20,
25 23:19,20
26:14 27:14
30:25 31:3,12,
13 32:9,13 35:2
37:4 38:14 41:7

44:12 47:12
48:22 51:15,16,
17 53:5 54:20,
24 58:9 61:4,17,
22 62:8,11,12
63:3,9,22 64:3,7
66:5 68:12 70:5,
15 71:8 72:6
76:22 82:4
83:15 85:23,25
90:12 93:5,8,19,
20 94:12 96:12,
23 97:12 103:3,
5 105:10 107:19
108:7,10,22
110:5 117:25
118:5 120:16
124:13,17,24
125:19 128:21
129:23 130:17
135:16,23
136:19,21
138:24 139:12
144:19 147:18,
25 149:23,25
150:19 152:12
153:17 154:4,
18,19 158:6
165:25 166:11
167:3,4,6,10,14,
20,21,23
168:14,23
170:24 171:3
173:3,6 174:6,8,
21 177:2,15

**times** 32:16
55:12 71:5
139:10 162:13

**to/from** 44:10

**today** 5:2,11
18:12 64:24
130:11 150:9
165:4

**together** 17:20

**told** 29:20 30:15
32:12,13,15
38:10 49:22
50:13 65:10,11
69:14,15,16,17
77:2,3 82:14
85:18,21,22
92:11 133:23
149:19 151:23
154:14,17,21
156:15 161:17

173:15,19
176:6,8

**tone** 22:8

**too** 101:23

**took** 22:20

**top** 23:9 45:22
64:25

**torn** 92:10
160:13,23

**tour** 27:12 66:4,
14 67:9 68:3,18
87:20

**tours** 26:18 27:2
66:12,16 67:2,7
68:6,8

**towards** 113:21

**traditional** 7:7

**traffic** 26:25
27:13

**train** 61:4 77:6
91:18,20,23

**trained** 8:2,3
64:14 75:9 77:5,
8

**training** 6:11,
12,14 7:6,22,24
8:8,10 35:18
38:25 39:4
49:16 51:18,25
52:16,18,22
53:4,7,19,21,24
54:4,7,9,12,18
55:4,7,24 56:4,
17,18 57:3,6,13,
16,17 63:19
64:11 77:12,13,
17 91:3,16
128:18,20,22
129:4,17,18,21,
24

**trainings** 52:24
56:21

**transcript**
178:9,11

**transfer** 86:25
101:18,20
126:6,25

**transferred**
11:18 16:18

**transportation**
92:19,20 94:14,
16 95:5,7,9,25

**transported**
92:7 95:10

**transporting**
174:23

**transposed**
115:20 116:19

**travel** 136:13

**traveling**
136:16

**treat** 157:20

**treated** 95:3
118:5 153:24
164:20

**treating** 158:10,
13,15,19,22
159:11,14
160:22 161:6
162:20

**treatment** 69:10
70:4 72:15,20
73:12 135:12
136:23 137:8
143:22

**tremendously**
153:4,25

**trial** 38:24

**tried** 23:2 79:9

**tripped** 129:10

**trouble** 81:23
82:7

**troubling** 81:7

**true** 33:15 108:9
135:7,8,15
153:13 154:24
165:4 170:9
178:11,14

**trust** 17:17
101:23

**trustee** 24:7
116:6

**truth** 98:9
153:22

**truthfully** 98:17

**try** 79:11,17
171:3

**trying** 35:9,17
47:20 61:3
79:21 82:2,22
83:21 114:24
118:2 136:7,12,
13,18 139:17
140:7 150:7
152:7 158:3
163:25 173:8
174:17

**TT** 120:20

**turn** 11:6 171:3

**turned** 127:22
149:24 172:5
173:5,20

**turns** 35:22

**twice** 6:22

**two** 28:8,13,15
42:15 51:25
67:8,13 70:12
77:10 87:18
102:10 123:15
125:10 164:10

**two-page** 29:11
57:24

**type** 35:7 56:18
57:11,12,13
75:6 127:8
135:10,12 137:7
143:21 166:6

**types** 79:10
141:16 163:10

**typical** 10:9
64:8,10

**typically** 66:15
116:2

―――――――

**U**
―――――――

**ultimately**
40:21,22 102:21

**unable** 37:23
65:18 81:15
94:19 110:17

**unclear** 16:24

**uncomfortable**
72:22 79:14

80:2

**uncooperative** 154:21

**under** 4:5 5:2 11:22 15:11,13 83:22 125:20 132:24 174:20 178:10

**undergo** 130:18

**undergone** 136:2,22

**underneath** 13:14

**undersigned** 27:4 38:4

**understand** 5:3 21:23 22:22 47:10 51:21 67:10 71:11 76:12 83:6 91:6 128:18 160:9 164:2 168:19

**understanding** 30:20 77:25

**understood** 5:7 61:23 64:21

**undetermined** 173:6

**uniform** 21:3 80:12

**unit** 10:19,21 11:16,17,19 12:16,18,19 15:10 19:7 87:16 177:4

**unpaid** 168:3

**unsafe** 27:2,15

**until** 20:5 54:23 69:22 70:8 82:21 96:25 100:9 152:18 155:16 160:19 168:4

**unusual** 73:21

**up** 26:15 27:17, 22 33:21 35:11 37:14,15 39:19, 21 40:13,14,25 41:25 42:16

48:15 51:5 56:6 58:14 59:17 61:19 62:3 70:8 75:19 77:10 82:13 94:10,17 95:25 96:4 99:13 100:9,17, 21 101:17 102:5 104:13 106:15, 17 114:21 115:2,20 117:10 122:21 141:2 142:9 150:16 152:18 153:16 156:9 157:10 162:5,23 163:7 166:12 174:22

**upheld** 110:8

**upload** 126:3

**upset** 101:23

**upstairs** 13:4 75:23 100:22

**use** 167:4,15

**used** 6:25 60:14 79:13 98:11,13 139:20 144:14 157:9 166:2,6

**using** 160:16,21 166:12

**usually** 60:4,22 148:22 154:8 160:11 167:9

**utilizing** 116:11

**UU** 121:13

—————

**V**

**vacation** 166:20 167:4,8,10,14

**valuable** 102:14

**Vanessa** 34:18 35:13

**various** 174:23

**vehicle** 27:13 74:11

**verbally** 73:4

**verify** 78:20

**Vernon** 4:14,21,

23 5:20 6:25 7:14 9:8,25 17:12 18:17 22:13,16 23:4 85:12 99:17 108:17 119:14 120:5,10 143:18 146:7 148:18

**versa** 77:13

**versions** 28:9, 14,15

**versus** 67:3 69:11

**very** 24:8 41:5 48:18 69:8 79:25 147:2

**vice** 77:13

**victims** 76:22

**Victor** 84:5,19 85:7

**viewed** 140:16

**violation** 56:8

**violations** 27:6

**Virginia** 8:7

**vis-à-vis** 163:23

**visit** 74:3

**voluntary** 113:17

**VV** 107:21

—————

**W**

**wait** 20:5 53:2 69:22 99:10 160:19

**waited** 74:9 155:17

**waiting** 151:25 158:9 175:21

**walk** 64:8 100:16

**walked** 40:10 50:3 65:22

**walking** 136:12

**want** 5:3 48:14 63:22,24 65:14

70:19 71:6 72:2, 24 75:23 77:14 98:3 100:16,25 102:25 142:20 154:12 156:24 171:8

**wanted** 27:21 31:25 61:5 64:2 73:5 82:12 89:11 97:7 98:6, 7,8,15 106:11 127:6 148:3 156:10,12 169:7

**wanting** 72:15 73:12 134:6

**wants** 73:22

**warrant** 54:6,8, 11,17 55:3,23 56:3,7 57:16

**warrants** 54:6 55:15

**wasn't** 19:10 31:24 43:3,5 45:20 48:13 71:19 79:12 81:13 82:3,9 91:13 101:22 111:9 126:23 127:7 136:13 155:5 167:17 171:22

**watch** 39:23,24 42:5 78:3

**way** 5:5,6 21:16 33:15 35:6 55:8 76:6 97:12 103:13 116:14 127:20 152:18

**We're** 170:9

**wear** 80:7,9,10

**week** 67:4,5 167:18,19

**weekly** 161:23, 25 162:10 165:4

**weight** 92:11

**well** 15:7,12 19:4 20:24 21:5, 7 26:21 28:17 37:25 48:6 51:6 54:21 55:13 69:6 73:14

74:18 76:10 78:24 79:22 81:3,13,21 83:14,16 86:19 89:24 92:7 96:11 98:6 102:20 111:7 117:21 118:19 120:14 140:6 142:14,20,25 151:10,21 157:25 159:9,11 162:23 164:10 168:13 169:22 175:20

**went** 5:16,22 6:2,15,21 7:11, 12,15 12:15 14:6,7 22:5 24:24 32:13 48:8 61:18 63:7 71:8 74:20 100:19 126:22 127:4,15 140:9 152:16 156:6 163:9 166:16 168:15

**were** 10:7 11:10 12:22 16:18 18:20 19:4 20:9 21:25 22:4,6 23:18 26:17 26:9 30:21 32:18 37:19,25 38:14 40:9 47:13,21 52:2 53:24 54:5,19 55:22 56:2,6 58:8,11,15 60:2 63:13 64:3,21 65:9,18 66:23 68:20 69:2 71:11 73:8 75:5, 9 76:13,22 77:7, 16,19,20,22 79:21 80:2 83:15 86:13 87:21 91:11 92:3,21 93:6 94:9 95:4,6 98:5 103:23 104:2,14 105:19 109:13 110:20 111:2 125:11 128:20 129:4,20 130:14,17 132:4,19,22,24

133:22 138:24
139:4,8,19
141:9,10,15
142:11,17,23
143:19 146:25
152:12 155:2
157:16 158:10,
13 168:3 175:7,
15 176:6

**weren't** 19:11
91:10 130:6
156:4

**Westchester**
5:22 6:19

**what** 5:24 6:5,8,
17 7:8 8:24 9:2,
16 10:7,13,16
13:18,23,25
15:10,22 16:12
17:9,14,21
20:20 23:15,25
24:3 25:2,6
26:8,11 27:23
28:3 29:5,18
30:4 31:2 33:3
34:9 35:8,10
36:21 37:3 38:8
39:13,14 40:15
41:9,16,18 42:3,
13 43:5,16 44:9,
21 46:4,13,17,
20 48:4,5,24
49:4,6 52:15
53:10 54:4,20
56:16,18 58:21
59:6,8,19,21
60:14,24 64:19,
21 65:12,15
66:4,10 67:19,
25 69:5 71:5,12,
24 72:6 73:19
74:17,23 75:6
76:24 77:7,13,
15,22 78:23
79:10,20,21
80:21 81:24
83:19,22 84:16,
18 86:24 87:15
88:11,23 89:9
95:6,19 96:9,17
98:12 100:12,15
101:10,13,14
103:3,5,6,18
104:15,20 105:3
106:10 111:21
112:2,13,16

113:11 114:19
117:5,7,9 118:7,
10 119:9
120:19,24,25
121:12,23
122:16,24
123:9,14 125:11
126:15 127:8,
14,16,25 128:7,
20,23 129:23
131:3,11 132:8,
9,17 133:9
134:14 135:17
137:23 141:12
142:6,16,23
143:6 144:12,15
145:8 146:20
147:19 149:19,
20 150:19
151:9,25
152:12,22 153:6
156:12,24
158:2,19,25
159:8,14 160:5,
8 161:6,17
162:10,13
163:22 164:5,9
165:19 167:23
168:12,19
169:15 170:12
172:16 173:15
177:4

**what's** 23:6
25:16 29:9
32:21 36:3 52:6
53:14 56:11
57:21 68:23
80:15 84:4
88:14 103:14
106:20 113:4
115:4 118:25
119:15 137:16
141:23 144:7
146:14 148:9
151:12 152:5
162:12 172:10,
11

**whatever** 28:23
89:15 91:9
118:13 158:7
169:11

**when** 13:2 14:3,
13 16:6,13
20:14 22:5
24:20 27:5 32:5,
8,12 38:6,24

40:8,10 50:10
54:14,15 61:5
63:13 64:23
65:15,22 70:10
71:18,21 72:3,
10,23 73:3,24
74:21 75:5
79:17,22 80:9
83:16 86:19,20
88:5 91:2,7
97:8,9,19 99:7,
23,25 101:14
103:7,23
105:14,24 114:7
117:25 127:4
129:7 132:2
154:11 156:15
158:22 166:16,
25 167:9 168:14
170:3 172:8
175:12,13
176:23

**whenever**
162:2

**where** 7:10 14:5
15:4 16:4,16
23:2,18 36:17
39:23 47:12
49:22 51:17
54:14 63:10,24
68:12 74:3 81:6
89:13,21 91:25
92:9 93:8 95:20
99:16 100:14
108:22 110:5
120:16 129:2
170:25 171:8

**whereupon**
41:7 168:23

**whether** 55:20
78:20 122:6

**which** 5:19
18:3,15 23:7
27:10,14,24
29:10,11 32:22
33:14 35:2,3,25
36:4,14 38:13
39:10 42:22
44:4,11 46:5
49:7 51:11,23
52:7 53:15
57:16 58:18
76:22 80:16
84:6,9 88:15
90:8 102:23

103:15 106:21
108:19,20 109:9
111:22 113:5
115:5 116:23
119:2 121:13
125:18 126:3
131:4,18 137:17
140:17,18,19
141:24 143:24
145:15 146:15
148:10 153:12,
21 160:23
172:21,22

**while** 42:4 74:9
94:10 111:8
126:20 128:13
157:25 162:6
166:8

**whiskey** 88:15

**whispering**
66:2

**White** 19:7

**who** 9:10 10:20
11:10 12:7
14:10 15:21
16:9,25 19:16,
18,19,22 20:12
21:19,21,22
22:6,7 24:10
30:18 31:11
33:24 34:3
39:24 47:23
48:4 62:4,11
63:21 70:21
72:21 74:7
75:13 85:20
87:6,10,24
93:23,24 94:2,9,
13 95:4 111:12
116:3 120:2,12
127:12 137:10
138:10 139:14
144:18 149:16,
18 150:2 151:20
153:16 154:17
158:15 164:14
173:24 174:5,22
176:18

**who's** 115:11

**whoever** 91:15

**whole** 158:6
171:7

**whom** 105:22

138:8

**whose** 34:3

**why** 27:17 28:6,
8,13 30:8 38:20
39:18 40:13
41:24 58:11
61:7,23 62:20,
22 98:3 100:4
110:13 130:7
135:23 139:4
147:13 150:6
158:16 174:18,
19 176:6

**Williams** 74:7
76:8,13,21
80:23 83:11,25
85:13,17 172:5,
23

**window** 74:10

**winter** 170:14

**with** 6:12,24 8:2,
3 9:25 16:7
17:7,23 19:10,
11 23:16 29:7
30:16 32:16,20
34:15 35:8,16,
20,25 36:2 39:5
40:5,18 45:6,10
46:20 47:7
49:17 52:22
55:14,23 56:3
58:13,14 68:13
72:9,22 73:9
74:15 75:3 78:6,
11,13 81:6,8,23
82:8,10,18
83:25 84:22
85:6 86:25
89:12,14,15,23
91:4 92:9 94:13
97:19 101:4,10
102:5,6,10
103:2,9 104:13
105:19 115:2
116:8 118:21
119:3,20,24
121:23 125:25
127:2,16 131:19
132:2,3 135:3
137:5,10 141:13
142:7,11,12,21
143:20 144:5,22
147:9,15,20
149:16 151:10,
22 152:7 153:5,

11,15,16,18
154:4,7 155:4
156:2 157:9,11
158:10,13,15,22
159:5 160:4
163:13,14,22
164:3,20 170:17
171:2,16,17
172:11

**within** 4:3 87:16
109:8

**without** 37:15
41:16,17 42:22
46:16 68:21
142:5 145:22
166:8

**witness** 20:7
23:11 25:14,20
26:2,3 29:14
31:20 32:25
34:13 36:7
39:12 41:13
42:9,17 43:2
44:7,19,25 46:9
49:11 52:10
53:18 56:14
57:19 58:3 59:4
69:25 73:22
78:15,20 80:19
84:8,12 86:10
88:18 103:17
104:25 106:23
107:17 111:24
113:8 115:9
119:5 120:23
121:10,16
123:12,23 128:5
131:7,21 133:5
137:21 138:22
141:21 142:3
145:25 146:13,
18 148:7,13
149:4 163:17

**witnesses**
37:19 69:3,5
73:8,11 109:18

**woman** 36:23
37:3

**women** 75:11,
18 77:4,7

**Woolsey** 47:25

**word** 144:14

**words** 28:17,19

143:4 144:2

**work** 16:11,17
66:4,13,16,18
67:11,13 74:15
79:5,16,18 80:6
84:23 110:15
127:17 134:21
150:20 151:7
153:24 154:5,6
156:11,25
157:12,16 158:2
162:21,25 164:2
166:16 167:5,12
168:4 173:25
175:16,24
176:18,24 177:7

**worked** 10:18
11:3,16,17,22
12:6 13:8,13
66:11,15,19
68:6,10,17 69:7
176:21

**worker** 137:6
164:20

**working** 17:21
23:18,20 63:13
65:11 82:3
101:22 126:21,
23 127:7

**worse** 81:8

**worthy** 152:10

**would** 5:11 8:11
27:12 28:6 31:4,
7 32:16 53:2,7
57:13 60:11,14
61:23 62:8,25
63:11,17,19,22
64:6,17,18,25
65:2,15,16,17,
23 66:5,18 67:3,
23 68:4,6,9,12
70:14 72:23
74:5 78:23
79:10 80:7,9,10
85:4,5,20,22
87:13 88:5,8
90:17 93:9,18
95:14 98:16,18
102:9,14 103:3
114:7 117:12,
13,16 118:7,15
120:12 134:21
136:17,20
137:10 138:7

140:10 146:6
147:13 149:2
156:17,18 161:9
166:17 174:19

**wouldn't**
148:25 154:22
157:19

**write** 26:15
40:25 61:19
81:24,25 82:13
83:19 84:16
155:12

**write-up** 28:9
29:5 36:9 42:7
51:7

**write-ups** 42:23

**writing** 20:18
26:17,25 30:9
46:17 60:25
62:3 88:3,4,6
89:9 104:19
173:16

**written** 27:17,22
33:11 35:11
39:19,20 40:13,
14,22 41:25
51:5 56:6 58:8,
11 105:5 138:25
139:4

**wrong** 171:4

**wrote** 26:10
30:22 33:23
50:12,15 59:17
77:10 117:10
145:19 155:7

---

**X**

---

**XX** 106:21

---

**Y**

---

**yeah** 8:13 10:9
27:21 28:2
30:13 41:15
42:15 43:7,10,
14,18 50:23
51:3 54:3 60:18
80:11 84:3 85:4
87:12,19 88:19
97:8 100:19
101:16 118:16

127:11 139:25
140:24 150:10
163:2 165:18
168:11 171:19
174:4

**year** 6:5,8,17 7:8
11:18 13:23

**years** 11:9 32:7
74:6 137:13

**yelling** 50:20

**yes** 5:9 6:16,21
8:17,23 9:6,13,
15 10:3 11:11
13:22 14:4 16:3,
23 18:13 19:19,
25 20:4 21:11,
13 23:5,14,24
24:16,22 25:5
26:2,7 27:18
29:15,19 30:24
31:16,18 32:4
33:2 40:14
43:13 44:3 45:3,
19 46:12 48:23
49:25 51:6,19
52:14 54:2,13
55:5,9 56:5 57:2
58:17 59:16
60:10,13 62:15
63:17 64:5
65:20 66:25
67:6 68:7,11
69:21 70:6
72:17 76:23
78:8,22 79:8
83:9 88:22
89:20 92:5 93:2,
4,7,13,14 99:14,
21 101:9 102:16
103:11 105:12,
13 106:8 107:5
108:25 109:3,17
110:8 111:4
113:10 116:22
117:4 118:24
119:8,22,25
123:6,20 124:21
125:22 128:16,
19 129:6,9,19
130:12,20,24
131:2,10,17
132:5 134:12,
23,25 143:23
146:13,19
147:4,8,12
150:25 151:8,19

152:21 154:16
155:8 157:18,23
158:14 159:13
160:2 163:16,17
164:7 165:8,10
166:19,21 177:9

**yet** 151:15,25
153:18 175:25

**Yonkers** 9:11,
12

**York** 4:4,14 6:24
148:15 178:4,25

**you're** 71:12
158:6,7

**your** 4:8,11 5:15
8:10,11,15,18,
21 9:25 10:7,20
11:9,10 12:7
14:10 16:25
18:10,19 21:23
22:22 25:7
30:20 31:2
47:14 49:22
51:15,20 52:3
53:8,22 55:6,7,
22 56:2 60:20
61:8 63:4,10
65:9,18 66:23
67:2,10 68:5,8,
23 70:16,25
72:14 76:12,14
79:5,6 80:12,25
81:20 86:5,12,
18,25 90:8,11,
23 91:24 92:2
93:10 94:21,25
95:24 96:5,6
97:10 100:25
101:14 102:15,
25 103:2,24
104:3,7 106:2,
11 107:20
108:4,12,15
109:19 110:7,25
117:22 119:16,
20 120:8 121:24
122:7 124:22
125:19 126:2,6,
18 129:8 130:22
132:7 133:10
136:20,21
137:14 140:2
142:12 145:15,
20,21 149:7,8
150:7,11,12,13,

