1    monitoring sick time for your subordinates, so

2    people that you were supervising.  Did the email

3    discuss how you were supposed to go about monitoring

4    that sick time?

5         A.   I corrected myself when I said

6    "monitoring."  Evaluate.  Because it was -- it was

7    to check to see if people were in violation as

8    opposed to people were going to be in violation.

9         Q.   And do you know when the email was issued?

10        A.   I don't remember, off the top of my head.

11        Q.   Was it in between February and April of

12   2014?

13        A.   I believe so.

14        Q.   And once you received the email, what

15   steps did you take to be in compliance with the

16   email?

17        A.   I took my list of people that were

18   officers that were assigned to me, and I checked

19   their sick time in the AS400 system.

20        Q.   And what information did you learn?

21        A.   That Officer Bovell was in violation of

22   the chronic absentee policy.

23        Q.   So when you check your -- the people that

24   you are supervising, when you check their sick time



1   in the AS400 system, how do you do that?  What

2   information do you put in?  Is that a database only

3   for sick time and leave?

4        A.   No.  The AS400 system was our entire

5   records management system at the time.

6        Q.   What type of information did that --

7        A.   It had sick time.  It had personal time.

8   It had personal information.  It had suspect

9   information.  Every person that had had a

10  complaint -- a police report written for them or

11  police report with their name or if their name was

12  contained in it or -- it was the entire record

13  management system for the department.  All our logs

14  were in there.  Detective cases were in there.

15       Q.   So there was information on the police and

16  suspects?

17       A.   Yes, ma'am.

18       Q.   And then could you run an arrest

19  productivity report from the AS400?

20       A.   Could I?  Yes.

21       Q.   And is that something that you did in

22  connection with your performance evaluations of all

23  the people that you were supervising at that time?

24       A.   No, ma'am.



1        Q.    You had testified that productivity was a

2   criterion to consider when you were doing the

3   evaluations; is that accurate?

4        A.    Yes, ma'am.

5        Q.    And so -- but just to be clear, you did

6   not run any productivity reports in connection with

7   performance of -- in connection with your

8   evaluation?

9             MR. SWEENEY:  He did not, personally?

10       A.    No.  I did not personally do it.

11       Q.    Okay.  But you have -- you could have done

12   it personally; is that correct?  In other words --

13       A.    I don't know if I could do summonses.  I

14   can do arrests.  I don't know if I can check

15   summonses.

16       Q.    Okay.  What can you access, personally, at

17   that point in time, through the AS400 system?

18       A.    At that particular time, sick time,

19   vacation time, roll calls, arrest records.

20       Q.    That would be productivity?

21       A.    No.  That would be arrest records.

22       Q.    Let's just talk about employees then.  So

23   in connection with employees --

24       A.    Okay.

800.DAL.8779
dalcoreporting.com

 DALCO

**SERGEANT ROBERT WUTTKE**

1        Q.     -- not suspects --

2        A.     The arrest production of an officer.

3        Q.     Okay.   That's something you could have

4   checked?

5        A.     Yes.

6        Q.     And could you also check the number of

7   warrants that individual had executed?

8        A.     No.

9        Q.     The number of reports they wrote?

10        A.     No.

11        Q.     The reports are in there, but you can't

12   run a report on -- a report written by a specific

13   person?

14        A.     I don't know how or I don't know if there

15   is a way to run a query by the officer who wrote the

16   report.

17        Q.     So how did you go about looking into the

18   sick time in the AS400 system on the people that you

19   were supervising?

20        A.     I went to the illness reporting section of

21   it and typed in the officer's unique ID number and

22   looked at it.

23        Q.     And where is the unique ID number obtained

24   from?



```
 1        A.    The sheet that has all the unique ID
 2   numbers on it.
 3        Q.    Okay.  So you have that as a supervisor?
 4        A.    Everybody has it.  It's posted at the
 5   front desk.
 6        Q.    Okay.  So is that a badge number?
 7        A.    No.
 8        Q.    Okay.  So you did a sick time check for
 9   all the people you supervised?
10        A.    Yes, ma'am.
11        Q.    And did you keep a log or print out any
12   information, or did you just view it on the screen?
13        A.    Viewed it on the screen.
14        Q.    And aside from Officer Bovell, were any of
15   the other individuals that you were supervising at
16   that time in violation of the sick time policy?
17        A.    No, ma'am.
18        Q.    He was the only one?
19        A.    Yes, ma'am.
20        Q.    And are there different sections in
21   chronic absence rules and regulations -- that's
22   fine -- in the sick time, you know, rules and
23   regulations, are there different manners in which an
24   employee could violate that policy?
```



1      A.    Yes.

2      Q.    And what policy or what portion of that

3   policy did Officer Bovell violate?

4      A.    Three absences in a six-month period that

5   occur only on the first or last day of the member's

6   workweek and/or Saturdays, Sundays, or holidays.

7      Q.    And how did he -- and what section is

8   that?

9      A.    Section 1, Subs A and B.

10     Q.    So two sections?  It involved two

11  sections, A and B?

12     A.    No.  Just the two -- the two criteria for

13  Subsection A.

14     Q.    And how did you -- and as you sat there

15  and viewed his sick time information in the AS400

16  system, was it apparent to you, looking at the

17  information, that he violated the sick time policy?

18     A.    Just by looking at it on the screen, no,

19  ma'am.

20     Q.    Okay.  What steps did you take -- did you

21  print out the information for yourself so you

22  could -- or did you write it down somewhere?

23     A.    I printed it out.

24     Q.    Did you keep it in a file or in your



```
 1    records anywhere?
 2         A.    Yes, ma'am.
 3         Q.    What's the next step that you took?
 4         A.    Checked to see if the days that he was
 5    sick were first day, last day, or holidays.
 6         Q.    And at the time that you are doing this,
 7    is there any way for you to know whether he had, in
 8    the past, violated any sick leave policies?
 9         A.    Yes.
10         Q.    And did you check to see whether he was in
11    compliance in the past or had been a sick -- chronic
12    sick leave abuser?
13         A.    I'm not sure I understand.
14         Q.    So aside from -- I'm assuming that the
15    violations were -- the absentee policy was between
16    January and April of 2014.
17         A.    That would be a six-month period.  So --
18         Q.    Oh, so you looked before?  So you brought
19    up --
20         A.    I would have to, in order to properly
21    evaluate.
22         Q.    Do you know what time frame you searched?
23         A.    It would be a six-month period from the
24    day I searched it.
```



1        Q.   What would be the day you searched it?

2        A.   I would have to see my report.

3        Q.   At the time that you were gathering this

4    information, did you check to see whether Officer

5    Bovell, in the past, had been found to be a sick

6    leave abuser or in violation of the sick leave

7    policy?

8        A.   No.

9        Q.   Was it your understanding that you had any

10   discretion with respect to whether you recorded or

11   how you dealt with your findings as the result of

12   the information you got on Officer Bovell?

13       A.   No.

14       Q.   You felt as if you had no discretion and

15   you needed to move forward with your --

16       A.   The email very clearly states, "If members

17   are found in violation, supervisors shall submit an

18   MV93."

19       Q.   So I will show you Plaintiff's Exhibit 15,

20   which is the MV93 supervisor's report.  It's Bates

21   stamped 150 through 151, two pages.  Is that the

22   report that you completed?

23       A.   Yes, ma'am.

24       Q.   And to whom did you submit that report?



1          A.    Captain Hastings.

2          Q.    What if any -- withdrawn.

3                What did you learn when you went to look

4    at the schedule for Officer Bovell during the time

5    period where he was absent?

6          A.    He was absent three times.

7          Q.    In what time period?

8          A.    That would have been -- worked on --

9    March 29th of 2014 -- so between March of 2014 and

10   November of 2013, if that's six months.  November,

11   December, January, February, March -- or October of

12   2013.

13         Q.    October of 2014?

14         A.    '13.

15         Q.    '13.  Sorry.  He was absent three times

16   between October and March?

17         A.    Actually, if -- now that I'm reviewing my

18   report, it actually says he was absent three times

19   between January 1st of 2014 and March of 2014.

20         Q.    But your investigation went all the way

21   back to October?

22         A.    If the criteria says six months, I would

23   go back six months.

24         Q.    So the only -- so between October and --



1   2013 and January 2014, that would mean he had no

2   absences?

3            MR. SWEENEY:   Objection as to form.

4       A.    Could you repeat.   I was reading that.

5       Q.    Yeah.   Sorry.   Is it the case that you ran

6   the -- the time period in which you were searching

7   for absences was October 2013 through March of 2014?

8       A.    I believe so, yes.

9       Q.    Six months?

10      A.    Yes.   Six months.

11      Q.    And that the only absences during that

12  time period of six months consisted of three

13  absences in January of 2014?

14      A.    No, ma'am.

15      Q.    Okay.   So can you just tell me how many

16  absences there were.

17      A.    I don't know.

18      Q.    Oh.   Well, can you tell me what

19  information you have that lead you to believe he was

20  in violation of the --

21      A.    He was sick -- called out sick from work

22  on January 22nd of 2014, February 3rd of 2014, and

23  March 23rd of 2014.   A total of three times.

24  January 22nd was his first tour of duty for the



1  week.  February 3rd was his first tour of duty for
2  the week.  And March 23rd was his last tour of duty
3  for the week.
4      Q.   So the inference would be that he was
5  tacking on -- or that someone who was taking
6  absence -- an absence either on their first or their
7  last tour was tacking on an extra day from their
8  time off?  Is that --
9      A.   That's what I would believe -- what they
10 would be pointing at there.
11     Q.   Do you know if Officer Bovell had any
12 doctors' notes in connection with the absences in
13 January -- on January 22nd, February 3rd, or
14 March 23rd?
15     A.   No, ma'am.
16     Q.   Do you know if that was something Captain
17 Hastings had looked into when the decision was made
18 to discipline Officer Bovell?
19         MR. SWEENEY:  Object to the form.  You can
20     answer.
21     A.   I don't believe Officer Bovell was
22 disciplined.
23     Q.   Was he written up for a violation of the
24 sick time policy?

800.DAL.8779
dalcoreporting.com


1      A.    Yes.

2      Q.    What's the definition in the department of

3   discipline?

4      A.    I don't know that there's a written

5   definition of discipline in our department manual.

6      Q.    Well, if Officer Bovell received a

7   write-up -- he did receive a write-up; correct?

8      A.    Supervisor's report was completed.

9      Q.    Other than the supervisor's report, was

10  there any other piece of paper that was generated as

11  a result of this violation of the sick leave policy?

12     A.    I don't know.

13     Q.    All right.  And you testified that you

14  don't know if Captain Hastings looked into whether

15  there were valid doctors' notes?

16     A.    I don't know what he did.

17     Q.    And what was the date of your report?

18     A.    March 29th, 2014.

19     Q.    And other than inform Captain Hastings,

20  did you make any recommendations with respect to how

21  the situation should be dealt with or what

22  consequences Officer Bovell should face as a result

23  of the violation?

24     A.    Yes, ma'am.



1       Q.    And what was that?

2       A.    That I didn't feel he was abusing the sick

3  time.  I think he technically met the criteria for

4  chronic sick.  However, I didn't feel that it was an

5  abuse.  And my recommendation was to allow him and

6  continue to monitor his time to make sure that my

7  conclusion was correct and no form of disciplinary

8  action should be taken.

9       Q.    And was that followed by Captain Hastings?

10      A.    I have no idea.  Once it gets out of my

11 hands and goes up the chain of command, it doesn't

12 come back down.

13      Q.    I'm going to show you what's marked as

14 Plaintiff's -- I will take that -- Exhibit 17, which

15 is Bates stamped 087, 088, and 089, the second and

16 third pages being a portion of an MV5 report.  So

17 just take a moment to look that over.  Have you seen

18 that MV5 report?

19      A.    Yes, ma'am.

20      Q.    And in what connection have you seen that?

21      A.    It was emailed to me.

22      Q.    By whom?

23      A.    If I remember correct, Officer Bovell.

24      Q.    And what was the substance or subject



**SERGEANT ROBERT WUTTKE**

1  matter of the document?

2      A.   He feels he is being unfairly

3  discriminated against, if I -- or he was receiving

4  unfair treatment.

5      Q.   Based on what, if you can recall?

6      A.   I would have to read it over again.

7      Q.   Yeah.  Just take a moment to refresh your

8  recollection.

9      A.   Essentially, he's saying that he felt like

10  he was being targeted and unfairly disciplined

11  because he had called out sick, because somebody had

12  personal resentment towards him --

13      Q.   But in connection with what, in connection

14  with the chronic sick investigation?

15      A.   If I am reading this correctly, I believe

16  it all starts with the day that he called out sick,

17  and Lieutenant Curzio contacted him and said the

18  captain was mad at him.

19      Q.   And did you have any personal involvement

20  in -- were you working that day, do you know?

21      A.   According to this, I was.

22      Q.   Do you have an independent recollection of

23  those events being brought to your attention then,

24  as you were working?



1     A.    No.   I believe I took the sick report I

2   was working before -- prior to Officer Bovell's --

3   yeah.   I was working the desk on the day tour on the

4   23rd, which was the day that -- later on in the

5   evening, Lieutenant Curzio called him and said the

6   captain's mad at him.

7     Q.    And had Officer Bovell reported to work

8   that day and just left early, or did he call out for

9   the entire shift?

10    A.    Called out for the entire shift.

11    Q.    And do you know whether there was any

12  investigation into Officer Bovell's concerns?

13    A.    I have no clue.

14    Q.    I will take that back.   Did you direct him

15  to complete the MV5 that is in Exhibit 17?

16    A.    No, ma'am.

17    Q.    Going to show you exhibit -- Plaintiff's

18  Exhibit 19, which is Bates stamp 0148, which appears

19  to be an email from Captain Hastings.

20    A.    Okay.

21    Q.    Is that the email that you were referring

22  to before?

23    A.    Yes.   Several -- yes.

24    Q.    I will take that back.   And so the top



1    portion of this document indicates a review of the

2    department sick records shows that several members

3    meet the requirements under the chronic sick policy.

4    Did you have any conversation, either with Captain

5    Hastings or -- I don't know what his title is at

6    this point -- Dumser, is he lieutenant?

7         A.    Deputy chief.

8         Q.    Deputy chief.  Or anyone else with respect

9    to whether any investigation had been conducted to

10   this email being sent out to the patrol sergeants?

11        A.    I didn't have any conversation with

12   anybody regarding any investigation that may have

13   done -- been done prior.

14        Q.    So can we agree that the first sentence

15   appears that there had already been a review

16   conducted, indicating that there were people who

17   were in violation of the sick policy?

18        A.    I can agree to that, yes.

19        Q.    And I'm going to show you what's been

20   marked as Plaintiff's Exhibit 16.  Do you recognize

21   what that document is?

22        A.    That looks like a sick report.

23        Q.    And would that -- does that have a

24   specific time period on it, a time frame?



1        A.    First date is 11/19 -- excuse me --
2   11/19/2008, and the last one is March 23, 2014.
3        Q.    And is that for Officer Bovell?
4        A.    Yes.
5        Q.    And so between 2008 and 2014, is there an
6   indication on how many sick days Officer Bovell had
7   taken?
8        A.    Yes.
9        Q.    And what is that number?
10       A.    22.
11       Q.    And I will show you what's been marked as
12  Plaintiff's Exhibit 20.  Do you recognize that
13  document?
14       A.    I -- actually, I recognize the document.
15  However, I have never seen this one.
16       Q.    Do you recognize the document in its
17  format but not in substance?
18       A.    Yes, ma'am.
19       Q.    And just reviewing that document, does it
20  indicate whether your recommendation with respect to
21  Officer Bovell's sick time and your report that he
22  was in violation of the sick time procedures -- that
23  your recommendations were followed by the
24  administration?



**SERGEANT ROBERT WUTTKE**

```
1        A.    Yes.

2        Q.    Okay.  So getting to his evaluation,

3    Officer Bovell's evaluation in April of 2014,

4    specifically, what steps did you take to gather

5    information that would be used in evaluating his

6    performance, if any?  And what information did you

7    consider?

8        A.    I looked at the -- I spoke to Lieutenant

9    Gallagher and Sergeant Scott and asked if they knew

10   of any complaints, either official, unofficial

11   regarding Officer Bovell, and I contacted Lisa Hill

12   from the support services division for summons

13   productivity and arrest productivity.

14       Q.    All right.  When you contacted Lisa

15   Hill -- what's her position?

16       A.    She's a civilian computer -- I don't know

17   what her title is.  Civilian that works on our

18   computers.

19       Q.    And she's in what department?

20       A.    Support services.

21       Q.    Is that located in the same building?

22       A.    Yes, ma'am.

23       Q.    And where, if you know, would she have all

24   the information on summonses and arrests for Officer
```

800.DAL.8779
dalcoreporting.com



1  Bovell?

2      A.    I think it's the AS400.

3      Q.    And considering the testimony earlier that

4  you had the ability to get that information from the

5  AS400 system on your own, why would you have gone to

6  Lisa Hill?

7          MR. SWEENEY:  Objection to the form.  I

8      don't think that's his testimony, but you can

9      answer.

10     Q.    So withdrawn.

11         So we talked about the type of information

12  that was in the AS400.  And just narrowing that

13  information specifically to exclude suspects and

14  only include employees, was it your testimony that

15  you had the ability to gather productivity

16  information or productivity reports, connections

17  with arrests made, and summonses issued?

18     A.    No, it was not.

19     Q.    Okay.  So what ability did you have in

20  that connection?

21     A.    To check arrest productivity.  However, I

22  had no idea how to do summons or citation

23  productivity.

24     Q.    Okay.  And Lisa Hill did; correct?


800.DAL.8779
dalcoreporting.com
DALCO

148                 **SERGEANT ROBERT WUTTKE**

1        A.    Yes.

2        Q.    But did you at least -- since you had the

3    ability and knowledge to do so -- run the arrest

4    productivity --

5        A.    No.

6        Q.    -- through the AS400?

7        A.    No, I did not.

8        Q.    How did you contact Lisa Hill in

9    connection with gathering this information?

10       A.    Email.

11       Q.    And do you have a copy of the email that

12   you sent to Lisa Hill?

13       A.    Yes, I believe I do.

14            MS. BELLANTONI:  I'm going to ask that you

15        please provide that to Mr. Sweeney.

16

17   DOCUMENT/INFORMATION REQUESTED:

18

19       Q.    And do you remember when, approximately,

20   in relation to April of 2014 you sent the email to

21   Lisa Hill?

22       A.    April of 2014.  I don't know the date.

23       Q.    And, in substance, what did you request

24   from her?



1          A.    In substance, I gave her the list of
2     people -- officers under my supervision and said,
3     Can you please get me the summons productivity and
4     arrest numbers for these officers.
5          Q.    Did you indicate when you needed the
6     information by?
7          A.    No.
8          Q.    Did the email contain a request for any
9     other type of information?
10         A.    I'm sorry.  May I backtrack for one
11    second.
12         Q.    Yes.
13         A.    I gave a time frame as well.
14         Q.    Oh, okay.  What was the time frame?
15         A.    February -- I'm sorry.  April 1st, 2013,
16    through -- through March 31st of 2014.  It's a
17    yearly evaluation.
18         Q.    Did that email request any other
19    information from Lisa Hill?
20         A.    Yes.
21         Q.    What?
22         A.    Information from my partner.
23         Q.    And what was that?
24         A.    Same information on different officers.


800.DAL.8779
dalcoreporting.com
DALCO

1        Q.    Did that email request any other

2   information?

3        A.    No.

4        Q.    And who was your partner at the time?

5        A.    Robert Scott.

6        Q.    And did you CC Robert Scott on your email?

7        A.    I don't know.

8        Q.    Okay.  Did you receive a response email

9   from Lisa Hill?

10       A.    Yes, I did.

11            MS. BELLANTONI:  And I'm going to ask that

12       you provide that to Mr. Sweeney as well.

13            THE WITNESS:  Yes, ma'am.

14

15   DOCUMENT/INFORMATION REQUESTED:

16

17       Q.    And, in substance, what was the response?

18       A.    A bunch of numbers with names.

19       Q.    And between the time that you received

20   that response, did Lisa Hill respond by email or any

21   other manner that she acknowledged having received

22   your first email?

23       A.    I don't recall getting one, no.

24       Q.    And you have a copy of the email that



```
 1   listed the information that you had requested from
 2   Lisa Hill?
 3        A.   Yes, ma'am.
 4             MS. BELLANTONI:   And I will ask that you
 5        please provide a copy of that to Mr. Sweeney.
 6
 7   DOCUMENT/INFORMATION REQUESTED:
 8
 9        Q.   The information that you received from
10   Lisa Hill, can you recall -- in substance, was it
11   broken down by summonses and arrests per individual
12   under your command and under --
13        A.   Sergeant Scott.
14        Q.   -- Sergeant Scott's command?
15        A.   Yes, ma'am.  So a grid, for lack of a
16   better term, farthest from the left was the
17   officer's name, and then there was columns for
18   parking summonses, moving violations, violations of
19   city ordinances, and arrests.
20        Q.   And as you sit here, can you recall what
21   Officer Bovell's productivity was?
22        A.   I can't recall, off the top of my head,
23   no.  It was not -- the initial email I got was not a
24   lot.
```



SERGEANT ROBERT WUTTKE

1       Q.   Was it less than five arrests?  Are we

2   talking about not a lot of summonses or not a lot of

3   arrests?

4       A.   We're talking about productivity in all

5   categories, productivity of parking summonses,

6   moving violations, violations of city ordinances,

7   and arrests.

8       Q.   And is that information that you were

9   provided with broken down by dispatched arrests and

10  undispatched arrests?

11      A.   No, ma'am.

12      Q.   Did you ask Lisa to break down that

13  information by dispatched and undispatched arrests?

14      A.   No, ma'am.

15      Q.   Was Officer Bovell serving, at that time

16  period, in April of 2014, as a field training

17  officer?

18      A.   Yes, ma'am.

19      Q.   And who was he supervising?

20      A.   He wasn't supervising anybody.

21      Q.   Who was he the field training officer for?

22      A.   I don't remember, off the top of my head.

23      Q.   And would the statistics and productivity

24  numbers for whoever he was the field training



1   officer for be taken into consideration in

2   connection with his evaluation?  In other words, if

3   an arrest -- I don't know -- if an arrest was made

4   and your person that you are training in the field

5   makes the arrest, and you don't get credit or you

6   don't get -- it's not added to your productivity

7   report, do you get credit for the other person that

8   you are -- I know you are not supervising them, but

9   that you are training?

10      A.   No.

11      Q.   Is there ever a case where that person

12  gets -- gets, I guess, a credit or numbers, and you,

13  as the field training officer, do not?  Or are they

14  both provided with productivity for that arrest?

15      A.   In the AS400 system, only one officer can

16  be listed as the arresting officer.  So, thus, only

17  one officer can get credit for the arrest.

18      Q.   And is there any written or unwritten rule

19  with respect to the field training officer and the

20  other officer as to who would take the credit or the

21  number for that arrest?

22      A.   There's nothing written.  As a former

23  field training officer, my understanding of it was

24  always that you let the rookie do as much as



**SERGEANT ROBERT WUTTKE**

1    possible as quickly as possible, because your field

2    training is going to be over before you know it, and

3    they're going to be out on the road by themselves.

4        Q.   And did you later -- well, did you later

5    learn that any of the arrests that had been made by

6    the person Officer Bovell was the field training

7    officer for had arrests, but those arrests were not

8    reflected in Officer Bovell's productivity?

9        A.   I'm confused by your question.

10       Q.   In other words, if he's the field training

11   officer for another person, and they are highly

12   productive, but he's not, during that time period,

13   taking any credit for the arrests, he may look as

14   if, on paper, he is not being productive at all.

15       A.   Correct.

16       Q.   Does that take any consideration, or is

17   that later something that was discovered by you?

18       A.   Later on, it was discovered, yes.

19       Q.   All right.  So aside from the email that

20   you had sent to Lisa Hill and the response, did you

21   ever personally go to Lisa Hill and have a

22   conversation prior to performing the evaluation for

23   Officer Bovell?

24       A.   No.



**SERGEANT ROBERT WUTTKE**                                    155

1       Q.    And what about after performing the

2  evaluation for Officer Bovell?

3       A.    Yes.

4       Q.    Did you meet with Officer Bovell before

5  drafting the written evaluation?

6       A.    In what regards?

7       Q.    Did you sit down with him and talk about

8  the year or, you know, what he had done over the

9  year other than what he had done during the two

10  months you had supervised him?

11      A.    No, ma'am.

12      Q.    Did you have conversation with any of the

13  individuals that you had evaluated before actually

14  writing down your comments on the performance

15  evaluation?

16      A.    No, ma'am.

17      Q.    Was there any suggestion or requirement

18  that you meet with them before completing their

19  written evaluation?

20      A.    No, ma'am.

21      Q.    And what is the policy or -- I know it's

22  not policy -- procedure, or what were you instructed

23  by Lieutenant Gallagher on in connection with

24  issuing week performance evaluation -- in other



1    words, to sit down with these individuals as their

2    supervisor and go over the evaluation so you can

3    identify their strengths and weaknesses with them?

4    Or how do they get a copy of their evaluation?

5         A.    They are not issued a copy of it.  When

6    the evaluation is completed, the officers have the

7    responsibility -- the supervisor -- I'm sorry -- the

8    supervisor has the responsibility of making sure

9    that they get together with each individual officer

10   so that they can review their evaluation and discuss

11   if there was any questions or concerns.  And that is

12   when the appeal process would start, if there was a

13   concern.

14        Q.    And we can both agree that, as a

15   supervisor, it's -- it's -- there's no downside to

16   meeting with the people that you are supervising and

17   going over your evaluation of them and seeing how,

18   you know, they could perform better or, possibly,

19   you know, compliment them on their performance;

20   correct?

21        A.    Yes, ma'am.

22        Q.    Were you able -- withdrawn.

23              When you had completed Officer Bovell's

24   performance evaluation, did you sit down with him



1      and go over your evaluation?

2            A.    No, ma'am.

3            Q.    Why?

4            A.    I believe, by the time he and I were going

5      to cross paths again, I was on vacation, and I asked

6      that my partner, Rob Scott, take care of it for me,

7      because I wasn't going to be around, and we wanted

8      to get our evaluations in in a timely -- in a timely

9      manner.

10           Q.    Is there a deadline for getting your

11     evaluations in?

12           A.    Yes, ma'am.

13           Q.    And in order to submit your evaluations,

14     is there a signature required from the officer

15     that's being evaluated?

16           A.    Yes, ma'am.

17           Q.    So that's part of completing the process?

18           A.    Yes, ma'am.

19           Q.    What was the deadline for turning in or

20     submitting the evaluations?

21           A.    I don't remember.

22           Q.    Isn't it the same day or date, similar,

23     every year?

24           A.    It's not the same day every year, no.



**SERGEANT ROBERT WUTTKE**

1    Q.    The same date?  It can be like a Thursday

2    in the second week in April --

3    A.    It's not.

4    Q.    All right.  When did you take vacation in

5    April of 2014?

6    A.    I really don't remember.  I just remember

7    that I was going -- let me rephrase.  I wasn't going

8    to be at work in the time frame that Officer Bovell

9    and I were going to cross paths.  Whether I was on

10   vacation or just took a personal day, as I testified

11   earlier, I never saw him more than two days a

12   week -- more than one or two days every three weeks.

13   I don't want to say that I was on vacation and just

14   realize that I had just taken a personal day.

15   Q.    And so was it your recollection that you

16   were not at work for longer than one day?

17   A.    I don't remember.

18   Q.    Would you remember if you had been out of

19   work in April of 2014 for seven days?

20   A.    I take my vacation whenever I can, and

21   it's not always the same every year.  I try and take

22   the vacation in the spring, summer, and winter.  It

23   is very possible that I was going on vacation.  It's

24   also very possible that I took a personal day.  I



1    could find out for sure whether I was on vacation or

2    not, but I would need to check with personnel.

3        Q.    Did you complete all of the personnel

4    evaluations for your -- I'm going to call them your

5    people -- that you are supervising at or around the

6    same time?  In other words, did you give yourself a

7    deadline and push in in between when you finished

8    and when you had to turn them in so that you could

9    meet with them?

10       A.    I don't know that I gave myself a

11   deadline.  I tried to complete them all, you know,

12   within a week.

13       Q.    Other than Officer Bovell, did Sergeant

14   Scott meet with any of your other people that you

15   supervised to go over their evaluations?

16       A.    I don't remember.  There may have been one

17   other one.

18       Q.    Is there anything that would refresh your

19   recollection?

20       A.    I would have to see my evaluations from

21   that year.

22       Q.    All right.  I'm going to show you

23   Plaintiff's Exhibit 22, which is Bates stamped 084,

24   085, and 086.  Can you just describe what that is?



SERGEANT ROBERT WUTTKE

1       A.   This is the personnel performance

2  evaluation appeal.   This would be the form that an

3  officer would fill out after reading their

4  evaluation, if they felt that they wanted to appeal.

5       Q.   And that's the first page; correct?

6       A.   Yes, ma'am.

7       Q.   And what about the two pages behind it?

8       A.   This is the personnel violation.

9       Q.   And in considering officer -- or in

10 creating Officer Bovell's evaluation, had you

11 reviewed any prior evaluations that had been

12 conducted for him?

13      A.   We don't have access to that.

14           MS. BELLANTONI:   Off the record.

15

16           (Time noted: 4:28 p.m.)

17

18

19

20

21

22

23

24

800.DAL.8779
dalcoreporting.com



```
1   STATE OF NEW YORK        )
2                            ss:
3   COUNTY OF                )
4
5
6        I, SERGEANT ROBERT WUTTKE, hereby certify
7   that I have read the pages of the foregoing testimony
8   of this deposition and hereby certify it to be a true
9   and correct record.
10
11
12
13
14        -----------------------------
15             SERGEANT ROBERT WUTTKE
16
17
18
19  Sworn to before me this
20  ____day of_____, 20__.
21
22
23  _____
24      Notary Public
```



162

```
 1            I     N    D    E    X
 2
 3   EXAMINATION                              PAGE:LINE
 4   BY MS. BELLANTONI:                         7:15
 5
 6   DOCUMENT/INFORMATION
 7   REQUESTED:                                128:2
 8
 9   DOCUMENT/INFORMATION
10   REQUESTED:                                148:17
11
12   DOCUMENT/INFORMATION
13   REQUESTED:                                150:15
14
15   DOCUMENT/INFORMATION
16   REQUESTED:                                151:7
17
18   Plaintiff's Exhibit 13,
19   PHOTOCOPY OF PERSONNEL ORDER,
20   was marked for identification:             4:1
21
22   Plaintiff's Exhibit 14,
23   COMPENSATORY TIME REQUEST,
24   was marked for identification:             4:5
```


800.DAL.8779
dalcoreporting.com
DALCO

```
 1   Plaintiff's Exhibit 15,
 2   SUPERVISOR'S REPORT,
 3   was marked for identification:          4:8
 4
 5   Plaintiff's Exhibit 16,
 6   LIST OF DAYS OFF,
 7   was marked for identification:          4:11
 8
 9   Plaintiff's Exhibit 17,
10   3/31/14 EMAIL,
11   was marked for identification:          4:14
12
13   Plaintiff's Exhibit 18,
14   ADMINISTRATIVE GUIDE,
15   was marked for identification:          4:17
16
17   Plaintiff's Exhibit 19,
18   3/27/14 EMAIL,
19   was marked for identification:          4:20
20
21   Plaintiff's Exhibit 20,
22   OFFICE OF THE POLICE
23   COMMISSIONER DOCUMENT,
24   was marked for identification:          5:1
```



164

| | |
|---|---|
| 1 | Plaintiff's Exhibit 21, |
| 2 | TYPEWRITTEN LETTER, |
| 3 | was marked for identification: 5:5 |
| 4 | |
| 5 | Plaintiff's Exhibit 22, |
| 6 | PERFORMANCE EVALUATION FORM, |
| 7 | was marked for identification: 5:8 |
| 8 | |
| 9 | Plaintiff's Exhibit 23, |
| 10 | PRINTOUT OF COMPUTER SCREEN, |
| 11 | was marked for identification: 5:12 |
| 12 | |
| 13 | Plaintiff's Exhibit 24, |
| 14 | PRINTOUT OF COMPUTER SCREEN, |
| 15 | was marked for identification: 5:16 |
| 16 | |
| 17 | Plaintiff's Exhibit 25, |
| 18 | PRINTOUT OF COMPUTER SCREEN, |
| 19 | was marked for identification: 5:20 |
| 20 | |
| 21 | Plaintiff's Exhibit 26, |
| 22 | HANDWRITTEN NOTES, |
| 23 | were marked for identification: 6:1 |
| 24 | |



```
 1    Plaintiff's Exhibit 27,
 2    PERFORMANCE EVALUATION,
 3    was marked for identification:          6:4
 4
 5    Plaintiff's Exhibit 28,
 6    AMENDED EVALUATION,
 7    was marked for identification:          6:8
 8
 9    Plaintiff's Exhibit 29,
10    PERFORMANCE EVALUATION,
11    was marked for identification:          6:12
12
13    Plaintiff's Exhibit 30,
14    CODE OF CONDUCT DOCUMENT,
15    was marked for identification:          6:16
16
17    Plaintiff's Exhibit 31,
18    HARASSMENT COMPLAINT FORM,
19    was marked for identification:          6:19
20
21    Plaintiff's Exhibit 32,
22    PRINTOUT OF TEXT MESSAGES,
23    was marked for identification:          7:1
24
```

800.DAL.8779
dalcoreporting.com

DALCO

166

```
1    Plaintiff's Exhibit 33,

2    CHARGE OF DISCRIMINATION DOCUMENT,

3    was marked for identification:              7:4

4

5    (ALL EXHIBITS RETAINED BY AMY L. BELLANTONI, ESQ.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```



```
 1              C E R T I F I C A T I O N

 2

 3    STATE OF NEW YORK        )

 4                             )    ss.

 5    COUNTY OF WESTCHESTER    )

 6              I, GABRIEL ALICEA, Court Reporter and

 7    Notary Public within and for the County of Rockland,

 8    State of New York, do hereby certify:

 9              That I reported the proceedings that are

10    hereinbefore set forth, and that such transcript is

11    a true and accurate record of said proceedings.

12              I further certify that the witness does

13    not request to review the transcript;

14              AND, I further certify that I am not

15    related to any of the parties to this action by

16    blood or marriage, and that I am in no way

17    interested in the outcome of this matter.

18

19              IN WITNESS WHEREOF, I have hereunto set my

20    hand.

21

22

23                    GABRIEL ALICEA

24                    Court Reporter
```



168

```
1                    ERRATA   SHEET

2    Deposition of: SERGEANT ROBERT WUTTKE

3    Re: MURASHEA "MIKE" BOVELL vs. CITY OF MOUNT

4        VERNON, et al.

5    Date Taken: November 4, 2016

6    Page        Line #          Correction    Reason

7    _____    _____    _____

8    _____    _____    _____

9    _____    _____    _____

10   _____    _____    _____

11   _____    _____    _____

12   _____    _____    _____

13   _____    _____    _____

14   _____    _____    _____

15   _____    _____    _____

16   _____    _____    _____

17   _____    _____    _____

18

19                        _____

20                            (Signature)

21   Sworn to before me this

22   __day of_____, 2016.

23   _____

24        Notary Public

25
```



MURASHEA MIKE BOVELL v.
CITY OF MOUNT VERNON, New York, et al.

SERGEANT ROBERT WUTTKE
November 4, 2016

---

\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END (2)
82:24;111:24
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END (5)
20:24;24:24;53:24;
55:24;72:24
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*START (7)
16:1;23:1;53:1;
55:1;67:1;82:1;104:1

[

[ph] (4)
65:2;79:8,9;94:23

**A**

ability (7)
9:3;19:14;43:5;
147:4,15,19;148:3
able (3)
58:23;85:9;156:22
Absence (4)
128:13;133:21;
139:6,6
absences (7)
134:4;138:2,7,11,
13,16;139:12
absent (4)
137:5,6,15,18
absentee (2)
129:22;135:15
Absolutely (1)
76:15
abuse (1)
141:5
abuser (2)
135:12;136:6
abusing (2)
128:22;141:2
academy (2)
11:20;32:3
accept (2)
25:23;26:3
access (2)
131:16;160:13
accident (12)
103:1;104:4;105:3,
21;106:1;107:6;
108:4,8,12;109:1,21;
111:1
accidents (3)
82:4,9,10
According (1)
142:21
accredited (2)
124:5,11

accurate (1)
131:3
accused (5)
73:3;74:12;75:7,
13;84:20
acknowledged (1)
150:21
action (10)
16:11;17:6;18:16;
19:9;23:4;45:11;
68:8,13;127:1;141:8
activity (2)
32:4;39:16
actual (1)
120:22
actually (8)
34:23;37:9;38:14;
83:18;137:17,18;
145:14;155:13
acute (4)
9:19;10:6,15,24
Adam (1)
64:19
add (1)
125:23
added (1)
153:6
Addison (5)
50:13;60:24;64:14,
19;77:3
additional (1)
32:6
Adinaro (4)
85:24;86:12,17;
98:23
administer (1)
3:10
administration (2)
61:22;145:24
ADMINISTRATIVE (5)
4:17;91:6,11,15;
128:12
adolescents (1)
10:5
advantage (1)
32:20
affairs (1)
53:13
affect (2)
17:12;19:13
affected (1)
19:12
African-American (6)
14:17;15:1;60:19;
62:4;79:4,22
African-Americans (1)
49:6
afternoon (4)
7:15,16;70:4,7

again (7)
26:11;85:10;86:17;
94:6;115:10;142:6;
157:5
against (4)
7:18;52:11;111:4;
142:3
age (1)
10:10
agency (3)
124:5,6,11
ago (1)
95:4
agree (4)
8:9;144:14,18;
156:14
AGREED (3)
3:1,5,8
agreement (1)
121:19
ahead (1)
24:4
aid (1)
33:3
airbag (2)
107:23,23
Alan (1)
15:4
alcoholic (1)
111:7
alcohol-related (1)
82:3
Alicea (1)
7:10
aligned (1)
113:21
allow (1)
141:5
allowed (2)
27:9;57:4
allowing (2)
45:5,20
almost (2)
21:20;41:9
Alone (3)
31:21;104:8,10
along (2)
76:20,22
always (3)
65:5;153:24;
158:21
Ambulance (2)
105:22;109:13
AMENDED (1)
6:8
among (1)
47:1
amount (1)
119:14

Amy (1)
7:17
and/or (4)
10:8;25:9;92:21;
134:6
Andrew (1)
69:9
anger (1)
10:8
annual (3)
116:13;118:13;
120:16
answered (1)
25:5
Anthony (5)
64:23;65:1;70:17,
18,24
anticipating (1)
8:15
anti-crime (1)
14:5
Antinini (13)
50:12,19;51:8,15,
18;52:3,8,11;53:16;
59:21;97:8;99:4;
100:8
Antinini's (2)
51:23;52:21
apologize (3)
42:17;52:1;97:24
apparent (1)
134:16
appeal (3)
156:12;160:2,4
appears (1)
143:18;144:15
applied (2)
14:11;28:1
apply (4)
12:1,4,11;37:23
approach (4)
34:22;37:23;42:24;
84:5
approached (13)
14:12,13,14;28:2,
3;33:20,23;84:3,7,11,
13;85:11;86:17
approaching (1)
42:21
appropriate (1)
107:11
appropriately (1)
107:20
approximately (10)
12:22;14:22;30:4;
50:24;57:21;58:17;
76:23;95:7;105:2;
148:19
April (23)

116:6,7,10;118:12,
17;119:5,18,24;
120:5,10,19,24;
123:5;129:11;
135:16;146:3;
148:20,22;149:15;
152:16;158:2,5,19
areas (1)
29:7
around (4)
55:2;113:19;157:7;
159:5
arrest (28)
19:17;38:9;43:21;
46:8,18,20;51:15;
58:2,2,24;74:19;82:2,
5;125:9;130:18;
131:19,21;132:2;
146:13;147:21;
148:3;149:4;153:3,3,
5,14,17,21
arrested (3)
18:20;43:1;46:18
arresting (1)
153:16
arrests (32)
43:15;44:23;46:4,
4;47:6;51:12;57:21;
58:12,16,18,18,18,
20;59:1,4,11,12;
131:14;146:24;
147:17;151:11,19;
152:1,3,7,9,10,13;
154:5,7,7,13
arrived (1)
50:4
article (2)
33:3;68:12
Arzon (4)
95:10,14,16;96:7
A-R-Z-O-N (1)
95:12
AS400 (12)
129:19;130:1,4,19;
131:17;132:18;
134:15;147:2,5,12;
148:6;153:15
aside (7)
44:6;81:7;103:1;
117:3;133:14;
135:14;154:19
assigned (80)
11:20;12:19,23;
13:11,14,20,23;14:6,
10,17,20,23;15:2;
23:17;25:7,9,13;
30:3;31:7,24;33:13;
34:19,21,24;35:15,
16,18,19,19;37:5,15,

Case 7:15-cv-08594-CS    Document 60-20    Filed 01/09/18    Page 42 of 142

SERGEANT ROBERT WUTTKE                                    MURASHEA MIKE BOVELL v.
November 4, 2016                                          CITY OF MOUNT VERNON, New York, et al.

17;38:3,4,10;54:5,8;
56:15;59:17,22;
60:20;61:11,13;
65:23;68:24;71:16;
79:3,5;80:1,4,7;83:8;
85:12;91:14,15,17;
93:9;100:2,11;101:1,
5,10,18;104:24;
106:18,19,22;107:2;
112:18,22;113:4,8,
10;114:20,23,23;
115:6;117:16,20;
129:18

**assignment (13)**
12:17,18;15:10,12;
23:23;25:11,16,20,
23;26:3;29:22;65:21;
71:14

**assignments (7)**
27:15;29:1;50:22;
62:11;71:9;93:14;
114:16

**assist (1)**
31:19

**assistance (1)**
62:18

**assisted (1)**
21:9

**assisting (1)**
38:13

**assume (1)**
8:4

**assuming (1)**
135:14

**attached (1)**
40:9

**attend (1)**
32:12

**attended (1)**
32:22

**attending (1)**
11:20

**attention (2)**
112:1;142:23

**attorney (2)**
68:17;69:8

**attorneys (1)**
3:2

**August (2)**
9:16;11:19

**authority (1)**
113:11

**authorized (1)**
3:10

**available (4)**
12:16;27:11;37:9;
87:23

**Avenue (2)**
105:6;108:5

**award (1)**
98:15

**awarded (5)**
92:9;96:22;97:10;
100:9,18

**aware (18)**
45:16;49:1;51:22;
52:6,10,15;53:2;
69:10,13;93:1,5,7;
96:19;98:22;107:13;
110:23;111:2;120:9

**away (1)**
85:6

# B

**back (39)**
10:21;11:1,2,3;
15:13;16:12,15;17:6,
9;18:9;20:3;24:8;
41:12,17;53:19;54:6,
8,11;55:3;71:19,21;
80:5;81:2;83:1;85:1,
8;88:20;89:6;101:6,
20;113:13,14;
115:10;122:20;
137:21,23;141:12;
143:14,24

**backtrack (1)**
149:10

**badge (1)**
133:6

**baker (1)**
80:20

**barred (1)**
17:17

**Barrera (5)**
84:12,21;85:1,6;
87:21

**based (5)**
39:13,15,21;75:9;
142:5

**basic (2)**
32:5;110:21

**basically (1)**
30:12

**basis (2)**
45:22;124:17

**Bates (5)**
112:13;128:11;
136:20;141:15;
143:18;159:23

**Bear (3)**
79:19;97:5;126:18

**bearing (1)**
123:22

**became (4)**
28:17;70:20;91:4;
93:6

**becoming (1)**
93:4

**beginning (7)**
25:6;57:2;63:9;
78:4;80:19;97:13;
123:5

**begun (1)**
21:1

**Behia (1)**
79:8

**behind (3)**
63:15;64:15;160:7

**belief (1)**
49:20

**believing (1)**
76:7

**Bell (11)**
67:12;68:7;69:18,
21;70:20;77:15;78:2;
83:16,20,24;89:2

**BELLANTONI (28)**
7:14,17;16:4;21:3;
22:1;23:8,14,20;24:2,
8;52:20;53:19;54:14;
56:4;58:15;67:4;
76:15,19;78:18,22;
81:9;97:20;103:2;
127:22;148:14;
150:11;151:4;160:14

**belong (1)**
73:23

**belt (1)**
110:5

**bench (1)**
38:10

**Besley (2)**
50:14;61:1

**best (3)**
8:1;75:6;113:24

**better (2)**
151:16;156:18

**beverage (1)**
111:7

**bias (1)**
73:5

**big (2)**
65:3,5

**binder (1)**
46:12

**bit (1)**
42:12

**black (8)**
46:3,8;48:4,5,20;
74:14;75:2;96:18

**blackish (1)**
46:11

**blood (1)**
105:16

**Bob (1)**

**67:24**

**book (6)**
46:3,8,8,17,22;
58:24

**both (8)**
36:21;38:16;49:11;
114:13;115:13;
125:13;153:14;
156:14

**bought (1)**
44:4

**bounce (1)**
71:20

**Bovell (40)**
7:18;112:2,4,15;
113:3,19,23;114:3,9;
115:22;116:9;
118:21;119:7;
120:21;125:8;
127:12;129:21;
133:14;134:3;136:5,
12;137:4;139:11,18,
21;140:6,22;141:23;
143:7;145:3,6;
146:11;147:1;
152:15;154:6,23;
155:2,4;158:8;
159:13

**Bovell's (14)**
120:18;121:4;
126:16,24;128:18,18;
143:2,12;145:21;
146:3;151:21;154:8;
156:23;160:10

**brace (1)**
109:12

**bragged (1)**
59:9

**bragging (1)**
59:7

**break (2)**
76:14;152:12

**brief (2)**
29:22;123:14

**Briefly (2)**
54:6;123:11

**bring (1)**
89:7

**broken (1)**
151:11;152:9

**brought (2)**
135:18;142:23

**brownish (1)**
46:12

**budget (1)**
88:2

**Buffalo (1)**
11:9

**building (1)**

**146:21**

**bunch (1)**
150:18

**bureau (5)**
62:9;85:5,13;
96:20;112:5

**Burke (4)**
35:22,23;36:6;50:6

**businesses (1)**
39:12

**bust (5)**
39:8;42:7,10,13;
43:14

**buy (12)**
39:8;42:7,10,13,21,
23;43:4,9,11,14;44:3,
6

**buying (2)**
39:10;42:21

# C

**call (6)**
30:23;67:23;68:1;
70:3;143:8;159:4

**called (7)**
53:12;68:15;
138:21;142:11,16;
143:5,10

**calls (1)**
131:19

**Camacho (3)**
94:12;96:3,13

**came (9)**
25:5,6;50:9;51:5;
59:21;63:6;70:2;
71:22;126:3

**can (60)**
9:11,12;11:1;12:7,
20;16:13;20:1;21:3;
23:7;38:21;42:12;
44:12;48:14;49:9;
50:16;58:5;64:21;
71:11;75:6,11,20;
76:12,13;79:7,10,23;
90:1;94:5,10;95:11;
106:5,10;108:7,9;
112:21;114:17;
127:3,4,22;131:14,
14,16;138:15,18;
139:19;142:5;
144:14,18;147:8;
149:3;151:10,20;
153:15,17;156:2,10,
14;158:1,20;159:24

**capable (2)**
84:16;85:9

**capacity (6)**
23:22;25:2;78:24;

Case 7:15-cv-08594-CS   Document 60-20   Filed 01/09/18   Page 43 of 142

MURASHEA MIKE BOVELL v.
CITY OF MOUNT VERNON, New York, et al.

SERGEANT ROBERT WUTTKE
November 4, 2016

100:16,23;101:21
**Capital (1)**
12:6
**Captain (23)**
14:15;26:8,23;
28:5;84:12,21;85:1,6,
24;86:12,17;87:21;
98:23;127:15;
128:20;137:1;
139:16;140:14,19;
141:9;142:18;
143:19;144:4
**captain's (1)**
143:6
**car (18)**
14:8;19:14;103:1;
104:6;105:8,10;
106:12,13,15,17;
107:19;108:7,8;
109:14,16,19,23;
110:2
**care (4)**
9:19;10:15,24;
157:6
**career (5)**
21:1,5;26:12;
73:13;80:19
**Carl (3)**
67:12,13;68:7
**Carpenter (1)**
64:23
**cars (3)**
39:12;106:19,21
**case (12)**
68:24;84:24;86:5,
15,15,16;89:7;101:2,
11;116:18;138:5;
153:11
**case-by-case (1)**
45:22
**cases (1)**
130:14
**casual (1)**
8:17
**CAT (1)**
110:20
**categories (1)**
152:5
**category (3)**
74:17;97:14,15
**Caucasian (13)**
36:2,4,6,8,11;
60:15;61:2,6;62:6;
67:15;74:4,8;96:7
**Caucasians (1)**
36:21
**caused (2)**
25:20;67:8
**CC (1)**

150:6
**certain (5)**
7:19;43:5;47:6,7;
53:14
**certified (3)**
63:8,12;64:11
**chain (1)**
141:11
**challenged (1)**
74:16
**change (4)**
50:4;71:14;84:9;
121:15
**channels (1)**
39:20
**CHARGE (7)**
7:4;38:2;83:11;
85:7;94:16,17;98:17
**check (11)**
128:6;129:7,23,24;
131:14;132:6;133:8;
135:10;136:4;
147:21;159:2
**checked (3)**
129:18;132:4;
135:4
**Chief (23)**
18:1,1;19:24;26:8,
23;55:4;61:23,23,24;
62:2,3;67:23;68:4;
77:24;78:1;83:13,13;
84:1;88:21,22;92:15;
144:7,8
**chief's (1)**
68:2
**child (2)**
10:12
**Chong (2)**
90:16,22
**Chris (3)**
50:14;61:2,4
**chronic (8)**
128:8,13;129:22;
133:21;135:11;
141:4;142:14;144:3
**CI (6)**
40:17;42:15;43:22;
44:6,9,22
**circumstance (1)**
45:16
**circumstances (17)**
15:14;16:10;25:19;
26:5;31:6;34:3;37:2;
43:2;51:13,20;56:10;
67:17;69:24;70:24;
90:22;98:21;101:7
**CIs (6)**
28:24;29:5;39:13,
21,24;43:16

citation (2)
110:7;147:22
**citizenry (1)**
48:15
**citizens (4)**
48:5,8,21;49:7
**city (15)**
7:18,20;9:10,15;
12:5;18:24;48:5,12;
49:23;81:7;82:2;
104:6;121:20;
151:19;152:6
**civil (1)**
108:24
**civilian (6)**
52:11;53:3,4,10;
146:16,17
**clarify (1)**
127:4
**Clarke (3)**
60:10,13,15
**clear (3)**
93:13;97:15;131:5
**clearly (2)**
75:22;136:16
**clerk (13)**
23:17,19;25:10,21;
26:5,10,16;31:10;
91:6,7,11,15;95:23
**Clinton (3)**
88:14;90:18,19
**clothes (1)**
29:3
**clue (1)**
143:13
**CODE (1)**
6:16
**cold (1)**
109:13
**college (1)**
11:7
**collided (1)**
105:8
**color (1)**
46:10
**columns (1)**
151:17
**comfortable (2)**
121:3,8
**coming (3)**
108:11;110:15;
116:14
**command (5)**
120:17;128:7;
141:11;151:12,14
**commanding (1)**
57:19
**commence (1)**
68:13

comments (8)
48:3;52:4,8;73:15;
76:6;84:21;110:24;
155:14
**COMMISSIONER (34)**
5:2;17:20,23;
67:12;68:6;69:18,21;
70:4,20,21;77:15,18,
19,21;78:2,3;83:16,
17,19,20,24;88:15,
18,19;89:1,2;90:16;
91:8;94:19,20;98:18,
19;101:24;102:1
**common (1)**
115:17
**community (4)**
10:22;44:22;65:12;
74:22
**COMPENSATORY (1)**
4:5
**competent (1)**
116:20
**competition (1)**
47:1
**complain (1)**
122:5
**complained (2)**
51:23;52:7
**complaining (1)**
125:24
**COMPLAINT (4)**
6:20;23:17;121:22;
130:10
**complaints (14)**
39:18;52:11;53:3,
4,5,11;93:1;107:13;
122:2;125:10,12,12,
23;146:10
**complete (4)**
120:16;143:15;
159:3,11
**completed (7)**
27:14;117:3;
123:19;136:22;
140:8;156:6,23
**completing (3)**
122:22;155:18;
157:17
**compliance (3)**
128:7;129:15;
135:11
**compliment (1)**
156:19
**COMPUTER (4)**
5:13,17,21;146:16
**computers (1)**
146:18
**concern (3)**
49:3;121:21;

156:13
**concerned (1)**
59:8
**concerns (2)**
143:12;156:11
**conclusion (1)**
141:7
**concrete (1)**
109:13
**Concussion (1)**
110:14
**conditions (1)**
13:2
**CONDUCT (6)**
6:16;38:17;53:16;
86:23;92:2;115:21
**conducted (8)**
116:5;117:7;
118:12;119:15;
124:17;144:9,16;
160:12
**conducting (5)**
38:14;67:23;92:5;
118:5;126:12
**confidential (16)**
16:5,7;21:4;22:2;
23:8,15,21;24:3;
40:3;52:21;54:15;
56:4;67:5,7;81:10;
103:3
**CONFIDENTIAL**·············(9)
16:1;23:1;53:1;
55:1;67:1;82:1,24;
104:1;111:24
**CONFIDENTIAL**·············(5)
20:24;24:24;53:24;
55:24;72:24
**conflict (2)**
74:5,9
**confused (2)**
128:23;154:9
**confusion (1)**
77:1
**conjunction (1)**
13:3
**connection (26)**
19:17;29:14;43:21;
45:7;48:4;49:4;76:7;
87:3;107:9;108:6;
109:1;122:22;126:7;
127:1;130:22;131:6,
7,23;139:12;141:20;
142:13,13;147:20;
148:9;153:2;155:23
**connections (1)**
147:16
**consensus (5)**
58:10;90:8,9;92:8;
94:3

Case 7:15-cv-08594-CS Document 60-20 Filed 01/09/18 Page 44 of 142

SERGEANT ROBERT WUTTKE
November 4, 2016

MURASHEA "MIKE" BOVELL v.
CITY OF MOUNT VERNON, New York, et al.

consequences (1)
140:22
consider (4)
125:7,21;131:2;
146:7
consideration (3)
125:18;153:1;
154:16
considered (5)
21:8;40:12;58:1;
126:2,12
considering (3)
87:5;147:3;160:9
consist (1)
18:18
consisted (1)
138:12
contact (2)
114:2;148:8
contacted (3)
142:17;146:11,14
contain (1)
149:8
contained (2)
46:16;130:12
context (2)
74:23;114:4
continue (1)
141:6
contrite (1)
41:4
Control (1)
128:13
conversation (7)
8:18;49:19;87:2;
144:4,11;154:22;
155:12
conversations (3)
48:18;49:24;73:4
Cooper (1)
15:3
copy (6)
127:20;148:11;
150:24;151:5;156:4,
5
corrected (1)
129:5
correctly (2)
98:8;142:15
counted (1)
59:3
counterproductive (1)
45:4
County (3)
12:13,15;43:8
couple (11)
16:6,17;31:12;
41:11;56:9,22;58:16;
60:7;62:14,16;

110:18
course (2)
114:5;122:4
Court (3)
3:12;8:13;68:21,
22;71:22
Courtney (2)
50:14;60:24
covered (1)
102:20
CPR (1)
33:3
creating (1)
160:10
credit (5)
153:5,7,12,17,20;
154:13
crime (11)
28:8,9,15,17,22;
29:8;30:23;31:24;
32:8,8;46:19
crimes (8)
13:4,6,7,8,15,15,
16,21
criminal (2)
40:8;93:18
criteria (9)
122:19,23;125:7,
14,15,19;134:12;
137:22;141:3
criterion (1)
131:2
criticized (1)
98:7
cross (4)
87:10;89:11;157:5;
158:9
crossing (2)
108:17;114:14
culmination (1)
51:5
current (1)
78:20
currently (4)
9:9;33:10;117:20;
121:10
Curzio (2)
142:17;143:5

D

Daniel (2)
35:3;61:5
Daniels (1)
15:7
Danny (1)
50:15
Dante (1)
84:12

DA's (1)
42:18
database (1)
130:2
date (11)
18:3;46:18;94:7,8;
102:22;104:11;
140:17;145:1;
148:22;157:22;158:1
David (1)
99:10
Davis (3)
90:20;98:17;
101:24
day (35)
11:17;25:14;35:18;
37:8;44:4;49:1;
53:14,17;54:2,2;
70:9;79:8;97:11;
98:22;105:3;107:19;
113:8;114:1;134:5;
135:5,5,24;136:1;
139:7;142:16,20;
143:3,4,8;157:22,24;
158:10,14,16,24
DAYS (14)
4:11;13:10,14;
19:11;26:17;44:2;
114:1;120:24;121:7;
135:4;145:6;158:11,
12,19
day-to-day (2)
13:10;121:11
DCJS (3)
124:7,9,10
DEA (1)
47:21
deadline (4)
157:10,19;159:7,
11
dealer (1)
43:12
dealt (4)
10:5,12;136:11;
140:21
debriefings (1)
31:20
deceased (1)
75:19
December (10)
27:23;71:23;80:1,
2,3;82:13;83:4;
104:15,16;137:11
decide (1)
11:15
decided (2)
19:19;125:22
decision (19)
17:24;19:21;56:13;

57:17;61:8;83:24;
86:11;88:10,11;
90:13;92:13,17;
94:15,24;98:15;
101:23;102:3;
121:17;139:17
decisions (5)
61:18;62:8,11;
74:15;75:8
declined (1)
84:8
defensive (1)
33:4
definitely (1)
104:16
definition (2)
140:2,5
Dellamura (2)
63:19;64:5
demoted (5)
67:3,11,18,21;
69:11,22;70:8,21;
71:18;78:13
demotion (2)
67:6,9
Dennis (2)
72:4;80:12
Department (39)
7:20;9:10,15;
11:13;12:5;17:13;
19:10;21:6,23;23:5;
32:15;36:17;40:4,5;
42:16;44:20;45:1,8;
49:2,6,22;52:7;55:3;
73:2;75:8;84:18;
90:10;92:8;100:20;
106:2;107:15;
116:15;121:20;
124:3;130:13;140:2,
5;144:2;146:19
departments (3)
12:2,12;42:22
department's (1)
128:7
depend (2)
45:17;51:13
Depending (1)
85:22
Depends (3)
38:1,1;88:16
deploy (1)
108:1
deposed (1)
7:21
deposition (1)
3:9
depositions (1)
69:2
Deputy (12)

19:24;26:8,23;
61:23;67:23;68:2;
77:21;83:12;84:1;
88:19;144:7,8
describe (2)
108:7;159:24
deserve (1)
94:4
deserving (1)
89:21
desire (2)
87:13,13
desk (3)
23:19;133:5;143:3
detective (102)
30:20;31:2,8;34:3,
4,7;35:7,7,12,13;
36:4,8,10,15,15;
41:15,19;46:19;
47:14,16,22;48:18;
49:3;50:6,6,7,12,13,
14;51:8;54:7;59:23;
60:1,9,15;62:9;
70:23;71:4,7;75:19;
84:14;85:4,10,13;
86:6;87:5,8,14,23;
88:2,3,10,18;89:6,8,
20;90:2,11,12;91:14;
92:11,23;93:4,6,9,15,
16;95:18,21,22;
96:20,23;97:2,8,10,
16;99:4,5,6,12,23,24;
100:5,7,8,8,9,12,17,
21,23;101:10;
102:12;107:3;112:5,
24;114:10,23,24;
115:3,13;130:14
detectives (13)
13:18;30:13,22,24;
35:14;36:14;38:13;
46:5;48:21;50:3;
59:10,14;60:20
detective's (1)
83:9
determination (1)
61:12
develop (3)
29:5;30:11;39:23
developing (1)
28:23
deviated (1)
116:20
difference (1)
17:4
different (12)
11:16;13:17,23;
25:11;28:12;39:17;
77:7;114:20;115:16;
133:20,23;149:24

Case 7:15-cv-08594-CS   Document 60-20   Filed 01/09/18   Page 45 of 142
MURASHEA MIKE BOVELL v.
CITY OF MOUNT VERNON, New York, et al.
SERGEANT ROBERT WUTTKE
November 4, 2016

**differential (2)**
16:19;27:5
**difficult (1)**
8:18
**D-I-M-A-C-E (1)**
35:8
**Dimase (3)**
35:7;36:8;50:6
**D-I-M-A-S-E (1)**
35:9
**direct (2)**
20:4;143:14
**directed (2)**
127:12,13
**direction (4)**
11:16;30:12,14;
126:3
**directions (1)**
128:20
**directive (1)**
96:1
**directly (3)**
73:3;75:3,18
**disagreement (1)**
74:7
**discharged (1)**
10:19
**disciplinary (14)**
16:11;17:5;18:15;
19:9;23:4;27:16;
45:11,14;56:18;
65:17;81:1;102:23;
126:24;141:7
**discipline (5)**
17:24;19:16;
139:18;140:3,5
**disciplined (3)**
16:2;139:22;
142:10
**Disconcerting (1)**
62:22
**discovered (2)**
154:17,18
**discretion (2)**
136:10,14
**discriminated (1)**
142:3
**DISCRIMINATION (2)**
7:5;52:13
**discriminatory (2)**
48:19;49:5
**discuss (3)**
125:19;129:3;
156:10
**Discussion (1)**
52:18
**disguised (1)**
76:6
**dismissed (1)**

69:5
**disparaging (9)**
48:3,8,12,20;49:5,
21;52:4,8;84:22
**dispatch (1)**
23:19
**dispatched (2)**
152:9,13
**displeasure (1)**
49:3
**division (47)**
15:13,16;16:21;
17:1;20:4;23:9;25:9,
13;27:6,15,19;29:16;
31:8,15;34:3,4,7;
71:7;83:9;84:15;
86:6;87:8;89:6;
90:12;93:9,15;95:19,
21;96:1;99:13,23,24;
100:12,17,21;101:10;
107:4;112:24;
114:10,23;115:1,3,
14;119:10,10,14;
146:12
**divisions (2)**
42:22;123:23
**doctors' (2)**
139:12;140:15
**DOCUMENT (11)**
5:2;6:17;7:5;
128:14;142:1;144:1,
21;145:13,14,16,19
DOCUMENT/INFORMATION (4)
128:2;148:17;
150:15;151:7
**documentation (1)**
117:3
**done (20)**
8:17,21;44:16;
68:1;92:11;95:19;
96:2;98:23;105:16;
116:3,11;117:20;
121:9;123:15;
124:12;131:11;
144:13,13;155:8,9
**down (15)**
8:13,19;59:3;
71:22;105:6;109:12;
134:22;141:12;
151:11;152:9,12;
155:7,14;156:1,24
**downside (1)**
156:15
**drafting (1)**
155:5
**drag (2)**
16:17;23:3
**driver (1)**
109:3

**driving (5)**
18:20;105:6;
106:12,14;107:19
**drug (2)**
32:4;39:16
**drugs (4)**
43:9;44:18;45:4,5
**duly (1)**
7:9
**Dumser (1)**
144:6
**Duncan (9)**
55:4;61:24;62:1,2;
77:24;78:1;88:21,22;
92:15
**during (26)**
26:12;40:20,23;
41:7;42:5;56:18;
58:22;59:5;61:15;
65:4;70:3;73:1,12;
86:19,24;92:20;
104:23;105:2;
115:12;116:4;118:7;
119:10;137:4;
138:11;154:12;155:9
**duties (5)**
10:4;23:10;38:6;
77:20;78:21
**duty (15)**
16:3;17:16,18;
18:21,21,22;23:12;
24:1,6;82:7,11;
104:3;138:24;139:1,
2
**DWI (3)**
19:17;23:2;82:3

**E**

**earlier (4)**
81:8;95:6;147:3;
158:11
**Early (4)**
12:24;18:7;64:3;
143:8
**earn (1)**
90:4
**earned (2)**
16:20,20
**easier (1)**
46:23
**economic (1)**
17:7
**economically (2)**
17:3,5
**Ed (1)**
63:19
**Edward (1)**
97:2

**effect (2)**
3:11;43:20
**Effective (1)**
68:4
**eight (3)**
58:17,18,20
**either (24)**
15:6;23:18;26:13;
41:24;44:6;47:4;
48:4,20;49:3,20;
60:20;63:8;73:3;
82:7;83:12;89:6;
92:7;97:16;114:1,3,
12;139:6;144:4;
146:10
**else (28)**
21:18;27:22;31:21,
22;33:5;35:6;37:15;
52:6;55:5;61:18;
71:15;88:7;93:24;
94:2,22;95:3,9;96:5;
97:3;98:3;99:1,3,6,
17,18;118:22;
127:10;144:8
**EMAIL (27)**
4:14,20;127:19,20;
128:4,24;129:2,9,14,
16;136:16;143:19,
21;144:10;148:10,11,
20;149:8,18;150:1,6,
8,20,22,24;151:23;
154:19
**emailed (1)**
141:21
**employed (3)**
7:19,21;9:9
**employee (1)**
133:24
**employees (3)**
131:22,23;147:14
**employment (1)**
65:3
**end (12)**
25:6;27:23;47:21;
50:5;55:6,9;57:2;
59:22;63:8;78:4;
115:11;123:5
**ended (1)**
114:14
**end-of-probation (3)**
116:11,18;117:19
**endurance (1)**
124:23
**enforcement (2)**
13:13,13
**engage (2)**
42:7;53:16
**enough (4)**
9:1;11:1;65:8;

109:22
**ensure (1)**
128:7
**entered (1)**
18:7
**entering (2)**
26:17,18
**entire (6)**
47:12,18;130:4,12;
143:9,10
**entitled (1)**
128:12
**envelope (2)**
68:3,3
**ER (1)**
110:21
**Ernest (1)**
90:20
**Essentially (1)**
142:9
**ethic (1)**
84:16
**evaluate (4)**
121:23;122:1;
129:6;135:21
**evaluated (6)**
45:21;116:8;
117:13;120:1;
155:13;157:15
**evaluating (6)**
116:9;117:17;
118:17;121:3;
122:24;146:5
**EVALUATION (40)**
5:9;6:5;9,13;
115:21,24;116:13;
119:11,15,22;120:11,
16,19;122:13;
123:14;125:8;126:8,
13;128:18;131:8;
146:2,3;149:17;
153:2;154:22;155:2,
5,15,19,24;156:2,4,6,
10,17,24;157:1;
160:2,4,10
**evaluations (30)**
116:2,5,12,16,18;
117:7,19;118:13;
119:17,20;121:9;
122:17,23;123:17,22;
124:4,8,12,14,15;
130:22;131:3;157:8,
11,13,20;159:4,15,
20;160:11
**Evelyn (2)**
106:4;109:10
**E-V-E-L-Y-N (1)**
106:6
**even (6)**

SERGEANT ROBERT WUTTKE
November 4, 2016

MURASHEA MIKE BOVELL v.
CITY OF MOUNT VERNON, New York, et al.

43:20;74:24;76:3;
87:13;90:3;117:7
**evening (2)**
105:3;143:5
**event (1)**
26:21
**events (3)**
26:19;53:6;142:23
**eventually (4)**
70:10;85:3;97:21;
98:11
**everybody (2)**
77:9;133:4
**everyone (1)**
65:2
**exact (2)**
26:4;116:23
**exactly (3)**
26:4;69:7;117:1
**exam (5)**
11:13;63:1,2,4;
64:8
**EXAMINATION (1)**
7:13
**examined (1)**
7:10
**examples (1)**
90:1
**exams (1)**
12:14
**except (1)**
3:6
**excessive (1)**
52:12
**exclude (1)**
147:13
**excuse (4)**
26:11;29:21;86:14;
145:1
**executed (3)**
30:15;51:2;132:7
**executing (2)**
32:4;38:8
**execution (2)**
51:9,11
**Exhibit (31)**
4:1,5,8,11,14,17,
20;5:1,5,8,12,16,20;
6:1,4,8,12,16,19;7:1,
4;112:12;128:11;
136:19;141:14;
143:15,17,18;144:20;
145:12;159:23
**exist (1)**
28:15
**existed (1)**
25:19
**expecting (1)**
73:11

**experience (3)**
93:14;102:5;114:3
**experiencing (1)**
29:7
**explained (1)**
123:11
**express (2)**
10:7;121:21
**expressed (2)**
49:2,20
**expressing (1)**
73:4
**extent (3)**
49:12;120:24;
121:6
**extra (1)**
139:7

**F**

**face (2)**
75:18;140:22
**facility (7)**
9:19,22;10:11,14,
17,23;11:2
**fair (5)**
8:24;9:1;11:21;
34:17;51:7
**fall (1)**
78:5
**familiar (4)**
10:16;31:9;46:2,8
**families (1)**
11:3
**far (6)**
59:8;74:6;82:2;
107:10;108:12;124:2
**farthest (1)**
151:16
**favorable (2)**
73:21,24
**fear (1)**
43:12
**February (13)**
101:14,19;102:8,
17;113:1;119:5;
120:23;129:11;
137:11;138:22;
139:1,13;149:15
**feel (6)**
39:11;84:9;95:16;
121:3;141:2,4
**feeling (1)**
46:24
**feels (1)**
142:2
**Fegan (11)**
35:7;36:4;47:11,
22;49:4;50:6;51:8;

59:14,23;60:1;64:19
**felt (6)**
84:17,18;121:8;
136:14;142:9;160:4
**female (2)**
61:22;99:20
**few (3)**
27:20;30:2;34:14
**fiancée (1)**
37:8
**field (13)**
21:10,14;80:22;
152:16,21,24;153:4,
13,19,23;154:1,6,10
**Fifth (2)**
105:6;108:5
**figure (1)**
15:5
**file (1)**
134:24
**filed (5)**
68:18,21,22;69:5;
93:2
**filing (1)**
3:3;71:19
**fill (2)**
47:7;160:3
**filled (2)**
37:21;40:8
**finally (1)**
69:22
**financially (1)**
89:18
**find (1)**
159:1
**findings (1)**
136:11
**fine (3)**
14:4;79:14;133:22
**finished (4)**
8:23;12:17;123:19;
159:7
**Firearm (2)**
124:19,21
**firearms (1)**
33:3
**first (26)**
7:9;9:14;21:1,6,19,
20;27:3;33:3;50:3;
63:2;98:10;106:3;
109:6,9;113:6;
116:12,16;134:5;
135:5;138:24;139:1,
6;144:14;145:1;
150:22;160:5
**Fisher (13)**
35:3;36:2;39:19;
40:18,22;41:13;
48:18;49:4;54:7;

55:3;60:18;61:9,12
**Fisher's (1)**
37:3
**fit (1)**
10:9
**Five (6)**
14:24;31:2;32:22;
58:18;101:4;152:1
**fleet (1)**
107:14
**flipped (1)**
109:17
**flip-side (1)**
96:19
**follow (1)**
38:11
**followed (2)**
141:9;145:23
**following (1)**
26:18
**follows (1)**
7:11
**follow-up (1)**
8:22
**force (11)**
3:11;27:24;28:11,
16,17;30:4;47:21;
51:18,19,23;52:12
**Ford (1)**
106:14
**forgive (1)**
10:16
**forgot (1)**
83:22
**forgotten (1)**
9:6
**form (15)**
3:6;5:9;6:20;
48:13;49:8;58:4;
75:10;76:11;116:23;
127:2;138:3;139:19;
141:7;147:7;160:2
**formal (2)**
18:15;125:12
**Formalized (1)**
32:10
**formally (2)**
47:4;122:21
**format (1)**
145:17
**former (1)**
153:22
**formerly (1)**
7:21
**forming (1)**
86:16
**forth (1)**
71:21
**forward (3)**

16:6;67:6;136:15
**found (2)**
136:5,17
**four (5)**
77:13;101:4;
109:16,18,20
**fourth (1)**
63:16
**frame (13)**
25:24;35:4;93:20;
94:6;95:1,13;115:8,
12;135:22;144:24;
149:13,14;158:8
**frames (1)**
126:17
**Friday (1)**
25:15
**friends (1)**
70:16
**front (1)**
133:5
**frustration (1)**
10:8
**FURTHER (2)**
3:5,8
**Fusion (1)**
106:14

**G**

**Gabriel (1)**
7:10
**gain (1)**
120:21
**Gallagher (9)**
123:3,20;125:16,
20,21;126:3,4;146:9;
155:23
**gather (2)**
144:4;147:15
**gathering (1)**
136:3;148:9
**gave (4)**
19:19;149:1,13;
159:10
**Gene (4)**
90:6;92:9;93:3;
96:17
**general (26)**
32:5;36:20;57:6,8,
12,15,18;60:6;62:14;
74:22;85:14,15,20;
86:2,20;89:6;94:3;
101:6,8,12;104:24;
106:19;107:3,5;
115:7,9
**generally (2)**
23:10;38:21;41:6;
48:9;49:14;58:9;

Case 7:15-cv-08594-CS   Document 60-20   Filed 01/09/18   Page 47 of 142

MURASHEA MIKE BOVELL v.                    SERGEANT ROBERT WUTTKE
CITY OF MOUNT VERNON, New York, et al.                November 4, 2016

106:24
**generated (1)**
140:10
**generic (1)**
123:13
**gets (3)**
141:10;153:12,12
**Giglio (1)**
65:2
**given (6)**
25:24;44:17;47:5;
95:22;128:20,24
**giving (1)**
8:21
**goals (1)**
10:7
**goes (2)**
53:18;141:11
**gold (7)**
87:4;89:9;92:9;
94:2;100:9,15,18
**Good (5)**
7:15,16;70:3,7,16
**grab (1)**
43:12
**graduate (1)**
11:8
**grapevine (1)**
49:17
**green (1)**
108:22
**Greg (5)**
50:13;60:24;64:14,
19;77:2
**grid (1)**
151:15
**grievance (1)**
68:19
**grievances (1)**
93:2
**Griffin (3)**
98:4;99:5;100:8
**Grisanti (2)**
64:20,22
**G-R-I-S-A-N-T-I (1)**
64:22
**group (4)**
11:2;29:2,10;74:11
**guess (7)**
8:2;17:10;26:7;
33:5;93:22;98:20;
153:12
**GUIDE (2)**
4:18;128:13
**guilty (1)**
19:6

## H

**handed (1)**
68:2
**hands (1)**
141:11
**HANDWRITTEN (1)**
6:1
**happen (3)**
45:20;89:4,5
**happened (6)**
16:14;67:2,8;
68:10;83:3;105:5
**happening (1)**
45:17
**HARASSMENT (1)**
6:19
**Harris (1)**
64:23
**Hastings (9)**
127:15;128:21;
137:1;139:17;
140:14,19;141:9;
143:19;144:5
**head (15)**
12:8;33:6,10;35:1;
38:19;56:1;77:23;
90:7;97:6;99:2;
110:2,3;129:10;
151:22;152:22
**headed (1)**
108:10
**heading (1)**
60:18
**Headquarters (1)**
110:16
**healthy (1)**
46:24
**heard (25)**
44:15;45:24;46:7;
48:7,11,17;49:10,13,
14,16,17,17;54:10;
71:2,5;73:3,13;
74:24;75:5,18,21,23;
111:9;125:10,11
**held (3)**
41:6;52:18;91:22
**help (1)**
31:12
**helped (1)**
31:14
**HEREBY (2)**
3:1,4
**herein (1)**
3:3
**hide (1)**
43:19
**high-crime (1)**
29:7
**higher (2)**
21:8;47:1

**highest (2)**
59:6,7
**highly (2)**
58:11;154:11
**high-presence (1)**
13:12
**high-visibility (1)**
13:12
**Hill (14)**
146:11,15;147:6,
24;148:8,12,21;
149:19;150:9,20;
151:2,10;154:20,21
**himself (1)**
70:2
**hired (3)**
9:14;11:19;32:19
**hiring (1)**
26:20
**Hispanic (5)**
36:11,12;61:7;
96:8,14
**history (1)**
40:9
**hold (2)**
41:10;70:18
**holidays (2)**
134:6;135:5
**home (2)**
11:2;44:7
**homes (2)**
39:9,12
**Hospital (8)**
9:23;10:15,18,19;
105:14,18,20;110:17
**hours (1)**
110:18
**house (1)**
44:4
**Hunce (1)**
20:6
**H-U-N-C-E (1)**
20:6
**hundred (5)**
98:5;100:6;117:10;
118:19;120:6
**Hurley (1)**
26:13
**Hutchins (2)**
50:14;61:2

## I

**Ibanez (3)**
50:15;61:4,5
**I-B-A-N-E-Z (1)**
50:17
**ID (3)**
132:21,23;133:1

**idea (5)**
28:12;37:1;73:17;
141:10;147:22
**identification (22)**
4:3,6,9,12,15,18,
21;5:3,6,10,14,18,22;
6:2,6,10,14,17,21;
7:2,6;93:18
**identify (2)**
128:22;156:3
**identifying (1)**
40:3
**identity (1)**
43:19
**illegal (2)**
39:2,3
**illness (2)**
10:6;132:20
**immediately (2)**
43:12;119:11
**impact (2)**
17:7;109:22
**impression (1)**
47:5
**incident (6)**
16:16;17:21;23:2,
3;46:19;81:7
**include (1)**
147:14
**independent (1)**
142:22
**indicate (3)**
73:20;145:20;
149:5
**indicated (1)**
48:19
**indicates (1)**
144:1
**indicating (1)**
144:16
**indication (1)**
145:6
**individual (19)**
44:7;45:10;51:3,4;
59:1;74:10;99:22,23;
117:13;118:7;
119:23;120:9,11;
121:23;122:13;
125:24;132:7;
151:11;156:9
**individuals (23)**
7:19;10:17;30:19;
59:24;61:10,16;74:3,
11;78:15;90:2;96:20;
100:11,15;117:13,17;
119:4,21,24;122:13;
128:22;133:15;
155:13;156:1
**individuals' (1)**

118:24
**inference (1)**
139:4
**influence (2)**
111:1,7
**inform (1)**
140:19
**informal (2)**
18:15;125:12
**informally (1)**
47:5;122:22
**informant (7)**
40:3,10,12,13,13;
43:13;44:17
**informants (3)**
43:4,9,11
**information (38)**
39:13,20;40:5,8;
46:16;126:7,22;
129:20;130:2,6,8,9,
15;133:12;134:15,17,
21;136:4,12;138:19;
146:5,6,24;147:4,11,
13,16;148:9;149:6,9,
19,22,24;150:2;
151:1,9;152:8,13
**in-house (3)**
32:13,15,20
**initial (1)**
151:23
**initiated (2)**
38:22;98:20
**initiative (1)**
14:5
**injured (1)**
29:4
**injuries (1)**
110:13
**injury (1)**
105:9
**input (1)**
118:6
**inside (3)**
25:13,20;68:3
**inspection (1)**
107:8
**instance (1)**
42:14
**institute (1)**
68:8
**instruct (1)**
123:10
**instructed (2)**
43:4;155:22
**instruction (4)**
32:6,7,10;122:21
**intelligence (21)**
29:22,24;31:7,9,11,
18;32:19;33:14,21;

Case 7:15-cv-08594-CS   Document 60-20   Filed 01/09/18   Page 48 of 142

SERGEANT ROBERT WUTTKE                                    MURASHEA MIKE BOVELL v.
November 4, 2016                              CITY OF MOUNT VERNON, New York, et al.

34:10,11,15,18;37:9,
16,17;54:6;56:6,22;
57:1,5
**interaction (5)**
69:20;71:3;74:3;
114:8;121:11
**interactions (1)**
74:6
**interfere (1)**
9:3
**internal (1)**
53:13
**interpreted (1)**
74:4
**interrupt (1)**
14:2
**interview (1)**
40:17
**interviewed (1)**
40:10
**into (26)**
10:9,21;11:13,15;
18:7,9;32:7;33:20;
35:16;37:23;53:12;
59:21;61:10;68:1;
85:4;108:15;113:13;
119:1,9;121:15;
125:18;132:17;
139:17;140:14;
143:12;153:1
**intoxicated (1)**
18:20
**introduce (1)**
70:2
**introduced (1)**
69:23
**investigated (1)**
125:11
**investigation (8)**
43:7;44:14;107:8;
137:20;142:14;
143:12;144:9,12
**investigations (46)**
30:11,16;36:20;
38:8,12,14,15,17,22,
24;39:5;43:3;44:8;
47:23;51:4;57:7,9,12,
15,18;59:16;60:6;
62:15;85:14,16,21;
86:2,20,23;89:7;92:2,
5;95:19;96:2,21;
101:6,8,13;104:24;
106:20;107:3,5;
115:7,9,17;118:6
**investigative (2)**
30:9;100:16
**involve (1)**
74:22;92:5
**involved (8)**

16:16;43:2,6;44:8;
51:14;82:9;104:3;
134:10
**involvement (1)**
142:19
**irrespective (3)**
82:4,8;127:13
**issue (6)**
56:18;126:19;
127:6,9,10,11
**issued (7)**
89:20;109:4;110:7;
128:13;129:9;
147:17;156:5
**issues (3)**
65:17;102:23;
126:15
**issuing (1)**
155:24

**J**

**Jamie (1)**
100:5
**January (18)**
97:13;98:14,16;
99:5;101:17;104:16;
112:17,24;121:16;
135:16;137:11,19;
138:1,13,22,24;
139:13,13
**Jennifer (1)**
64:23
**Jerome (4)**
90:6;92:9;93:3;
96:17
**job (4)**
18:19;21:16;65:11;
74:7
**Joe (4)**
60:9,11;63:19;64:5
**John (5)**
19:24;26:23;30:18;
31:4;83:13
**Johnny (1)**
94:12
**jokes (2)**
76:3,7
**joking (2)**
75:21,22
**Jones (3)**
99:9,10;100:8
**judge (1)**
68:24
**June (9)**
65:16,19,22;71:17;
78:10,11,23;86:3;
101:2
**junior (2)**

101:9,9

**K**

**keep (5)**
46:23;67:5;124:5;
133:11;134:24
**Kelly (7)**
14:15;26:23;28:5;
90:6,10;94:19;96:15
**Kelly's (1)**
27:3
**Kenny (1)**
21:15
**kept (1)**
46:9
**Kevin (1)**
21:22
**kids (1)**
10:10
**kind (3)**
75:23;92:5;124:19
**knew (3)**
59:11;71:19;83:2;
84:16,16;146:9
**knocked (2)**
105:12;107:22
**knowledge (8)**
37:21;45:14;46:13;
84:20;123:21,24;
128:16;148:3
**known (1)**
42:19
**Krista (2)**
37:18;75:19

**L**

**lack (1)**
151:15
**laid (1)**
109:12
**lane (2)**
108:16,17
**last (9)**
15:6;20:1;71:10;
77:11;134:5;135:5;
139:2,7;145:2
**later (8)**
42:24;43:21,23;
143:4;144:4,4,17,18
**Latheia (5)**
15:5,7,7;50:12;
60:24
**Laura (1)**
26:11
**law (2)**
45:2;68:21
**lawsuit (3)**

7:18;108:24;111:4
**lead (3)**
16:11;76:8;138:19
**leads (1)**
127:8
**learn (6)**
67:20;70:12;88:6;
129:20;137:3;154:5
**learned (1)**
32:10
**least (5)**
58:16;93:21;96:21;
100:16;148:2
**leave (14)**
10:19;15:15;25:22;
26:6;29:18;36:24;
40:22;113:19;130:3;
135:8,12;136:6,6;
140:11
**leaving (4)**
35:14;36:13,14,17
**left (10)**
15:9;34:18;37:3;
41:1,11;50:9;62:17;
108:14;143:8;151:16
**left-hand (1)**
105:7
**legal (4)**
33:4;68:8,13;71:20
**Leonard (1)**
15:3
**less (3)**
11:2;17:2;152:1
**LETTER (1)**
5:6
**letterhead (1)**
68:4
**letting (1)**
84:3
**level (3)**
45:9;58:2,12
**license (1)**
19:12
**Lieutenant (29)**
20:6;33:15,16;
34:1;37:13;42:1,2;
49:4;56:23;57:16;
66:3;72:4;80:12;
85:7,11,23;113:7;
123:3,19;125:15,19,
20;126:3,4;142:17;
143:5;144:6;146:8;
155:23
**life (3)**
13:13;37:10;99:18
**Lifrieri (2)**
72:4;80:12
**light (3)**
108:19,21,22

**liked (1)**
70:13
**likewise (1)**
48:17
**line (1)**
88:1
**Lisa (15)**
146:11,14;147:6,
24;148:8,12,21;
149:19;150:9,20;
151:2,10;152:12;
154:20,21
**LIST (21)**
4:11;63:6,7,12,23;
64:1,4,10,17,18;
65:15;77:5,10,11,12;
102:11;118:18,23,23;
129:17;149:1
**listed (2)**
151:1;153:16
**little (3)**
42:12;77:1;109:11
**live (2)**
65:11,12
**located (1)**
146:21
**Lodge (1)**
9:23
**log (1)**
133:11
**logs (1)**
130:13
**long (27)**
8:8;11:4,23;17:18;
25:1,24;27:18;29:24;
38:4;56:6;60:5;66:4;
71:9;77:11,13;80:6,
9;85:15;91:10;93:19;
99:15;101:3,12;
102:14;110:11,17;
118:3
**longer (6)**
17:10;21:4;78:18;
81:3;122:14;158:16
**longer-term (1)**
43:18
**long-term (2)**
30:16;39:4
**look (7)**
73:18;74:2;123:13;
128:14;137:3;
141:17;154:13
**looked (5)**
132:22;135:18;
139:17;140:14;146:8
**looking (4)**
8:1;132:17;134:16,
18
**looks (1)**

Case 7:15-cv-08594-CS   Document 60-20   Filed 01/09/18   Page 49 of 142
MURASHEA MIKE BOVELL v.
CITY OF MOUNT VERNON, New York, et al.
SERGEANT ROBERT WUTTKE
November 4, 2016

144:22

**lost (3)**
68:11;71:23;89:23

**lot (8)**
51:6;57:24;76:21;
97:5;127:4;151:24;
152:2,2

**low-impact (1)**
109:21

# M

**ma'am (164)**
11:14;12:3,10;
16:22;18:10;19:2,8;
21:17,24;26:2;27:17;
29:12,17;30:8;31:22;
32:14;34:16,20;
35:24;37:4;40:1,19;
46:1;47:9;48:23;
50:20,23;51:10,21;
52:2,5,9,14;53:9;
54:9;55:12;56:3,17,
20;57:10,13;60:22;
61:3;62:5,7;63:12,
17;64:2;65:1,20;
66:6;67:14,16,19;
68:9,22;69:3;70:11;
71:8;73:7;76:5,10;
77:8,16,22;78:8;79:6,
15;80:8,15,17;82:6,
10;83:7;85:2;86:7,
22;87:1,9;88:8,23;
89:10,12,14,24;91:9,
16,19;92:6,24;97:23;
98:9,12;99:7,11,14,
16;100:1,13;102:10,
13,16,19;104:5,7,22;
105:1,13,15,17;
106:16,23;107:21,24;
108:2,23;109:15;
110:4,6,8;112:20;
113:14,17;114:7;
116:1;117:15;
118:15;120:3;
124:24;125:17;
126:1;127:24;
128:19;130:17,24;
131:4;133:10,17,19;
134:19;135:2;
136:23;138:14;
139:15;140:24;
141:19;143:16;
145:18;146:22;
150:13;151:3,15;
152:11,14,18;155:11,
16,20;156:21;157:2,
12,16,18;160:6

**mad (2)**

142:18;143:6

**maintained (2)**
46:14;107:20

**maintenance (2)**
107:9,15

**major (8)**
11:10;86:5,15,15,
16;89:7;101:2,10

**makes (1)**
153:5

**making (11)**
44:23;51:11;52:8;
59:10,12;61:18;
74:19;75:8;84:21;
116:19;156:8

**management (2)**
130:5,13

**mandatory (1)**
32:22

**Mandell (1)**
21:22

**Mangieri (2)**
30:18;31:4

**Mann (2)**
37:18;75:19

**manner (5)**
75:21,22;116:8;
150:21;157:9

**manners (1)**
133:23

**manual (1)**
140:5

**many (17)**
14:22;18:11;30:4,
22,23,24;50:24;
57:21;63:10;65:24;
76:23;78:15;79:1;
106:17;120:4;
138:15;145:6

**Manzione (4)**
66:3;85:7,11,23

**Marcel (1)**
33:15

**March (15)**
120:15,23;123:5;
137:9,9,11,16,19;
138:7,23;139:2,14;
140:18;145:2;149:16

**mark (2)**
16:4;81:9

**marked (28)**
4:2,6,9,12,15,18,
21;5:2,6,9,13,17,21;
6:2,5,9,13,17,20;7:2,
5;14:7;16:7;112:12;
128:10;141:13;
144:20;145:11

**markings (1)**
73:19

**Marlow (3)**
90:6,10;96:15

**married (2)**
15:8;26:12

**Mason (1)**
59:14

**Mastrogiorgio (1)**
36:16

**maternity (2)**
25:22;26:6

**matter (2)**
89:16;142:1

**may (18)**
3:9;8:15;18:19;
47:20;73:20;74:4,8;
86:3;101:2;107:19;
110:24;116:11;
120:20;122:17;
144:12;149:10;
154:13;159:16

**maybe (4)**
21:9;43:20;74:9;
125:20

**mayor (10)**
88:12,13;90:16;
94:20;95:2,15;98:17,
18;101:24,24

**McCue (3)**
63:19;97:2,21

**McEachin (2)**
65:1;85:24

**McKinney (2)**
100:6,9

**mean (6)**
13:19;42:13;58:9;
89:21;108:15;138:1

**meant (2)**
88:5,6

**medication (2)**
9:2,7

**Medina (4)**
35:11;36:10,10;
50:7

**meet (5)**
144:3;155:4,18;
159:9,14

**meeting (2)**
127:18;156:16

**members (8)**
13:14,16;31:18;
93:2;124:13;128:6;
136:16;144:2

**member's (1)**
134:5

**memorialized (1)**
40:5

**memory (1)**
128:10

**mentioned (7)**

34:2;49:18;50:2;
61:21;76:22;95:5;
111:6

**mentor (1)**
21:9

**mentoring (1)**
122:21

**MESSAGES (1)**
7:2

**met (1)**
141:3

**Michael (1)**
94:23

**middle (3)**
85:19;115:10;
120:15

**midnights (1)**
113:9

**might (2)**
54:11;70:13

**mind (3)**
84:9;87:10;89:11

**mine (1)**
43:4

**minorities (1)**
48:8

**misconduct (1)**
45:13

**misdemeanor (1)**
19:7

**missed (1)**
110:12

**misspoke (2)**
29:21;81:6

**Mitchell (5)**
64:23;70:17,18;
71:1,4

**mocking (1)**
75:24

**modified (6)**
16:2;17:16,18;
23:12;24:1,5

**moment (5)**
79:19;83:12;85:22;
141:17;142:7

**Monday (1)**
25:14

**money (2)**
42:23;89:19

**monitor (2)**
128:5;141:6

**monitoring (3)**
129:1,3,6

**Montega (2)**
79:8;99:9

**month (4)**
58:13,19;102:9;
104:13

**months (32)**

17:19;18:11;23:23;
25:3;27:20;30:4;
41:11;43:21,23;69:7;
84:7;87:5;93:21;
96:22;97:17;98:24;
100:16;101:4,4;
117:14,18;118:4,8;
121:5;122:15;
137:10,22,23;138:9,
10,12;155:10

**Morally (1)**
45:3

**More (16)**
17:2;28:18;39:1;
42:12;43:14;51:18,
19;63:23;71:11;74:9;
89:19;94:10;98:23;
118:22;158:11,12

**morning (1)**
31:20

**Morris (4)**
79:9,12,15,16

**M-O-R-R-I-S (2)**
79:16,17

**M-O-R-S-E (1)**
79:16

**most (5)**
59:3,11,12;117:12,
18

**mostly (1)**
59:23

**motor (3)**
82:9,10;104:4

**Mount (19)**
7:20;9:10,15;12:2,
12;13:4;14:8;21:6;
23:5;48:5,9,12,15,22;
49:7,23;65:5,11;
107:15

**move (3)**
29:9;86:9;136:15

**moved (3)**
37:7;86:10;108:8

**moving (7)**
31:8;34:2,4,6;
119:1;151:18;152:6

**much (6)**
69:5;89:16,18;
119:13;123:15;
153:24

**municipality (1)**
18:23

**must (3)**
119:21;120:1,10

**MV5 (3)**
141:16,18;143:15

**MV93 (2)**
136:18,20

**Myself (7)**

Case 7:15-cv-08594-CS Document 60-20 Filed 01/09/18 Page 50 of 142

SERGEANT ROBERT WUTTKE
November 4, 2016

MURASHEA MIKE BOVELL v.
CITY OF MOUNT VERNON, New York, et al.

64:19;69:23;77:2;
85:8;113:7;129:5;
159:10

**N**

**name (17)**
7:17;9:22;15:6;
20:1;26:10;27:3;
28:12,19;70:4;75:6;
94:10;98:6,8,10;
130:11,11;151:17
**named (2)**
61:17;119:5
**names (7)**
38:21;64:16;75:13,
20;97:5;118:19;
150:18
**narcotic (1)**
45:11
**Narcotics (48)**
29:21;34:19,22,24;
35:2,17;37:6;38:3,8,
24;39:2,3,10,22;41:8;
42:6;44:5,11,22;
45:23;46:3,14;47:10,
24;48:24;50:3;51:1;
54:4;56:2,8,11,16,19;
57:22;58:3,10,11,23;
60:19;61:13;62:13;
65:18;102:22;
114:11,19,22,24;
115:3
**narrowing (1)**
147:12
**necessary (1)**
51:19
**neck (1)**
109:12
**need (3)**
76:14;118:23;
159:2
**needed (8)**
31:12;38:11;40:8;
57:14;62:17;123:11;
136:15;149:5
**negative (3)**
71:3;74:3,6
**neither (1)**
29:13
**New (8)**
12:5;13:3,11;14:9;
18:19,24;27:9;82:2
**next (5)**
12:18;29:9;64:7;
106:8;135:3
**Nick (1)**
79:8
**night (1)**

104:19
**Nine (3)**
17:19;79:2;120:6
**non-Caucasian (2)**
48:21;76:1
**non-Caucasians (5)**
49:22;73:6,21,24;
84:22
**nonconfidential (1)**
24:9
**nonetheless (1)**
117:24
**Normally (1)**
43:23
**northbound (1)**
108:12
**Notary (1)**
7:9
**noted (1)**
160:16
**NOTES (3)**
6:2;139:12;140:15
**notified (1)**
71:18;78:12;109:2
**November (4)**
104:15,17;137:10,
10
**number (18)**
46:4,19;47:6;58:2,
12;59:1;63:5;64:13;
87:5;112:12,13;
132:6,9,21,23;133:6;
145:9;153:21
**numbers (5)**
133:2;149:4;
150:18;152:24;
153:12
**numerous (1)**
74:13

**O**

**oath (1)**
3:10
**Object (4)**
49:8;57:11;58:4;
139:19
**Objection (6)**
48:13;75:10;76:11;
127:2;138:3;147:7
**objections (1)**
3:6
**objectives (2)**
29:1,11
**observations (1)**
39:21
**observe (2)**
48:2;58:24
**observed (3)**

51:18;52:3;53:15
**observing (1)**
39:15
**obtained (1)**
132:23
**occasion (2)**
29:5;31:16
**occupants (1)**
105:9
**occur (2)**
105:3;134:5
**occurred (5)**
17:21;108:4,8,12;
111:1
**October (14)**
66:8;68:5;71:13;
78:7,12,23;80:2,3;
137:11,13,16,21,24;
138:7
**OFF (34)**
4:11;12:7;18:21,
22;23:20;24:1,5;
26:17;27:12;33:6;
38:19;39:21;40:14;
43:11;45:5;52:16,18;
54:14;64:1,3,18;
65:14;75:20;77:5,9;
99:2;109:16;116:14;
117:4;129:10;139:8;
151:22;152:22;
160:14
**off-duty (1)**
16:16
**offered (1)**
123:7
**OFFICE (7)**
5:1;11:17;25:14;
31:11;41:5;42:18;
68:2
**officer (125)**
3:10;7:18;15:3,4,4;
21:10,14,15;30:7;
35:23;36:6,10;43:8;
45:11;46:19;50:6,12,
13,15,19,20;51:3,8,
15,18,23;52:3,7,11,
21;53:16;57:20;
59:20;74:12,23;
80:22;82:8;86:21;
91:4,5,24;92:4;
95:24;96:3;97:21;
99:20;101:9;106:4,9;
109:9,10;112:2,4,15;
113:3,19,22;114:3,9;
115:21;116:9,13;
118:19,20,21,21;
119:7;120:18,20;
121:4;125:8;126:16,
24;127:12;128:18;

129:21;132:2,15;
133:14;134:3;136:4,
12;137:4;139:11,18,
21;140:6,22;141:23;
143:2,7,12;145:3,6,
21;146:3,11,24;
151:21;152:15,17,21;
153:1,13,15,16,17,19,
20,23;154:6,7,8,11,
23;155:2,4;156:9,23;
157:14;158:8;
159:13;160:3,9,10
**officers (39)**
13:20,22;14:17,22;
15:1;16:18;31:1,3;
46:5;47:1,2;48:4,21;
49:2,18,21;50:2;
52:1;60:20;65:10;
75:1,3,22;76:1,3;
79:2,5;92:2;97:16;
109:7;119:8,9;
120:15;121:11;
129:18;149:2,4,24;
156:6
**officer's (2)**
132:21;151:17
**Official (2)**
122:2;146:10
**often (2)**
113:20;116:2
**old (2)**
10:13;121:12
**Olifiers (6)**
33:15,17;34:1;
37:13;56:23;57:16
**once (7)**
38:3;56:7;71:16;
89:5;122:17;129:14;
141:10
**oncoming (2)**
108:16,17
**one (29)**
31:2,18;33:5;
49:11;63:5;64:13;
79:19;88:20;95:5;
98:22;106:13,19;
109:2;111:6;114:1;
119:22;120:24;
121:6;133:18;145:2,
15;149:10;150:23;
153:15,17;158:12,16;
159:16,17
**ones (1)**
38:20
**only (18)**
10:24;12:6;25:14;
62:15;74:13;75:1,20;
120:22;121:4,6;
130:2;133:18;134:5;

137:24;138:11;
147:14;153:15,16
**onto (1)**
105:7
**open (3)**
28:1;37:22;63:10
**opened (1)**
68:3
**opening (2)**
62:17;88:3
**openings (1)**
37:20
**operate (1)**
19:14
**operated (1)**
31:11
**operation (1)**
44:14
**operations (13)**
25:9;27:6,15,19;
29:15;31:10,15;39:9;
42:11;44:9;47:23;
71:19;80:1
**opinion (7)**
49:20;58:9;73:5;
74:9;90:3;92:7;94:3
**opinions (1)**
90:4
**opportunities (1)**
16:23
**opportunity (8)**
39:23;42:6,8;48:2;
50:10,18,21;115:17
**opposed (3)**
74:5;78:20;129:8
**ORDER (10)**
4:2;63:21,22;
64:17;100:14;
112:14;120:14;
128:21;135:20;
157:13
**ordinances (2)**
151:19;152:6
**organizations (1)**
73:23
**originally (2)**
12:9;84:15
**O'Rourke (1)**
118:20
**Ossining (1)**
9:21
**others (2)**
116:9;119:8
**out (47)**
15:5;18:9;24:7;
25:18,22;26:5;29:6,
7;31:11,12,14,19;
39:15;40:8;42:20;
43:7;45:5;56:7,7,11,

Case 7:15-cv-08594-CS Document 60-20 Filed 01/09/18 Page 51 of 142

MURASHEA MIKE BOVELL v.
CITY OF MOUNT VERNON, New York, et al.

SERGEANT ROBERT WUTTKE
November 4, 2016

15;63:6;83:5;84:5,6;
90:7;104:14;110:11;
113:19;120:14,19;
123:7,9;133:11;
134:21,23;138:21;
141:10;142:11,16;
143:8,10;144:10;
154:3;158:18;159:1;
160:3

**outside (1)**
32:13

**over (16)**
8:20;11:24;62:10;
80:10;109:17;
113:12,22;121:15;
141:17;142:6;154:2;
155:8;156:2,17;
157:1;159:15

**overtime (7)**
16:24;17:17;26:17;
27:9,11;114:13,14

**own (9)**
30:11;38:15,18;
39:24;51:4;59:16;
86:24;106:21;147:5

**P**

**Pacino (1)**
118:20

**packet (2)**
40:7,14

**page (1)**
160:5

**pages (4)**
40:7;136:21;
141:16;160:7

**paid (1)**
65:8

**pan (1)**
43:7

**paper (2)**
140:10;154:14

**paperwork (3)**
11:18;68:18;71:20

**pardon (1)**
15:5

**parking (3)**
74:18;151:18;
152:5

**part (5)**
29:2,11,15;114:24;
157:17

**partially (1)**
110:1

**particular (6)**
26:21;53:16;77:12;
83:12;85:22;131:18

**parties (1)**

3:2

**partner (9)**
28:24;29:4;60:1;
80:13;104:9;122:6;
149:22;150:4;157:6

**passed (2)**
69:6;85:6

**past (3)**
135:8,11;136:5

**paths (3)**
114:14;157:5;
158:9

**patient (1)**
11:1

**patients (1)**
10:23

**Patrick (1)**
90:6

**patrol (79)**
11:21,23;12:18;
13:12;15:13,15;
16:12,15,21;17:1,6,9;
18:9;19:14;20:4;
23:9;24:6;25:8,9,13;
26:10,16;27:7,14,24;
28:11,16,17;30:3;
41:12,17,18,23;54:8,
11;55:3;65:23,24;
66:6;71:9,12,14,16,
17,24;78:15,19;79:1;
80:5,7,14,21;81:2,3;
83:6;84:6;91:15,18;
101:20;102:4,14;
104:6;112:5,16;
113:2,6,13;118:14;
119:1,9,14,23;120:4,
10;122:11;123:7;
127:17;128:5;144:10

**patrolling (1)**
21:21

**patrolman (12)**
13:18;24:7;35:12,
19;68:6;69:12;71:22;
72:1,2;80:23,24;
86:21

**patrolmen (1)**
35:16

**pattern (1)**
29:8

**Patterson (1)**
15:4

**Paul (4)**
95:4,20,21;96:9

**pay (3)**
16:19;19:11;27:5

**PBA (7)**
68:17;92:18,21,22;
93:1,3;121:20

**penal (1)**

45:2

**people (35)**
25:18;26:20;28:13;
39:10;43:5;49:24;
50:11;51:22,24;
58:11;63:23;73:4;
75:5,13;76:21,23;
77:6;79:1;89:19;
97:4;118:13;122:17;
129:2,7,8,17,23;
130:23;132:18;
133:9;144:16;149:2;
156:16;159:5,14

**people's (1)**
90:3

**per (6)**
58:12,13,19;59:1;
77:13;151:11

**percent (5)**
98:5;100:6;117:11;
118:19;120:6

**perform (1)**
156:18

**PERFORMANCE (16)**
5:8;6:4,12;115:21;
120:22;121:4,23;
124:3;130:22;131:7;
146:6;155:14,24;
156:19,24;160:1

**performed (1)**
128:17

**performing (3)**
120:18;154:22;
155:1

**performs (1)**
120:11

**Perhaps (1)**
73:17

**period (25)**
43:6;47:8;56:19,
24;58:22;61:16;65:4;
73:12;86:19,24;
92:20;102:21;
117:18;118:3;
119:11;134:4;
135:17,23;137:5,7;
138:6,12;144:24;
152:16;154:12

**permanently (1)**
41:6

**person (16)**
25:21;42:24;43:19;
46:18;74:14;101:9;
106:3,8;116:19;
130:9;132:13;153:4,
7,11;154:6,11

**personal (7)**
130:7,8;142:12,19;
158:10,14,24

**personality (2)**
74:5,9

**Personally (7)**
126:18;127:5;
131:9,10,12,16;
154:21

**PERSONNEL (12)**
4:2;91:21,23,24;
92:1,4;112:14;
116:13;159:2,3;
160:1,8

**perspective (1)**
120:21

**phones (1)**
23:19

**PHOTOCOPY (1)**
4:1

**physical (1)**
124:23

**piece (1)**
140:10

**pinball (1)**
62:19

**Pizzuti (1)**
18:1

**place (5)**
63:3;70:1;82:12;
85:8;128:17

**placed (5)**
10:21;16:2;17:16,
18;81:2

**plain (1)**
29:3

**plain-clothes (2)**
28:8,22

**Plains (1)**
68:23

**Plaintiff's (29)**
4:1,5,8,11,14,17,
20;5:1,5,8,12,16,20;
6:1,4,8,12,16,19;7:1,
4;112:12;128:11;
136:19;141:14;
143:17;144:20;
145:12;159:23

**planning (2)**
26:18,19

**playing (1)**
62:19

**plea (1)**
19:13

**plead (1)**
19:6

**please (4)**
90:1;148:15;149:3;
151:5

**pleased (1)**
25:16

**plenty (1)**

94:10

**Plunkett (3)**
94:23;95:24;96:11

**pm (1)**
160:16

**point (42)**
8:14;15:9;18:14;
25:5;26:12,14;27:21;
32:18;33:18;34:18;
40:14,18,23;58:14;
61:21;62:12;70:19;
71:13;73:2;77:18;
78:1,17;83:3;88:24;
92:12;102:11;104:2;
108:20;112:4,8;
113:3,12,18;114:20;
115:13,20;116:4;
119:6;120:2;126:20;
131:17;144:6

**pointing (1)**
139:10

**POLICE (57)**
5:2;7:20;9:10,15;
11:13;12:1,5,6,11;
13:4,4,22;14:8;15:3,
3,4;16:17;17:13,20,
22;18:1;21:6,15;
23:5;30:7;31:1,2;
49:18;50:12,13,14;
60:20;68:4,6;74:12,
19,23,24;75:3;82:7;
84:17;86:21;91:4,5;
106:1,4,9;107:15;
109:10;118:19,20,20,
21;121:11;130:10,11,
15

**policies (4)**
44:19;45:8;116:21;
135:8

**policy (27)**
40:2;42:16;43:9;
44:21;100:19;
117:22,24;119:19,23;
120:8,13;128:8,16;
129:22;133:16,24;
134:2,3,17;135:15;
136:7;139:24;
140:11;144:3,17;
155:21,22

**politically (1)**
28:19

**portion (6)**
23:21;56:5;120:23;
134:2;141:16;144:1

**position (27)**
9:24;17:12;26:7,9;
27:6,7,10;28:1,7,21;
30:10;37:24;38:1;
41:2,17;64:10;66:5;

Case 7:15-cv-08594-CS    Document 60-20    Filed 01/09/18    Page 52 of 142

SERGEANT ROBERT WUTTKE                                    MURASHEA MIKE BOVELL v.
November 4, 2016                                          CITY OF MOUNT VERNON, New York, et al.

78:2,14;80:9;91:22;
113:2;116:20;119:1;
122:10,16;146:15
**positions (2)**
37:19;63:10
**positive (1)**
10:7
**possession (1)**
39:2
**possible (7)**
39:15;123:14;
126:24;154:1,1;
158:23,24
**possibly (3)**
30:12;100:9;
156:18
**posted (2)**
37:20;133:4
**potential (1)**
40:9
**preceding (3)**
118:7;119:11;
120:21
**predominantly (1)**
10:5
**pre-marks (1)**
42:23
**presence (1)**
49:19
**present (8)**
49:1;51:14;53:6;
94:7,8;102:18,22;
121:15
**presently (3)**
100:11,19,20
**president (4)**
92:19,21,22;93:3
**pretty (3)**
42:19;63:22;
119:13
**previous (1)**
18:15
**primarily (1)**
59:21
**primary (3)**
29:5,6;60:1
**print (2)**
133:11;134:21
**printed (1)**
134:23
**PRINTOUT (4)**
5:12,16,20;7:1
**prior (17)**
23:2;27:7;33:17;
84:7;91:1,13,14;93:3,
11,15;114:2;119:1;
120:18;143:2;
144:13;154:22;
160:11

**prisoner (1)**
31:19
**probation (2)**
116:11;117:4
**probationary (3)**
118:3;119:17,20
**procedurally (1)**
40:6
**procedure (7)**
40:2;42:16;44:21;
100:19;119:20;
120:13;155:22
**procedures (4)**
44:20;45:8;116:21;
145:22
**proceeding (1)**
68:20
**proceedings (2)**
27:16;81:1
**process (4)**
43:18;98:21;
156:12;157:17
**producer (2)**
59:7,8
**production (1)**
132:2
**productive (5)**
58:1,12,21;154:12,
14
**productivity (23)**
59:8;125:9,10,22;
130:19;131:1,6,20;
146:13,13;147:15,16,
21,23;148:4;149:3;
151:21;152:4,5,23;
153:6,14;154:8
**professional (1)**
114:4
**programs (1)**
32:16
**promote (2)**
88:10;90:14
**promoted (35)**
62:20,23;64:1,3,18,
24;65:14,16,19;
69:22;76:20,22,24;
77:2,9,10,14,15,17,
18;78:6;87:4,13,14,
19;89:8;90:11;91:13;
92:23;93:11,15;
95:17;102:6,8;113:2
**promotion (5)**
78:9;90:5;91:1;
92:14;94:18;102:7;
113:16
**promotions (1)**
123:22
**pronounce (2)**
98:5,9

**pronouncing (1)**
98:8
**properly (1)**
135:20
**property (1)**
95:23
**protocol (2)**
32:4;102:6
**provide (5)**
90:1;127:22;
148:15;150:12;151:5
**provided (6)**
32:21;87:4;124:9;
125:15;152:9;153:14
**providing (1)**
33:7
**psychiatric (2)**
9:19;10:6
**Psychology (1)**
11:11
**Public (1)**
7:9
**pull (1)**
123:12
**pulled (1)**
123:13
**purchased (1)**
43:20
**purchaser (1)**
44:10
**purchasers (1)**
44:23
**purpose (4)**
46:22;117:2;124:1,
3
**purposes (2)**
44:22;52:22
**push (1)**
159:7
**put (7)**
18:9;45:5;50:10;
55:4;85:7;109:12;
130:2
**putting (3)**
55:7,9;84:5

**Q**

**qualification (1)**
124:21
**qualifications (4)**
124:14,17,18,19
**quality (1)**
13:13
**quell (1)**
29:8
**query (1)**
132:15
**quickly (2)**

43:16;154:1
**Quinn (1)**
69:9
**quota (2)**
47:7,7

**R**

**race (2)**
9:12;75:9
**racial (6)**
48:3,19,19;52:4,
12;84:21
**racially (1)**
84:22
**racing (2)**
16:17;23:3
**racist (10)**
49:11;73:5,16;
74:5,10,17;75:8,14;
76:8,9
**radio (1)**
23:18
**raises (1)**
123:22
**ran (1)**
138:5
**randomly (1)**
63:21
**range (2)**
10:9,10
**rank (5)**
13:17;21:8;30:6;
68:6;70:18
**rather (1)**
74:10
**Raynor (2)**
98:18;102:1
**RCIU (1)**
93:17
**read (2)**
111:4;142:6
**reading (3)**
19:3;138:4;142:15;
160:3
**ready (1)**
84:9
**realize (1)**
158:14
**really (6)**
59:9;89:21;98:5;
121:24;123:15;158:6
**reason (4)**
44:13;45:19;73:14;
107:18
**reasonably (1)**
51:19
**reassign (1)**
57:17

**reassigned (30)**
16:12,15;20:3;
27:22,24;41:2,12,17;
47:20;54:11;56:7,11;
57:1,6,8,11,14;62:9;
68:5;71:12,18,23;
83:5,10;84:4,6;85:4;
86:1,4;102:4
**reassigning (2)**
26:20;86:18
**reassignment (2)**
25:8;84:8
**reassignments (1)**
123:23
**recall (17)**
8:3;23:7;26:4;
38:22;71:5;76:23;
79:7;108:9;112:21;
114:17;116:15;
118:10;142:5;
150:23;151:10,20,22
**recap (1)**
79:24
**receive (11)**
19:10;23:3;31:23;
32:6;99:6;100:15;
122:20;126:22,23;
140:7;150:8
**received (15)**
19:17;32:3;39:18,
19,19;90:2;94:2;
101:15,17;102:12;
129:14;140:6;
150:19,21;151:9
**receiving (1)**
142:3
**recently (2)**
94:14;95:14
**Recess (1)**
76:17
**recognize (4)**
144:20;145:12,14,
16
**recognizing (1)**
32:3
**recollection (7)**
75:7;112:15;
113:24;142:8,22;
158:15;159:19
**recommendation (5)**
40:11,17;102:3;
141:5;145:20
**recommendations (2)**
140:20;145:23
**recommended (1)**
116:22
**record (5)**
9:11;52:16,18;
130:12;160:14

Case 7:15-cv-08594-CS   Document 60-20   Filed 01/09/18   Page 53 of 142

MURASHEA MIKE BOVELL v.                                    SERGEANT ROBERT WUTTKE
CITY OF MOUNT VERNON, New York, et al.                     November 4, 2016

**recorded (2)**
42:23;136:10
**records (6)**
46:4;130:5;131:19,
21;135:1;144:2
**recreational (2)**
9:18;10:2
**red (1)**
46:12
**referred (3)**
46:2,7;80:20
**referring (1)**
143:21
**reflected (1)**
154:8
**refresh (3)**
112:14;142:7;
159:18
**refusal (1)**
19:1
**regard (1)**
10:4
**regarding (3)**
16:17;144:12;
146:11
**regards (2)**
32:1;155:6
**registered (2)**
40:14;42:15
**registering (1)**
40:4
**regs (1)**
45:1
**regular (2)**
8:17;24:7
**regularity (1)**
113:22
**regularly (1)**
106:18
**regulations (2)**
133:21,23
**relation (2)**
108:6;148:20
**relationship (4)**
21:11;37:7;90:24;
91:2
**relatively (2)**
39:5;43:16
**reliable (1)**
40:13
**Rella (1)**
21:15
**remain (3)**
10:21;25:1;102:14
**remained (2)**
24:6;71:17
**remarks (3)**
48:20,20;49:5
**remember (40)**

12:7,22;15:7;18:2,
5,11;19:4;26:13;
38:19;41:21;44:12,
16;57:19;63:7,24;
79:23;98:2;99:19,21;
100:4;104:12,13,15;
106:3,8;108:13;
109:7,9;112:8;
118:22;129:10;
141:23;148:19;
152:22;157:21;
158:6,6,17,18;159:16
**repeat (2)**
16:13;138:4
**rephrase (4)**
8:9;58:8;94:5;
158:7
**replaced (1)**
40:23
**REPORT (27)**
4:9;26:22;33:14;
66:2;72:3;74:20;
80:11;130:10,11,19;
132:12,12,16;136:2,
20,22,24;137:18;
140:8,9,17;141:16,
18;143:1;144:22;
145:21;153:7
**reported (2)**
67:22;143:7
**reporter (1)**
8:13
**reporting (1)**
132:20
**reports (5)**
23:18;131:6;132:9,
11;147:16
**represent (1)**
7:17
**REQUEST (11)**
4:6;33:21;34:21,
23;37:11,12;61:9;
148:23;149:8,18;
150:1
**requested (9)**
36:24;86:8;90:15,
22;128:2;148:17;
150:15;151:1,7
**required (1)**
157:14
**requirement (6)**
124:11,16,22;
125:1,3;155:17
**requirements (1)**
144:3
**requires (1)**
120:9
**resentment (1)**
142:12

**reserved (1)**
3:7
**resided (1)**
10:24
**residential (1)**
10:14
**residential-type (1)**
10:20
**resign (1)**
92:22
**resolve (1)**
19:5
**respect (13)**
32:3;40:3;42:17;
43:3;107:14;126:6,
15,23;136:10;
140:20;144:8;
145:20;153:19
**respective (1)**
3:2
**respond (1)**
150:20
**responded (2)**
34:12;106:1
**responding (2)**
8:6;109:8
**response (7)**
14:5;16:5;70:6;
150:8,17,20;154:20
**responsibilities (8)**
10:4;13:9;23:11;
26:15;28:6,20;38:7;
77:20
**responsibility (2)**
156:7,8
**responsible (4)**
19:16,18;33:7;
122:12
**rest (2)**
8:16;63:24
**restroom (1)**
76:14
**result (4)**
19:12;136:11;
140:11,22
**resulted (1)**
16:14
**return (1)**
15:15
**returned (1)**
112:5
**returning (2)**
17:6,9
**reverse (1)**
44:14
**review (3)**
144:1,15;156:10
**reviewed (4)**
123:16,18,20;

160:11
**reviewing (2)**
137:17;145:19
**revised (1)**
128:13
**Rice (1)**
75:20
**Richard (5)**
94:21;95:10,14,16;
96:7
**right (20)**
9:2;45:4;52:20;
60:5;65:14;67:8;
83:18;84:19;87:24;
90:7;98:1;101:1;
104:23;112:11;
119:19;140:13;
146:14;154:19;
158:4;159:22
**rise (1)**
45:9
**risking (1)**
43:12
**road (1)**
154:3
**roads (1)**
105:8
**Rob (3)**
63:20;64:5;157:6
**ROBERT (8)**
7:8;26:23;27:4;
28:5;35:22;122:9;
150:5,6
**Roland (10)**
19:24;26:24;27:1,
2;83:13,14,15;95:4,
20;96:9
**R-O-L-A-N-D (1)**
20:2
**roll (4)**
67:23;68:1;70:3;
131:19
**rookie (1)**
153:24
**room (1)**
23:18
**rotating (1)**
113:9
**roughly (1)**
122:14
**Rucci (1)**
65:2
**rule (1)**
153:18
**rules (4)**
45:1,14;133:21,22
**ruling (1)**
71:22
**rumor (4)**

54:13;69:10,13;
92:8
**run (5)**
130:18;131:6;
132:12,15;148:3
**run-of-the-mill (1)**
49:16

# S

**safety (1)**
43:13
**Sakouski (1)**
26:13
**Sale (1)**
39:2
**sales (1)**
39:8
**saluted (1)**
70:3
**same (25)**
3:3,11;16:23;18:8;
28:12,13;32:24;70:9;
77:10;95:1,20;96:4;
97:11;98:14;113:5;
116:23;117:1;
122:10;146:21;
149:24;157:22,24;
158:1,21;159:6
**sanctioned (2)**
45:18,18
**sat (2)**
59:3;134:14
**Saturdays (1)**
134:6
**saw (2)**
53:8;158:11
**saying (2)**
8:14,19;62:20;
142:9
**scan (1)**
110:20
**scenarios (2)**
42:7,10
**scene (1)**
105:21
**schedule (1)**
137:4
**schedules (1)**
113:20
**Scheduling (2)**
26:17,19
**Scott (9)**
63:20;64:5;122:9;
146:9;150:5,6;
151:13;157:6;159:14
**Scott's (1)**
151:14
**SCREEN (6)**

SERGEANT ROBERT WUTTKE
November 4, 2016

Case 7:15-cv-08594-CS    Document 60-20    Filed 01/09/18    Page 54 of 142

MURASHEA MIKE BOVELL v.
CITY OF MOUNT VERNON, New York, et al.

5:13,17,21;133:12,
13;134:18
**sealed (1)**
68:2
**sealing (1)**
3:3
**Sean (2)**
64:19,23
**search (5)**
30:15;32:5;38:8;
51:2,9
**searched (3)**
135:22,24;136:1
**searching (1)**
138:6
**seat (1)**
110:5
**second (5)**
63:16;126:18;
141:15;149:11;158:2
**secretary (1)**
91:3
**section (4)**
67:7;132:20;134:7,
9
**sections (3)**
133:20;134:10,11
**sector (1)**
80:20
**secure (1)**
11:2
**seeing (3)**
106:3,8;156:17
**seek (2)**
118:6;120:19
**sell (2)**
44:17,22
**seller (1)**
44:9
**selling (2)**
42:20;43:1
**seminars (1)**
32:12
**send (1)**
109:22
**sense (1)**
123:15
**sent (5)**
55:3;144:10;
148:12,20;154:20
**sentence (1)**
144:14
**separately (1)**
59:19
**September (1)**
113:20
**SERGEANT (60)**
7:8;21:19,22;
30:18;31:5;32:11;

35:3;36:2;37:3;
39:19;40:18,22;
41:14,15,20,22;
47:11,13;48:18;49:4;
54:7;55:10;56:1;
60:9,9,15,18;61:9,12;
62:24;65:23;66:6;
69:12,22;70:4,7;
71:17,21;75:19;
76:20;77:2;78:15,19;
79:1;85:23,23;87:19;
101:22;102:6,15;
113:3,6,7;119:2,23;
122:7;146:9;151:13,
14;159:13
**sergeants (5)**
65:10,24;120:4;
123:8;144:10
**sergeant's (6)**
63:1,2,4;64:4,7;
65:15
**served (2)**
23:22;99:24
**services (2)**
146:12,20
**serving (1)**
152:15
**set (2)**
116:16;119:18
**setting (1)**
10:20
**Seven (2)**
120:6;158:19
**Seven-and-a-half (1)**
30:5
**several (6)**
23:23;25:3;75:5;
86:16;143:23;144:2
**Sexton (1)**
64:22
**shall (2)**
3:7;136:17
**sheet (1)**
133:1
**shield (21)**
87:4;88:18;89:9;
90:2;92:10;94:2;
95:22;96:23;97:9,11,
17,22;98:11,24;99:6;
100:15,18;101:16,17;
102:9,12
**shields (4)**
87:23;89:20;98:15;
100:10
**shift (3)**
113:9;143:9,10
**shifts (1)**
110:12
**short (3)**

43:6;101:8;102:20
**shorten (1)**
8:10
**short-term (1)**
39:6
**show (8)**
112:11;128:10;
136:19;141:13;
143:17;144:19;
145:11;159:22
**shows (1)**
144:2
**shy (1)**
11:5
**Sick (47)**
125:9,21;126:6,11,
16,19,24;127:6;
128:6,8,22;129:1,4,
19,24;130:3,7;
131:18;132:18;
133:8,16,22;134:15,
17;135:5,8,11,12;
136:5,6;138:21,21;
139:24;140:11;
141:2,4;142:11,14,
16;143:1;144:2,3,17,
22;145:6,21,22
**side (1)**
109:17
**sign (1)**
108:19
**signature (1)**
157:14
**signed (2)**
3:9,11
**significant (1)**
119:14
**significantly (1)**
116:21
**signing (1)**
117:4
**Sikoryac (2)**
106:9;109:11
**S-I-K-O-R-Y-A-C (1)**
106:11
**silly (1)**
116:3
**similar (2)**
119:22;157:22
**Sincerely (1)**
68:6
**sit (6)**
11:17;117:6;
151:20;155:7;156:1,
24
**situation (3)**
39:17;45:9;140:21
**six (8)**
10:12;40:7;137:10,

22,23;139:9,10,12
**six-month (3)**
134:4;135:17,23
**slippery (1)**
105:7
**Smith (4)**
15:7;50:13;60:24;
79:8
**snowing (1)**
104:14
**social (2)**
91:2;114:4
**solid (1)**
114:19
**Somebody (6)**
37:15;49:10;55:4;
61:18;99:18;142:11
**someone (18)**
21:7;31:21,22;
34:22;37:23;42:20,
21,24;61:11;62:16;
73:20;74:8;76:8;
84:3,6;127:8,9;139:5
**someone's (1)**
75:9
**sometimes (1)**
8:8
**somewhere (2)**
27:22;134:22
**sorry (21)**
16:13;24:5;34:23;
41:3;42:8;79:13;
81:5;83:22;85:24;
88:4;91:6;92:3;95:5;
97:23;114:7;126:9;
137:15;138:5;
149:10,15;156:7
**sought (2)**
123:6,9
**southbound (1)**
108:11
**speak (2)**
87:12;126:21
**speaking (2)**
17:3,5
**special (1)**
26:19
**specific (7)**
29:1;42:12;43:14;
71:11;114:15;
132:12;144:24
**specifically (5)**
39:1;47:6;107:2;
146:4;147:13
**speculate (2)**
8:2;54:12
**speculation (5)**
69:11,14;70:12;
92:16,18

22,13;39:9,10,12
**spell (8)**
12:20;20:1;50:16;
64:21;79:10;95:11;
106:5,10
**spend (3)**
101:3,12;110:17
**spent (1)**
34:14
**spoke (5)**
53:6;122:6;126:21;
128:24;146:8
**spot (3)**
37:16;88:2,3
**spring (5)**
12:24;14:23;18:8;
57:2;158:22
**squad (24)**
24:6;27:14;70:2;
71:24;79:3,5;80:7;
81:3;83:6;86:5,15;
89:7;101:2,3,11;
112:19,21;113:4,5,7,
10;117:21;121:12,14
**squads (2)**
113:8;123:23
**stabilize (1)**
11:1
**stamp (1)**
143:18
**stamped (5)**
112:13;128:11;
136:21;141:15;
159:23
**stand (3)**
13:24;14:1,4
**Stanley (1)**
75:19
**Starace (2)**
63:19;64:5
**start (3)**
8:16,24;156:12
**started (3)**
21:5;23:5;65:18
**starts (1)**
142:16
**state (7)**
9:12;13:3,11;14:6,
7,9;77:13
**statements (1)**
75:4
**States (2)**
12:6;136:16
**statistics (1)**
152:23
**stats (4)**
46:23;47:2;123:12,
12
**status (1)**
124:5

Case 7:15-cv-08594-CS    Document 60-20    Filed 01/09/18    Page 55 of 142
MURASHEA MIKE BOVELL v.                          SERGEANT ROBERT WUTTKE
CITY OF MOUNT VERNON, New York, et al.                        November 4, 2016

**stay (5)**
56:6;57:4;66:4;
80:6;85:15
**stayed (2)**
18:11;62:15
**Stella (1)**
36:15
**step (1)**
135:3
**steps (4)**
128:21;129:15;
134:20;146:4
**Steven (1)**
64:22
**stick (1)**
90:7
**still (13)**
21:16,23;28:15;
30:6;41:19;46:13;
50:5;83:16,19;86:6;
102:16;112:23;
127:20
**STIPULATED (3)**
3:1,5,8
**Stony (1)**
9:23
**stop (4)**
108:19,19,21,22
**street (21)**
13:4,7,8,15,15,16,
20;24:7;28:8,9,15,17,
22;30:23;31:24;32:7,
8;39:7;43:11;45:5;
105:7
**street-level (1)**
44:3
**strengths (1)**
156:3
**structure (1)**
117:1
**Stufano (5)**
55:10;56:1;63:20;
64:6;85:23
**S-T-U-F-A-N-O (1)**
55:11
**subject (1)**
141:24
**subjected (1)**
27:16
**subjecting (1)**
45:10
**submit (3)**
136:17,24;157:13
**submitting (1)**
157:20
**subordinates (3)**
116:8;122:24;
129:1
**Subs (1)**

134:9
**Subsection (1)**
134:13
**substance (8)**
111:8;128:4;
141:24;145:17;
148:23;149:1;
150:17;151:10
**substantially (1)**
121:24
**suggestion (2)**
126:4;155:17
**Summer (1)**
29:19;35:5;36:1;
57:2;78:4;158:22
**summons (6)**
74:18;109:4;125:9;
146:12;147:22;149:3
**summonses (8)**
131:13,15;146:24;
147:17;151:11,18;
152:2,5
**Sundays (1)**
134:6
**supervise (2)**
78:16;79:1
**supervised (15)**
33:16,19;56:21;
117:18;118:7;119:4;
120:20,23;121:5,6,
24;122:14;133:9;
155:10;159:15
**supervising (15)**
60:18;117:14;
118:14;119:21,24;
129:2,24;130:23;
132:19;133:15;
152:19,20;153:8;
156:16;159:5
**supervision (3)**
112:2;113:22;
149:2
**supervisor (31)**
20:4;21:7;30:13,
15,17;40:11,15,16,
21;41:5,18,23;45:19;
60:8;69:19;84:14;
85:20;116:12;117:4,
20,21;118:24;120:2,
10,20;122:11;133:3;
156:2,7,8,15
**supervisors (5)**
121:10,22;127:17;
128:5;136:17
**SUPERVISOR'S (4)**
4:8;136:20;140:8,9
**supervisory (1)**
113:11
**supplied (1)**

39:14
**support (2)**
146:12,20
**supposed (1)**
129:3
**sure (19)**
8:2,8;12:7;33:18;
59:2;63:22;83:2;
98:5;100:6;107:17;
114:12;116:19;
117:7;120:7;124:11;
135:13;141:6;156:8;
159:1
**surrounding (1)**
16:11
**surveillance (1)**
38:9
**suspect (1)**
130:8
**suspects (3)**
130:16;132:1;
147:13
**suspend (1)**
19:20
**suspended (1)**
19:23
**suspension (1)**
19:11
**suspicions (1)**
110:24
**SUV (1)**
106:13
**SWEENEY (20)**
48:13;49:8;52:16;
58:4,14;73:11;75:10;
76:11;78:17,20;
97:14;127:2,23;
131:9;138:3;139:19;
147:7;148:15;
150:12;151:5
**sworn (3)**
3:9,11;7:9
**system (14)**
113:5;121:13,14,
15;129:19;130:1,4,5,
13;131:17;132:18;
134:16;147:5;153:15

**T**

**tacking (2)**
139:5,7
**tactics (1)**
33:4
**talk (7)**
54:10;55:2;87:20;
89:13;90:9;131:22;
155:7
**talked (7)**

28:9;59:5,9;81:8;
102:23;119:19;
147:11
**talking (9)**
8:20;35:4;39:4,7,9;
74:21;94:6;152:2,4
**tantrum (1)**
10:9
**Targeted (2)**
14:5;142:10
**targeting (3)**
39:9,12;44:10
**task (9)**
27:24;28:11,16,17;
29:6,6,9;30:3;47:21
**tasks (1)**
117:17
**tattoos (1)**
73:19
**team (1)**
51:4
**technically (1)**
141:3
**ten (7)**
17:19;58:18,18,20;
66:1;79:2,21
**tenure (1)**
47:21
**term (2)**
42:19;151:16
**termination (1)**
116:22
**test (2)**
12:15;105:16
**testified (4)**
7:10;131:1;140:13;
158:10
**testify (1)**
78:6
**testimony (5)**
93:8,12;147:3,8,14
**therapist (2)**
9:18;10:2
**thereafter (1)**
23:24
**thinking (1)**
76:9
**third (3)**
63:16;105:7;
141:16
**Thomas (3)**
94:21;95:2,15
**though (2)**
73:11;95:4
**thought (3)**
28:18;42:18;85:9
**Three (15)**
13:10;79:21;
110:12;114:1;121:1,

7;122:15,18;134:4;
137:6,15,18;138:12,
23;158:12
**throughout (1)**
73:13
**Thursday (2)**
98:24;158:1
**thus (1)**
153:16
**ticket (1)**
75:1
**timeframe (1)**
35:18
**timely (2)**
157:8,8
**times (10)**
10:18;51:17;74:13;
77:7;106:17;114:12;
137:6,15,18;138:23
**tires (1)**
107:10
**title (15)**
17:10;30:20;31:4;
41:7,10,13,13,19,22;
62:1;82:8;86:20;
92:4;144:5;146:17
**today (1)**
9:3
**together (6)**
51:3,6;59:15;60:2;
114:15;156:9
**told (8)**
19:22;34:6,9;47:5;
57:14;68:17;86:17;
98:22
**took (6)**
63:2;129:17;135:3;
143:1;158:10,24
**top (9)**
12:7;33:6;38:19;
75:21;99:2;129:10;
143:24;151:22;
152:22
**topic (1)**
89:8
**topics (2)**
32:24;33:2
**total (1)**
138:23
**tour (8)**
67:22;104:18,19;
138:24;139:1,2,7;
143:3
**tours (3)**
25:14;37:8;113:8
**toward (6)**
49:6;73:6,21,24;
74:10;127:14
**towards (1)**

Case 7:15-cv-08594-CS   Document 60-20   Filed 01/09/18   Page 56 of 142

SERGEANT ROBERT WUTTKE
November 4, 2016

MURASHEA-MIKE BOVELL v.
CITY OF MOUNT VERNON, New York, et al.

49:21;84:22;
127:12;142:12
**TRACI (17)**
12:19;13:2,24;
14:1,10,17,23;15:9,
15;16:20,24;17:11;
18:7,9,12;23:6;28:10
**T-R-A-C-I (1)**
12:21
**traditionally (1)**
80:21
**traffic (3)**
13:12;108:16,18
**training (24)**
21:10,14;31:23;
32:2,13,16,20;33:8,9,
10;80:22;122:20;
124:20;152:16,21,24;
153:4,9,13,19,23;
154:2,6,10
**trainings (1)**
32:23
**transfer (2)**
113:14,15
**transferred (5)**
33:22;56:7;112:16;
113:13;119:9
**transported (1)**
105:20
**trapped (1)**
109:14
**treatment (3)**
49:5;110:19;142:4
**trial (1)**
3:7
**tried (1)**
159:11
**Trooper (4)**
13:11;14:7,7,9
**try (5)**
8:9,20;29:8;84:6;
158:21
**trying (8)**
8:11;15:5;39:11;
41:3;83:11;94:18;
97:4;126:17
**turn (3)**
105:7;112:1;159:8
**turning (3)**
108:14,15;157:19
**turnover (2)**
65:3,5
**twice (1)**
122:18
**two (42)**
11:24;12:7;18:13;
21:7,20;35:14;38:5;
40:20,23;41:7,9;
45:23;47:12,18;

49:21;50:5;58:23;
59:6,10;61:15;64:12;
69:7;90:7;109:7;
114:1,19;115:16;
117:14,18;120:24;
121:5,7;122:14;
134:10,10,12,12;
136:21;155:9;
158:11,12;160:7
**two-and-a-half (1)**
121:5
**two-man (1)**
80:21
**type (15)**
10:17;21:10;29:8;
44:14;45:9;46:16;
68:12,13;106:12,13;
107:7;124:18;130:6;
147:11;149:9
**typed (1)**
132:21
**types (4)**
32:5;38:22;43:1;
74:15
**TYPEWRITTEN (1)**
5:5
**typically (2)**
116:5,19

**U**

**ultimate (1)**
10:6
**ultimately (5)**
26:9;62:10;97:10;
123:16,18
**unconscious (3)**
105:12,24;107:22
**under (26)**
15:14;30:14;31:6;
34:3;37:2;38:5;
51:19;56:10;67:18;
69:24;70:24;74:16;
85:17;90:22;95:14;
98:21;100:19;101:7;
110:24;111:7;
120:16;128:6;144:3;
149:2;151:12,12
**Undercover (6)**
28:23;29:3,13;
43:8,15;44:6
**undercovers (2)**
29:11,15
**understood (2)**
8:5;97:18
**undispatched (2)**
152:10,13
**unfair (1)**
142:4

**unfairly (2)**
142:2,10
**uniformed (1)**
13:2
**unique (3)**
132:21,23;133:1
**unit (117)**
12:19,23;13:2,2,5,
15,16,21,23;14:11,
12,13,18,23;15:2,10,
15;16:20,24;17:11;
18:7,9,12;23:6;28:9,
10,15,18;29:18,23;
30:1,13,19,23;31:7,
11,24;32:8,9,19;33:9,
11,14,21;34:5,8,15,
18,19,22,24;35:2,6,
14,17;36:24;37:3,9;
38:4;39:14,23;40:21;
41:8;42:6;44:5,10;
45:24;46:3,6,14,22;
47:2,10,11,24;49:1;
50:3;54:4,6;56:2,7,
11,16,19,22;57:1,5,
22;58:3,10,11,23;
59:5,21;60:6,19,21;
61:10,11,13;62:13,
15,18;65:18;85:12;
86:2,15,16,20;93:18;
102:22;104:24;
107:1,3,5;114:19;
115:4
**United (1)**
12:6
**units (4)**
31:19;37:19;62:16;
115:16
**University (1)**
11:9
**unofficial (1)**
146:10
**unwritten (1)**
153:18
**up (26)**
10:13;18:14;23:5;
31:8;34:2,4,6,9;
38:11;47:21;55:6,9;
59:22;60:18;68:3,22;
73:1;77:13;81:5;
84:15;89:7;114:14;
122:20;135:19;
139:23;141:11
**updates (1)**
33:4
**use (10)**
29:14;43:11,15;
44:21;51:18,23;
76:14;107:11;
116:23;122:23

**used (4)**
43:16;121:12;
125:14;146:5
**using (3)**
43:8,9;44:6
**usual (1)**
102:6
**usually (1)**
75:23
**utilize (1)**
29:10

**V**

**vacation (10)**
41:4;131:19;157:5;
158:4,10,13,20,22,
23;159:1
**vacations (2)**
26:18;41:1
**valid (1)**
140:15
**value (1)**
89:23
**varied (1)**
13:10
**varies (1)**
33:5
**various (1)**
37:19
**vehicle (11)**
14:7;82:9,10;
104:4;107:8,9;108:3,
9,10,11;109:4
**vehicles (2)**
107:14,16
**vent (1)**
10:8
**verbal (1)**
18:16
**Vernon (19)**
7:20;9:10,15;12:2,
12;13:4;14:8;21:6;
23:5;48:5,9,12,15,22;
49:7,23;65:6,11;
107:15
**versus (1)**
27:6
**view (2)**
74:10;133:12
**Viewed (2)**
133:13;134:15
**village (1)**
12:15
**Vincent (1)**
66:3
**Vinny (4)**
63:19,20;64:5,6
**violate (2)**

133:24;134:3
**violated (2)**
134:17;135:8
**violating (1)**
45:10
**violation (18)**
44:21,24;45:2,12,
13;129:7,8,21;
133:16;136:6,17;
138:20;139:23;
140:11,23;144:17;
145:22;160:8
**violations (5)**
135:15;151:18,18;
152:6,6

**W**

**wait (3)**
8:21,23;58:8
**waited (1)**
109:13
**waiting (1)**
62:20,23
**waived (1)**
3:4
**walked (2)**
67:24;68:1
**walk-in (1)**
23:18
**warrant (1)**
51:2
**warrants (7)**
30:15;32:5;38:9,9,
10;51:9;132:7
**way (8)**
10:13;50:10;73:18;
121:9;123:14;
132:15;135:7;137:20
**ways (1)**
10:7
**weaknesses (1)**
156:3
**wearing (1)**
110:5
**week (9)**
13:11;58:16;139:1,
2,3;155:24;158:2,12;
159:12
**weeks (15)**
30:2;31:13;34:14;
43:24;44:1;56:9,22;
60:7;62:14,16;114:1;
121:1,7;122:18;
158:12
**Wendel (2)**
98:4,4
**weren't (5)**
25:19;43:10;57:4;

Case 7:15-cv-08594-CS   Document 60-20   Filed 01/09/18   Page 57 of 142

MURASHEA MIKE BOVELL v.                                          SERGEANT ROBERT WUTTKE
CITY OF MOUNT VERNON, New York, et al.                           November 4, 2016

76:2;89:20
**Westchester (4)**
 12:9,12,15;43:8
**what's (13)**
 46:2;95:13;109:6,
 6;112:11;124:1;
 128:10;135:3;140:2;
 141:13;144:19;
 145:11;146:15
**wheels (3)**
 109:16,18,20
**whenever (1)**
 158:20
**wherein (1)**
 49:19
**whiplash (1)**
 110:14
**White (7)**
 9:13;68:23;74:14;
 76:3;96:10,12,16
**whole (2)**
 21:20;41:9
**who's (3)**
 64:15;94:17;122:8
**whose (4)**
 61:8;77:20;112:21;
 121:17
**wife (1)**
 99:10
**Williams (1)**
 118:21
**willing (2)**
 26:6;85:10
**windshield (2)**
 109:23;110:1
**Winter (6)**
 82:13,13;104:3,14;
 107:11;158:22
**withdrawn (13)**
 14:21;17:4;36:1;
 62:13;83:4;87:11;
 92:21;94:1;107:1;
 125:6;137:2;147:10;
 156:22
**within (17)**
 3:9;44:4;46:3,5,14,
 17;47:7;48:5;49:2,6,
 22;52:7;59:5;75:7;
 77:10;90:9;159:12
**without (2)**
 10:9;19:11
**WITNESS (4)**
 76:13;97:18;
 127:24;150:13
**wits (1)**
 85:8
**word (1)**
 84:5
**words (15)**

13:17;19:13;30:10;
 37:20;40:22;45:12;
 50:4;61:9;113:21;
 125:20;131:12;
 153:2;154:10;156:1;
 159:6
**work (40)**
 9:14;11:4,6;13:15;
 14:12,13;28:8,22,23,
 24;29:4,14;30:9;
 31:9;47:22;50:11,18,
 21;59:15,22,23;65:9;
 67:22;71:6;80:13;
 84:16;85:10;90:12;
 91:10;92:11;95:21;
 110:11;114:12,15;
 115:17;138:21;
 143:7;158:8,16,19
**worked (38)**
 9:18;13:3;21:19,
 20;24:6;25:14;28:10;
 31:12;35:23;48:24;
 51:1,4,5,7;59:19;
 60:2;61:16;73:1;
 80:19;84:15;91:3,6;
 93:17,17;95:18;96:1,
 20,21;99:12,23,24;
 100:15;113:9;
 114:13,18,22;124:2;
 137:8
**working (21)**
 30:12,14;37:8;
 53:13,17;54:1,2;
 59:22;78:24;80:14;
 82:7;100:11,20;
 104:19;114:11,14;
 115:13;142:20,24;
 143:2,3
**works (1)**
 146:17
**workup (1)**
 110:21
**workweek (1)**
 134:6
**write (1)**
 134:22
**write-up (2)**
 140:7,7
**writing (2)**
 74:18;155:14
**written (15)**
 18:16;43:10;74:20;
 117:22;120:8,12;
 122:23;130:10;
 132:12;139:23;
 140:4;153:18,22;
 155:5,19
**wronged (1)**
 84:17

**wrote (3)**
 75:1;132:9,15
**WUTTKE (2)**
 7:8;70:5

## X

**x-ray (1)**
 110:21

## Y

**year (22)**
 11:5;16:8;18:5,8;
 21:6;32:23,24;33:6;
 58:2,12;77:10;80:10;
 95:7;116:4;120:14,
 21;155:8,9;157:23,
 24;158:21;159:21
**Year-and-a-half (1)**
 85:17
**yearly (10)**
 32:22;115:24;
 116:2,5;124:12,14,
 15,17,22;149:17
**years (19)**
 10:13;11:24;21:20;
 38:5;40:20,24;41:7,
 9;45:23;47:12,19;
 50:5;58:23;59:6;
 61:15;77:13;86:16;
 87:5;114:19
**year's (1)**
 26:19
**yelled (1)**
 109:11
**York (6)**
 12:5;13:3,11;14:9;
 18:24;82:2
**Young (3)**
 88:14;90:18,19
**youngest (1)**
 10:12
**Yup (3)**
 75:17;78:23;97:20

## 0

**0009 (1)**
 112:13
**0148 (1)**
 143:18
**084 (1)**
 159:23
**085 (1)**
 159:24
**086 (1)**
 159:24
**087 (1)**

141:15
**088 (1)**
 141:15
**089 (1)**
 141:15

## 1

**1 (3)**
 104:20,21;134:9
**11 (2)**
 67:22;104:20
**11/19 (1)**
 145:1
**11/19/2008 (1)**
 145:2
**12s (1)**
 113:8
**13 (4)**
 4:1;112:12;137:14,
 15
**138 (1)**
 128:12
**14 (1)**
 4:5
**141 (1)**
 128:12
**15 (2)**
 4:8;136:19
**150 (1)**
 136:21
**151 (1)**
 136:21
**16 (3)**
 4:11;118:8;144:20
**17 (3)**
 4:14;141:14;
 143:15
**17th (4)**
 68:5;71:23;78:7,12
**18 (9)**
 4:17;10:13;93:21;
 96:21;97:17;98:23;
 100:15;118:4;128:11
**19 (2)**
 4:20;143:18
**1993 (1)**
 128:13
**1st (2)**
 112:17,24;137:19;
 149:15

## 2

**20 (2)**
 5:1;145:12
**2000 (3)**
 65:22;83:4;115:10
**2003 (2)**

9:16;11:19
**2004 (1)**
 18:20
**2006 (12)**
 12:24;14:16,23;
 16:9;18:6,8;20:5;
 23:10;63:2,6,8;64:3
**2007 (7)**
 25:4,5,6;27:21,23;
 63:9;64:3
**2008 (4)**
 29:19;35:5;36:1;
 145:5
**2009 (5)**
 64:9,18;65:15;
 95:8;128:14
**2010 (21)**
 57:3;65:16,19;
 66:8;68:5;71:13;
 78:7,10,23,23;80:1;
 87:19;88:9,16,24;
 94:7;95:8;116:13;
 117:8,16;118:10
**2011 (1)**
 81:4
**2012 (3)**
 81:5;83:5;115:9
**2013 (12)**
 82:13;85:18,19;
 86:3;104:17;115:10,
 11;137:10,12;138:1,
 7;149:15
**2014 (49)**
 85:18;97:13;98:14,
 16;99:5;101:2,14,17,
 19;102:8,17;112:17,
 24;113:20;116:7,10;
 118:12,17;119:5,5;
 120:1,5,10,19;
 121:16;123:5;
 129:12;135:16;
 137:9,9,13,19,19;
 138:1,7,13,22,22,23;
 140:18;145:2,5;
 146:3;148:20,22;
 149:16;152:16;
 158:5,19
**21 (1)**
 5:5
**22 (3)**
 5:8;145:10;159:23
**22nd (3)**
 138:22,24;139:13
**23 (2)**
 5:12;145:2
**23rd (4)**
 138:23;139:2,14;
 143:4
**24 (1)**

Case 7:15-cv-08594-CS   Document 60-20   Filed 01/09/18   Page 58 of 142

SERGEANT ROBERT WUTTKE                                    MURASHEA MIKE BOVELL v.
November 4, 2016                              CITY OF MOUNT VERNON, New York, et al.

| | | | | |
|---|---|---|---|---|
| 5:16 | **8 (1)** | | | |
| **25 (1)** | 105:4 | | | |
| 5:20 | | | | |
| **26 (1)** | **9** | | | |
| 6:1 | | | | |
| **27 (1)** | **9:00 (1)** | | | |
| 6:4 | 105:4 | | | |
| **28 (1)** | | | | |
| 6:8 | | | | |
| **29 (1)** | | | | |
| 6:12 | | | | |
| **29th (2)** | | | | |
| 137:9;140:18 | | | | |

**3**

**3 (3)**
67:22;104:20;
112:12
**3/27/14 (1)**
4:20
**3/31/14 (1)**
4:14
**30 (2)**
6:16;19:11
**30-second (1)**
76:13
**31 (1)**
6:19
**31st (1)**
149:16
**32 (1)**
7:1
**33 (1)**
7:4
**35 (1)**
33:3
**3rd (3)**
138:22;139:1,13

**4**

**4 (1)**
113:8
**4:28 (1)**
160:16

**5**

**5 (2)**
104:20,21

**7**

**78 (1)**
68:12

**8**

187

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - -X
MURASHEA "MIKE" BOVELL,
                         Plaintiff,
          -against-                    Case No.:

                                       15 Civ. 8594

CITY OF MOUNT VERNON, New York,
Commissioner TERRANCE RAYNOR,
Individually and in his Official
Capacity, Deputy Commissioner
RICHARD BURKE, Individually and
in his Official Capacity,
Captain MICHAEL GOLDMAN, Individually
and in his Official Capacity,
Sergeant ROBERT WUTTKE, and Lieutenant
PAUL NAWROCKI, Individually and in his
Official Capacity,
                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - -X

               November 10, 2016

               10:20 a.m.



CONTINUED DEPOSITION of ROBERT WUTTKE, a Defendant

herein, taken pursuant to Notice, and held at Mount

Vernon City Hall, 1 Roosevelt Square, Mount Vernon,

New York, before Gabriel Alicea, a Court Reporter

and Notary Public of the State of New York.



188

```
 1   A P P E A R A N C E S:

 2

 3        THE BELLANTONI LAW FIRM

 4              Attorneys for Plaintiff

 5              2 Overhill Road, Suite 400

 6              Scarsdale, New York 10583

 7        BY:  AMY L. BELLANTONI, ESQ.

 8

 9        COUGHLIN & GERHART, LLP

10              Attorneys for Defendants

11              99 Corporate Drive

12              Binghamton, New York 13904

13        BY:  PAUL J. SWEENEY, ESQ.

14

15

16

17

18

19

20   ALSO PRESENT:

21        Police Officer Murashea Bovell

22        Det. Alec Francis

23

24
```



**ROBERT WUTTKE**                189

1        IT IS HEREBY STIPULATED AND AGREED by and

2   between the attorneys for the respective parties

3   herein, that filing and sealing be and the same are

4   hereby waived.

5        IT IS FURTHER STIPULATED AND AGREED that all

6   objections, except as to the form of the question,

7   shall be reserved to the time of the trial.

8        IT IS FURTHER STIPULATED AND AGREED that the

9   within deposition may be signed and sworn to before

10  any officer authorized to administer an oath, with

11  the same force and effect as if signed and sworn to

12  before the Court.

13

14

15

16

17

18

19

20

21

22

23

24

800.DAL.8779
dalcoreporting.com

DALCO

1 | ROBERT WUTTKE,

2 | having been first duly sworn by the Notary Public

3 | (Gabriel Alicea), was examined and testified as

4 | follows:

5 |

6 | CONTINUED EXAMINATION

7 | BY MS. BELLANTONI:

8 |         Q.    So I just want to go back and make sure

9 | that I went over certain documents with you from

10 | your testimony of last week.  I'm going to hand you

11 | what's been marked as Plaintiff's Exhibit 15, which

12 | is Bates stamped 0150.  It's entitled, "Mount Vernon

13 | Police Department, supervisor's report, MV93."  I

14 | just ask you to take a look at that.  You may have

15 | looked at it last week.  If so, I apologize for

16 | making you look at it again.  Do you recognize that

17 | document?

18 |         A.    Yes, I do.

19 |         Q.    And you recognize that to be what?

20 |         A.    The supervisor's report -- supervisor's

21 | report I wrote in regard to the violation of policy.

22 |         Q.    Okay.  And so that's the report.  Do you

23 | see your name anywhere on that as being the author

24 | of the report?



**ROBERT WUTTKE**                    191

1      A.    Yes, I do.

2      Q.    And where would that be?

3      A.    Second page, second-to-last line.

4      Q.    Okay.  And your recommendation on whether

5   any disciplinary action should be taken against

6   Officer Bovell in connection with the sick leave

7   policy is contained on that document?

8      A.    Yes, ma'am.

9      Q.    And did you speak with anyone in

10  administration prior to creating that document?

11     A.    No.

12     Q.    And was that document created, you know,

13  based on your own assessment of Officer Bovell's

14  work history and his calling out sick?

15         MR. SWEENEY:  Objection to the form, but

16     you can answer it.

17     A.    I'm confused.

18     Q.    When was it based -- when you wrote the

19  document, drafted it, was it based on your own

20  assessment of looking at his prior callouts for sick

21  time?

22     A.    Yes, ma'am.

23     Q.    I'll take that.  And I'll show you what's

24  been marked as Plaintiff's Exhibit 20, which is



1    Bates stamped 0153.  Have you seen that document

2    before?

3        A.    Yes.

4        Q.    Okay.  And who drafted or who is the

5    author of that document?

6        A.    Captain Michael Goldman.

7        Q.    Goldman?

8        A.    Yes, ma'am.

9        Q.    Okay.  And at the -- when is that document

10   dated?

11       A.    April 2nd, 2014.

12       Q.    And at the time that that document was

13   drafted, was Captain Goldman the individual in

14   administration who would be responsible for creating

15   documents of that type?

16       A.    To be honest, I don't know what his

17   responsibilities actually entailed as far as

18   somebody else that could have done it.

19       Q.    Okay.  What type of document is it?

20       A.    It's his conclusion that he agrees with my

21   recommendation.

22       Q.    Okay.  So if you look at the top of the

23   document, supervisor's report, 14-038, entitled,

24   "Disciplinary Police Officer Murashea Bovell," and



```
 1   directly under that, it says "chronic sick."  Is
 2   that correct?
 3        A.   Yes.
 4        Q.   And would Captain Goldman, at that time,
 5   if you know -- which is similar to the question I
 6   asked before -- well, let me withdraw.
 7             Other than Captain Goldman, who else would
 8   have been in a position to draft a disciplinary
 9   report or disciplinary memo such as this in
10   connection with a police officer or patrol officer?
11        A.   I know my reports go to the commanding
12   officer of my division.  So he would draft something
13   similar.
14        Q.   And who would the commanding officer of
15   your division have been at that time?
16        A.   I don't remember if it was Captain
17   Hastings or Deputy Chief Dumser.
18        Q.   And you said Captain Hastings?
19        A.   Yes, ma'am.
20        Q.   And Deputy Chief Dumser and Captain
21   Hastings are both Caucasian?
22        A.   Yes, ma'am.
23        Q.   Would, if you know, Deputy Chief Dumser
24   and/or Captain Hastings have the authority or be in
```



1   a position to have the authority to draft that type
2   of document in connection with a patrol officer's
3   violation of the sick leave policy?
4        A.    They would draft a document similar to it
5   with their recommendation, and then it would be
6   forwarded to the chief of the department or the
7   executive officer of the department.
8        Q.    And the executive officer of the
9   department at that point in time was?
10       A.    Captain Goldman.
11       Q.    Captain Goldman.  Do you know if Deputy
12  Chief Dumser or Captain Hastings in fact drafted a
13  report like that and forwarded it to Captain
14  Goldman?
15       A.    I have no idea.
16       Q.    And -- I will take that document back.
17  Thank you.  And we talked last week about your
18  creating a performance evaluation for Officer
19  Bovell.  Do you recall that?
20       A.    Yes, ma'am.
21       Q.    Okay.  And you had testified that, prior
22  to drafting the performance evaluation for Officer
23  Bovell, you had requested from, I want to say
24  personnel, but I think that's not the right



```
 1    department.   So what's the name of the department
 2    that you requested his statistics from?
 3         A.    Support services.
 4         Q.    And you did that by email; is that
 5    correct?
 6         A.    Yes, ma'am.
 7         Q.    Did you make any requests of support
 8    services in connection with Officer Bovell and his
 9    performance evaluation, other than by email?
10         A.    Not that I recall.
11         Q.    And the woman or the individual that you
12    directed that request to was Lisa Hill?
13         A.    Yes, ma'am.
14         Q.    And at or around the time that you
15    requested Officer Bovell's arrest and summons
16    activity in connection with creating his performance
17    evaluation, did you request any other information
18    from Lisa Hill in connection with Officer Bovell?
19         A.    No.
20         Q.    And I'm going to show you what's been
21    marked as Plaintiff's Exhibits 23, 24, and 25, which
22    are Bates stamped 010, 011, and 012.  And I may have
23    showed it to you last week as well, but do you
24    recognize that document?
```



196                    **ROBERT WUTTKE**

1      A.   Looks like a printout from the AS400

2   system.

3      Q.   And what exactly is depicted in those

4   documents?

5      A.   Dates, times, incident numbers, and names,

6   with an officer's ID number.

7      Q.   And whose ID number is that?

8      A.   I have no idea.

9      Q.   And the information you received from Lisa

10  Hill, did Lisa Hill provide you with any information

11  in connection with Officer Bovell's statistics?

12     A.   Yes.

13     Q.   Looking at the three documents in front of

14  you, did the information that Lisa Hill provide

15  appear in the same format as those documents?

16     A.   No.

17     Q.   How did it appear to you?

18     A.   A chart would be the best way to describe

19  it.

20     Q.   And what exactly was contained within that

21  information?

22     A.   At that time, for parking violations,

23  summons written, violation of -- moving violations,

24  summons written, violations of city ordinances,



1   summons written, and arrest numbers or number of

2   arrest, rather.

3        Q.    And would the information provided to you

4   by Lisa Hill contain arrests in connection with

5   calls that were not dispatched?

6        A.    Yes.

7        Q.    And so is it fair to say that you took the

8   information provided to you by Lisa Hill that was

9   compiled in chart form and used that to draft

10  Officer Bovell's performance evaluation?

11       A.    In part.

12       Q.    What else did you -- and I may have asked

13  you this last week, but I just need to refresh my

14  recollection.  Other than the statistical

15  information provided to you by Lisa Hill, what other

16  information or documentation did you rely on to

17  create Officer Bovell's performance evaluation?

18       A.    There was no other -- well, the sick time

19  that I had already looked into.  And then it's --

20  there's other categories and the evaluation form

21  that have to be --

22       Q.    Such as?

23       A.    Personal appearance.  Off the top of my

24  head, personal appearance is on there, punctuality,


800.DAL.8779
dalcoreporting.com
DALCO

1  attitude.  I can't think of the rest of the

2  categories.

3        Q.    All right.  I'm going to show you what's

4  been marked as Plaintiff's Exhibit 22, which is

5  Bates stamped 084, 085, and 086, the first page

6  being the appeal form for the evaluation, but next

7  two pages being the personnel performance

8  evaluation.  You can take a look at that and let me

9  know if you recognize that document.

10       A.    Yes.  This is the original evaluation that

11  I wrote.

12       Q.    All right.  So what are the categories --

13  just to make it easier for you -- other than

14  personal appearance, punctuality, and attitude, what

15  are the other categories on which Officer Bovell was

16  judged?

17       A.    Professional relationships, initiative,

18  public relations, policies and procedure, quantity

19  and quality of work, responsibility and

20  dependability, appearance, and judgment.

21       Q.    And I believe you testified last week

22  that, during the time period between January 2014

23  and when this performance evaluation was created by

24  you in and around March of 2014 -- is that accurate?



1        A.    No, it's not.

2        Q.    May --

3        A.    April.

4        Q.    April 2014.  So during that period, is it

5   accurate to say that you supervised direct

6   supervision over Officer Bovell one to two times a

7   week?

8        A.    Yes, ma'am.  No.  I'm sorry.  I misspoke.

9   One to two times every third week.

10       Q.    Okay.  So it's even less than one to two

11  times a week?

12       A.    Yes, ma'am.

13       Q.    And in drafting the performance evaluation

14  for Officer Bovell, did you consult any other

15  individuals?

16       A.    In regards to?

17       Q.    Drafting his performance evaluation and

18  coming up with information or at least a guide to

19  assist you in evaluating him when your direct

20  supervision of Officer Bovell was only one to two

21  times every third week?

22       A.    I consulted with my lieutenant in regards

23  to the lack of actual supervision.

24       Q.    And that was Lieutenant Gallagher?



1         A.    Yes, ma'am.

2         Q.    We talked about that last week.

3         A.    Yes, we did.  But the conversation I had

4    with Lieutenant Gallagher was not specific to Police

5    Officer Bovell.  It was generalized, based on the

6    fact that the schedules don't add up to make

7    supervision easy.

8         Q.    And other than yourself, I believe there

9    was Sergeant Scott who would also have supervised

10   Officer Bovell during that period?

11        A.    Every supervisor in the patrol division

12   would have supervised Officer Bovell during that

13   time period.

14        Q.    And so one of those people would be

15   Sergeant Scott?

16        A.    Yes, ma'am.

17        Q.    Okay.  And who else?

18        A.    Every supervisor that was in the patrol

19   division.

20        Q.    Okay.

21        A.    I don't remember who was assigned to the

22   patrol division at that particular time.

23        Q.    Was it your testimony that there were

24   approximately ten sergeants in the patrol division



```
 1   at that time?

 2        A.    It was.

 3        Q.    And if you know, how was a decision

 4   made -- withdrawn.

 5             If you know, how did each patrol

 6   officer -- withdrawn.

 7             How was it that you were assigned to

 8   specific individuals to evaluate?

 9        A.    I have no idea.

10        Q.    Okay.  Who would have been in charge of

11   making that determination and assigning specific

12   patrol officers to specific sergeants?

13        A.    The patrol division office.  I don't know

14   which member of the patrol division office would

15   have made that decision though.

16        Q.    And who was in the patrol division office

17   at that time?

18        A.    I believe it was Captain Hastings and

19   Deputy Chief Dumser.

20        Q.    Other than Officer Bovell, who did you

21   evaluate at that time?

22        A.    Off the top of my head, Police Officer

23   Giusto, Police Officer Montesano, Police Officer

24   Hall, Police Officer Williams, Police Officer
```



202                    **ROBERT WUTTKE**

1   Pacino, Police Officer O'Rourke, and there might

2   have been one or two others.

3        Q.   Other than Officer Bovell, any of the

4   individuals you named African-American?

5        A.   Yes, ma'am.

6        Q.   Who?

7        A.   Police officer Williams, Police Officer

8   Hall.

9        Q.   Anyone else?

10       A.   No, ma'am.

11       Q.   Okay.  And would any other patrol sergeant

12  have had more contact than Officer Bovell, if you

13  know, during that time period than you did?

14       A.   I don't know.

15       Q.   And you had testified that you did not

16  personally go over Officer Bovell's evaluation with

17  him; is that right?

18       A.   Yes, ma'am.

19       Q.   And I believe you testified it was

20  Sergeant Scott who went over Officer Bovell's

21  evaluation with him?

22       A.   Yes, ma'am.

23       Q.   And Officer Scott is an African-American

24  officer?



1        A.     I'm sorry.  Can you say that again.

2        Q.     Yes.  Sergeant Scott is an

3    African-American?

4        A.     Yes, ma'am.

5        Q.     And did you request that Sergeant Scott go

6    over Officer Bovell's performance evaluation with

7    him?

8        A.     Yes.

9        Q.     And why did you pick Sergeant Scott as

10   opposed to any other patrol sergeant?

11       A.     Because Sergeant Scott was my partner, and

12   he was going to be working the same schedule.  He

13   had access to my files.

14       Q.     And when you say "partner," what does that

15   mean?

16       A.     He and I worked together every day.  We

17   were the two sergeants assigned to the same

18   schedule.

19       Q.     Okay.  So as far as consistency is

20   concerned, you and Sergeant Scott were together as

21   patrol sergeants on the same designated shift?

22       A.     Yes.  And Lieutenant Gallagher as well.

23       Q.     And how long did you and Sergeant Scott

24   work in that capacity -- well, how long had you been



**ROBERT WUTTKE**

1  working together in that capacity as of March or
2  April of 2014?
3       A.   From the day I was promoted to sergeant.
4       Q.   I'm going to show you what's been marked
5  as Plaintiff's Exhibit 27, which is Bates stamped
6  0143, 0144, 0145, and 0146.  Do you recognize that
7  document?
8       A.   Yes, I do, ma'am.
9       Q.   And what do you recognize that to be?
10      A.   A section from the department manual.
11      Q.   Okay.  Is that section -- when you say,
12  "The department manual," are you referring to the
13  rules and regulations of the City of Mount Vernon
14  Police Department?
15      A.   Yes, ma'am.
16      Q.   And what section does that exhibit pertain
17  to?
18      A.   Administrative guide procedure 2.002,
19  which is the personnel performance evaluation
20  section.
21      Q.   Okay.  And those are -- would you agree
22  that those are rules in the same way that the
23  chronic sick policy is made up of rules, that both
24  sections need to be followed by the employees of the



800.DAL.8779
dalcoreporting.com
DALCO

1    City of Mount Vernon Police Department?

2         A.    Yes.

3         Q.    And can we both agree that violation of

4    either one of those sets of rules could potentially

5    result in disciplinary action?

6         A.    It could, yes.

7         Q.    If you could turn to the second page at

8    Section 3D, and can you just read that out loud for

9    me, please.

10        A.    "The rater will schedule an appointment

11   during members or duty prior to submitting the

12   evaluation form.  Both the rater and the employee

13   will review and discuss the evaluation together.

14   This allows both individuals to discuss the

15   guidelines and affords the rater the opportunity to

16   coach, counsel the employee regarding past

17   performance or expectations for future performance."

18        Q.    And in connection with Officer Bovell's

19   performance evaluation, who was the rater?

20        A.    I was.

21        Q.    And what is your understanding of the

22   purpose behind Section 3D?

23        A.    The purpose behind it would be so the two

24   individuals can sit down and discuss the performance



1    evaluation.

2         Q.   And is it fair to say that you, in fact,

3    did not schedule time with Officer Bovell to go over

4    his performance evaluation that you had rated him

5    on; is that accurate?

6         A.   That is correct.

7         Q.   So you would have violated Section 3D of

8    that set of rules and regulations?

9              MR. SWEENEY:   Objection to the form of the

10             question.  But you can answer it, if you

11             understand it.

12        A.   I'm sorry.  Could you repeat it again.

13        Q.   Sure.  In just looking at Section 3D, is

14   there any portion of that section that you failed to

15   comply with?

16        A.   Yes, ma'am.

17        Q.   And what portion of that section did you

18   fail to comply with?

19        A.   The whole section.

20        Q.   And had you received any write-up or

21   verbal counseling in connection with your violation

22   of that section?

23        A.   No, ma'am.

24        Q.   Did you receive any supervisor's report



1    drafted in connection with your violation of that

2    section?

3         A.    No, ma'am.

4         Q.    And when you completed Officer Bovell's

5    performance evaluation after Sergeant Scott went

6    over it with him, was it then, to your knowledge,

7    forwarded to any other individuals?

8              MR. SWEENEY:  Object to the form, but you

9         can answer.

10        Q.    Withdrawn.

11             After Officer Bovell had been sat down and

12   his evaluation had been gone over between him and

13   Sergeant Scott, do you know whether that performance

14   evaluation was forwarded to anyone else?

15        A.    Yes.

16        Q.    And who was it forwarded to?

17        A.    The executive officer -- excuse me.  The

18   executive officer of the patrol division, which I

19   believe was Captain Hastings at the time.

20        Q.    And looking at Exhibit 22, that you still

21   have in front of you, is your signature as the rater

22   contained on that document?

23        A.    Yes, ma'am.

24        Q.    And where is it contained?



208                    **ROBERT WUTTKE**

1        A.    The first page of the evaluation and the

2   second page of the evaluation.

3        Q.    And is Sergeant Scott's signature

4   contained on that document?

5        A.    No, ma'am.

6        Q.    And is there a spot on that evaluation for

7   the rater -- withdrawn.

8              Is there a spot on that evaluation form

9   for the individual who sits down and goes over the

10  evaluation with the patrol officer to sign?

11       A.    No, ma'am.

12       Q.    So looking at that document, the

13  performance evaluation, is there any way for an

14  individual to identify or become aware of the fact

15  that you, as the rater, did not sit down with

16  Officer Bovell and go over the written evaluation?

17       A.    No.

18       Q.    Did you tell either Captain Hastings or --

19  is it Captain Hastings?

20       A.    There is a Captain Hastings, yes.

21       Q.    Was it a Captain Hastings -- and Dumser

22  was --

23       A.    Deputy chief.

24       Q.    Did you tell either Captain Hastings or



1    Deputy Chief Dumser that you had not been the

2    individual to sit down with Officer Bovell and go

3    over his performance evaluation?

4         A.   I don't remember.

5         Q.   If you look at the evaluation -- and you

6    can go to the second page of that exhibit -- with

7    respect to the first category, "Professional

8    relationships," and I see that you rated Officer

9    Bovell a three.   What information did you rely on to

10   give him that rating?

11        A.   Whether I had been advised of or heard of

12   any complaints between Officer Bovell and other

13   members of service.

14        Q.   And had you heard any complaints from

15   anyone else?

16        A.   No, ma'am.

17        Q.   So I just want to go back to a question I

18   asked a few moments ago.   And maybe I was unclear.

19   I may have asked you only what documents you relied

20   on in connection with your creation of the

21   performance evaluation for Officer Bovell.   Aside

22   from documentation or statistics or any computer

23   information, what other information did you rely on

24   to create Officer Bovell's performance evaluation?



210                    **ROBERT WUTTKE**

1        A.    Interactions between he and I and whether
2    I had heard of or was made aware of any complaints
3    that either members of the department had regarding
4    Police Officer Bovell or civilian complaints that
5    were filed against him during the time frame that I
6    was evaluating him.
7        Q.    And at the time that you were creating
8    Officer Bovell's performance evaluation, did you
9    seek out other individuals and ask for feedback from
10   them in connection with the evaluation?
11       A.    No, ma'am.
12       Q.    So at the time you were creating his
13   performance evaluation, were you relying on just
14   things you had heard generally throughout the
15   department and been informed of at that point in
16   time?
17       A.    Yes, ma'am.
18       Q.    And I think we talked about, last week,
19   whether you had gone to his prior supervisors in the
20   detective bureau to get information from them in
21   connection with his performance evaluation.  Had you
22   done that?
23       A.    No, I hadn't.
24       Q.    Is there any reason why you did not seek


800.DAL.8779
dalcoreporting.com
DALCO

```
 1   out the feedback from his prior supervisors in the

 2   detective division?

 3        A.   I was told by Lieutenant Gallagher to

 4   evaluate him based on his time in patrol.

 5        Q.   Was that in connection with every category

 6   on the evaluation form?

 7        A.   I don't understand what you are asking.

 8        Q.   Lieutenant Gallagher told you or

 9   instructed you to base your evaluation of Officer

10   Bovell only on the time that he spent in patrol; is

11   that accurate?

12        A.   The question was as to Lieutenant

13   Gallagher in a general form, should I just look into

14   everybody based on the time that I had been their

15   supervisor.  It wasn't directed -- it wasn't a

16   question that was specific to Police Officer Bovell.

17        Q.   Were any of the individuals that you

18   evaluated at that time assigned to assignments other

19   than patrol?

20        A.   Yes, ma'am.

21        Q.   Okay.  So when you asked for information

22   regarding Officer Bovell's arrests and summonses

23   from Lisa Hill, does that information contain

24   arrests that Officer Bovell had made in the
```



1  detective division?

2       A.   I would have to look at the reports that

3  she gave me back.

4       Q.   Did you ask Lisa Hill to run a report for

5  the entire year that you were evaluating Officer

6  Bovell on?

7       A.   I asked Lisa Hill in my email to provide

8  me with statistics from the time frame, which would

9  have been February -- excuse me, I misspoke --

10 April 2013 through March 31st of 2014.

11      Q.   Okay.  So is it safe to assume that, if

12 you ask for statistics for the time period of

13 April 1st, 2013, through March 31st, 2014, that

14 would necessarily include any arrests and/or

15 statistics from Officer Bovell's service in the

16 detective division?

17      A.   It would be a safe assumption to be.

18      Q.   How -- withdrawn.

19           What if any information did you have to

20 formulate giving Officer Bovell a three on

21 initiative in his evaluation?

22      A.   I'm sorry.  I don't understand the

23 question.

24      Q.   What information did you have that



```
 1    prompted you to evaluate Officer Bovell as a three,
 2    which is satisfactory, in the area of "initiative"
 3    on the evaluation?
 4         A.    The same information that I use for just
 5    about all the categories, what I experienced in my
 6    dealings with him and what I had heard regarding
 7    him.
 8         Q.    And what did you -- what had you heard
 9    with respect to Officer Bovell's initiative?
10         A.    That it was satisfactory.
11         Q.    And who did you hear that from?
12         A.    I don't remember.
13         Q.    And what personal information did you have
14    that his initiative was just satisfactory?
15         MR. SWEENEY:   Objection to form, but you
16         can answer.
17         A.    What information did I have that it was
18    satisfactory?
19         Q.    Yes, as opposed to highly effective.
20         A.    I don't remember, off the top of my head.
21    Must have been something along the lines of not
22    having ever had him tell me, no, I'm not going to
23    take care of something, or I'm not going to do it,
24    and his general overall attitudes how he was going
```



```
 1   to handle his jobs and assignments.
 2        Q.   So he was always willing to accept his
 3   assignments in a positive manner?
 4        A.   He was always willing to accept his
 5   assignments.
 6        Q.   He didn't have a positive attitude?
 7        A.   I didn't say that.
 8        Q.   Would you agree he had a positive
 9   attitude?
10        A.   I believe his attitude, at times, was less
11   than positive.
12        Q.   Based on what?
13        A.   Excuse me?
14        Q.   Based on what?
15        A.   My dealings with him.
16        Q.   Okay.  What, specifically?
17        A.   I don't -- I can't give you a specific
18   example.  If I had to point to one example off the
19   top of my head, it would be the long, unnecessary
20   officer's reports that were submitted in regards to
21   his denial of a day off that had nothing to do with
22   me.
23        Q.   And that -- was that the reason why you
24   were assigning him a three as opposed to a four?
```



**ROBERT WUTTKE**                                    215

```
 1        A.    He wasn't assigned a three for attitude,
 2   ma'am.
 3        Q.    Yes.  So on his first evaluation, what did
 4   you rank Officer Bovell with respect to attitude?
 5        A.    Two.
 6        Q.    And with respect to public relations, what
 7   was your evaluation?
 8        A.    Three.
 9        Q.    Which is satisfactory; correct?
10        A.    Yes, ma'am.
11        Q.    And two stands for, needs improvement?
12        A.    Yes, it does.
13        Q.    And under the category of public
14   relations, what information did you rely on to
15   assign Officer Bovell a three?
16        A.    My interactions of Officer Bovell with the
17   public and whether there were complaints generated
18   or complaints on file with the public.
19        Q.    Were there any complaints filed against
20   Officer Bovell?
21        A.    Off the top of my head, I don't know.
22        Q.    And why was Officer Bovell not assigned a
23   four in that category, public relations?
24        A.    I would have to look back and see if there
```

800.DAL.8779
dalcoreporting.com


DALCO

 1  were complaints filed on him, against him at the
 2  time.
 3       Q.   Civilian complaints?
 4       A.   Yes, ma'am.
 5       Q.   If there had been civilian complaints
 6  filed against Officer Bovell, would you have
 7  assigned him a three or a two?
 8       A.   That would depend on the nature of the
 9  complaint.
10       Q.   And with respect to work ethic, what did
11  you assign Officer Bovell as far as policies and
12  procedures?
13       A.   There isn't a category for work ethic.  If
14  you are referring to the quality and quantity of
15  work, I assigned him a two.
16       Q.   And why did you assign him a two?
17       A.   Based on the statistics I was provided by
18  support services.
19       Q.   In the middle of the page, there's a bold
20  underlined word, "work ethic."  So I'm just going
21  down through the categories.
22       A.   Oh, you're just going through those
23  categories.  Okay.
24       Q.   So under "work ethics," the first section



**ROBERT WUTTKE**                    217

```
 1   is policy and procedure; correct?

 2        A.   Yes, ma'am.

 3        Q.   And what did you assign Officer Bovell

 4   under that?

 5        A.   Three.

 6        Q.   Okay.  And why was he not assigned a four?

 7   Was he not -- did he not have sufficient knowledge

 8   of the policies and procedures of the department?

 9        A.   No.  I believe his knowledge of the

10   policies and procedures of the department were

11   satisfactory.

12        Q.   And why would you consider them

13   satisfactory as opposed to highly effective?

14        A.   In this particular instance, I don't

15   really think that anybody is highly effective in

16   whether or not they know the rules and regulations

17   of the department.  Either you know them or you

18   don't.  It's either satisfactory that you know them

19   or you need improvement and need to learn your rules

20   and regulations.

21        Q.   So if a police officer knew every policy

22   and procedure and had no issue with needing to, you

23   know -- withdrawn.

24             Under what circumstances would an
```

800.DAL.8779
dalcoreporting.com


DALCO

**ROBERT WUTTKE**

1   individual being evaluated by yourself be issued a

2   four under policies and procedures?

3       A.   I don't know that I would issue a four.

4   As I said before, either you know the rules or you

5   don't.  You neither satisfactorily meet that or you

6   don't meet that.

7       Q.   And under "attendance and punctuality,"

8   what did you assign Officer Bovell?

9       A.   Three.

10      Q.   And quality and quantity of work?

11      A.   Two.

12      Q.   And why was he assigned a two?

13      A.   Based on the statistics that I was

14   provided by support services.

15      Q.   Responsibility and dependability, what was

16   his assigned number?

17      A.   Three.

18      Q.   And appearance?

19      A.   Three.

20      Q.   And judgment?

21      A.   Three.

22      Q.   And under what circumstances would an

23   officer be assigned a four for responsibility and

24   dependability by you?



```
 1      A.    That would be -- it would be a rare
 2 instance, but that would be, you know, an officer
 3 that was completely able to work without any
 4 supervision without having any questions about how a
 5 certain case should be handled.  I mean, I -- that
 6 would be a very rare instance, I believe.
 7      Q.    And appearance?  Under what circumstances
 8 would an officer be rated a four by yourself?
 9      A.    That guy, usually a -- it's usually a
10 military guy.  Shoes are always shined.  Equipment
11 is always well maintained.  Nothing ever looks
12 scratched, torn, dirty.
13      Q.    And judgment, under what circumstances
14 would an individual be assigned a four?
15      A.    I don't know.
16      Q.    Did you have a conversation with Sergeant
17 Scott after he sat down with Officer Bovell in
18 connection with his evaluation?
19      A.    Yes, ma'am.
20      Q.    And what was the substance of that
21 conversation?
22      A.    In substance, he told me Officer Bovell
23 was going to be appealing his evaluation.  He had
24 initially refused to even sign the evaluation.  It
```



1  wasn't until Detective Sergeant Scott pointed out
2  that it was part of the rules and regulations that
3  he signed the evaluation that he signed it, and I
4  think that was about it.
5        Q.   Did he tell you what Officer Bovell was
6  upset about?
7        A.   Yeah.  He said he was upset about the
8  entire thing, the whole evaluation.
9        Q.   And are you aware that Officer Bovell
10  appealed the evaluation?
11        A.   When Sergeant Scott told me he was going
12  to appeal it.
13        Q.   And did there come a point in time where
14  you created an amended evaluation?
15        A.   Yes, ma'am.
16        Q.   And who did you speak to in between the
17  point in time that you spoke with Sergeant Scott and
18  the point in time that you created an amended
19  evaluation in connection with Officer Bovell's
20  evaluation?
21        A.   Lots of people.
22        Q.   Okay.  Such as?
23        A.   Lieutenant Gallagher, Captain Hastings,
24  Deputy Commissioner Burke, Dumser, Lieutenant Scott,

800.DAL.8779
dalcoreporting.com



**ROBERT WUTTKE**                                    221

```
 1   Sergeant McEachin, Lieutenant Ziadie.  There may be
 2   others.
 3       Q.   Okay.  And what was the substance of your
 4   conversations with Lieutenant Gallagher?
 5       A.   That Bovell was appealing his evaluation.
 6   He was going to have to do a review.
 7       Q.   Who was going to have to do a review?
 8       A.   Lieutenant Gallagher.
 9       Q.   And do you know if he did that review?
10       A.   I have no idea.
11       Q.   Did you bring that to Lieutenant
12   Gallagher's attention, or did he bring it to your
13   attention that an appeal was going to be done?
14           MR. SWEENEY:  Objection to the form, but
15       you can answer.
16       A.   I think I brought it to his attention.
17       Q.   And what was the substance of your
18   conversation with Captain Hastings?
19       A.   Same thing, regarding how the appeal
20   process went, because I was unfamiliar with it, how
21   it had to be, how it was handled, who it went to,
22   and what had to be done.
23       Q.   So your conversation with Captain Hastings
24   was after the appeals process was over?
```



1        A.    No, ma'am.

2        Q.    So, specifically, what was your

3   conversation with Captain Hastings about the appeal

4   process and who would handle it and how it would be

5   done?

6        A.    I believe it went something along the

7   lines of Bovell is appealing his evaluation.  What

8   do we have to do?

9        Q.    And what did he say?

10       A.    Lieutenant Gallagher has to review his

11   evaluation.

12       Q.    And did Lieutenant Gallagher tell you,

13   specifically, how he goes about reviewing the

14   evaluation?

15       A.    I didn't ask.

16       Q.    Did you ever learn how Lieutenant

17   Gallagher goes about reviewing the evaluation?

18       A.    No, I didn't.

19       Q.    Was anyone other than Lieutenant Gallagher

20   involved in reviewing Officer Bovell's evaluation?

21       A.    At what point?  Excuse me.  At what point?

22       Q.    At any point.

23       A.    Yes.

24       Q.    Okay.  Can you tell me how that process



**ROBERT WUTTKE**                                    223

1   goes?

2         A.    No.

3         Q.    Why is that?

4         A.    I don't know.

5         Q.    How do you know that someone other than

6   Lieutenant Gallagher is involved in the appeals

7   process?

8         A.    Because it came from me to the captain,

9   from the captain to the lieutenant.  So I know that

10   the captain is involved, but I don't know in what

11   way.

12         Q.    Okay.  What were your conversations

13   with -- was it Deputy Commissioner Burke?

14         A.    Yes, ma'am.

15         Q.    In connection with Officer Bovell's

16   appeal?

17         A.    It was after we found out that the

18   statistics I was initially given was wrong, and I

19   asked him how he wanted me to handle it.

20         Q.    And how did you find out that the

21   statistics were wrong?

22         A.    Quarterly queries of the people under my

23   supervision.

24         Q.    What does that mean?


800.DAL.8779
dalcoreporting.com

224          **ROBERT WUTTKE**

```
1        A.    It means quarterly, or every few months, I
2   asked Lisa Hill for the statistics of people under
3   my supervision.
4        Q.    So this is the second time that you asked
5   Lisa Hill for information?
6        A.    I think I asked her three times total.
7        Q.    The first time was in March or April of
8   2014; is that correct?
9        A.    Yes, ma'am.
10       Q.    And the second time was when?
11       A.    Somewhere around July or August.
12       Q.    And the third time?
13       A.    Towards the end of the year, probably
14  October or November.
15       Q.    And when was it that you realized that
16  your statistics for Officer Bovell were incorrect
17  back in March of 2014?
18            MR. SWEENEY:   Objection to the form.  But
19       you can answer.
20            MS. BELLANTONI:   Can you read it back.
21
22                  (Record read back.)
23
24       Q.    Withdrawn.
```



1          At what point in time did you realize that

2     the statistics you relied on in creating his

3     performance evaluation were incorrect?

4          A.    I believe it was November.

5          Q.    And how did that take place?

6          A.    I looked at the statistics that I was

7     provided in November, and they were grossly

8     different than what I was provided in the prior two

9     queries.

10         Q.    And did you find out why that would be?

11         A.    No.  I never did get an answer on that.

12         Q.    Did you inquire?

13         A.    Yes, I did.

14         Q.    Of who?

15         A.    Lisa Hill, Lieutenant Ziadie, and I

16     believe, Sergeant McEachin.

17         Q.    And what did Lisa Hill say?

18         A.    I have no idea.

19         Q.    You inquired of Lisa Hill as to why the

20     statistics in the fall would have been so different

21     from the statistics in the spring?

22         A.    Yes.

23         Q.    And you don't recall what she said?

24         A.    No.  You asked me what she said.  And I



1    told you, she said, I have no idea.

2         Q.   Oh.  She said, quote, I have no idea?

3         A.   Yes.

4         Q.   Who was responsible for inputting

5    information on arrests and summonses and so forth?

6         A.   The personnel and support services.  I

7    don't know who does each function.  I know it's the

8    personnel that works inside of that division.

9         Q.   And what was the substance of your

10   conversation with -- is it Sergeant Ziadie?

11        A.   Lieutenant.

12        Q.   Okay.  In connection with either Officer

13   Bovell's appeal of his evaluation or the statistics

14   having changed.

15        A.   In substance, it was, the statistics are

16   way off and something's not right.  Can you figure

17   out why.

18        Q.   And that was your statement to him?

19        A.   That was me asking him to see if he could

20   figure out why the numbers I got were so off.

21        Q.   And did he give you a response?

22        A.   Yes, he did.

23        Q.   And what was that response?

24        A.   You have to ask Lisa Hill.



**ROBERT WUTTKE**                                    227

1       Q.     Who said, I have no idea?

2       A.     Yes.

3       Q.     And Sergeant McEachin?

4       A.     Yes.

5       Q.     What was the substance of your

6    conversation with him, either in connection with

7    Officer Bovell's appeal, his evaluation, or the

8    change in the numbers?

9       A.     Same conversation as I had with Lieutenant

10   Ziadie.

11      Q.     When you asked Lisa Hill in the spring of

12   2013 for the statistics for the officers that you

13   were going to be evaluating, was your request, at

14   that point in time, any different than the quarterly

15   reports that are generated in July and then again in

16   the fall?

17            MR. SWEENEY:  Objection to the form.  But

18        you can answer it, if you understand it.

19      A.     My request to her was always very -- very

20   similar:  Can you pull me the statistics on the

21   following officers.

22      Q.     And the queries that you made of Lisa in

23   July and August and October and November -- I'm just

24   saying, slash, summer and fall -- were those in



**ROBERT WUTTKE**

```
 1   writing as well?

 2        A.    Email.

 3        Q.    And is it the case that you need to

 4   request the quarterly reports?  In other words, they

 5   are not just provided to you quarterly?

 6        A.    No.   They are not just provided.   It's

 7   something that you would have to ask for.

 8        Q.    And were the statistics for any other

 9   officers markedly different than -- withdrawn.

10             In the fall, were the statistics for any

11   of the other officers that you evaluated markedly

12   different than the statistics you had received in

13   the spring in 2014?

14             MR. SWEENEY:   Objection to the form, but

15        you can answer.

16        A.    I don't recall.   I don't think I ever

17   looked into it.

18        Q.    So is it accurate to say that, once you

19   received the quarterly report in the fall of 2014,

20   that is the first time that you realized that

21   Officer Bovell's statistics in the spring of 2014

22   had been markedly under-reported?

23        A.    That would be fair, yeah.   Sometime around

24   November that I looked at it and said, It doesn't
```



1    make sense.

2        Q.    To your knowledge, had the appeals process

3    in connection with Officer Bovell's evaluation been

4    completed as of November or the fall of 2014?

5        A.    I don't know.

6        Q.    At what point in time did you create an

7    amended evaluation for Officer Bovell?

8        A.    I would have to look at the date.   I

9    believe it was after I realized there was an error

10   in the stats.

11       Q.    And was the creation of your amended

12   evaluation related at all to the appeal that Officer

13   Bovell had filed?

14       A.    I guess, yeah, it would be in conjunction

15   with that.   Yes.

16       Q.    To your knowledge, did Lieutenant

17   Gallagher ever make a decision with respect to

18   Officer Bovell's appeal?

19       A.    I don't know what Lieutenant Gallagher

20   did.

21       Q.    Well, did you have a conversation with him

22   about the appeal and your intention to amend Officer

23   Bovell's evaluation?

24       A.    No, ma'am.



230                 **ROBERT WUTTKE**

1      Q.    Did you have conversation with anyone

2   about your intention to amend Officer Bovell's

3   evaluation?

4      A.    Yes, ma'am.

5      Q.    Who?

6      A.    Deputy Commissioner Burke.

7      Q.    Anyone else?

8      A.    I'm sure I mentioned it to Sergeant Scott.

9   He and I worked together every day.  I'm sure I

10  mentioned it to him.  And I would -- I would assume

11  that I mentioned it to the captain as well, Captain

12  Hastings.

13     Q.    As you sit here, can you think of any

14  reason why you wouldn't have spoken to Lieutenant

15  Gallagher about your intention to amend Officer

16  Bovell's evaluation, considering that he was the

17  individual who's conducting the appeals process?

18     A.    Yes, ma'am.  He went out injured.

19     Q.    Okay.  When was that?

20     A.    I don't remember the date.

21     Q.    Did anyone instruct you to create an

22  amended evaluation for Officer Bovell?

23     A.    Yes, ma'am.

24     Q.    Who was that?



1      A.    Deputy Commissioner Burke.

2      Q.    And when Lieutenant Gallagher went out

3  injured, who -- do you know if the appeals process

4  had been completed at that time?

5      A.    I don't know.

6      Q.    Do you know if anyone took over the

7  appeals process?

8      A.    I don't know.

9      Q.    Okay.  I will show you what's been marked

10  as Plaintiff's Exhibit 28.  Before I do that, is it

11  fair to say that the new -- new knowledge of the

12  statistics for Officer Bovell for the time period

13  that you were responsible for evaluating him would

14  have changed the quality and quantity rating on his

15  evaluation?

16      A.    Yes.

17      Q.    And it would have, I'm assuming, increased

18  in -- in satisfaction; correct?

19      A.    Yes, ma'am.

20      Q.    And is there any other section, as you sit

21  here, that you can think of, that would be

22  affected -- and you can look at the original

23  performance evaluation -- that would be affected by

24  the change in statistics, increase in arrests and



232          **ROBERT WUTTKE**

1    summonses?

2          A.    Attitude would change.

3          Q.    And why is that?

4          A.    Because the drastic difference in

5    productivity would mean, or on face value, appear

6    that the officer was more interested in doing their

7    job and more interested in meeting some type of --

8    or maybe doing some type of productive, possibly

9    even proactive, police work.

10          Q.    Can we agree that officers may be

11    extremely proactive and still be very negative

12    towards the environment that they are working in?

13          A.    I could agree to that, yes.

14          Q.    Do you know or can you, as you sit here,

15    think of any officers in the department that are

16    very proactive but negative towards the environment

17    they are working in?

18          A.    Off the top of my head, no.

19          Q.    Can we agree that some officers may be

20    very positive about their job but just, for some

21    reason, are not patently productive members of the

22    department with respect to arrests and summonses?

23          A.    I'm sorry.  Could you repeat that.

24                MS. BELLANTONI:  Can you read that back.



1
2                    (Record read back.)
3
4       A.    I could agree to that, yes.
5       Q.    Have you ever, in the past, complimented
6    Officer Bovell, generally, on his productivity,
7    whether in the narcotics unit or patrol?
8       A.    I don't know.
9       Q.    As you sit here, do you have a
10   recollection of whether Officer Bovell's reputation,
11   either in narcotics or patrol, is one of being a
12   highly productive officer?
13      A.    I don't know that I've ever heard anyone
14   say, you know, he's out there and being super
15   proactive.  And I don't know that I ever heard
16   anybody say that he was lazy and not doing his job.
17      Q.    And you don't recall ever complimenting
18   Officer Bovell on his productivity?
19      A.    No, I don't believe so.
20      Q.    Is it the fact that you don't recall mean
21   that you never did and had no reason to or that it's
22   possible you may have?
23           MR. SWEENEY:  Objection to the form, but
24      you can answer.

800.DAL.8779
dalcoreporting.com


DALCO

**ROBERT WUTTKE**

1      A.    I may have, you know, said, hey, good job.

2    I'm not going to sit here and say that I absolutely,

3    definitely complimented him on his productivity or

4    complimented him on a job well done, and I'm not

5    going to say that I definitely didn't.

6      Q.    Within the last three to four years with

7    respect to officers, whether they are technically

8    detectives or patrol officers assigned to the

9    narcotics unit, as you sit here, are there any

10   officers that stand out in your mind as being highly

11   productive?

12     A.    I don't know.  I don't know the statistics

13   of what the guys in narcotics are doing or have been

14   doing.

15     Q.    What about just general, in the

16   department?

17     A.    I can't think of anybody off the top of my

18   head, no.

19     Q.    And when you had a conversation with

20   Deputy Commissioner Burke about amending Officer

21   Bovell's evaluation, other than his statistics, did

22   Deputy Commissioner Burke instruct you to amend his

23   evaluation based on any other factors?

24     A.    I think Deputy Commissioner Burke left it



1   up to me and how I was going to handle it.

2       Q.   And other than Officer Bovell's

3   statistics, did you take any other factors into

4   consideration when you completed the amended

5   evaluation?

6       A.   I would have to look at my amended

7   evaluation to be sure.

8       Q.   I'm going to show you what's been marked

9   as Plaintiff's Exhibit 28.

10      A.   Looks like this was based solely on the

11  statistics that were reported.

12      Q.   Okay.  And looking at the amended

13  evaluation versus your initial evaluation of Officer

14  Bovell, what categories changed, if any?

15      A.   Attitude and quantity and quality of work.

16      Q.   And attitude previously was at a level of

17  what?

18      A.   Two.

19      Q.   Which stands for what?

20      A.   Needs improvement.

21      Q.   And thereafter, on the amended evaluation?

22      A.   Three.

23      Q.   Which stands for satisfactory?

24      A.   Yes, ma'am.



236                          ROBERT WUTTKE

1        Q.    And quality and quantity of work, what was
2    his original rating?
3        A.    Two.
4        Q.    And on the amended evaluation?
5        A.    Four.
6        Q.    And so why, if his quality and quantity
7    rating went up to a four, did his attitude rating
8    not also rise to the level of a four?
9        A.    Because that's the determination I made.
10       Q.    Based on what?
11       A.    Based on my perception of his attitude.
12       Q.    Other than his statistics, what knowledge
13   did you have, either documents or having heard
14   things or personally observe things, that would
15   continue your -- withdrawn -- that would limit your
16   evaluation of Officer Bovell in attitude to a level
17   three as opposed to a four?
18       A.    I'm sorry.  You are going to have to
19   rephrase that.
20       Q.    Sure.  If you rated Officer Bovell as a
21   four in terms of quality and quantity of work, why
22   did you only rate him at a level three for attitude?
23       A.    I believe that the quality and quantity of
24   his work did show that he had some interest in his

800.DAL.8779
dalcoreporting.com

DALCO

1    job.  However, I still felt that, maybe, he didn't

2    have the best attitude in the world.

3          Q.    Based on what?

4          A.    Based on reports that have been submitted

5    of his displeasure with the way things were being

6    handled, based on -- I guess that would really be

7    about it.

8          Q.    We talked about the MV5 for the sick day.

9    You were upset he wrote an MV5 and your name was

10   mentioned?

11         A.    No.  I never said I was upset, ma'am.

12         Q.    Well, that's true.  You never said you

13   were upset.  So you did testify that, in your rating

14   on his attitude, that one of the things that came

15   into play in giving him a rating of the two was the

16   MV5 he wrote about the sick day?

17         A.    I believe it was a request for a day off,

18   but yes.

19         Q.    Okay.  And what is -- can you tell us what

20   that incident involved?

21         A.    Apparently, Police Officer Bovell had

22   asked for a day off.  It was denied.  He came to

23   work that day.  A day shortly thereafter, he called

24   out sick, and Lieutenant Curzio called him and said



```
 1    the captain was mad at him.

 2         Q.   And were you working during the day that

 3    he had called out sick?

 4         A.   I believe I was the supervisor at the

 5    desk, the tour prior to his assigned tour.  And I

 6    took the sick report.

 7         Q.   And did you have a conversation with

 8    Lieutenant Curzio?

 9         A.   Regarding?

10         Q.   Regarding Officer Bovell calling out sick

11    that day.

12         A.   I may have mentioned to him that PO Bovell

13    called out sick, and it wasn't anything more than

14    that, if there was a conversation at all.

15         Q.   And what if any communication did you have

16    with Lieutenant Curzio with -- it's lieutenant?

17         A.   Yes, ma'am.

18         Q.   With respect to his reaction about Officer

19    Bovell calling out sick.

20         A.   I don't know that we ever spoke about it

21    until after I saw the MV5.

22         Q.   And was there any criticism in the MV5

23    about you?

24         A.   Yes, ma'am.
```



```
1        Q.    And what was that?
2        A.    If I could see the MV5, I could tell you
3   exactly what it was.
4        Q.    Well, as we sit here, what's your
5   recollection of that?
6        A.    Something about how I should have been
7   fired a long time ago and face serious disciplinary
8   action.
9        Q.    For -- based on what?  For doing what?
10       A.    I don't know that it actually says.
11       Q.    Okay.  Other than that MV5, what other
12  instances or events or documents did you rely on in
13  either assigning Officer Bovell a two for attitude
14  on his original evaluation or deciding not to assign
15  him a four on his amended evaluation for attitude?
16       A.    I think that's about it.
17       Q.    And what captain was alleged to have been
18  mad as a result of Officer Bovell's callout?
19       A.    Captain Hastings.
20       Q.    And did you have any conversations with
21  Captain Hastings about that, about the callout or
22  the MV5?
23       A.    Yes, ma'am.
24       Q.    And what's the substance of those
```

800.DAL.8779
dalcoreporting.com


DALCO

**ROBERT WUTTKE**

1   conversations?

2        A.    Substance of it was, what the hell is

3   going on with you and Curzio that I'm getting

4   dragged in the middle of.

5        Q.    And he responded?

6        A.    I don't know.  Talk to Mario.

7        Q.    And did you?

8        A.    Yeah.

9        Q.    And what did he say?

10        A.    He said, I was just kidding.  I didn't

11   know he was going to take it seriously.

12        Q.    And do you know what he was just kidding

13   about?

14        A.    I never asked him, but my assumption would

15   be the call to Bovell about the captain being upset.

16        Q.    During 2014, who if anyone was

17   responsible, who had authority, to assign police

18   officers to the overtime detail for Con Edison?

19        A.    That was -- that overtime was hired by the

20   patrol division clerk, a police officer.  I don't

21   remember who it was.

22        Q.    And how does an officer sign out or get

23   overtime for that detail?

24        A.    Well, it would start with submitting your



1    request to be put on the overtime list.  And you are

2    put on a list, and the officer in the patrol

3    division clerk calls down the list.  Once you take

4    the time, you move to the bottom of the list.

5          Q.    Is there any consideration, if you know,

6    with respect to seniority and being on that list?

7          A.    No, ma'am.

8          Q.    It's just a system or -- if you are on the

9    list and assigned overtime, you are put on the

10   bottom of the list and it just rotates that way?

11         A.    Yes, ma'am.

12         Q.    And what circumstances would an individual

13   not be eligible to sign up for overtime on that

14   list?

15         A.    I'm sorry?

16         MR. SWEENEY:  Objection to the form.  But

17         if you understand it, you can rephrase it.

18         A.    I don't understand.  If you could rephrase

19   it.

20         Q.    Are there any circumstances, if you know,

21   under which an officer would be ineligible for

22   putting his name on the overtime list for Con Ed?

23         A.    There was no list for, specifically, Con

24   Ed.  There's an overtime list that is utilized to



**ROBERT WUTTKE**

1    fill all overtime spots, whether they be patrol,

2    specialized details, Con Edison overtime.  And in

3    order to -- the person would be denied being put on

4    that list if they were on the chronic sick list, if

5    they were out injured, if they were on modified or

6    restricted duty.

7        Q.   And where or what documentation or where

8    in the department, whether by order or within the

9    regulations, does it say, if you are found to be in

10   violation of the chronic sick policy that you will

11   not be eligible for overtime?

12       A.   It would in the chronic sick order, the

13   policy and procedure.

14       Q.   And, if you know, how long would you be

15   denied the opportunity to perform overtime if you

16   were on the chronic sick list?

17       A.   I don't know.

18       Q.   And did you, at some point in time, become

19   aware of Officer Bovell being denied the opportunity

20   to sign up for overtime?

21       A.   No.

22       Q.   Did you later hear that Officer Bovell had

23   been denied the opportunity to work on the overtime

24   detail for Con Ed or any other overtime detail?



ROBERT WUTTKE                    243

1      A.    I did learn that he was told he was not --
2  or it was said he was not allowed to work Con
3  Edison.
4      Q.    And who did you hear that from?
5      A.    I believe, the first person I heard it
6  from was Greg Addison.
7      Q.    And if an individual was denied the
8  ability to work overtime, is that something that
9  would be marked in the computer system?
10     A.    It would be marked on the overtime --
11 excuse me -- the overtime list itself.  There's a
12 comment section, for lack of a better term, where it
13 would have indicated if the person wasn't to be
14 hired for a certain overtime.
15     Q.    And who would be in charge of putting that
16 comment in on the list?
17     A.    Someone in the patrol division.
18     Q.    Anybody has access to an authorization in
19 the patrol division to make that notation?
20     A.    I'm sorry.  One of the supervisors in the
21 patrol division.
22     Q.    Like yourself?
23     A.    No, ma'am.
24     Q.    Who?



1        A.    Patrol division office.  The captain or

2    the deputy chief, or if there was a lieutenant in

3    there at the time.

4        Q.    So Hastings or Dumser?

5        A.    Would have to make the decision, yes.

6        Q.    And did you ever come to learn who, if

7    anyone, made a notation that Officer Bovell was to

8    be marked, do not hire for Con Ed?

9        A.    I never inquired as to who made the

10   decision.

11       Q.    Did you ever hear who made the decision?

12       A.    No, ma'am.

13       Q.    I'm going to show you what's been marked

14   as Plaintiff's Exhibit 18, chronic absence control

15   regulation.  And can you just point out for me where

16   it indicates that an individual would not be

17   eligible for overtime if they violated that policy?

18       A.    It would be on page 2, section 3, sub D.

19       Q.    And what does that say?

20       A.    "Ineligible for voluntary overtime."

21       Q.    What's the heading on that section?

22       A.    "Procedures."

23       Q.    Is there more of a sentence than,

24   ineligible for overtime?



**ROBERT WUTTKE**                     245

```
 1        A.    Not in subsection D.
 2        Q.    Can I take a look.  Thanks.  Okay.  So
 3   under subsection 3, can you just read the beginning
 4   of that section.
 5        A.    "After meeting with the commissioner or,
 6   if no meeting was requested, the member may have any
 7   or all of the following applied to him, her, at sole
 8   discretion of the commissioner, for so long as he,
 9   she, is designated as a chronic absentee."
10        Q.    And subsection D is --
11        A.    "Ineligible for voluntary overtime."
12        Q.    Okay.  And I'm going to show you what was
13   marked before as Plaintiff's Exhibit 20, if you can
14   just read what's under, "Office of the Chief of
15   Department," down to the bullet section?
16        A.    "The above caption report and supporting
17   documentation have been reviewed.  I concur with the
18   findings and recommendations.  Upon approval, unless
19   otherwise noted by the deputy commissioner of police
20   or police commissioner, PO Bovell has been counseled
21   by his immediate supervisor, supervisor to monitor
22   Bovell's sick usage, original, file with SSD."
23        Q.    And is there anything on that document
24   that indicates that he is going to be ineligible for
```



800.DAL.8779
dalcoreporting.com

DALCO

1   overtime off?

2       A.    No.

3       Q.    And aside from the chronic sick

4   investigation that you did in 2014, were you aware

5   of any other accusations that Officer Bovell was

6   chronically sick or in violation of the sick policy

7   in 2014?

8       A.    No, ma'am.

9       Q.    Did you ever make a recommendation that

10  Officer Bovell be placed on the ineligible list for

11  overtime?

12      A.    No.

13      Q.    I will show you what's been marked as

14  Plaintiff's Exhibit 26.  Do you recognize that

15  document?

16      A.    Never seen this before.

17      Q.    Okay.  In looking at the substance of

18  what's written on that document, do you recall

19  learning any of that information through another

20  source other than that document?

21          MR. SWEENEY:  Objection to the form of the

22       question, but you can answer it if you

23       understand it.

24      A.    I'm sorry.  Can you repeat the question.



```
 1   I was reading.
 2        Q.   Sure.  Do you need some more time to look
 3   at it?
 4        A.   No.
 5        Q.   Okay.  So the information -- withdrawn.
 6             What type of information is contained on
 7   that form, if you know?
 8        A.   Name, charge, shield numbers for the
 9   officers, date, and incident number.
10        Q.   Okay.  And with respect to the information
11   contained on that document, other than seeing it
12   here, apparently for the first time, do you recall
13   seeing that information on the chart that was
14   provided to you by Lisa Hill in the fall of 2014?
15        A.   No.  The chart Lisa Hill provided me just
16   had numbers.  Didn't have names.  Just a number of
17   how many arrests were made or how many tickets were
18   issued.
19        Q.   And in November of 2014, did you place a
20   phone call to Officer Bovell or did -- withdrawn.
21             Did you have a conversation over the phone
22   with Officer Bovell in connection with the initial
23   evaluation that you had drafted for him?
24        A.   Yes, ma'am.
```



800.DAL.8779
dalcoreporting.com

DALCO

**ROBERT WUTTKE**

1      Q.    And what was the substance of that

2   conversation?

3      A.    I advised Police Officer Bovell that

4   the -- there was an error with the numbers that were

5   provided to me.  I explained to him that, upon

6   looking into it, realized that there was a

7   significant discrepancy in his arrest reports or

8   arrest reporting and that I was drafting a secondary

9   or supplemental evaluation to document that.

10     Q.    And did you go over Officer Bovell's

11  supplemental or amended evaluation with him?

12     A.    No, ma'am.

13     Q.    And why is that?

14     A.    Because, until Friday, I hadn't seen him.

15     Q.    At that point in time, Officer Bovell was

16  out injured?

17     A.    Yes, ma'am.

18     Q.    Could you have gone over Officer Bovell's

19  amended evaluation form with him over the phone?

20     A.    I could have, yes.

21     Q.    And why didn't you?

22     A.    To the best of my recollection, Officer

23  Bovell, when I was on the phone with him, stated

24  that he had just come back from physical therapy and



800.DAL.8779
dalcoreporting.com

1   had taken medication and didn't wish to speak.

2       Q.    Okay.   Did you schedule another phone call

3   to go over his amended evaluation with him?

4       A.    No, I did not.

5       Q.    Why not?

6       A.    I don't recall if it was -- I guess it

7   would have been in that conversation.  But at that

8   point, I believe there was a -- I had been advised

9   of a lawsuit.  And either Bovell stated that he

10  didn't want to speak about it without his attorney

11  or I was advised not to speak about it until further

12  legal action was taken.

13      Q.    And you found out that there was a lawsuit

14  filed prior to creation of the amended evaluation;

15  correct?

16      A.    I believe so, yes.

17      Q.    And when you made the request of Lisa Hill

18  for the quarterly statistics in the fall of 2014,

19  was that the only information that you were seeking

20  from Lisa Hill?

21      A.    I'm confused by your question.   What

22  information?

23      Q.    You were seeking quarterly statistics from

24  Lisa Hill in the fall of 2014 for the individuals



1    that you supervised?

2         A.    Yes.

3               MR. SWEENEY:   Objection.

4         Q.    You did testify about that earlier;

5    correct?

6         A.    I'm not sure if you were asking -- if I

7    was asking just for Police Officer Bovell's or if I

8    was --

9         Q.    No.   Okay.   So it was a quarterly report

10   for all the individuals that you supervised; right?

11        A.    Yes.

12        Q.    Okay.   And if asked under oath, would

13   you -- withdrawn.

14              Was there any other information that you

15   were seeking from Lisa Hill other than the quarterly

16   statistics --

17        A.    No, ma'am.

18        Q.    -- in the fall of 2014?

19        A.    I misspoke.   Yes.   I was still trying to

20   get an answer as to why the numbers were so

21   different.

22        Q.    And to this date, do you have any

23   knowledge as to why the numbers were different?

24        A.    No, ma'am.



1        Q.    And when is the last time you inquired of

2   Ms. Hill of why the numbers would have been so

3   different?

4        A.    I haven't inquired in quite some time,

5   ma'am.

6        Q.    Is she the only individual that works in

7   that department?

8        A.    No, ma'am.

9        Q.    Is she the head of the department?

10       A.    No, ma'am.

11       Q.    Did you speak to anybody else in that

12   department about why the numbers would be so

13   different between the spring of 2014 and the fall?

14       A.    Yes, ma'am.

15       Q.    And who did you speak to?

16       A.    Lieutenant Ziadie and Sergeant McEachin.

17       Q.    And they said, ask Lisa Hill?

18       A.    Yes, ma'am.

19       Q.    Other than those three individuals, is

20   there anyone else who works in that department?

21       A.    Yes, ma'am.

22       Q.    Who else?

23       A.    There's several civilians that work in

24   that department doing various tasks.  The technology



1    services officers work out of there.  The property

2    clerk works out of there.  The vehicle removal unit

3    works out of there.  Training unit works out of

4    there.

5           Q.    Technology services?

6           A.    Yes, ma'am.

7           Q.    And those are individuals who work on the

8    computers or who deal with computers in the

9    department?

10          A.    Computers, radios, cameras.

11          Q.    The AS400 system?

12          A.    I don't know if they do that.

13          Q.    Did you ask any of the technology people

14   why the information would be so different between

15   the fall and the spring of 2014?

16          A.    No.

17          Q.    Why not?

18          A.    Because when the commanding officer of

19   that unit told me to speak to Lisa Hill, that's what

20   I did.

21          Q.    And when you didn't receive an answer, you

22   stopped?

23          A.    No.  That's when I went to the sergeant

24   and asked the sergeant if he could answer it.



**ROBERT WUTTKE**                                253

```
 1        Q.    And he said?
 2        A.    You have to ask Lisa Hill.  He has no
 3   idea.
 4        Q.    So they both directed you to Lisa Hill;
 5   correct?
 6        A.    Yes, ma'am.
 7        Q.    And she had no idea?
 8        A.    Yes, ma'am.
 9        Q.    And you didn't inquire to anybody else as
10   to why there would be such a discrepancy?
11        A.    No.
12        Q.    Why not?
13        A.    Because if the commanding officer and
14   executive officer directed me to the same person,
15   since they were on that division, I would assume
16   they know who would have the correct answer.  When
17   that person couldn't give me an answer, I stopped
18   asking.
19        Q.    Did you go back to those two supervisors
20   to let them know that Lisa Hill had no idea why the
21   numbers would be different?
22        A.    Yes, ma'am.
23        Q.    And what was their response?
24        A.    Okay.
```



254                     **ROBERT WUTTKE**

```
1            MS. BELLANTONI:  I don't believe I have

2       anything further.  You want to just take a

3       couple minutes.

4

5                  (Recess taken.)

6

7            (Plaintiff's Exhibit 34, MV5, was marked

8                  for identification.)

9

10           (Plaintiff's Exhibit 35, COMPENSATORY TIME

11                REQUEST, was marked for identification.)

12

13   BY MS. BELLANTONI:

14       Q.   I'm showing you what's been marked as

15   Plaintiff's Exhibit 34, which is Bates stamped 0155

16   and 0166.  Do you recognize that document?

17       A.   This is the MV5 that was submitted by

18   Police Officer Bovell.

19       Q.   And is that the MV5 that you were speaking

20   of when you were referring to him mentioning your

21   name in connection with his request for time off or

22   having called out sick?

23       A.   Yes, ma'am.

24       Q.   And when was that MV5 drafted or created?
```



**ROBERT WUTTKE**                                            255

```
 1   Is there a date on it?
 2        A.    March 29, 2014.
 3        Q.    And that is the MV5, just to be clear,
 4   that you took into consideration when rating Officer
 5   Bovell's -- rating Officer Bovell in the category of
 6   attitude on his evaluations?
 7        A.    That's what I was indicating, yes.
 8        Q.    Okay.  And I will take that back.  And I
 9   will show you what's been marked as Plaintiff's
10   Exhibit 35.  Do you recognize that document?
11        A.    I know what the document is, yes.
12        Q.    Okay.  And what is that document?
13        A.    It's a request for time off.
14        Q.    What's the Bates stamp number at the
15   bottom, just for the record?
16        A.    What's a Bates stamp?
17        Q.    What's the number -- numbers all the way
18   down at the bottom?
19        A.    Bovell dot 00157.
20        Q.    Thank you.  And when is that request for
21   sick time or request for comp time dated?
22        A.    It's either March 15th or March 13th.  I
23   don't know what that number is at the top.
24        Q.    Of 2014?
```



```
 1        A.    Yes, ma'am.

 2        Q.    Is that request for officer -- submitted

 3   by Officer Bovell?

 4        A.    Yes, ma'am.

 5        Q.    And were you part of the decision-making

 6   process in the denial of that request?

 7        A.    No, ma'am.

 8        Q.    Okay.  And to your knowledge, who made the

 9   decision to deny his request for comp time?

10        A.    Looks like Captain Hastings' signature.

11        Q.    And is there an area on that document for

12   a reason why the request would be denied?

13        A.    Yes, ma'am.

14        Q.    And what is the reason?

15        A.    Short roll call.  No other FTL.

16        MS. BELLANTONI:  I will take that back.

17   And I have nothing further.

18

19             (Time noted: 11:40 a.m.)

20

21

22

23

24
```



```
 1   STATE OF NEW YORK      )

 2                          ss:

 3   COUNTY OF              )

 4

 5

 6        I, ROBERT WUTTKE, hereby certify that I have

 7   read the pages of the foregoing testimony of this

 8   deposition and hereby certify it to be a true and

 9   correct record.

10

11

12

13

14        -----------------------------

15                   ROBERT WUTTKE

16

17

18

19   Sworn to before me this

20   ___day of_____, 20__.

21

22

23   _____

24      Notary Public
```



258

```
 1                     I     N     D     E     X

 2

 3   CONTINUED EXAMINATION                      PAGE:LINE

 4   BY MS. BELLANTONI:                           190:8

 5

 6   Plaintiff's Exhibit 34,

 7   MV5,

 8   was marked for identification:               254:7

 9

10   Plaintiff's Exhibit 35,

11   COMPENSATORY TIME REQUEST,

12   was marked for identification:              254:10

13

14   (EXHIBITS RETAINED BY AMY L. BELLANTONI, ESQ.)

15

16

17

18

19

20

21

22

23

24
```



1                C E R T I F I C A T I O N

2

3    STATE OF NEW YORK        )

4                            )   ss.

5    COUNTY OF WESTCHESTER   )

6            I, GABRIEL ALICEA, Court Reporter and

7    Notary Public within and for the County of Rockland,

8    State of New York, do hereby certify:

9            That I reported the proceedings that are

10   hereinbefore set forth, and that such transcript is

11   a true and accurate record of said proceedings.

12           I further certify that the witness does

13   not request to review the transcript;

14           AND, I further certify that I am not

15   related to any of the parties to this action by

16   blood or marriage, and that I am in no way

17   interested in the outcome of this matter.

18

19           IN WITNESS WHEREOF, I have hereunto set my

20   hand.

21

22

23                   GABRIEL ALICEA

24                   Court Reporter



260

```
1                    ERRATA  SHEET
2   Deposition of: ROBERT WUTTKE
3   Re: MURASHEA "MIKE" BOVELL vs. CITY OF MOUNT
4        VERNON, et al.
5   Date Taken: November 10, 2016
6   Page          Line #              Correction   Reason
7   _____      _____      _____
8   _____      _____      _____
9   _____      _____      _____
10  _____      _____      _____
11  _____      _____      _____
12  _____      _____      _____
13  _____      _____      _____
14  _____      _____      _____
15  _____      _____      _____
16  _____      _____      _____
17  _____      _____      _____
18
19                            _____
20                                   (Signature)
21  Sworn to before me this
22  __day of_____, 2016.
23  _____
24       Notary Public
```



800.DAL.8779
dalcoreporting.com

## A

**ability (1)**
243:8
**able (1)**
219:3
**above (1)**
245:16
**absence (1)**
244:14
**absentee (1)**
245:9
**absolutely (1)**
234:2
**accept (2)**
214:2,4
**access (2)**
203:13;243:18
**accurate (5)**
198:24;199:5;
206:5;211:11;228:18
**accusations (1)**
246:5
**action (4)**
191:5;205:5;239:8;
249:12
**activity (1)**
195:16
**actual (1)**
199:23
**actually (2)**
192:17;239:10
**add (1)**
200:6
**Addison (1)**
243:6
**administer (1)**
189:10
**administration (2)**
191:10;192:14
**Administrative (1)**
204:18
**advised (4)**
209:11;248:3;
249:8,11
**affected (2)**
231:22,23
**affords (1)**
205:15
**African-American (3)**
202:4,23;203:3
**again (4)**
190:16;203:1;
206:12;227:15
**against (5)**
191:5;210:5;
215:19;216:1,6
**ago (2)**

**209:18;239:7**
**agree (7)**
204:21;205:3;
214:8;232:10,13,19;
233:4
**AGREED (3)**
189:1,5,8
**agrees (1)**
192:20
**Alicea (1)**
190:3
**alleged (1)**
239:17
**allowed (1)**
243:2
**allows (1)**
205:14
**along (2)**
213:21;222:6
**always (5)**
214:2,4;219:10,11;
227:19
**amend (4)**
229:22;230:2,15;
234:22
**amended (15)**
220:14,18;229:7,
11;230:22;235:4,6,
12,21;236:4;239:15;
248:11,19;249:3,14
**amending (1)**
234:20
**and/or (2)**
193:24;212:14
**apologize (1)**
190:15
**Apparently (2)**
237:21;247:12
**appeal (11)**
198:6;220:12;
221:13,19;222:3;
223:16;226:13;
227:7;229:12,18,22
**appealed (1)**
220:10
**appealing (3)**
219:23;221:5;
222:7
**appeals (6)**
221:24;223:6;
229:2;230:17;231:3,
7
**appear (3)**
196:15,17;232:5
**appearance (6)**
197:23,24;198:14,
20;218:18;219:7
**applied (1)**
245:7

**appointment (1)**
205:10
**approval (1)**
245:18
**approximately (1)**
200:24
**April (7)**
192:11;199:3,4;
204:2;212:10,13;
224:7
**area (2)**
213:2;256:11
**around (2)**
195:14;198:24;
224:11;228:23
**arrest (3)**
195:15;197:1,2;
248:7,8
**arrests (8)**
197:4;211:22,24;
212:14;226:5;
231:24;232:22;
247:17
**AS400 (2)**
196:1;252:11
**Aside (2)**
209:21;246:3
**assessment (2)**
191:13,20
**assign (7)**
215:15;216:11,16;
217:3;218:8;239:14;
240:17
**assigned (16)**
200:21;201:7;
203:17;211:18;
215:1,22;216:7,15;
217:6;218:12,16,23;
219:14;234:8;238:5;
241:9
**assigning (3)**
201:11;214:24;
239:13
**assignments (4)**
211:18;214:1,3,5
**assist (1)**
199:19
**assume (3)**
212:11;230:10;
253:15
**assuming (1)**
231:17
**assumption (2)**
212:17;240:14
**attendance (1)**
218:7
**attention (3)**
221:12,13,16
**attitude (19)**

**198:1,14;214:6,9,**
**10;215:1,4;232:2;**
**235:15,16;236:7,11,**
**16,22;237:2,14;**
**239:13,15;255:6**
**attitudes (1)**
213:24
**attorney (1)**
249:10
**attorneys (1)**
189:2
**August (2)**
224:11;227:23
**author (2)**
190:23;192:5
**authority (3)**
193:24;194:1;
240:17
**authorization (1)**
243:18
**authorized (1)**
189:10
**aware (5)**
208:14;210:2;
220:9;242:19;246:4

## B

**back (14)**
190:8;194:16;
209:17;212:3;
215:24;224:17,20,22;
232:24;233:2;
248:24;253:19;
255:8;256:16
**base (1)**
211:9
**based (18)**
191:13,18,19;
200:5;211:4,14;
214:12,14;216:17;
218:13;234:23;
235:10;236:10,11;
237:3,4,6;239:9
**Bates (8)**
190:12;192:1;
195:22;198:5;204:5;
254:15;255:14,16
**become (2)**
208:14;242:18
**beginning (1)**
245:3
**behind (2)**
205:22,23
**BELLANTONI (6)**
190:7;224:20;
232:24;254:1,13;
256:16
**best (3)**

**196:18;237:2;**
**248:22**
**better (1)**
243:12
**bold (1)**
216:19
**both (6)**
193:21;204:23;
205:3,12,14;253:4
**bottom (4)**
241:4,10;255:15,
18
**Bovell (77)**
191:6;192:24;
194:19,23;195:8,18;
198:15;199:6,14,20;
200:5,10,12;201:20;
202:3,12;206:3;
207:11;208:16;
209:2,9,12,21;210:4;
211:10,16,24;212:6,
20;213:1;215:4,15,
16,20,22;216:6,11;
217:3;218:8;219:17,
22;220:5,9;221:5;
222:7;224:16;229:7,
13;230:22;231:12;
233:6,18;235:14;
236:16,20;237:21;
238:10,12,19;239:13;
240:15;242:19,22;
244:7;245:20;246:5,
10;247:20,22;248:3,
15,23;249:9;254:18;
255:5,19;256:3
**Bovell's (35)**
191:13;195:15;
196:11;197:10,17;
202:16,20;203:6;
205:18;207:4;
209:24;210:8;
211:22;212:15;
213:9;220:19;
222:20;223:15;
226:13;227:7;
228:21;229:3,18,23;
230:2,16;233:10;
234:21;235:2;
239:18;245:22;
248:10,18;250:7;
255:5
**bring (2)**
221:11,12
**brought (1)**
221:16
**bullet (1)**
245:15
**bureau (1)**
210:20

ROBERT WUTTKE - Vol. 2
November 10, 2016

MURASHEA MIKE BOVELL v.
CITY OF MOUNT VERNON, et al.

**Burke (7)**
220:24;223:13;
230:6;231:1;234:20,
22,24

# C

**call (4)**
240:15;247:20;
249:2;256:15
**called (5)**
237:23,24;238:3,
13;254:22
**calling (3)**
191:14;238:10,19
**callout (2)**
239:18,21
**callouts (1)**
191:20
**calls (2)**
197:5;241:3
**came (3)**
223:8;237:14,22
**cameras (1)**
252:10
**can (34)**
191:16;198:8;
203:1;205:3,8,24;
206:10;207:9;209:6;
213:16;221:15;
222:24;224:19,20;
226:16;227:18,20;
228:15;230:13;
231:21,22;232:10,14,
19,24;233:24;
237:19;241:17;
244:15;245:2,3,13;
246:22,24
**capacity (2)**
203:24;204:1
**Captain (35)**
192:6,13;193:4,7,
16,18,20,24;194:10,
11,12,13;201:18;
207:19;208:18,19,20,
21,24;220:23;221:18,
23;222:3;223:8,9,10;
230:11,11;238:1;
239:17,19,21;240:15;
244:1;256:10
**caption (1)**
245:16
**care (1)**
213:23
**case (2)**
219:5;228:3
**categories (8)**
197:20;198:2,12,
15;213:5;216:21,23;

235:14
**category (6)**
209:7;211:5;
215:13,23;216:13;
255:5
**Caucasian (1)**
193:21
**certain (3)**
190:9;219:5;
243:14
**change (3)**
227:8;231:24;
232:2
**changed (3)**
226:14;231:14;
235:14
**charge (3)**
201:10;243:15;
247:8
**chart (4)**
196:18;197:9;
247:13,15
**Chief (10)**
193:17,20,23;
194:6,12;201:19;
208:23;209:1;244:2;
245:14
**chronic (9)**
193:1;204:23;
242:4,10,12,16;
244:14;245:9;246:3
**chronically (1)**
246:6
**circumstances (6)**
217:24;218:22;
219:7,13;241:12,20
**city (3)**
196:24;204:13;
205:1
**civilian (3)**
210:4;216:3,5
**civilians (1)**
251:23
**clear (1)**
255:3
**clerk (3)**
240:20;241:3;
252:2
**coach (1)**
205:16
**coming (1)**
199:18
**commanding (4)**
193:11,14;252:18;
253:13
**comment (2)**
243:12,16
**Commissioner (11)**
220:24;223:13;

230:6;231:1;234:20,
22,24;245:5,8,19,20
**communication (1)**
238:15
**comp (2)**
255:21;256:9
**COMPENSATORY (1)**
254:10
**compiled (1)**
197:9
**complaint (1)**
216:9
**complaints (10)**
209:12,14;210:2,4;
215:17,18,19;216:1,
3,5
**completed (4)**
207:4;229:4;231:4;
235:4
**completely (1)**
219:3
**complimented (3)**
233:5;234:3,4
**complimenting (1)**
233:17
**comply (2)**
206:15,18
**computer (2)**
209:22;243:9
**computers (3)**
252:8,8,10
**Con (7)**
240:18;241:22,23;
242:2,24;243:2;
244:8
**concerned (1)**
203:20
**conclusion (1)**
192:20
**concur (1)**
245:17
**conducting (1)**
230:17
**confused (2)**
191:17;249:21
**conjunction (1)**
229:14
**connection (23)**
191:6;193:10;
194:2;195:8,16,18;
196:11;197:4;
205:18;206:21;
207:1;209:20;
210:10,21;211:5;
219:18;220:19;
223:15;226:12;
227:6;229:3;247:22;
254:21
**consider (1)**

217:12
**consideration (3)**
235:4;241:5;255:4
**considering (1)**
230:16
**consistency (1)**
203:19
**consult (1)**
199:14
**consulted (1)**
199:22
**contact (1)**
202:12
**contain (2)**
197:4;211:23
**contained (7)**
191:7;196:20;
207:22,24;208:4;
247:6,11
**continue (1)**
236:15
**CONTINUED (1)**
190:6
**control (1)**
244:14
**conversation (17)**
200:3;219:16,21;
221:18,23;222:3;
226:10;227:6,9;
229:21;230:1;
234:19;238:7,14;
247:21;248:2;249:7
**conversations (4)**
221:4;223:12;
239:20;240:1
**counsel (1)**
205:16
**counseled (1)**
245:20
**counseling (1)**
206:21
**couple (1)**
254:3
**Court (1)**
189:12
**create (4)**
197:17;209:24;
229:6;230:21
**created (5)**
191:12;198:23;
220:14,18;254:24
**creating (7)**
191:10;192:14;
194:18;195:16;
210:7,12;225:2
**creation (3)**
209:20;229:11;
249:14
**criticism (1)**

238:22
**Curzio (4)**
237:24;238:8,16;
240:3

# D

**date (5)**
229:8;230:20;
247:9;250:22;255:1
**dated (2)**
192:10;255:21
**Dates (1)**
196:5
**day (12)**
203:16;204:3;
214:21;230:9;237:8,
16,17,22,23,23;
238:2,11
**deal (1)**
252:8
**dealings (2)**
213:6;214:15
**deciding (1)**
239:14
**decision (7)**
201:3,15;229:17;
244:5,10,11;256:9
**decision-making (1)**
256:5
**definitely (2)**
234:3,5
**denial (2)**
214:21;256:6
**denied (7)**
237:22;242:3,15,
19,23;243:7;256:12
**deny (1)**
256:9
**Department (26)**
190:13;194:6,7,9;
195:1,1;204:10,12,
14;205:1;210:3,15;
217:8,10,17;232:15,
22;234:16;242:8;
245:15;251:7,9,12,
20,24;252:9
**depend (1)**
216:8
**dependability (3)**
198:20;218:15,24
**depicted (1)**
196:3
**deposition (1)**
189:9
**Deputy (16)**
193:17,20,23;
194:11;201:19;
208:23;209:1;

220:24;223:13;
230:6;231:1;234:20,
22,24;244:2;245:19
**describe (1)**
196:18
**designated (2)**
203:21;245:9
**desk (1)**
238:5
**detail (4)**
240:18,23;242:24,
24
**details (1)**
242:2
**detective (5)**
210:20;211:2;
212:1,16;220:1
**detectives (1)**
234:8
**determination (2)**
201:11;236:9
**difference (1)**
232:4
**different (11)**
225:8,20;227:14;
228:9,12;250:21,23;
251:3,13;252:14;
253:21
**direct (2)**
199:5,19
**directed (4)**
195:12;211:15;
253:4,14
**directly (1)**
193:1
**dirty (1)**
219:12
**disciplinary (6)**
191:5;192:24;
193:8,9;205:5;239:7
**discrepancy (2)**
248:7;253:10
**discretion (1)**
245:8
**discuss (3)**
205:13,14,24
**dispatched (1)**
197:5
**displeasure (1)**
237:5
**division (21)**
193:12,15;200:11,
19,22,24;201:13,14,
16;207:18;211:2;
212:1,16;226:8;
240:20;241:3;
243:17,19,21;244:1;
253:15
**document (31)**

190:17;191:7,10,
12,19;192:1,5,9,12,
19,23;194:2,4,16;
195:24;198:9;204:7;
207:22;208:4,12;
245:23;246:15,18,20;
247:11;248:9;
254:16;255:10,11,12;
256:11
**documentation (4)**
197:16;209:22;
242:7;245:17
**documents (8)**
190:9;192:15;
196:4,13,15;209:19;
236:13;239:12
**done (6)**
192:18;210:22;
221:13,22;222:5;
234:4
**dot (1)**
255:19
**down (10)**
205:24;207:11;
208:9,15;209:2;
216:21;219:17;
241:3;245:15;255:18
**draft (5)**
193:8,12;194:1,4;
197:9
**drafted (7)**
191:19;192:4,13;
194:12;207:1;
247:23;254:24
**drafting (4)**
194:22;199:13,17;
248:8
**dragged (1)**
240:4
**drastic (1)**
232:4
**duly (1)**
190:2
**Dumser (9)**
193:17,20,23;
194:12;201:19;
208:21;209:1;
220:24;244:4
**during (9)**
198:22;199:4;
200:10,12;202:13;
205:11;210:5;238:2;
240:16
**duty (2)**
205:11;242:6

**E**

**earlier (1)**

250:4
**easier (1)**
198:13
**easy (1)**
200:7
**Ed (4)**
241:22,24;242:24;
244:8
**Edison (3)**
240:18;242:2;
243:3
**effect (1)**
189:11
**effective (3)**
213:19;217:13,15
**either (14)**
205:4;208:18,24;
210:3;217:17,18;
218:4;226:12;227:6;
233:11;236:13;
239:13;249:9;255:22
**eligible (3)**
241:13;242:11;
244:17
**else (12)**
192:18;193:7;
197:12;200:17;
202:9;207:14;
209:15;230:7;
251:11,20,22;253:9
**email (4)**
195:4,9;212:7;
228:2
**employee (2)**
205:12,16
**employees (1)**
204:24
**end (1)**
224:13
**entailed (1)**
192:17
**entire (2)**
212:5;220:8
**entitled (1)**
190:12;192:23
**environment (2)**
232:12,16
**Equipment (1)**
219:10
**error (2)**
229:9;248:4
**ethic (3)**
216:10,13,20
**ethics (1)**
216:24
**evaluate (4)**
201:8,21;211:4;
213:1
**evaluated (3)**

211:18;218:1;
228:11
**evaluating (5)**
199:19;210:6;
212:5;227:13;231:13
**evaluation (90)**
194:18,22;195:9,
17;197:10,17,20;
198:6,8,10,23;
199:13,17;202:16,21;
203:6;204:19;
205:12,13,19;206:1,
4;207:5,12,14;208:1,
2,6,8,10,13,16;209:3,
5,21,24;210:8,10,13,
21;211:6,9;212:21;
213:3;215:3,7;
219:18,23,24;220:3,
8,10,14,19,20;221:5;
222:7,11,14,17,20;
225:3;226:13;227:7;
229:3,7,12,23;230:3,
16,22;231:15,23;
234:21,23;235:5,7,
13,13,21;236:4,16;
239:14,15;247:23;
248:9,11,19;249:3,14
**evaluations (1)**
255:6
**even (3)**
199:10;219:24;
232:9
**events (1)**
239:12
**everybody (1)**
211:14
**exactly (3)**
196:3,20;239:3
**EXAMINATION (1)**
190:6
**examined (1)**
190:3
**example (2)**
214:18,18
**except (1)**
189:6
**excuse (5)**
207:17;212:9;
214:13;222:21;
243:11
**executive (5)**
194:7,8;207:17,18;
253:14
**Exhibit (16)**
190:11;191:24;
198:4;204:5,16;
207:20;209:6;
231:10;235:9;
244:14;245:13;

246:14;254:7,10,15;
255:10
**Exhibits (1)**
195:21
**expectations (1)**
205:17
**experienced (1)**
213:5
**explained (1)**
248:5
**extremely (1)**
232:11

**F**

**face (2)**
232:5;239:7
**fact (5)**
194:12;200:6;
206:2;208:14;233:20
**factors (2)**
234:23;235:3
**fail (1)**
206:18
**failed (1)**
206:14
**fair (4)**
197:7;206:2;
228:23;231:11
**fall (12)**
225:20;227:16,24;
228:10,19;229:4;
247:14;249:18,24;
250:18;251:13;
252:15
**far (3)**
192:17;203:19;
216:11
**February (1)**
212:9
**feedback (2)**
210:9;211:1
**felt (1)**
237:1
**few (2)**
209:18;224:1
**figure (2)**
226:16,20
**file (2)**
215:18;245:22
**filed (6)**
210:5;215:19;
216:1,6;229:13;
249:14
**files (1)**
203:13
**filing (1)**
189:3
**fill (1)**

242:1

**find (2)**
223:20;225:10

**findings (1)**
245:18

**fired (1)**
239:7

**first (10)**
190:2;198:5;208:1;
209:7;215:3;216:24;
224:7;228:20;243:5;
247:12

**followed (1)**
204:24

**following (2)**
227:21;245:7

**follows (1)**
190:4

**force (1)**
189:11

**form (21)**
189:6;191:15;
197:9,20;198:6;
205:12;206:9;207:8;
208:8;211:6,13;
213:15;221:14;
224:18;227:17;
228:14;233:23;
241:16;246:21;
247:7;248:19

**format (1)**
196:15

**formulate (1)**
212:20

**forth (1)**
226:5

**forwarded (5)**
194:6,13;207:7,14,
16

**found (3)**
223:17;242:9;
249:13

**four (15)**
214:24;215:23;
217:6;218:2,3,23;
219:8,14;234:6;
236:5,7,8,17,21;
239:15

**frame (2)**
210:5;212:8

**Friday (1)**
248:14

**front (2)**
196:13;207:21

**FTL (1)**
256:15

**function (1)**
226:7

**FURTHER (5)**

189:5,8;249:11;
254:2;256:17

**future (1)**
205:17

## G

**Gabriel (1)**
190:3

**Gallagher (18)**
199:24;200:4;
203:22;211:3,8,13;
220:23;221:4,8;
222:10,12,17,19;
223:6;229:17,19;
230:15;231:2

**Gallagher's (1)**
221:12

**gave (1)**
212:3

**general (3)**
211:13;213:24;
234:15

**generalized (1)**
200:5

**generally (2)**
210:14;233:6

**generated (2)**
215:17;227:15

**Giusto (1)**
201:23

**given (1)**
223:18

**giving (2)**
212:20;237:15

**goes (4)**
208:9;222:13,17;
223:1

**Goldman (8)**
192:6,7,13;193:4,
7;194:10,11,14

**good (1)**
234:1

**Greg (1)**
243:6

**grossly (1)**
225:7

**guess (3)**
229:14;237:6;
249:6

**guide (2)**
199:18;204:18

**guidelines (1)**
205:15

**guy (2)**
219:9,10

**guys (1)**
234:13

## H

**Hall (2)**
201:24;202:8

**hand (1)**
190:10

**handle (4)**
214:1;222:4;
223:19;235:1

**handled (3)**
219:5;221:21;
237:6

**Hastings (20)**
193:17,18,21,24;
194:12;201:18;
207:19;208:18,19,20,
21,24;220:23;221:18,
23;222:3;230:12;
239:19,21;244:4

**Hastings' (1)**
256:10

**head (8)**
197:24;201:22;
213:20;214:19;
215:21;232:18;
234:18;251:9

**heading (1)**
244:21

**hear (4)**
213:11;242:22;
243:4;244:11

**heard (10)**
209:11,14;210:2,
14;213:6,8;233:13,
15;236:13;243:5

**hell (1)**
240:2

**HEREBY (2)**
189:1,4

**herein (1)**
189:3

**hey (1)**
234:1

**highly (5)**
213:19;217:13,15;
233:12;234:10

**Hill (30)**
195:12,18;196:10,
10,14;197:4,8,15;
211:23;212:4,7;
224:2,5;225:15,17,
19;226:24;227:11;
247:14,15;249:17,20,
24;250:15;251:2,17;
252:19;253:2,4,20

**hire (1)**
244:8

**hired (2)**

240:19;243:14

**history (1)**
191:14

**honest (1)**
192:16

## I

**ID (2)**
196:6,7

**idea (11)**
194:15;196:8;
201:9;221:10;
225:18;226:1,2;
227:1;253:3,7,20

**identification (2)**
254:8,11

**identify (1)**
208:14

**immediate (1)**
245:21

**improvement (3)**
215:11;217:19;
235:20

**incident (3)**
196:5;237:20;
247:9

**include (1)**
212:14

**incorrect (2)**
224:16;225:3

**increase (1)**
231:24

**increased (1)**
231:17

**indicated (1)**
243:13

**indicates (2)**
244:16;245:24

**indicating (1)**
255:7

**individual (12)**
192:13;195:11;
208:9,14;209:2;
218:1;219:14;
230:17;241:12;
243:7;244:16;251:6

**individuals (12)**
199:15;201:8;
202:4;205:14,24;
207:7;210:9;211:17;
249:24;250:10;
251:19;252:7

**ineligible (6)**
241:21;244:20,24;
245:11,24;246:10

**information (33)**
195:17;196:9,10,
14,21;197:3,8,15,16;

199:18;209:9,23,23;
210:20;211:21,23;
212:19,24;213:4,13,
17;215:14;224:5;
226:5;246:19;247:5,
6,10,13;249:19,22;
250:14;252:14

**informed (1)**
210:15

**initial (2)**
235:13;247:22

**initially (2)**
219:24;223:18

**initiative (5)**
198:17;212:21;
213:2,9,14

**injured (4)**
230:18;231:3;
242:5;248:16

**inputting (1)**
226:4

**inquire (2)**
225:12;253:9

**inquired (4)**
225:19;244:9;
251:1,4

**inside (1)**
226:8

**instance (3)**
217:14;219:2,6

**instances (1)**
239:12

**instruct (2)**
230:21;234:22

**instructed (1)**
211:9

**intention (3)**
229:22;230:2,15

**Interactions (2)**
210:1;215:16

**interest (1)**
236:24

**interested (2)**
232:6,7

**into (7)**
197:19;211:13;
228:17;235:3;
237:15;248:6;255:4

**investigation (1)**
246:4

**involved (4)**
222:20;223:6,10;
237:20

**issue (2)**
217:22;218:3

**issued (2)**
218:1;247:18

## J

January (1)
198:22
job (6)
232:7,20;233:16;
234:1,4;237:1
jobs (1)
214:1
judged (1)
198:16
judgment (3)
198:20;218:20;
219:13
July (3)
224:11;227:15,23

## K

kidding (2)
240:10,12
knew (1)
217:21
knowledge (9)
207:6;217:7,9;
229:2,16;231:11;
236:12;250:23;256:8

## L

lack (2)
199:23;243:12
last (10)
190:10,15;194:17;
195:23;197:13;
198:21;200:2;
210:18;234:6;251:1
later (1)
242:22
lawsuit (2)
249:9,13
lazy (1)
233:16
learn (4)
217:19;222:16;
243:1;244:6
learning (1)
246:19
least (1)
199:18
leave (2)
191:6;194:3
left (1)
234:24
legal (1)
249:12
less (2)
199:10;214:10

level (4)
235:16;236:8,16,
22
lieutenant (32)
199:22,24;200:4;
203:22;211:3,8,12;
220:23,24;221:1,4,8,
11;222:10,12,16,19;
223:6,9;225:15;
226:11;227:9;
229:16,19;230:14;
231:2;237:24;238:8,
16,16;244:2;251:16
limit (1)
236:15
line (1)
191:3
lines (2)
213:21;222:7
Lisa (30)
195:12,18;196:9,
10,14;197:4,8,15;
211:23;212:4,7;
224:2,5;225:15,17,
19;226:24;227:11,
22;247:14,15;249:17,
20,24;250:15;
251:17;252:19;
253:2,4,20
list (17)
241:1,2,3,4,6,9,10,
14,22,23,24;242:4,4,
16;243:11,16;246:10
long (6)
203:23,24;214:19;
239:7;242:14;245:8
look (13)
190:14,16;192:22;
198:8;209:5;211:13;
212:2;215:24;229:8;
231:22;235:6;245:2;
247:2
looked (5)
190:15;197:19;
225:6;228:17,24
looking (8)
191:20;196:13;
206:13;207:20;
208:12;235:12;
246:17;248:6
Looks (4)
196:1;219:11;
235:10;256:10
Lots (1)
220:21
loud (1)
205:8

## M

ma'am (73)
191:8,22;192:8;
193:19,22;194:20;
195:6,13;199:8,12;
200:1,16;202:5,10,
18,22;203:4;204:8,
15;206:16,23;207:3,
23;208:5,11;209:16;
210:11,17;211:20;
215:2,10;216:4;
217:2;219:19;
220:15;222:1;
223:14;224:9;
229:24;230:4,18,23;
231:19;235:24;
237:11;238:17,24;
239:23;241:7,11;
243:23;244:12;
246:8;247:24;
248:12,17;250:17,24;
251:5,8,10,14,18,21;
252:6;253:6,8,22;
254:23;256:1,4,7,13
mad (2)
238:1;239:18
maintained (1)
219:11
making (2)
190:16;201:11
manner (1)
214:3
manual (2)
204:10,12
many (2)
247:17,17
March (9)
198:24;204:1;
212:10,13;224:7,17;
255:2,22,22
Mario (1)
240:6
marked (17)
190:11;191:24;
195:21;198:4;204:4;
231:9;235:8;243:9,
10;244:8,13;245:13;
246:13;254:7,11,14;
255:9
markedly (3)
228:9,11,22
may (13)
189:9;190:14;
195:22;197:12;
199:2;209:19;221:1;
232:10,19;233:22;
234:1;238:12;245:6

maybe (3)
209:18;232:8;
237:1
McEachin (4)
221:1;225:16;
227:3;251:16
mean (5)
203:15;219:5;
223:24;232:5;233:20
means (1)
224:1
medication (1)
249:1
meet (2)
218:5,6
meeting (3)
232:7;245:5,6
member (2)
201:14;245:6
members (4)
205:11;209:13;
210:3;232:21
memo (1)
193:9
mentioned (5)
230:8,10,11;
237:10;238:12
mentioning (1)
254:20
Michael (1)
192:6
middle (2)
216:19;240:4
might (1)
202:1
military (1)
219:10
mind (1)
234:10
minutes (1)
254:3
misspoke (3)
199:8;212:9;
250:19
modified (1)
242:5
moments (1)
209:18
monitor (1)
245:21
Montesano (1)
201:23
months (1)
224:1
more (6)
202:12;232:6,7;
238:13;244:23;247:2
Mount (3)
190:12;204:13;

205:1
move (1)
241:4
moving (1)
196:23
Murashea (1)
192:24
Must (1)
213:21
MV5 (13)
237:8,9,16;238:21,
22;239:2,11,22;
254:7,17,19,24;255:3
MV93 (1)
190:13

## N

name (6)
190:23;195:1;
237:9;241:22;247:8;
254:21
named (1)
202:4
names (2)
196:5;247:16
narcotics (4)
233:7,11;234:9,13
nature (1)
216:8
necessarily (1)
212:14
need (6)
197:13;204:24;
217:19,19;228:3;
247:2
needing (1)
217:22
needs (2)
215:11;235:20
negative (2)
232:11,16
neither (1)
218:5
new (2)
231:11,11
next (1)
198:6
Notary (1)
190:2
notation (2)
243:19;244:7
noted (2)
245:19;256:19
November (7)
224:14;225:4,7;
227:23;228:24;
229:4;247:19
number (9)

196:6,7;197:1;
218:16;247:9,16;
255:14,17,23
**numbers (13)**
196:5;197:1;
226:20;227:8;247:8,
16;248:4;250:20,23;
251:2,12;253:21;
255:17

**O**

**oath (2)**
189:10;250:12
**Object (1)**
207:8
**Objection (11)**
191:15;206:9;
213:15;221:14;
224:18;227:17;
228:14;233:23;
241:16;246:21;250:3
**objections (1)**
189:6
**observe (1)**
236:14
**October (2)**
224:14;227:23
**Off (15)**
197:23;201:22;
213:20;214:18,21;
215:21;226:16,20;
232:18;234:17;
237:17,22;246:1;
254:21;255:13
**office (5)**
201:13,14,16;
244:1;245:14
**officer (139)**
189:10;191:6,13;
192:24;193:10,10,12,
14;194:7,8,18,22;
195:8,15,18;196:11;
197:10,17;198:15;
199:6,14,20;200:5,
10,12;201:6,20,22,
23,23,24,24;202:1,3,
7,7,12,16,20,23,24;
203:6;205:18;206:3;
207:4,11,17,18;
208:10,16;209:2,8,
12,21,24;210:4,8;
211:9,16,22,24;
212:5,15,20;213:1,9;
215:4,15,16,20,22;
216:6,11;217:3,21;
218:8,23;219:2,8,17,
22;220:5,9,19;
222:20;223:15;

224:16;226:12;
227:7;228:21;229:3,
7,12,18,22;230:2,15,
22;231:12;232:6;
233:6,10,12,18;
234:20;235:2,13;
237:20;237:21;
238:10,18;239:13,18;
240:20,22;241:2,21;
242:19,22;244:7;
246:5,10;247:20,22;
248:3,10,15,18,22;
250:7;252:18;
253:13,14;254:18;
255:4,5;256:2,3
**officers (14)**
201:12;227:12,21;
228:9,11;232:10,15,
19;234:7,8,10;
240:18;247:9;252:1
**officer's (3)**
194:2;196:6;
214:20
**once (2)**
228:18;241:3
**one (14)**
199:6,9,10,20;
200:14;202:2;205:4;
214:18;233:11;
237:14;243:20
**only (6)**
199:20;209:19;
211:10;236:22;
249:19;251:6
**opportunity (4)**
205:15;242:15,19,
23
**opposed (5)**
203:10;213:19;
214:24;217:13;
236:17
**order (3)**
242:3,8,12
**ordinances (1)**
196:24
**original (5)**
198:10;231:22;
236:2;239:14;245:22
**O'Rourke (1)**
202:1
**others (2)**
202:2;221:2
**otherwise (1)**
245:19
**out (29)**
191:14;205:8;
210:9;211:1;220:1;
223:17,20;225:10;
226:17,20;230:18;

231:2;233:14;
234:10;237:24;
238:3,10,13,19;
240:22;242:5;
244:15;248:16;
249:13;252:1,2,3,3;
254:22
**over (18)**
190:9;199:6;
202:16,20;203:6;
206:3;207:6,12;
208:9,16;209:3;
221:24;231:6;
247:21;248:10,18,19;
249:3
**overall (1)**
213:24
**overtime (25)**
240:18,19,23;
241:1,9,13,22,24;
242:1,2,11,15,20,23,
24;243:8,10,11,14;
244:17,20,24;245:11;
246:1,11
**own (2)**
191:13,19

**P**

**Pacino (1)**
202:1
**page (8)**
191:3;198:5;205:7;
208:1,2;209:6;
216:19;244:18
**pages (1)**
198:7
**parking (1)**
196:22
**part (3)**
197:11;220:2;
256:5
**particular (2)**
200:22;217:14
**parties (1)**
189:2
**partner (2)**
203:11,14
**past (2)**
205:16;233:5
**patently (1)**
232:21
**patrol (29)**
193:10;194:2;
200:11,18,22,24;
201:5,12,13,14,16;
202:11;203:10,21;
207:18;208:10;
211:4,10,19;233:7,

11;234:8;240:20;
241:2;242:1;243:17,
19,21;244:1
**people (5)**
200:14;220:21;
223:22;224:2;252:13
**perception (1)**
236:11
**perform (1)**
242:15
**performance (28)**
194:18,22;195:9,
16;197:10,17;198:7,
23;199:13,17;203:6;
204:19;205:17,17,19,
24;206:4;207:5,13;
208:13;209:3,21,24;
210:8,13,21;225:3;
231:23
**period (7)**
198:22;199:4;
200:10,13;202:13;
212:12;231:12
**person (5)**
242:3;243:5,13;
253:14,17
**Personal (4)**
197:23,24;198:14;
213:13
**personally (2)**
202:16;236:14
**personnel (5)**
194:24;198:7;
204:19;226:6,8
**pertain (1)**
204:16
**phone (5)**
247:20,21;248:19,
23;249:2
**physical (1)**
248:24
**pick (1)**
203:9
**place (2)**
225:5;247:19
**placed (1)**
246:10
**Plaintiff's (14)**
190:11;191:24;
195:21;198:4;204:5;
231:10;235:9;
244:14;245:13;
246:14;254:7,10,15;
255:9
**play (1)**
237:15
**please (1)**
205:9
**PO (2)**

238:12;245:20
**point (16)**
194:9;210:15;
214:18;220:13,17,18;
222:21,21,22;225:1;
227:14;229:6;
242:18;244:15;
248:15;249:8
**pointed (1)**
220:1
**Police (26)**
190:13;192:24;
193:10;200:4;
201:22,23,23,24,24;
202:1,7,7;204:14;
205:1;210:4;211:16;
217:21;232:9;
237:21;240:17,20;
245:19,20;248:3;
250:7;254:18
**policies (5)**
198:18;216:11;
217:8,10;218:2
**policy (10)**
190:21;191:7;
194:3;204:23;217:1,
21;242:10,13;
244:17;246:6
**portion (2)**
206:14,17
**position (2)**
193:8;194:1
**positive (5)**
214:3,6,8,11;
232:20
**possible (1)**
233:22
**possibly (1)**
232:8
**potentially (1)**
205:4
**previously (1)**
235:16
**printout (1)**
196:1
**prior (9)**
191:10,20;194:21;
205:11;210:19;
211:1;225:8;238:5;
249:14
**proactive (4)**
232:9,11,16;
233:15
**probably (1)**
224:13
**procedure (5)**
198:18;204:18;
217:1,22;242:13
**procedures (5)**

216:12;217:8,10;
218:2;244:22
process (10)
221:20,24;222:4,
24;223:7;229:2;
230:17;231:3,7;
256:6
productive (4)
232:8,21;233:12;
234:11
productivity (4)
232:5;233:6,18;
234:3
Professional (2)
198:17;209:7
promoted (1)
204:3
prompted (1)
213:1
property (1)
252:1
provide (3)
196:10,14;212:7
provided (12)
197:3,8,15;216:17;
218:14;225:7,8;
228:5,6;247:14,15;
248:5
Public (7)
190:2;198:18;
215:6,13,17,18,23
pull (1)
227:20
punctuality (3)
197:24;198:14;
218:7
purpose (2)
205:22,23
put (4)
241:1,2,9;242:3
putting (2)
241:22;243:15

**Q**

quality (9)
198:19;216:14;
218:10;231:14;
235:15;236:1,6,21,23
quantity (9)
198:18;216:14;
218:10;231:14;
235:15;236:1,6,21,23
Quarterly (10)
223:22;224:1;
227:14;228:4,5,19;
249:18,23;250:9,15
queries (3)
223:22;225:9;

227:22
quite (1)
251:4
quote (1)
226:2

**R**

radios (1)
252:10
rank (1)
215:4
rare (2)
219:1,6
rate (1)
236:22
rated (4)
206:4;209:8;219:8;
236:20
rater (7)
205:10,12,15,19;
207:21;208:7,15
rather (1)
197:2
rating (9)
209:10;231:14;
236:2,7,7;237:13,15;
255:4,5
reaction (1)
238:18
read (7)
205:8;224:20,22;
232:24;233:2;245:3,
14
reading (1)
247:1
realize (1)
225:1
realized (4)
224:15;228:20;
229:9;248:6
really (2)
217:15;237:6
reason (7)
210:24;214:23;
230:14;232:21;
233:21;256:12,14
recall (9)
194:19;195:10;
225:23;228:16;
233:17,20;246:18;
247:12;249:6
receive (2)
206:24;252:21
received (6)
196:9;206:20;
228:12,19
Recess (1)
254:5

recognize (9)
190:16,19;195:24;
198:9;204:6,9;
246:14;254:16;
255:10
recollection (4)
197:14;233:10;
239:5;248:22
recommendation (4)
191:4;192:21;
194:5;246:9
recommendations (1)
245:18
Record (3)
224:22;233:2;
255:15
referring (3)
204:12;216:14;
254:20
refresh (1)
197:13
refused (1)
219:24
regard (1)
190:21
regarding (7)
205:16;210:3;
211:22;213:6;
221:19;238:9,10
regards (3)
199:16,22;214:20
regulation (1)
244:15
regulations (6)
204:13;206:8;
217:16,20;220:2;
242:9
related (1)
229:12
relations (4)
198:18;215:6,14,
23
relationships (2)
198:17;209:8
relied (2)
209:19;225:2
rely (5)
197:16;209:9,23;
215:14;239:12
relying (1)
210:13
remember (7)
193:16;200:21;
209:4;213:12,20;
230:20;240:21
removal (1)
252:2
repeat (3)
206:12;232:23;

246:24
rephrase (3)
236:19;241:17,18
report (14)
190:13,20,21,22,
24;192:23;193:9;
194:13;206:24;
212:4;228:19;238:6;
245:16;250:9
reported (1)
235:11
reporting (1)
248:8
reports (7)
193:11;212:2;
214:20;227:15;
228:4;237:4;248:7
reputation (1)
233:10
request (18)
195:12,17;203:5;
227:13,19;228:4;
237:17;241:1;
249:17;254:11,21;
255:13,20,21;256:2,
6,9,12
requested (4)
194:23;195:2,15;
245:6
requests (1)
195:7
reserved (1)
189:7
respect (11)
209:7;213:9;215:4,
6;216:10;229:17;
232:22;234:7;
238:18;241:6;247:10
respective (1)
189:2
responded (1)
240:5
response (3)
226:21,23;253:23
responsibilities (1)
192:17
responsibility (3)
198:19;218:15,23
responsible (4)
192:14;226:4;
231:13;240:17
rest (1)
198:1
restricted (1)
242:6
result (2)
205:5;239:18
review (5)
205:13;221:6,7,9;

222:10
reviewed (1)
245:17
reviewing (3)
222:13,17,20
right (6)
194:24;198:3,12;
202:17;226:16;
250:10
rise (1)
236:8
ROBERT (1)
190:1
roll (1)
256:15
rotates (1)
241:10
rules (9)
204:13,22,23;
205:4;206:8;217:16,
19;218:4;220:2
run (1)
212:4

**S**

safe (2)
212:11,17
same (11)
189:3,11;196:15;
203:12,17,21;204:22;
213:4;221:19;227:9;
253:14
sat (2)
207:11;219:17
satisfaction (1)
231:18
satisfactorily (1)
218:5
satisfactory (9)
213:2,10,14,18;
215:9;217:11,13,18;
235:23
saw (1)
238:21
saying (1)
227:24
schedule (5)
203:12,18;205:10;
206:3;249:2
schedules (1)
200:6
Scott (18)
200:9,15;202:20,
23;203:2,5,9,11,20,
23;207:5,13;219:17;
220:1,11,17,24;230:8
Scott's (1)
208:3

scratched (1)
219:12
sealing (1)
189:3
Second (6)
191:3;205:7;208:2;
209:6;224:4,10
secondary (1)
248:8
second-to-last (1)
191:3
section (20)
204:10,11,16,20;
205:8,22;206:7,13,
14,17,19,22;207:2;
216:24;231:20;
243:12;244:18,21;
245:4,15
sections (1)
204:24
seeing (2)
247:11,13
seek (2)
210:9,24
seeking (3)
249:19,23;250:15
seniority (1)
241:6
sense (1)
229:1
sentence (1)
244:23
Sergeant (27)
200:9,15;202:11,
20;203:2,5,9,10,11,
20,23;204:3;207:5,
13;208:3;219:16;
220:1,11,17;221:1;
225:16;226:10;
227:3;230:8;251:16;
252:23,24
sergeants (4)
200:24;201:12;
203:17,21
serious (1)
239:7
seriously (1)
240:11
service (2)
209:13;212:15
services (7)
195:3,8;216:18;
218:14;226:6;252:1,
5
set (1)
206:8
sets (1)
205:4
several (1)

251:23
shall (1)
189:7
shield (1)
247:8
shift (1)
203:21
shined (1)
219:10
Shoes (1)
219:10
Short (1)
256:15
shortly (1)
237:23
show (11)
191:23;195:20;
198:3;204:4;231:9;
235:8;236:24;
244:13;245:12;
246:13;255:9
showed (1)
195:23
showing (1)
254:14
sick (25)
191:6,14,20;193:1;
194:3;197:18;
204:23;237:8,16,24;
238:3,6,10,13,19;
242:4,10,12,16;
245:22;246:3,6,6;
254:22;255:21
sign (5)
208:10;219:24;
240:22;241:13;
242:20
signature (3)
207:21;208:3;
256:10
signed (4)
189:9,11;220:3,3
significant (1)
248:7
similar (4)
193:5,13;194:4;
227:20
sit (10)
205:24;208:15;
209:2;230:13;
231:20;232:14;
233:9;234:2,9;239:4
sits (1)
208:9
slash (1)
227:24
sole (1)
245:7
solely (1)

235:10
somebody (1)
192:18
someone (2)
223:5;243:17
something's (1)
226:16
Sometime (1)
228:23
Somewhere (1)
224:11
sorry (9)
199:8;203:1;
206:12;212:22;
232:23;236:18;
241:15;243:20;
246:24
source (1)
246:20
speak (8)
191:9;220:16;
249:1,10,11;251:11,
15;252:19
speaking (1)
254:19
specialized (1)
242:2
specific (6)
200:4;201:8,11,12;
211:16;214:17
specifically (4)
214:16;222:2,13;
241:23
spent (1)
211:10
spoke (2)
220:17;238:20
spoken (1)
230:14
spot (2)
208:6,8
spots (1)
242:1
spring (6)
225:21;227:11;
228:13,21;251:13;
252:15
SSD (1)
245:22
stamp (2)
255:14,16
stamped (6)
190:12;192:1;
195:22;198:5;204:5;
254:15
stand (1)
234:10
stands (3)
215:11;235:19,23

start (1)
240:24
stated (2)
248:23;249:9
statement (1)
226:18
statistical (1)
197:14
statistics (34)
195:2;196:11;
209:22;212:8,12,15;
216:17;218:13;
223:18,21;224:2,16;
225:2,6,20,21;
226:13,15;227:12,20;
228:8,10,12,21;
231:12,24;234:12,21;
235:3,11;236:12;
249:18,23;250:16
stats (1)
229:10
still (4)
207:20;232:11;
237:1;250:19
STIPULATED (3)
189:1,5,8
stopped (2)
252:22;253:17
sub (1)
244:18
submitted (4)
214:20;237:4;
254:17;256:2
submitting (2)
205:11;240:24
subsection (3)
245:1,3,10
substance (11)
219:20,22;221:3,
17;226:9,15;227:5;
239:24;240:2;
246:17;248:1
sufficient (1)
217:7
summer (1)
227:24
summons (4)
195:15;196:23,24;
197:1
summonses (4)
211:22;226:5;
232:1,22
super (1)
233:14
supervised (5)
199:5;200:9,12;
250:1,10
supervision (7)
199:6,20,23;200:7;

219:4;223:23;224:3
supervisor (6)
200:11,18;211:15;
238:4;245:21,21
supervisors (4)
210:19;211:1;
243:20;253:19
supervisor's (5)
190:13,20,20;
192:23;206:24
supplemental (2)
248:9,11
Support (5)
195:3,7;216:18;
218:14;226:6
supporting (1)
245:16
sure (8)
190:8;206:13;
230:8,9;235:7;
236:20;247:2;250:6
SWEENEY (12)
191:15;206:9;
207:8;213:15;
221:14;224:18;
227:17;228:14;
233:23;241:16;
246:21;250:3
sworn (3)
189:9,11;190:2
system (4)
196:2;241:8;243:9;
252:11

## T

Talk (1)
240:6
talked (4)
194:17;200:2;
210:18;237:8
tasks (1)
251:24
technically (1)
234:7
technology (3)
251:24;252:5,13
ten (1)
200:24
term (1)
243:12
terms (1)
236:21
testified (5)
190:3;194:21;
198:21;202:15,19
testify (2)
237:13;250:4
testimony (2)

190:10;200:23

**Thanks (1)**
245:2

**therapy (1)**
248:24

**thereafter (2)**
235:21;237:23

**third (3)**
199:9,21;224:12

**though (1)**
201:15

**three (20)**
196:13;209:9;
212:20;213:1;
214:24;215:1,8,15;
216:7;217:5;218:9,
17,19,21;224:6;
234:6;235:22;
236:17,22;251:19

**throughout (1)**
210:14

**tickets (1)**
247:17

**times (7)**
196:5;199:6,9,11,
21;214:10;224:6

**together (5)**
203:16,20;204:1;
205:13;230:9

**told (7)**
211:3,8;219:22;
220:11;226:1;243:1;
252:19

**took (4)**
197:7;231:6;238:6;
255:4

**top (9)**
192:22;197:23;
201:22;213:20;
214:19;215:21;
232:18;234:17;
255:23

**torn (1)**
219:12

**total (1)**
224:6

**tour (2)**
238:5,5

**Towards (3)**
224:13;232:12,16

**Training (1)**
252:3

**trial (1)**
189:7

**true (1)**
237:12

**trying (1)**
250:19

**turn (1)**

205:7

**two (21)**
198:7;199:6,9,10,
20;202:2;203:17;
205:23;215:5,11;
216:7,15,16;218:11,
12;225:8;235:18;
236:3;237:15;
239:13;253:19

**type (6)**
192:15,19;194:1;
232:7,8;247:6

**U**

**unclear (1)**
209:18

**under (16)**
193:1;215:13;
216:24;217:4,24;
218:2,7,22;219:7,13;
223:22;224:2;
241:21;245:3,14;
250:12

**underlined (1)**
216:20

**under-reported (1)**
228:22

**unfamiliar (1)**
221:20

**unit (5)**
233:7;234:9;252:2,
3,19

**unless (1)**
245:18

**unnecessary (1)**
214:19

**up (7)**
199:18;200:6;
204:23;235:1;236:7;
241:13;242:20

**Upon (2)**
245:18;248:5

**upset (6)**
220:6,7;237:9,11,
13;240:15

**usage (1)**
245:22

**use (1)**
213:4

**used (1)**
197:9

**usually (2)**
219:9,9

**utilized (1)**
241:24

**V**

**value (1)**
232:5

**various (1)**
251:24

**vehicle (1)**
252:2

**verbal (1)**
206:21

**Vernon (3)**
190:12;204:13;
205:1

**versus (1)**
235:13

**violated (2)**
206:7;244:17

**violation (8)**
190:21;194:3;
196:23;205:3;
206:21;207:1;
242:10;246:6

**violations (3)**
196:22,23,24

**voluntary (2)**
244:20;245:11

**W**

**waived (1)**
189:4

**way (8)**
196:18;204:22;
208:13;223:11;
226:16;237:5;
241:10;255:17

**week (12)**
190:10,15;194:17;
195:23;197:13;
198:21;199:7,9,11,
21;200:2;210:18

**what's (20)**
190:11;191:23;
195:1,20;198:3;
204:4;231:9;235:8;
239:4,24;244:13,21;
245:14;246:13,18;
254:14;255:9,14,16,
17

**whole (2)**
206:19;220:8

**who's (1)**
230:17

**whose (1)**
196:7

**Williams (2)**
201:24;202:7

**willing (2)**
214:2,4

**wish (1)**
249:1

**withdraw (1)**
193:6

**withdrawn (12)**
201:4,6;207:10;
208:7;212:18;
217:23;224:24;
228:9;236:15;247:5,
20;250:13

**within (4)**
189:9;196:20;
234:6;242:8

**without (3)**
219:3,4;249:10

**woman (1)**
195:11

**word (1)**
216:20

**words (1)**
228:4

**work (22)**
191:14;198:19;
203:24;216:10,13,15,
20,24;218:10;219:3;
232:9;235:15;236:1,
21,24;237:23;
242:23;243:2,8;
251:23;252:1,7

**worked (2)**
203:16;230:9

**working (5)**
203:12;204:1;
232:12,17;238:2

**works (6)**
226:8;251:6,20;
252:2,3,3

**world (1)**
237:2

**write-up (1)**
206:20

**writing (1)**
228:1

**written (5)**
196:23,24;197:1;
208:16;246:18

**wrong (2)**
223:18,21

**wrote (5)**
190:21;191:18;
198:11;237:9,16

**WUTTKE (1)**
190:1

**Y**

**year (2)**
212:5;224:13

**years (1)**
234:6

**Z**

**Ziadie (5)**
221:1;225:15;
226:10;227:10;
251:16

**0**

**00157 (1)**
255:19

**010 (1)**
195:22

**011 (1)**
195:22

**012 (1)**
195:22

**0143 (1)**
204:6

**0144 (1)**
204:6

**0145 (1)**
204:6

**0146 (1)**
204:6

**0150 (1)**
190:12

**0153 (1)**
192:1

**0155 (1)**
254:15

**0166 (1)**
254:16

**084 (1)**
198:5

**085 (1)**
198:5

**086 (1)**
198:5

**1**

**11:40 (1)**
256:19

**13th (1)**
255:22

**14-038 (1)**
192:23

**15 (1)**
190:11

**15th (1)**
255:22

**18 (1)**
244:14

**1st (1)**
212:13

## 2

**2 (1)**
  244:18
**2.002 (1)**
  204:18
**20 (2)**
  191:24;245:13
**2013 (3)**
  212:10,13;227:12
**2014 (25)**
  192:11;198:22,24;
  199:4;204:2;212:10,
  13;224:8,17;228:13,
  19,21;229:4;240:16;
  246:4,7;247:14,19;
  249:18,24;250:18;
  251:13;252:15;
  255:2,24
**22 (2)**
  198:4;207:20
**23 (1)**
  195:21
**24 (1)**
  195:21
**25 (1)**
  195:21
**26 (1)**
  246:14
**27 (1)**
  204:5
**28 (2)**
  231:10;235:9
**29 (1)**
  255:2
**2nd (1)**
  192:11

## 3

**3 (2)**
  244:18;245:3
**31st (2)**
  212:10,13
**34 (2)**
  254:7,15
**35 (2)**
  254:10;255:10
**3D (4)**
  205:8,22;206:7,13

DALCO Reporting, Inc.
800.325.8779

Min-U-Script®