**EXHIBIT   37**

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

MURASHEA "MIKE" BOVELL,

              Plaintiff,

          -against-

                      Civil Action No:
                      7:15-CV-08594-CS
CITY OF MOUNT VERNON, NEW YORK, COMMISSIONER
TERRANCE RAYNOR, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY, DEPUTY COMMISSIONER
RICHARD BURKE, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY, CAPTAIN MICHAEL GOLDMAN,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY,
SERGEANT ROBERT WUTTKE, AND LIEUTENANT PAUL
NAWROCKI, INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY,

              Defendants.

- - - - - - - - - - - - - - - - - - - - X

HELD AT:      Anthony V. Maddalo, M.D.
             24 Saw Mill River Road
             Hawthorne, New York 10532
             January 18, 2017
             3:05 p.m.


          Examination before Trial of a
Non-Party Witness, ANTHONY V. MADDALO, M.D.,
pursuant to Subpoena, held at the above time
and place before a Notary Public of the
State of New York.

 COPY

        J & L REPORTING SERVICE
          of Westchester, Inc.
      50 Main Street, Suite 1000
     White Plains, New York 10606
         (914) 682-1888
        Lisa Dobbo, Reporter

2

A P P E A R A N C E S:


        THE BELLANTONI LAW FIRM, PLLC
        Attorneys for the Plaintiff
        Office & Post Office Address
        2 Overhill Road, Suite 400
        Scarsdale, New York 10583
        BY:   AMY BELLANTONI, ESQUIRE
              (Via Telephone)


        COUGHLIN & GERHART, LLP
        Attorneys for the Defendants
        Office & Post Office Address
        99 Corporate Drive
        Binghamton, New York 13904
        BY:   PAUL J. SWEENEY, ESQUIRE

3

IT IS HEREBY STIPULATED AND
AGREED, by and between the attorneys for the
respective parties herein, that the sealing
and filing of the within deposition be
waived; that such deposition may be signed
and sworn to before any officer authorized
to administer an oath, with the same force,
and effect as if signed and sworn to before
the officer before whom said deposition is
taken.

IT IS FURTHER STIPULATED AND
AGREED, that all objections, except as to
form, are reserved to the time of trial.

```
 1                    A.V. MADDALO, M.D.            4

 2                    ANTHONY V. MADDALO, M.D.,

 3                    stating his business address as

 4                    24 Saw Mill River Road, Suite

 5                    206, Hawthorne, New York 10532,

 6                    having been duly sworn by

 7                    Notary Public, Lisa Dobbo,

 8                    testified as follows:

 9                    MR. SWEENEY:  Let's mark this

10            as Exhibit A.

11                    (Whereupon, Defendant's Exhibit

12            A, Medical Treatment Notes, was

13            marked for Identification.)

14     EXAMINATION BY MR. SWEENEY:

15            Q.    Doctor, could you state your

16     full name for the record, please.

17            A.    Anthony Vincent Maddalo,

18     M-A-D-D-A-L-O.

19            Q.    Do you have an office for the

20     practice of medicine within the State of New

21     York?

22            A.    24 Saw Mill River Road, Suite

23     206, Hawthorne, New York.

24            Q.    Doctor, can you tell us a

25     little bit about your educational background
```

A.V. MADDALO, M.D.                    5

and medical training?

    A.    I went to New York Medical

College.  I graduated in 1981.  I went to

Lenox Hill Hospital for my internship one

year and four years of orthopedic residency

and I started here in Westchester in private

practice in 1986.

    Q.    Do you have a specialty,

doctor?

    A.     Orthopedic surgery.

    Q.     Are you board certified in any

specialties?

    A.     Yes, I am.  I'm board certified

in orthopedic surgery.  My comp rating is

COS.

    Q.     Doctor, I'm Paul Sweeney.  I'm

from the law firm Coughlin & Gerhart out of

Binghamton, New York and we represent the

City of Mount Vernon and some other

defendants in a certain lawsuit that

Murashea Bovell, your patient, has brought.

    I'm going to ask you some questions

about your medical treatment of Officer

Bovell.  If, at any time, doctor, you don't

```
1                        A.V. MADDALO, M.D.              6
2        understand my question, I'll be happy to
3        reask it, slow down or rephrase it, whatever
4        you need.
5              A.    Very good.
6              Q.    Doctor, you did see Officer
7        Bovell for an injury that occurred at work
8        on September 9th, 2014; is that correct?
9              A.    That is correct.
10             Q.    Did you receive a history,
11       doctor, from Mr. Bovell at that time?
12             A.    Yes, I did.
13             Q.    The date of your visit, I
14       believe, was September 16th, 2014?
15             A.    Correct.
16             Q.    What type of history was
17       provided to you?
18             A.    As my records state, the
19       officer stated he was making an arrest and
20       was involved in a scuffle with an individual
21       and twisted his right knee twice during the
22       scuffle.
23             Q.    At that time based on that
24       history, were you able to form a working
25       diagnosis?
```

```
                            A.V. MADDALO, M.D.              7
1
2            A.    Yes, at that point I suspected

3       that he might have a ligament injury, as

4       well as possibly a meniscal injury to his

5       knee.

6            Q.    What happened after that,

7       doctor, what was the next treatment or

8       procedure?

9            A.    I ordered an MRI.  It was done

10      on October 28th.  That MRI showed a tear of

11      the lateral meniscus.

12           Q.    In layman's terms, doctor, what

13      is a tear of the lateral meniscus?

14           A.    It's a small cushioning

15      cartilage.  There are two of them in the

16      knee; one in the medial or the underside of

17      the knee and one on the outer lateral side

18      of the knee and they can become torn with

19      twisting injuries of the knee.

20           Q.    Were you able to observe any

21      other tears or defects in the right knee at

22      that time?

23           A.    No, I did not -- there were

24      none on the MRI and I did not suspect any

25      other ones except a mild medial collateral
```

```
1                        A.V. MADDALO, M.D.              8

2        ligament sprain at that point.

3               Q.    Doctor, the injury of September

4        9th, 2014 was not the first time you had

5        treated Mr. Bovell; is that correct?

6               A.    Correct.

7               Q.    He had been a patient of yours

8        at a prior time?

9               A.    Yes, I had treated him

10       initially in 2002 for an injury of his other

11       knee.

12              Q.    What was the problem or

13       diagnosis with respect to the other knee?

14              A.    The other knee --

15                    MS. BELLANTONI:  I'm just going

16              to object but you can continue to

17              answer, doctor.  I'm going to object

18              because it's beyond the scope of the

19              injury that occurred on September

20              2014.  You can answer, doctor.

21              A.    I -- he had a torn anterior

22       cruciate ligament and an injury to the

23       condyle surface of his knee at that injury

24       and that was the other knee, the opposite

25       knee.
```

A.V. MADDALO, M.D.                          9

1

2          Q.     And that was prior to him

3     joining the police department; is that

4     right, doctor?

5          A.     Yes.

6          Q.     What was the cause or factor or

7     how did that left knee injury occur?

8                 THE WITNESS:  I'm just going to

9                 refer to my records because from my

10                recollection -- I don't have it

11                documented right here.  I can't pull

12                it up.

13         A.     To my recollection, it may have

14    had something to do with a motorcycle

15    accident.  I'm not sure.

16         Q.     Did you perform any surgeries

17    or procedures with respect to the left knee

18    some years ago?

19         A.     Yes, I operated on his left

20    knee twice; once in June of 2002 and once in

21    December of 2005.  In 2002 I reconstructed

22    his anterior cruciate ligament and in 2005 I

23    put in an allograft to the defect in his

24    femoral condyle.

25         Q.     And both of those procedures

A.V. MADDALO, M.D.                    10

1

2        arose out of the same accident, motorcycle

3        accident?

4             A.    Yes.

5             Q.    After those procedures, was he

6        able to attend the police academy?

7             A.    Yes.

8             Q.    There were no restrictions that

9        you placed on his ability to become a police

10       officer; is that correct?

11            A.    No, that's right.

12            Q.    Did Mr. Bovell have any

13       complaints following your last procedure in

14       2005 with respect to his left knee?

15            A.    My last contact with him for

16       that injury was in May of 2006.  He had

17       rehabilitated quite nicely and I did not see

18       him after that.  I assumed he did well.

19            Q.    Doctor, getting back to the

20       right knee injury after you read the MRI

21       from October of 2014, did you have a

22       recommendation regarding any intervention or

23       treatments?

24            A.    Yes, I recommended an

25       arthroscopic partial lateral meniscectomy to

A.V. MADDALO, M.D.                    11

2    treat the torn lateral meniscus that was

3    seen on the MRI.

4           Q.    In layman's terms, doctor, what

5    did that procedure consist of?

6           A.    That procedure consists of

7    putting in a microscopic device in the knee,

8    examining the inside of the knee and

9    trimming the torn portion of the meniscus in

10   the lateral side of the knee.

11          Q.    What date was that procedure

12   carried out, doctor?

13          A.    November 10th, 2014.

14          Q.    Is that a same day procedure?

15          A.    Yes.

16          Q.    He wasn't admitted to the

17   hospital or anything?

18          A.    No.

19          Q.    Did you see him postoperatively

20   after that, doctor?

21          A.    Yes, I did.

22          Q.    Do your notes reflect how

23   his -- what progress he made?

24          A.    I might note that -- let me

25   just see.  Surgery was November 10th.  I saw

A.V. MADDALO, M.D.                    12

1
2      him November 20th and at that time he was
3      recovering from his surgery and at that time
4      I made him aware of the fact that I found
5      more damage in his knee than the MRI lead
6      on.
7              Q.    What type of damage did you --
8      I assume you observed this during the scope?
9              A.    Right, during the arthroscopy
10     as you can see in my pictures, operative
11     pictures -- first of all, this picture right
12     here (indicating) where you see the arrow.
13             Q.    Yes.
14             A.    This object is the anterior
15     cruciate ligament and this is the femur
16     (indicating) and this is where this ligament
17     should be attached and you see here's the
18     ligament (indicating.)  There's a big gap
19     and there's the bone right there.  This
20     white substance belongs attached to there
21     (indicating.)
22             Q.    Doctor, just for the record,
23     you're pointing to an image which has the
24     caption IMG_004 and I think you're
25     indicating the right portion of that image

```
1                      A.V. MADDALO, M.D.          13

2        should be attached to the left portion.

3              A.    Yes.  In addition, that was the

4        first surprise that I had found and the

5        second one you can see very easily here if

6        you look at this surface that I'm showing

7        you here (indicating), that is what the

8        surface of the bone should look like as

9        smooth as a billiard ball.

10             Q.    You're pointing to image or

11       IMG_008 to show what the kneecap should look

12       like?

13             A.    The femoral condyle.  Now, in

14       this picture, 007, you see a defect, full

15       thickness right down to the subchondral

16       bone.

17             Q.    On IMG_007 you're pointing to a

18       triangular shaped dark hole or --

19             A.    Hole in the cartilage.  Those

20       two findings were a surprise to me since the

21       MRI did not mention that.  It's not unheard

22       of.  MRI's are not infallible.

23       Unfortunately, I did not prepare the patient

24       or have a consent or authorization from the

25       carrier to address either of these problems.
```

A.V. MADDALO, M.D.                    14

1   So, at that point, I did the lateral

2   meniscectomy and I let the patient recover

3   from those procedures.  One thing I tried to

4   do is once he had recovered from that

5   surgery I gave him three injections of

6   hyaluronic acid.  That is an enzyme to help

7   promote cartilage growth and nourishment in

8   hopes that that defect might fill in with

9   just that type of treatment.

10          Q.    Is that also known as an

11  Orthovisc?

12          A.    Yes, Orthovisc is hyaluronic

13  acid and those shots were given in January

14  of 2015.

15          Q.    It's a series of three shots

16  roughly over two weeks?

17          A.    Yes.

18          Q.    What were the results of those

19  injections, doctor?

20          A.    When I saw him back in

21  February, on February 19th he still had pain

22  and was also having feelings of looseness of

23  his knee which is most likely due to the

24  torn anterior cruciate ligament which we saw

A.V. MADDALO, M.D.                    15

in the pictures.  So, based on his symptoms

at that time and my knowledge of what was

going on inside his knee from having looked

at it previously, I recommended that he have

another procedure done.

          Q.    What was that other procedure?

          A.    That procedure was an anterior

cruciate ligament reconstruction and

insertion of an allograft plug in the

defected lateral femoral condyle.

          Q.    So, in that triangular shaped

hole you would insert literally a plug of

some type of material?

          A.    Yes, what we do is we go to

that area that was affected before and we

actually drill out the defect.  Here you see

the finished product (indicating.)  On the

left you see the new anterior cruciate

ligament, image 005 and on the right in

image 006 you can see a plug of new

cartilage which has been drilled into the

previous area which had that triangular hole

in it.

          Q.    Is that affixed in place with

8

```
                          A.V. MADDALO, M.D.              16
1
2      any --
3             A.    That's just impacted on press
4      fit.  The cruciate ligament is affixed with
5      screws which are biodegradable.  So, these
6      two pictures summarize what was done in that
7      particular operation.  This ligament was
8      inserted for the anterior cruciate ligament
9      and this cartilage plug was inserted to make
10     up for that hole that's previously seen in
11     the other film.
12            Q.    Following that second
13     procedure, the ACL reconstruction with the
14     allograft plug being inserted, did you have
15     a prognosis for his return to full duty at
16     that time?
17            A.    Based on his recovery from his
18     previous knee surgery on the other side
19     which is very similar in nature, I thought
20     the prognosis was good that he would be able
21     to go back to full activities without
22     restrictions.
23            Q.    Were there any complications,
24     doctor, postoperatively with respect to that
25     right knee injury?
```

A.V. MADDALO, M.D.                    17

1

2          A.     Well, he had a couple of visits

3     where he had a little acute increase in

4     pain.  At one point this was thought to be

5     due to some of the bone dust that happens

6     when you drill a hole in the tibia.  He had

7     some irritation.  My physician assistant

8     injected him one time on May 8th -- let me

9     just check that -- no, June 1st he presented

10    to the office and was seen in my absence by

11    my physician assistant.  He had seen my

12    physician assistant a few times with

13    complaints of pain.  He also saw me July 9th

14    and at that point he was having some pain in

15    his knee, in the front of his knee which I

16    thought was in the area of his kneecap,

17    peripatellar pain and that was not unusual

18    to me knowing that after such surgery one

19    can have quite a bit of atrophy and weakness

20    in the thigh and that needs to be

21    rehabilitated.  I did recommend that and I

22    had ordered physical therapy on several

23    occasions and he was indeed having therapy.

24    I also gave him some Indocin which is an

25    anti-inflammatory medicine to try to reduce

A.V. MADDALO, M.D.                    18

1

2    the amount of swelling in his knee after the

3    surgery.  On July 23rd you'll notice in my

4    office note I formally requested

5    authorization for renewal of his physical

6    therapy so he can get back the strength in

7    his leg.

8              Q.    That would have been some eight

9    weeks post-op operation at that time?

10             A.    About that; two months post-op,

11   yes.  Then on August 20th I saw him back.

12   He was having some pain where the tunnel was

13   drilled as I mentioned before in the tibia

14   and I asked him to do some ice massage at

15   home and cut down his activity a little bit

16   because I thought it might becoming

17   inflamed.

18             Q.    What activities, if any,

19   doctor, was he doing that you're aware of?

20             A.    Just walking and stairs is

21   enough to make it irritated.

22             Q.    Okay.

23             A.    Now, the problems in trying to

24   get authorization for therapy seemed to

25   surface somewhere between that August

A.V. MADDALO, M.D.                    19

1

2      appointment and the next appointment is

3      September 3rd.  He came in to see me.  He

4      told me that the therapy had run out.  I had

5      ordered more but he did not have any

6      authorization to have more therapy and, you

7      know, the therapists really are not going to

8      see you unless they got authorization and at

9      that time I wrote what I thought was a

10     strong note which I do submit my notes to

11     the compensation carrier when my patients

12     are here and then in that note I said

13     therapy has not been approved for at least a

14     month prior to that visit and I felt that

15     that was inappropriate for him not to

16     completely rehabilitate from the surgery.

17     He had significant atrophy at that point and

18     I thought he needed physical therapy to make

19     a full recovery.  At that point, my hands

20     were tied as to what I could do for him.  I

21     submitted another request.  I saw him back

22     in approximately a month.  At that time I

23     mentioned that his condition had not changed

24     because the treatment had not been

25     instituted or changed.  Again, I tried to

```
1                         A.V. MADDALO, M.D.              20

2         get authorization for therapy and at that

3         point I had already -- I had mentioned that

4         if we could not get therapy that I would

5         have him go to a local gym and I would

6         outline an exercise program for him to

7         supplement or substitute for therapy.  At

8         that time, the patient told me that he

9         probably would not be able to do that

10        because the department expected him to be

11        home injured and they called his house

12        occasionally to make sure he was home and

13        that it would not be acceptable for him to

14        go to I guess a recreational gym if he was

15        out injured, so I didn't follow through on

16        that plan.

17               Q.    Did he indicate any difficulty

18        getting out of his house to attend physical

19        appointments?

20               A.    He didn't mention that to me.

21        I assume that if we got authorization he

22        would be able to go.  He had gone before

23        that.

24               Q.    But you recommended at that

25        point in time which would be October of 2015
```

A.V. MADDALO, M.D.                21

2      that he maybe go to a gym and try to do some

3      self rehabilitation?

4          A.    Right.

5          Q.    He indicated he didn't think he

6      could do that?

7          A.    Right, he felt that it wouldn't

8      be acceptable to the department.

9          Q.    Doctor, do you have any

10     firsthand knowledge as to why the physical

11     therapy was not approved?

12         A.    No, I have a secretary that

13     deals only in that.  She usually has a very

14     good rapport with the carriers and, you know

15     , this was over and beyond the usual

16     procrastination that I get from compensation

17     carriers.

18         Q.    Just to be accurate, doctor,

19     you're aware that there's no compensation

20     carrier involved in Mr. Bovell's case?

21         A.    Correct.  I realize it's a

22     departmental thing.  Many police departments

23     run that way.  When I say the carrier, I

24     should say the claims adjuster, whoever is

25     the person that is the gate keeper for what

1                    A.V. MADDALO, M.D.                22

2       happens.

3               Q.    I think you left off, doctor,

4       sometime in October of 2015.

5               Is there any significant treatment

6       that occurred after that time?

7               A.    Well, I started to tell the

8       patient that if I could not get

9       authorization for therapy that the only

10      thing that would convince me that his plug

11      that I had put in previously, the only thing

12      that would convince me that it was still

13      intact was to look at it myself, to put a

14      scope in his knee and as would be expected

15      with any patient he wasn't thrilled about

16      having a third surgery and he said to me can

17      we just wait and see if things will change

18      in the department, if there's a change at

19      the top of administration and maybe I can

20      get an authorization for therapy now.  So I

21      said okay.  I told him I would wait another

22      month and if we got authorization that I

23      would go ahead with the therapy.  I saw him

24      again in December and he had had a sharp

25      increase in pain at that time.  I did x-ray

A.V. MADDALO, M.D.                23

him and the x-rays, although not completely

conclusive in any case, these particular

x-rays did not show any change in his

condyle or where the graft was so I felt a

little bit relieved and told him that I'll

give him one more month to see if we can get

physical therapy and I was still thinking

about doing an arthroscopy.  Again, you see

my note of January 14th, next to last

sentence is asking for authorization for

arthroscopic debridement since I had finally

gotten to the point where I was concerned

that the osteocartilaginous plug had failed.

        Q.    What happened after that,

doctor?

        A.    I did not get authorization for

that.  I waited for him to see an

independent medical examiner and after the

independent medical examiner saw him he came

back on May 3rd -- I'm sorry, he had an

appointment to see a medical examiner and

then came to see me just before that in the

same week.  So, I gave him copy of his

x-rays to take with him and copies of my

                              A.V. MADDALO, M.D.                    24

notes recommending -- I mean outlining my

recommendations and then he went to see the

independent medical examiner.  The

independent medical examiner recommended a

course of physical therapy.  I had mixed

emotions about that since I was asking for

authorization to do an arthroscopy now but

if I had someone who agreed that therapy

could be authorized and I knew that he was

going to need that strengthening no matter

what I did, I said okay, fine and then I

ordered the therapy.  So, after having

therapy, I saw him on August 9th at which

time he stated he was somewhat better, still

had pain centered over the lateral aspect of

his knee but since he had made improvement I

said okay, I'll continue with this treatment

for now.  I didn't get a renewal on the

physical therapy, unfortunately.  When I saw

him next in September it had run out again

and he made another try at authorization to

get a renewal because he had made

improvement and he was trying to avoid

having another surgery.

```
 1                       A.V. MADDALO, M.D.          25
 2              Q.     Did you see him, doctor, August
 3       9th, 2016?
 4              A.     Yes, August 9th is when he made
 5       some improvement with the therapy.
 6              Q.     At that time, did you obtain
 7       authorization for an arthroscopic
 8       débridement?
 9              A.     Yes.  As I said, I had the
10       authorization but since he was improving I
11       decided okay, I'll let you try further.  I
12       got authorization to renew the therapy.  By
13       the time this visit came September 21st I
14       ordered it again and finally by October 19th
15       I gave him two chances of having therapy.
16       He got stronger.  His atrophy did, you
17       know --
18              Q.     Diminish?
19              A.     Diminish and I was still
20       concerned that that plug was failing and I
21       was afraid that if I let it go too long if
22       the plug truly had failed it would
23       eventually erode the opposite surface on the
24       tibia and then we would have been in a worse
25       situation so I finally told him that I
```

A.V. MADDALO, M.D.                    26

1

2      wanted to do the surgery and we did schedule

3      it for November 18th.  At that time, the

4      area of his plug which is here on image 004,

5      although it has a little fissure in it,

6      there's no full thickness defect, there's no

7      loose particular cartilage and is blending

8      in nicely with the surrounding surfaces.

9              Q.    To a layman, that looks liké a

10     good plug that took?

11             A.    Right.  What I noted in 003

12     here you see my metallic instrument is put

13     right into a hole in the lateral meniscus in

14     the front of the lateral meniscus.  His

15     previous surgery on the lateral meniscus was

16     in the posterior horn which is in the rear.

17     This is directly under the area of the plug

18     and I can only surmise that while this plug

19     was new and prominent it may have worn a

20     small area in the lateral meniscus with

21     weight bearing and there you see it's right

22     under that area, so I did not think this was

23     a major setback.  In fact, I thought it was

24     very good news since the plug was intact,

25     his anterior cruciate ligament was intact.

```
  1                    A.V. MADDALO, M.D.          27
  2        So, I trimmed his lateral meniscus in the
  3        front.  Here you see a nice contour of it.
  4        Here's the area of the plug (indicating),
  5        here's the meniscus in image 007
  6        (indicating.)  Now, the anterior part with
  7        the hole in it has been trimmed away and
  8        actually I was quite relieved that he got
  9        away with just a small meniscal tear and
 10        that the plug was not involved and also if
 11        you look at 007 the tibia surface is
 12        pristine so my biggest fear of damaging the
 13        other surface was unfounded, thank goodness,
 14        and there was no problem with the tibial
 15        surface.
 16             Q.    On balance or on whole, they
 17        appear to be positive or favorable findings?
 18             A.    Yes.
 19             Q.    With respect to the small tear
 20        that you found, was anything done to address
 21        that?
 22             A.    I trimmed out the portion that
 23        was gone.  It shouldn't be an issue now.
 24             Q.    Following this third procedure,
 25        doctor, what would your envision and
```

A.V. MADDALO, M.D.                    28

1

2      experience be the prognosis for Mr. Bovell

3      to return to work as a police officer?

4            A.    It's still good.  I still think

5      that he'll be able to run and jump

6      eventually with his knee and I base that,

7      although he's older now, I still base that

8      on the fact that he did make a return from

9      the first injury which is very similar to

10     this one.

11           Q.    You have an expectation at some

12     point in time in the future that he can

13     return to work full duty?

14           A.    Yes.

15           Q.    Is that more likely than not to

16     return to work full duty based on your

17     experience and your prior experience with

18     him?

19           A.    That's hard to say only --

20     mechanically I think everything is okay.

21     He's been hurt with this knee for so long

22     that that definitely comes into play from an

23     orthopedic standpoint.  You know, somebody

24     who's been debilitated for two years and

25     hasn't walked properly or done the right

1                        A.V. MADDALO, M.D.              29

2           thing for two years, it's hard to get them

3           back to full activity.  I may have put all

4           the pieces back together the way they belong

5           but it would be hard for me to give you a

6           percentage on what I think, you know, what

7           my progress would be with full police duty,

8           you know, recreational and things like that,

9           he can go back and play softball if he were

10          an accountant, yes, I would feel really good

11          about that but when I say a policeman is

12          able to go back to police duty, I have to be

13          sure that in every facet; another scuffle, a

14          chase or anything like that, I'd have to be

15          100% sure that he can defend himself or one

16          of his colleagues and I take that very

17          seriously, so I would really be specific

18          about okaying a policeman to go back to work

19          full duty.

20                       THE WITNESS:  I hope I answered

21               your question.

22                       MR. SWEENEY:  I think so.

23               A.    It's hard for me to put a

24          percentage on it.

25               Q.    I mean you're basing your

A.V. MADDALO, M.D.                    30

1

2          testimony based on your medical treatment of

3          him to date?

4                 A.    Right.

5                 Q.    And his current status the last

6          time you saw him; correct?

7                 A.    Right.

8                 Q.    And your opinion may move

9          either way depending on progress that he

10         makes or doesn't make in the future?

11                A.    Right, what he's able to

12         perform.  When we get to the end of his

13         rehabilitation I normally would have the

14         therapist put him through a pretty rigorous

15         testing at the therapy unit and see if he

16         can do it and if he can't perform then I

17         won't put him back on the street.

18                Q.    With respect to something less

19         than full duty, light duty, desk work or

20         some other modified duty, is it your

21         opinion, doctor, he's able to do that at the

22         present time?

23                A.    Yes, as long as it doesn't

24         interfere with his going to therapy because

25         he does need to dedicate himself to that

A.V. MADDALO, M.D.                    31

1

2      now.

3             Q.    Subject to his requirement that

4      he go through a course or regime of physical

5      therapy, you believe he could work a light

6      duty position?

7             A.    I think it's certainly

8      acceptable, yes.

9             Q.    Doctor --

10            MS. BELLANTONI:  And that's

11            presently?  Just to clarify, that's

12            presently?

13            THE WITNESS:  Let me just take

14            a look at his last note from January

15            12th.  I would want the swelling to

16            go down a little more.  I'll tell you

17            why because usually desk duty is

18            sitting a long period of time and I'd

19            like the swelling to go down to where

20            his knee looks almost normal before I

21            let him sit for five, six hours at a

22            time because when you sit you crimp

23            the vessels up by your hip and you

24            can get a lot more swelling that way,

25            but soon.  That was January 12th.

A.V. MADDALO, M.D.                           32

1
2              That was six days ago.  Within the

3              next couple of weeks I would expect

4              that.

5         Q.    Doctor, with respect to Officer

6    Bovell's complaints of pain prior to the

7    third surgery, would you believe that the

8    tear that you found during the procedure was

9    the competent belief and cause of that pain?

10        A.    That together with the patella

11   femoral pain.  Once you have an absent

12   quadricept, you cannot -- that will mimic

13   other derangements of the knee and that's

14   what I was going on.  That's why the lateral

15   meniscal tear was such a surprise to me.

16        Q.    And there's no way of knowing

17   to any scientific degree of certainty as to

18   when that tear manifested itself?

19        A.    It had to be between the second

20   and third surgery.  Like I said, it happened

21   to be directly under the area of the plug.

22   Weight bearing could have caused it not when

23   the plug was slightly prominent.

24             MR. SWEENEY:  All right,

25             doctor.  I don't think I have any

```
 1                    A.V. MADDALO, M.D.                33
 2           further questions.  I'm sure Attorney
 3           Bellantoni may have some for you.
 4               MS. BELLANTONI:  I do have some
 5           questions, doctor.
 6     EXAMINATION BY MS. BELLANTONI:
 7           Q.    You had just testified that
 8     between the second and third surgery is when
 9     the tear occurred; is that correct?
10           A.    Yes.
11           Q.    Is it your testimony to a
12     reasonable degree of medical certainty that
13     the tear occurred because of the atrophy?
14           A.    No, the atrophy only caused the
15     patella femoral pain.  I don't think the
16     tear is associated with the atrophy.
17           Q.    Doctor, do you have an idea as
18     to what would have caused the tear?
19           A.    Well, it could be one of two
20     things; it could be the actual fact that the
21     plug was directly over it and the rubbing
22     initially caused a degenerative tear or he
23     had an abnormal lateral meniscus to begin
24     with and as I've seen in the past if the
25     degenerative process is already starting at
```

A.V. MADDALO, M.D.                          34

1

2        the time of the surgery and when I look at

3        the meniscus if it looks normal,

4        structurally it could have already started

5        its degeneration and there are times I have

6        to go back a second time and trim more

7        meniscus when it looked fine the first time,

8        so one of those two reasons.

9              Q.    Is it fair to say that the

10       reason for the third surgery cannot be

11       causally linked to a reasonable degree of

12       medical surgery to the lack of physical

13       therapy?

14              A.    Correct.

15              Q.    In cases involving 207-c, 207-c

16       statue, what are you required to receive

17       authorization for with respect to his care

18       and treatment?

19              THE WITNESS:  I don't

20              understand the question.  What is the

21              207-c?

22              Q.    When you have an officer such

23       as Officer Bovell who's injured in the line

24       of duty and you're requesting authorization

25       from the department, what types of

```
1                        A.V. MADDALO, M.D.              35
2        procedures or care and treatment are you
3        requesting authorization for?
4               A.    Well, the physical therapy I'm
5        requesting for both hands-on manipulative
6        therapy and modalities to reduce swelling
7        and pain.
8               Q.    Are you also requesting during
9        the course of your care and treatment
10       authorization for surgeries and other
11       medical procedures?
12              A.    Yes, I specifically asked for
13       those usually with CPT codes to be very
14       specific about it when I am requesting
15       authorization for surgery.
16              Q.    If authorization is not granted
17       by the department for either physical
18       therapy or surgery or an MRI or a certain
19       medical procedure, is that procedure then
20       carried out or does the treatment and care
21       come to a halt at that point?
22              A.    Treatment comes to a halt.
23              Q.    Did you require authorization
24     or did you request authorization for the MRI
25       that you had ordered for Officer Bovell on
```

1                    A.V.  MADDALO,  M.D.              36

2    October of 2014?

3              A.    I would say that every MRI I

4    did on him or every procedure I did on him

5    was authorized prior.  Otherwise, the

6    radiology suites won't even do it without

7    the authorization number.

8              Q.    I'm assuming that the October

9    2014 order for the MRI was authorized by the

10   department?

11             A.    Yes.  Let me clarify that.  Let

12   me see if I have -- yes, we requested.  We

13   put in a request, we wait for authorization

14   and then we get an approval.

15             Q.    There was an approval given for

16   the October 2014 MRI?

17             A.    I can't specifically say yes.

18   I don't have --

19             Q.    Let's put it this way:  Was an

20   MRI performed in October of 2014?

21             A.    Yes.

22             Q.    Is it safe to assume that if it

23   was performed then that MRI was authorized

24   by the department?

25             A.    Yes.

A.V. MADDALO, M.D.                37

1

2          Q.     In November 2014 or on or about

3     November of 2014, did you request

4     authorization for arthroscopy and

5     debridement on Officer Bovell's right knee?

6          A.     I certainly requested it.  I

7     only go back to 2015 with this particular

8     type of form, but yes, it was approved.

9          Q.     Then and I apologize this is

10    another 2014 question, but in and around

11    December of 2014, is it fair to say that you

12    also requested authorization for a

13    viscosupplementation to be performed?

14         A.     Viscosupplementation, yes.

15         Q.     And that was also granted?

16         A.     I do not think that was because

17    -- yes, because in January -- it was because

18    in January of 2015 I did the

19    viscosupplementation in three visits, so if

20    we --

21         Q.     And those were the injections;

22    correct?

23         A.     Correct.

24         Q.     There was authorization sought

25    and approved for the January 5th, 15th and

A.V. MADDALO, M.D.                    38

1

2       19th viscosupplementation; correct?

3               A.      Correct.

4               Q.      When you -- I believe you

5       previously testified that Officer Bovell had

6       a similar surgery on his left knee

7       approximately 13 years ago?

8               A.      Yes.

9               Q.      And that he had fully recovered

10      from that surgery; correct?

11              A.      Correct.

12              Q.      Is it fair to say that the

13      course of treatment that you planned for

14      Officer Bovell's surgery in -- related to

15      his 2014 injury was the same or similar --

16      substantially the same course of treatment

17      that you planned for him with respect to the

18      left knee surgery?

19              A.      Yes.

20              Q.      And the left knee surgery that

21      occurred 13 years ago, that also included a

22      course of physical therapy?

23              A.      Several.

24              Q.      Was the physical therapy

25      ordered with respect to the left knee

A.V. MADDALO, M.D.                    39

1

2    substantially similar or the same as the

3    physical therapy that you ordered for

4    Officer Bovell's right knee?

5         A.    Yes, with minor adjustments

6    based on the patient's response.

7         Q.    Did Officer Bovell complete the

8    course of physical therapy that you ordered

9    for his left knee surgery?

10        A.    I believe so.  At the time of

11   his last visit we did look at that note and

12   he was doing well and did not have any

13   further problems after that visit.

14        Q.    So, in your medical opinion

15   having treated Officer Bovell, he fully

16   recovered from his left knee surgery;

17   correct?

18        A.    Yes.

19        Q.    When you sought ligament

20   reconstruction surgery from the department

21   for the right knee, that was approved?

22        A.    Yes.

23        Q.    And that was the surgery that

24   was performed in May of 2015?

25        A.    Yes.

```
1                        A.V. MADDALO, M.D.              40

2              Q.     From your notes and from your

3       recollection, that surgery was successful as

4       far as the surgery itself went; correct?

5              A.     Correct.

6              Q.     When Officer Bovell came to see

7       you in May of 2015 at or around that time,

8       did you request physical therapy, a course

9       of physical therapy for Officer Bovell?

10             A.     The initial therapy is usually

11      attached to the surgery authorization.  They

12      usually give you that as a package for about

13      four weeks.  I may not have had a specific

14      one for therapy.  As I said, when you

15      operate especially on major surgery like

16      that, they do give you about a month.

17             Q.     That initial course of therapy

18      was approved by the department; is that

19      accurate?

20             A.     Yes.

21             Q.     When you saw Officer Bovell in

22      June of 2015, he was still attending his

23      physical therapy sessions?

24             A.     July 9th I saw him.  My PA saw

25      him June 1st, '15.
```

A.V. MADDALO, M.D.                    41

1

2          Q.     Through June and up until the

3    point in time that you saw him on July 9th,

4    he was continuing with his course of

5    physical therapy?

6          A.     Yes.

7          Q.     If I can direct your attention

8    to page -- what's been marked as Page 12 of

9    the record.

10               THE WITNESS:  What date is it?

11               MS. BELLANTONI:  That would

12         have been July 16th, 2016.

13               THE WITNESS:  Yes.

14         Q.     Your notes indicate that he was

15   still continuing with physical therapy at

16   that time?

17         A.     Yes, because I -- if you look

18   at the last paragraph I thought he might

19   have been over doing it at physical therapy.

20         Q.     Is it fair to say that if he

21   was, as indicated in your notes, continuing

22   with physical therapy, that your request for

23   the authorizations were continuing to be

24   approved at that point in time?

25         A.     Correct.

```
1                          A.V. MADDALO, M.D.                42
2                 Q.     After your opinion that he had
3        been possibly over doing it in his physical
4        therapy, did that resolve itself; in other
5        words, did Officer Bovell cause any damage
6        or have a setback as a result of over doing
7        it in physical therapy?
8                 A.     Well, by July 23rd it did calm
9        down quite a bit.  I had given him some
10       anti-inflammatory medication, as well and
11       having held the exercise part of therapy
12       made him feel much better.
13                Q.     Was it your opinion at that
14       point that any damage or any permanency with
15       respect to his progressing with his
16       rehabilitation had occurred as a result of
17       over doing it with physical therapy?
18                       MR. SWEENEY:  Object to the
19                  form of the question.  You can answer
20                  if you understand it, doctor.
21                A.     I didn't think there was any
22       damage as a result of him over doing it.
23                Q.     Turning to Page 14 which was
24       the note for August 20th of 2015.
25                A.     Yes.
```

A.V. MADDALO, M.D.                    43

1

2          Q.    At that point in time is when

3     Officer Bovell began experiencing some pain

4     in the area of the tibial tunnel; is that

5     what you testified to earlier?

6          A.    Yes.

7          Q.    Can you explain that again?  Is

8     that from some dust as a result of the

9     surgery?

10         A.    Yes, when we drill a tunnel in

11    the tibia for the anterior cruciate ligament

12    graft just as when you drill a hole in a

13    piece of wood, there's sawdust and we try

14    our best to irrigate that out before closing

15    the wound but sometimes there will be

16    parcels of bone that gets sprayed into the

17    soft tissue.  Sometimes they're not even

18    visible with the naked eye and as those

19    little particles are digested by the body

20    and your body tries to break them down, that

21    can cause a local inflammation.

22         Q.    Does that normally resolve

23    itself or is surgery or another scope

24    required to resolve that issue?

25         A.    That's all in soft tissue.

```
1                              A.V. MADDALO, M.D.              44
2          That's not in the joint itself.  That's sort
3          of right under the skin above your shin.  It
4          does usually resolve itself.  That's
5          something you usually have to get through
6          and that's why I told him to use ice massage
7          there, you know, keep massaging it and try
8          to let the body take its course and get rid
9          of that bone dust.
10              Q.    Did that in fact resolve for
11         Officer Bovell?
12              A.    Yes.
13              Q.    On its own or with your
14         instruction?
15              A.    With my instructions.
16              THE WITNESS:  I'm just checking
17         my notes here.
18              A.    I think he also had an
19         injection in that area but I don't see the
20         note for that.  I refer to it in my
21         September 3rd note.  You'll see it says he
22         had an injection by Bridget who's my PA in
23         this period of time.  It gave him some
24         temporary relief.  However, he still has
25         some pain and tenderness over the scar.  The
```

```
 1                        A.V. MADDALO, M.D.                45

 2          next sentence says the patient needs to have

 3          continued physical therapy.

 4                    MS. BELLANTONI:  Yes, we're

 5                going to get to that note in just one

 6                second.

 7                    Q.    With respect to physical

 8          therapy, would that have -- would having

 9          physical therapy or not having physical

10          therapy have any impact on the dust so to

11          speak in the area of the tibial tunnel?

12                    A.    I believe it's more expedient

13          to have therapy.  I think it will get better

14          sooner or later but it will be a lot quicker

15          with the modalities from physical therapy

16          like ultrasound, electric stimulation.

17          Those are modalities that can reduce

18          inflammation.

19                    Q.    By the time August 2016 came,

20          he was no longer approved for physical

21          therapy.

22                    Does that factor into the amount of

23          time it took him to get through the issue

24          with respect to the dust in the area of the

25          tibial tunnel?
```

A.V. MADDALO, M.D.                    46

1

2          A.     I would say that it prolonged

3    it not having physical therapy.

4          Q.     If we can turn to the September

5    3rd note.

6          A.     Yes.

7          Q.     I'm just going to ask for your

8    indulgence, doctor.  I know it's part of the

9    record but if you can read into the record

10   from -- it would be the third sentence where

11   it begins "The patient needs to have" all

12   the way through til the end, please.

13         A.     "The patient needs to have

14   continued physical therapy to make a full

15   recovery from the surgery of this magnitude.

16   He has not been approved for therapy for at

17   least the last month and there's an issue as

18   far as his compensation coverage for

19   therapy.  I feel that this is totally

20   inappropriate since the patient had major

21   surgery and was not allowed to completely

22   rehabilitate from this surgery.  At the

23   present time, he has significant atrophy of

24   his right thigh and he has pain in the area

25   of the present surrounding bursa.  Both of

A.V. MADDALO, M.D.                    47

these need to be treated with physical

therapy by the therapist.  I have given him

some home exercises to do in the meantime.

However, it cannot accomplish the entire

goal.  In addition, the patient needs

guidance as far as following the protocol

for rehabilitation from surgery of this

kind.  I feel that he will never make a full

recovery until he gets such treatment and I

feel that the treatment is debilitated.  I

feel the compensation carrier has absolutely

no -- grounds that should be, that's a

typo -- has no grounds for denying this

treatment since it's not inappropriate and

the patient is already four months post-op

and they denied it and agreed on.  The

patient once again had a prescription for

physical therapy and I am doing so now.

Hopefully this matter can resolve and the

patient can get on with his rehabilitation.

           Q.    When you note that "I have

given him some home exercises to do in the

meantime, however it cannot accomplish this

entire goal," what do you mean by that?  Why

```
1                    A.V. MADDALO, M.D.              48
2        wouldn't it have be sufficient for Officer
3        Bovell to do the exercises at home?
4               A.    Well, first of all, he can't
5        give himself any of the modalities I
6        mentioned a few minutes ago and I have a
7        specific protocol for anterior cruciate
8        ligament rehabilitation.  There are
9        milestones that need to be checked and
10       instituted every week.
11              Q.    To your knowledge, does Officer
12       Bovell have any training in physical
13       therapy?
14              A.    No.
15              Q.    Based on your experience in
16       your practice, if an individual patient has
17       not been approved for physical therapy, will
18       the physical therapy offices generally
19       continue to treat them?
20              A.    No.
21              Q.    The information that you had
22       just read into the record, was that
23       communicated to either the department, City
24       of Mount Vernon Police Department or
25       Disability Management Associates?
```

A.V. MADDALO, M.D.                    49

A.      Every time a compensation

patient is here the note gets sent to either

the board or if they're privately insured or

do not go through compensation to whichever

entity is controlling the treatment.

Q.      Do you know at this point in

time, September 3rd, 2015, what entity was

controlling the care and treatment of

Officer Bovell?

A.      At that point I did not know

exactly where they were going.  I have a

secretary that takes care of that.

Q.      Who is that person?

A.      Her name is Cindy Labrusciano,

L-A-B-R-U-S-C-I-A-N-O.

Q.      Without getting too much into

the administration of side of things, are

you aware of whether the approval for such

authorizations at some point in Officer

Bovell's care and treatment had changed from

either the department itself or a board to

Disability Management Associates?

A.      No, I do not.

Q.      During Officer Bovell's

A.V. MADDALO, M.D.                    50

1

2       treatment, I would say from September of

3       2014 forward, have you had an opportunity to

4       either speak with or communicate with Dr.

5       Iskikian (ph) from the City of Mount Vernon?

6               A.    No.

7               Q.    At any point in time, did you

8       have an opportunity to speak with anyone

9       from Disability Management Associates with

10      respect to his care and treatment?

11              A.    No, my secretary may have.

12              Q.    Do you know if Cindy had --

13      okay.

14              A.    I mean I would assume.  She

15      gets on the phone whenever there's something

16      requested and starts, you know, we don't

17      leave anything for snail mail.  She'll get

18      on the phone and request as soon as she gets

19      my note which is usually the next day.

20              Q.    Do you recall having any

21      conversations with her about Disability

22      Management Associates and their approval or

23      disapproval of physical therapy of any other

24      care and treatment of Officer Bovell?

25              A.    Not specifically with the

A.V. MADDALO, M.D.                    51

1     company you just mentioned but certainly

2     once things were being denied, you know, I

3     certainly got after her to be a little more

4     persuasive because I have a certain level of

5     frustration myself.

6            Q.    I'm just trying to clarify.

7            With respect to actual

8     communications, though, you left that to

9     Cindy to handle and that you didn't actually

10    get on the phone with anyone to speak with

11    them about approval; correct?

12           A.    No, unless I request a peer to

13    peer review they will not even speak to me

14    and sometimes not even when I request that.

15           Q.    Did you request that in this

16    case?

17           A.    No.

18           Q.    What are the standards for

19    requesting a peer to peer review?

20           A.    Well, for instance, if I had

21    gotten a denial on the surgery that would

22    have been grounds for a peer to peer review.

23           Q.    But that's not something you

24    would have sought with respect to physical

A.V. MADDALO, M.D.                    51

1
2     company you just mentioned but certainly
3     once things were being denied, you know, I
4     certainly got after her to be a little more
5     persuasive because I have a certain level of
6     frustration myself.
7            Q.    I'm just trying to clarify.
8            With respect to actual
9     communications, though, you left that to
10    Cindy to handle and that you didn't actually
11    get on the phone with anyone to speak with
12    them about approval; correct?
13           A.    No, unless I request a peer to
14    peer review they will not even speak to me
15    and sometimes not even when I request that.
16           Q.    Did you request that in this
17    case?
18           A.    No.
19           Q.    What are the standards for
20    requesting a peer to peer review?
21           A.    Well, for instance, if I had
22    gotten a denial on the surgery that would
23    have been grounds for a peer to peer review.
24           Q.    But that's not something you
25    would have sought with respect to physical

A.V. MADDALO, M.D.                    52

therapy; correct?

     A.    No.

     Q.    That's correct?

     A.    That's correct, because I mean
I reserve that for the boom threatening and
life threatening instances.  I can't do a
peer to peer review every denial I get.
I'll spend my entire day on the phone with
peer to peer reviews.

     Q.    Understood.

     A.    Is it fair to say that between
August 2015 and July 2016 Officer Bovell was
not approved for any physical therapy?

     MR. SWEENEY:  Objection to the
     form, but you can answer, doctor.

     A.    You know, that's a pretty
blanket question and I couldn't answer in
all honesty unless I looked at each, you
know, we just went through several different
notes where I stated that he had not been
approved, then we got approval and he was
approved and then I got approval, you know,
it was on again/off again.  I don't know how
to answer that.

```
1                      A.V. MADDALO, M.D.            53
2              Q.    Then let's go through them if
3      you'll indulge me.
4              If we look at Page 15 which was the
5      September 3rd, 2015 note.
6                   THE WITNESS:   Hold on one
7              second.   What date is that?
8                   MR. SWEENEY:   September 3rd.
9                   MS. BELLANTONI:   September 3rd,
10             2015.
11                  THE WITNESS:   Okay.
12             A.    Yes, that's the note I just
13     read for you.   That one certainly we know
14     that he was denied.
15             Q.    The next date would have been
16     October 1st, 2015 at Page 16.
17             A.    Right, no physical therapy yet.
18             Q.    Right, and then November 19th
19     is the next date.
20             A.    No therapy yet.
21             Q.    December 17th, 2015 would be
22     the date after that.
23             A.    No therapy yet.
24             Q.    January 14th, 2016.
25             A.    I don't have any therapy -- by
```

A.V.  MADDALO,  M.D.                54

1

2      that time, I had given up on therapy and

3      asked for request for authorizations so I

4      still had no therapy authorized.  I believe

5      the next appointment is May 3rd, yeah.

6              MR. SWEENEY:  Amy, I don't have

7          the May 3rd note.  Otherwise I would

8          have produced it.

9              MS. BELLANTONI:  Okay, I see

10         that.  I don't have that, either.

11         Q.    Doctor, what does your May 3rd

12     note indicate?

13         A.    That he was still having pain

14     in his knee, trouble walking.  He was

15     starting to complain of pain in his other

16     knee and, you know, he was walking with an

17     abnormal gait for quite some time by that

18     point and I thought that might be having an

19     affect on his other knee, the left knee.

20         Q.    In your experience, why would

21     that have caused pain in the left knee?

22         A.    Well, I mean if he's unable to

23     bear full weight on his right knee and he's

24     putting most of the stress on his left knee,

25     that could make the left knee hurt.

```
 1                    A.V. MADDALO, M.D.              55
 2          Q.    Did you subsequently treat him
 3     for any injury or any other issues with
 4     respect to his left knee as a result of the
 5     compensation?
 6          A.    No, I thought that treating the
 7     right knee would let the left knee get
 8     better on its own.
 9          Q.    Looking at Page 20 which is the
10     June 3rd, 2016 note, any approval of
11     physical therapy by June 3rd, 2016?
12          A.    Well, he had seen the
13     independent medical examiner and I was
14     encouraged because that IME also recommended
15     therapy.  However, I understand that once an
16     IME makes determination the carrier or the
17     people paying for the treatment have like
18     ten business days to reject it which is
19     another two weeks.  So, although I was
20     encouraged, I didn't think we'd have
21     approval right then and there.  I knew it
22     was forthcoming and I did write him a script
23     for therapy and he did eventually go after
24     the June 3rd visit but by the time I saw him
25     August 9th he had had some physical therapy.
```

1                    A.V. MADDALO, M.D.              56

2          Q.    Is it fair to say then at some

3    point in June or July of 2016 is when his

4    physical therapy was finally approved?

5          A.    Correct.

6          Q.    So then I'll revisit my earlier

7    question.

8          From August of 2015 until some point

9    in time in say late June of 2016 or possibly

10   July of 2016, Officer Bovell had not been

11   approved for any physical therapy?

12         A.    Correct.

13         Q.    Do you have an opinion as to a

14   reasonable degree of medical certainty as to

15   whether that lack of physical therapy

16   contributed to his failure to successfully

17   heal from the surgery that he had?

18               MR. SWEENEY:   Objection to the

19          form but you can answer, doctor.

20         A.    It certainly delayed his

21   recovery and as I alluded to before it

22   definitely delayed his recovery in tangible

23   terms and also in the intangible terms I

24   spoke of before in the fact that when

25   somebody is debilitated for that length of

A.V. MADDALO, M.D.                    57

1

2       time it's hard to get them back all the way.

3            Q.    Do you have an opinion to a

4       reasonable degree of medical certainty

5       whether if Officer Bovell had been allowed

6       to continue with the course of physical

7       therapy that you recommended which was

8       consistent with the physical therapy that

9       you recommended with respect to his left

10      knee surgery that he would have fully

11      recovered from the surgery?

12           A.    I think that the end point

13      probably will be the same but as you pointed

14      out to me just now a year delayed from '15

15      to '16, almost -- just about a year in

16      delay.  I feel that his rehabilitation was

17      suspended during that time.

18           Q.    You had testified earlier but

19      correct me if I'm wrong that you're not sure

20      whether Officer Bovell will return to full

21      police officer status; in other words --

22           A.    That's correct.

23           Q.    -- you testified with respect

24      to him fully recovering.  You're confident

25      he will fully recover after this last course

```
1                    A.V. MADDALO, M.D.            58
2       of physical therapy and continuing on with
3       your care and treatment plan, you know, to
4       the level of recreational activities.
5            A.    There will be a point in the
6       future where he will have reached maximum
7       medical benefit and there will be a point
8       where he will have been "rehabilitated" and
9       recovered from his surgery.  At that point
10      we have to decide whether he's able to
11      perform full duties of a police officer.
12      There's a difference.
13           Q.    Do you know what the timeframe
14      is on when you'll be able to determine what
15      that point is?
16           A.    Well, normally speaking after
17      an anterior cruciate ligament reconstruction
18      I usually tell police officers,
19      firefighters, iron workers anybody who's at
20      risk who has a job that risk further injury
21      if they're not up to 100% I usually tell
22      them it's a nine month recovery until
23      they're full and that's assuming all goes
24      well and in consecutive phases.  Now, we
25      just ascertained it was about a year of
```

```
1                    A.V. MADDALO, M.D.              59
2        suspension there so you have to take that
3        into account.
4              Q.    So, from today, do you have an
5        idea on the length of time it will take
6        before you're able to assess Officer Bovell
7        to see whether he's reached that point of
8        maximum benefit?
9              A.    Okay, I would say that he's far
10       enough along from his 2015 surgery even with
11       a year delay that I would now start the
12       clock from his lateral meniscus surgery and
13       I would put that from now probably about
14       three months, you know, three months from
15       now we have to look at him and see what he
16       can do and what he can't do.  At that
17       point --
18             Q.    And that is based on what
19       course of treatment and whether the
20       authorization is granted for that course of
21       treatment?
22             A.    It's based on what I saw inside
23       of his knee at the time of the last surgery
24       and he's approximately two months from it
25       now and somewhere between four and six
```

A.V. MADDALO, M.D.                    60

1

2      months, so three months from now will be

3      five months; somewhere between those two

4      points I think he's going to get as good as

5      he's going to get.

6             Q.    As far as physical therapy and

7      your recommendations on recovery, what plan

8      does he need to follow in order to make sure

9      that he's achieving that maximum benefit?

10            A.    I see him monthly, if not

11     sooner, and adjust his therapy so it's

12     different, you know, based on what I find

13     every time I see him, I decide what I'm

14     going to write for the script that time.

15     That's why I only write the prescription for

16     four weeks at a time because it changes.

17            Q.    As Officer Bovell's position,

18     is it your opinion that if your care and

19     treatment plan is not followed between now

20     and two or three months from now that the

21     likelihood of full recovery diminishes?

22            A.    It certainly will be postponed

23     and it would be diminished by that deadline,

24     yes.   That timeframe is not valid unless he

25     gets to continue doing what I order.

```
1                    A.V. MADDALO, M.D.              61
2              Q.    I may have asked this before
3         and I apologize but I just want to be clear.
4         I know you've given me an answer and I want
5         to make sure I am understanding.
6              At a point in time two or three
7         months from now when you assess Officer
8         Bovell assuming God forbid that he's not
9         able to return to the duties and functions
10        of a police officer as he had before, you
11        testified there was a delay in his recovery
12        and rehabilitation based on not having the
13        physical therapy, but are you able to say to
14        a reasonable degree of medical certainty
15        whether the delay in physical therapy
16        contributed or would have contributed to his
17        not being able to perform up to 100%
18        functionality that's required of him as a
19        police officer?
20                  MR. SWEENEY:  I'm just going to
21             object to the form but you can
22             answer, doctor.
23             A.    I don't think that the delay --
24        I don't think any bridges were burned by him
25        not having therapy.  I think that things
```

```
1                    A.V. MADDALO, M.D.              62

2        were certainly delayed but I think that

3        muscular rehabilitation and strengthening,

4        those things do not have a tight time window

5        to get done as opposed to, for instance,

6        range of motion.  If you don't do range of

7        motion exercises immediately after surgery

8        and you get stiff, yes, you may have a

9        permanent partial disability based on that

10       but I think that strengthening and rehab in

11       that sense can be delayed without being

12       permanently damaged or decreased.

13                    MS. BELLANTONI:  Thank you,

14               doctor.  I don't believe I have any

15               additional questions.

16                    MR. SWEENEY:  Doctor, I just

17               have one or two follow-ups in

18               response to counsel's questions.

19               Q.    Doctor, if I refer you back to

20       your September 2015 treatment note, the one

21       that you read into the record which is Page

22       15 --

23                    MS. BELLANTONI:  Yup, I have

24               it.

25               Q.    Am I correct in understanding
```

1                          A.V. MADDALO, M.D.              63

2         that atrophy is a process that takes awhile

3         to develop, muscle atrophy?

4              A.    Yes.

5              Q.    In September of 2015, the

6         atrophy that you noted wasn't of recent

7         vintage, it was there for some time?

8              A.    Well, don't forget when you

9         have surgery --

10             Q.    Right.

11             A.    -- it can happen very quickly.

12             Q.    Okay.

13             A.    Especially leg surgery because

14        you put a tourniquet around the quadricept

15        area and even a minor arthroscopy which

16        takes 15 to 20 minutes of tourniquet time

17        can cause significant atrophy, so saying he

18        had the atrophy in what was that, September?

19                   MR. SWEENEY:    September 3rd,

20             2015.

21             A.    Yeah, I mean it could have been

22        there a month after the surgery in November

23        of 2014.

24             Q.    The procedure that benefited

25        Officer Bovell also have a bi product of

1                          A.V. MADDALO, M.D.                    64

2       causing some atrophy.

3               A.     Right, and it's my job to

4       reverse that by ordering therapy.

5               Q.     Doctor, I think you've already

6       provided an opinion in response to Attorney

7       Bellantoni's, one of her questions.

8               You said that the delay in physical

9       therapy Officer Bovell would have ended up

10      in the same place anyway.

11              What I think you meant by that was

12      that the wearing defect of meniscus that you

13      corrected or operated on a third time was a

14      biproduct of the second procedure?

15              A.     Right.

16              Q.     In about three months you may

17      be in a position assuming Officer Bovell

18      follows through with his regime of physical

19      therapy and other modalities that you can

20      assess his ability to work full duty?

21              A.     Right.

22              Q.     I think you said in a couple

23      weeks you would surmise that he could

24      probably do light duty at that time?

25              A.     Yes.

```
1                    A.V. MADDALO, M.D.              65

2              MR. SWEENEY:  I have no further

3         questions.  Anything else Ms.

4         Bellantoni?

5              MS. BELLANTONI:  No, I have

6         nothing else.  Thank you, Paul.

7              MR. SWEENEY:  Doctor, Amy and I

8         have been looking at what's called

9         Defendant's Exhibit A which I'll hand

10        to you.  You've been looking at your

11        screen.  That's 29 pages of your

12        medical notes.  I just wanted you to

13        page through that and just verify

14        that.

15             THE WITNESS:  Yes.  I think you

16        mentioned you don't have May 3rd and

17        I'll be happy to give it to both of

18        you.

19             MR. SWEENEY:  Amy, any

20        objection to me getting a copy of

21        Officer Bovell's records from the

22        doctor?

23             MS. BELLANTONI:  These 29

24        pages?

25             MR. SWEENEY:  No.  Actually,
```

```
1                    A.V. MADDALO, M.D.              66

2              the doctor has images and things that

3              I don't have and I don't know if you

4              have.

5                    MS. BELLANTONI:  No, no, that

6              would be swell.  If you could also

7              forward a copy to me of the images

8              that would be great.

9                    MR. SWEENEY:  Whatever I get

10             from the doctor's office I'll make

11             sure I provide you with a copy.

12                   MS. BELLANTONI:  That will be

13             fine and if you want to put the May

14             3rd in, as well.

15                   MR. SWEENEY:  We'll do that.

16             Thank you very much, doctor.

17                   (Whereupon this examination

18             concluded at 4:17 p.m.)

19

20                   _____
                      ANTHONY V. MADDALO, M.D.
21

22      Subscribed and sworn to
        before me this_____day
23      of_____, 2017.

24      _____
           Notary Public
25
```

67

C E R T I F I C A T E

STATE OF NEW YORK     )
                      )ss.:
COUNTY OF WESTCHESTER)


        I, LISA DOBBO, a Shorthand
Reporter and Notary Public within and for
the State of New York, do hereby certify:


        That ANTHONY V. MADDALO, M.D.,
the witness whose deposition is hereinbefore
set forth, was duly sworn by me, and that
such deposition is a true record of the
testimony given by the witness.


        I further certify that I am not
related to any of the parties to this action
by blood or marriage, and that I am in no
way interested in the outcome of this
matter.


        IN WITNESS WHEREOF, I have
hereunto set my hand this 28th day of
January, 2017.


                    _____
                    LISA DOBBO
                    SHORTHAND REPORTER

68

EXHIBIT PAGE

| Defendant's Exhibit | Description | Page Number |
|---|---|---|
| A | Medical Treatment Notes | 04 |

* * *

EXAMINATION INDEX:

By Mr. Sweeney: Page(s) 04, 62

By Ms. Bellantoni:        33

69

ERRATA SHEET
        The following corrections, additions
or deletions were noted on the transcript of
the testimony which I gave in the
above-captioned matter held on 1/18/17:


Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____

Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____

Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____

Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____

Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____

Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____

Page____Line____SHOULD READ:_____

REASON FOR CHANGE:_____


                        _____
                        ANTHONY V. MADDALO, M.D.
Subscribed and sworn to
before me this_____day
of_____, 2017.


_____
    Notary Public

**4**

'15 - 40:25; 57:14
'16 - 57:15

**0**

003 - 26:11
004 - 26:4
005 - 15:20
006 - 15:21
007 - 13:14; 27:5, 11
04 - 68:7, 11

**1**

1/18/17 - 69:4
100% - 29:15; 58:21; 61:17
1000 - 1:24
10532 - 1:15; 4:5
10583 - 2:8
10606 - 1:24
10th - 11:13, 25
12 - 41:8
12th - 31:15, 25
13 - 38:7, 21
13904 - 2:13
14 - 42:23
14th - 23:10; 53:24
15 - 53:4; 62:22; 63:16
15th - 37:25
16 - 53:16
16th - 6:14; 41:12
17th - 53:21
18 - 1:16
18th - 26:3
1981 - 54
1986 - 5:8
19th - 14:22; 25:14; 38:2; 53:18
1st - 17:9; 40:25; 53:16

**2**

2 - 2:7
20 - 55:9; 63:16
2002 - 8:10; 9:20
2005 - 9:21; 10:14
2006 - 10:16
2014 - 6:8, 14; 8:4, 20; 10:21;
11:13; 36:2, 9, 16, 20; 37:2,
10-11; 38:15; 50:3; 63:23
2015 - 14:15; 20:25; 22:4; 37:7,
18; 39:24; 40:7, 22; 42:24;
49:8; 52:13; 53:5, 10, 16, 21;
56:8; 59:10; 62:20; 63:5, 20
2016 - 25:3; 41:12; 45:19;
52:13; 53:24; 55:10; 56:3, 9
2017 - 1:16; 66:23; 67:17;
69:23
206 - 4:5, 23
207-c - 34:15, 21
20th - 12:2; 18:11; 42:24
21st - 25:13
23rd - 18:3; 42:8
24 - 1:15; 4:4, 22
28th - 7:10; 67:17
29 - 65:11, 23

**3**

33 - 68:12
3:05 - 11:16
3rd - 19:3; 23:21; 44:21; 46:5;
49:8; 53:5, 8:9; 54:5, 7, 11;
55:10, 24; 63:19; 65:16; 66:14

**4**

400 - 2:7
4:17 - 66:18

**5**

50 - 1:24
5th - 37:25

**6**

62 - 68:11
682-1888 - 1:25

**7**

7:15-CV-08594-CS - 1:7

**8**

8th - 17:8

**9**

914 - 1:25
99 - 2:12
9th - 6:8; 8:4; 17:13; 24:14;
25:3; 40:24; 41:3; 55:25

**A**

ability - 10:9; 64:20
able - 6:24; 7:20; 10:6; 16:20;
20:9, 22; 28:5; 29:12; 30:11,
21; 58:10, 14; 59:6; 61:9, 13,
17
abnormal - 33:23; 54:17
above-captioned - 69:4
absence - 17:10
absent - 32:11
absolutely - 47:12
academy - 10:6
acceptable - 20:13; 21:8; 31:8
accident - 9:15; 10:2
accomplish - 47:5, 24
account - 59:3
accountant - 29:10
accurate - 21:18; 40:19
achieving - 60:9
acid - 14:7, 14
ACL - 16:13
acre - 67:13
Action - 1:6
activities - 16:21; 18:18; 58:4
activity - 18:15; 29:3
actual - 33:20; 51:8
acute - 17:3
addition - 13:3; 47:6
additional - 62:15
additions - 69:2
Address - 2:7, 12
address - 4:3; 13:25; 27:20
adjust - 60:11
adjuster - 21:24
adjustments - 39:5
administer - 3:11
administration - 22:19; 49:18
admitted - 11:16
affect - 54:19
affected - 15:16
affixed - 15:25; 16:4
afraid - 25:21
again/off - 52:24

ago - 9:18; 32:2; 38:7, 21; 48:6
agreed - 24:9; 47:17
AGREED - 3:6, 17
ahead - 22:23
allograft - 9:23; 15:10; 16:14
allowed - 46:21; 57:5
alluded - 56:21
almost - 31:20; 57:15
amount - 18:2; 45:22
Amy - 65:7
amy - 54:6; 65:19
AMY - 2:8
AND - 1:8-11; 3:5, 16
answer - 8:17, 20; 42:19;
52:16, 18, 25; 56:19; 61:4, 22
answered - 29:20
anterior - 8:21; 9:22; 12:14;
14:25; 15:8, 19; 16:8; 26:25;
27:6; 43:11; 48:7; 58:17
ANTHONY - 1:19; 4:2; 66:20;
67:9; 69:21
Anthony - 1:14; 4:17
anti - 17:25; 42:10
anti-inflammatory - 17:25;
42:10
anyway - 64:10
apologize - 37:9; 61:3
appear - 27:17
appointment - 19:2; 23:22;
54:5
appointments - 20:19
approval - 36:14; 49:19; 50:22;
51:12; 52:22; 55:10, 21
approved - 19:13; 21:11; 37:8,
25; 39:21; 40:18; 41:24;
45:20; 46:16; 48:17; 52:14,
22-23; 56:4, 11
area - 15:16, 23; 17:16; 26:4,
17, 20, 22; 27:4; 32:21; 43:4;
44:19; 45:11, 24; 46:24; 63:15
arose - 10:2
arrest - 6:19
arrow - 12:12
arthroscopic - 10:25; 23:12;
25:7
arthroscopy - 12:9; 23:9; 24:8;
37:4; 63:15
ascertained - 58:25
aspect - 24:16
assess - 59:6; 61:7; 64:20
assistant - 17:7, 11
associated - 33:16
Associates - 48:25; 49:23;
50:9, 22
assume - 12:8; 20:21; 36:22;
50:14
assumed - 10:18
assuming - 36:8; 58:23; 61:8;
64:17
AT - 1:14
atrophy - 17:19; 19:17; 25:16;
33:13, 16; 46:23; 63:2, 6,
17-18; 64:2
attached - 12:17, 20; 13:2;
40:11
attend - 10:6; 20:18
attending - 40:22
attention - 41:7
Attorney - 33:2; 64:6
Attorneys - 2:6, 11
attorneys - 3:6
August - 18:11, 25; 24:14;
25:2, 4; 42:24; 45:19; 52:13;
55:25; 56:8
authorization - 13:24; 18:5,
24; 19:6, 8; 20:2; 20, 22;
22; 23:11, 17; 24:8, 22; 25:7,
10, 12; 34:17, 24; 35:3, 10,
15-16, 23-24; 36:7, 13; 37:4,

12, 24; 40:11; 59:20
authorizations - 41:23; 49:20;
54:3
authorized - 3:10; 24:10; 36:5,
9, 23; 54:4
avoid - 24:24
aware - 12:4; 18:19; 21:19;
49:19
awhile - 63:2

**B**

background - 4:25
balance - 27:16
ball - 13:9
base - 28:6
based - 6:23; 15:2; 16:17;
28:16; 30:2; 39:6; 48:15;
59:18, 22; 60:12; 61:12; 62:9
basing - 29:25
bear - 54:23
bearing - 26:21; 32:22
become - 7:18; 10:9
becoming - 18:16
began - 43:3
begin - 33:23
begins - 46:11
belief - 32:9
BELLANTONI - 2:6, 8; 8:15;
31:10; 33:4, 6; 41:11; 45:4;
53:9; 54:9; 62:13, 23; 65:5,
23; 66:5, 12
Bellantoni - 33:3; 65:4; 68:12
Bellantoni's - 64:7
belong - 29:4
belongs - 12:20
benefit - 58:7; 59:8; 60:9
benefited - 63:24
best - 43:14
better - 24:15; 42:12; 45:13;
55:8
between - 3:6; 18:25; 32:19;
33:8; 52:12; 59:25; 60:3, 19
beyond - 8:18; 21:15
bi - 63:25
big - 12:18
biggest - 27:12
billiard - 13:9
Binghamton - 2:13; 5:19
biodegradable - 16:5
biproduct - 64:14
bit - 4:25; 17:19; 18:15; 23:6;
42:9
blanket - 52:18
blending - 26:7
blood - 67:14
board - 51:12, 14; 49:4, 22
body - 43:19; 44:8
bone - 12:19; 13:8, 16; 17:5;
43:16; 44:9
boom - 52:6
BOVELL - 1:4
Bovell - 5:22, 25; 6:7, 11; 8:5;
10:12; 28:2; 34:23; 35:25;
38:5; 39:7, 15; 40:6, 9, 21;
42:5; 43:3; 44:11; 48:3, 12;
49:10; 50:24; 52:13; 56:10;
57:5, 20; 59:6; 61:8; 63:25;
64:9, 17
Bovell's - 21:20; 32:6; 37:5;
38:4; 39:4; 49:21, 25; 60:17;
65:21
break - 43:20
bridges - 61:24
Bridget - 44:22
brought - 5:22
BURKE - 1:9
burned - 61:24

bursa - 46:25
business - 4:3; 55:18
BY - 2:8, 13; 4:14; 33:6

**C**

calm - 42:8
cannot - 32:12; 34:10; 47:5, 24
CAPACITY - 1:8
CAPTAIN - 1:9
caption - 12:24
captioned - 69:4
care - 34:17; 35:2, 9, 20; 49:9,
13, 21; 50:10, 24; 58:3; 60:18
carried - 11:12; 35:20
carrier - 13:25; 19:11; 21:20,
23; 47:12; 55:16
carriers - 21:14, 17
cartilage - 7:15; 13:19; 14:8;
15:22; 16:9; 26:7
case - 21:20; 23:3; 51:17
cases - 34:15
causally - 34:11
caused - 32:22; 33:14, 18, 22;
54:21
causing - 64:2
centered - 24:16
certain - 5:21; 35:18; 51:5
certainly - 31:7; 37:6; 51:2, 4;
53:13; 56:20; 60:22; 62:2
certainty - 32:17; 33:12; 56:14;
57:4; 61:14
certified - 5:12, 14
certify - 67:8, 13
chances - 25:15
change - 22:17; 23:4
CHANGE - 69:7, 9, 11, 13, 15,
17, 19
changed - 19:23, 25; 49:21
changes - 60:16
chase - 29:14
check - 17:9
checked - 48:9
checking - 44:16
Cindy - 49:15; 50:12; 51:10
cITY - 1:7
City - 5:20; 48:23; 50:5
civil - 1:6
claims - 21:24
clarify - 31:11; 36:11; 51:7
clear - 61:3
clock - 59:12
closing - 43:14
codes - 35:13
collateral - 7:25
colleagues - 29:16
College - 5:4
COMMISSIONER - 1:7
communicate - 50:4
communicated - 48:23
communications - 51:9
comp - 5:15
company - 51:2
compensation - 19:11; 21:16,
19; 46:18; 47:12; 49:2, 5; 55:5
competent - 32:9
complain - 54:15
complaints - 10:13; 17:13;
32:6
complete - 39:7
completely - 11:16; 23:2;
46:21
complications - 16:23
concerned - 21:13; 25:20
concluded - 66:18
conclusive - 23:3
condition - 19:23

condyle - 8:23; 9:24; 13:13; 15:11; 23:5
confident - 57:24
consecutive - 58:24
consent - 13:24
consist - 11:5
consistent - 57:8
consists - 11:6
contact - 10:15
continue - 8:16; 24:18; 48:19; 57:6; 60:25
continued - 45:3; 46:14
continuing - 41:4, 15, 21, 23; 58:2
contour - 27:3
contributed - 56:16; 61:16
controlling - 6:6, 9
conversations - 50:21
convince - 22:10, 12
copies - 23:25
copy - 23:24; 65:20; 66:7, 11
Corporate - 2:12
correct - 6:8, 15; 8:5; 10:10; 21:21; 30:6; 33:9; 34:14; 37:22; 38:2, 10-11; 39:17; 40:4; 41:25; 51:12; 52:2, 4-5; 56:5, 12; 57:19, 22; 62:25
corrected - 64:13
corrections - 69:2
COS - 5:16
COUGHLIN - 2:11
Coughlin - 5:18
counsel's - 62:18
COUNTY - 67:5
couple - 17:2; 32:3; 64:22
course - 24:6; 31:4; 35:9; 38:13, 16, 22; 39:8; 40:8, 17; 41:4; 44:8; 57:6, 25; 59:19
COURT - 1:2
coverage - 46:18
CPT - 35:13
crimp - 31:22
cruciate - 8:22; 9:22; 12:15; 14:25; 15:9, 19; 16:4, 8; 26:25; 43:11; 48:7; 58:17
current - 30:5
cushioning - 7:14
cut - 18:15

**D**

damage - 12:5, 7; 42:5, 14, 22
damaged - 62:12
damaging - 27:12
dark - 13:18
date - 6:13; 11:11; 30:3; 41:10; 53:7, 15, 19, 22
days - 32:2; 55:18
deadline - 60:23
deals - 21:13
debilitated - 28:24; 47:11; 56:25
debridement - 23:12; 37:5
December - 9:21; 22:24; 37:11; 53:21
decide - 58:10; 60:13
decided - 25:11
decreased - 62:12
dedicate - 30:25
defect - 9:23; 13:14; 14:9; 15:17; 26:6; 64:12
defected - 15:11
defects - 7:21
defend - 29:15
Defendant's - 4:11; 65:9; 68:5
Defendants - 1:19; 2:11
defendants - 5:21

definitely - 28:22; 56:22
degeneration - 34:5
degenerative - 33:22, 25
degree - 32:17; 33:12; 34:11; 56:14; 57:4; 61:14
delay - 57:16; 59:11; 61:11, 15, 23; 64:8
delayed - 56:20, 22; 57:14; 62:2, 11
deletions - 69:3
denial - 51:22; 52:8
denied - 47:17; 51:3; 53:14
denying - 47:14
department - 9:3; 20:10; 21:8; 22:18; 34:25; 35:17; 36:10, 24; 39:20; 40:18; 48:23; 49:22
Department - 48:24
departmental - 21:22
departments - 21:22
deposition - 3:8, 13; 67:10
DEPUTY - 1:8
derangements - 32:13
Description - 68:5
desk - 30:19; 31:17
determination - 55:16
determine - 58:14
develop - 63:3
device - 11:7
diagnosis - 6:25; 8:13
difference - 58:12
different - 52:20; 60:12
difficulty - 20:17
digested - 43:19
diminish - 25:18
diminished - 60:23
diminishes - 60:21
direct - 41:7
directly - 26:17; 32:21; 33:21
disability - 62:9
Disability - 48:25; 49:23; 50:9, 21
disapproval - 50:23
DISTRICT - 1:2
Dobbo - 1:25; 4:7
DOBBO - 67:7, 21
doctor - 4:15, 24; 5:10, 17, 25; 6:6, 11; 7:7, 12; 8:3, 17, 20; 9:4; 10:19; 11:4, 12, 20; 12:22; 14:20; 16:24; 18:19; 21:9, 18; 22:3; 23:16; 25:2; 27:25; 30:21; 31:9; 32:5, 25; 33:5, 17; 42:20; 46:8; 52:16; 54:11; 56:19; 61:22; 62:14, 19; 64:5; 65:7, 22; 66:2, 16
Doctor - 62:16
doctor's - 66:10
documented - 9:11
done - 7:9; 15:6; 16:6; 27:20; 28:25; 62:5
down - 6:3; 13:15; 18:15; 31:16, 19; 42:9; 43:20
Dr - 50:4
drill - 15:17; 17:6; 43:10, 12
drilled - 15:22; 18:13
Drive - 2:12
due - 14:24; 17:5
duly - 4:6; 67:10
during - 6:21; 12:8; 32:8; 35:8; 49:25; 57:17
dust - 17:5; 43:8; 44:9; 45:10, 24
duties - 58:11; 61:9
duty - 16:15; 28:13, 16; 29:7, 12, 19; 30:19; 31:6, 17; 34:24; 64:20, 24
débridement - 25:8

**E**

easily - 13:5
educational - 4:25
effect - 3:12
eight - 18:8
either - 13:25; 30:9; 35:17; 48:23; 49:3, 22; 50:4; 54:10
electric - 45:16
emotions - 24:7
encouraged - 55:14, 20
end - 30:12; 46:12; 57:12
ended - 64:9
entire - 47:5, 25; 52:9
entity - 49:6, 8
envision - 27:25
enzyme - 14:7
erode - 25:23
ERRATA - 69:2
especially - 40:15; 63:13
ESQUIRE - 2:8, 13
eventually - 15:23; 28:6; 55:23
exactly - 49:12
examination - 66:14
Examination - 1:18
EXAMINATION - 4:14; 33:6; 68:10
examiner - 23:19, 22; 24:4; 55:13
examining - 11:8
except - 3:17; 7:25
exercise - 20:6; 42:11
exercises - 47:4, 23; 48:3; 62:7
Exhibit - 4:10; 65:9; 68:5
EXHIBIT - 68:3
expect - 32:3
expectation - 28:11
expected - 20:10; 22:14
expedient - 45:12
experience - 28:2, 17; 48:15; 54:20
experiencing - 43:3
explain - 43:7
eye - 43:18

**F**

facet - 29:13
fact - 12:4; 26:23; 28:8; 33:20; 44:10; 56:24
factor - 46; 45:22
failed - 23:14; 25:22
failing - 25:20
failure - 56:16
fair - 34:9; 37:11; 38:12; 41:20; 52:12; 56:2
far - 40:4; 46:18; 47:7; 59:9; 60:6
favorable - 27:17
fear - 27:12
February - 14:22
feelings - 14:23
felt - 19:14; 21:7; 23:5
femoral - 9:24; 13:13; 15:11; 32:11; 33:15
femur - 12:15
few - 17:12; 48:6
filing - 3:8
fill - 14:9
film - 16:11
finally - 23:12; 25:14, 25; 56:4
findings - 13:20; 27:17
fine - 24:1; 34:7; 66:13
finished - 15:18
firefighters - 58:19
FIRM - 2:6

firm - 5:18
first - 8:4; 12:11; 13:4; 28:9; 34:7; 48:4
firsthand - 21:10
fissure - 26:5
fit - 16:4
five - 31:21; 60:3
follow - 20:15; 60:8; 62:17
follow-ups - 62:17
followed - 60:19
following - 10:13; 16:12; 27:24; 47:7; 69:2
follows - 4:8; 64:18
FOR - 69:7, 9, 11, 13, 15, 17, 19
forbid - 61:8
force - 3:11
forget - 63:8
form - 3:18; 6:24; 37:8; 42:19; 52:16; 56:19; 61:21
formally - 18:4
forth - 67:10
forthcoming - 55:22
forward - 50:3; 66:7
four - 5:6; 40:13; 47:16; 59:25; 60:16
front - 17:15; 26:14; 27:3
frustration - 51:6
full - 4:16; 13:14; 16:15, 21; 19:19; 26:6; 28:13, 16; 29:3, 7, 19; 30:19; 46:14; 47:9; 54:23; 57:20; 58:11, 23; 60:21; 64:20
fully - 38:9; 39:15; 57:10, 24
functionality - 61:18
functions - 61:9
FURTHER - 3:16
future - 28:12; 30:10; 58:6

**G**

gait - 54:17
gap - 12:18
gate - 21:25
generally - 48:18
GERHART - 2:11
Gerhart - 5:18
given - 14:14; 36:15; 42:9; 47:3, 23; 54:2; 61:4; 67:11
goal - 47:6, 25
God - 61:8
GOLDMAN - 1:9
goodness - 27:13
graduated - 5:4
graft - 23:5; 43:12
granted - 35:16; 37:15; 59:20
great - 66:8
grounds - 47:13; 51:23
growth - 14:8
guess - 20:14
guidance - 47:7
gym - 20:5, 14; 21:2

**H**

halt - 35:21
hand - 65:9; 67:17
handle - 51:10
hands - 19:9; 35:5
hands-on - 35:5
happy - 6:2; 65:17
hard - 28:19; 29:2, 5, 23; 57:2
Hawthorne - 1:15; 4:5, 23
heal - 56:17
held - 1:19; 42:11; 69:4
HELD - 1:14

help - 14:7
hereby - 67:8
HEREBY - 3:5
herein - 3:7
hereinbefore - 67:10
hereunto - 67:17
Hill - 5:5
himself - 29:15; 30:25; 48:5
hip - 31:23
HIS - 1:8
history - 6:10, 16, 24
hold - 53:6
hole - 13:18; 15:13, 23; 16:10; 17:6; 26:13; 27:7; 43:12
home - 18:15; 20:11; 47:4, 23; 48:3
honesty - 52:19
hope - 29:20
hopefully - 47:20
hopes - 14:9
horn - 26:16
hospital - 11:17
Hospital - 5:5
hours - 31:21
house - 20:11, 18
hurt - 28:21; 54:25
hyaluronic - 14:7, 13

**I**

ice - 18:14; 44:6
idea - 33:17; 59:5
Identification - 4:13
image - 12:23, 25; 13:10; 15:20; 26:4; 27:5
images - 66:2, 7
IME - 55:14, 16
IMG_004 - 12:24
IMG_007 - 13:17
IMG_008 - 13:11
immediately - 62:7
impact - 45:10
impacted - 16:3
improvement - 24:17, 24; 25:5
improving - 25:10
IN - 1:8-11; 67:16
inappropriate - 19:15; 46:20; 47:15
Inc - 1:23
included - 38:21
increase - 17:3; 22:25
indeed - 17:23
independent - 23:19; 24:4; 55:13
INDEX - 68:10
indicate - 20:17; 41:14; 54:12
indicated - 21:5; 41:21
indicating - 12:12, 16, 18, 21, 25; 13:7; 15:18; 27:4, 6
individual - 6:20; 48:16
INDIVIDUALLY - 1:8
Indocin - 17:24
indulge - 53:3
indulgence - 46:8
infallible - 13:22
inflamed - 18:17
inflammation - 43:21; 45:18
inflammatory - 17:25; 42:10
information - 48:21
initial - 40:10, 17
injected - 17:8
injection - 44:19, 22
injections - 14:6, 20; 37:21
injured - 20:11, 15; 34:23
injuries - 7:19
injury - 6:7; 7:3; 8:3, 10, 19,

22-23; 9:7; 10:16, 20; 16:25; 28:9; 38:15; 55:3; 58:20
insert - 15:13
inserted - 16:8, 14
insertion - 15:10
inside - 11:8; 15:4; 59:22
instance - 51:21; 62:5
instances - 52:7
instituted - 19:25; 48:10
instruction - 44:14
instructions - 44:15
instrument - 26:12
insured - 49:4
intact - 22:13; 26:24
intangible - 54:4
interested - 67:14
interfere - 30:24
internship - 5:5
intervention - 10:22
involved - 6:20; 21:20; 27:10
involving - 34:15
iron - 58:19
irrigate - 43:14
irritated - 18:21
irritation - 17:7
IS - 3:5, 16
Iskikian - 50:5
issue - 27:23; 43:24; 45:23; 46:17
issues - 55:3
IT - 3:5, 16
itself - 32:18; 40:4; 42:4; 43:23; 44:2, 4; 49:22

**J**

January - 1:16; 14:14; 23:10; 31:14, 25; 37:17, 25; 53:24; 67:17
job - 58:20; 64:3
joining - 9:3
joint - 44:2
July - 17:13; 18:3; 40:24; 41:3, 12; 42:8; 52:13; 56:3, 10
jump - 28:5
June - 9:20; 17:9; 40:22, 25; 41:2; 55:10, 24; 56:3, 9

**K**

keep - 44:7
keeper - 21:25
kind - 47:9
knee - 6:21; 7:5, 16-19, 21; 8:11, 13-14, 23-25; 9:7, 17, 20; 10:14, 20; 11:7, 10; 12:5; 14:24; 15:4; 16:18, 25; 17:15; 18:2; 22:14; 24:17; 28:6, 21; 31:20; 32:13; 37:5; 38:6, 18, 20, 25; 39:4, 9, 16, 21; 54:14, 16, 19, 21, 23-25; 55:4, 7; 57:10; 59:23
kneecap - 13:11; 17:16
knowing - 17:18; 32:16
knowledge - 15:3; 21:10; 48:11
known - 14:11

**L**

L-A-B-R-U-S-C-I-A-N-O - 49:16
Labrusciano - 49:15
lack - 34:12; 56:16
last - 10:13, 15; 23:10; 30:5; 31:14; 39:11; 41:18; 46:17; 57:25; 59:23
late - 56:9

lateral - 7:11, 13, 17; 10:25; 11:2; 10; 14:2; 15:11; 24:16; 26:13-15, 20; 27:2; 32:14; 33:23; 59:12
law - 5:18
LAW - 2:6
lawsuit - 5:21
layman - 26:9
layman's - 7:12; 11:4
lead - 12:5
least - 19:13; 46:17
leave - 50:17
left - 9:7, 17, 19; 10:14; 13:2; 15:19; 22:3; 38:6, 18, 20, 25; 39:6, 16; 51:9; 54:19, 21, 24-25; 55:4, 7; 57:9
leg - 18:7; 63:13
length - 56:25; 59:5
Lenox - 5:5
less - 30:18
level - 51:5; 58:4
LIEUTENANT - 1:10
life - 52:7
ligament - 7:3; 8:2, 22; 9:22; 12:15, 18; 14:25; 15:9, 20; 16:4, 7-8; 26:25; 39:19; 43:11; 48:8; 58:17
light - 30:19; 31:5; 64:24
likelihood - 60:21
likely - 14:22; 28:15
line - 34:23
linked - 34:11
LISA - 67:7, 21
Lisa - 1:25; 4:7
literally - 15:13
LLP - 2:11
local - 20:5; 43:21
look - 13:6, 8, 11; 22:13; 27:11; 31:14; 34:2; 39:11; 41:17; 53:4; 59:15
looked - 15:4; 34:7; 52:19
looking - 55:9; 65:8, 10
looks - 26:9; 31:20; 34:3
loose - 26:7
looseness - 14:23

**M**

M-A-D-D-A-L-O - 4:18
M.D - 1:14, 19; 4:2; 66:20; 67:9; 69:21
MADDALO - 1:19; 4:2; 66:20; 67:9; 69:21
Maddalo - 1:14; 4:17
magnitude - 46:15
mail - 50:17
Main - 1:24
major - 26:23; 40:15; 46:20
Management - 48:25; 49:23; 50:9, 22
manifested - 32:18
manipulative - 35:5
mark - 4:9
marked - 4:13; 41:8
marriage - 67:14
massage - 18:14; 44:6
massaging - 44:7
material - 15:14
matter - 24:11; 47:20; 67:15; 69:4
maximum - 58:6; 59:8; 60:9
mean - 24:2; 29:25; 47:25; 50:14; 52:5; 54:22; 63:21
meant - 64:11
meantime - 47:4, 24
mechanically - 28:20
medial - 7:16, 25

Medical - 4:12; 5:3; 68:7
medical - 5:2, 24; 23:19, 22; 24:4; 30:2; 33:12; 34:12; 35:11, 19; 39:14; 55:13; 56:14; 57:4; 58:7; 61:14; 65:12
medication - 42:10
medicine - 4:20; 17:25
meniscal - 7:4; 27:9; 32:15
meniscectomy - 10:25; 14:3
meniscus - 7:11, 13; 11:2, 9; 26:13-15, 20; 27:2, 5; 33:23; 34:3, 7; 59:12; 64:12
mention - 13:21; 20:20
mentioned - 18:13; 19:23; 20:3; 48:6; 51:2; 65:16
metallic - 26:12
MICHAEL - 1:9
microscopic - 11:7
might - 7:3; 11:24; 14:9; 18:16; 41:18; 54:18
mild - 7:25
milestones - 48:9
Mill - 1:15; 4:4, 22
mimic - 32:12
minor - 39:5; 63:15
minutes - 48:6; 63:16
mixed - 24:6
modalities - 35:6; 45:15, 17; 48:5; 64:19
modified - 30:20
month - 19:14, 22; 22:22; 23:7; 40:16; 46:17; 58:22; 63:22
monthly - 60:10
months - 18:10; 47:16; 59:14, 24; 60:2, 20; 61:7; 64:16
most - 14:24; 54:24
motion - 62:6
motorcycle - 9:14; 10:2
MOUNT - 1:7
Mount - 5:20; 48:24; 50:5
move - 30:8
MR - 4:9, 14; 29:22; 32:24; 42:18; 52:15; 53:8; 54:6; 56:18; 61:20; 62:16; 63:19; 65:2, 7, 19; 66:9; 16, 20, 23
MRI's - 13:22
MS - 8:15; 31:10; 33:4, 6; 41:11; 45:4; 54:9; 62:13, 23; 65:5, 23; 66:5, 12
Murashea - 5:22
MURASHEA - 1:4
muscle - 63:3
muscular - 62:3

**N**

naked - 43:18
name - 4:16; 49:15
nature - 16:19
NAWROCKI - 1:11
need - 6:4; 24:11; 30:25; 47:2; 48:9; 60:8
needed - 19:18
needs - 17:20; 45:2; 46:11, 13; 47:6
never - 47:9
new - 15:19, 21; 26:19
NEW - 1:2, 7; 67:4
New - 1:15, 20, 24; 2:8, 13; 4:5, 20, 23; 5:3, 19; 67:8
news - 26:24
next - 7:7; 19:2; 23:10; 24:21; 32:3; 45:2; 50:19; 53:15, 19; 54:5

nice - 27:3
nicely - 10:17; 26:8
nine - 58:22
Non - 1:19
Non-Party - 1:19
none - 7:24
normal - 31:20; 34:3
normally - 30:13; 43:22; 58:16
Notary - 1:20; 4:7; 66:24; 67:7; 69:24
note - 11:24; 18:4; 19:10, 12; 23:10; 31:14; 39:11; 42:24; 50:19; 53:5, 12; 54:7, 12; 55:10; 62:20
noted - 26:11; 63:6; 69:3
Notes - 4:12; 68:7
notes - 11:22; 19:10; 24:2; 40:2; 41:14, 21; 44:17; 52:21; 65:12
nothing - 65:6
notice - 18:3
nourishment - 14:8
November - 11:13, 25; 12:2; 26:3; 37:2; 53:18; 63:22
Number - 68:5
number - 36:7

**O**

oath - 3:11
object - 8:16; 12:14; 42:18; 61:21
objection - 52:15; 56:18; 65:20
objections - 3:17
observe - 7:20
observed - 12:8
obtain - 25:6
occasionally - 20:12
occasions - 17:23
occur - 9:7
occurred - 6:7; 8:19; 22:6; 33:9, 13; 38:21; 42:16
October - 7:10; 10:21; 20:25; 22:4; 25:14; 36:2, 8, 16, 20; 53:16
OF - 1:2, 7; 67:4
Office - 2:7, 12
office - 4:19; 17:10; 18:4; 66:10
Officer - 5:24; 6:6; 32:5; 34:23; 35:25; 37:5; 38:5, 14; 39:4, 7, 15; 40:6, 9, 21; 42:5; 43:3; 44:11; 48:2, 11; 49:10, 20, 25; 50:24; 52:13; 56:10; 57:5, 20; 59:6; 60:17; 61:7; 63:25; 64:9, 17; 65:21
officer - 3:10, 13; 6:19; 10:10; 28:3; 34:22; 57:21; 58:11; 61:10, 19
officers - 58:18
offices - 48:18
OFFICIAL - 1:8
okaying - 29:18
older - 28:7
once - 9:20; 14:5; 32:11; 47:18; 51:3; 55:15
one - 5:5; 7:16; 13:5; 14:4; 17:4, 8, 18; 23:7; 28:10; 29:15; 33:19; 34:8; 40:14; 45:5; 53:6, 13; 62:17, 20; 64:7
ones - 7:25
op - 18:9; 47:16
operate - 40:15
operated - 9:19; 64:13
operation - 16:7; 18:9
operative - 12:10
opinion - 30:8, 21; 39:14; 42:2, 13; 56:13; 57:3; 60:18; 64:6
opportunity - 50:3, 8

opposed - 62:5
opposite - 8:24; 25:23
order - 36:9; 60:8, 25
ordered - 7:9; 17:22; 19:5; 24:13; 25:14; 35:25; 38:25; 39:3, 8
ordering - 64:4
orthopedic - 5:6, 11, 15; 28:23
Orthovisc - 14:12
osteocartilaginous - 23:14
otherwise - 36:5; 54:7
outcome - 67:14
outer - 7:17
outline - 20:6
outlining - 24:2
Overhill - 2:7
own - 44:13; 55:8

**P**

p.m - 1:16; 66:18
PA - 40:24; 44:22
package - 40:12
PAGE - 68:3
page - 41:8; 65:13
Page - 41:8; 42:23; 53:4, 16; 55:9; 62:21; 68:5
Page(s - 68:11
Page____Line____SHOU
LD - 69:6, 8, 10, 12, 14, 16, 18
pages - 65:11, 24
pain - 14:22; 17:4, 13-14, 17; 18:12; 22:25; 24:16; 32:6, 9, 11; 33:15; 35:7; 43:3; 44:25; 46:24; 54:13, 15, 21
paragraph - 41:18
parcels - 43:16
part - 27:6; 42:11; 46:8
partial - 10:25; 62:9
particles - 43:19
particular - 16:7; 23:3; 26:7; 37:7
parties - 3:7; 67:13
Party - 1:19
past - 33:24
patella - 32:10; 33:15
patient - 5:22; 8:7; 13:23; 14:3; 20:8; 22:8, 15; 45:2; 46:11, 13, 20; 47:6, 16, 18, 21; 48:16; 49:3
patient's - 39:6
patients - 19:11
Paul - 5:17; 65:6
PAUL - 1:10; 2:13
paying - 55:17
peer - 51:13, 20, 23; 52:8, 10
people - 55:17
percentage - 29:6, 24
perform - 9:16; 30:12, 16; 58:11; 61:17
performed - 36:20, 23; 37:13; 39:24
period - 31:18; 44:23
peripatellar - 17:17
permanency - 42:14
permanent - 62:9
permanently - 62:12
person - 21:25; 49:14
persuasive - 51:5
ph - 50:5
phases - 58:24
phone - 50:15, 18; 51:11; 52:9
physical - 7:12; 18:5; 19:18; 20:18; 21:10; 23:8; 24:6, 20; 31:4; 34:12; 35:4, 17; 38:22, 24; 39:3, 8; 40:8, 23; 41:5, 15, 19, 22; 42:3, 7, 17; 45:3, 7, 9,

15, 20; 46:3, 14; 47:2, 19;
48:12, 17-18; 50:23; 51:25;
52:14; 53:17; 55:11, 25; 56:4,
11, 15; 57:6, 8; 58:2; 60:6;
61:13, 15; 64:8, 18
physician - 17:7, 11
picture - 12:11; 13:14
pictures - 12:10; 15:2; 16:6
piece - 43:13
pieces - 29:4
place - 1:20; 15:25; 64:10
placed - 10:9
Plains - 1:24
Plaintiff - 1:5; 2:6
plan - 20:16; 58:3; 60:7, 19
planned - 38:13, 17
play - 28:22; 29:9
PLLC - 2:6
plug - 15:10, 13, 21; 16:9, 14;
22:10; 23:14; 25:20, 22; 26:4,
10, 17-18, 24; 27:4, 10; 32:21,
23; 33:21
point - 7:2; 8:2; 14:2; 17:4, 14;
19:17, 19; 20:3, 25; 23:13;
28:12; 35:21; 41:3, 24; 42:14;
43:2; 49:7, 11, 20; 50:7;
54:18; 56:3, 8; 57:12; 58:5, 7,
9, 15; 59:7, 17; 61:6
pointed - 57:13
pointing - 12:23; 13:10, 17
points - 60:4
Police - 48:24
police - 9:3; 10:6, 9; 21:22;
28:3; 29:7, 12; 57:21; 58:11,
18; 61:10, 19
policeman - 29:11, 18
portion - 11:9; 12:25; 13:2;
27:22
position - 31:6; 60:17; 64:17
positive - 27:17
possibly - 7:4; 42:3; 56:9
post - 18:9; 47:16
Post - 2:7, 12
post-op - 18:9; 47:16
posterior - 26:16
postoperatively - 11:19; 16:24
postponed - 60:22
practice - 4:20; 5:8; 48:16
prepare - 13:23
prescription - 47:18; 60:15
present - 30:22; 46:23, 25
presented - 17:9
presently - 31:11
press - 16:3
pretty - 30:14; 52:17
previous - 15:23; 16:18; 26:15
previously - 15:5; 16:10;
22:11; 38:5
pristine - 27:12
private - 5:7
privately - 49:4
problem - 8:12; 27:14
problems - 13:25; 18:23; 39:13
procedure - 7:8; 10:13; 11:5,
11, 14; 15:6-8; 16:13; 27:24;
32:8; 35:19; 36:4; 63:24;
64:14
procedures - 9:17, 25; 10:5;
14:4; 35:2, 11
process - 33:25; 63:2
procrastination - 52:17
produced - 54:8
product - 15:18; 63:25
prognosis - 16:15, 20; 28:2
program - 20:6
progress - 11:23; 29:7; 30:9
progressing - 42:15
prolonged - 46:2

prominent - 26:19; 32:23
promote - 14:8
properly - 28:25
protocol - 47:7; 48:7
provide - 66:11
provided - 6:17; 64:6
Public - 1:20; 4:7; 66:24; 67:7;
69:24
pull - 9:11
pursuant - 1:19
put - 9:23; 22:11, 13; 26:12;
29:3, 23; 30:14, 17; 36:13, 19;
59:13; 63:14; 66:13
putting - 11:7; 54:24

Q

quadricept - 32:12; 63:14
questions - 5:23; 32:3, 5;
62:15, 18; 64:7; 65:3
quicker - 45:14
quickly - 63:11
quite - 10:17; 17:19; 27:8; 42:9;
54:17

R

radiology - 36:6
range - 62:6
rapport - 21:14
rating - 5:15
ray - 22:25
RAYNOR - 1:8
rays - 23:2, 4, 25
reached - 58:6; 59:7
read - 10:20; 46:9; 48:22;
53:13; 62:21
READ - 69:6, 8, 10, 12, 14, 16,
18
realize - 21:21
really - 19:7; 29:10, 17
rear - 26:16
reask - 6:3
REASON - 69:7, 9, 11, 13, 15,
17, 19
reason - 34:10
reasonable - 33:12; 34:11;
56:14; 57:4; 61:14
reasons - 34:8
receive - 6:10; 34:16
recent - 63:6
recollection - 9:10, 13; 40:3
recommend - 17:21
recommendation - 10:22
recommendations - 24:3;
60:7
recommended - 10:24; 15:5;
20:24; 24:5; 55:14; 57:7, 9
recommending - 24:2
reconstructed - 9:21
reconstruction - 15:9; 16:13;
39:20; 58:17
record - 4:16; 12:22; 41:9;
46:9; 48:22; 62:21; 67:11
records - 6:18; 9:9; 65:21
recover - 14:3; 57:25
recovered - 14:5; 38:9; 39:16;
57:11; 58:9
recovering - 12:3; 57:24
recovery - 16:17; 19:16; 46:15;
47:10; 56:21; 58:22; 60:7, 21;
61:11
recreational - 20:14; 29:8;
58:4
reduce - 17:25; 35:6; 45:17
refer - 9:9; 44:20; 62:19
reflect - 11:22

regarding - 10:22
regime - 31:4; 64:18
rehab - 62:10
rehabilitate - 19:16; 46:22
rehabilitated - 10:17; 17:21;
58:8
rehabilitation - 21:3; 30:13;
42:16; 47:8, 21; 48:8; 57:16;
61:12; 62:3
reject - 55:18
related - 38:14; 67:13
relief - 44:24
relieved - 23:6; 27:8
renew - 25:12
renewal - 18:5; 24:19, 23
rephrase - 6:3
Reporter - 1:25; 67:7
REPORTER - 67:22
REPORTING - 1:23
represent - 5:19
request - 19:21; 35:24; 36:13;
37:3; 40:8; 41:22; 50:18;
51:13, 15-16; 54:3
requested - 18:4; 36:12; 37:6,
12; 50:16
requesting - 34:24; 35:3, 5, 8,
14; 51:20
require - 35:23
required - 16:1; 43:24; 61:18
requirement - 31:3
reserve - 52:6
reserved - 3:18
residency - 5:17
resolve - 42:4; 43:22, 24; 44:4,
10; 47:20
respect - 8:13; 9:17; 10:14;
16:24; 27:19; 30:18; 32:5;
34:17; 38:17, 25; 42:15; 45:7,
24; 50:10; 51:8, 25; 55:4;
57:9, 23
respective - 3:7
response - 39:6; 62:18; 64:6
restrictions - 10:8; 16:22
result - 42:6, 16, 22; 43:8; 55:4
results - 14:19
return - 16:15; 28:3, 8, 13, 16;
57:20; 61:9
reverse - 64:4
review - 51:14, 20, 23; 52:8
reviews - 52:10
revisit - 56:6
RICHARD - 1:9
rid - 44:8
rigorous - 30:14
risk - 58:20
River - 1:15; 4:4, 22
Road - 1:15; 2:7; 4:4, 22
ROBERT - 1:10
roughly - 14:17
rubbing - 33:21
run - 19:4; 21:23; 24:21; 28:5

S

safe - 36:22
saw - 11:25; 14:21, 25; 17:13;
18:11; 19:21; 22:23; 23:20;
24:14, 20; 30:6; 40:21, 24;
41:3; 55:24; 59:22
Saw - 1:15; 4:4, 22
sawdust - 43:13
scar - 44:25
Scarsdale - 2:8
schedule - 26:2
scientific - 32:17
scope - 8:18; 12:8; 22:14;
43:23
screen - 65:11

screws - 16:5
script - 55:22; 60:14
scuffle - 6:20, 22; 29:13
sealing - 3:7
second - 15:3; 16:12; 32:19;
33:8; 34:6; 45:6; 53:7; 64:14
secretary - 21:12; 49:13; 50:11
see - 6:6; 10:17; 11:19, 25;
12:10, 12, 17; 13:5, 14; 15:17,
19, 21; 19:3, 6; 22:17; 23:7, 9,
18, 22-23; 24:3; 25:2; 26:12,
21; 27:3; 30:15; 36:12; 40:6;
44:19, 21; 54:9; 59:7, 15;
60:10, 13
self - 21:3
sense - 62:11
sent - 49:3
sentence - 23:11; 45:2; 46:10
September - 6:8, 14; 8:3, 19;
19:3; 24:21; 25:13; 44:21;
46:4; 49:8; 50:2; 53:5, 8-9;
62:20; 63:5, 18
SERGEANT - 1:10
series - 14:16
seriously - 29:17
SERVICE - 1:23
sessions - 40:23
set - 67:10, 17
setback - 26:23; 42:6
several - 17:22; 38:23; 52:20
shaped - 13:18; 15:12
sharp - 22:24
SHEET - 69:2
shin - 44:3
Shorthand - 67:7
SHORTHAND - 67:22
shots - 14:14, 16
show - 13:11; 23:4
showed - 7:10
showing - 13:6
side - 7:17; 11:10; 16:18; 49:18
signed - 3:9, 12
significant - 19:17; 22:5; 46:23;
63:17
similar - 16:19; 28:9; 38:6, 15;
39:2
sit - 31:21
sitting - 31:18
situation - 25:25
six - 31:21; 32:2; 59:25
skin - 44:3
slightly - 32:23
slow - 6:3
small - 7:14; 26:20; 27:9, 19
smooth - 13:9
snail - 50:17
soft - 43:17, 25
softball - 29:9
someone - 24:9
sometime - 22:4
sometimes - 43:15, 17; 51:15
somewhat - 24:15
somewhere - 18:25; 59:25;
60:3
soon - 31:25; 50:18
sooner - 45:14; 60:11
sorry - 23:21
sort - 44:2
sought - 37:24; 39:19; 51:25
SOUTHERN - 1:2
speaking - 58:16
specialties - 5:13
specialty - 5:9
specific - 29:17; 35:14; 40:13;
48:7
specifically - 35:12; 36:17;
50:25
spend - 52:9

sprain - 8:2
sprayed - 43:16
ss - 67:4
stairs - 18:20
standards - 51:19
standpoint - 28:23
start - 59:11
started - 5:7; 22:7; 34:4
starting - 33:25; 54:15
starts - 50:16
State - 1:20; 4:20; 67:8
STATE - 67:4
state - 4:15; 6:18
STATES - 1:2
stating - 4:3
statue - 34:16
status - 30:5; 57:21
stiff - 62:8
still - 14:22; 22:12; 23:8; 24:15;
25:19; 28:4, 7; 40:22; 41:15;
44:24; 54:4, 13
stimulation - 45:16
STIPULATED - 3:5, 16
street - 30:17
Street - 1:24
strength - 18:6
strengthening - 24:11; 62:3,
10
stress - 54:24
strong - 19:10
stronger - 25:16
structurally - 34:4
subchondral - 13:15
subject - 31:3
submit - 19:10
submitted - 19:21
Subpoena - 1:19
Subscribed - 66:22; 69:22
subsequently - 55:2
substance - 12:20
substantially - 38:16; 39:2
substitute - 20:7
successful - 40:3
successfully - 56:16
sufficient - 48:2
Suite - 1:24; 2:7; 4:4, 22
suites - 36:6
summarize - 16:6
supplement - 20:7
surface - 8:23; 13:6, 8; 18:25;
25:23; 27:11, 13, 15
surfaces - 26:8
surgeries - 9:16; 35:10
surgery - 5:11, 15; 11:25; 12:3;
14:6; 16:18; 17:18; 18:3;
19:16; 22:16; 24:25; 26:2, 15;
32:7, 20; 33:8; 34:2, 10, 12;
35:15, 18; 38:6, 10, 14, 18,
20; 39:9, 16, 20, 23; 40:3, 11,
15; 43:23; 46:15, 21-22;
47:8; 51:22; 56:17; 57:10;
58:9; 59:10, 12, 23; 62:7;
63:9, 13, 22
surmise - 26:18; 64:23
surprise - 13:4, 20; 32:15
surrounding - 26:8; 46:25
suspect - 7:24
suspected - 7:2
suspended - 57:17
suspension - 59:2
SWEENEY - 2:13; 4:9, 14;
29:22; 32:24; 42:18; 52:15;
53:8; 54:6; 56:18; 61:20;
62:16; 63:19; 65:2, 7, 19, 25;
66:9, 15
Sweeney - 5:17; 68:11
swell - 66:6
swelling - 18:2; 31:15, 19, 24;

35:6
sworn - 3:10, 12; 4:6; 66:22; 67:10; 69:22
symptoms - 15:2

**T**

tangible - 56:22
tear - 7:10, 13; 27:9, 19; 32:8, 15, 18; 33:9, 13, 16, 18, 22
tears - 7:21
Telephone - 2:9
temporary - 44:24
ten - 55:18
tenderness - 44:25
terms - 7:12; 11:4; 56:23
TERRANCE - 1:8
testified - 4:8; 33:7 38:5; 43:5; 57:18, 23; 61:11
testimony - 30:2; 33:11; 67:11; 69:3
testing - 30:15
THE - 9:8; 29:20; 31:13; 34:19; 41:10, 13; 44:16; 53:6, 11; 65:15
therapist - 30:14; 47:3
therapists - 19:7
therapy - 17:22; 18:6, 24; 19:4, 6, 13, 18; 20:2, 4, 7; 21:11; 22:9, 20, 23; 23:8; 24:6, 9, 13-14, 20; 25:5, 12, 15; 30:15, 24; 31:5; 34:13; 35:4, 6, 18; 38:22, 24; 39:3, 8; 40:8-10, 14, 17, 23; 41:5, 15, 19, 22; 42:4, 7, 11, 17; 45:3, 8-10, 13, 15, 21; 46:3, 14, 16, 19; 47:3, 19; 48:13, 17-18; 50:23; 52:2, 14; 53:17, 20, 23, 25; 54:2, 4; 55:11, 15, 23, 25; 56:4, 11, 15; 57:7; 58:2; 60:6, 11; 61:13, 15, 25; 64:4, 9, 19
thickness - 13:15; 26:6
thigh - 17:20; 46:24
thinking - 23:8
third - 22:16; 27:24; 32:7, 20; 33:8; 34:10; 46:10; 64:13
this_____day - 66:22; 69:22
threatening - 52:6
three - 14:6, 16; 37:19; 59:14; 60:2, 20; 61:6; 64:16
thrilled - 22:15
tibia - 17:6; 18:13; 25:24; 27:11; 43:11
tibial - 27:14; 43:4; 45:11, 25
tied - 19:20
tight - 62:4
til - 46:12
timeframe - 58:13; 60:24
tissue - 43:17, 25
today - 59:4
together - 29:4; 32:10
took - 26:10; 45:23
top - 22:19
torn - 7:18; 8:21; 11:2, 9; 14:25
totally - 46:19
tourniquet - 63:14, 16
training - 5:2; 48:12
transcript - 69:3
treat - 11:2; 48:19; 55:2
treated - 8:5, 9; 39:15; 47:2
treating - 55:6
Treatment - 4:12; 68:7
treatment - 5:24; 7:7; 14:10; 19:24; 22:5; 24:18; 30:2; 34:18; 35:2, 9, 20, 22; 38:13, 16; 47:10, 15; 49:6, 9, 21; 50:2, 10, 24; 55:17; 58:3; 59:19, 21; 60:19; 62:20
treatments - 10:23

Trial - 1:18
trial - 3:18
triangular - 13:18; 15:12, 23
tried - 14:4; 19:25
tries - 43:20
trim - 34:6
trimmed - 27:2, 7, 22
trimming - 11:9
trouble - 54:14
true - 67:11
truly - 25:22
try - 17:25; 21:2; 24:22; 25:11; 43:13; 44:7
trying - 18:23; 24:24; 51:7
tunnel - 18:12; 43:4, 10; 45:11, 25
turn - 46:4
turning - 42:23
twice - 6:21; 9:20
twisted - 6:21
twisting - 7:19
two - 7:15; 13:20; 14:17; 16:6; 18:10; 25:15; 28:24; 29:2; 33:19; 34:8; 55:19; 59:24; 60:3, 20; 61:6; 62:17
type - 6:16; 12:7; 14:10; 15:14; 37:8
types - 34:25
typo - 47:14

**U**

ultrasound - 45:16
unable - 54:22
under - 26:17, 22; 32:21; 44:3
underside - 7:16
understood - 52:11
unfortunately - 13:23; 24:20
unfounded - 27:13
unheard - 13:21
unit - 30:15
UNITED - 1:2
unless - 19:8; 51:13; 52:19; 60:24
unusual - 17:17
up - 9:12; 16:10; 31:23; 41:2; 54:2; 58:21; 61:17; 64:9
ups - 62:17
usual - 21:15

**V**

valid - 60:24
verify - 65:13
Vernon - 5:20; 48:24; 50:5
VERNON - 1:7
vessels - 31:23
Via - 2:9
Vincent - 4:17
vintage - 63:7
viscosupplementation - 37:13, 19; 38:2
visible - 43:18
visit - 6:13; 19:14; 25:13; 39:11, 13; 55:24
visits - 17:2; 37:19

**W**

wait - 22:17, 21; 36:13
waited - 23:18
waived - 3:9
walked - 28:25
walking - 18:20; 54:14, 16
weakness - 17:19
wearing - 64:12

week - 23:24; 48:10
weeks - 14:17; 18:9; 32:3; 40:13; 55:19; 60:16; 64:23
weight - 26:21; 32:22; 54:23
Westchester - 1:23; 5:7
WESTCHESTER - 67:5
WHEREOF - 67:16
whichever - 49:5
white - 12:20
White - 1:24
whole - 27:16
window - 62:4
WITNESS - 9:8; 29:20; 31:13; 34:19; 41:10, 13; 44:16; 53:6, 11; 65:15; 67:16
witness - 67:10
Witness - 1:19
wood - 43:13
words - 42:5; 57:21
workers - 58:19
worn - 26:19
worse - 25:24
wound - 43:15
write - 55:22; 60:14
wrote - 19:9
WUTTKE - 1:10

**X**

x-ray - 22:25
x-rays - 23:2, 4, 25

**Y**

year - 5:6; 57:14; 58:25; 59:11
years - 5:6; 9:18; 28:24; 29:2; 38:7, 21
YORK - 1:2, 7; 67:4
York - 1:15, 20, 24; 2:8, 13; 4:5, 21, 23; 5:3, 19; 67:8
yup - 62:23

74

**Murashea Bovell**

**Account #:  77260**

September 16, 2014

Officer Bovell was involved in an altercation during the course of his employment on September 9, 2014. The officer was making an arrest when he was involved in scuffle with the individual and it is felt that he twisted his right knee twice during the scuffle. This caused pain and a "shifting sensation" in his right knee. He developed swelling immediately after and was seen at Lawrence Hospital where x-rays did not reveal any particular pathology.

On examination today, he has a swollen right knee. Anterior drawer and Lachman tests are negative. He does have mild laxity with firm endpoint during valgus stress at 30 degrees, and he also has tenderness along the origin of the MCL on the distal femur. There is some tenderness as well in the medial joint line; however, it is difficult to discern that from medial collateral ligament tenderness at this time.

I reviewed his x-rays at Lawrence Hospital, and I do not find any bony pathology. I feel that the patient has at least a medial collateral ligament sprain and possibly a medial meniscal injury.

I have recommended he go to physical therapy and treat the medial collateral ligament injury at this time. I will keep him out of duty at the present time since he is not fit for full duty, and I will see him again in several weeks' time. If his medial joint line tenderness persists, he will be a candidate for an MRI at that time.

Dictated by:
Anthony V. Maddalo, M.D.

AMM/gisl/man/kal/091814/AMM09170055-1



**Murashea Bovell**

**Account #: 77260**

October 7, 2014

Officer Bovell has gone to physical therapy and has not made much improvement with the pain in his right knee.  He continues to have mild effusion today.

The valgus test exhibits a firm endpoint today with no pain on valgus stress; however, he does have medial joint line tenderness with pain on forced flexion and forced extension.  Internal rotation of the tibia with the knee flexed at 90 degrees also causes pain medially.

I feel that the patient has had a valid course of conservative treatment and continues to exhibit symptoms, which may represent a torn medial meniscus.  Therefore, I am formally requesting authorization for an MRI of his right knee.  I feel that this is important in making a complete diagnosis here.  I feel that this particular injury must be ruled out before this officer can go back to full duty on the force.  I will await authorization prior to having the test performed.  He continues to be out of work until we make a diagnosis on this knee.

Dictated by:
Anthony V. Maddalo, M.D.

AMM/gisl/man/kal/100814/AMM10070226-1

2

**Murashea Bovell**

**Account #:  77260**

November 20, 2014

Officer Bovell is now approximately 10 days after right knee arthroscopy and debridement.  At
the time of his arthroscopy, not only was he noted to have a torn lateral meniscus but the anterior
cruciate ligaments found to be avulsed from his femoral origin and the patient had a chondral
defect of the proximal, 8-10 mm on the lateral femoral condyle.  The meniscus was debrided,
and the condyle was also debrided and smoothened.  Anterior cruciate ligament was not
addressed at that time.  The patient is now recovering from his arthroscopy, and I feel that he
should be kept away from full duty until he has fully rehabilitated.  If he indeed experiences
symptoms of instability, then I think he may require anterior cruciate ligament reconstruction in
the future.  This remains to be seen based on his clinical course.  I will see him again in
approximately three weeks' time for reevaluation.

Dictated by:
Anthony V. Maddalo, M.D.

AMM/gisl/mnn/kal/112114/AMM11202289-1

**Murashea Bovell**

**Account #:  77260**

December 3, 2014

Officer Bovell is recovering from his surgery.  He still has swelling and pain in his knee, which is to be expected at this point.  At the time of his surgery, it was noted that his anterior cruciate ligament was avulsed from the femoral origin but matted down to the PCL, so the tear was not really evident on the MRI.  In addition, he had a condylar lesion of the lateral condyle and that is where he is having pain at this time.  I am formally requesting authorization for viscosupplementation of the officer's right knee since he does have this condylar injury, and I want to give him every chance to heal it before returning to full activity.  This officer may very well need surgery in the future including anterior cruciate ligament reconstruction and addressing the condylar injury to his lateral femoral condyle.  I feel that at this time viscosupplementation will be indicated in order to lessen his swelling and pain and also to nourish the articular cartilage he has left around the lesion to lessen the size of the lesion.  I am formally requesting authorization for this treatment.

Dictated by:
Anthony V. Maddalo, M.D.

AMM/gisl/mau/kal/120514/AMM12040226-1

*3*

**Murashea Bovell**

**Account #:  77260**

January 05, 2015

**HISTORY OF PRESENT ILLNESS:**  Murashea is seen on January 5, 2015, for his first Orthovisc injection of the right knee.

**PLAN:**  The risks and benefits of the injection were explained to the patient prior to the injection and instructions on activity level after the injection were also given to the patient.  Using aseptic technique, 2 cc of Orthovisc were injected into the right knee via the lateral portal without difficulty.  The procedure was tolerated well.  The patient was instructed to rest, ice and elevate the knee for the next 24 to 48 hours.  He will follow up in one week's time for his second Orthovisc injection of the right knee.


Dictated by:
Brighid Scesny, P.A.

BSY/gist/vij/sai/010915/BSY01080092-1

**Murashea Bovell**

**Account #:  77260**

January 15, 2015

**HISTORY OF PRESENT ILLNESS:**  Mr. Bovell is seen in the office on January 15, 2015 for his second Orthovisc injection of the right knee.  The risks and benefits of the injection were explained to the patient prior to the injection and instructions on activity level after the injection were also given to the patient.

**PROCEDURE:**  Using aseptic technique, 2 cc of Orthovisc was injected into the right via the lateral portal without difficulty.

**PLAN:**  The patient was instructed to rest, ice, and elevate the knee for the next 24 to 48 hours. He will follow up in one week's time for his third Orthovisc injection of the right knee.

Dictated by:
Brighid Scesny, P.A.

BSY/gisl/pra/sai/011615/BSY01150485-1

**Murashea Bovell**

**Account #: 77260**

January 19, 2015

**HISTORY OF PRESENT ILLNESS:** Mr. Bovell is seen in the office on January 19, 2015, for his third Orthovisc injection of the right knee.

**PLAN:** The risks and benefits of the injection were explained to the patient prior to the injection and instructions on activity level after the injection were also given to the patient. Using aseptic technique, 2 cc of Orthovisc were injected into the right knee via the lateral portal. The procedure was tolerated well and the patient was instructed to rest, ice, and elevate the knees for the next 24 to 48 hours. He will follow up in one month's time with Dr. Anthony Maddalo for reevaluation.

Dictated by:
Brighid Scesny, P.A.

BSY/gisl/vij/sai/012015/BSY01190986-1

**Murashea Bovell**

**Account #: 77260**

February 19, 2015

Officer Bovell comes to the office for followup regarding his right knee. At the time of his surgery, it was noted that the anterior cruciate ligament was avulsed from the femoral origin and that he had a chondral defect as a result of his injury. Officer Bovell is experiencing pain with weightbearing on the lateral aspect of his knee, and he also notices that the knee feels lose and is unstable. It has given out from him while walking downstairs, and he is very apprehensive about performing any activities of daily living for fear of the knee giving out from under him. For this reason and based on the operative findings at the time of his arthroscopy, I feel that this patient should undergo an anterior cruciate ligament reconstruction and a chondral implant for the defect in his lateral condyle. The lateral condylar lesion was noted to be approximately 10 or 12 mm wide at the time of his surgery, and it was indeed full thickness. I think a mosaic plug in this area would certainly be worthwhile, and I also recommend that the patient undergo allograft reconstruction on his anterior cruciate ligament. He has had this exact procedure on the left side approximately 13 years ago done by me, and he did very well with it. I expect him to make a full recovery from this. I am formally requesting authorization for anterior cruciate ligament reconstruction with allograft as well as osteocartilaginous implant into the lateral femoral condyle. I feel that the officer will benefit from it and will be able to return to gainful employment after he has made a full recovery.

Dictated by:
Anthony V. Maddalo, M.D.

AMM/gisl/man/kal/022115/AMM02200630-1



**HUDSON VALLEY BONE AND JOINT SURGEONS, LLP**
24 Saw Mill River Road, Suite 206, Hawthorne, NY  10532
914-631-7777      Fax:  914-631-0920

**Murashea Bovell**

**Account #:  77260**

May 14, 2015

Murashea is approximately one week after right anterior cruciate ligament reconstruction with allograft and osteochondral plug of his lateral condyle.  He is in quite a bit of discomfort and has tense effusion today.  An aspiration was performed and at least 50 cc of blood was removed from his knee with 14-gauge intracath needle.  This gave him quite a bit of relief.  He was able to come fully into extension and was able to flex to 45 degrees immediately.  We will have him continue with crutch ambulation and physical therapy.  He will return in one week's time for staple removal.


Dictated by:
Anthony V. Maddalo, M.D.

AMM/gisl/scc/kal/051915/AMM05180095-1



**HUDSON VALLEY BONE AND JOINT SURGEONS, LLP**
24 Saw Mill River Road, Suite 206, Hawthorne, NY 10532
914-631-7777      Fax: 914-631-0920

Murashea Bovell

Account #: 77260

May 18, 2015

**HISTORY OF PRESENT ILLNESS:** Murashea is seen in the office on May 18, 2015. He is two weeks status post right knee arthroscopy with anterior cruciate ligament reconstruction and chondral allograft placement. He is here for staple removal today.

**PHYSICAL EXAM:** On exam his incisions are clean, dry, and intact without erythema or drainage. His staples are removed today. He has full extension at this time with a mild effusion. He has flexion to about 85 degrees with pain. He is neurovascularly intact.

X-rays taken in the office today show good placement of his ACL screws and a filled-in chondral defect.

**PLAN:** Murashea was instructed to start walking on the leg and progress to full weightbearing without crutches by the time he comes back. We will see him in two weeks' time for reevaluation. He will continue therapy at this time.


Dictated by:
Brighid Scesny, P.A.

BSY/gisl/bry/son/060215/BSY06010233-1



**HUDSON VALLEY BONE AND JOINT SURGEONS, LLP**
24 Saw Mill River Road, Suite 206, Hawthorne, NY 10532
914-631-7777     Fax: 914-631-0920

Murashea Bovell

Account #: 77260

June 01, 2015

**HISTORY OF PRESENT ILLNESS:** Murashea is seen in the office on June 1, 2015 for followup of his right knee. He is about four weeks status post right knee arthroscopy with anterior cruciate ligament reconstruction and osteochondral allograft placement. He comes in today walking on crutches. He states that he has been compliant with his physical therapy and he is doing well although he does complain of pain and soreness in the knee still. He says that he still does need to take his Percocet every once in a while especially after therapy due to discomfort. He denies any numbness or tingling to the distal right lower extremity. He does complain of some swelling and soreness of the knee. He has not been putting much weight down on the knee at this time.

**PHYSICAL EXAM:** On exam, he does have a mild effusion at this time. He is lacking 3 degrees of extension. He has flexion to about 90 degrees with some discomfort. There is no erythema, and his incisions are healing well. He can straight leg raise with mild difficulty due to weakness in his quad muscle.

**PLAN:** Murashea was given a new prescription for therapy today. He is to work with the therapist to start walking without crutches. He is to ice his knee as often as possible and continue his exercise program at home. He will follow up in four weeks' time with Dr. Anthony Maddalo for reevaluation. He was also given a note to stay out of work for six months, and was also given a note that he was seen today in the office.


Dictated by:
Brighid Scesny, P.A.

BSY/gisl/bry/son/060215/BSY06011029-1



**HUDSON VALLEY BONE AND JOINT SURGEONS, LLP**
24 Saw Mill River Road, Suite 206, Hawthorne, NY  10532
914-631-7777      Fax:  914-631-0920

**Murashea Bovell**

**Account #:  77260**
**DOB:  03/17/1979**

July 9, 2015

Officer Bovell continues to have soreness in his right knee; however, this is to be expected only two months after anterior cruciate ligament reconstruction and osteochondral implant.  The patient states that he has peripatellar pain and this is most likely secondary to quadriceps weakness.  I encouraged him to continue with physical therapy.  He is still using a cane because of pain; however, I think this will improve once his pain subsides.  I will see him in approximately four weeks' time for reevaluation.

Dictated by:
Anthony V. Maddalo, M.D.

AMM/gisl/pri/kal/071115/AMM07100056-1



**HUDSON VALLEY BONE AND JOINT SURGEONS, LLP**
24 Saw Mill River Road, Suite 206, Hawthorne, NY  10532
914-631-7777      Fax:  914-631-0920

**Murashea Bovell**

**Account #:  77260**
**DOB:  03/17/1979**

July 16, 2015

Officer Bovell contacted me yesterday to state that his pain has increased in his right knee and he was in quite a bit of discomfort.  I asked him to come in on an urgent basis.  On presentation today, he does walk with an antalgic circumducted gait.  He hesitates to flex his knee.

On examination, he does have generalized medial tenderness with patellar tendinitis as well. Oddly enough, the lateral compartment where the bone plug was inserted is not painful today. On examination, he has a mild effusion, but it is not tense.

X-rays taken in the office today show that the bone plug is still in the same position as it was immediately postop.  There is no other evidence of bony problem.

I feel that the patient has been overdoing at physical therapy, and I spoke to his therapist and recommended pain-relieving modalities only with some gentle stretching.  I will put him back on crutches for a week with partial weightbearing, and I will have him start Indocin 75 mg once a day.  In addition, I have given him a prescription for tramadol to try to control his pain.  He remains out of work because of his pain level and mobility issues.  I will see him in one week's time for reevaluation.

Dictated by:
Anthony V. Maddalo, M.D.

AMM/gisl/pri/knl/071715/AMM07160645-1

12



**HUDSON VALLEY BONE AND JOINT SURGEONS, LLP**
24 Saw Mill River Road, Suite 206, Hawthorne, NY 10532
914-631-7777     Fax: 914-631-0920

Murashea Bovell

Account #: 77260
DOB: 03/17/1979

July 23, 2015

Officer Bovell comes to the office for followup regarding his right knee. Things have calmed down quite a bit in the last week. The Indocin is ongoing and therapy has been held. He is much more comfortable today, although he does have some tenderness along the medial facet of the patella. He is walking with the aid of one crutch, and I feel that he needs to return to physical therapy for gradual increase in strengthening. I made it very clear to the patient that I do not want him to exacerbate the situation with heavy duty therapy sessions at this time. He understands this. I am formally requesting authorization for a renewal of physical therapy, so that he may get back to strengthening. I have asked him to call me immediately and to stop exercising if he has resurgence of his pain to the level at which he was last week.

Dictated by:
Anthony V. Maddalo, M.D.

AMM/gist/man/kal/072415/AMM07230505-1



**HUDSON VALLEY BONE AND JOINT SURGEONS, LLP**
24 Saw Mill River Road, Suite 206, Hawthorne, NY 10532
914-631-7777     Fax: 914-631-0920

**Murashea Bovell**

**Account #: 77260**
**DOB: 03/17/1979**

August 20, 2015

Mr. Bovell is still having quite a bit of pain in the pes area of his right knee. Interestingly, he does not have any pain laterally where the graft was placed. He has pain directly over the mouth of the tibial tunnel and this may be from some local bone dust at the time the tunnel was drilled. It is starting to react and resorb at this time and that is what is giving him the pain. I have given him two weeks to try ice massage and local modalities and if this does not work, I will bring him back for an injection in this area to see if this calms his pain. I will see him in two weeks' time for reevaluation.

Dictated by:
Anthony V. Maddalo, M.D.

AMM/gisl/man/kal/082115/AMM08200891-1



**HUDSON VALLEY BONE AND JOINT SURGEONS, LLP**
24 Saw Mill River Road, Suite 206, Hawthorne, NY 10532
914-631-7777      Fax: 914-631-0920

**Murashea Bovell**

**Account #:** 77260
**DOB:** 03/17/1979

September 3, 2015

Murashea continues to have peripatellar pain as well as pain over the medial tibial tunnel. He had an injection by Brighid in this area at the time of his last visit and it gave him some temporary relief; however, he still has pain there and tenderness under the scar. The patient needs to have continued physical therapy to make a full recovery from surgery of this magnitude. He has not been approved for therapy for at least the last month, and there is an issue as far as his compensation coverage for therapy. I feel that this is totally inappropriate since the patient had major surgery and was not allowed to completely rehabilitate from this surgery. At the present time, he has significant atrophy of his right thigh and he has pain in the area of the pes anserine bursa. Both of these need to be treated with physical therapy, both with strengthening exercises and pain-relieving modalities by the therapist. I have given him some home exercises to do in the meantime; however, it cannot accomplish the entire goal. In addition, the patient needs guidance as far as following the protocol for rehabilitation from surgery of this kind. I feel that he will never make a full recovery until he has such treatment and I feel that that treatment is indicated. I feel the compensation carrier has absolutely no grants for denying this treatment since it is not inappropriate and the patient is already four months' postop and way behind in his rehab. I told the patient I would once again request authorization for physical therapy and I am doing so now. Hopefully, this matter can be resolved and the patient can get on with his rehabilitation.

Dictated by:
Anthony V. Maddalo, M.D.

AMM/gisl/man/kal/090515/AMM09040026-1

cc:   Amy Bellantoni, Esq.
      Fax: 19143670095

15



**HUDSON VALLEY BONE AND JOINT SURGEONS, LLP**
24 Saw Mill River Road, Suite 206, Hawthorne, NY 10532
914-631-7777     Fax: 914-631-0920

**Murashea Bovell**

**Account #: 77260**
**DOB: 03/17/1979**

October 1, 2015

Mr. Bovell's condition is not changed significantly since he has not had physical therapy. Compensation carrier continues to deny physical therapy. His quadriceps muscle is still atrophied and I have encouraged him to join a local gym to try to restore his strength and decrease his patellofemoral pain. There is no swelling today and he has full extension. I have gone over some exercises with him and hopefully, he could start these at the local gym until the time we can get authorization for his physical therapy.

Dictated by:
Anthony V. Maddalo, M.D.

AMM/gisl/pri/mav100215/AMM10010810-1

VISIT OUR WEBSITE @ WWW.HVBJSURGEONS.COM





**HUDSON VALLEY BONE AND JOINT SURGEONS, LLP**
**24 Saw Mill River Road, Suite 206, Hawthorne, NY 10532**
**914-631-7777     Fax: 914-631-0920**

**Murashea Bovell**

**Account #: 77260**
**DOB: 03/17/1979**

November 19, 2015

Officer Bovell continues to have difficulties obtaining authorization for physical therapy. He continues to have peripatellar pain in his right knee. There is no swelling today. I elected to x-ray him today. He has well maintained joint spaces with good alignment of the patellofemoral joint. I do not suspect any bony abnormality; however, it is impossible to know what the cartilage looks like on the lateral condyle. I told him that if we do not get authorization for physical therapy, the only way to really know what is going on in the lateral compartment is to re-operate and arthroscope his knee to get a first hand view of the lateral condyle. He would like to defer that as much as possible and I told him I would wait another month to see if authorization would be forthcoming for his physical therapy. If he does not get it, I think he should have an arthroscopy.

Dictated by:
Anthony V. Maddalo, M.D.

AMM/gisl/man/alb/112015/AMM11190827-1





**HUDSON VALLEY BONE AND JOINT SURGEONS, LLP**
24 Saw Mill River Road, Suite 206, Hawthorne, NY  10532
914-631-7777      Fax:  914-631-0920

**Murashea Bovell**

**Account #:  77260**
**DOB:  03/17/1979**

December 17, 2015

Officer Bovell continues to have pain in his right knee.  He states that he felt a sharp increase in pain about a week and half after he saw me last and he is concerned that his plug may have moved.  For this reason, I x-rayed him today in a standing position; however, there is no change in his x-ray from his last visit.  He does indeed have tenderness in the lateral femoral condyle, and I feel that this in conjunction with the fact that he is weak is giving him quite a bit of pain.  I still feel that he needs a regimen of physical therapy, and he is hopeful that in the next month or so change in administration at his job will allow that.  I will check him in a month's time; however, if I have not had authorization at that time, I may recommend that he have an arthroscopy of his knee, so I can look at the plug firsthand and make sure that all is intact.  I will see him in one month's time for reevaluation.

Dictated by:
Anthony V. Maddalo, M.D.

AMM/gisl/mau/kal/121815/AMM12170693-1



**HUDSON VALLEY BONE AND JOINT SURGEONS, LLP**
24 Saw Mill River Road, Suite 206, Hawthorne, NY  10532
914-631-7777      Fax:  914-631-0920

**Murashea Bovell**

**Account #:  77260**
**DOB:  03/17/1979**

January 14, 2016

Officer Bovell has not gotten clearance for any physical therapy yet.  He continues to have pain in the lateral aspect of his knee where the plug is inserted.  He feels that with the change in administration at his job that he will be able to get authorization for physical therapy to strengthen his knee; however, I feel that the pain laterally is in the area of the bone plug and I think that he definitely is a candidate for arthroscopic debridement and evaluation of that area. He has had persistent pain, and I feel that the osteocartilaginous implant may have failed and this may be the reason for his pain.  I am formally requesting authorization for arthroscopic debridement and possible replacement of his osteocartilaginous plug if the previous one has failed.  I will await authorization prior to scheduling the procedure.

Dictated by:
Anthony V. Maddalo, M.D.

AMM/gisl/man/kal/011616/AMM01150189-1

09/08/2016 13:57          HVBJ          Cindy Labrusciano→MURASHEA BOVELL          5/7



## HUDSON VALLEY BONE AND JOINT SURGEONS, LLP
### 24 Saw Mill River Road, Suite 206, Hawthorne, NY  10532
### 914-631-7777     Fax: 914-631-0920

**Murashea Bovell**

**Account #: 77260**
**DOB: 03/17/1979**

June 3, 2016

Officer Bovell tells me that he recently saw an independent medical examiner, who agreed with my opinion to have physical therapy.  The patient continues to have pain in the patellofemoral area of his right knee and I feel that this is secondary to atrophy in the quadriceps muscle.  I have given him another prescription for physical therapy and hopefully the carrier will abide by the IME's recommendation and authorize physical therapy in the near future.  I will see him in approximately four weeks after therapy has been initiated.

Dictated by:
Anthony V. Maddalo, M.D.

AMM/gisl/man/kal/060616/AMM06050036-1

VISIT OUR WEBSITE @ WWW.HVBJSURGEONS.COM

2-0



## HUDSON VALLEY BONE AND JOINT SURGEONS, LLP
### 24 Saw Mill River Road, Suite 206, Hawthorne, NY  10532
### 914-631-7777      Fax:  914-631-0920

**Murashea Bovell**

**Account #:  77260**
**DOB:  03/17/1979**

August 9, 2016

Murashea has noticed some slight improvement with physical therapy; however, he still has pain with activities of daily living centered over the lateral aspect of his right knee.  We have obtained authorization for arthroscopic debridement of his right knee; however, since he has had modicum of improvement, he would like to try a little more therapy before committing to the surgery.  I will check him in one month's time.  If he still has not made enough further progress, we will certainly go ahead with the arthroscopy of his right knee.

Dictated by:
Anthony V. Maddalo, M.D.

AMM/gisl/man/kal/081116/AMM08100094-1

2-1



# HUDSON VALLEY BONE AND JOINT SURGEONS, LLP
24 Saw Mill River Road, Suite 206, Hawthorne, NY 10532
(914) 631-7777     Fax: (914) 631-0920
www.hvbjsurgeons.com

## Knee – Physical Therapy Prescription

Patient Name: **Murashea Bovell**          DOB: **3/17/1979**     Acct #: **77260**          Date: **08/09/2016**

Diagnosis:   **S/P ACL reconstruction/chondral plug placement**
■ Right   ☐ Left   ☐ Bilateral

☐ Renew Patient Rx          ☐ Continue Current Patient Rx

| MODALITIES | STRENGTHENING | STRETCHING |
|---|---|---|
| ■ Hot Packs | ■ Hip Abductors, Adductors | ■ Hamstrings |
| ■ Ultrasound | ■ Hip Extensors | ■ Hip Flexors |
| ■ Cold Packs | ■ Quads - Closed chain | ■ Hip Abductors |
| ■ Electrical Stimulation | ■ Hamstrings | ■ Quads |
| ■ Iontophoresis | ■ Abdominals | ■ ITB |
| ■ TENS | ☐ Gastroc Soleus | ☐ Ankle Dorsiflexion |
| ■ Hot Laser | | |

| MOBILIZATION | HOME PROGRAM | WEIGHT BEARING |
|---|---|---|
| ■ Active | ■ Elastic Resistance | ■ Full |
| ■ Passive | ■ Weight Exercise | ☐ Non weight bearing |
| ■ Resistive | ■ Stretching Exercise | ☐ As tolerated |
| ■ Active Assisted | ☐ Post Discharge | ☐ Progress to full |
| | | ☐ Toe Touch |

Other:   All machines and closed chain exercises as tolerated.
No resistive extensions, squats, lunges
SLR strengthening program for home

☐

Please print current status and recommendations briefly and clearly on your reports.

Return to MD: [4]   Frequency: [3]  / week X [4]  weeks

■ Workers Comp

Electronically Signed by:   **Anthony V. Maddalo, M.D.**

RF2

2-2



## HUDSON VALLEY BONE AND JOINT SURGEONS, LLP
24 Saw Mill River Road, Suite 206, Hawthorne, NY 10532
914-631-7777     Fax: 914-631-0920

**Murashea Bovell**

**Account #: 77260**
**DOB: 03/17/1979**

August 9, 2016

Murashea has noticed some slight improvement with physical therapy; however, he still has pain with activities of daily living centered over the lateral aspect of his right knee. We have obtained authorization for arthroscopic debridement of his right knee; however, since he has had modicum of improvement, he would like to try a little more therapy before committing to the surgery. I will check him in one month's time. If he still has not made enough further progress, we will certainly go ahead with the arthroscopy of his right knee.

Dictated by:
Anthony V. Maddalo, M.D.

AMM/gist/man/kat/081116/AMM08100094-1



## HUDSON VALLEY BONE AND JOINT SURGEONS, LLP
### 24 Saw Mill River Road, Suite 206, Hawthorne, NY 10532
### 914-631-7777     Fax: 914-631-0920

**Murashea Bovell**

**Account #: 77260**
**DOB: 03/17/1979**

September 6, 2016

Unfortunately, officer Bovell has not had the opportunity to get physical therapy since his last visit since it has not been approved yet.  He would like to try physical therapy as the last resort before having surgery and I told him that we would give authorization another try; however, if he does not get authorization in the next two weeks, we will settle on an operative date.  He still has pain laterally in his right knee and still walks with a limp.  I feel that arthroscopy is indicated at this time; however, I am willing to give him another trial of physical therapy if it gets approved.

Dictated by:
Anthony V. Maddalo, M.D.

AMM/gist/man/kal/090816/AMM09070332-1

2-1

White Plains Ambulatory Surgery Center
226 Westchester Avenue
White Plains, NY 10604
Tel. (914) 437.9910  Fax (914) 437.9920

## OPERATIVE NOTE

**PATIENT NAME:**      Bovelt, Murashea
**ACCOUNT #:**          3916-1
**DATE OF SURGERY:**   11/10/2014

**PREOPERATIVE DIAGNOSIS:**
(1)   Torn right lateral meniscus.

**POSTOPERATIVE DIAGNOSIS:**
(1)   Torn right lateral meniscus.
(2)   Torn anterior cruciate ligament.
(3)   Chondral defect of lateral femoral condyle.

**OPERATION PERFORMED:**
(1)   Right knee arthroscopic partial lateral meniscectomy.
(2)   Debridement of defect, lateral femoral condyle

**OPERATOR:** Anthony V. Maddalo, M.D.

**ASSISTANT:** None

**ANESTHESIA:** General.

**PROCEDURE:**  The patient was brought to the operating room, and after general anesthesia was administered, a tourniquet was applied to the right thigh and the right leg was prepped and draped using aseptic technique.  The tourniquet was inflated to 350 mmHg and the arthroscope was inserted through a portal just lateral to the patellar tendon.  A medial portal was made for instrumentation.  A systematic examination of the knee disclosed a normal suprapatellar pouch with no loose bodies.  The patellofemoral joint was in good condition.  In the medial compartment, the medial meniscus was probed and found to be stable.  The joint surfaces were in good condition.  In the intercondylar notch, the anterior cruciate ligament was found to be avulsed from its lateral proximal insertion on the femur and it was matted down to the posterior cruciate ligament.  The ligament itself was present but not attached to its femoral origin.  In the lateral joint, there was an 8-mm defect in the weightbearing portion of the most lateral aspect of the lateral condyle.  This had several areas of loose articular cartilage.  These were debrided with flip suture, rongeur, and the high-speed shaver.   The lateral meniscus was found to have a complex degenerative-type tear in the mid to posterior portion   This was resected with the use of the basket forceps and was trimmed with the use of the high-speed shaver.  There was sufficient meniscus in front of the popliteus recess to connect the posterior horn to the main body of the meniscus.  The remnant was probed and found to be stable.  The shaver was used to collect any debris in the knee and copiously irrigated.  At this point, the instruments were removed from the knee.  The portals were closed with 4-0 nylon interrupted sutures and Marcaine 0.5% was injected both subcutaneously and intraarticularly   A sterile dry dressing followed by a compressive dressing was applied to the leg.  The tourniquet was released.  The patient was brought to the recovery room having tolerated the procedure well.

2-5

PATIENT NAME: Bovell, Murashea
DATE OF SURGERY: 11/10/2014
Page 2

_____
Anthony V. Maddalo, M.D.
AVM:age

2-6

Phelps Memorial Hospital
701 North Broadway
Sleepy Hollow, New York 10591

| | | | |
|---|---|---|---|
| Patient Name: | BOVELL,MURASHEA | Location: | PSCASU |
| Med Rec #: | MR00638344 | Account #: | PA0007611775 |
| Date of Birth: | 03/17/1979 | PCP: | NO PRIMARY CARE PHYSICIAN |
| Age:36 | Sex:  M | Attending: | Maddalo,Anthony MD |

OPERATIVE REPORT

DATE OF PROCEDURE; 05/07/2015

OPERATOR: Anthony Maddalo, M.D.

ASSISTANT: Gregg Cavaliere, M.D.

ANESTHESIA: General with femoral block by Dr. Palatnik.

PREOPERATIVE DIAGNOSES: Torn right anterior cruciate ligament and chondral defect right lateral femoral condyle.

POSTOPERATIVE DIAGNOSES: Torn right anterior cruciate ligament and chondral defect right lateral femoral condyle.

PROCEDURES: Right knee arthroscopic anterior cruciate ligament reconstruction with Achilles tendon allograft and insertion of osteochondral allograft plug right lateral femoral condyle.

IMPLANTS: Two biodegradable interference screw, 1 Achilles tendon allograft, 1 Arthrex fresh frozen osteochondral allograft.

DESCRIPTION OF PROCEDURE: The patient was brought to the operating room and intravenous antibiotics were administered. A femoral block was administered to the right thigh and a general anesthetic was then given. While this was being done, an Achilles tendon allograft was thawed and placed on the back table where the assistance fashioned it into the proper size and shape for later insertion into the knee. A tourniquet was applied to the right thigh. Right leg was prepped and draped using aseptic technique. The tourniquet was inflated to 350 mmHg and the arthroscope was inserted through a portal just lateral to the patellar tendon. A medial portal was made for instrumentation. A systematic examination of the knee disclosed a normal suprapatellar pouch with no loose bodies. The patellofemoral joint had some mild chondromalacia in the mid portion of the patella as well as the trochlea; however, there were no areas of denuded bone. In the medial joint, the medial meniscus was probed and found to be stable. Joint surfaces were in good condition. In the intercondylar notch, the anterior cruciate ligament was found to be completely avulsed from its femoral origin with the stump matted down to the posterior cruciate. In the lateral joint, there was a previous lateral meniscectomy and there was an area of approximately 8 mm in diameter which was completely denuded of chondral tissue and subchondral bone could be identified. This was in the weightbearing portion to the lateral aspect of the lateral femoral condyle. Attention was then first directed towards the intercondylar notch. The stump of the anterior cruciate ligament was removed with the radiofrequency wand and a notchplasty was performed both with Capener gouge and the high speed bur. This was done to widen and heighten the notch. At this point, a small incision was made in the proximal medial aspect of the tibia and this was carried down to the periosteum. The periosteum was opened in an inverted L fashion and an Acufex drill guide was placed in order to drive a guidewire to the anatomic footprint of the ACL. A cannulated reamer was used to make a tibial tunnel and the mouth of the tunnel was cleaned of any soft tissue. A spot was chosen with over-the-top guide at approximately 10 o'clock on the intercondylar notch. A second guidewire was driven into this area and a cannulated acorn reamer was placed over the guidewire and the tunnel was made. A small notch was made in the anterior aspect of the tunnel for later

Z-7

PHELPS MEMORIAL HOSPITAL          2 of 2
701 North Broadway
Sleepy Hollow, NY 10591

---

Patient Name: BOVELL,MURASHEA
MRN:        MR00638344
OPERATIVE REPORT

screw placement. At this point, a spade tip needle was then placed through both tunnels and pushed through the anterior skin of the thigh. The bony ends of the Achilles tendon graft with its sutures was passed through both tunnels and up into the femoral tunnel with the spade tip needle. Once this was in place, a small midline portal was made and a 7 x 23 mm interference screw was inserted between the bony end of the Achilles tendon graft and the wall of the tunnel. The knee was then put through range of motion with tension on the graft. The graft was found to be unimpeded by surrounding structures. The knee was then put in full extension and a small piece of calcaneal allograft was impacted alongside the graft in the tunnel in the tibia. A second interference screw was placed between the bone graft and the wall tunnel, securing the entire complex. The graft was tested at that point and found to be of good tension and unimpeded by surrounding structures. The excess graft was excised which was protruding from the tibia. At this point, attention was directed towards the chondral defect. The arthroscope was switched to the medial portal. The lateral portal was extended slightly to allow proper alignment of the instrumentation so that it was perpendicular to the lesion. A guidewire was placed in the center of the lesion after it was measured to be approximately 8 mm. A 10.5 mm cannulated reamer was then placed over the guidewire and this was drilled to approximately 10 mm. The assistant then fashioned the allograft so that it was 10 mm in length and it was brought to the table. The 10 x 10 mm osteochondral allograft was then impacted into the previously drilled hole until its articular being was flush with the surrounding tissue. With this complete, the knee was irrigated with saline solution to remove any debris and the instruments were removed from the knee. The periosteum was closed with 0 Vicryl interrupted sutures and the incisions were closed with 2-0 Vicryl interrupted sutures followed by staples. A sterile dry dressing was applied to the leg. Tourniquet was released. The patient was brought to the recovery room in stable condition, having tolerated the procedure well.

Dictated by: Anthony Maddalo, M.D.
AM/nts
D: 05/12/2015 07:06:36
T: 05/12/2015 14:10:44
Dictation ID: 129170

<Electronically signed by Anthony Maddalo MD>
05/13/15 0718

2-8

Phelps Memorial Hospital
701 North Broadway
Sleepy Hollow, New York  10591

| | | | |
|---|---|---|---|
| Patient Name: | BOVELL, MURASHEA | Location: | PSCASU |
| Med Rec #: | MR00638344 | Account #: | PA0007870702 |
| Date of Birth: | 03/17/1979 | PCP: | Yarwood-Wishner, Barbara MD |
| Age.37 | Sex:   M | Attending: | Maddalo, Anthony MD |

---

OPERATIVE REPORT

DATE OF PROCEDURE: 11/18/2016

OPERATOR: Anthony Maddalo, M.D.

ASSISTANT: None.

ANESTHESIA: General.

PREOPERATIVE DIAGNOSES: Degenerative disease of the right knee with possible osteocartilaginous graft failure.

POSTOPERATIVE DIAGNOSES: Degenerative disease of the right knee and torn right lateral meniscus.

PROCEDURE: Right knee arthroscopic partial lateral meniscectomy.

DESCRIPTION OF PROCEDURE: The patient was brought to the operating room, and after intravenous antibiotics were given, a general anesthetic was administered and a tourniquet was applied to the right thigh. The right leg was prepped and draped using aseptic technique and the tourniquet was inflated to 350 mmHg. The arthroscope was inserted through a portal just lateral to the patellar tendon and a medial portal was made for instrumentation. A systematic examination of the knee disclosed no loose bodies in the suprapatellar pouch. The patellofemoral joint was examined and there was scoring of the trochlea with some diffuse degenerative changes of the patella; however, there were no areas of denuded bone and no loose articular fragments. In the medial joint, the medial meniscus was probed and found to be stable. The joint surfaces were in good condition. In the intercondylar notch, the previously inserted anterior cruciate ligament allograft was intact. A few fibers in the most anterior aspect of the ligament were disrupted; however, the bulk of the ligament was intact. In the lateral joint, lateral femoral condyle was examined and the area of the previous osteocartilaginous graft was completely covered with cartilage. There were indeed some fissures in this area and it was not perfectly smooth; however, it was completely covered with cartilage with no areas of loose articular cartilage noted. There had been a previous partial lateral meniscectomy towards the posterior horn; however, there was a tear of the anterior horn, which ranged from the mid portion all the way to the most anterior aspect of the meniscus. This allowed a large fragment of the lateral meniscus to be displaced into the joint in a quasi-bucket-handle configuration. It was decided that a lateral meniscectomy would be necessary. The anterior and posterior attachments of this fragment were incised with the scissors and this was delivered from the wound. The ends of the meniscus were balanced with a high-speed shaver and the remnant was probed and found to be stable. At this point, the knee was irrigated with saline solution and the instruments were removed from the knee. The portals were closed with 4-0 nylon interrupted sutures and Marcaine 0.5% was injected both subcutaneously and intraarticularly. Sterile dry dressing followed by compressive dressing was applied to the leg, the tourniquet was released, and the patient was brought to the recovery room, having tolerated the procedure well.

Dictated by: Anthony Maddalo, M.D.
AM/nls
D: 11/29/2016 07:13:18
T: 12/01/2016 02:24.08
CMAXX:MR00638344~PA0007870702~OPRECORD~11/29/16

29



**HUDSON VALLEY BONE AND JOINT SURGEONS, LLP**
**24 Saw Mill River Road, Suite 206, Hawthorne, NY  10532**
**914-631-7777      Fax:  914-631-0920**

**Murashea Bovell**

**Account #:  77260**
**DOB:  03/17/1979**

May 3, 2016

Officer Bovell continues to have pain in his right knee.  He has trouble walking on the right leg because of pain and now his left knee which has some mild arthritic changes is starting to have some pain as well.  I am concerned that this patient may have increase in the left knee pain as a result of his not walking properly and bearing most of his weight on the left side.

His right knee continues to have a mild effusion.

X-rays taken in the office today do not show any further deterioration of the knee; however, I am concerned that the osteocartilaginous plug may have lost its cartilage cap, which will not be evident on plain films.

I still recommended to the patient that he have an arthroscopy today, and I am formally requesting authorization for that once again.  I understand he is going to see an IME later in the week and I gave him a copy of his x-rays to take with him.  I will await determination on the procedure prior to booking it.

Dictated by:
Anthony V. Maddalo, M.D.

AMM/gisl/man/kal/050416/AMM05031077-1

✳ smith&nephew

Patient: bovell, murashea
MRN: 3916
Sex: M
Surgeon: maddalo

Procedure: right knee arthroscopy
Procedure Date: 11/10/2014
Procedure ID: 11102014084330



IMG_001          IMG_002

IMG_003          IMG_004

IMG_005          IMG_006

✳ smith&nephew

| | |
|---|---|
| Patient: bovell, murashea | Procedure: right knee arthroscopy |
| MRN: 3916 | Procedure Date: 11/10/2014 |
| Sex: M | Procedure ID: 11102014084330 |
| Surgeon: maddalo | |



IMG_007



IMG_008



IMG_009



IMG_010



IMG_011



IMG_012



**Date of Treatment:** 05-07-2015
**Surgeon:** maddalo
**Hospital:** PHELPS MEMORIAL HOSPITAL CTR
**Last Name:** MURASHEA
**First Name:** BOVELL
**Date of Birth:** 03-17-1979
**Procedure:** RT  ACL



IMG001



IMG002



IMG003

IMG004



IMG005



IMG006

033



**Date of Treatment:** 05-07-2015
**Surgeon:** maddalo
**Hospital:** PHELPS MEMORIAL HOSPITAL CTR
**Last Name:** MURASHEA
**First Name:** BOVELL
**Date of Birth:** 03-17-1979
**Procedure:** RT  ACL



IMG007

034



**Date of Treatment:** 11-18-2016
**Surgeon:** maddalo
**Hospital:** PHELPS MEMORIAL HOSPITAL
**Last Name:** BOVELL
**First Name:** MURASHEA
**Date of Birth:** 03-17-1979
**Procedure:** RT KNEE ARTHROSCOPY



IMG001



IMG002



IMG003



IMG004



IMG005



IMG006

035



**Date of Treatment:** 11-18-2016
**Surgeon:** maddalo
**Hospital:** PHELPS MEMORIAL HOSPITAL
**Last Name:** BOVELL
**First Name:** MURASHEA
**Date of Birth:** 03-17-1979
**Procedure:** RT KNEE ARTHROSCOPY



IMG007



IMG008



IMG009