# The Bellantoni Law Firm, PLLC

2 Overhill Road, Suite 400
Scarsdale, New York 10583
(914) 367-0090     fax (914) 367-0095

---

March 15, 2018

**VIA ECF**

Hon. Cathy Seibel
United States District Court Judge
300 Quarropas Street
White Plains, New York 10601

      Re:    Bovell v. City of Mount Vernon, *et al.*
              15 Civ. 08594 (CS)

Dear Judge Seibel,

    I represent the plaintiff, Murashea Bovell, in the above-referenced matter.

    I write to inform the Court that that the plaintiff's expert witness, Cindy Romano-Maric is unavailable during the week of April 2nd. Ms. Maric's attorney, and my client, respectfully request that the trial in this matter be briefly adjourned to Monday, April 9, 2018.

    I have notified defendant's counsel, Mr. Sweeney, to seek his position on the plaintiff's request. Mr. Sweeney advised that he will check with trial counsel and his client regarding their availability during the week of April 9, 2018, as well as identifying their respective positions on adjourning the trial for one week.

    While I would generally wait to hear back from opposing counsel before writing to the Court, I wanted to advise the Court of this matter as soon as possible, as I await counsel's position.

Sincerely,

/s

Amy L. Bellantoni
Encl.