UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MURASHEA "MIKE" BOVELL,

                Plaintiff,

-vs-

CITY OF MOUNT VERNON, New York,

                Defendant.

~~PROPOSED~~ ORDER

Civil Action No. 7:15-cv-08594-CS

---

      The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court,

      **IT IS HEREBY ORDERED**, that the following individuals are authorized to bring the Personal Electronic Devices and/or General Purpose Computing Devices into the Courthouse for use in a proceeding or trial in the action captioned **MURASHEA "MIKE" BOVELL V. CITY OF MOUNT VERNON, NEW YORK, 7:15-cv-08594 (CS)**. Dates for which such authorization is provided are **March 29, 2018 to the end of trial.**

1. Oliver N. Blaise, III, Esq. - Cellphone
2. Shannon E. Kane, Esq. - Cellphone, Laptop, portable speakers

      The attorneys identified in this Order must present a copy of this Order when entering the Courthouse. Bringing the authorized devices into the Courthouse or its Environs constitutes a certification by these individuals that they will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

Dated:     White Plains, New York
             March 23, 2018

**SO ORDERED**

*Cathy Seibel*

**HONORABLE CATHY SEIBEL**
**UNITED STATES DISTRICT COURT JUDGE**