**MEMO ENDORSED**



**Coughlin &
Gerhart LLP**

ATTORNEYS AND COUNSELORS

BINGHAMTON
BAINBRIDGE
CORTLAND
HANCOCK
ITHACA
MONTROSE
OWEGO
WALTON

Application ~~Granted~~/ Denied
So Ordered.

*Cathy Seibel*

Cathy Seibel, U.S.D.J.

Dated: 3/26/18

March 5, 2018

www.cglawoffices.com
99 Corporate Drive
Binghamton, New York 13904

Mailing Address:
PO Box 2039
Binghamton, NY 13902-2039
(607) 723-9511
(877) COUGHLIN
Fax: (607) 723-1530
e-mail: PSweaney@cglawoffices.com

**VIA FACSMILE TO 914-390-4278**

*I do not see how the names of individuals that came up during a court ruling can be deemed confidential under the protective ~~order~~ order or otherwise.*

Hon. Cathy Seibel
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:   **Bovell v. City of Mount Vernon, et al**
      **Case No.: 7:15-cv-08594-CS**
      **Our File No.: 18657-0137**

Dear Judge Seibel:

This Firm represents the Defendants, City of Mount Vernon, Captain Michael Goldman, Sergeant Robert Wuttke and Lieutenant Paul Nawrocki ("Defendants") with regard to the above referenced matter.

This Court has previously ordered certain matters may be designated "confidential" and filed "under seal." [ECF Dkt. 19]. I have reviewed the transcript and determined that it contains information designated as "confidential" which requires immediate redaction so as to protect the privacy and rights of affected individuals.

It is requested that consistent with the Protective Order, the following information be redacted prior to the transcript being made remotely electronically available:

| Document Number of the Transcript | Page Number | Line Number | Identifier | Redaction Requested |
|---|---|---|---|---|
|  | 6 | 20 | Sergeant Fegan | Sergeant Fegan |
|  | 6 | 20 | Detective Antonini | Detective Antonini |
|  | 6 | 22 | Detective Antonini | Detective Antonini |
|  | 7 | 3 | Fegan | Fegan |

                        2                              March 5, 2018

|  | 7 | 3 | Antonini | Antonini |
|---|---|---|---|---|
|  | 7 | 9 | Sergeant Fegan | Sergeant Fegan |
|  | 7 | 13 | Antonini | Antonini |
|  | 7 | 16 | Detective Antonini | Detective Antonini |
|  | 7 | 18 | Antonini | Antonini |
|  | 8 | 1 | Antonini | Antonini |
|  | 8 | 3 | Antonini | Antonini |
|  | 8 | 6 | Antonini | Antonini |
|  | 8 | 9 | Sergeant | Sergeant |
|  | 8 | 10 | Fegan | Fegan |
|  | 8 | 10 | Antonini's | Antonini's |
|  | 8 | 10 | Fegan | Fegan |
|  | 47 | 12 | Antonini | Antonini |
|  | 47 | 14 | Antonini | Antonini |
|  | 47 | 17 | Antonini | Antonini |
|  | 47 | 20 | Antonini | Antonini |
|  | 47 | 22 | Antonini | Antonini |
|  | 47 | 25 | Antonini | Antonini |
|  | 48 | 2 | Fegan | Fegan |
|  | 48 | 2 | Antonini | Antonini |
|  | 48 | 6 | Antonini | Antonini |
|  | 48 | 8 | Antonini | Antonini |
|  | 48 | 10 | Fegan | Fegan |
|  | 48 | 15 | Antonini | Antonini |
|  | 48 | 20 | Antonini | Antonini |
|  | 48 | 20 | Fegan's | Fegan's |
|  | 53 | 8 | Detective Antonini's | Detective Antonini's |
|  | 53 | 8 | Sergeant | Sergeant |
|  | 53 | 9 | Fegan's | Fegan's |

Based on the foregoing reasons, the Defendant respectfully requests that this Court allow the confidential information to be redacted.

Respectfully submitted,

COUGHLIN & GERHART, LLP

By   Paul J. Sweeney
     Partner

cc:   Amy L. Bellantoni, Esq. (via email)







## ATTORNEYS AND COUNSELORS

P.O. Box 2039
Binghamton, New York 13902-2039
(607) 723-9511 – Telephone
(607) 723-1530 – Facsimile
1-877-COUGHLIN – Toll Free

| TO: | Hon. Cathy Seibel |
|---|---|
| **FROM:** | Paul J. Sweeney, Esq. |
| **FAX NO.:** | 914-390-4278 |
| **DATE:** | 3/5/2018 |
| **RE:** | Bovell v. City of Mount Vernon, et al<br>Case No.: 7:15-cv-08594-CS<br>Our File No.: 18657-0137 |
| **COMMENTS:** | |

__3__  Page(s) (including coversheet)

IF THIS COPY IS UNCLEAR OR ILLEGIBLE, PLEASE CALL COLLEEN O'HARA-GUSE AT 607-723-9511.

-----------------------------------------CONFIDENTIALITY NOTE-----------------------------------------

The information contained in this facsimile is confidential information and may be privileged and exempt from disclosure. It is intended only for the use of the individual(s) or entity(ies) named in the body of the message above. If the reader of this message is not the intended recipient, you are prohibited from any dissemination, distribution, printing or copying of this facsimile. If you have received this facsimile in error, please immediately notify us by telephone 1-877-COUGHLIN and please destroy all copies and attachments. Thank you, Coughlin & Gerhart, LLP

Pursuant to certain federal tax regulations, unless we expressly state otherwise, any advice contained in this communication or any attachments, is not intended and cannot be used for the purpose of avoiding any federal tax penalties or promoting, marketing or recommending to another party any matters addressed herein.