UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MURASHEA "MIKE" BOVELL,
                Plaintiff,

      -against-

CITY OF MOUNT VERNON, New York,
                Defendant.
-----------------------------------------------------------X

15 CIVIL 8594 (CS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That the Defendant have judgment as against the Plaintiff.

DATED: New York, New York
          April     , 2018

RUBY J. KRAJICK
Clerk of Court

So Ordered:

_Cathy Seibel 4/12/18_
**U.S.D.J.**

BY: _/s/ K. Mango_
**Deputy Clerk**