# MEMO ENDORSED



Murashea Bovell

3505 Chelsea Cove South

Hopewell Junction, NY 12533

March 11, 2019

**Bovell v. City of Mount Vernon Case 7:15-cv-08594-CS**

Judge Cathy Seibel

300 Quarropas Street

White Plains, NY 10601

Dear Honorable Judge Seibel,

As the Plaintiff in the above case, I am kindly requesting access and copies of all the sealed documents including document line items 59 and 74. Additionally I respectfully request the reason the motions were granted in January 2018, in favor of the defendants. Unfortunately my previous attorney Ms Amy Bellantoni has been very uncooperative and resistant in providing me with the above mentioned documents.

Thank you in advance for your assistance in this matter, as these documents are needed urgently for current litigation proceedings.

Sincerely,

Murashea Bovell

Documents 59 and 74 are unredacted copies of exhibits. (59 consists of exhibits to the 9/1/17 Sweeney declaration and 74 consists of exhibits to Defendants' motions in limine of 3/16/18.) I can't tell if they are merely confidential under the protective order (Doc. 19), in which case Plaintiff can see them, or For Attorney's Eyes Only, in which case he cannot. Mr. Bovell should confer with Mr. Sweeney if he still wants them & Mr. Sweeney should advise me. Even if Mr. Bovell may access them, the Court does not make copies for parties, although Mr. Bovell can inspect and copy them at the Clerk's Office.
(Doc. 74 is voluminous, though.)

As for my 1/31/18 ruling, Mr. Bovell ~~previously~~ may examine Doc. 66. The Clerk shall mail a copy of this endorsement to Mr. Bovell at the above address.

So Ordered.

Cathy Seibel

Cathy Seibel, U.S.D.J.

Dated: 3/13/19