# The Bellantoni Law Firm, PLLC

2 Overhill Road, Suite 400
Scarsdale, New York 10583
(914) 367-0090    fax (914) 367-0095

---

March 13, 2019

**VIA ECF**

Hon. Cathy Seibel
United States District Court Judge
300 Quarropas Street
White Plains, New York 10601

    Re: Bovell v. City of Mount Vernon, et al. 15 Civ. 8594 (CS)

Dear Judge Seibel,

    I write briefly in response to today's letter to the Court from Murashea Bovell to clarify his description of my "very uncooperative and resistant" position toward providing him with the file maintained by my office in the above matter.

    As I have advised Mr. Bovell, and another attorney that he retained a few months ago, there is a retaining/possessory lien on the file for the cost of deposition and trial transcripts in this matter.

    Mr. Bovell has not paid his bill. I have attached the invoice that was sent to Mr. Bovell, which reflects a balance in the amount of $3,215.29 for out-of-pocket expenses for which Mr. Bovell is responsible.

    I also advised Mr. Bovell's attorney to direct his client to stop contacting me (and then so advised Mr. Bovell directly when he would not stop contacting me), because he had an attorney for that purpose.

    Mr. Bovell's failure to grasp the concept of personal responsibility in the context of his unwillingness to pay his bill has led to my "resistance" in releasing my file to him.

    Thank you for the Court's time and consideration.

Sincerely,

/s
Amy L. Bellantoni

# CLIENT STATEMENT

INVOICE NUMBER: 60
INVOICE DATE: MAY 25, 2018

DUE DATE: JUNE 25, 2018
PAYMENT TERMS: DUE WITHIN 30 DAYS

FROM: The Bellantoni Law Firm, PLLC
2127 Crompond Road  (Billing address)
Suite 201
Cortlandt Manor, NY 10567

TO: Mike Bovell

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | PROJECT: Mount Vernon Federal Case | | | |
| NOV-04-16 | Mount Vernon Federal Case | Deposition of Michael Goldman. | 1.00 | $1,205.70 | $1,205.70 |
| NOV-15-16 | Mount Vernon Federal Case | Deposition of Paul Nawrocki. | 1.00 | $1,583.35 | $1,583.35 |
| APR-06-18 | Mount Vernon Federal Case | Transcript of Court Trial testimony. | 1.00 | $426.24 | $426.24 |
| | | TOTAL: Mount Vernon Federal Case | | | $3,215.29 |
| | | Total hours for this statement | 0.00 | | |
| | | Total amount of this statement | | | $3,215.29 |

| ACCOUNT INFORMATION | |
|---|---|
| Prior account balance as of APR-04-2016 | $641.00 |
| Payment APR-28-2016 - Check | ($641.00) |
| Payment JAN-31-2018 - Check 431 | ($250.00) |
| Invoice 59 MAY-25-2018 | $3,703.90 |
| Invoice 60 MAY-25-2018 | $3,215.29 |
| Current account balance | $6,669.19 |

### AMOUNT DUE: $6,669.19