

# Coughlin & Gerhart LLP
ATTORNEYS AND COUNSELORS

BINGHAMTON
BAINBRIDGE
HANCOCK
ITHACA
MONTROSE
OWEGO
WALTON

www.cglawoffices.com
99 Corporate Drive
Binghamton, New York 13904

Mailing Address:
PO Box 2039
Binghamton, NY 13902-2039
(607) 723-9511
(877) COUGHLIN
Fax: (607) 723-1530
e-mail: psweeney@cglawoffices.com

April 12, 2019

**VIA CM/ECF**

Hon. Cathy Seibel
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    **Bovell v. City of Mount Vernon**
              **Case No.: 7:15-CV-08594-CS**
              **Our File No.: 18657-0137**

Dear Judge Seibel:

I am in receipt of your Honor's Order dated March 13, 2019. Mr. Bovell recently contacted me by email on April 8, 2019, requesting all sealed documents as soon as possible.

The undersigned has no objection to the Court allowing Mr. Bovell access to the sealed documents to inspect and copy the documents contained in Docket Numbers 59 and 74 as indicated in the Court's Order.

Please contact the undersigned should you have any questions.

Respectfully submitted,

COUGHLIN & GERHART, LLP

By:    Paul J. Sweeney
        Partner

PJS/rjm

cc:    Murashea Bovell, Via Email
        Larry Porcari, Esq., Corporation Counsel, City of Mount Vernon, Via Email